Fill in this information to identify your case:

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Squirrels Research Labs LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-0829310** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **8050  Freedom Avenue NW** <br> **North Canton, OH 44720** <br> Number, Street, City, State & ZIP Code <br><br> **Stark** <br> County | **Mailing address, if different from principal place of business** <br><br> **121 Wilbur Drive NE** <br> **North Canton, OH 44720** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

21-61491-rk   Doc 1   FILED 11/23/21   ENTERED 11/23/21 15:17:48   Page 1 of 29

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __3344__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **The Midwest Data Company LLC** | Relationship | **Affiliate** |
| District | **Northern District of Ohio** | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| 16. | **Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on    11/23/2021
MM / DD / YYYY

X _Da Stnfll_                            David A. Stanfill
Signature of authorized representative of debtor          Printed name

Title   **President**

**18. Signature of attorney**

X _____          Date _____
Signature of attorney for debtor                MM / DD / YYYY

**Marc B. Merklin 0018195**
Printed name

**Brouse McDowell, LPA**
Firm name

**388 S. Main Street, Suite 500**
**Akron, OH 44311**
Number, Street, City, State & ZIP Code

Contact phone   **330-535-5711**   Email address   **mmerklin@brouse.com**

**0018195 OH**
Bar number and State

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title **President**

**David A. Stanfill**
Printed name

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date 11/23/2021
MM / DD / YYYY

**Marc B. Merklin 0018195**
Printed name

**Brouse McDowell, LPA**
Firm name

**388 S. Main Street, Suite 500**
**Akron, OH 44311**
Number, Street, City, State & ZIP Code

Contact phone **330-535-5711**   Email address **mmerklin@brouse.com**

**0018195 OH**
Bar number and State

Fill in this information to identify the case:

Debtor name **Squirrels Research Labs LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF OHIO**

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Andrew Waters 6653 Main Street Williamsville, NY 14221** | | **Prepaid Deposit** | | | | **$500,000.00** |
| **CT Data LLC 133 River Road Mystic, CT 06355** | | **Partial Prepaid Deposit** | | | | **$350,000.00** |
| **Bittware/Molex LLC 2222 Wellington Ct Lisle, IL 60532** | | **Capital Lease** | **Disputed** | | | **$161,718.00** |
| **Metal Masters Attn: Bret Kettlewell 125 Williams Dr Dover, OH 44622** | | **Trade Debt** | | | | **$67,113.00** |
| **Sam Adams 3417 Bush Street Stevens Point, WI 54481** | | **Product Refund** | | | | **$41,991.35** |
| **Everhart Glass Co., Inc. Attn: Linda Monigold 207 Ninth St., SW PO Box 20645 Canton, OH 44701** | | **Trade Debt** | | | | **$34,725.30** |
| **Samtec 20 Park E. Blvd. New Albany, IN 47150** | | **Trade Debt** | | | | **$33,030.00** |
| **IPS Assembly Corp. Attn: Perry Sutariya 12077 Merriman Rd Livonia, MI 48150** | | **Trade Debt** | **Disputed** | | | **$32,808.83** |
| **Steven Turnshek 13 Krist Glen Dr Swissvale, PA 15218** | | **Acorn Product Refund** | | | | **$16,870.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hailu Looyestein Schout Coxstraat 1 5421GJ Gemert NETHERLANDS** | | **Acorn Product Refund** | | | | **$15,634.00** |
| **CliftonLarsonAllen LLP Attn:  Daniel Riemenschneider 4334 Munson St., NW Canton, OH 44718** | | **Professional Services** | | | | **$15,171.20** |
| **Trevor Steinle 24106 SE 42nd St Sammamish, WA 98029** | | **Acorn Product Refund** | | | | **$10,536.50** |
| **Jason Price 67 Bartram Trail Brunswick, GA 31523** | | **Acorn Product Refund** | | | | **$10,481.00** |
| **William Paden 205 Plains Rd Westford, VT 05494** | | **Acorn Product Refund** | | | | **$10,188.99** |
| **Everstream 1228 Euclid Ave #250 Cleveland, OH 44115** | | **Internet Services** | | | | **$10,085.16** |
| **Phillippe Germain 102 W. Service Rd #2153466 Champlain, NY 12919** | | **Acorn Product Refund** | | | | **$5,764.68** |
| **FedEx PO Box 371461 Pittsburgh, PA 15250-7461** | | **Trade Debt** | | | | **$5,164.87** |
| **Donald Ruffatto 420 Fairview Ave Arcadia, CA 91007** | | **Acorn Product Refund** | | | | **$3,972.62** |
| **Jose A. Rubio 15925 Hopper Lane San Diego, CA 92127** | | **Acorn Product Refund** | | | | **$3,895.76** |
| **Mark D'Aria 165 Quaker Path East Setauket, NY 11733** | | **Acorn Product Refund** | | | | **$3,494.96** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

