UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, | ) | Case No. 21-61491 |
| | ) | |
| Debtor. | ) | |
| | ) | Judge Russ Kendig |
| An Ohio Limited Liability Company | ) | |
| (Employer Tax I.D. No. 83-0829310) | ) | |
| _____ | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| The Midwest Data Company LLC, | ) | Case No. 21-61492 |
| | ) | |
| Debtor. | ) | |
| | ) | Judge Russ Kendig |
| An Ohio Limited Liability Company | ) | |
| (Employer Tax I.D. No. 84-3221213) | ) | |
| | ) | |

**ORDER GRANTING MOTION OF DEBTORS-AND-DEBTORS IN
POSSESSION FOR JOINT ADMINISTRATION OF CHAPTER 11
CASES PURSUANT TO BANKRUPTCY RULE 1015(b)**

This matter is before the Court on the Motion of Debtors and Debtors-in-Possession for Joint Administration of Chapter 11 Cases Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Motion"), filed by the above captioned debtors and debtors-in-possession (collectively the "Debtors"). The Court having reviewed the Motion and having heard the statements of counsel in

support of the relief requested therein at a hearing before the Court (the "Hearing"); finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) notice of the Motion and the Hearing was sufficient under the circumstances and (d) the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

3. The Debtors' respective captioned and numbered cases shall be, and hereby are, consolidated for procedural purposes only, and shall be jointly administered in accordance with Bankruptcy Rule 1015(b).

4. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the Debtors' respective cases.

5. The caption of the jointly administered cases is to read as follows:

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

6. A docket entry shall be made in each of the above-captioned and numbered cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases of Squirrels Research Labs LLC and The Midwest Data Company LLC. The docket in Case No. 21-61491 should be consulted for all matters affecting this case.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order.

8. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry. The clerk of the Court is hereby directed to enter this order on the docket in each of the Cases.

# # #

SUBMITTED BY:

*/s/*_____
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Proposed Counsel for the Debtors
and Debtors-in-Possession*