# EXHIBIT A

| Debtor | Utility | Address | Type | Two-Week Average | Adequate Assurance Deposit |
|---|---|---|---|---|---|
| The Midwest Data Company LLC | AEP Ohio | 301 Cleveland Ave., SW Canton, OH 44702 | Electricity | $9,231 | $13,635 |
| **TOTAL** | | | | $9,231 | $13,635[1] |

---

[1] AEP Ohio was in possession of this deposit amount prior to the Petition Date and, as set forth in the Motion, the Debtor proposes such existing deposit shall be deemed to be the Adequate Assurance Deposit (as defined in the Motion).