<u>**EXHIBIT A**</u>

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | *(Request for Joint Administration Pending)* |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

**<u>NOTICE OF EXPEDITED HEARING ON CERTAIN
FIRST DAY MOTIONS OF DEBTORS AND DEBTORS-IN-POSSESSION</u>**

PLEASE TAKE NOTICE THAT, on November 23, 2021, the above-captioned Debtors and Debtors-in-Possession (each a "<u>Debtor</u>" and collectively, the "<u>Debtors</u>") commenced their bankruptcy cases by filing voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

PLEASE TAKE FURTHER NOTICE THAT, on **December 1, 2021 at 2:00 p.m., Eastern Time**, the Honorable Russ Kendig, United States Bankruptcy Judge, will conduct an expedited hearing (the "<u>Hearing</u>") **telephonically** in the Bankruptcy Courtroom at the Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Ave SW, Canton, Ohio 44702, **Dial In: (888) 684-8852; Access Code: 3303949#**,[2] with respect to the following first day motions (collectively, the "<u>First Day Motions</u>") filed by the Debtors:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and Midwest Date Company LLC (1213), case no. 21-61492.

[2] For further details on telephonic participation, please refer to Judge Kendig's Notice of Telephonic Hearing Procedure, dated March 18, 2020, at https://www.ohnb.uscourts.gov/sites/default/files/memoranda/telephonic-hearing-procedure-31820.pdf

| Motion Or Application | Nature of Relief Requested |
|---|---|
| Motion of Debtors and Debtors-in-Possession For Joint Administration of Chapter 11 Cases Pursuant To Bankruptcy Rule 1015(b) | Order Granting Motion of Debtors and Debtors-in-Possession For Joint Administration of Chapter 11 Cases Pursuant To Bankruptcy Rule 1015(b) |
| Motion of Debtors for Interim and Final Orders: (I) Authorizing the Midwest Data Company LLC to Obtain Debtor in Possession Financing; (II) Modifying the Automatic Stay; (III) Approving DIP Loan and Security Agreement with Instantiation LLC; (IV) Setting Final Hearing; and (V) Granting Related Relief | Interim Order: (I) Authorizing Secured Postpetition Financing on a Superpriority Basis Pursuant to Section 364 of the Bankruptcy Code; (II) Modifying the Automatic Stay; and (III) Granting Related Relief |
| Motion of Debtors and Debtors-In-Possession For Interim and Final Orders: (A) Prohibiting Utilities From Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtors on Account of Prepetition Invoices; (B) Determining That the Utilities are Adequately Assured of Future Payment; and (C) Establishing Procedures For Determining Requests For Additional Assurance | Order (A) Prohibiting Utilities From Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtors on Account of Prepetition Invoices; (B) Determining That the Utilities are Adequately Assured of Future Payment; and (C) Establishing Procedures For Determining Requests For Additional Assurance |

Copies of the First Day Motions can be obtained (a) through the United States Bankruptcy Court's PACER System; or (b) by contacting Marc B. Merklin or Julie K. Zurn via (i) email at mmerklin@brouse.com or jzurn@brouse.com; (ii) telephone at 330.535.5711; or (iii) facsimile at 330.253.8601.

PLEASE TAKE FURTHER NOTICE THAT, if you do not want the Court to grant the relief requested in a Motion, or if you want the Court to consider your views on a Motion, then you or your attorney must attend the Hearing.

Dated:  November [  ], 2021          Respectfully submitted,

/s/
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Proposed Counsel for the
Debtors and Debtors-in-Possession*