# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | *(Request for Joint Administration Pending)* |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

## CERTIFICATE OF SERVICE

I, Julie K Zurn, hereby certify that on November 23, 2021 true and correct copies of the following:

1. Motion for an Order: (A)(I) Establishing and Approving Bid Procedures Related to the Sale of Certain of the Debtors' Assets Pursuant to 11 U.S.C. § 105(A), Including the Designation of Stalking Horse Bidder and Related Bid Protections; (II) Approving Contract/Lease Assumption and Assignment Procedures and the Form and Notice Thereof; (III) Scheduling the Auction; (IV) Scheduling a Hearing and Objection Deadline with Respect to the Sale; (V) Approving the Form and Notice Thereof; and (VI) Granting Related Relief; and (B)(I) Authorizing Sale of Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §§ 105 and 363; and (II) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief; and

2. Motion to Shorten Time to Respond to, and Expedite the Hearing on the Motion for an Order: (A)(I) Establishing and Approving Bid Procedures Related to the Sale of Certain of the Debtors' Assets Pursuant to 11 U.S.C. § 105(A), Including the Designation of Stalking Horse Bidder and Related Bid Protections; (II) Approving Contract/Lease Assumption and Assignment Procedures and the Form and Notice Thereof; (III) Scheduling the Auction; (IV) Scheduling a Hearing and Objection Deadline with Respect to the Sale; (V) Approving the Form and Notice Thereof; and (VI) Granting Related Relief; and (B)(I) Authorizing Sale of Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §§ 105 and 363; and (II) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

were served by Regular U.S. Mail, postage prepaid, on the following:

A.G. Adjustments, Ltd.
740 Walt Whitman Rd
Melville, NY 11747

Aaron Holquin
2046 Jamison Pl
Santa Clara, CA 95051

Aaron Reimer
PMB-AR113422
Sumas, WA 98295-9674

Alton Hare
1200 17th St NW
Washington, DC 20036

Amanda McConnell
191 E. 28th Street
Dover, OH 44622

Andrew Gould
4812 Wildflower Drive
North Canton, OH 44720

Avnet Inc.
5400 Prairie Stone Pkwy
Hoffman Estates, IL 60192

Avnet Inc.
Attn: Dennis Losik
5400 Prairie Stone Pkwy
Hoffman Estates, IL 60192

Avnet Inc.
2211 South 47th Street
Phoenix, AZ 85034

Ben George
5464 Lake Ave
Orchard Park, NY 14127

Bradley Conn
51 Maple Avenue
Locust Valley, NY 11560

Bradon Pen
56 Varcoe Rd
Courtice, ON L1E 1S5
**CANADA**

Brandon Osbourne
151 Mary Ellen Drive
Charleston, SC 29403

Brett Mashford
35 Oakmoss Dr
SPRINGFIELD LAKES, QLD 4300
**AUSTRALIA**

Brian Fiducci
24463 Norelius Ave
Round Lake, IL 60073

Brian Klinger
4018 Shelby Row
Sugar Land, TX 77479

Carl Forsell
c/o James E.P. Sisto
Schuerger Law Group
1001 Kingsmill Parkway
Columbus, OH 43229

