IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 21-61491 (RK) |
| Squirrels Research Labs, LLC. | Chapter 11 |
| Debtor. | Judge Russ Kendig |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters an appearance on behalf of Andrew R. Vara, United States Trustee for Region 9, in this case.

Respectfully Submitted,

**ANDREW R. VARA
UNITED STATES TRUSTEE,
REGIONS 3 & 9**

By: */s/ Kate M. Bradley*
Kate M. Bradley (0074206)
Trial Attorney
U. S. Department of Justice
Office of the U. S. Trustee
201 Superior Avenue E, #441
Cleveland, Ohio 44114
(216) 522-7800, ext. 255
(216) 522-7183 (facsimile)
kate.m.bradley@usdoj.gov

# CERTIFICATE OF SERVICE

       I hereby certify that on November 24, 2021, a true and correct copy of the foregoing *Notice of Appearance* was served upon the following in the manner indicated:

Via the Court's Electronic Case Filing System:

- Marc Merklin  mmerklin@brouse.com
- Julie Zurn jzurn@brouse.com
- United States Trustee (Registered address)@usdoj.gov

                                **ANDREW R. VARA**
                                **UNITED STATES TRUSTEE,**
                                **REGIONS 3 & 9**

By: */s/ Kate M. Bradley*       .
           Kate M. Bradley (0074206)
           Trial Attorney
           United States Department of Justice
           Office of the United States Trustee
           Howard M. Metzenbaum U.S. Courthouse
           201 Superior Avenue E, Suite 441
           Cleveland, Ohio 44114
           (216) 522-7800, ext 255
           (216) 522-7193 (facsimile)
           kate.m.bradley@usdoj.gov