# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.*[1] | ) | Case No. 21-61491 |
| | ) | (*Request for Joint Administration Pending*) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that John C. Cannizzaro of the law firm Ice Miller LLP and Jason R. Schendel and Jeannie Kim of the law firm Sheppard, Mullin, Richter & Hampton LLP hereby appear as counsel for Instantiation LLC ("Instantiation") pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and L.B.R. 2090-1, and request that all notices given or required to be given and all papers served or required to be served in the above-captioned case be given to and served upon the following:

Jason R. Schendel (pro hac vice pending)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA  94111
Telephone: (650) 815-2621
Fax: (650) 815-2601
Email: jschendel@sheppardmullin.com

Jeannie Kim (pro hac vice pending)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA  94111
Telephone: (415) 774-3114
Fax: (415) 434-3947
Email: JeKim@sheppardmullin.com

John C. Cannizzaro
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH 43215
Telephone: (614) 462-1070
Email: john.cannizzaro@icemiller.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes that Jason R. Schendel, Jeannie Kim, and John C. Cannizzaro be added to the master mailing list and the CM/ECF electronic notice list for the above-referenced cases.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Instantiation's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Instantiation is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 24, 2021

Respectfully submitted,

*/s/ John C. Cannizzaro*
John C. Cannizzaro (0085161)
**ICE MILLER LLP**
250 West Street, Suite 700
Columbus, Ohio 43215-7509
(614) 462-2700 Telephone
(614) 232-6923 Facsimile
john.cannizzaro@icemiller.com

*Co-Counsel for Instantiation LLC*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.*[1] | ) | Case No. 21-61491 |
| | ) | (*Request for Joint Administration Pending*) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2021, the foregoing and the attachments thereto were filed electronically with the Clerk using the Court's CM/ECF system, which sent notification of such filing to all counsel of record.

Dated: November 24, 2021

Respectfully submitted,

*/s/ John C. Cannizzaro*
John C. Cannizzaro (0085161)
**ICE MILLER LLP**
250 West Street, Suite 700
Columbus, Ohio 43215-7509
(614) 462-2700 Telephone
(614) 232-6923 Facsimile
john.cannizzaro@icemiller.com

*Co-Counsel for Instantiation LLC*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

4887-7297-7412.1