United States Bankruptcy Court
Northern District of Ohio

In re: Case No. 21-61491-rk
Squirrels Research Labs LLC Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0647-6 | User: lbald | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Nov 24, 2021 | Form ID: 259 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Squirrels Research Labs LLC, 8050 Freedom Avenue NW, North Canton, OH 44720-6912 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Julie K. Zurn | on behalf of Debtor Squirrels Research Labs LLC jzurn@brouse.com tpalcic@brouse.com |
| Marc Merklin | on behalf of Debtor Squirrels Research Labs LLC mmerklin@brouse.com tpalcic@brouse.com;mmiller@brouse.com |

TOTAL: 2

Northern District Of Ohio
United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

**Case No. 21−61491−rk**

**In re:**
   Squirrels Research Labs LLC
   8050 Freedom Avenue NW
   North Canton, OH 44720

**Social Security No.:**

**Employer's Tax I.D. No.:**
   83−0829310

## MISSING DOCUMENTS NOTICE

**To the Parties in Interest:**

The above referenced case was filed in this court on November 23, 2021. The petition is missing the following required documents:

  Summary of Schedules and Liabilities, Schedules A/B, D, E/F, G, H, Statement of Financial Affairs, Disclosure of Attorney Compensation, Balance Sheet, Statement of Operations, Cash flow statement, Federal income tax return

Pursuant to Bankruptcy Rule 1007(C), these papers must be filed within 14 days of the filing of the petition. Failure to comply will cause an Order to Show Cause why this case should not be dismissed to be entered. Filing due date December 7, 2021.

| | |
|---|---|
| **Dated:** November 24, 2021 | For the Court |
| Form ohnb259 | Josiah C. Sell, Clerk |