In re:                                                                                                                           Case No. 21-61491-rk

Squirrels Research Labs LLC                                                                Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-6                                                              User: lbald                                                       Page 1 of 4

Date Rcvd: Nov 24, 2021                                            Form ID: pdf755                                   Total Noticed: 121

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Squirrels Research Labs LLC, 8050 Freedom Avenue NW, North Canton, OH 44720-6912 |
| 27110770 | + | A.G. Adjustments, Ltd., 740 Walt Whitman Rd, Melville, NY 11747-2212 |
| 27110771 | + | Aaron Holquin, 2046 Jamison Pl, Santa Clara, CA 95051-2240 |
| 27110772 | | Aaron Reimer, PMB-AR113422, Sumas, WA 98295-9674 |
| 27110773 | + | Alton Hare, 1200 17th St NW, Washington, DC 20036-3006 |
| 27110774 | + | Amanda McConnell, 191 E. 28th Street, Dover, OH 44622-9502 |
| 27110775 | + | Andrew Gould, 4812 Wildflower Drive, North Canton, OH 44720-1174 |
| 27110776 | + | Andrew Waters, 6653 Main Street, Williamsville, NY 14221-5906 |
| 27110779 | + | Avnet Inc., 5400 Prairie Stone Pkwy, Hoffman Estates, IL 60192-3721 |
| 27110777 | + | Avnet Inc., Attn: Dennis Losik, 5400 Prairie Stone Pkwy, Hoffman Estates, IL 60192-3721 |
| 27110780 | + | Ben George, 5464 Lake Ave, Orchard Park, NY 14127-1057 |
| 27110781 | + | BittWare/Molex Inc., 2222 Wellington Court, Lisle, IL 60532-1682 |
| 27110782 | + | Bittware/Molex LLC, 2222 Wellington Ct, Lisle, IL 60532-3831 |
| 27110783 | + | Bradley Conn, 51 Maple Avenue, Locust Valley, NY 11560-2006 |
| 27110784 | | Bradon Pen, 56 Varcoe Rd, Courtice, ON L1E 1S5, CANADA |
| 27110785 | + | Brandon Osbourne, 151 Mary Ellen Drive, Charleston, SC 29403-3355 |
| 27110787 | + | Brian Fiducci, 24463 Norelius Ave, Round Lake, IL 60073-1419 |
| 27110788 | + | Brian Klinger, 4018 Shelby Row, Sugar Land, TX 77479-1751 |
| 27110794 | + | CT Data LLC, 133 River Road, Mystic, CT 06355-1815 |
| 27110789 | + | Carl Forsell, c/o James E.P. Sisto, Schuerger Law Group, 1001 Kingsmill Parkway, Columbus, OH 43229-1129 |
| 27110790 | + | Chad Clark, 876 Jefferson St, Menasha, WI 54952-2452 |
| 27110791 | + | Cincinnati Insurance, 417 Anderson Ferry Rd, Suite 3, Cincinnati, OH 45238-5286 |
| 27110792 | + | Clarence Smith, 3290 Double Creek Dr N., Apt 301, Plainfield, IN 46168-5586 |
| 27110793 | + | CliftonLarsonAllen LLP, Attn: Daniel Riemenschneider, 4334 Munson St., NW, Canton, OH 44718-3674 |
| 27110795 | + | Culligan of Canton, 4810 Southway St., SW, Canton, OH 44706-1965 |
| 27110796 | | Daniel Hajdu, Graslaan 111, 6833CG Arnhem, NETHERLANDS |
| 27110797 | + | Daniel Russo, 120 High Farms Rd, Glen Head, NY 11545-2227 |
| 27110798 | #+ | Darien Lyons, 45 Elvin Street, Staten Island, NY 10314-4050 |
| 27110799 | + | Darry Kurpisz, 14635 22nd Ave SW, Burien, WA 98166-1609 |
| 27110800 | + | David Chase, et al., c/o Michael Maranda, 38 Oaklawn Ave, Farmingville, NY 11738-2523 |
| 27110801 | + | David Reynolds, 6046 Jerusalem Drive, Cicero, NY 13039-8885 |
| 27110802 | + | David Stanfill, 772 Treat Blvd., Tallmadge, OH 44278-2634 |
| 27110803 | + | Donald Ruffatto, 420 Fairview Ave, Arcadia, CA 91007-6806 |
| 27110804 | + | Dustin Hooper, 11885 W. McDowell Rd, Avondale, AZ 85392-5188 |
| 27110805 | + | Everhart Glass Co., Inc., Attn: Linda Monigold, 207 Ninth St., SW, PO Box 20645, Canton, OH 44701-0645 |
| 27110806 | + | Everstream, 1228 Euclid Ave #250, Cleveland, OH 44115-1831 |
| 27110807 | | Fabrizio Simonetti, Via Gozzer N 2A, 57128 Livorno, ITALY |
| 27110808 | | FedEx, PO Box 371461, Pittsburgh, PA 15250-7461 |
| 27110809 | + | Fernando Molina, 5275 SW 146 AVE, Miami, FL 33175-5707 |
| 27110812 | + | GS 8100, LLC, 6610 Chatsworth Street, NW, Canton, OH 44718-3849 |
| 27110813 | | GS1 US, Inc., 300 Princeton South Corporate Center, Ewing Township, NJ 08628 |

