# Squirrels Research Labs LLC

## Balance Sheet
### As of October 31, 2021

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       1010 Checking x6063 | -1,797.80 |
|       1011 PPP Checking | 901.02 |
|       1015 Checking x3391 | 0.00 |
|       1030 Cryptocurrency Wallet | 20,276.51 |
|       1040 ETH Account | 3,338.44 |
|       1050 Mining Revenue Account | 0.00 |
|     **Total Bank Accounts** | **$22,718.17** |
|     **Accounts Receivable** | |
|       1200 Inter-Company Receivable from Squirrels | 0.00 |
|       1210 Accounts Receivable (A/R) | 78,880.70 |
|       1220 Accounts Receivable (A/R) - EUR | 0.00 |
|     **Total Accounts Receivable** | **$78,880.70** |
|     **Other Current Assets** | |
|       1310 Active Inventory | 111,777.97 |
|       1315 Active Inventory Components | 729,122.51 |
|       1320 Legacy Inventory | 0.00 |
|       1325 Legacy Inventory Components | 1,035,506.23 |
|       1330 Inventory Miscellaneous | 380,397.43 |
|       1340 Inventory (Re-Work/Damages) | 320,258.01 |
|       1491 8050 Purchase Earnest Money | 10,000.00 |
|       1910 DAS Loan | 0.00 |
|       1920 R&D Inventory | 0.00 |
|       1930 ST Loan Related Parties | 135,000.00 |
|     **Total Other Current Assets** | **$2,722,062.15** |
|   **Total Current Assets** | **$2,823,661.02** |
|   **Fixed Assets** | |
|     1950 Accumulated Depreciation | -688,031.68 |
|     1960 Building Improvements | 1,293,253.09 |
|     1975 Machines and Equipment Purchases | 874,577.84 |
|     1976 Active Mining Hardware | 1,559,017.95 |
|   **Total Fixed Assets** | **$3,038,817.20** |
|   **Other Assets** | |
|     1905 Allmine Acquisition | 274,694.00 |
|     1915 Mining Infrastructure | 539,195.03 |
|     PPE In Process | 76,400.00 |
|   **Total Other Assets** | **$890,289.03** |
| **TOTAL ASSETS** | **$6,752,767.25** |

# Squirrels Research Labs LLC

Balance Sheet

As of October 31, 2021

|  | TOTAL |
|---|---:|
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|    Current Liabilities | |
|     Accounts Payable | |
|      2001 Accounts Payable (A/P) | 725,877.61 |
|     **Total Accounts Payable** | **$725,877.61** |
|     Credit Cards | |
|      10020 SQRL CC | |
|       1020 Andrew x 9736 | 5,145.68 |
|       1021 Amanda CC x3395 | -174.68 |
|       1022 Dave CC x5173 | 35,780.32 |
|     **Total 10020 SQRL CC** | **40,751.32** |
|     **Total Credit Cards** | **$40,751.32** |
|     Other Current Liabilities | |
|      2000 Unclaimed Refunds | 896,890.09 |
|      2010 Notes Payable-Short Term | 221.00 |
|      2030 Mining Infrastructure Improvements | 0.00 |
|      2040 Operating Credit | 0.00 |
|      2050 Other Salaries Payable | 1,482.67 |
|       2060 Daniel Meszaros Deferral | 100,000.00 |
|       2070 Ling Jimenez Deferred Payroll | 0.00 |
|       2080 Michael Sparmann Deferral | 97,500.00 |
|     **Total 2050 Other Salaries Payable** | **198,982.67** |
|      2090 Partner Salaries Payable | |
|       2091 David Stanfill Deferred Payroll | 188,749.81 |
|       2092 George Jimenez Deferred Payroll | 66,666.56 |
|       2093 Jessica Gritzan Deferred Payroll | 112,499.82 |
|     **Total 2090 Partner Salaries Payable** | **367,916.19** |
|      2100 Profit Sharing | 0.00 |
|      Short Term Note- Bradley Conn | 29,263.08 |
|      Short Term Note- Brandon Osbourne | 36,166.62 |
|     **Total Other Current Liabilities** | **$1,529,439.65** |
|    **Total Current Liabilities** | **$2,296,068.58** |
|    Long-Term Liabilities | |
|     2200 Allmine Buyout Payments-M. Sparmann and S. Butzer | 162.00 |
|     2300 Capital Lease Liability | 1,253,647.74 |
|     2400 EIDL Advance | 0.00 |
|     2500 Long-Term Note-Avnet | 7,704,779.76 |

