UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | *(Request for Joint Administration Pending)* |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

## CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on November 24, 2021 true and correct copies of the following:

1. Order on Motion of Debtors and Debtors-In-Possession For an Order (A) Scheduling Expedited Hearing on Certain First Day Motions and (B) Approving Form and Manner of Notice Thereof;

2. Notice of Expedited Hearing on Certain First Day Motions of Debtors and Debtors-in-Possession; and

3. Order Approving Motion to Shorten Time to Respond to, and Expedite the Hearing on the Motion for an Order: (A)(I) Establishing and Approving Bid Procedures Related to the Sale of Certain of the Debtors' Assets Pursuant to 11 U.S.C. § 105(A), Including the Designation of Stalking Horse Bidder and Related Bid Protections; (II) Approving Contract/Lease Assumption and Assignment Procedures and the Form and Notice Thereof; (III) Scheduling the Auction; (IV) Scheduling a Hearing and Objection Deadline with Respect to the Sale; (V) Approving the Form and Notice Thereof; and (VI) Granting Related Relief; and (B)(I) Authorizing Sale of Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §§ 105 and 363; and (II) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief.

were served by Federal Express Priority Overnight mail, on the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

1

| | | |
|---|---|---|
| AEP Ohio<br>301 Cleveland Ave., SW<br>Canton, OH 44702 | Andrew Waters<br>6653 Main Street<br>Williamsville, NY 14221 | Bittware/Molex LLC<br>2222 Wellington Ct<br>Lisle, IL 60532 |
| CliftonLarsonAllen LLP<br>Attn:  Daniel Riemenschneider<br>4334 Munson St., NW, Suite 200<br>Canton, OH 44718 | CT Data LLC<br>133 River Road<br>Mystic, CT 6355 | Everhart Glass Co., Inc.<br>Attn: Linda Monigold<br>207 Ninth St., SW<br>Canton, OH 44702 |
| Everstream<br>1228 Euclid Ave #250<br>Cleveland, OH 44115 | Federal Express<br>FedEx Corporate Services<br>3965 Airways Blvd, Module G, 3rd FL.<br>Memphis, TN 38116-5017 | Hailu Looyestein<br>Schout Coxstraat 1<br>5421GJ Gemert<br>NETHERLANDS |
| Internal Revenue Service<br>2970 Market St.<br>Philadelphia, PA 19104 | Internal Revenue Service<br>Insolvency Group 6<br>1240 E. Ninth Street, Room 493<br>Cleveland, OH 44199 | IPS Assembly Corp.<br>Attn:  Perry Sutariya<br>12077 Merriman Rd<br>Livonia, MI 48150 |
| Jason Price<br>67 Bartram Trail<br>Brunswick, GA 31523 | Metal Masters<br>Attn: Bret Kettlewell<br>125 Williams Dr<br>Dover, OH 44622 | Michael Maranda<br>38 Oaklawn Ave.<br>Farmingville, NY 11738 |
| Office of the U.S. Trustee<br>201 Superior Ave. East, Suite 441<br>H.M. Metzenbaum US Courthouse<br>Cleveland, OH 44114-1234 | Office of U.S. Attorney<br>Attn: Bankruptcy Section<br>Carl B. Stokes U.S. Court House<br>801 W. Superior Avenue, Ste 400<br>Cleveland, OH 44113 | Ohio Attorney General<br>Collections Enforcement Section<br>Attn: Bankruptcy Unit<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |
| Ohio Bureau of Workers' Compensation<br>Attn: Law Section Bankruptcy Unit<br>30 W. Spring St.<br>Columbus, OH 43215-0567 | Ohio Department of Job & Family Svcs<br>Attn: Legal Support-Bankruptcy<br>30 E. Broad St., 31st Fl,<br>Columbus, OH 43215 | Ohio Department of Taxation<br>Attn:  Bankruptcy Division<br>30 E. Broad St., 21st Fl<br>Columbus, OH 43215 |
| Phillippe Germain<br>102 W. Service Rd., #2153466<br>Champlain, NY 12919 | Sam Adams<br>3417 Bush Street<br>Stevens Point, WI 54481 | Samtech<br>20 Park E. Blvd.<br>New Albany, IN 47150 |
| Steven Turnshek<br>13 Krist Glen Dr.<br>Swissvale, PA 15218 | Trevor Steinle<br>24106 SE 42nd St.<br>Sammamish, WA 98029 | William Paden<br>205 Plains Rd.<br>Westford, VT 05494 |

| Donald Ruffatto | Jose A. Rubio | Mark D'Aria |
| --- | --- | --- |
| 420 Fairview Ave. | 15925 Hopper Lane | 165 Quaker Path |
| Arcadia, CA 91007 | San Diego, CA 92127 | East Setauket, NY 11733 |

Dated: November 29, 2021

Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Proposed Counsel for the Debtor and Debtor-in-Possession*

[1361499]