The court incorporates by reference in this paragraph and adopts as the findings and orders
of this court the document set forth below. This document was signed electronically at the
time and date indicated, which may be materially different from its entry on the record.



Russ Kendig
United States Bankruptcy Judge

**Dated: 08:54 AM November 29, 2021**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.*[1] | ) | Case No. 21-61491 |
| | ) | (*Request for Joint Administration Pending*) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

### ORDER GRANTING MOTION FOR ADMISSION OF
### JASON R. SCHENDEL *PRO HAC VICE*

This matter came before the Court on the Motion for Admission of Jason R. Schendel *Pro Hac Vice* pursuant to Local Bankruptcy Rule 2090-1(b). Based upon Mr. Schendel's representation that he is a member in good standing of the bar of the State of California and for good cause shown,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

4872-4100-7876.1

**IT IS HEREBY ORDERED THAT:**

Jason R. Schendel is admitted to practice *pro hac vice* in the above-captioned cases in the United States Bankruptcy Court for the Northern District of Ohio.

# # #

Submitted by:

*/s/ John C. Cannizzaro*
John C. Cannizzaro (0085161)
**ICE MILLER LLP**
250 West Street, Suite 700
Columbus, Ohio 43215-7509
(614) 462-2700 Telephone
(614) 232-6923 Facsimile
john.cannizzaro@icemiller.com

*Co-Counsel for Instantiation LLC*