IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SQUIRRELS RESEARCH LABS LLC, *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Judge Russ Kendig |

## MOTION FOR ADMISSION OF CHRISTOPHER COMBEST *PRO HAC VICE* WITH CERTIFICATION OF COUNSEL

Pursuant to LBR 2090-1(b) of the Local Bankruptcy Rules of this Court, the undersigned, Christopher Combest, moves for admission *pro hac vice* as counsel for Avnet, Inc. in the captioned jointly administered chapter 11 bankruptcy cases. In support of this Motion and pursuant to LBR 2090-1(b), I certify the following under penalty of perjury:

1. I am a member in good standing of the Bar of the State of Illinois and am admitted to practice in state and federal courts in Illinois, including, without limitation, the United States Bankruptcy Court for the Northern District of Illinois.

2. I submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), Case No. 21-61491 and The Midwest Data Company LLC (1213), Case No. 21-61492.

WHEREFORE, the undersigned respectfully requests that he be admitted *pro hac vice* to represent Avnet, Inc. in the above-captioned matters.

Dated:  November 29, 2021               Respectfully submitted,

*/s/  Christopher Combest*
Christopher Combest
**QUARLES & BRADY LLP**
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654
Telephone: (312) 715-5000
Facsimile: (312) 632-1727
christopher.combest@quarles.com

*Counsel for Avnet, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SQUIRRELS RESEARCH LABS LLC, *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Judge Russ Kendig |

## CERTIFICATE OF SERVICE

I hereby certify that, on November 29, 2021, the foregoing was filed electronically with the Clerk of the Court using the Court's CM/ECF system, which sent notification of such filing to all counsel of record who are registered users.

Dated: November 29, 2021

Respectfully submitted,

*/s/ Christopher Combest*
Christopher Combest
**QUARLES & BRADY LLP**
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654
Telephone: (312) 715-5000
Facsimile: (312) 632-1727
christopher.combest@quarles.com

*Counsel for Avnet, Inc.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), Case No. 21-61491 and The Midwest Data Company LLC (1213), Case No. 21-61492.

QB\71356646.1