**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



Russ Kendig
United States Bankruptcy Judge

**Dated: 08:21 AM November 30, 2021**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SQUIRRELS RESEARCH LABS LLC, *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Judge Russ Kendig |

## ORDER GRANTING MOTION FOR ADMISSION OF
## CHRISTOPHER COMBEST *PRO HAC VICE*

This matter came before the Court on the Motion for Admission of Christopher Combest

*pro hac vice* pursuant to Local Bankruptcy Rule 2090-1(b). Based upon Mr. Combest's

representation that he is a member in good standing of the Bar of the State of Illinois and is

admitted to practice in the state and federal courts of Illinois, including in the United States

Bankruptcy Court for the Northern District of Illinois, and for good cause shown,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), Case No. 21-61491 and The Midwest Data Company LLC (1213), Case No. 21-61492.

QB\71357310.1

**IT IS HEREBY ORDERED THAT:**

Christopher Combest is admitted to practice in the above-captioned cases in the United

States Bankruptcy Court for the Northern District of Ohio.

# # #

Order submitted by:


*/s/  Christopher Combest*
Christopher Combest
**QUARLES & BRADY LLP**
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654
Telephone: (312) 715-5000
Facsimile: (312) 632-1727
christopher.combest@quarles.com

*Counsel for Avnet, Inc.*


**Service List**:

**Via the Court's CM/ECF system**

John C. Cannizzaro     John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

Jeannie Kim     JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin     mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

United States Trustee     (Registered address)@usdoj.gov

Julie K. Zurn     jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44     kate.m.bradley@usdoj.gov

**Other**

Jason R. Schendel
Sheppard, Mullin, Richter & Hampton LLP
Four Embardadero Center
Seventeenth Floor
San Francisco, CA 94111