# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 21-61491 (RK) |
| Squirrels Research Labs LLC *et al*[1], | Chapter 11 |
| Debtors. | Judge Russ Kendig |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Frederic P. Schwieg**
**2705 Gibson Drive**
**Rocky River, Ohio 44116-3008**
**(440) 499-4506**
**fschwieg@schwieglaw.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Respectfully Submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 & 9**

By: */s/ Kate M. Bradley*
Kate M. Bradly (0074206)
Trial Attorney
U. S. Department of Justice
Office of the U. S. Trustee
201 Superior Avenue E, #441
Cleveland, Ohio 44114
(216) 522-7800, ext. 255
kate.m.bradley@usdoj.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

# CERTIFICATE OF SERVICE

       I hereby certify that on November 30, 2021, a true and correct copy of the foregoing *Notice of Appointment of Subchapter V Trustee* was served:

<u>Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:</u>
s
- Marc Merklin  mmerklin@brouse.com
- Julie Zurn  jzurn@brouse.com
- John Cannizzaro  john.canizzaro@icemiller.com
- Frederic P. Schwieg  fschwieg@schwieglaw.com
- Christopher Combest  Christopher.combest@quarles.com

 

*/s/ Kate M. Bradley*
Kate M. Bradley (0074206)
Trial Attorney
U.S. Department of Justice
Office of the U.S. Trustee
201 Superior Avenue, E. #441
Cleveland, Ohio 44114
(216) 522-7800, ext. 255
(216) 522-7193 (facsimile)
kate.m.bradley@usdoj.gov