# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Squirrels Research Labs LLC *et al*[1],<br><br>Debtors. | Case No. 21-61491 (RK)<br><br>Chapter 11<br><br>Judge Russ Kendig |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2021, a true and correct copy of the following pleadings were served upon the following in the manner indicated:

- *Objection of the United States Trustee to Motion for an Order (A)(i) Establishing and Approving Bid Procedures Related to the Sale of Certain of the Debtors' Assets Pursuant To 11 U.S.C. §§ 105(A), Including the Designation of a Stalking Horse Bidder and Related Bid Protections; (ii) Approving Contract/Lease Assumption and Assignment Procedures and the Form and Notice Thereof; (iii) Scheduling the Auction; (iv) Scheduling a Hearing and Objection Deadline with Respect to the Sale; (V) Approving the Form and Notice Thereof; and (vi) Granting Related Relief; and (B)(i) Authorizing Sale of Certain of Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and Interests Pursuant to 11 U.S.C. §§ 105 and 363; and (ii) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief*

- *Notice of Appointment of Subchapter V Trustee*

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Marc Merklin  mmerklin@brouse.com
- Julie Zurn jzurn@brouse.com
- John Cannizzaro john.canizzaro@icemiller.com
- Frederic P. Schwieg fschwieg@schwieglaw.com
- Christopher Combest Christopher.combest@quarles.com
- Jeannie Kim Jekim@sheppardmullin.com
- Jason Schendel jschendel@sheppardmullin.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

By: */s/ Kate M. Bradley*
Kate M. Bradley (0074206)
Trial Attorney
U.S. Department of Justice
Office of the U.S. Trustee
201 Superior Avenue, E. #441
Cleveland, Ohio 44114
(216) 522-7800, ext. 255
(216) 522-7193 (facsimile)
kate.m.bradley@usdoj.gov