In re:     Case No. 21-61491-rk

Squirrels Research Labs LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0647-6 | User: lbald | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 30, 2021 | Form ID: pdf764 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Squirrels Research Labs LLC, 8050 Freedom Avenue NW, North Canton, OH 44720-6912 |
| aty | + | Jason R. Schendel, Sheppard, Mullin, Richter & Hampton LLP, Four Embardadero Center, Seventeenth Floor, San Francisco, CA 94111-4106 |
| cr | + | Avnet, Inc., c/o Christopher Combest, Quarles & Brady LLP, 300 N. LaSalle Street, Suite 4000 Chicago, IL 60654-5427 |
| | + | JASON R. SCHENDEL, SHEPPARD, MULLIN, RICHTER & HAMPTON LLP, FOUR EMBARCADERO CENTER, 17TH FLOOR, SAN FRANCISCO, CA 94111-4158 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Instantiation LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 02, 2021      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher Paul Combest | on behalf of Creditor Avnet Inc. christopher.combest@quarles.com |
| Jeannie Kim | on behalf of Interested Party Instantiation LLC JeKim@sheppardmullin.com dgatmen@sheppardmullin.com |
| John C. Cannizzaro | |

on behalf of Interested Party Instantiation LLC John.Cannizzaro@icemiller.com  lauren.prohaska@icemiller.com

Julie K. Zurn

on behalf of Debtor Squirrels Research Labs LLC jzurn@brouse.com  tpalcic@brouse.com

Kate M. Bradley ust44

on behalf of U.S. Trustee United States Trustee kate.m.bradley@usdoj.gov

Marc Merklin

on behalf of Debtor Squirrels Research Labs LLC mmerklin@brouse.com  tpalcic@brouse.com;mmiller@brouse.com

TOTAL: 6

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



*Russ Kendig*
**Russ Kendig**
**United States Bankruptcy Judge**

**Dated: 08:21 AM November 30, 2021**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SQUIRRELS RESEARCH LABS LLC, *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Judge Russ Kendig |

### ORDER GRANTING MOTION FOR ADMISSION OF
### CHRISTOPHER COMBEST *PRO HAC VICE*

This matter came before the Court on the Motion for Admission of Christopher Combest *pro hac vice* pursuant to Local Bankruptcy Rule 2090-1(b). Based upon Mr. Combest's representation that he is a member in good standing of the Bar of the State of Illinois and is admitted to practice in the state and federal courts of Illinois, including in the United States Bankruptcy Court for the Northern District of Illinois, and for good cause shown,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), Case No. 21-61491 and The Midwest Data Company LLC (1213), Case No. 21-61492.

QB\71357310.1

**IT IS HEREBY ORDERED THAT:**

Christopher Combest is admitted to practice in the above-captioned cases in the United States Bankruptcy Court for the Northern District of Ohio.

# # #

Order submitted by:

*/s/ Christopher Combest*
Christopher Combest
**QUARLES & BRADY LLP**
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654
Telephone: (312) 715-5000
Facsimile: (312) 632-1727
christopher.combest@quarles.com

*Counsel for Avnet, Inc.*

**Service List**:

**Via the Court's CM/ECF system**

    John C. Cannizzaro    John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

    Jeannie Kim    JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

    Marc Merklin    mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

    United States Trustee    (Registered address)@usdoj.gov

    Julie K. Zurn    jzurn@brouse.com, tpalcic@brouse.com

    Kate M. Bradley ust44    kate.m.bradley@usdoj.gov

**Other**

    Jason R. Schendel
    Sheppard, Mullin, Richter & Hampton LLP
    Four Embardadero Center
    Seventeenth Floor
    San Francisco, CA 94111

QB\71357310.1