UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |
| _____ | ) | |

**DECLARATION OF MARC B. MERKLIN
IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING
DEBTORS TO EMPLOY AND RETAIN BROUSE McDOWELL, LPA AS
GENERAL BANKRUPTCY COUNSEL EFFECTIVE AS OF THE PETITION DATE**

Now comes MARC B. MERKLIN, after having been first duly sworn according to law, and deposes and states under oath as follows:

1. I am a shareholder in the law firm of Brouse McDowell, LPA, 388 S. Main Street, Suite 500, Akron, Ohio 44311 ("Brouse McDowell"). I am of majority age and am competent to testify regarding the matters herein stated.

2. Neither I nor any member, associate or professional employee of Brouse McDowell are relatives, as that term is defined under Section 101(39) of Title 11, United States Code ("Bankruptcy Code"), of any judge of the United States Bankruptcy Court for the Northern District of Ohio, or the United States District Court for the Northern District of Ohio.

3. Neither I nor any member, associate or professional employee of Brouse McDowell are or have been so connected with any judge of the United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

for the Northern District of Ohio or the United States District Court for the Northern District of Ohio, so as to render the employment of Brouse McDowell as counsel for the Debtors, in the above-captioned Chapter 11 proceedings improper under Bankruptcy Rule 2014 or under the Code of Professional Responsibility promulgated and revised September 1, 1987, by the Supreme Court of the State of Ohio and relating to the practice of law within the state of Ohio, or otherwise.

4. The Honorable Alan M. Koschik and the Honorable Jessica E. Price Smith, judges of the Bankruptcy Court for the Northern District of Ohio, are former shareholders of Brouse McDowell, which status terminated on May 1, 2014, and August 19, 2011, respectively. Further, the law clerk, John Hickey, and judicial assistant, Renee Bowers, of Judge Koschik are former employees of Brouse McDowell, which employment status terminated on June 30, 2016, and September 21, 2007, respectively.

5. Kate M. Bradley, an attorney for the United States Trustee, is a former shareholder of Brouse McDowell, which status terminated on October 31, 2019. Other than Kate M. Bradley, neither I nor any member, associate, or professional employee of Brouse McDowell have any connection with the office of the United States Trustee, or any person employed in the office of the United States Trustee.

6. On November 1, 2019, Julie K. Zurn, a shareholder of Brouse McDowell, was appointed by the United States Trustee for Region 9 to serve on the panel of Chapter 7 Trustees in the Northern District of Ohio in Akron.

7. On February 19, 2020, Bridget A. Franklin, a shareholder of Brouse McDowell, was appointed by the United States Trustee for Region 9 to serve as a case-by-case Subchapter V Trustee in the Northern District of Ohio.

8. On October 4, 2021, Jonathan M. D'Andrea, a former law clerk for Judge Kendig, joined Brouse McDowell as an associate. Attorney D'Andrea's employment status with the Court terminated on August 31, 2021. In accordance with the operating procedures established by Judge Kendig, Attorney D'Andrea will not appear in these Chapter 11 Cases.

9. Brouse McDowell has undertaken a detailed database and electronic search to determine, and to disclose, whether it represents or has represented any significant creditors, insiders of the Debtors and other parties in interest. In connection with its proposed retention by the Debtors in these Chapter 11 Cases, Brouse McDowell conducted a search of its database to determine whether it has any relationships with any of the interested parties.

10. Attached hereto as <u>Exhibit A</u> is a list of parties, including creditors and parties-in-interest with respect to these proceedings, that Brouse McDowell searched in connection with performing a conflicts analysis with respect to the Debtors.

11. Upon information and belief after reasonable inquiry, neither I nor any member, associate or professional employee of Brouse McDowell represent or have any connection with the Debtors, any of the Debtors' creditors, or any other party-in-interest, or their respective attorneys or accountants, in connection with these proceedings so as to make Brouse McDowell's employment improper.

12. Brouse McDowell has represented and continues to represent the Ohio Bureau of Workers' Compensation in matters wholly unrelated to these proceedings. Brouse McDowell will not represent the State of Ohio in any matter related to these Chapter 11 proceedings.

13. As specifically set forth herein, Brouse McDowell represents certain of the Debtors' creditors or other parties in interest in ongoing matters unrelated to the Debtors and these Chapter 11 Cases. None of the representations described herein are adverse to the interests

of the Debtors or the Debtors' estates. Moreover, pursuant to Bankruptcy Code section 327(c), Brouse McDowell does not believe it is disqualified from acting as the Debtors' counsel as a result of its representation of certain of the Debtors' creditors or other parties-in-interest in matters unrelated to these Chapter 11 Cases.

14. Brouse McDowell has not represented the parties in paragraphs 12 and 13 in any matter related to the Debtors and will not represent such parties in any matters related to the Debtors during these Chapter 11 proceedings.

15. Accordingly, to the best of my knowledge, Brouse McDowell is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code as modified by section 1107(b) of the Bankruptcy Code.

16. Brouse McDowell is conducting a continuing inquiry into any matters which would affect the firm's disinterested status, and I will file promptly a supplemental verified statement setting forth the results of that inquiry, if additional disclosure is required.

