**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |
| _____ | ) | |

**ORDER APPROVING EMPLOYMENT AND RETENTION OF**
**BROUSE McDOWELL, LPA AS BANKRUPTCY COUNSEL TO THE**
**DEBTORS AND DEBTORS-IN-POSSESSION EFFECTIVE AS OF**
**THE PETITION DATE PURSUANT TO SECTIONS 327(a) AND 328(a)**
**OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014(a)**

Upon the application (the "Application") of the debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors"), in the above-captioned Chapter 11 cases, for entry of an order, pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Bankruptcy Rule 2016-1 authorizing the employment and retention of Brouse McDowell, LPA as bankruptcy counsel effective as of the Petition Date; the Court having reviewed the Application and the Declaration of Marc B. Merklin; no objections to the Application having been filed; and the Court having found and concluded that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding, (iii) notice of the Application was sufficient under the circumstances, (iv) Brouse McDowell represents no interest adverse to the Debtors' estate, (v) Brouse McDowell is a "disinterested

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

person" within the meaning of section 101(14) of the Bankruptcy Code, (vi) the employment of Brouse McDowell is necessary and in the best interests of the Debtors and their estate, and (vii) the legal and factual bases set forth in the Application and the Declaration of Marc B. Merklin establish just cause for the relief granted herein; and this Court having determined that granting the relief requested in the Application is in the best interest of the Debtors, their estate and its creditors; and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED to the extent provided herein.

2. The Debtors shall be, and hereby are, authorized to retain and employ Brouse McDowell as their bankruptcy counsel in these cases, pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, under the terms described in the Application.

3. Brouse McDowell shall be, and hereby is, authorized to perform any and all legal services for the Debtors that are necessary or appropriate in connection with these cases, including those services described in the Application.

4. Brouse McDowell's employment and retention shall be effective as of the Petition Date.

5. Brouse McDowell shall be compensated for such services and reimbursed for any related expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and applicable orders of this Court.

6. The Court shall retain jurisdiction over any matters arising from or relating to the implementation and interpretation of this Order.

# # #

2

21-61491-tnap    Doc 47-2    FILED 12/03/21    ENTERED 12/03/21 17:32:38    Page 2 of 3

SUBMITTED BY:

/s/
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
Bridget A. Franklin (0083987)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com
bfranklin@brouse.com

*Proposed Counsel for the
Debtors and Debtors-in-Possession*