UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

**NOTICE OF APPLICATION OF DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 327(a) AND 328(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014(a), AUTHORIZING DEBTORS TO EMPLOY AND RETAIN BROUSE MCDOWELL, LPA AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE AS OF THE PETITION DATE**

PLEASE TAKE NOTICE THAT on December 3, 2021, the debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors"), in the above-captioned Chapter 11 cases, filed an *Application for Entry of an Order, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), Authorizing Debtors to Employ and Retain Brouse McDowell, LPA as General Bankruptcy Counsel Effective as of the Petition Date* (the "Application").

**Your rights may be affected**. You should read the Application carefully and discuss it with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)

Pursuant to Local Rule 9013-1(b), if you do not want the Court to grant the relief requested in the Application, or if you want the Court to consider your views on the Application,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

then on or before **December 17, 2021**, you or your attorney must file with the Court a written objection explaining your position at:

> United States Bankruptcy Court
> Office of the Clerk
> Ralph Regula Federal Building and U.S. Courthouse
> 401 McKinley Avenue, SW
> Canton, Ohio 44702

You must also serve a copy of your request on the undersigned counsel:

> Marc B. Merklin
> Julie K. Zurn
> Brouse McDowell LPA
> 388 S. Main Street, Suite 500
> Akron, Ohio 44311
>
> *Proposed Counsel for the*
> *Debtors and Debtors-in-Possession*

Pursuant to Local Rule 9013-1(d), if you or your attorney do not take these steps, the Court may grant the relief requested without conducting a hearing and without further notice to you.

Dated: December 3, 2021

Respectfully submitted,

/s/ *Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Proposed Counsel for the*
*Debtors and Debtors-in-Possession*