**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | *(Jointly Administered)* |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

## CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on December 1, 2021, a true and correct copy of the *Order (I) Approving Bid Procedures, (II) Approving Stalking Horse Bid Protections, (III) Approving Contract Assumption and Assignment Procedures and the Form and Manner of Notice Thereof, (IV) Scheduling the Auction, (V) Scheduling Hearings and Objection Deadlines with Respect to the Sale, (VI) Approving the Form and Manner of Notice Thereof, And (VII) Granting Related Relief* was served via the court's Electronic Case Filing System on these entities and individual who are listed on the court's Electronic Mail Notice List:

    John C. Cannizzaro on behalf of Interested Party Instantiation LLC at
    John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

    Christopher Paul Combest on behalf of Creditor Avnet, Inc. at
    christopher.combest@quarles.com

    Jeannie Kim on behalf of Interested Party Instantiation LLC at
    JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

    Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at
    mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

    Frederic P. Schwieg at fschwieg@schwieglaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

1

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at
jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at
kate.m.bradley@usdoj.gov

And by Regular U.S. Mail, postage prepaid, on December 2, 2021 on the following:

| | | |
|---|---|---|
| AEP Ohio<br>301 Cleveland Ave., SW<br>Canton, OH 44720 | Andrew Waters<br>6653 Main Street<br>Williamsville, NY 14221 | Bittware/Molex LLC<br>2222 Wellington Ct<br>Lisle, IL 60532 |
| CliftonLarsonAllen LLP<br>Attn: Daniel Riemenschneider<br>4334 Munson St., NW<br>Canton, OH 44718 | CT Data LLC<br>133 River Road<br>Mystic, CT 06355 | Donald Ruffatto<br>420 Fairview Ave<br>Arcadia, CA 91007<br>**UNDELIVERABLE** |
| Everhart Glass Co., Inc.<br>Attn: Linda Monigold<br>207 Ninth St., SW<br>PO Box 20645<br>Canton, OH 44701 | Everstream<br>1228 Euclid Ave #250<br>Cleveland, OH 44115 | FedEx<br>PO Box 371461<br>Pittsburgh, PA 15250-7461 |
| Hailu Looyestein<br>Schout Coxstraat 1<br>5421GJ Gemert<br>**NETHERLANDS** | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Group 6<br>1240 E. Ninth Street, Room 493<br>Cleveland, OH 44199 |
| IPS Assembly Corp.<br>Attn: Perry Sutariya<br>12077 Merriman Rd<br>Livonia, MI 48150 | Jason Price<br>67 Bartram Trail<br>Brunswick, GA 31523 | Jose A. Rubio<br>15925 Hopper Lane<br>San Diego, CA 92127 |
| Mark D'Aria<br>165 Quaker Path<br>East Setauket, NY 11733<br>**UNDELIVERABLE** | Metal Masters<br>Attn: Bret Kettlewell<br>125 Williams Dr<br>Dover, OH 44622 | David Chase, et al.<br>c/o Michael Maranda<br>38 Oaklawn Ave<br>Farmingville, NY 11738 |
| Office of the U.S. Trustee<br>201 Superior Ave. East, Suite 441<br>H.M. Metzenbaum US Courthouse<br>Cleveland, OH 44114-1234 | Office of U.S. Attorney<br>Attn: Bankruptcy Section<br>Carl B. Stokes U.S. Court House<br>801 W. Superior Avenue, Ste 400<br>Cleveland, OH 44113 | Ohio Attorney General<br>Collections Enforcement Section<br>Attn: Bankruptcy Unit<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |

Ohio Bureau of Workers' Compensation
Attn: Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567

Ohio Department of Job & Family Svcs
Attn: Legal Support-Bankruptcy
PO Box 182830
Columbus, OH 43218-2830

