**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

# CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on December 1, 2021, a true and correct copy of the *Notice of Filing of Motion and an Order Related to the Auction and Sale of Certain Assets Owned by Squirrels Research Labs LLC and the Midwest Data Company LLC* was served via the court's Electronic Case Filing System on these entities and individual who are listed on the court's Electronic Mail Notice List:

John C. Cannizzaro on behalf of Interested Party Instantiation LLC at
John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc. at
christopher.combest@quarles.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at
JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at
mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

Frederic P. Schwieg at fschwieg@schwieglaw.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at
jzurn@brouse.com, tpalcic@brouse.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

1

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at
kate.m.bradley@usdoj.gov

And by Regular U.S. Mail, postage prepaid, on December 3, 2021 on the following:

| | | |
|---|---|---|
| AEP Ohio<br>301 Cleveland Ave., SW<br>Canton, OH 44720 | Andrew Waters<br>6653 Main Street<br>Williamsville, NY 14221 | Bittware/Molex LLC<br>2222 Wellington Ct<br>Lisle, IL 60532 |
| CliftonLarsonAllen LLP<br>Attn: Daniel Riemenschneider<br>4334 Munson St., NW<br>Canton, OH 44718 | CT Data LLC<br>133 River Road<br>Mystic, CT 06355 | Donald Ruffatto<br>420 Fairview Ave<br>Arcadia, CA 91007<br>**UNDELIVERABLE** |
| Everhart Glass Co., Inc.<br>Attn: Linda Monigold<br>207 Ninth St., SW<br>PO Box 20645<br>Canton, OH 44701 | Everstream<br>1228 Euclid Ave #250<br>Cleveland, OH 44115 | FedEx<br>PO Box 371461<br>Pittsburgh, PA 15250-7461 |
| Hailu Looyestein<br>Schout Coxstraat 1<br>5421GJ Gemert<br>**NETHERLANDS** | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Group 6<br>1240 E. Ninth Street, Room 493<br>Cleveland, OH 44199 |
| IPS Assembly Corp.<br>Attn: Perry Sutariya<br>12077 Merriman Rd<br>Livonia, MI 48150 | Jason Price<br>67 Bartram Trail<br>Brunswick, GA 31523 | Jose A. Rubio<br>15925 Hopper Lane<br>San Diego, CA 92127 |
| Mark D'Aria<br>165 Quaker Path<br>East Setauket, NY 11733<br>**UNDELIVERABLE** | Metal Masters<br>Attn: Bret Kettlewell<br>125 Williams Dr<br>Dover, OH 44622 | David Chase, et al.<br>c/o Michael Maranda<br>38 Oaklawn Ave<br>Farmingville, NY 11738 |
| Office of the U.S. Trustee<br>201 Superior Ave. East, Suite 441<br>H.M. Metzenbaum US Courthouse<br>Cleveland, OH 44114-1234 | Office of U.S. Attorney<br>Attn: Bankruptcy Section<br>Carl B. Stokes U.S. Court House<br>801 W. Superior Avenue, Ste 400<br>Cleveland, OH 44113 | Ohio Attorney General<br>Collections Enforcement Section<br>Attn: Bankruptcy Unit<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |
| Ohio Bureau of Workers'<br>Compensation<br>Attn: Law Section Bankruptcy Unit<br>PO Box 15567<br>Columbus, OH 43215-0567 | Ohio Department of Job & Family Svcs<br>Attn: Legal Support-Bankruptcy<br>PO Box 182830<br>Columbus, OH 43218-2830 | Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 |