DocuSign Envelope ID: 0E0149CF-EF62-4FA4-896D-043DE06E09BD

**ACTION BY UNANIMOUS CONSENT OF THE MEMBERS OF**
**SQUIRRELS RESEARCH LABS LLC**

North Canton, Ohio, effective _____7/6/2021_____, 2021

The undersigned, being all of the Members of **Squirrels Research Labs LLC,** an Ohio limited liability company ("Company"), hereby waive any and all notice required by statute, regulation, or otherwise, and in lieu of action taken at a meeting pursuant to Section 6.2 of the Company's Operating Agreement, hereby consent to the following:

WHEREAS, the Company presently appears to be insolvent and unable to pay its debts as they come due;

WHEREAS, the Company and its creditors may be best served by filing for bankruptcy under Chapter 7 of the Bankruptcy Code or, alternatively, filing for reorganization of the Company under Chapter 11 of the Bankruptcy Code;

WHEREAS, the Company would be best served by retaining legal counsel to advise and potentially represent Company in connection with a filing under either Chapter 7 or Chapter 11 of the Bankruptcy Code; and

WHEREAS, the Company would be best served by contacting and working with potential buyers of Company's assets whether via a sale pursuant to applicable provisions of Chapter 11 of the Bankruptcy Code or otherwise.

NOW, THEREFORE, BE IT:

RESOLVED, that all of the Members hereby consent to the Company immediately retaining legal counsel to advise the Company on potentially filing, and, if necessary, representing the company on an actual filing, under either of Chapter 7 or Chapter 11 of the Bankruptcy Code as the Company deems prudent in the exercise of reasonable business judgment.

FURTHER RESOLVED, that all of the Members of the Company hereby approve the Company working with potential third parties, third-party creditors, and/or Member investors (collectively referred to herein as "White Knight Buyers") towards sale of the Company's assets whether via a sale under the provisions of the United States Bankruptcy Code or otherwise where one or more White Knight Buyers would agree to purchase substantially all of the assets of Company.

FURTHER RESOLVED, that all of the Members hereby consent to the Company, if reasonably prudent, filing for bankruptcy under Chapter 7 of the Bankruptcy Code or filing for reorganization under Chapter 11 of the Bankruptcy Code as soon as practical.

FURTHER RESOLVED, that any action previously taken by any of the Members or officers of the Company on behalf of the Company in connection with the foregoing resolution is hereby approved, ratified, and confirmed in all respects.

[Signature page to follow]

1

Signature Page to Action by Written Consent of the Members of Squirrels Research Labs LLC