Chad Clark
876 Jefferson St
Menasha, WI 54952

Cincinnati Insurance
417 Anderson Ferry Rd
Suite 3
Cincinnati, OH 45238

Clarence Smith
3290 Double Creek Dr N., Apt 301
Plainfield, IN 46168

Culligan of Canton
4810 Southway St., SW
Canton, OH 44706

Daniel Hajdu
Graslaan 111
6833CG Arnhem
**NETHERLANDS**

Daniel Russo
120 High Farms Rd
Glen Head, NY 11545

Darien Lyons
45 Elvin Street
Staten Island, NY 10314

Darry Kurpisz
14635 22nd Ave SW
Burien, WA 98166

David Chase, et al.
c/o Michael Maranda
38 Oaklawn Ave
Farmingville, NY 11738

David Reynolds
6046 Jerusalem Drive
Cicero, NY 13039

David Stanfill
772 Treat Blvd.
Tallmadge, OH 44278

Dustin Hooper
11885 W. McDowell Rd
Avondale, AZ 85392

Fabrizio Simonetti
Via Gozzer N 2A
57128 Livorno
**ITALY**

Fernando Molina
5275 SW 146 AVE
Miami, FL 33175

George D. Jimenez
9396 Broadland Street, NW
Massillon, OH 44646

Gilbert Rodriguez
1340 Camp Street
Fabens, TX 79838

GS 8100, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

GS1 US, Inc.
300 Princeton South Corporate Center
Ewing Township, NJ 08628

Heather Bradley
1213 N. Chapel Street
Louisville, OH 44641

Henry Ryan
228 Cranbury Road
Princeton Junction, NJ 08550

Horizon Supply Group
Attn: Jeff Habbyshaw
3691 Honors Way
Howell, MI 48843

Instantiation, LLC
Attn: Sam Cassatt
434 Dorado Beach E
Dorado PR 00646

Isaac Gabriel
Quarles and Brady
One Renissaince Sq
Two North Central Ave
Phoenix, AZ 85004

Israel Garcia
615 Oak Hollow Dr
Newberg, OR 97132

James Holodnak
2910 16th Street, NW
Canton, OH 44708

Jason R. Schendel
Jeannie Kim
Sheppard, Ullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Flr
San Francisco, CA 94111

JC Pack
628 1/2 E San Ysidro Blvd 292
San Ysidro, CA 92173

Jean Viljoen
5 Cape Willow
Hermanus, Western Cape
7200
**SOUTH AFRICA**

Jeffrey Cordell
17517 NW Ashland Drive
Portland, OR 97229

Jessica Gritzan
1280 Linwood Ave SW
North Canton, OH 44720

Joaquim Ginesta
Emili Grahit 6, 4r 1r
17002 Girona
**SPAIN**

Jordan Kupersmith
888 N. Quincy St
Arlington, VA 22203

Josh Luoni
808 8th St
Fairmont, WV 26554

Joshua Harris
209 N. Horner Blvd.
Sanford, NC 27330

| | | |
|---|---|---|
| JPMorgan Chase Bank<br>1111 Polaris Pkwy<br>Columbus, OH 43240 | Kimble Companies<br>3596 SR 39<br>Dover, OH 44622 | Kyle Slutz<br>1116 W. Nimisila Road<br>Clinton, OH 44216 |
| Kyle Tricarico<br>5464 Lake Ave<br>Orchard Park, NY 14127 | Luco Gilardi<br>Ul. Slivnitsa 188<br>Sofia 1202<br>**BULGARIA** | Mario Fortier<br>10 Orchard Lane<br>Chelmsford, MA 01824 |
| Marius Nastasenko<br>Taikos g. 148<br>Vilnius<br>Vilniaus Apskritis 5227<br>**LITHUANIA** | Mark Veon<br>2547 S. 3rd Street<br>Milwaukee, WI 53207 | Michael Dai<br>43174 Christy Street<br>Fremont, CA 94538 |
| Michael Rampton<br>6222 12th Street, North<br>Arlington, VA 22205 | Michael Riley<br>2506 SW 23rd Cranbrook Dr<br>Boynton Beach, FL 33436 | Michael Robinson<br>103 Hunters Ct<br>Forest, VA 24551 |
| Michael Walker<br>Associate General Counsel<br>Avnet Inc.<br>2211 S. 47th Street<br>Phoenix, AZ 85034 | Miguel Chacon<br>120 NW 6th Ave<br>Miami, FL 33128 | Mohamed Kazem<br>27 Orwell Street<br>Potts Point<br>SYDNEY, NSW 2011<br>**AUSTRALIA** |
| Naoaki Kita<br>Kigoshimachi<br>Kanazawa-shi<br>Ishikawaken 920-0203<br>JAPAN, | Nick Yarosz<br>3019 Ellington Dr<br>Summerville, SC 29485 | Nicolas Rochon<br>4278 Beausoleil<br>Terrebonne QC J6V 1G1<br>**CANADA** |
| NJEB Partners<br>244 5th Avenue, Ste 1253<br>New York, NY 10001 | One Haines Company, LLC<br>6610 Chatsworth Street, NW<br>Canton, OH 44718 | One Skymax Company, LLC<br>6610 Chatsworth Street, NW<br>Canton, OH 44718 |
| Pat Clay<br>72 Baker Dr<br>Gansevoort, NY 12831 | Patrick Nadeau<br>311 Andrews Rd<br>Wolcott, CT 06716 | Paul Kelsey<br>1583 E. Primrose Lane<br>Layton, UT 84040 |
| Peter Ensor<br>Powerstown House<br>Clonee, Dublin<br>D15 YH52<br>**IRELAND** | Premier Bank<br>PO Box 248<br>Defiance, OH 43512 | R. Scott Heasley<br>Meyers, Roman, Friedberg & Lewis<br>28601 Chagrin Blvd., Suite 600<br>Cleveland, OH 44122 |