| | | |
|---|---|---|
| 27110810 | + | George D. Jimenez, 9396 Broadland Street, NW, Massillon, OH 44646-9120 |
| 27110811 | | Gilbert Rodriguez, 1340 Camp Street, Fabens, TX 79838 |
| 27110814 | | Hailu Looyestein, Schout Coxstraat 1, 5421GJ Gemert, NETHERLANDS |
| 27110815 | + | Heather Bradley, 1213 N. Chapel Street, Louisville, OH 44641-1007 |
| 27110816 | + | Henry Ryan, 228 Cranbury Road, Princeton Junction, NJ 08550-2801 |
| 27110817 | + | Horizon Supply Group, Attn: Jeff Habbyshaw, 3691 Honors Way, Howell, MI 48843-7498 |
| 27110821 | + | IPS Assembly Corp., Attn: Perry Sutariya, 12077 Merriman Rd, Livonia, MI 48150-1912 |
| 27110818 | + | Instantiation, LLC, Attn: Sam Cassatt, 434 Dorado Beach E, Dorado PR 00646-2225 |
| 27110822 | + | Isaac Gabriel, Quarles and Brady, One Renissaince Sq, Two North Central Ave, Phoenix, AZ 85004-2322 |
| 27110823 | + | Israel Garcia, 615 Oak Hollow Dr, Newberg, OR 97132-7475 |
| 27110827 | + | JC Pack, 628 1/2 E San Ysidro Blvd 292, San Ysidro, CA 92173-3149 |
| 27110824 | + | James Holodnak, 2910 16th Street, NW, Canton, OH 44708-3006 |
| 27110825 | + | Jason Price, 67 Bartram Trail, Brunswick, GA 31523-7911 |
| 27110826 | + | Jason R. Schendel, Jeannie Kim, Sheppard, Ullin, Richter & Hampton LLP, Four Embarcadero Center, 17th Flr, San Francisco, CA 94111-4158 |
| 27110828 | | Jean Viljoen, 5 Cape Willow, Hermanus, Western Cape, 7200, SOUTH AFRICA |
| 27110829 | + | Jeffrey Cordell, 17517 NW Ashland Drive, Portland, OR 97229-3371 |
| 27110830 | + | Jessica Gritzan, 1280 Linwood Ave SW, North Canton, OH 44720-3473 |
| 27110831 | | Joaquim Ginesta, Emili Grahit 6, 4r 1r, 17002 Girona, SPAIN |
| 27110832 | + | Jordan Kupersmith, 888 N. Quincy St, Arlington, VA 22203-2070 |
| 27110833 | + | Jose A. Rubio, 15925 Hopper Lane, San Diego, CA 92127-6180 |
| 27110834 | + | Josh Luoni, 808 8th St, Fairmont, WV 26554-2561 |
| 27110835 | + | Joshua Harris, 209 N. Horner Blvd., Sanford, NC 27330-3913 |
| 27110837 | + | Kimble Companies, 3596 SR 39, Dover, OH 44622-7232 |
| 27110838 | + | Kyle Slutz, 1116 W. Nimisila Road, Clinton, OH 44216-8900 |
| 27110839 | + | Kyle Tricarico, 5464 Lake Ave, Orchard Park, NY 14127-1057 |
| 27110840 | | Luco Gilardi, Ul. Slivnitsa 188, Sofia 1202, BULGARIA |
| 27110841 | + | Mario Fortier, 10 Orchard Lane, Chelmsford, MA 01824-1324 |
| 27110842 | | Marius Nastasenko, Taikos g. 148, Vilnius, Vilniaus Apskritis 5227, LITHUANIA |
| 27110844 | + | Mark Veon, 2547 S. 3rd Street, Milwaukee, WI 53207-1407 |
| 27110845 | + | Metal Masters, Attn: Bret Kettlewell, 125 Williams Dr, Dover, OH 44622-7662 |
| 27110846 | + | Michael Dai, 43174 Christy Street, Fremont, CA 94538-3170 |
| 27110847 | + | Michael Rampton, 6222 12th Street, North, Arlington, VA 22205-1721 |
| 27110848 | + | Michael Riley, 2506 SW 23rd Cranbrook Dr, Boynton Beach, FL 33436-5708 |
| 27110849 | + | Michael Robinson, 103 Hunters Ct, Forest, VA 24551-1407 |
| 27110850 | + | Michael Walker, Associate General Counsel, Avnet Inc., 2211 S. 47th Street, Phoenix, AZ 85034-6403 |
| 27110851 | + | Miguel Chacon, 120 NW 6th Ave, Miami, FL 33128-1525 |
| 27110856 | + | NJEB Partners, 244 5th Avenue, Ste 1253, New York, NY 10001-7604 |
| 27110853 | | Naoaki Kita, Kigoshimachi, Kanazawa-shi, Ishikawaken 920-0203, JAPAN |
| 27110854 | + | Nick Yarosz, 3019 Ellington Dr, Summerville, SC 29485-6319 |
| 27110855 | | Nicolas Rochon, 4278 Beausoleil, Terrebonne QC J6V 1G1, CANADA |
| 27110859 | ++ | OHIO BUREAU OF WORKERS COMPENSATION, LAW SECTION BANKRUPTCY UNIT, P O BOX 15567, COLUMBUS OH 43215-0567 address filed with court:, Ohio Bureau of Workers' Compensation, Attn: Law Section Bankruptcy Unit, PO Box 15567, Columbus, OH 43215-0567 |
| 27110862 | + | One Haines Company, LLC, 6610 Chatsworth Street, NW, Canton, OH 44718-3849 |
| 27110863 | + | One Skymax Company, LLC, 6610 Chatsworth Street, NW, Canton, OH 44718-3849 |
| 27110864 | + | Pat Clay, 72 Baker Dr, Gansevoort, NY 12831-2444 |
| 27110865 | + | Patrick Nadeau, 311 Andrews Rd, Wolcott, CT 06716-1048 |
| 27110866 | + | Paul Kelsey, 1583 E. Primrose Lane, Layton, UT 84040-1202 |
| 27110867 | | Peter Ensor, Powerstown House, Clonee, Dublin, D15 YH52, IRELAND |
| 27110868 | + | Phillippe Germain, 102 W. Service Rd #2153466, Champlain, NY 12919-4440 |
| 27110870 | + | R. Scott Heasley, Meyers, Roman, Friedberg & Lewis, 28601 Chagrin Blvd., Suite 600, Cleveland, OH 44122-4557 |
| 27110871 | | Rajesh Bhakar, Sector 9d/204, 2nd Flr Akarti Apartment, Jaipur, Rajasthan 302021, INDIA |
| 27110872 | | Raymond Wodarczyk, Kinzigstra e 28, 10247 Berlin, GERMANY |
| 27110873 | + | Richard Bergstrom, 30107 Mountain View Dr, Hayward, CA 94544-6719 |
| 27110874 | + | Richard Weeks, 4199 Defoors Farm Dr, Powder Springs, GA 30127-4078 |
| 27110875 | | Robin Wolf, Fasangasse 49, Vienna, Wien 1030, AUSTRIA |
| 27110876 | | Ruben Sousa, Av. D. Jo o II, n 34, 1998-031 Lisboa, PORTUGAL |
| 27110877 | + | Ryan Marfone, 98 N. Hawkhurst Cir, The Woodlands, TX 77354-3287 |
| 27110878 | + | Sam Adams, 3417 Bush Street, Stevens Point, WI 54481-4993 |
| 27110879 | | Samtec, 20 Park E. Blvd., New Albany, IN 47150 |
| 27110881 | + | Seth Stanfill, 1515 24th Street, NW, Canton, OH 44709-3411 |
| 27110882 | + | Squirrels LLC, 121 Wilbur Drive NE, North Canton, OH 44720-1641 |