# Squirrels Research Labs LLC

Balance Sheet
As of October 31, 2021

|  | TOTAL |
|---|---:|
| 2600 Notes Payable-Squirrels | 0.00 |
| 2700 SBA Loan-Home Savings Bank | 168,362.97 |
| 2800 Sidney Keith Shares Buyout | 0.00 |
| 8050 Lease Allowance Liability | 955,500.00 |
| Long Term Payables to D. Stanfill | 58,487.31 |
| Skymax Lease Liability | 681,250.00 |
| **Total Long-Term Liabilities** | **$10,822,189.78** |
| **Total Liabilities** | **$13,118,258.36** |
| Equity | |
| 3100 Opening Balance Equity | 0.00 |
| 3400 Retained Earnings | -6,508,105.89 |
| 3500 George D Jimenez Capital Contributions | 88,000.00 |
| 3600 Kyle Slutz Capital Contribution | 63,588.68 |
| 3700 Treasury Stock | -163,000.00 |
| David Stanfill Capital Contributions | 875,000.00 |
| Investment in SQRL | |
|   Investment Contribution- Sidney Keith | 22,800.00 |
|   Investment Contributions - Stephen Allison | 85,000.00 |
|   Investment Contributions- Bradley Conn | 10,062.50 |
|   Investment Contributions- Brandon Osborne | 125,000.00 |
|   Investment Contributions- Dean Givens | 50,000.00 |
|   Investment Contributions- Everett Fominyen | 125,000.00 |
|   Investment Contributions- Gabriel Boutin | 2,500.00 |
|   Investment Contributions- Gail O'Connell | 5,000.00 |
|   Investment Contributions- Henry Terranova | 1,000,000.00 |
|   Investment Contributions- Jason Rettberg | 305,000.00 |
|   Investment Contributions- Jason Skender | 5,000.00 |
|   Investment Contributions- Jon Bulger | 25,000.00 |
|   Investment Contributions- Jonathan Hulecki | 100,000.00 |
|   Investment Contributions- Michael J Rampton | 200,000.00 |
|   Investment Contributions- Tulip Tech | 50,000.00 |
|   Investment Contributions- WIlliam Gallagher | 120,000.00 |
|   Investment Contributions- William Sweeney | 62,500.00 |
|   Investment Contributions-Andrew Boutin | 2,500.00 |
|   Investment Contributions-Elliot Boutin | 5,000.00 |
|   Investment Contributions-Enrique Espinosa | 50,000.00 |
|   Investment Contributions-Joe Fambo | 25,000.00 |
|   Investment Contributions-Justin O'Connell | 5,000.00 |
| **Total Investment in SQRL** | **2,380,362.50** |

# Squirrels Research Labs LLC

## Balance Sheet
### As of October 31, 2021

|  | TOTAL |
|---|---:|
| Partner Distributions | |
|   Partner Distributions- Andrew Gould | -9,016.49 |
|   Partner Distributions- David Stanfill | -54,016.49 |
|   Partner Distributions- George Jimenez | -23,318.63 |
|   Partner Distributions- Jessica Gritzan | -47,534.49 |
|   Partner Distributions- Sidney Keith | -26,506.40 |
|   Partner Distributions-Kyle Slutz | -10,673.40 |
| **Total Partner Distributions** | **-171,065.90** |
|   Net Income | -2,930,270.50 |
| **Total Equity** | **$ -6,365,491.11** |
| **TOTAL LIABILITIES AND EQUITY** | **$6,752,767.25** |