[remainder of page intentionally left blank]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


December 3, 2021                                              */s/ Marc B. Merklin*
                                                              Marc B. Merklin (0018195)


1349814

# EXHIBIT A

# LIST OF PARTIES

| Name | Status Description |
|---|---|
| American Electric Power | Creditor |
| Aaron Holquin | Creditor |
| Aaron Reimer | Creditor |
| Alton Hare | Creditor |
| Amazon Web Services | Creditor |
| Andrew Gould | Insider |
| Avnet Inc. | Creditor |
| Ben George | Creditor |
| Bill Gallagher | Insider |
| Bittware Inc. / Molex | Creditor |
| Bradley Conn | Creditor - Insider |
| Brandon Osborne | Creditor - Insider |
| Brandon Pen | Creditor |
| Brett Mashford | Creditor |
| Brian Fiducci | Creditor |
| Brian Klinger | Creditor |
| Chad Clark | Creditor |
| Cincinnati Insurance Companies | Creditor |
| Clarence Smith | Creditor |
| Clifton Larsen Allen LLP | Creditor |
| Daniel Hajdu | Creditor |
| Daniel Russo | Creditor |
| Darien Lyons | Creditor |
| Darry Kurpisz | Creditor |
| David Stanfill | Insider |
| Dean Givens | Insider |
| DHL Express | Creditor |
| Donald Ruffatto | Creditor |
| Dustin Hooper | Creditor |
| Elliot Boutin | Insider |
| Enrique Espinosa | Insider |
| Everett Fominyen | Insider |
| Everhard Glass Co Inc | Creditor |
| Everstream | Creditor |
| Expeditors International | Creditor |
| Fabrizio Simonetti | Creditor |
| FedEx | Creditor |
| Fernando Molina | Creditor |
| Gabriel and Andrew Boutin | Insider |

| Name | Status Description |
|---|---|
| Gail O'Connell | Insider |
| George Jimenez | Insider |
| Gilbert Rodriguez | Creditor |
| GS1 US, Inc. | Creditor |
| Grant Giltz | Landlord |
| Hailu Looyestein | Creditor |
| Harry Terranova | Creditor |
| Henry Ryan | Creditor |
| IPS Assembly Corp. | Creditor |
| Israel Garcia | Creditor |
| JC Pack | Creditor |
| Jason Paik | Creditor |
| Jason Price | Creditor |
| Jason Rettburg | Insider |
| Jason Skender | Insider |
| Jean Viljoen | Creditor |
| Jeffrey Cordell | Creditor |
| Jessica Gritzan | Insider |
| Joaquim Ginesta | Creditor |
| Jon Bulger | Insider |
| Jonathan Hulecki | Insider |
| Jordan Kupersmith | Creditor |
| Jose Rubio | Creditor |
| Josh Luoni | Creditor |
| Joshua Harris | Creditor |
| Justin O'Connell | Insider |
| Kimble Companies, Inc. | Creditor |
| Koby Electric | Creditor |
| Kyle Slutz | Creditor - Insider |
| Kyle Tricarico | Ceditor |
| Luco Gilardi | Creditor |
| Mario Fortier | Creditor |
| Marius Nastasenko | Creditor |
| Mark D'Aria | Creditor |
| Mark Veon | Creditor |
| Metal Masters Inc. | Creditor |
| Michael Dai | Creditor |
| Michael Maranda | Insider - Creditor |
| Michael Rampton | Creditor |
| Michael Riley | Creditor |
| Michael Robinson | Creditor |
| Miguel Chacon | Creditor |
| Mohamed Kazem | Creditor |
| Naoaki Kita | Creditor |

| Name | Status Description |
| --- | --- |
| Nick Yarosz | Creditor |
| Nicolas Rochon | Creditor |
| NJEB Partners | Creditor |
| One Haines Company | Landlord |
| PHB | Creditor |
| Pat Clay | Creditor |
| Patrick Nadeau | Creditor |
| Paul Billinger | Creditor |
| Paul Kelsey | Creditor |
| Peter Ensor | Creditor |
| Phillippe Germain | Creditor |
| Protech Security, Inc. | Creditor |
| Rajesh Bhakar | Creditor |
| Raymond Wodarczyk | Creditor |
| Redboard Circuits, LLC | Creditor |
| Rexxel | Creditor |
| Richard Bergstrom | Creditor |
| Richard Weeks | Creditor |
| Robin Wolf | Creditor |
| Ruben Sousa | Creditor |
| Ryan Marfone | Creditor |
| Sam Adams | Creditor |
| Samtech Inc. | Creditor |
| Scott Chen | Creditor |
| Sidney Keith | Insider |
| Squirrels LLC | Creditor / Affiliate company |
| Stefano Chiesa | Creditor |
| Stephen Allison | Insider |
| Steve Turnshek | Creditor |
| Thom Kuznia | Creditor |
| Tim Bredemus | Creditor |
| Tim Conway | Creditor |
| Tommy DeFreitas | Creditor |
| ToRea Consulting | Creditor |
| Trevor Steinle | Creditor |
| Tri Ho | Creditor |
| Troy Keplinger | Creditor |
| Tulip Tech Mining | Creditor |
| Uline | Creditor |
| Welbour Espartero | Creditor |
| William Paden | Creditor |
| William Sweeney | Insider |