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

Phillippe Germain
102 W. Service Rd #2153466
Champlain, NY 12919

Sam Adams
3417 Bush Street
Stevens Point, WI 54481

Samtec
20 Park E. Blvd.
New Albany, IN 47150

Steven Turnshek
13 Krist Glen Dr
Swissvale, PA 15218

Trevor Steinle
24106 SE 42nd St
Sammamish, WA 98029

William Paden
205 Plains Rd
Westford, VT 05494

Aaron Reimer
PMB-AR113422
Sumas, WA 98295-9674

A.G. Adjustments, Ltd.
740 Walt Whitman Rd
Melville, NY 11747

Aaron Holquin
2046 Jamison Pl
Santa Clara, CA 95051

Andrew Gould
4812 Wildflower Drive
North Canton, OH 44720

Alton Hare
1200 17th St NW
Washington, DC 20036

Amanda McConnell
191 E. 28th Street
Dover, OH 44622

Bradon Pen
56 Varcoe Rd
Courtice, ON L1E 1S5
**CANADA**

Ben George
5464 Lake Ave
Orchard Park, NY 14127

Bradley Conn
51 Maple Avenue
Locust Valley, NY 11560

Brian Fiducci
24463 Norelius Ave
Round Lake, IL 60073

Brandon Osbourne
151 Mary Ellen Drive
Charleston, SC 29403

Brett Mashford
35 Oakmoss Dr
SPRINGFIELD LAKES, QLD 4300
**AUSTRALIA**

Chad Clark
876 Jefferson St
Menasha, WI 54952

Brian Klinger
4018 Shelby Row
Sugar Land, TX 77479

Carl Forsell
c/o James E.P. Sisto
Schuerger Law Group
1001 Kingsmill Parkway
Columbus, OH 43229

Clarence Smith
3290 Double Creek Dr N., Apt 301
Plainfield, IN 46168

Cincinnati Insurance
417 Anderson Ferry Rd
Suite 3
Cincinnati, OH 45238

Cincinnati Insurance
6200 S. Gilmore Rd
Fairfield, OH 45014

| | | |
|---|---|---|
| Daniel Russo<br>120 High Farms Rd<br>Glen Head, NY 11545 | Culligan of Canton<br>4810 Southway St., SW<br>Canton, OH 44706 | Daniel Hajdu<br>Graslaan 111<br>6833CG Arnhem<br>**NETHERLANDS** |
| David Reynolds<br>6046 Jerusalem Drive<br>Cicero, NY 13039 | Darien Lyons<br>45 Elvin Street<br>Staten Island, NY 10314 | Darry Kurpisz<br>14635 22nd Ave SW<br>Burien, WA 98166 |
| Fabrizio Simonetti<br>Via Gozzer N 2A<br>57128 Livorno<br>**ITALY** | David Stanfill<br>772 Treat Blvd.<br>Tallmadge, OH 44278 | Dustin Hooper<br>11885 W. McDowell Rd<br>Avondale, AZ 85392 |
| Gilbert Rodriguez<br>1340 Camp Street<br>Fabens, TX 79838 | Fernando Molina<br>5275 SW 146 AVE<br>Miami, FL 33175 | George D. Jimenez<br>9396 Broadland Street, NW<br>Massillon, OH 44646 |
| Heather Bradley<br>1213 N. Chapel Street<br>Louisville, OH 44641 | GS 8100, LLC<br>6610 Chatsworth Street, NW<br>Canton, OH 44718 | GS1 US, Inc.<br>300 Princeton South Corporate Center<br>Ewing Township, NJ 08628 |
| Isaac Gabriel<br>Quarles and Brady<br>One Renissaince Sq<br>Two North Central Ave<br>Phoenix, AZ 85004 | Henry Ryan<br>228 Cranbury Road<br>Princeton Junction, NJ 08550 | Horizon Supply Group<br>Attn: Jeff Habbyshaw<br>3691 Honors Way<br>Howell, MI 48843 |
| JC Pack<br>628 1/2 E San Ysidro Blvd 292<br>San Ysidro, CA 92173 | Israel Garcia<br>615 Oak Hollow Dr<br>Newberg, OR 97132 | James Holodnak<br>2910 16th Street, NW<br>Canton, OH 44708 |
| Jessica Gritzan<br>1280 Linwood Ave SW<br>North Canton, OH 44720 | Jean Viljoen<br>5 Cape Willow<br>Hermanus, Western Cape<br>7200<br>**SOUTH AFRICA,** | Jeffrey Cordell<br>17517 NW Ashland Drive<br>Portland, OR 97229 |
| Jordan Kupersmith<br>888 N. Quincy St<br>Arlington, VA 22203 | Joaquim Ginesta<br>Emili Grahit 6, 4r 1r<br>17002 Girona<br>**SPAIN** | Jonathan Hulecki<br>10505 Ciwberry Ct<br>Vienna, VA 22182 |