Phillippe Germain
102 W. Service Rd #2153466
Champlain, NY 12919

Sam Adams
3417 Bush Street
Stevens Point, WI 54481

Samtec
20 Park E. Blvd.
New Albany, IN 47150

Steven Turnshek
13 Krist Glen Dr
Swissvale, PA 15218

Trevor Steinle
24106 SE 42nd St
Sammamish, WA 98029

William Paden
205 Plains Rd
Westford, VT 05494

Aaron Reimer
PMB-AR113422
Sumas, WA 98295-9674

A.G. Adjustments, Ltd.
740 Walt Whitman Rd
Melville, NY 11747

Aaron Holquin
2046 Jamison Pl
Santa Clara, CA 95051

Andrew Gould
4812 Wildflower Drive
North Canton, OH 44720

Alton Hare
1200 17th St NW
Washington, DC 20036

Amanda McConnell
191 E. 28th Street
Dover, OH 44622

Bradon Pen
56 Varcoe Rd
Courtice, ON L1E 1S5
**CANADA**

Ben George
5464 Lake Ave
Orchard Park, NY 14127

Bradley Conn
51 Maple Avenue
Locust Valley, NY 11560

Brian Fiducci
24463 Norelius Ave
Round Lake, IL 60073

Brandon Osbourne
151 Mary Ellen Drive
Charleston, SC 29403

Brett Mashford
35 Oakmoss Dr
SPRINGFIELD LAKES, QLD 4300
**AUSTRALIA**

Chad Clark
876 Jefferson St
Menasha, WI 54952

Brian Klinger
4018 Shelby Row
Sugar Land, TX 77479

Carl Forsell
c/o James E.P. Sisto
Schuerger Law Group
1001 Kingsmill Parkway
Columbus, OH 43229

Clarence Smith
3290 Double Creek Dr N., Apt 301
Plainfield, IN 46168

Cincinnati Insurance
417 Anderson Ferry Rd
Suite 3
Cincinnati, OH 45238

Cincinnati Insurance
6200 S. Gilmore Rd
Fairfield, OH 45014

Daniel Russo
120 High Farms Rd
Glen Head, NY 11545

Culligan of Canton
4810 Southway St., SW
Canton, OH 44706

Daniel Hajdu
Graslaan 111
6833CG Arnhem
**NETHERLANDS**

| | | |
|---|---|---|
| David Reynolds<br>6046 Jerusalem Drive<br>Cicero, NY 13039 | Darien Lyons<br>45 Elvin Street<br>Staten Island, NY 10314 | Darry Kurpisz<br>14635 22nd Ave SW<br>Burien, WA 98166 |
| Fabrizio Simonetti<br>Via Gozzer N 2A<br>57128 Livorno<br>**ITALY** | David Stanfill<br>772 Treat Blvd.<br>Tallmadge, OH 44278 | Dustin Hooper<br>11885 W. McDowell Rd<br>Avondale, AZ 85392 |
| Gilbert Rodriguez<br>1340 Camp Street<br>Fabens, TX 79838 | Fernando Molina<br>5275 SW 146 AVE<br>Miami, FL 33175 | George D. Jimenez<br>9396 Broadland Street, NW<br>Massillon, OH 44646 |
| Heather Bradley<br>1213 N. Chapel Street<br>Louisville, OH 44641 | GS 8100, LLC<br>6610 Chatsworth Street, NW<br>Canton, OH 44718 | GS1 US, Inc.<br>300 Princeton South Corporate Center<br>Ewing Township, NJ 08628 |
| Isaac Gabriel<br>Quarles and Brady<br>One Renissaince Sq<br>Two North Central Ave<br>Phoenix, AZ 85004 | Henry Ryan<br>228 Cranbury Road<br>Princeton Junction, NJ 08550 | Horizon Supply Group<br>Attn: Jeff Habbyshaw<br>3691 Honors Way<br>Howell, MI 48843 |
| JC Pack<br>628 1/2 E San Ysidro Blvd 292<br>San Ysidro, CA 92173 | Israel Garcia<br>615 Oak Hollow Dr<br>Newberg, OR 97132 | James Holodnak<br>2910 16th Street, NW<br>Canton, OH 44708 |
| Jessica Gritzan<br>1280 Linwood Ave SW<br>North Canton, OH 44720 | Jean Viljoen<br>5 Cape Willow<br>Hermanus, Western Cape 7200<br>**SOUTH AFRICA** | Jeffrey Cordell<br>17517 NW Ashland Drive<br>Portland, OR 97229 |
| Jordan Kupersmith<br>888 N. Quincy St<br>Arlington, VA 22203 | Joaquim Ginesta<br>Emili Grahit 6, 4r 1r<br>17002 Girona<br>**SPAIN** | Jonathan Hulecki<br>10505 Ciwberry Ct<br>Vienna, VA 22182 |
| JPMorgan Chase Bank<br>1111 Polaris Pkwy<br>Columbus, OH 43240 | Josh Luoni<br>808 8th St<br>Fairmont, WV 26554 | Joshua Harris<br>209 N. Horner Blvd.<br>Sanford, NC 27330 |