David Stanfill

Sidney Keith

George "David" Jimenez

Bradley Conn

Joe Lambo

Jason Rettburg

Michael J Rampton

Jonathan Milecki

Jason Alexander

Enrique Espinosa

William Sweeney

Justin Connell

Gabriel Boutin

Henry Terranova

Andrew Gould

Jessica Gritzan

Kyle Sluz

Jon Bulger

Bill Gallagher

Tulip Tech LLC

By: Tulip Tech

Its: owner

Stephen Allison

Everett Fominyen

Gail O'Connell

Dean Givens

Brandon Osborne

Elliot Boutin

Andrew Boutin

Michael Maranda LLC

By: Michael Maranda LLC

Its: Ceo

2

# United States Bankruptcy Court
## Northern District of Ohio

In re   **Squirrels Research Labs LLC**                              Case No.
                                      Debtor(s)                      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Andrew Gould**<br>**4812 Wildflower Dr**<br>**North Canton, OH 44720** | **n/a** | **25,000** | **Units** |
| **Bill Gallagher**<br>**591 Lantern Way**<br>**Aurora, OH 44202** | **n/a** | **2,000** | **Units** |
| **Bradley Conn**<br>**51 Maple Avenue**<br>**Locust Valley, NY 11560** | **n/a** | **161** | **.08%** |
| **Brandon Osbourne**<br>**151 Mary Ellen Drive**<br>**Charleston, SC 29403** | **n/a** | **2,000** | **Units** |
| **David Stanfill**<br>**772 Treat Blvd**<br>**Tallmadge, OH 44278** | **n/a** | **33,400** | **Units** |
| **Dean Givens**<br>**170 Glad Spring Dr**<br>**Lexington, SC 29072** | **n/a** | **800** | **Units** |
| **Elloit Boutin**<br>**2909 N. Oliver St., Apt. 1014**<br>**Wichita, KS 67220** | **n/a** | **80** | **Units** |
| **Enrique Espinosa**<br>**4009 Old Bridgeview Ln**<br>**Charleston, SC 29403** | **n/a** | **800** | **Units** |
| **Everett Fominyen**<br>**6733 N. 105th Ave**<br>**Omaha, NE 68122** | **n/a** | **2,000** | **Units** |
| **Gabriel and Andrew Boutin**<br>**48 Cascade Street**<br>**Essex Junction, VT 05452** | **n/a** | **80** | **Units** |
| **Gail O'Connell**<br>**8960 Ringview Dr**<br>**Mechanicsville, VA 23116** | **n/a** | **80** | **Units** |
| **George David Jimenez**<br>**9396 Broadland St NW**<br>**Massillon, OH 44646** | **n/a** | **21,000** | **Units** |

Sheet 1 of 3 in List of Equity Security Holders

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re: **Squirrels Research Labs LLC**      Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jason Rettburg<br>670 Robinhood Drive<br>Aurora, OH 44202 | n/a | 4,880 | Units |
| Jason Skender | n/a | 240 | Units |
| Jessica Gritzan<br>1280 Linwood Ave SW<br>North Canton, OH 44720 | n/a | 22,000 | Units |
| Jon Bulger<br>5169 Freeman Rd<br>Orchard Park, NY 14127 | n/a | 400 | Units |
| Jonathan Hulecki<br>10505 Ciwberry Ct<br>Vienna, VA 22182 | n/a | 2,000 | Units |
| Justin O'Connell<br>5104 Kemp St<br>Henrico, VA 23231 | n/a | 80 | Units |
| Kyle Slutz<br>1116 Nimisilia Rd<br>New Franklin, OH 44216 | n/a | 8,000 | Units |
| Michael Maranda<br>38 Oaklawn Ave<br>Farmingville, NY 11738 | n/a | 12,000 | Units |
| Michael Rampton<br>6222 12th Street, North<br>Arlington, VA 22205 | n/a | 3,200 | Umits |
| Sidney Keith<br>8127 Larkspur Ave NW<br>North Canton, OH 44720 | n/a | 10,000 | Units |
| Stephen Allison<br>18 Monument Dr<br>Stafford, VA 22554 | n/a | 6,000 | Units |
| Tulip<br>5464 Lake Ave<br>Orchard Park, NY 14127 | n/a | 2,000 | Units |

List of equity security holders consists of 3 total page(s)

In re:   **Squirrels Research Labs LLC**                                    Case No. _____
                                    _____
                                          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **William Sweeney**<br>**10 Westedge St., Unit 725**<br>**Charleston, SC 29403** | **n/a** | **1,000** | **Units** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____        Signature _____
                                                **David A. Stanfill**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Ohio

In re   **Squirrels Research Labs LLC**     Case No. _____
                Debtor(s)     Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS
## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    11/23/2021          Signature _David A. Stanfill_____

                                      **David A. Stanfill**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Ohio

In re __Squirrels Research Labs LLC_____

Debtor(s)