| | | |
|---|---|---|
| Rajesh Bhakar<br>Sector 9d/204, 2nd Flr Akarti Apartment<br>Jaipur<br>Rajasthan 302021<br>**INDIA** | Raymond Wodarczyk<br>KinzigstraâˆšÃ¼e 28<br>10247 Berlin<br>**GERMANY** | Richard Bergstrom<br>30107 Mountain View Dr<br>Hayward, CA 94544 |
| Richard Weeks<br>4199 Defoors Farm Dr<br>Powder Springs, GA 30127 | Robin Wolf<br>Fasangasse 49<br>Vienna<br>Wien 1030<br>**AUSTRIA** | Ruben Sousa<br>Av. D. Joâ šÂ£o II, nÂ â 34<br>1998-031 Lisboa<br>**PORTUGAL** |
| Ryan Marfone<br>98 N. Hawkhurst Cir<br>The Woodlands, TX 77354 | Scott Chen<br>4058 Case St<br>Elmhurst, NY 11373 | Seth Stanfill<br>1515 24th Street, NW<br>Canton, OH 44709 |
| Squirrels LLC<br>121 Wilbur Drive NE<br>North Canton, OH 44720 | Stefano Chiesa<br>Via III Novembre 41<br>38026 Fucine Trentino<br>**ITALY** | Thom Kuznia<br>5733 York Ave S<br>Edina, MN 55410 |
| Tim Bredemus<br>9757 Union Terrace Ln N<br>Maple Grove, MN 55369 | Tommy DeFreitas<br>14114 N. Wind Cave Ct<br>Conroe, TX 77384 | TorEA Consulting<br>Attn: Paul Billinger<br>1 Bow Street<br>Stouffville, ON L4A 1Z3<br>**CANADA** |
| Trevor Steinle<br>24106 SE 42nd St<br>Sammamish, WA 98209 | Tri Ho<br>1180 N. Cherry Way<br>Anaheim, CA 92801 | Troy Keplinger<br>1730 E. Park St<br>Enid, OK 73701 |
| U.S. Small Business Administration<br>District Counsel<br>1350 Euclid Ave, Suite 211<br>Cleveland, OH 44115 | Uline<br>12575 Uline Dr<br>Pleasant Prairie, WI 53138 | Welbour Espartero<br>46 6th Ave NE<br>Swift Current, SK S9H 2L7<br>**CANADA** |
| AEP Ohio<br>301 Cleveland Ave., SW<br>Canton, OH 44702 | Cincinnati Insurance<br>6200 S. Gilmore Rd<br>Fairfield, OH 45014 | |

And the following parties by email:

Aaron Starting at awstrating@gmail.com
Aditya Chauhan at zeebochauhan@gmail.com
Andrew Wolf at 30n30w@gmail.com
Arran Gracie at arrangracie@gmail.com
Artem Pylypchuk at articicejuice@gmail.com
Barry Gluntz at barry.gluntz@cnlcasting.com
Fabian Delmotte at fabdel11@msn.com
Henrik Gustafsson at henrik@virtualduck.net
James Soldi at jsoldi@yahoo.com
Jason Palmer at palmer.thinker@gmail.com
Jose A. Rubio at hoserr9@gmail.com
Jose Nunez at admin@croxmoon.com
Lance Colton at lance.colton@gmail.com
Marco Mendoza at Marcomendoza1337@gmail.com
Matthew Peterson at big.galen@gmail.com
Michael Erceg at michael.erceg@gmail.com
Richard Hall at richard.hall@gmail.com
Richard Ramazinski at richard.ramazinski@gmail.com
Robert Oxsen at sfmining@protonmail.com
Robert Renna at rrenna27@yahoo.com
Spencer Gabriel Singh at spencersingh96@gmail.com
Todd Dallimore at tdallimore@start.ca
Yannick Vergult at yannick.vergult@gmail.com

Dated: November 23, 2021

Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Proposed Counsel for the Debtor and Debtor-in-Possession*

[1361499]