| | | |
|---|---|---|
| 27110883 | | Stefano Chiesa, Via III Novembre 41, 38026 Fucine Trentino, ITALY |
| 27110885 | #+ | Thom Kuznia, 5733 York Ave S, Edina, MN 55410-2642 |
| 27110886 | + | Tim Bredemus, 9757 Union Terrace Ln N, Maple Grove, MN 55369-3728 |
| 27110887 | + | Tommy DeFreitas, 14114 N. Wind Cave Ct, Conroe, TX 77384-5618 |
| 27110888 | | TorEA Consulting, Attn: Paul Billinger, 1 Bow Street, Stouffville, ON L4A 1Z3, CANADA |
| 27110889 | + | Trevor Steinle, 24106 SE 42nd St, Sammamish, WA 98029-6414 |
| 27110891 | + | Tri Ho, 1180 N. Cherry Way, Anaheim, CA 92801-2023 |
| 27110892 | + | Troy Keplinger, 1730 E. Park St, Enid, OK 73701-6318 |
| 27110857 | ++ | U S ATTORNEY'S OFFICE, ATTN BANKRUPTCY UNIT, 801 WEST SUPERIOR AVE SUITE 400, CLEVELAND OH 44113-1852 address filed with court:, Office of U.S. Attorney, Attn: Bankruptcy Section, Carl B. Stokes U.S. Court House, 801 W. Superior Avenue, Ste 400, Cleveland, OH 44113 |
| 27110893 | + | U.S. Small Business Administration, District Counsel, 1350 Euclid Ave, Suite 211, Cleveland, OH 44115-1815 |
| 27110895 | | Welbour Espartero, 46 6th Ave NE, Swift Current, SK S9H 2L7, CANADA |
| 27110896 | + | William Paden, 205 Plains Rd, Westford, VT 05494-9630 |