# Squirrels Research Labs LLC

## Profit and Loss
### January - October, 2021

|  | TOTAL |
|---|---:|
| **Income** | |
|    4020 Hardware Sales Income | 9,963,577.13 |
|    4040 Discounts/Refunds Given | -250,000.00 |
|    4060 Shipping Charged | 665.98 |
|    Hosting Fees | 60,934.97 |
| **Total Income** | **$9,775,178.08** |
| **Cost of Goods Sold** | |
|    5000 Cost of Goods Sold | 9,241,512.04 |
|    5015 Contract Labor | 11,378.81 |
|       5016 Support Contract Labor | 15,500.00 |
|       5018 Development Contract Labor | 260,436.18 |
|       5019 Hosting Contract Labor | 15,500.00 |
|    **Total 5015 Contract Labor** | **302,814.99** |
|    5020 Development Materials | 679,899.00 |
|    5030 Domestic Shipping | 12,990.06 |
|    5040 International Shipping Charges | 12,512.23 |
|    5080 Cost of labor - COS | |
|       5081 Cost of Labor -Admin | 182,403.62 |
|       5082 Cost of Labor-Engineering | 197,692.00 |
|       5084 Cost of Labor-Procurement | 116,204.66 |
|       5085 Cost of Labor-Warehouse | 223,119.55 |
|    **Total 5080 Cost of labor - COS** | **719,419.83** |
|    5090 Payroll Taxes | -35.40 |
|       5091 Payroll Taxes-Admin | 8,842.79 |
|       5092 Payroll Taxes-Engineering | 17,355.49 |
|       5094 Payroll Taxes-Procurement | 7,581.15 |
|       5095 Payroll Taxes-Warehouse | 20,726.06 |
|    **Total 5090 Payroll Taxes** | **54,470.09** |
|    5100 Construction Laborers Pay | 10,095.00 |
| **Total Cost of Goods Sold** | **$11,033,713.24** |
| **GROSS PROFIT** | **$ -1,258,535.16** |
| **Expenses** | |
|    5010 COL-Temporary Labor | 3,232.50 |
|    6100 Advertising & Marketing | 21.84 |
|    6200 Utilities Expense | 509.50 |
|    6300 Bank Charges & Fees | 8,997.71 |
|    6500 Insurance | 4,247.00 |
|    6700 Job Supplies | 490.00 |
|    6800 Legal & Professional Services | 136,147.51 |
|    6900 Meals & Entertainment | 170.25 |

|  | TOTAL |
|---|---:|
| 7010 Office Supplies & Software | 11,008.81 |
| 7020 Other Business Expenses | -43,144.00 |
| 7030 Purchases | 28,417.58 |
| 7050 Rent & Lease | 537,249.03 |
| 7060 Repairs & Maintenance | 3,482.00 |
| 7080 Travel | 761.80 |
|   7090 Mileage Reimbursement | 1,475.60 |
|   7100 Hotel | 14,642.91 |
| **Total 7080 Travel** | **16,880.31** |
| 7110 Uncategorized Expense | 424.78 |
| 7150 Dues & Subscriptions | -191.18 |
| 7170 Equipment Rental | 203.66 |
| 7220 Sales Tax | 14,862.70 |
| 7240 Utilities | 282,666.70 |
| 7250 Customs Duty Fees | 1,073.53 |
| 7260 Squirrels Overhead Expenses | 1,335.30 |
| 7270 Employee Benefits |  |
|   7280 401k Employer Costs |  |
|     7281 401k Employer Costs- Admin | 2,189.32 |
|     7282 401k Employer Costs-Engineering | 5,425.31 |
|     7284 401k Employer Costs-Procurement | 3,242.77 |
|     7285 401k Employer Costs-Warehouse | 5,431.69 |
| **Total 7280 401k Employer Costs** | **16,289.09** |
|   7290 Employee Insurance |  |
|     7291 Employee Insurance-Admin | 3,257.98 |
|     7292 Employee Insurance-Engineering | 16,026.70 |
|     7294 Employee Insurance-Procurement | 9,904.82 |
|     7295 Employee Insurance-Warehouse | 24,717.22 |
| **Total 7290 Employee Insurance** | **53,906.72** |
| **Total 7270 Employee Benefits** | **70,195.81** |
| 7300 Payroll Charges | 5,545.30 |
| 7310 Server Expense | 17,355.05 |
| 7320 Workers Comp | -7,050.28 |
| 7410 Commercial Insurance | 20,189.00 |
| 7430 Construction Costs | 2,000.43 |
| EE Recognition | 86.98 |
| Employee Recognition | 491.69 |
| Employee Software | 232.20 |
| Fuel | 217.88 |
| Tariff Charges | 2,124.38 |