| | | |
|---|---|---|
| JPMorgan Chase Bank<br>1111 Polaris Pkwy<br>Columbus, OH 43240 | Josh Luoni<br>808 8th St<br>Fairmont, WV 26554 | Joshua Harris<br>209 N. Horner Blvd.<br>Sanford, NC 27330 |
| Kyle Tricarico<br>5464 Lake Ave<br>Orchard Park, NY 14127 | Kimble Companies<br>3596 SR 39<br>Dover, OH 44622 | Kyle Slutz<br>1116 W. Nimisila Road<br>Clinton, OH 44216 |
| Marius Nastasenko<br>Taikos g. 148<br>Vilnius<br>Vilniaus Apskritis 5227<br>**LITHUANIA** | Luco Gilardi<br>Ul. Slivnitsa 188<br>Sofia 1202<br>**BULGARIA** | Mario Fortier<br>10 Orchard Lane<br>Chelmsford, MA 01824 |
| Michael Rampton<br>6222 12th Street, North<br>Arlington, VA 22205 | Mark Veon<br>2547 S. 3rd Street<br>Milwaukee, WI 53207 | Michael Dai<br>43174 Christy Street<br>Fremont, CA 94538 |
| Naoaki Kita<br>Kigoshimachi<br>Kanazawa-shi<br>Ishikawaken 920-0203<br>**JAPAN** | Michael Riley<br>2506 SW 23rd Cranbrook Dr<br>Boynton Beach, FL 33436 | Michael Robinson<br>103 Hunters Ct<br>Forest, VA 24551 |
| NJEB Partners<br>244 5th Avenue, Ste 1253<br>New York, NY 10001 | Miguel Chacon<br>120 NW 6th Ave<br>Miami, FL 33128 | Mohamed Kazem<br>27 Orwell Street<br>Potts Point<br>SYDNEY, NSW 2011<br>**AUSTRALIA** |
| Pat Clay<br>72 Baker Dr<br>Gansevoort, NY 12831 | Nick Yarosz<br>3019 Ellington Dr<br>Summerville, SC 29485 | Nicolas Rochon<br>4278 Beausoleil<br>Terrebonne QC J6V 1G1<br>**CANADA** |
| Peter Ensor<br>Powerstown House<br>Clonee, Dublin<br>D15 YH52<br>**IRELAND** | One Haines Company, LLC<br>6610 Chatsworth Street, NW<br>Canton, OH 44718 | One Skymax Company, LLC<br>6610 Chatsworth Street, NW<br>Canton, OH 44718 |
| Rajesh Bhakar<br>Sector 9d/204, 2nd Flr Akarti<br>Apartment<br>Jaipur<br>Rajasthan 302021 | Patrick Nadeau<br>311 Andrews Rd<br>Wolcott, CT 06716 | Paul Kelsey<br>1583 E. Primrose Lane<br>Layton, UT 84040 |