| | | |
|---|---|---|
| Kyle Tricarico<br>5464 Lake Ave<br>Orchard Park, NY 14127 | Kimble Companies<br>3596 SR 39<br>Dover, OH 44622 | Kyle Slutz<br>1116 W. Nimisila Road<br>Clinton, OH 44216 |
| Marius Nastasenko<br>Taikos g. 148<br>Vilnius<br>Vilniaus Apskritis 5227<br>**LITHUANIA** | Luco Gilardi<br>Ul. Slivnitsa 188<br>Sofia 1202<br>**BULGARIA** | Mario Fortier<br>10 Orchard Lane<br>Chelmsford, MA 01824 |
| Michael Rampton<br>6222 12th Street, North<br>Arlington, VA 22205 | Mark Veon<br>2547 S. 3rd Street<br>Milwaukee, WI 53207 | Michael Dai<br>43174 Christy Street<br>Fremont, CA 94538 |
| Naoaki Kita<br>Kigoshimachi<br>Kanazawa-shi<br>Ishikawaken 920-0203<br>**JAPAN** | Michael Riley<br>2506 SW 23rd Cranbrook Dr<br>Boynton Beach, FL 33436 | Michael Robinson<br>103 Hunters Ct<br>Forest, VA 24551 |
| NJEB Partners<br>244 5th Avenue, Ste 1253<br>New York, NY 10001 | Miguel Chacon<br>120 NW 6th Ave<br>Miami, FL 33128 | Mohamed Kazem<br>27 Orwell Street<br>Potts Point<br>SYDNEY, NSW 2011<br>**AUSTRALIA** |
| Pat Clay<br>72 Baker Dr<br>Gansevoort, NY 12831 | Nick Yarosz<br>3019 Ellington Dr<br>Summerville, SC 29485 | Nicolas Rochon<br>4278 Beausoleil<br>Terrebonne QC J6V 1G1<br>**CANADA** |
| Peter Ensor<br>Powerstown House<br>Clonee, Dublin<br>D15 YH52<br>**IRELAND** | One Haines Company, LLC<br>6610 Chatsworth Street, NW<br>Canton, OH 44718 | One Skymax Company, LLC<br>6610 Chatsworth Street, NW<br>Canton, OH 44718 |
| Rajesh Bhakar<br>Sector 9d/204, 2nd Flr Akarti Apartment<br>Jaipur<br>Rajasthan 302021<br>**INDIA** | Patrick Nadeau<br>311 Andrews Rd<br>Wolcott, CT 06716 | Paul Kelsey<br>1583 E. Primrose Lane<br>Layton, UT 84040 |