Case No. _____

Chapter __11_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Squirrels Research Labs LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

11/23/2021
_____

Date

Marc B. Merklin 0018195
Signature of Attorney or Litigant
Counsel for __Squirrels Research Labs LLC_____
Brouse McDowell, LPA
388 S. Main Street, Suite 500
Akron, OH 44311
330-535-5711 Fax:330-253-8601
mmerklin@brouse.com

**United States Bankruptcy Court**
**Northern District of Ohio**

In re    **Squirrels Research Labs LLC**                              Case No. _____

                                           Debtor(s)           Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: _____ **11/23/2021** _____                _____

                                          **David A. Stanfill**/**President**
                                          Signer/Title

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Squirrels Research Labs LLC -

A.G. Adjustments, Ltd.
740 Walt Whitman Rd
Melville, NY 11747

Aaron Holquin
2046 Jamison Pl
Santa Clara, CA 95051

Aaron Reimer
PMB-AR113422
Sumas, WA 98295-9674

Alton Hare
1200 17th St NW
Washington, DC 20036

Amanda McConnell
191 E. 28th Street
Dover, OH 44622

Andrew Gould
4812 Wildflower Drive
North Canton, OH 44720

Andrew Waters
6653 Main Street
Williamsville, NY 14221

Avnet Inc.
Attn: Dennis Losik
5400 Prairie Stone Pkwy
Hoffman Estates, IL 60192

Avnet Inc.
2211 South 47th Street
Phoenix, AZ 85034

Avnet Inc.
5400 Prairie Stone Pkwy
Hoffman Estates, IL 60192

Ben George
5464 Lake Ave
Orchard Park, NY 14127

Squirrels Research Labs LLC -

BittWare/Molex Inc.
2222 Wellington Court
Lisle, IL 60532

Bittware/Molex LLC
2222 Wellington Ct
Lisle, IL 60532

Bradley Conn
51 Maple Avenue
Locust Valley, NY 11560

Bradon Pen
56 Varcoe Rd
Courtice, ON L1E 1S5
CANADA

Brandon Osbourne
151 Mary Ellen Drive
Charleston, SC 29403

Brett Mashford
35 Oakmoss Dr
SPRINGFIELD LAKES, QLD 4300
AUSTRALIA

Brian Fiducci
24463 Norelius Ave
Round Lake, IL 60073

Brian Klinger
4018 Shelby Row
Sugar Land, TX 77479

Carl Forsell
c/o James E.P. Sisto
Schuerger Law Group
1001 Kingsmill Parkway
Columbus, OH 43229

Chad Clark
876 Jefferson St
Menasha, WI 54952

Squirrels Research Labs LLC -

Cincinnati Insurance
417 Anderson Ferry Rd
Suite 3
Cincinnati, OH 45238

Clarence Smith
3290 Double Creek Dr N., Apt 301
Plainfield, IN 46168

CliftonLarsonAllen LLP
Attn: Daniel Riemenschneider
4334 Munson St., NW
Canton, OH 44718

CT Data LLC
133 River Road
Mystic, CT 06355

Culligan of Canton
4810 Southway St., SW
Canton, OH 44706

Daniel Hajdu
Graslaan 111
6833CG Arnhem
NETHERLANDS

Daniel Russo
120 High Farms Rd
Glen Head, NY 11545

Darien Lyons
45 Elvin Street
Staten Island, NY 10314

Darry Kurpisz
14635 22nd Ave SW
Burien, WA 98166

David Chase, et al.
c/o Michael Maranda
38 Oaklawn Ave
Farmingville, NY 11738

David Reynolds
6046 Jerusalem Drive
Cicero, NY 13039

David Stanfill
772 Treat Blvd.
Tallmadge, OH 44278

Donald Ruffatto
420 Fairview Ave
Arcadia, CA 91007

Dustin Hooper
11885 W. McDowell Rd
Avondale, AZ 85392

Everhart Glass Co., Inc.
Attn: Linda Monigold
207 Ninth St., SW
PO Box 20645
Canton, OH 44701