TOTAL: 113

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 27110778 | + | Email/Text: Mary.pacini@avnet.com | Nov 24 2021 20:26:00 | Avnet Inc., 2211 South 47th Street, Phoenix, AZ 85034-6403 |
| 27110820 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 24 2021 20:26:00 | Internal Revenue Service, Insolvency Group 6, 1240 E. Ninth Street, Room 493, Cleveland, OH 44199 |
| 27110836 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 24 2021 20:37:18 | JPMorgan Chase Bank, 1111 Polaris Pkwy, Columbus, OH 43240 |
| 27110858 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | Nov 24 2021 20:26:00 | Ohio Attorney General, Collections Enforcement Section, Attn: Bankruptcy Unit, 30 E. Broad Street, 14th Floor, Columbus, OH 43215-3414 |
| 27110860 | | Email/Text: uibankruptcy@jfs.ohio.gov | Nov 24 2021 20:26:00 | Ohio Department of Job & Family Svcs, Attn: Legal Support-Bankruptcy, PO Box 182830, Columbus, OH 43218-2830 |
| 27110861 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Nov 24 2021 20:26:00 | Ohio Department of Taxation, Attn: Bankruptcy Division, PO Box 530, Columbus, OH 43216-0530 |
| 27110869 | + | Email/Text: ffbcollectiondepartment@first-fed.com | Nov 24 2021 20:26:00 | Premier Bank, PO Box 248, Defiance, OH 43512-0248 |
| 27110857 | | Email/Text: USAOHN.BankruptcyCle@usdoj.gov | Nov 24 2021 20:26:00 | Office of U.S. Attorney, Attn: Bankruptcy Section, Carl B. Stokes U.S. Court House, 801 W. Superior Avenue, Ste 400, Cleveland, OH 44113 |
| 27110894 | + | Email/Text: accounts.receivable@uline.com | Nov 24 2021 20:26:00 | Uline, 12575 Uline Dr, Pleasant Prairie, WI 53158-3686 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 27110786 | | Brett Mashford, 35 Oakmoss Dr, SPRINGFIELD LAKES, QLD 4300, AUSTRALIA |
| 27110852 | | Mohamed Kazem, 27 Orwell Street, Potts Point, SYDNEY, NSW 2011, AUSTRALIA |
| 27110819 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 27110890 | *+ | Trevor Steinle, 24106 SE 42nd St, Sammamish, WA 98029-6414 |
| 27110843 | ##+ | Mark D'Aria, 165 Quaker Path, East Setauket, NY 11733-2239 |
| 27110880 | ##+ | Scott Chen, 4058 Case St, Elmhurst, NY 11373-1614 |
| 27110884 | ##+ | Steven Turnshek, 13 Krist Glen Dr, Swissvale, PA 15218-1927 |