# Squirrels Research Labs LLC

## Profit and Loss
January - October, 2021

|  | TOTAL |
|---|---:|
| Warehouse Supplies | 26,753.83 |
| **Total Expenses** | **$1,146,227.80** |
| **NET OPERATING INCOME** | **$ -2,404,762.96** |
| Other Income | |
|     7330 Other Miscellaneous Income | 149,447.13 |
|     Crypto Mining Revenue | 2,077,456.25 |
|     Forgiveness of Debt Income | 253,904.94 |
|     Mining Profit Share Paid | -1,849,310.10 |
| **Total Other Income** | **$631,498.22** |
| Other Expenses | |
|     Unrealized Gain or Loss | 0.00 |
|     7340 Other Miscellaneous Expense | 2,500.00 |
|     Freight/Delivery | 14,967.62 |
|     Inventory Write Downs | 1,139,538.14 |
| **Total Other Expenses** | **$1,157,005.76** |
| **NET OTHER INCOME** | **$ -525,507.54** |
| **NET INCOME** | **$ -2,930,270.50** |

# Squirrels Research Labs LLC

Statement of Cash Flows
January - October, 2021

|  | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** |  |
| Net Income | -2,930,270.50 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: |  |
| 1210 Accounts Receivable (A/R) | -536.13 |
| 1310 Active Inventory | 2,950,586.86 |
| 1315 Active Inventory Components | -729,122.51 |
| 1320 Legacy Inventory | 0.00 |
| 1325 Legacy Inventory Components | -1,035,506.23 |
| 1350 Consigned Kit Inventory (deleted) | 367,484.00 |
| 1910 DAS Loan | 82,055.50 |
| 1920 R&D Inventory | 3,000.00 |
| 2001 Accounts Payable (A/P) | -1,253,983.52 |
| 1020 SQRL CC:Andrew x 9736 | 4,538.50 |
| 1021 SQRL CC:Amanda CC x3395 | -35,601.80 |
| 1022 SQRL CC:Dave CC x5173 | 35,780.32 |
| 2010 Notes Payable-Short Term | -233,000.00 |
| 2030 Mining Infrastructure Improvements | 0.00 |
| 2060 Other Salaries Payable:Daniel Meszaros Deferral | 50,000.00 |
| 2080 Other Salaries Payable:Michael Sparmann Deferral | 67,500.00 |
| 2091 Partner Salaries Payable:David Stanfill Deferred Payroll | 49,999.95 |
| 2092 Partner Salaries Payable:George Jimenez Deferred Payroll | 31,249.95 |
| 2093 Partner Salaries Payable:Jessica Gritzan Deferred Payroll | 31,249.95 |
| Short Term Note- Bradley Conn | 29,263.08 |
| Short Term Note- Brandon Osbourne | 36,166.62 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **451,124.54** |
| **Net cash provided by operating activities** | **$ -2,479,145.96** |
| **INVESTING ACTIVITIES** |  |
| 1491 8050 Purchase Earnest Money | -10,000.00 |
| 1960 Building Improvements | -239,754.55 |
| 1975 Machines and Equipment Purchases | -24,332.20 |
| 1976 Active Mining Hardware | 256,047.93 |
| 1915 Mining Infrastructure | -88,211.03 |
| **Net cash provided by investing activities** | **$ -106,249.85** |
| **FINANCING ACTIVITIES** |  |
| 2200 Allmine Buyout Payments-M. Sparmann and S. Butzer | -170,000.00 |
| 2500 Long-Term Note-Avnet | -471,278.03 |
| 2600 Notes Payable-Squirrels | -2,750.00 |
| 2700 SBA Loan-Home Savings Bank | 160,362.97 |
| 8050 Lease Allowance Liability | -68,250.00 |
| Long Term Payables to D. Stanfill | 58,487.31 |
| Skymax Lease Liability | -50,000.00 |
| David Stanfill Capital Contributions | 875,000.00 |
| Investment in SQRL:Investment Contribution- Sidney Keith | 22,800.00 |