Richard Weeks
4199 Defoors Farm Dr
Powder Springs, GA 30127

Premier Bank
PO Box 248
Defiance, OH 43512

R. Scott Heasley
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122

Ryan Marfone
98 N. Hawkhurst Cir
The Woodlands, TX 77354

Raymond Wodarczyk
Kinzigstraâˆšâ¼e 28
10247 Berlin
**GERMANY**

Richard Bergstrom
30107 Mountain View Dr
Hayward, CA 94544

Squirrels LLC
121 Wilbur Drive NE
North Canton, OH 44720

Robin Wolf
Fasangasse 49
Vienna
Wien 1030
**AUSTRIA**

Ruben Sousa
Av. D. Joâ šÂ£o II, nÂ â 34
1998-031 Lisboa
**PORTUGAL**

Tim Bredemus
9757 Union Terrace Ln N
Maple Grove, MN 55369

Scott Chen
4058 Case St
Elmhurst, NY 11373

Seth Stanfill
1515 24th Street, NW
Canton, OH 44709

Tri Ho
1180 N. Cherry Way
Anaheim, CA 92801

Stefano Chiesa
Via III Novembre 41
38026 Fucine Trentino
**ITALY**

Thom Kuznia
5733 York Ave S
Edina, MN 55410

Uline
12575 Uline Dr
Pleasant Prairie, WI 53138

Tommy DeFreitas
14114 N. Wind Cave Ct
Conroe, TX 77384

TorEA Consulting
Attn: Paul Billinger
1 Bow Street
Stouffville, ON L4A 1Z3
**CANADA**

Welbour Espartero
46 6th Ave NE
Swift Current, SK S9H 2L7
**CANADA**

Troy Keplinger
1730 E. Park St
Enid, OK 73701

U.S. Small Business Administration
District Counsel
1350 Euclid Ave, Suite 211
Cleveland, OH 44115

Instantiation LLC
c/o Jason R. Schendel, Jeannie Kim
Sheppard, Ullin, Richter & Hampton LLP
4 Embarcadero Center, 17th Flr
San Francisco, CA 94111

And to the following parties by email:

Aaron Starting at awstrating@gmail.com
Aditya Chauhan at zeebochauhan@gmail.com
Andrew Wolf at 30n30w@gmail.com
Arran Gracie at arrangracie@gmail.com
Artem Pylypchuk at articicejuice@gmail.com
Barry Gluntz at barry.gluntz@cnlcasting.com
Fabian Delmotte at fabdel11@msn.com
Henrik Gustafsson at henrik@virtualduck.net
James Soldi at jsoldi@yahoo.com
Jason Palmer at palmer.thinker@gmail.com
Jose A. Rubio at hoserr9@gmail.com
Jose Nunez at admin@croxmoon.com
Lance Colton at lance.colton@gmail.com
Marco Mendoza at Marcomendoza1337@gmail.com
Matthew Peterson at big.galen@gmail.com
Michael Erceg at michael.erceg@gmail.com
Richard Hall at richard.hall@gmail.com
Richard Ramazinski at richard.ramazinski@gmail.com
Robert Oxsen at sfmining@protonmail.com
Robert Renna at rrenna27@yahoo.com
Spencer Gabriel Singh at spencersingh96@gmail.com
Todd Dallimore at tdallimore@start.ca
Yannick Vergult at yannick.vergult@gmail.com

| | |
|---|---|
| Dated: December 2, 2021 | Respectfully submitted, |
| | */s/ Julie K. Zurn* |
| | Marc B. Merklin (0018195) |
| | Julie K. Zurn (0066391) |
| | BROUSE McDOWELL, LPA |
| | 388 S. Main Street, Suite 500 |
| | Akron, Ohio 44311 |
| | Telephone: (330) 535-5711 |
| | Facsimile: (330) 253-8601 |
| | mmerklin@brouse.com |
| | jzurn@brouse.com |
| | |
| | *Proposed Counsel for the Debtor and Debtor-in-Possession* |

[1362948]