| | | |
|---|---|---|
| Richard Weeks<br>4199 Defoors Farm Dr<br>Powder Springs, GA 30127 | Premier Bank<br>PO Box 248<br>Defiance, OH 43512 | R. Scott Heasley<br>Meyers, Roman, Friedberg & Lewis<br>28601 Chagrin Blvd., Suite 600<br>Cleveland, OH 44122 |
| Ryan Marfone<br>98 N. Hawkhurst Cir<br>The Woodlands, TX 77354 | Raymond Wodarczyk<br>Kinzigstraâˆšã¼e 28<br>10247 Berlin<br>**GERMANY** | Richard Bergstrom<br>30107 Mountain View Dr<br>Hayward, CA 94544 |
| Squirrels LLC<br>121 Wilbur Drive NE<br>North Canton, OH 44720 | Robin Wolf<br>Fasangasse 49<br>Vienna<br>Wien 1030<br>**AUSTRIA** | Ruben Sousa<br>Av. D. Joâ šÂ£o II, nÂ â 34<br>1998-031 Lisboa<br>**PORTUGAL** |
| Tim Bredemus<br>9757 Union Terrace Ln N<br>Maple Grove, MN 55369 | Scott Chen<br>4058 Case St<br>Elmhurst, NY 11373 | Seth Stanfill<br>1515 24th Street, NW<br>Canton, OH 44709 |
| Tri Ho<br>1180 N. Cherry Way<br>Anaheim, CA 92801 | Stefano Chiesa<br>Via III Novembre 41<br>38026 Fucine Trentino<br>**ITALY** | Thom Kuznia<br>5733 York Ave S<br>Edina, MN 55410 |
| Uline<br>12575 Uline Dr<br>Pleasant Prairie, WI 53138 | Tommy DeFreitas<br>14114 N. Wind Cave Ct<br>Conroe, TX 77384 | TorEA Consulting<br>Attn: Paul Billinger<br>1 Bow Street<br>Stouffville, ON L4A 1Z3<br>**CANADA** |
| Welbour Espartero<br>46 6th Ave NE<br>Swift Current, SK S9H 2L7<br>**CANADA** | Troy Keplinger<br>1730 E. Park St<br>Enid, OK 73701 | U.S. Small Business Administration<br>District Counsel<br>1350 Euclid Ave, Suite 211<br>Cleveland, OH 44115 |
| Robert Oxsen<br>12795 Lowhills Rd<br>Nevada City, CA 95959-9074 | Instantiation LLC<br>c/o Jason R. Schendel, Jeannie Kim<br>Sheppard, Ullin, Richter & Hampton LLP<br>4 Embarcadero Center, 17th Flr<br>San Francisco, CA 94111 | Robert Renna<br>48 Samantha Dr<br>Morganville, NJ 07751-4006 |

| | | |
|---|---|---|
| Arran Gracie<br>221 Southwest Alder Street<br>Portland, OR 97204 | Marco Mendoza<br>29407 Pyrite St<br>Menifee, CA 92584 | Richard Hall<br>61 Falkirk Avenue<br>Wellington, WGN 6022 NZ |
| James Soldi<br>2208B Clark Ln<br>Redondo Beach, CA 90278-4304 | Aditya Chauhan<br>1429 Bay Ridge Ave., FL 2<br>Brooklyn, NY 11219 | Andrew Wolf<br>1960 SW Old Sheridan Rd<br>McMinnville, OR 97128-8686 |
| Lance Colton<br>301-10140 150 St NW<br>Edmonton, AB T5P 1P1<br>**CANADA** | Aaron Strating<br>411B Vancouver St<br>Victoria, BC V8v 3t4<br>**CANADA** | Henrik Gustafsson<br>N/A<br>U 10 54 Kay St<br>Scarborough, WA 6019<br>**AUSTRALIA** |
| Jason Palmer<br>4000 Davey St, APT 608<br>New Orleans, LA 70122-6903 | Fabian Delmotte<br>Rue de Favence 29<br>Nandrin, -- 4550<br>**BELGUIM** | Richard Ramazinski<br>1000 Flower Drive, STE LKS 2035<br>Glendale, CA 91201 |
| Haley Williams<br>518 Washington St.<br>Santa Cruz, CA 95060 | Barry Gluntz<br>2350 Winfield Ave<br>Rocky River, OH 44116 | Matthew Peterson<br>3390 Stratford Rd NE<br>Unit 516<br>Atlanta, GA 30326 |
| David Burlington<br>38 Bryant St APT 804<br>San Francisco, CA 94105-6119 | | |

And to the following parties by email:

Aditya Chauhan at zeebochauhan@gmail.com
Artem Pylypchuk at articicejuice@gmail.com
Jose Nunez at admin@croxmoon.com
Michael Erceg at michael.erceg@gmail.com
Spencer Gabriel Singh at spencersingh96@gmail.com
Todd Dallimore at tdallimore@start.ca
Yannick Vergult at yannick.vergult@gmail.com

Dated: December 3, 2021                                Respectfully submitted,

                                                       */s/ Julie K. Zurn*
                                                       Marc B. Merklin (0018195)
                                                       Julie K. Zurn (0066391)
                                                       BROUSE McDOWELL, LPA
                                                       388 S. Main Street, Suite 500
                                                       Akron, Ohio 44311
                                                       Telephone: (330) 535-5711
                                                       Facsimile: (330) 253-8601
                                                       mmerklin@brouse.com
                                                       jzurn@brouse.com

                                                       *Proposed Counsel for the Debtor
                                                       and Debtor-in-Possession*

[1363368]