Everstream
1228 Euclid Ave #250
Cleveland, OH 44115

Fabrizio Simonetti
Via Gozzer N 2A
57128 Livorno
ITALY

FedEx
PO Box 371461
Pittsburgh, PA 15250-7461

Fernando Molina
5275 SW 146 AVE
Miami, FL 33175

George D. Jimenez
9396 Broadland Street, NW
Massillon, OH 44646

Squirrels Research Labs LLC -


Gilbert Rodriguez
1340 Camp Street
Fabens, TX 79838


GS 8100, LLC
6610 Chatsworth Street, NW
Canton, OH 44718


GS1 US, Inc.
300 Princeton South Corporate Center
Ewing Township, NJ 08628


Hailu Looyestein
Schout Coxstraat 1
5421GJ Gemert
NETHERLANDS


Heather Bradley
1213 N. Chapel Street
Louisville, OH 44641


Henry Ryan
228 Cranbury Road
Princeton Junction, NJ 08550


Horizon Supply Group
Attn: Jeff Habbyshaw
3691 Honors Way
Howell, MI 48843


Instantiation, LLC
Attn: Sam Cassatt
434 Dorado Beach E
Dorado PR 00646


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Insolvency Group 6
1240 E. Ninth Street, Room 493
Cleveland, OH 44199

Squirrels Research Labs LLC -


IPS Assembly Corp.
Attn: Perry Sutariya
12077 Merriman Rd
Livonia, MI 48150


Isaac Gabriel
Quarles and Brady
One Renissaince Sq
Two North Central Ave
Phoenix, AZ 85004


Israel Garcia
615 Oak Hollow Dr
Newberg, OR 97132


James Holodnak
2910 16th Street, NW
Canton, OH 44708


Jason Price
67 Bartram Trail
Brunswick, GA 31523


Jason R. Schendel
Jeannie Kim
Sheppard, Ullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Flr
San Francisco, CA 94111


JC Pack
628 1/2 E San Ysidro Blvd 292
San Ysidro, CA 92173


Jean Viljoen
5 Cape Willow
Hermanus, Western Cape
7200
SOUTH AFRICA


Jeffrey Cordell
17517 NW Ashland Drive
Portland, OR 97229


Jessica Gritzan
1280 Linwood Ave SW
North Canton, OH 44720

Squirrels Research Labs LLC -


Joaquim Ginesta
Emili Grahit 6, 4r 1r
17002 Girona
SPAIN


Jordan Kupersmith
888 N. Quincy St
Arlington, VA 22203


Jose A. Rubio
15925 Hopper Lane
San Diego, CA 92127


Josh Luoni
808 8th St
Fairmont, WV 26554


Joshua Harris
209 N. Horner Blvd.
Sanford, NC 27330


JPMorgan Chase Bank
1111 Polaris Pkwy
Columbus, OH 43240


Kimble Companies
3596 SR 39
Dover, OH 44622


Kyle Slutz
1116 W. Nimisila Road
Clinton, OH 44216


Kyle Tricarico
5464 Lake Ave
Orchard Park, NY 14127


Luco Gilardi
Ul. Slivnitsa 188
Sofia 1202
BULGARIA


Mario Fortier
10 Orchard Lane
Chelmsford, MA 01824

Marius Nastasenko
Taikos g. 148
Vilnius
Vilniaus Apskritis 5227
LITHUANIA

Mark D'Aria
165 Quaker Path
East Setauket, NY 11733

Mark Veon
2547 S. 3rd Street
Milwaukee, WI 53207

Metal Masters
Attn: Bret Kettlewell
125 Williams Dr
Dover, OH 44622

Michael Dai
43174 Christy Street
Fremont, CA 94538

Michael Rampton
6222 12th Street, North
Arlington, VA 22205

Michael Riley
2506 SW 23rd Cranbrook Dr
Boynton Beach, FL 33436

Michael Robinson
103 Hunters Ct
Forest, VA 24551

Michael Walker
Associate General Counsel
Avnet Inc.
2211 S. 47th Street
Phoenix, AZ 85034