TOTAL: 2 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2021 at the address(es) listed below:

| **Name** | **Email Address** |
| --- | --- |
| Julie K. Zurn | on behalf of Debtor Squirrels Research Labs LLC jzurn@brouse.com tpalcic@brouse.com |
| Marc Merklin | on behalf of Debtor Squirrels Research Labs LLC mmerklin@brouse.com tpalcic@brouse.com;mmiller@brouse.com |

TOTAL: 2

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



Russ Kendig
United States Bankruptcy Judge

Dated: 08:35 AM November 24, 2021

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | *(Request for Joint Administration Pending)* |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

**ORDER APPROVING MOTION TO SHORTEN TIME TO RESPOND TO,
AND EXPEDITE THE HEARING ON THE MOTION FOR AN ORDER
(A)(I) ESTABLISHING AND APPROVING BID PROCEDURES RELATED
TO THE SALE OF CERTAIN OF THE DEBTORS' ASSETS PURSUANT TO 11 U.S.C.
§ 105(A), INCLUDING THE DESIGNATION OF A STALKING HORSE BIDDER
AND RELATED BID PROTECTIONS; (II) APPROVING CONTRACT/LEASE
ASSUMPTION AND ASSIGNMENT PROCEDURES AND THE FORM AND NOTICE
THEREOF; (III) SCHEDULING THE AUCTION; (IV) SCHEDULING A HEARING
AND OBJECTION DEADLINE WITH RESPECT TO THE SALE; (V) APPROVING
THE FORM AND NOTICE THEREOF; AND (VI) GRANTING RELATED RELIEF;
AND (B)(I) AUTHORIZING SALE OF CERTAIN OF DEBTOR'S PROPERTIES FREE
AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS
PURSUANT TO 11 U.S.C. §§ 105 AND 363; AND (II) APPROVING
ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS
<u>AND UNEXPIRED LEASES; AND (C) GRANTING RELATED RELIEF</u>**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

1

This matter came to be considered on the Motion (the "**Motion**") of the above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors"), in the above-captioned Chapter 11 cases (the "Cases"), for an Order Pursuant to sections 102 and 105 of the Bankruptcy Code, Rules 2002(a)(6), 9006(c) and 9007 of the Bankruptcy Rules, and Rule 9013-1 of the Local Rules to Shorten the Response Time and Expedite the Hearing for the Motion for an Order: (A)(I) Establishing and Approving Bid Procedures Related to the Sale of the Debtor's Properties Pursuant to 11 U.S.C. § 105(A), Including the Designation of Stalking Horse Bidder and Related Bid Protections; (II) Approving Contract/Lease Assumption and Assignment Procedures and the Form and Notice Thereof; (III) Scheduling the Auction; (IV) Scheduling a Hearing and Objection Deadline with Respect to the Sale; (V) Approving the Form and Notice Thereof; and (VI) Granting Related Relief; and (B)(I) Authorizing Sale of Debtor's Properties Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §§ 105 and 363; and (II) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief (the "**Sale Motion**"). The Court, having reviewed the Motion, finds as follows: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) this Court is the proper venue for this Chapter 11 case and the Motion pursuant to 28 U.S.C. §§ 1408 and 1409 and the Local Bankruptcy Rules; (d) notice of the Motion was sufficient and proper under the circumstances; and (e) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Capitalized Terms not otherwise defined herein shall have the meanings given to them in the Sale Motion.

3. Cause exists to shorten the time to respond to the Sale Motion. Responses to the Sale Motion will be due **November 30, 2021 by 11:59 p.m. (EST).**

4. An expedited hearing on Sale Motion on will be set for **December 1, 2021** at **2:00 p.m. (EST) (the "Hearing").** The Hearing will be held **telephonically** in the Bankruptcy Courtroom at the Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Ave SW, Canton, Ohio 44702, **Dial In: (888) 684-8852; Access Code: 3303949#**.[2]

# # #

SUBMITTED BY:

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE MCDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Proposed Counsel for the Debtor
and Debtor-in-Possession*

---

[2] For further details on telephonic participation, please refer to Judge Kendig's Notice of Telephonic Hearing Procedure, dated March 18, 2020, at https://www.ohnb.uscourts.gov/sites/default/files/memoranda/telephonic-hearing-procedure-31820.pdf

3