# Squirrels Research Labs LLC

## Statement of Cash Flows
### January - October, 2021

|  | TOTAL |
|---|---:|
| Investment in SQRL:Investment Contributions - Stephen Allison | 85,000.00 |
| Investment in SQRL:Investment Contributions- Bradley Conn | 10,062.50 |
| Investment in SQRL:Investment Contributions- Brandon Osborne | 125,000.00 |
| Investment in SQRL:Investment Contributions- Dean Givens | 50,000.00 |
| Investment in SQRL:Investment Contributions- Everett Fominyen | 125,000.00 |
| Investment in SQRL:Investment Contributions- Gabriel Boutin | 2,500.00 |
| Investment in SQRL:Investment Contributions- Gail O'Connell | 5,000.00 |
| Investment in SQRL:Investment Contributions- Henry Terranova | 1,000,000.00 |
| Investment in SQRL:Investment Contributions- Jason Rettberg | 305,000.00 |
| Investment in SQRL:Investment Contributions- Jason Skender | 5,000.00 |
| Investment in SQRL:Investment Contributions- Jon Bulger | 25,000.00 |
| Investment in SQRL:Investment Contributions- Jonathan Hulecki | 100,000.00 |
| Investment in SQRL:Investment Contributions- Michael J Rampton | 200,000.00 |
| Investment in SQRL:Investment Contributions- Tulip Tech | 50,000.00 |
| Investment in SQRL:Investment Contributions- WIlliam Gallagher | 120,000.00 |
| Investment in SQRL:Investment Contributions- William Sweeney | 62,500.00 |
| Investment in SQRL:Investment Contributions-Andrew Boutin | 2,500.00 |
| Investment in SQRL:Investment Contributions-Elliot Boutin | 5,000.00 |
| Investment in SQRL:Investment Contributions-Enrique Espinosa | 50,000.00 |
| Investment in SQRL:Investment Contributions-Joe Fambo | 25,000.00 |
| Investment in SQRL:Investment Contributions-Justin O'Connell | 5,000.00 |
| Partner Distributions:Partner Distributions- Andrew Gould | -9,016.49 |
| Partner Distributions:Partner Distributions- David Stanfill | -54,016.49 |
| Partner Distributions:Partner Distributions- George Jimenez | -23,318.63 |
| Partner Distributions:Partner Distributions- Jessica Gritzan | -47,534.49 |
| Partner Distributions:Partner Distributions- Sidney Keith | -26,506.40 |
| Partner Distributions:Partner Distributions-Kyle Slutz | -10,673.40 |
| **Net cash provided by financing activities** | **$2,540,868.85** |
| **NET CASH INCREASE FOR PERIOD** | **$ -44,526.96** |
| Cash at beginning of period | 67,245.13 |
| **CASH AT END OF PERIOD** | **$22,718.17** |