Miguel Chacon
120 NW 6th Ave
Miami, FL 33128

Mohamed Kazem
27 Orwell Street
Potts Point
SYDNEY, NSW 2011
AUSTRALIA

Naoaki Kita
Kigoshimachi
Kanazawa-shi
Ishikawaken 920-0203
JAPAN

Nick Yarosz
3019 Ellington Dr
Summerville, SC 29485

Nicolas Rochon
4278 Beausoleil
Terrebonne QC J6V 1G1
CANADA

NJEB Partners
244 5th Avenue, Ste 1253
New York, NY 10001

Office of U.S. Attorney
Attn: Bankruptcy Section
Carl B. Stokes U.S. Court House
801 W. Superior Avenue, Ste 400
Cleveland, OH 44113

Ohio Attorney General
Collections Enforcement Section
Attn: Bankruptcy Unit
30 E. Broad Street, 14th Floor
Columbus, OH 43215

Ohio Bureau of Workers' Compensation
Attn: Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567

Ohio Department of Job & Family Svcs
Attn: Legal Support-Bankruptcy
PO Box 182830
Columbus, OH 43218-2830

Squirrels Research Labs LLC -

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

One Haines Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

One Skymax Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Pat Clay
72 Baker Dr
Gansevoort, NY 12831

Patrick Nadeau
311 Andrews Rd
Wolcott, CT 06716

Paul Kelsey
1583 E. Primrose Lane
Layton, UT 84040

Peter Ensor
Powerstown House
Clonee, Dublin
D15 YH52
IRELAND

Phillippe Germain
102 W. Service Rd #2153466
Champlain, NY 12919

Premier Bank
PO Box 248
Defiance, OH 43512

R. Scott Heasley
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122

Squirrels Research Labs LLC -


Rajesh Bhakar
Sector 9d/204, 2nd Flr Akarti Apartment
Jaipur
Rajasthan 302021
INDIA


Raymond Wodarczyk
KinzigstraâˆšÃ¼e 28
10247 Berlin
GERMANY


Richard Bergstrom
30107 Mountain View Dr
Hayward, CA 94544


Richard Weeks
4199 Defoors Farm Dr
Powder Springs, GA 30127


Robin Wolf
Fasangasse 49
Vienna
Wien 1030
AUSTRIA


Ruben Sousa
Av. D. Joâ šÂ£o II, nÂ â 34
1998-031 Lisboa
PORTUGAL


Ryan Marfone
98 N. Hawkhurst Cir
The Woodlands, TX 77354


Sam Adams
3417 Bush Street
Stevens Point, WI 54481


Samtec
20 Park E. Blvd.
New Albany, IN 47150


Scott Chen
4058 Case St
Elmhurst, NY 11373

Squirrels Research Labs LLC -


Seth Stanfill
1515 24th Street, NW
Canton, OH 44709


Squirrels LLC
121 Wilbur Drive NE
North Canton, OH 44720


Stefano Chiesa
Via III Novembre 41
38026 Fucine Trentino
 ITALY


Steven Turnshek
13 Krist Glen Dr
Swissvale, PA 15218


Thom Kuznia
5733 York Ave S
Edina, MN 55410


Tim Bredemus
9757 Union Terrace Ln N
Maple Grove, MN 55369


Tommy DeFreitas
14114 N. Wind Cave Ct
Conroe, TX 77384


TorEA Consulting
Attn: Paul Billinger
1 Bow Street
Stouffville, ON L4A 1Z3
CANADA


Trevor Steinle
24106 SE 42nd St
Sammamish, WA 98029


Trevor Steinle
24106 SE 42nd St
Sammamish, WA 98209

Squirrels Research Labs LLC -


Tri Ho
1180 N. Cherry Way
Anaheim, CA 92801


Troy Keplinger
1730 E. Park St
Enid, OK 73701


U.S. Small Business Administration
District Counsel
1350 Euclid Ave, Suite 211
Cleveland, OH 44115


Uline
12575 Uline Dr
Pleasant Prairie, WI 53138


Welbour Espartero
46 6th Ave NE
Swift Current, SK S9H 2L7
CANADA


William Paden
205 Plains Rd
Westford, VT 05494