## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |
| _____ | ) | |

### GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

_____

### Introduction

Squirrels Research Labs LLC ("SQRL") and the Midwest Data Company LLC ('MWDC"), as debtors and debtors-in- possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") and together with the Schedules, (the "Schedules and Statements") with the United States Bankruptcy Court for the Northern District of Ohio, Eastern Division (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and 1007-2 of the Local Bankruptcy Rules (the "Local Rules").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. ln no event shall the Debtors or their agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Mr. David Stanfill, the Debtors' President, has signed each of the Schedules and Statements. Mr. Stanfill is an authorized signatory for each of the Debtors. ln reviewing and signing the Schedules and Statements, Mr. Stanfill has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Stanfill has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Global Notes and Overview of Methodology

1. **Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to (i) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("Claim") description, designation, or Debtor against which the Claim is asserted; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, objections to Claims, substantive consolidation, defenses, equitable subordination, characterization or recharacterization of contracts, assumption or rejection of contracts or leases under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements except as may be required by applicable law.

2. **Description of Cases and "As Of" Information Date**.  On November 23, 2021 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to section 1184 of the Bankruptcy Code.

On December 1, 2021, the Bankruptcy Court entered the Order Directing the Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 38].

The asset and liability information provided herein represents the asset and liability data of the Debtors as of the close of business on November 22, 2021, except as otherwise noted.

3. **Net Book Value of Assets**. Unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of November 22, 2021. Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets and may differ materially from the actual value and/or performance of the underlying assets.

4. **Recharacterization**. Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items. Accordingly, the Debtors reserve all of their rights to re-characterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition. Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

5. **Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

6. **Excluded Assets and Liabilities**. The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, and accrued taxes. The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage Claims exist. ln addition, certain immaterial assets and liabilities may have been excluded.

7. **Insiders**. For purposes of the Schedules and Statements, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as (a) members; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' members, officers or persons in control of the Debtors; and (e) debtor/non-debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31)

of the Bankruptcy Code. Moreover, the Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision making or corporate authority of such individual; or (d) whether the Debtors or such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

8. **Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

9. **Executory Contracts and Leases**. The Debtors made diligent attempts to attribute an executory contract or lease to its rightful Debtor. However, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts and leases, including the right to amend Schedule G.

10. **Classifications**. Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Schedule E/F as "priority," (c) a Claim on Schedule E/F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to re-characterize or reclassify such Claims or contracts or to setoff of such Claims, as appropriate.

11. **Claims Description**. Schedules D and E/F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, amount, liability, validity, priority or classification. Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors and the Debtors reserved the right to amend the Schedules and Statements accordingly.

12. **Causes of Action**. Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non- bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

13. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

- Underdetermined or Unknown Amounts. The description of an amount as "undetermined" or "unknown" is not intended to reflect upon the materiality of such amount.

- Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are undetermined amounts, the actual total may be different than the listed total.

- Liens. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment, except where noted.

14. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

15. **Setoffs**. The Debtors periodically incur certain setoffs in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to, pricing discrepancies, returns, warranties, refunds, negotiations and/or disputes between Debtors and their customers and/or suppliers. These normal setoffs are consistent with the ordinary course of business in the Debtors' industry making it unduly burdensome and costly for the Debtors to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

17. **Global Notes Control**. In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

**Specific Disclosures with Respect to the Debtors' Schedules**

**Schedules Summary**. Except as otherwise noted, the asset and liability information provided herein represents the Debtors' data as of the close of business on the Petition Date.

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or at any time before the Petition Date.

**Schedule D**. The Debtors have not included parties that may believe their Claims are secured through setoff rights.

In response to "Describe debtor's property that is subject to lien", any description of the creditor's liens or its priority herein is qualified in its entirety by reference to the operative documents, agreements, schedules,

any amendments and exhibits to the preceding and any documents evidencing perfection of such lien. The Debtor is taking no position on the extent or priority of a particular creditor's lien in this document.

ln response to "Describe the lien", see statement above regarding property subject to lien.

**Schedule E/F**.  Certain of the Claims of state and local taxing authorities set forth in Schedule E/F, ultimately may be deemed to be secured Claims pursuant to state or local laws.

Certain of the Claims owing to various taxing authorities to which the Debtors may be liable may be subject to ongoing audits. The Debtors reserve their right to dispute or challenge whether Claims owing to various taxing authorities are entitled to priority, and the listing of any Claim on Schedule E/F does not constitute an admission that such Claim is entitled to priority treatment pursuant to section 507 of the Bankruptcy Code.

The Claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert Claims objections and/or setoffs with respect to the same.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date. The Debtors have made every effort to include as contingent, unliquidated, or disputed the Claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

Schedule F does not include entries related to Workers Compensation Claims, the disclosure of which may be a violation of HlPAA laws. These creditors have been included in the creditor matrix and will receive proofs of claim forms to be filed if they believe they have a Claim against a Debtor.

**Schedule G**. Certain of the instruments reflected on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule G. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule G is an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code. ln addition, the Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument.

Certain confidentiality, customer and non-compete agreements may not be listed on Schedule G. The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise

specified on Schedule G, it is the Debtors' intent that each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

Debtor name     **Squirrels Research Labs LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF OHIO

Case number (if known)     **21-61491**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

 *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     12/7/2021          X _____
                                        Signature of individual signing on behalf of debtor

                                        **David A. Stanfill**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

Debtor name **Squirrels Research Labs LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) **21-61491**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*....................................................................................... $ _____0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................... $ _____3,822,207.80

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $ _____3,822,207.80

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____5,751,000.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $ _____165,219.78

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............. +$ _____2,156,153.57

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b                                                                                    $ _____8,072,373.35

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **JPMorgan Chase Bank (This account has a negative balance of ($2,832.65).** | Checking | 6063 | $0.00 |
| 3.2. | **Premier Bank** | Checking | 9396 | $209.26 |
| 3.3. | **JPMorgan Chase Bank** | Checking | 3391 | $0.00 |
| 3.4. | **JPMorgan Chase Bank** | Checking | 1770 | $0.00 |

**4.**    **Other cash equivalents** *(Identify all)*

| | | | |
| --- | --- | --- | --- |
| 4.1. | **Cryptocurrency Wallet** | | $0.00 |
| 4.2. | **Mining Revenue Account** | | $0.00 |

4.3.   **Coinbase account**                                                                          **$0.00**

---

5.     **Total of Part 1.**                                                                    | **$209.26** |
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11b. Over 90 days old:        **78,880.70**      -           **0.00**     =....        **$78,880.70**
                                   face amount              doubtful or uncollectible accounts

---

12.    **Total of Part 3.**                                                                    | **$78,880.70** |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** **BOM raw materials (See attached Exhibit)** | | **$2,537,931.64** | | **$2,537,931.64** |
| 20.  **Work in progress** **Work in progress (see attached Exhibit)** | | **$6,000.00** | | **$6,000.00** |
| 21.  **Finished goods, including goods held for resale** | | | | |

|  | Finished goods (see attached Exhibit) | | $326,380.85 | | $326,380.85 |
|---|---|---|---|---|---|

| 22. | Other inventory or supplies **Inventory (non-component) (see attached Exhibit)** | | $141,898.26 | | $141,898.26 |
|---|---|---|---|---|---|

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$3,012,210.75

24. **Is any of the property listed in Part 5 perishable?**
- ☒ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☒ No
- ☐ Yes. Book value _____   Valuation method _____   Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ☒ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☒ No.  Go to Part 8.
- ☐ Yes Fill in the information below.

**Part 8:      Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
- ☐ No.  Go to Part 9.
- ☒ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

|  | Production equipment, generators, cooling equipment (See Exhibit) | $585,907.09 | | $585,907.09 |
|---|---|---|---|---|

51.   **Total of Part 8.**                                                    $585,907.09

      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

      ■ No
      ☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.       **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **8050 Freedom Avenue, NW, North Canton, OH 44720** | Lessee | $0.00 | | $0.00 |
| 55.2.   **7579 Freedom Avenue, NW, North Canton, OH 44720** | Lessee | $0.00 | | $0.00 |
| 55.3.   **8100 Cleveland Avenue, North Canton, OH  44720** | Lessee | $0.00 | | $0.00 |

56.   **Total of Part 9.**                                                    $0.00

      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

      ■ No
      ☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** <br> **Unregistered copyrights** | Unknown | | Unknown |
| 61. **Internet domain names and websites** <br> **www.squirrelsresearch.com** | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** <br> **Customer list** | Unknown | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

| **D2A Enterprises** | **145,000.00** - | **0.00** = | **$145,000.00** |
|---|---|---|---|
| | Total face amount | doubtful or uncollectible amount | |

72. **Tax refunds and unused net operating losses (NOLs)**

21-61491-tnap    Doc 62    FILED 12/07/21    ENTERED 12/07/21 21:50:14    Page 14 of 87

Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

       **Cincinnati Insurance policy**                                                Unknown

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

       **Pending lawsuit - FDLD**                                                     Unknown

| Nature of claim | **Breach of contract** |
|---|---|
| Amount requested | **$1,000,000.00** |

       **Roehl Trading**                                                             Unknown

| Nature of claim | **Undelivered Equipment - Unliquidated Damage** |
|---|---|
| Amount requested | **$30,000.00** |

       **Alpine Mining**                                                            Unknown

| Nature of claim | **Undelivered Equipment - Unliquidated Damage** |
|---|---|
| Amount requested | **$76,400.00** |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
       **Cincinnati Insurance - insurance claim relating to July 15, 2021 fire**      Unknown

| Nature of claim | **Fire and business interruption** |
|---|---|
| Amount requested | **$0.00** |

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                    | **$145,000.00** |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $209.26 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $78,880.70 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,012,210.75 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $585,907.09 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $145,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,822,207.80 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,822,207.80 |

| Item | Location | Qty on hand | PPU | Owner | Value |
|------|----------|-------------|-----|-------|-------|
| PEX8780-AB80BI G | | 459 | 100 | | $ 45,900.00 |
| IFLR2727EZER72NM01 | 8050 Component Storage | 50000 | 0.693 | SQRL | $ 34,650.00 |
| XC7A100T-L2FGG484E | 8050 Component Storage | 414 | 55 | SQRL | $ 22,770.00 |
| SRP2510A-R22M | REEL BOX 6 | 141000 | 0.13 | | $ 18,330.00 |
| PEX8733-CA80BC G | | 240 | 70 | | $ 16,800.00 |
| TLC59116FIRHBR | 8050 Component Storage | 8683 | 1.14 | SQRL | $ 9,898.62 |
| ACSA02-41SURKWA-F01 | 8050 Component Storage | 6516 | 1.2 | SQRL | $ 7,819.20 |
| MLC1240-901MLC | BIN A10 | 7000 | 1.05 | | $ 7,350.00 |
| S25FL256SAGBHV200 | 8050 Component Storage | 2623 | 2.79 | SQRL | $ 7,318.17 |
| F950J107MPAAQ2 | BIN C01 | 27000 | 0.25 | | $ 6,750.00 |
| DFE201610P-1R0M=P2 | BIN A14 | 18230 | 0.263 | | $ 4,794.49 |
| PCA9555APW118 | REEL BOX A | 5621 | 0.702 | | $ 3,945.94 |
| PCA9555APW,118 | 8050 Component Storage | 5131 | 0.684 | SQRL | $ 3,509.60 |
| CSD875885 | REEL BOX D | 2500 | 0.875 | | $ 2,187.50 |
| XC7A200T-3FBG484E | | 20 | 93.44 | | $ 1,868.80 |
| TLNS227M004R3000 | 8050 Component Storage | 2336 | 0.59 | SQRL | $ 1,378.24 |
| APXG160ARA561MHA0G | 8050 Component Storage | 2845 | 0.447 | SQRL | $ 1,271.72 |
| XC7A100T-L2FGG484E | | 16 | 55 | | $ 880.00 |
| CSD87588N | 8050 Component Storage | 1200 | 0.52 | SQRL | $ 624.00 |
| XC7A200T-3FBG484E | 8050 Component Storage | 1040 | 93.44 | SQRL | $ 97,177.60 |
| XCKU5P-L1SFVB784I | 8050 Component Storage | 115 | 500 | SQRL | $ 57,500.00 |
| XC7A200T-L2FBG484E | 8050 Component Storage | 281 | 100 | SQRL | $ 28,100.00 |
| ACORN 215+ REV A4 | BOTTOM SHELF | 184 | $50 | | $ 9,200.00 |
| ACORN 215 A4 | BOTTOM SHELF | 70 | $40 | | $ 2,800.00 |
| ACORN 101 REV A4 | BOTTOM SHELF | 64 | $25 | | $ 1,600.00 |
| PEX8733-CA80BC G | 8050 Component Storage | 4550 | 70 | SQRL | $ 318,500.00 |
| GSB4111312HR | BOTTOM L SHELF | 5448 | 1.75 | | $ 9,534.00 |
| ERA1ARW6651C | BIN A24 | 15950 | 0.526 | | $ 8,389.70 |
| 20021121-00010C4LF | 8050 Component Storage | 6337 | 0.37 | SQRL | $ 2,344.69 |
| DF52-20S-0.8H | 8050 Component Storage | 2007 | 0.4 | SQRL | $ 802.80 |
| DF52-20S-0.8H(21) | REEL BOX D | 5289 | 0.49 | | $ 2,591.61 |
| DF52-2832PCF | REEL BOX D | 10000 | 0.032 | | $ 320.00 |
| OZCG0050AF2C | 8050 Component Storage | 14000 | 0.12 | SQRL | $ 1,680.00 |
| 78720002 | REEL BOX D | 15000 | 0.05 | | $ 750.00 |
| MT25QU256ABA8E12-SIT | 8050 Component Storage | 2018 | 8 | SQRL | $ 16,144.00 |
| IHLP4040DZERR19M01 | 8050 Component Storage | 8500 | 0.46 | SQRL | $ 3,910.00 |
| LTC4352CDD#TRPBF | 8050 Component Storage | 8001 | 2.91 | SQRL | $ 23,282.91 |
| IS43TR16512BL-125KBLI | SHELF B | 9153 | 14.75 | | $ 135,006.75 |
| MT25QU512ABB8E12-0SIT | SHELF B | 22500 | 3.95 | | $ 88,875.00 |
| 2R5TPE470M7 | 8050 Component Storage | 95990 | 0.51 | SQRL | $ 48,954.90 |
| MT25QU512ABB8E12 | 8050 Component Storage | 5348 | 8 | SQRL | $ 42,784.00 |
| LTC7150SIY#PBF | 8050 Component Storage | 6782 | 5.88 | SQRL | $ 39,878.16 |
| LTC3636EUFD#PBF | 8050 Component Storage | 6510 | 5.65 | SQRL | $ 36,781.50 |
| SEAF-40-05.0.S-10-2-A-K-TR | 8050 Component Storage | 2750 | 11.01 | SQRL | $ 30,277.50 |
| TDA214175 | 8050 In Production | 10000 | 2.9 | SQRL | $ 29,000.00 |
| IRPS5401MXI03TRP | 8050 In Production | 6000 | 4 | SQRL | $ 24,000.00 |

| Item | Location | Qty on hand | PPU | Owner | Value |
|---|---|---|---|---|---|
| MT25QU512ABB8E12 | 8050 In Production | 2500 | 8 | SQRL | $ 20,000.00 |
| STM32F746BET6 | 8050 Component Storage | 1190 | 13 | SQRL | $ 15,470.00 |
| TDA21470AUMA1 | 8050 In Production | 5000 | 2.9 | SQRL | $ 14,500.00 |
| IS43TR16256AL-125KBL | 8050 Component Storage | 2446 | 5.8 | SQRL | $ 14,186.80 |
| NB6N14SMNR2G | 8050 Component Storage | 2832 | 4.9 | SQRL | $ 13,876.80 |
| TDA21470AUMA1 | 8050 on Feeders | 4500 | 2.9 | | $ 13,050.00 |
| MT40A512M16JY-083E | 8050 Component Storage | 1368 | 9 | SQRL | $ 12,312.00 |
| 16SVPF180M | 8050 Component Storage | 32284 | 0.37013 | SQRL | $ 11,949.28 |
| 781715006 | 8050 Component Storage | 34913 | 0.33 | SQRL | $ 11,521.29 |
| 45971-4115 | 8050 In Production | 1400 | 8 | SQRL | $ 11,200.00 |
| GRM21BC80G476ME15L | 8050 Component Storage | 120000 | 0.085 | SQRL | $ 10,200.00 |
| DSC1123DI2-200.0000T | BIN A23 | 6000 | 1.68 | | $ 10,080.00 |
| STM32F756BET6 | 8050 Component Storage | 720 | 13 | SQRL | $ 9,360.00 |
| MAX6101EUR+T | 8050 In Production | 19320 | 0.48 | SQRL | $ 9,273.60 |
| ZRB18AR60J476ME01L | BIN A17 | 48000 | 0.19136 | | $ 9,185.28 |
| SM3ZS067U410AMR1000 | 8050 Component Storage | 11560 | 0.77568 | SQRL | $ 8,966.86 |
| STM32F302R8T6 | 8050 Component Storage | 3504 | 2.47 | SQRL | $ 8,654.88 |
| SRP6030CA-R18M | 8050 In Production | 19197 | 0.44 | SQRL | $ 8,446.68 |
| SRP6030CA-R18M | 8050 Component Storage | 19019 | 0.44 | SQRL | $ 8,368.36 |
| SI53340-B-GM | 8050 In Production | 5555 | 1.318 | SQRL | $ 7,321.49 |
| MCP9804-E/MC | 8050 In Production | 5606 | 1.3 | SQRL | $ 7,287.80 |
| BSO301SP | 8050 Component Storage | 3500 | 1.91 | SQRL | $ 6,685.00 |
| CL21A226MOCLRNC | 8050 Component Storage | 120000 | 0.05 | SQRL | $ 6,000.00 |
| PA0512.700NLT | 8050 In Production | 8077 | 0.736 | SQRL | $ 5,944.67 |
| T520B337M2R5ATE045 | 8050 Component Storage | 18000 | 0.3025 | SQRL | $ 5,445.00 |
| C1005X5R1A104KT000F | 8050 Component Storage | 120000 | 0.043 | SQRL | $ 5,160.00 |
| SRP4020TA-1R5M | 8050 In Production | 12000 | 0.395 | SQRL | $ 4,740.00 |
| CL32B226KAJNFNE | 8050 In Production | 22000 | 0.21 | SQRL | $ 4,620.00 |
| GRM155C81E105KE11D | 8050 In Production | 100000 | 0.04541 | SQRL | $ 4,541.00 |
| LM5050MK-1/NOPB | BIN B09 | 4990 | 0.897 | | $ 4,476.03 |
| 9774070151R | 8050 Component Storage | 7253 | 0.59 | SQRL | $ 4,279.27 |
| SI53305-B-GM | 8050 Component Storage | 1325 | 3.18 | SQRL | $ 4,213.50 |
| AI-1027-TWT-5V-R | 8050 Component Storage | 2919 | 1.43 | SQRL | $ 4,174.17 |
| BLM03HG601SN1D | 8050 Component Storage | 41342 | 0.1 | SQRL | $ 4,134.20 |
| IRPS5401MX103TRP | 8050 on Feeders | 1000 | 4 | | $ 4,000.00 |
| GRT155R61C474KE10D | 8050 Component Storage | 34520 | 0.11 | SQRL | $ 3,797.20 |
| ASDMB-125.000MHZ-LY-T | 8050 In Production | 1925 | 1.97 | SQRL | $ 3,792.25 |
| HCB0750-700L | 8050 Component Storage | 2730 | 1.36 | SQRL | $ 3,712.80 |
| 9774025151R | 8050 Component Storage | 5495 | 0.647 | SQRL | $ 3,555.27 |
| IR35215MTRPBF | 8050 on Feeders | 1200 | 2.96 | | $ 3,552.00 |
| LM27402SQ/NOPB | BIN B03 | 2700 | 1.258 | | $ 3,396.60 |
| ASDMB-48.000MHZ-LC-T | 8050 Component Storage | 2982 | 1.13568 | SQRL | $ 3,386.60 |
| TPS40400RHLR | 8050 Component Storage | 1470 | 2.25 | SQRL | $ 3,307.50 |
| GRM32ER60J107ME20L | 8050 on Feeders | 8000 | 0.41 | | $ 3,280.00 |
| SMTSO-M1.6-2ET | 8050 Component Storage | 9951 | 0.32 | SQRL | $ 3,184.32 |
| 93LC56BT-1/OT | 8050 Component Storage | 15000 | 0.21 | SQRL | $ 3,150.00 |

| Item | Location | Qty on hand | PPU | Owner | Value |
|---|---|---|---|---|---|
| 74438336010 | 8050 Component Storage | 3000 | 1.04 | SQRL | $ 3,120.00 |
| 457320001 | MIDDLE SHELF | 3657 | 0.8 | | $ 2,925.60 |
| 150060GS75000 | 8050 Component Storage | 28753 | 0.099 | SQRL | $ 2,846.55 |
| C0603X5R6R3-476MNE | 8050 Component Storage | 60000 | 0.0432 | SQRL | $ 2,592.00 |
| CL10A226MO7JZNC | 8050 Component Storage | 19829 | 0.13 | SQRL | $ 2,577.77 |
| MAX1589AETT100+T | BIN A08 | 2500 | 1.03 | | $ 2,575.00 |
| AK2DAF1-100.00000T | 8050 Component Storage | 866 | 2.94 | SQRL | $ 2,546.04 |
| CSNL2512FT2L00 | 8050 Component Storage | 8236 | 0.309 | SQRL | $ 2,544.92 |
| 626L10003G3T | 8050 Component Storage | 841 | 3 | SQRL | $ 2,523.00 |
| TPS62020DRCR | 8050 Component Storage | 3224 | 0.7436 | SQRL | $ 2,397.37 |
| CL05A474KP5NNNC | REEL BOX 4 | 200000 | 0.01144 | | $ 2,288.00 |
| MCP4552T-503E/MF | 8050 In Production | 3000 | 0.73 | SQRL | $ 2,190.00 |
| SN74LV1T08DCKR | BIN A11 | 18000 | 0.1209 | | $ 2,176.20 |
| GRM033C81A105ME05D | 8050 on Feeders | 27000 | 0.0789413 | | $ 2,131.42 |
| F950J107MPAAQ2 | 8050 Component Storage | 8374 | 0.25 | SQRL | $ 2,093.50 |
| CM3440Z171R-10 | 8050 Component Storage | 2858 | 0.72 | SQRL | $ 2,057.76 |
| ASDMPLV-100.000MHZ-LR-T3 | 8050 In Production | 640 | 3.166 | SQRL | $ 2,026.24 |
| 25SVPF330M | 8050 In Production | 3000 | 0.67366 | SQRL | $ 2,020.98 |
| ABM3-8.000MHZ-D2Y-T | 8050 Component Storage | 3500 | 0.576 | SQRL | $ 2,016.00 |
| 470531000 | 8050 Component Storage | 4100 | 0.49 | SQRL | $ 2,009.00 |
| DF13-3P-1.25DSA | 8050 Component Storage | 12937 | 0.154 | SQRL | $ 1,992.30 |
| ESD224DQAR | 8050 Component Storage | 13751 | 0.13855 | SQRL | $ 1,905.20 |
| 104031-0811 | 8050 Component Storage | 2000 | 0.95004 | SQRL | $ 1,900.08 |
| CAT25512VI-GT3 | REEL BOX D | 3000 | 0.63 | | $ 1,890.00 |
| DSC1103DL2-156.2500 | 8050 Component Storage | 868 | 2.07 | SQRL | $ 1,796.76 |
| 781715006 | 8050 Component Storage | 5225 | 0.33 | SQRL | $ 1,724.25 |
| 10118193-0001LF | 8050 Component Storage | 8548 | 0.2 | SQRL | $ 1,709.60 |
| STM32F765ZIT6 | 8050 Component Storage | 240 | 7.03 | SQRL | $ 1,687.20 |
| 781720410 | REEL BOX A | 60000 | 0.028 | | $ 1,680.00 |
| 12103C226KAT2A | 8050 Component Storage | 2243 | 0.738 | SQRL | $ 1,655.33 |
| CHS-01TA | 8050 In Production | 3000 | 0.54995 | SQRL | $ 1,649.85 |
| ABM3-8.000MHZ-D2Y-T | 8050 In Production | 2841 | 0.576 | SQRL | $ 1,636.42 |
| CL05A106MP5NUNC | 8050 In Production | 40000 | 0.04 | SQRL | $ 1,600.00 |
| CRCW0201249RFNED | 8050 In Production | 20000 | 0.08 | SQRL | $ 1,600.00 |
| LD39050PU25R | 8050 Component Storage | 3981 | 0.4 | SQRL | $ 1,592.40 |
| C0603X6S1A224K030BC | 8050 In Production | 44148 | 0.03553 | SQRL | $ 1,568.58 |
| CL31B226KQHNNWE | BIN A13 | 12000 | 0.12977 | | $ 1,557.24 |
| ASDMPLV-200.000MHZ-LR-T | 8050 In Production | 531 | 2.91 | SQRL | $ 1,545.21 |
| CL21B106KOQNNNE | 8050 Component Storage | 49868 | 0.03 | SQRL | $ 1,496.04 |
| 255308430 | 8050 Component Storage | 480 | 3.1 | SQRL | $ 1,488.00 |
| T521T336M016ATE050 | 8050 Component Storage | 2000 | 0.7425 | SQRL | $ 1,485.00 |
| AI-1027-TWT-3V-R | 8050 Component Storage | 1050 | 1.38 | SQRL | $ 1,449.00 |
| UCLAMP1211T.TCT | 8050 Component Storage | 6000 | 0.24 | SQRL | $ 1,440.00 |
| SI5345A-D-GM | 8050 Component Storage | 75 | 19 | SQRL | $ 1,425.00 |
| DSC1123DI2-156.2500 | 8050 Component Storage | 735 | 1.92 | SQRL | $ 1,411.20 |
| 422001 BK005 | 8050 Component Storage | 100 | 14.11 | SQRL | $ 1,411.00 |

| Item | Location | Qty on hand | PPU | Owner | Value |
|---|---|---|---|---|---|
| CM5441Z101B-10 | 8050 Component Storage | 1166 | 1.18 | SQRL | $ 1,375.88 |
| ACSA02-41SURKWA-F01 | 8050 In Production | 1141 | 1.2 | SQRL | $ 1,369.20 |
| HCB0750-700L2 | 8050 on Feeders | 900 | 1.49 | | $ 1,341.00 |
| GRM155R60J475ME47D | 8050 Component Storage | 100290 | 0.01298 | SQRL | $ 1,301.76 |
| SN74LVC1G3157DCKR | 8050 Component Storage | 20000 | 0.0644 | SQRL | $ 1,288.00 |
| CL05B224K05NNNC | 8050 Component Storage | 85191 | 0.015 | SQRL | $ 1,277.87 |
| 2R5TPE470M7 | 8050 on Feeders | 2500 | 0.51 | | $ 1,275.00 |
| LTC3636EUFD#PBF | 8050 In Production | 219 | 5.65 | SQRL | $ 1,237.35 |
| CL31B226KQHNNWE | 8050 Component Storage | 9299 | 0.12977 | SQRL | $ 1,206.73 |
| GPU-8P-V | 8050 Component Storage | 3000 | 0.4 | SQRL | $ 1,200.00 |
| GPU-8P-RA | 8050 Component Storage | 3000 | 0.4 | SQRL | $ 1,200.00 |
| MAX34406TETG+ | 8050 Component Storage | 680 | 1.62 | SQRL | $ 1,101.60 |
| C0402C104K9RAC7867 | REEL BOX 8 | 120190 | 0.0091 | | $ 1,093.73 |
| 24AA64T-I/MC | 8050 Component Storage | 2500 | 0.43 | SQRL | $ 1,075.00 |
| 741X083471JP | BIN B06 | 40000 | 0.026 | | $ 1,040.00 |
| C6908CS6-1TRMPBF | BIN A06 | 520 | 1.98 | | $ 1,029.60 |
| INA381A2IDSGR | 8050 Component Storage | 6000 | 0.17 | SQRL | $ 1,020.00 |
| 3522 | 8050 Component Storage | 9250 | 0.10956 | SQRL | $ 1,013.43 |
| 24AA04T-I/MC | 8050 Component Storage | 3680 | 0.27 | SQRL | $ 993.60 |
| LAN8742A-CZ | 8050 Component Storage | 1040 | 0.94 | SQRL | $ 977.60 |
| 7M48072002 | 8050 Component Storage | 1394 | 0.7 | SQRL | $ 975.80 |
| JXD2-0015NL | 8050 Component Storage | 200 | 4.84 | SQRL | $ 968.00 |
| ERJ2RKF3001X | BIN A08 | 50000 | 0.019 | | $ 950.00 |
| CAT25512VI-GT3 | 8050 Component Storage | 1474 | 0.63 | SQRL | $ 928.62 |
| ABM10-167-12.000MHZ-T3 | 8050 Component Storage | 2995 | 0.31 | SQRL | $ 928.45 |
| CGB2A1X5R1C474K033BC | BIN A13 | 29000 | 0.03135 | | $ 909.15 |
| IRPS5401MTRPBF | 8050 In Production | 273 | 3.32 | SQRL | $ 906.36 |
| TPS51206DSQR | 8050 In Production | 2865 | 0.316 | SQRL | $ 905.34 |
| GRM1555C1H220JA01D | 8050 In Production | 10000 | 0.089 | SQRL | $ 890.00 |
| LTC6908CS6-1#TRMPBF | BIN A02 | 476 | 1.8 | | $ 856.80 |
| 20021111-00008T4LF | 8050 Component Storage | 3329 | 0.25332 | SQRL | $ 843.30 |
| TCA9406YZPR | 8050 on Feeders | 2300 | 0.36 | | $ 828.00 |
| 878321420 | 8050 Component Storage | 1210 | 0.68 | SQRL | $ 822.80 |
| C1005X7R1C104K050BC | 8050 Component Storage | 82000 | 0.01 | SQRL | $ 820.00 |
| CL05A106MP5NUNC | 8050 Component Storage | 20000 | 0.04 | SQRL | $ 800.00 |
| 8500113 | 8050 Component Storage | 5000 | 0.16 | SQRL | $ 800.00 |
| 9774070151R | 8050 In Production | 1350 | 0.59 | SQRL | $ 796.50 |
| GRM21BC80G476ME15L | 8050 In Production | 9347 | 0.085 | SQRL | $ 794.50 |
| 150060RS75000 | 8050 Component Storage | 8010 | 0.099 | SQRL | $ 792.99 |
| TCA9406YZPR | 8050 Component Storage | 2201 | 0.36 | SQRL | $ 792.36 |
| IHLP2020BZER1R0M01 | REEL BOX A | 2000 | 0.396 | | $ 792.00 |
| SRP4020TA-3R3M | 8050 on Feeders | 2000 | 0.395 | | $ 790.00 |
| SM3ZS067U410AMR1000 | 8050 In Production | 1000 | 0.77568 | SQRL | $ 775.68 |
| LTC4413EDD#TRPBF | 8050 Component Storage | 200 | 3.86 | SQRL | $ 772.00 |
| F950J107MPAAQ2 | 8050 In Production | 2980 | 0.25 | SQRL | $ 745.00 |
| ERA-1ARC103 | 8050 Component Storage | 12321 | 0.06 | SQRL | $ 739.26 |

| Item | Location | Qty on hand | PPU | Owner | Value |
|---|---|---|---|---|---|
| 7M48072002 | 8050 on Feeders | 1015 | 0.7 | | $ 710.50 |
| RMCF0402FT340KTR | 8050 on Feeders | 7000 | 0.1 | | $ 700.00 |
| SRN4018-100M | 8050 Component Storage | 3875 | 0.176 | SQRL | $ 682.00 |
| CL05B104K05NNNC | REEL BOX 8 | 140000 | 0.00474 | | $ 663.60 |
| NTTFS4C06NTWG | 8050 Component Storage | 2000 | 0.33 | SQRL | $ 660.00 |
| 781715006 | 8050 In Production | 2000 | 0.33 | SQRL | $ 660.00 |
| SN74AUP1T34DRYR | 8050 on Feeders | 3000 | 0.22 | | $ 660.00 |
| UCL1C102MNL1GS | 8050 Component Storage | 2443 | 0.27 | SQRL | $ 659.61 |
| BLM31SN500SN1L | 8050 Component Storage | 5984 | 0.11 | SQRL | $ 658.24 |
| MSS1P6-M3/89A | BIN A08 | 9000 | 0.07312 | | $ 658.08 |
| 0287040.PXCN | 8050 Component Storage | 4071 | 0.152 | SQRL | $ 618.79 |
| SN74AVC4T245RSVR | 8050 on Feeders | 1500 | 0.406 | | $ 609.00 |
| NR5040T4R7N | 8050 Component Storage | 3000 | 0.202 | SQRL | $ 606.00 |
| 0603YC105KAT2A | 8050 Component Storage | 16653 | 0.0363 | SQRL | $ 604.50 |
| BLM03HG601SN1D | 8050 on Feeders | 6000 | 0.1 | | $ 600.00 |
| SRP4020TA-1R5M | 8050 on Feeders | 1500 | 0.395 | | $ 592.50 |
| APHHS1005CGCK | 8050 In Production | 8000 | 0.07285 | SQRL | $ 582.80 |
| ASDMPLV-200.000MHZ-LR-T | 8050 Component Storage | 200 | 2.91 | SQRL | $ 582.00 |
| 150040RS73240 | 8050 In Production | 3381 | 0.17 | SQRL | $ 574.77 |
| CL21B106KOQNNNE | 8050 In Production | 18656 | 0.03 | SQRL | $ 559.68 |
| GRPB031VWVN-RC | 8050 Component Storage | 5000 | 0.11 | SQRL | $ 550.00 |
| TUSB2046BIRHBR | 8050 Component Storage | 300 | 1.81 | SQRL | $ 543.00 |
| TPS82085SILT | BIN A21 | 249 | 2.07 | | $ 515.43 |
| CL05B224K05NNNC | REEL BOX 8 | 32950 | 0.015 | | $ 494.25 |
| RCL12250000Z0EG | 8050 on Feeders | 1500 | 0.326 | | $ 489.00 |
| AON7400A | 8050 Component Storage | 3990 | 0.1155 | SQRL | $ 460.85 |
| CSR2512B0R004F | 8050 Component Storage | 2250 | 0.2 | SQRL | $ 450.00 |
| C1005X6S1C105K050BC | 8050 on Feeders | 12690 | 0.03472 | | $ 440.60 |
| CHS-01TA | 8050 on Feeders | 800 | 0.54995 | | $ 439.96 |
| GRM155R61C225KE11D | 8050 In Production | 10000 | 0.0437 | SQRL | $ 437.00 |
| 02013A220JAT2A | 8050 Component Storage | 10653 | 0.04 | SQRL | $ 426.12 |
| CL05B103JA5NNNC | BIN A21 | 140000 | 0.003 | | $ 420.00 |
| TL3315NF160Q | 8050 Component Storage | 5849 | 0.07095 | SQRL | $ 414.99 |
| CL32B226KAJNFNE | 8050 Component Storage | 1949 | 0.21 | SQRL | $ 409.29 |
| CL10B475KQ8NQNC | BIN B07 | 16000 | 0.02556 | | $ 408.96 |
| LP5907MFX-1.8/NOPB | 8050 on Feeders | 2500 | 0.16 | | $ 400.00 |
| GRM033R61C224KE14D | 8050 In Production | 62014 | 0.0064 | SQRL | $ 396.89 |
| 150040VS73240 | 8050 on Feeders | 2500 | 0.154 | | $ 385.00 |
| SN74AVC4T245RSVR | 8050 In Production | 928 | 0.406 | SQRL | $ 376.77 |
| CRM2512-JW-1R0ELF | 8050 Component Storage | 4000 | 0.094 | SQRL | $ 376.00 |
| GSB4111312HR | 8050 Component Storage | 212 | 1.75 | SQRL | $ 371.00 |
| TL3315NF160Q | REEL BOX D | 5000 | 0.07095 | | $ 354.75 |
| BLM31SN500SZ1L | 8050 Component Storage | 3000 | 0.11688 | SQRL | $ 350.64 |
| BKP1005HS121-T | 8050 Component Storage | 43340 | 0.00804 | SQRL | $ 348.45 |
| 757830126 | 8050 In Production | 50 | 6.9094 | SQRL | $ 345.47 |
| 781710002 | 8050 Component Storage | 2355 | 0.145 | SQRL | $ 341.48 |

| Item | Location | Qty on hand | PPU | Owner | Value |
|---|---|---|---|---|---|
| C1005X5R1E105K050BC | 8050 In Production | 34140 | 0.01 | SQRL | $ 341.40 |
| 9774070151R | 8050 on Feeders | 576 | 0.59 | | $ 339.84 |
| EMK105ABJ225KV-F | 8050 In Production | 10000 | 0.03381 | SQRL | $ 338.10 |
| BLM15PX330SN1D | 8050 Component Storage | 10000 | 0.03348 | SQRL | $ 334.80 |
| 74LVC1T45GW,125 | 8050 Component Storage | 2964 | 0.11253 | SQRL | $ 333.54 |
| 9774070243R | 8050 Component Storage | 800 | 0.41 | SQRL | $ 328.00 |
| MAX34406TETG+ | 8050 In Production | 200 | 1.62 | SQRL | $ 324.00 |
| MAX34406TETG+ | 8050 on Feeders | 200 | 1.62 | | $ 324.00 |
| 797581010 | 8050 Component Storage | 600 | 0.537 | SQRL | $ 322.20 |
| 0685P9400-01 | 8050 Component Storage | 496 | 0.6381 | SQRL | $ 316.50 |
| 150040VS73240 | 8050 In Production | 2030 | 0.154 | SQRL | $ 312.62 |
| TMP103EYFFR | 8050 Component Storage | 492 | 0.63 | SQRL | $ 309.96 |
| AMK063AC6105KP-F | 8050 Component Storage | 6800 | 0.04476 | SQRL | $ 304.37 |
| GRM033R60G474ME90D | 8050 In Production | 15000 | 0.02 | SQRL | $ 300.00 |
| RMCF0402FT2K40 | 8050 on Feeders | 3000 | 0.1 | | $ 300.00 |
| 741X083472JP | 8050 Component Storage | 27561 | 0.01078 | SQRL | $ 297.11 |
| DMN5L06K-7 | 8050 Component Storage | 8001 | 0.037 | SQRL | $ 296.04 |
| GRM155R71C104KA88J | 8050 In Production | 100000 | 0.00289 | SQRL | $ 289.00 |
| ERJ1GNF6651C | BIN B05 | 15000 | 0.019 | | $ 285.00 |
| HR911105A | 8050 Component Storage | 604 | 0.470844 | SQRL | $ 284.39 |
| DSC1103DL2-156.2500 | 8050 In Production | 130 | 2.07 | SQRL | $ 269.10 |
| MAKK2016T1ROM | 8050 In Production | 2939 | 0.09 | SQRL | $ 264.51 |
| MAMK2520T3R3M | 8050 In Production | 3000 | 0.08622 | SQRL | $ 258.66 |
| TPS8268120SIPR | 8050 Component Storage | 214 | 1.2 | SQRL | $ 256.80 |
| CSD13201W10 | 8050 on Feeders | 2000 | 0.12714 | | $ 254.28 |
| L829-1J1T-43 | 8050 In Production | 50 | 5.06 | SQRL | $ 253.00 |
| RC1005F472CS | BIN A05 | 50000 | 0.00498 | | $ 249.00 |
| 9774070243R | 8050 In Production | 601 | 0.41 | SQRL | $ 246.41 |
| CL05A106MP5NUNC | 8050 on Feeders | 6,000 | 0.04 | | $ 240.00 |
| GRM155C1H220GA01D | BIN B08 | 10000 | 0.024 | | $ 240.00 |
| CL10B475KQ8NQNC | 8050 Component Storage | 8680 | 0.02556 | SQRL | $ 221.86 |
| CGA2B3X5R1A224M050BB | 8050 Component Storage | 12807 | 0.0168 | SQRL | $ 215.16 |
| RMCF0201FT11K0 | 8050 In Production | 80066 | 0.00264 | SQRL | $ 211.37 |
| C0603X5R0J224K030BB | 8050 Component Storage | 10329 | 0.01949 | SQRL | $ 201.31 |
| TL3340AF160QG | 8050 Component Storage | 610 | 0.3294 | SQRL | $ 200.93 |
| CL05B104KO3LNNC | 8050 Component Storage | 5719 | 0.03403 | SQRL | $ 194.62 |
| CRCW02011K00FNED | 8050 Component Storage | 30000 | 0.00644 | SQRL | $ 193.20 |
| 0ZCG0050AF2C | 8050 Component Storage | 3846 | 0.05 | SQRL | $ 192.30 |
| ADC128D818CIMT/NOPB | 8050 Component Storage | 35 | 5.4 | SQRL | $ 189.00 |
| PI6CB18401ZHIEX | 8050 In Production | 100 | 1.89 | SQRL | $ 189.00 |
| TMP103EYFFT | 8050 on Feeders | 100 | 1.88 | | $ 188.00 |
| MHQ0603P20NJT000 | 8050 Component Storage | 1000 | 0.1872 | SQRL | $ 187.20 |
| RB521S-30DP-TP | 8050 on Feeders | 4915 | 0.0363 | | $ 178.41 |
| ERJ-2GEJ2R2X | BIN A02 | 82500 | 0.00215 | | $ 177.38 |
| Z101B-10 | 8050 Component Storage | 116 | 1.5 | SQRL | $ 174.00 |
| GRM21BC80G476ME15L | 8050 on Feeders | 2000 | 0.085 | | $ 170.00 |

| Item | Location | Qty on hand | PPU | Owner | Value | |
|---|---|---|---|---|---|---|
| CGA2B3X5R1A224M050BB | REEL BOX 7 | 10006 | 0.0168 | | $ | 168.10 |
| CL05104KO5NNNC | 8050 In Production | 41579 | 0.004 | SQRL | $ | 166.32 |
| RMCF0402FT10K0 | REEL BOX 7 | 110000 | 0.00149 | | $ | 163.90 |
| DF52-20P-0.8C | BIN A02 | 500 | 0.324 | | $ | 162.00 |
| 0402L035SLKR | 8050 Component Storage | 100 | 1.6 | SQRL | $ | 160.00 |
| KRL1220E-M-R015-F-T5 | 8050 on Feeders | 2000 | 0.08 | | $ | 160.00 |
| RJHSE-3381 | 8050 Component Storage | 105 | 1.52 | SQRL | $ | 159.60 |
| BLM15PX330SN1D | 8050 In Production | 4620 | 0.03348 | SQRL | $ | 154.68 |
| CL03A104KQ3NNNC | 8050 Component Storage | 50670 | 0.003 | SQRL | $ | 152.01 |
| 93LC56BT-I/OT | 8050 In Production | 1013 | 0.15 | SQRL | $ | 151.95 |
| LMK063BJ224MP-F | 8050 In Production | 15000 | 0.01 | SQRL | $ | 150.00 |
| ERJ-2RKF1501X | BIN A13 | 60000 | 0.00248 | | $ | 148.80 |
| 0603YC105KAT2A | BIN B02 | 4000 | 0.0363 | | $ | 145.20 |
| GRM155R71C104KA88J | 8050 on Feeders | 50000 | 0.00289 | | $ | 144.50 |
| FBMJ1608HS280NTR | 8050 In Production | 8308 | 0.017 | SQRL | $ | 141.24 |
| MCP4552T-503E/MF | 8050 Component Storage | 192 | 0.73 | SQRL | $ | 140.16 |
| CL05B103JA5NNNC | 8050 Component Storage | 46198 | 0.003 | SQRL | $ | 138.59 |
| CRCW02014K02FNED | 8050 on Feeders | 6000 | 0.023 | | $ | 138.00 |
| CR0201-20W-2491FT | 8050 In Production | 75000 | 0.0018 | SQRL | $ | 135.00 |
| AC0201FR-076K65L | BIN A02 | 20000 | 0.00657 | | $ | 131.40 |
| FSM4JSMATR | 8050 Component Storage | 1300 | 0.1 | | $ | 130.00 |
| GRM155R60J475ME47D | 8050 In Production | 10000 | 0.01298 | SQRL | $ | 129.80 |
| 1718560002 | 8050 Component Storage | 1000 | 0.1295 | SQRL | $ | 129.50 |
| DSF01S30SL,L3F | 8050 on Feeders | 4000 | 0.032 | | $ | 128.00 |
| C1005X5R1A104K050BA | 8050 Component Storage | 18213 | 0.007 | SQRL | $ | 127.49 |
| IHLP2020CZERR22M11 | 8050 on Feeders | 300 | 0.415 | | $ | 124.50 |
| CL21C122JBFNNNE | 8050 Component Storage | 4372 | 0.027905 | SQRL | $ | 122.00 |
| 10029449-111rlf | 8050 In Production | 200 | 0.6075 | SQRL | $ | 121.50 |
| ERJ-1GNF3012C | 8050 In Production | 20000 | 0.00607 | SQRL | $ | 121.40 |
| FSM4JSMATR | 8050 In Production | 1200 | 0.1 | SQRL | $ | 120.00 |
| EXB28V471JX | BIN A14 | 10000 | 0.012 | | $ | 120.00 |
| B3S-1000P | 8050 Component Storage | 300 | 0.36585 | | $ | 109.76 |
| GRM155R61A224KE19D | BIN A21 | 9189 | 0.01155 | | $ | 106.13 |
| BLM31SN500SN1L | 8050 In Production | 920 | 0.11 | SQRL | $ | 101.20 |
| 22232031 | 8050 Component Storage | 2000 | 0.05 | SQRL | $ | 100.00 |
| RC0402JR-070RL | 8050 In Production | 10000 | 0.01 | SQRL | $ | 100.00 |
| RMCF0402FT20K0 | 8050 In Production | 10000 | 0.01 | SQRL | $ | 100.00 |
| CL21A226MOCLRNC | 8050 on Feeders | 2000 | 0.05 | | $ | 100.00 |
| C1005X7R1C104K050BC | BIN A11 | 10000 | 0.01 | | $ | 100.00 |
| TNPW04028K76BEED | BIN A24 | 1100 | 0.09 | | $ | 99.00 |
| C2012X5R1A476M125AC | 8050 Component Storage | 200 | 0.4884 | SQRL | $ | 97.68 |
| JMK212BBJ476MG-T | 8050 Component Storage | 1000 | 0.0952 | SQRL | $ | 95.20 |
| M20-9990246 | BIN A05 | 2000 | 0.046 | | $ | 92.00 |
| GRM155C81E105KE11D | 8050 on Feeders | 2000 | 0.04541 | | $ | 90.82 |
| CR0603-10W-24R9FT | 8050 In Production | 5000 | 0.018 | SQRL | $ | 90.00 |
| ERJ-6BWFR025V | 8050 In Production | 591 | 0.15 | SQRL | $ | 88.65 |

| Item | Location | Qty on hand | PPU | Owner | Value | |
|------|----------|-------------|-----|-------|-------|---|
| SN74LVC1G02DCKR | BIN A11 | 3000 | 0.029 | | $ | 87.00 |
| GRM0335C1E8R0CA01D | 8050 Component Storage | 35886 | 0.0024 | SQRL | $ | 86.13 |
| 22-23-2031 | BIN B01 | 1000 | 0.08526 | | $ | 85.26 |
| RJK005N03FRAT146 | BIN A01 | 994 | 0.0808 | | $ | 80.32 |
| CRCW020130K1FKED | 8050 on Feeders | 4000 | 0.02 | | $ | 80.00 |
| GRM188R60J226MEAOD | 8050 on Feeders | 2000 | 0.04 | | $ | 80.00 |
| RMCF0210FT4K02 | 8050 on Feeders | 2000 | 0.04 | | $ | 80.00 |
| ERJ-1GNF1202C | 8050 Component Storage | 15000 | 0.00528 | SQRL | $ | 79.20 |
| ERJ-1GNJ2R0C | 8050 In Production | 28073 | 0.0028053 | SQRL | $ | 78.75 |
| GRM033R61C224KE14D | 8050 on Feeders | 12000 | 0.0064 | | $ | 76.80 |
| ERJ2RKF49R9X | BIN A14 | 30000 | 0.00248 | | $ | 74.40 |
| CM2545X171R-10 | 8050 on Feeders | 100 | 0.72 | | $ | 72.00 |
| CSD17575Q3 | 8050 Component Storage | 100 | 0.7189 | SQRL | $ | 71.89 |
| CL05B473KO5VPNC | 8050 Component Storage | 13902 | 0.00505 | SQRL | $ | 70.21 |
| M20-9990246 | 8050 Component Storage | 1500 | 0.046 | SQRL | $ | 69.00 |
| CRGCQ0402F39K | 8050 Component Storage | 8332 | 0.008 | SQRL | $ | 66.66 |
| SMLP34RGB2W3 | 8050 on Feeders | 200 | 0.33 | | $ | 66.00 |
| CRCW0402470RFKEDC | BI A08 | 20000 | 0.0033 | | $ | 66.00 |
| C1005X7R1C104K050BC | 8050 on Feeders | 6000 | 0.01 | | $ | 60.00 |
| DF522832PF157128 | BIN A02 | 100 | 0.57 | | $ | 57.00 |
| BKP0603HM121-T | 8050 In Production | 1920 | 0.0295553 | SQRL | $ | 56.75 |
| NRC02F1202TRF | 8050 Component Storage | 7996 | 0.007 | SQRL | $ | 55.97 |
| GRM033R71A103KA01D | 8050 In Production | 19598 | 0.00267 | SQRL | $ | 52.33 |
| PMR10EZPFV3LOO | BIN A06 | 5000 | 0.01 | | $ | 50.00 |
| ERJ2RKF2201X | BIIN A14 | 20000 | 0.00248 | | $ | 49.60 |
| RC0402FR-0749R9L | 8050 Component Storage | 30000 | 0.00163 | | $ | 48.90 |
| RC0402FR-0786R6L | BIN A01 | 30000 | 0.00163 | | $ | 48.90 |
| BKP1005HS121-T | 8050 on Feeders | 6000 | 0.00804 | | $ | 48.24 |
| ECS-250-10-37B-CTN-TR | 8050 In Production | 200 | 0.24 | SQRL | $ | 48.00 |
| LP5907MFX-1.8/NOPB | 8050 Component Storage | 275 | 0.16 | SQRL | $ | 44.00 |
| RMCF0603FT402R | 8050 In Production | 30000 | 0.00145 | SQRL | $ | 43.50 |
| ERA-1AEB103C | 8050 Component Storage | 665 | 0.06454 | SQRL | $ | 42.92 |
| RC1005J000CS | 8050 on Feeders | 9000 | 0.00475 | | $ | 42.75 |
| ERJ-1GNF4700C | 8050 on Feeders | 8000 | 0.00528 | | $ | 42.24 |
| XEL5050-471MEC | 8050 Component Storage | 50 | 0.84 | SQRL | $ | 42.00 |
| CRCW02012K49FKED | 8050 on Feeders | 2000 | 0.02 | | $ | 40.00 |
| CRGQ0402F15K | BIN A02 | 5000 | 0.008 | | $ | 40.00 |
| 741x083472JP | BIN B06 | 3700 | 0.01078 | | $ | 39.89 |
| GRM0335C1E220JA01D | 8050 Component Storage | 15000 | 0.00264 | SQRL | $ | 39.60 |
| CA064C104M4RAC7800 | 8050 Component Storage | 220 | 0.178 | SQRL | $ | 39.16 |
| AC0402FR-0756KL | 8050 Component Storage | 15944 | 0.0022 | SQRL | $ | 35.08 |
| GRM32ER60J107ME20K | 8050 Component Storage | 100 | 0.34 | SQRL | $ | 34.00 |
| RC0402FR-076K19L | 8050 Component Storage | 20000 | 0.00163 | SQRL | $ | 32.60 |
| RMCF0402FT470R | 8050 Component Storage | 20200 | 0.00152 | SQRL | $ | 30.70 |
| CRGCQ0402F6K8 | 8050 Component Storage | 13708 | 0.0022 | SQRL | $ | 30.16 |
| 04025A470JAT2A | 8050 on Feeders | 3000 | 0.01 | | $ | 30.00 |

| Item | Location | Qty on hand | PPU | Owner | Value | |
|---|---|---|---|---|---|---|
| CRCW0402470RFKEDC | 8050 Component Storage | 9051 | 0.0033 | SQRL | $ | 29.87 |
| RMCF0402FT42R2 | BIN A06 | 20000 | 0.00149 | | $ | 29.80 |
| GCM1555C1H330JA16D | 8050 Component Storage | 1234 | 0.024 | SQRL | $ | 29.62 |
| RMCF0603FT402R | 8050 Component Storage | 20000 | 0.00145 | SQRL | $ | 29.00 |
| RT2402B7TR7 | BIN A01 | 9351 | 0.0031 | | $ | 28.99 |
| GRM188R60J226MEA0D | 8050 In Production | 721 | 0.038 | SQRL | $ | 27.40 |
| AC0201FR-0712KL | 8050 Component Storage | 4114 | 0.006567 | SQRL | $ | 27.02 |
| RMCF0201FT2K87 | 8050 In Production | 10203 | 0.00264 | SQRL | $ | 26.94 |
| RMCF0201FT49R9 | 8050 Component Storage | 10000 | 0.00264 | SQRL | $ | 26.40 |
| GCM155R71H122KA37D | 8050 Component Storage | 4821 | 0.00534 | SQRL | $ | 25.74 |
| 500R07N101JV4T | 8050 Component Storage | 1442 | 0.0178 | SQRL | $ | 25.67 |
| CL05B222KB5NNNC | 8050 Component Storage | 4915 | 0.005208 | SQRL | $ | 25.60 |
| C1005X5R1E105K050BC | 8050 Component Storage | 2500 | 0.01 | SQRL | $ | 25.00 |
| C0805C102DRAC7800 | 8050 Component Storage | 2500 | 0.01 | SQRL | $ | 25.00 |
| CRCW060324R9FKEA | 8050 In Production | 5000 | 0.005 | SQRL | $ | 25.00 |
| ERJ2RKF4021X | BIN A14 | 10000 | 0.00248 | | $ | 24.80 |
| ERJ2RKF1272X | BIN B04 | 10000 | 0.00248 | | $ | 24.80 |
| ERJ-2RKF1000X | BIN B08 | 10000 | 0.00248 | | $ | 24.80 |
| ERJ-2RKF1201X | BIN B08 | 10000 | 0.00248 | | $ | 24.80 |
| GRM188R60J476ME15D | 8050 In Production | 200 | 0.12 | SQRL | $ | 24.00 |
| GRM033R61C224KE4D | 8050 Component Storage | 2584 | 0.009 | SQRL | $ | 23.26 |
| CRGCQ0402F330R | 8050 Component Storage | 10393 | 0.0022 | SQRL | $ | 22.86 |
| ERJ-1GNJ2R0C | 8050 on Feeders | 8000 | 0.0028053 | | $ | 22.44 |
| CL05C471JB5NNNC | 8050 Component Storage | 3439 | 0.00651 | SQRL | $ | 22.39 |
| APXG160A561MHA0G | MIDDLE SHELF | 2207 | 0.01 | | $ | 22.07 |
| CRCW02011K00FNED | 8050 In Production | 3338 | 0.00644 | SQRL | $ | 21.50 |
| GRM033R60J104KE19D | 8050 on Feeders | 5000 | 0.0042 | | $ | 21.00 |
| RMCF0201FT1K00 | 8050 on Feeders | 2100 | 0.01 | | $ | 21.00 |
| RC0201FR-074K7L | 8050 Component Storage | 4950 | 0.004142 | SQRL | $ | 20.50 |
| CRCW060324R9FKEA | 8050 on Feeders | 4000 | 0.005 | | $ | 20.00 |
| CRCW020159K0FKED | 8050 on Feeders | 1000 | 0.02 | | $ | 20.00 |
| CL05B562KBNNNC | REEL BOX 2 | 2500 | 0.008 | | $ | 20.00 |
| RMCF0402FT100R | 8050 Component Storage | 12812 | 0.001485 | SQRL | $ | 19.03 |
| RMCF0201FT2K20 | 8050 In Production | 6179 | 0.00304 | SQRL | $ | 18.78 |
| CC0402KRX7R8BB472 | 8050 Component Storage | 10000 | 0.00185 | SQRL | $ | 18.50 |
| 150040RS73240 | 8050 on Feeders | 100 | 0.17 | | $ | 17.00 |
| ERJ-M1WTF4M0U | 8050 on Feeders | 100 | 0.17 | | $ | 17.00 |
| RC0402FR-071RL | 8050 In Production | 6720 | 0.00246 | SQRL | $ | 16.53 |
| TPS22990DMLT | 8050 Component Storage | 3042 | 0.00528 | SQRL | $ | 16.06 |
| 45971-4115 | 8050 Component Storage | 2 | 8 | SQRL | $ | 16.00 |
| RMCF0201FT240R | 8050 In Production | 6000 | 0.00264 | SQRL | $ | 15.84 |
| RMCF0201FT240R | 8050 on Feeders | 6000 | 0.00264 | | $ | 15.84 |
| 798550667 | 8050 Component Storage | 1549 | 0.01 | SQRL | $ | 15.49 |
| CL10A226M07JZNC | 8050 on Feeders | 1500 | 0.01 | | $ | 15.00 |
| RMCF0402FT499R | 8050 Component Storage | 10000 | 0.001499 | SQRL | $ | 14.99 |
| RMCF0402FT2K49 | 8050 Component Storage | 10000 | 0.001485 | SQRL | $ | 14.85 |

| Item | Location | Qty on hand | PPU | Owner | Value | |
|------|----------|-------------|-----|-------|-------|---|
| APHHS1005CGCK | 8050 on Feeders | 200 | 0.07285 | | $ | 14.57 |
| M24C64-WMN6P | 8050 Component Storage | 100 | 0.145 | SQRL | $ | 14.50 |
| RMCF0402FT22K6 | 8050 In Production | 1934 | 0.0072237 | SQRL | $ | 13.97 |
| RK73H1HTTCM2490F | 8050 Component Storage | 13477 | 0.001 | SQRL | $ | 13.48 |
| GRM0335C1H160JA01D | 8050 Component Storage | 5000 | 0.00264 | SQRL | $ | 13.20 |
| RMCF0201FT10K0 | 8050 on Feeders | 5000 | 0.00264 | | $ | 13.20 |
| GRM188R60J476ME15D | 8050 on Feeders | 100 | 0.12 | | $ | 12.00 |
| RMCF0402FT37K4 | 8050 on Feeders | 8000 | 0.001485 | | $ | 11.88 |
| RMCF0402DRE071KL | 8050 Component Storage | 6000 | 0.00197 | SQRL | $ | 11.82 |
| GRM1555C1H8R0DA01D | 8050 on Feeders | 2000 | 0.00588 | | $ | 11.76 |
| RMCF0402FT22K6 | 8050 Component Storage | 1520 | 0.0072237 | SQRL | $ | 10.98 |
| RC0603FR-0724R9L | 8050 on Feeders | 6000 | 0.00181 | | $ | 10.86 |
| RMCF0201FT13K0 | 8050 In Production | 4605 | 0.00232 | SQRL | $ | 10.68 |
| RMCF0201FT100R | 8050 In Production | 4000 | 0.00264 | SQRL | $ | 10.56 |
| RK73H1HTTC4700F | 8050 on Feeders | 1350 | 0.00776 | | $ | 10.48 |
| RMCF0201FT5K49 | 8050 In Production | 3947 | 0.00264 | SQRL | $ | 10.42 |
| CRGCQ0402F10R | 8050 Component Storage | 4649 | 0.0022 | SQRL | $ | 10.23 |
| GRM21BR60J107ME15L | 8050 Component Storage | 20 | 0.507 | SQRL | $ | 10.14 |
| RC0402FR-071RL | 8050 on Feeders | 4000 | 0.00246 | | $ | 9.84 |
| RMCF0201FT13K0 | 8050 on Feeders | 4000 | 0.00232 | | $ | 9.28 |
| RMCF0201FT2K20 | 8050 Component Storage | 2988 | 0.00304 | SQRL | $ | 9.08 |
| RMCF0402FT499R | 8050 In Production | 5929 | 0.001499 | SQRL | $ | 8.89 |
| RMCF0402FT267K | 8050 Component Storage | 5920 | 0.001485 | SQRL | $ | 8.79 |
| UCL1C102MNL1GS | 8050 on Feeders | 30 | 0.27 | | $ | 8.10 |
| RC0402FR-0720KL | 8050 Component Storage | 4980 | 0.001617 | SQRL | $ | 8.05 |
| RC0402FR-074K99L | 8050 Component Storage | 4900 | 0.00163 | SQRL | $ | 7.99 |
| RMCF0201FT10K0 | 8050 In Production | 3000 | 0.00264 | SQRL | $ | 7.92 |
| RMCF0201FT11K0 | 8050 on Feeders | 3000 | 0.00264 | | $ | 7.92 |
| RMCF0402FT30R1 | 8050 In Production | 5000 | 0.001485 | SQRL | $ | 7.43 |
| RMCF0402FT2K00 | 8050 on Feeders | 5000 | 0.001485 | | $ | 7.43 |
| CRGCQ0402F15K | 8050 Component Storage | 3333 | 0.0022 | SQRL | $ | 7.33 |
| RC0402FR-0733K2L | 8050 on Feeders | 4000 | 0.001617 | | $ | 6.47 |
| SI53305-B-GMR | REEL BOX A | 2 | 3.18 | | $ | 6.36 |
| CGA2B3X5R1A224MB | 8050 Component Storage | 371 | 0.0168 | SQRL | $ | 6.23 |
| RF0402FR-0730RL | 8050 Component Storage | 4250 | 0.0014 | SQRL | $ | 5.95 |
| RMCF0402FT49K9 | 8050 on Feeders | 4000 | 0.001485 | | $ | 5.94 |
| RMCF0402FT130K | 8050 on Feeders | 4000 | 0.001485 | | $ | 5.94 |
| RMCF0603FT402R | 8050 on Feeders | 4000 | 0.00145 | | $ | 5.80 |
| ERJ2GEJ472X | BIN A01 | 2673 | 0.00215 | | $ | 5.75 |
| GRM033R71A103KA01D | 8050 on Feeders | 2000 | 0.00267 | | $ | 5.34 |
| RMCF0201FT12K1 | 8050 on Feeders | 2000 | 0.00264 | | $ | 5.28 |
| RMCF0402FT2K87 | 8050 In Production | 3440 | 0.00149 | SQRL | $ | 5.13 |
| C0402C222K5RACTU | 8050 Component Storage | 822 | 0.00601 | SQRL | $ | 4.94 |
| RMCF0402FT240R | 8050 on Feeders | 3000 | 0.001485 | | $ | 4.46 |
| RMCF0402FT10K2 | 8050 on Feeders | 3000 | 0.001485 | | $ | 4.46 |
| MT41K512M16HA-125:A | 8050 Component Storage | 4304 | 0.001 | SQRL | $ | 4.30 |

| Item | Location | Qty on hand | PPU | Owner | Value | |
|------|----------|-------------|-----|-------|-------|--|
| CL03B152KP3NNNNC | 8050 Component Storage | 1000 | 0.004 | SQRL | $ | 4.00 |
| KRL1220E-M-R015-F-T5 | 8050 Component Storage | 50 | 0.08 | SQRL | $ | 4.00 |
| CL03B152KP3NNNNC | 8050 In Production | 3958 | 0.001 | SQRL | $ | 3.96 |
| RC0402FR-07100RL | 8050 on Feeders | 2000 | 0.00163 | | $ | 3.26 |
| RMCF0201FT2K49 | 8050 In Production | 1142 | 0.00264 | SQRL | $ | 3.01 |
| RMCF0402FT10K0 | 8050 on Feeders | 2000 | 0.00149 | | $ | 2.98 |
| ST1026MP41W693HC | REEL BOX D | 10 | 0.27 | | $ | 2.70 |
| RMCF0201FT100R | 8050 on Feeders | 1000 | 0.00264 | | $ | 2.64 |
| GCM155R71H122KA37D | BIN A24 | 376 | 0.00534 | | $ | 2.01 |
| ASDMB-125.000MHZ-LY-T | 8050 Component Storage | 1 | 1.97 | SQRL | $ | 1.97 |
| RT2402B7TR7 | 8050 Component Storage | 586 | 0.0031 | SQRL | $ | 1.82 |
| FBMJ1608HS280NTR | 8050 on Feeders | 100 | 0.017 | | $ | 1.70 |
| RMCF0201FT5K49 | 8050 on Feeders | 500 | 0.00264 | | $ | 1.32 |
| 501-001582R7141 | 8050 Component Storage | 10 | 0.1 | SQRL | $ | 1.00 |
| RC0402FR-07150RL | 8050 Component Storage | 350 | 0.00163 | SQRL | $ | 0.57 |
| GRM033R71A103KA01D | 8050 Component Storage | 125 | 0.00267 | SQRL | $ | 0.33 |
| ST5126MP451693SC | 8050 Component Storage | 10 | 0.03 | SQRL | $ | 0.30 |
| GRM21BR060J107ME15L | 8050 on Feeders | 25 | 0.01 | | $ | 0.25 |
| RMCF0201FT2K87 | 8050 on Feeders | 50 | 0.00264 | | $ | 0.13 |
| RMCF0201FT12K1 | 8050 In Production | 28 | 0.00264 | SQRL | $ | 0.07 |

**Main Inventory**

| Item | | Location | Qty | PPU | Owner | Value |
|---|---|---|---|---|---|---|
| QSFP | Inventory | 1-2-1 | 3,358 | $ 28.00 | SQRL | $ 94,024.00 |
| 15 bittmain power supplies (bad) | Inventory | 8050 Midwest Air DC | | | SQRL | $ 150.00 |
| 11 HP Power supplies (bad) | Inventory | 8050 Midwest Air DC | | | SQRL | $ 150.00 |
| Q SFP/used | Inventory | 1-2-1 | 195 | $ 35.00 | SQRL | $ 6,825.00 |
| 2 box CAT6 1000' Partially Used | Inventory | 8050 New Server Closet | | | SQRL | $ 200.00 |
| Box CAT6 Cable 1000' Partially Used | Inventory | 8050 New Liquid Room | | | SQRL | $ 100.00 |
| approx 20L isopropyl alcohol | Inventory | 8050 Production Assembly Room | | | SQRL | $ 40.00 |
| Box of Amazon copy paper | Inventory | 8050 Production SMT Room | | | SQRL | $ 32.00 |
| Miscellaneous Network and C13 Power Cables-qty 10 | Inventory | 8050 New Liquid Room | | | SQRL | $ 30.00 |
| Miscellaneous Zip ties | Inventory | 8050 New Liquid Room | | | SQRL | $ 20.00 |
| Misc Paper Towels and Cleaners | Inventory | 8050 Old Warehouse Area | | | SQRL | $ 10.00 |
| Trash Bags | Inventory | 8050 Old Warehouse Area | | | SQRL | $ 10.00 |
| Towels | Inventory | 8050 Old Warehouse Area | | | SQRL | $ 10.00 |
| APPROX 12 DAMAGED/DEAD CVP 13 IN BAGS | Inventory | 8050 Old Warehouse Area | | | SQRL | 3600 |
| Acorn Nest X2G ready to ship | Inventory | Green shelf | 188 | $ 80.00 | SQRL | $ 15,040.00 |
| 360 JCC2P A1B PCB | Inventory | 8050 Northside Dock | | | SQRL | $ 11,880.00 |
| Qty 17 4x8 Translucent Lexan | Inventory | 8050 Northside Dock | | | SQRL | $ 2,800.00 |
| 4 IBC TOTES 250 GAL | Inventory | 8050 Old Warehouse Area | | | SQRL | $ 1,000.00 |
| Back plate for motherboard | Inventory | 1-1-1 | 225 | $ 3.62 | SQRL | $ 814.50 |
| 2x IBC 250 Gal Totes | Inventory | 8050 Northside Dock | | | SQRL | $ 780.00 |
| Box of C19 Power Cords/Extensions | Inventory | 8050 Clean New DC | | | SQRL | $ 500.00 |
| 200 approx c13 power cables | Inventory | 8050 Midwest Air DC | | | SQRL | $ 500.00 |
| 1 4" TCI CHECK VALVE | Inventory | 8050 Old Warehouse Area | | | SQRL | $500 |
| 4" STAINLESS CHECK VALVE (NEW) | Inventory | 8050 Old Warehouse Area | | | SQRL | $400 |
| 4 4" BUTTERFLY VAVLES (NO HANDLES) | Inventory | 8050 Old Warehouse Area | | | SQRL | 320 |
| Bitmain APW3++12-1600 switching power supply | Inventory | 3-5-G | 2 | $ 130.00 | SQRL | $ 260.00 |
| MX21SMF53-A6 Serial M20S000055-Damaged | Inventory | 8050 Northside Dock | | | SQRL | $ 250.00 |
| Bitmain Power supply-small | Inventory | 3-5-G | 2 | $ 120.00 | SQRL | $ 240.00 |
| 7" Touch Screens | Inventory | 1-1-1 | 4 | $ 59.99 | SQRL | $ 239.96 |
| Miscellaneous 2" PVC Fittings | Inventory | 8050 New Liquid Room | | | SQRL | $ 200.00 |
| PALLET MISC 8GA SOOW POWER CUT OFF | Inventory | 8050 Old Warehouse Area | | | SQRL | $200 |
| 6 Stainless Steel 1" Ball Valves | Inventory | 8050 Northside Dock | | | SQRL | $ 130.00 |
| 23 qty 12V Unbranded Power Supplies- Unknown Condition | Inventory | 8050 Northside Dock | | | SQRL | $ 115.00 |
| Box Sample 4xQSFP | Inventory | 8050 Northside Dock | | | SQRL | $ 80.00 |
| Box of Uline Static Shield bags large (S-5301BX) S-13005 | Inventory | 8050 Production Assembly Room | | | SQRL | $ 80.00 |
| Bittman Power Supply for CVP | Inventory | 3-5-G | 20 | $ 3.59 | SQRL | $ 71.80 |
| Miscellaneous Box HEX Bolts | Inventory | 8050 Northside Dock | | | SQRL | $ 50.00 |
| SQRL Breakout and Riser | Inventory | 8050 Northside Dock | | | SQRL | $ 50.00 |
| 1x HP1200W supply | Inventory | 8050 Northside Dock | | | SQRL | $ 45.00 |
| 2 bags ESD gloves | Inventory | 8050 Production Assembly Room | | | SQRL | $ 40.00 |
| Miscellaneous Power (3x) Cables | Inventory | 8050 Northside Dock | | | SQRL | $ 30.00 |
| 1 bag ESD jackets | Inventory | 8050 Production Assembly Room | | | SQRL | $ 25.00 |
| 1 bag Kimtech W4 Wipes | Inventory | 8050 Production Assembly Room | | | SQRL | $ 12.00 |
| 1 package Kimtech wipes | Inventory | 8050 Production Assembly Room | | | SQRL | $ 12.00 |
| 1 package Kimtech Delicate wipes | Inventory | 8050 Production Assembly Room | | | SQRL | $ 12.00 |
| 20 AAA batteries | Inventory | 8050 Production Assembly Room | | | SQRL | $ 10.00 |
| 3 packages cotton rounds | Inventory | 8050 Production Assembly Room | | | SQRL | $ 5.00 |
| 1 package Cholorox wipes | Inventory | 8050 Production Assembly Room | | | SQRL | $ 5.00 |
| 50 Empty Xilinx boxes | Inventory | 8050 Northside Dock | | | SQRL | $ - |

Debtor name   **Squirrels Research Labs LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF OHIO

Case number (if known)  **21-61491**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☑ **Yes.** Fill in all of the information below.

**Part 1:**  **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Avnet Inc.** | | **$5,751,000.00** | **$3,000,000.00** |
|---|---|---|---|---|

| | | |
|---|---|---|
| Creditor's Name | | |
| **Attn: Dennis Losik**<br>**5400 Prairie Stone Pkwy**<br>**Hoffman Estates, IL 60192** | Describe debtor's property that is subject to a lien<br>**All physical assets - See attached exhibit** | |
| Creditor's mailing address | | |
| | Describe the lien | |
| | **Blanket - UCC Financing Statement** | |
| **dennis.losik@avnet.com** | Is the creditor an insider or related party? | |
| Creditor's email address, if known | ☑ No<br>☐ Yes | |
| | Is anyone else liable on this claim? | |
| **Date debt was incurred**<br>**3/26/2019** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number**<br>**3235** | | |
| Do multiple creditors have an interest in the same property? | **As of the petition filing date, the claim is:**<br>Check all that apply | |
| ☑ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed | |

| 2.2 | **BittWare/Molex Inc.** | | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | | |
|---|---|---|
| Creditor's Name | | |
| **2222 Wellington Court**<br>**Lisle, IL 60532** | Describe debtor's property that is subject to a lien<br>**CVP-13 units** | |
| Creditor's mailing address | | |
| | Describe the lien | |
| | **Capital Lease** | |
| **ellen.jech@molex.com** | Is the creditor an insider or related party? | |
| Creditor's email address, if known | ☑ No<br>☐ Yes | |
| | Is anyone else liable on this claim? | |
| **Date debt was incurred**<br>**2020** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| Do multiple creditors have an interest in the same property? | **As of the petition filing date, the claim is:**<br>Check all that apply | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

☐ Contingent
☐ Unliquidated
■ Disputed

| 2.3 | **BittWare/Molex Inc.** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**VU13P computer chips**
_____

**2222 Wellington Court**
**Lisle, IL 60532**

Creditor's mailing address

Describe the lien
**Capital Lease**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes

**ellen.jech@molex.com**

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$5,751,000.00** |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Isaac Gabriel**<br>**Quarles and Brady**<br>**One Renissaince Sq**<br>**Two North Central Ave**<br>**Phoenix, AZ 85004** | Line _**2.1**_ | **isaac.gabriel@quarles.com** |
| **Michael Walker**<br>**Associate General Counsel**<br>**Avnet Inc.**<br>**2211 S. 47th Street**<br>**Phoenix, AZ 85034** | Line _**2.1**_ | **michael.walker@avnet.com** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Squirrels Research Labs LLC

Schedule D; 2.1

The claims of Avnet, Inc. are scheduled in agreed amounts pursuant to that certain prepetition Account Settlement and Sale Support Agreement among Avnet, Inc., the Debtor, and Instantiation, LLC; Avnet's agreement to those scheduled amounts is subject to the terms of the Account Settlement and Sale Support Agreement.

Debtor name **Squirrels Research Labs LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) **21-61491**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Aaron Holquin**<br>**2046 Jamison Pl**<br>**Santa Clara, CA 95051** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $398.00 | $398.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Aaron Reimer**<br>**PMB-AR113422**<br>**Sumas, WA 98295-9674** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,079.95 | $1,079.95 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,999.92 | $1,999.92 |
|-----|----------------------------------------------|-----------------------------------------------|-----------|-----------|
| | **Alton Hare**<br>**1200 17th St NW**<br>**Washington, DC 20036** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.11 | $136.11 |
|-----|----------------------------------------------|-----------------------------------------------|---------|---------|
| | **Amanda McConnell**<br>**191 E. 28th Street**<br>**Dover, OH 44622** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**401(k)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>5</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|-----|----------------------------------------------|-----------------------------------------------|-----------|-----------|
| | **Andrew Waters**<br>**6653 Main Street**<br>**Williamsville, NY 14221** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Prepaid deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|-----|----------------------------------------------|-----------------------------------------------|-----------|-----------|
| | **Ben George**<br>**5464 Lake Ave**<br>**Orchard Park, NY 14127** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Prepaid deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,139.96 | $1,139.96 |
|---|---|---|---|---|

**Bradon Pen**
**56 Varcoe Rd**
**Courtice, ON L1E 1S5**
**CANADA**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.00 | $398.00 |
|---|---|---|---|---|

**Brett Mashford**
**35 Oakmoss Dr**
**SPRINGFIELD LAKES, QLD 4300**
**AUSTRALIA**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|---|---|---|---|---|

**Brian Fiducci**
**24463 Norelius Ave**
**Round Lake, IL 60073**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,553.51 | $1,553.51 |
|---|---|---|---|---|

**Brian Klinger**
**4018 Shelby Row**
**Sugar Land, TX 77479**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| --- | --- | --- | --- | --- |

**2.11**

Priority creditor's name and mailing address

**Carl Forsell**
**c/o James E.P. Sisto**
**Schuerger Law Group**
**1001 Kingsmill Parkway**
**Columbus, OH 43229**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Product refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown** **Unknown**

---

**2.12**

Priority creditor's name and mailing address

**Chad Clark**
**876 Jefferson St**
**Menasha, WI 54952**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

**$199.99** **$199.99**

---

**2.13**

Priority creditor's name and mailing address

**Clarence Smith**
**3290 Double Creek Dr N., Apt 301**
**Plainfield, IN 46168**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

**$659.98** **$659.98**

---

**2.14**

Priority creditor's name and mailing address

**CT Data LLC**
**133 River Road**
**Mystic, CT 06355**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

**$3,025.00** **$3,025.00**

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $329.00 | $329.00 |
| --- | --- | --- | --- | --- |
| | **Daniel Hajdu**<br>**Graslaan 111**<br>**6833CG Arnhem**<br>**NETHERLANDS** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $3,025.00 | $3,025.00 |
| --- | --- | --- | --- | --- |
| | **Daniel Russo**<br>**120 High Farms Rd**<br>**Glen Head, NY 11545** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,469.95 | $1,469.95 |
| --- | --- | --- | --- | --- |
| | **Darien Lyons**<br>**45 Elvin Street**<br>**Staten Island, NY 10314** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,523.71 | $1,523.71 |
| --- | --- | --- | --- | --- |
| | **Darry Kurpisz**<br>**14635 22nd Ave SW**<br>**Burien, WA 98166** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $874.03 | $874.03 |
|------|---|---|---|---|
| | **David Reynolds**<br>**6046 Jerusalem Drive**<br>**Cicero, NY 13039** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**401(k)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,650.00 | $13,650.00 |
|------|---|---|---|---|
| | **David Stanfill**<br>**772 Treat Blvd.**<br>**Tallmadge, OH 44278** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Insider - Deferred Pay** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|------|---|---|---|---|
| | **Donald Ruffatto**<br>**420 Fairview Ave**<br>**Arcadia, CA 91007** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $767.99 | $767.99 |
|------|---|---|---|---|
| | **Dustin Hooper**<br>**11885 W. McDowell Rd**<br>**Avondale, AZ 85392** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $749.96 | $749.96 |
|------|---------------------------------------------|--------------------|---------|---------|
| | **Fabrizio Simonetti**<br>**Via Gozzer N 2A**<br>**57128 Livorno**<br>**ITALY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,469.95 | $1,469.95 |
|------|---------------------------------------------|--------------------|-----------|-----------|
| | **Fernando Molina**<br>**5275 SW 146 AVE**<br>**Miami, FL 33175** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $151.36 | $151.36 |
|------|---------------------------------------------|--------------------|---------|---------|
| | **George D. Jimenez**<br>**9396 Broadland Street, NW**<br>**Massillon, OH 44646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**401(k)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $13,650.00 | $13,650.00 |
|------|---------------------------------------------|--------------------|------------|------------|
| | **George D. Jimenez**<br>**9396 Broadland Street, NW**<br>**Massillon, OH 44646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Insider - Deferred Pay** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Name

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|---|---|---|---|---|

**Gilbert Rodriguez**
**1340 Camp Street**
**Fabens, TX 79838**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | | $3,025.00 | $3,025.00 |
|---|---|---|---|---|

**Hailu Looyestein**
**Schout Coxstraat 1**
**5421GJ Gemert**
**NETHERLANDS**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | | $220.83 | $220.83 |
|---|---|---|---|---|

**Heather Bradley**
**1213 N. Chapel Street**
**Louisville, OH 44641**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401(k)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | | $3,025.00 | $3,025.00 |
|---|---|---|---|---|

**Henry Ryan**
**228 Cranbury Road**
**Princeton Junction, NJ 08550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.31**

Priority creditor's name and mailing address

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**NOTICE ONLY**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.32**

Priority creditor's name and mailing address

**Internal Revenue Service**
**Insolvency Group 6**
**1240 E. Ninth Street, Room 493**
**Cleveland, OH 44199**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**NOTICE ONLY**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.33**

Priority creditor's name and mailing address

**Israel Garcia**
**615 Oak Hollow Dr**
**Newberg, OR 97132**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Acorn Product Refund**

Is the claim subject to offset?
■ No
☐ Yes

$3,025.00    $3,025.00

---

**2.34**

Priority creditor's name and mailing address

**James Holodnak**
**2910 16th Street, NW**
**Canton, OH 44708**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**401(k)**

Is the claim subject to offset?
■ No
☐ Yes

$904.75    $904.75

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Jason Price**
**67 Bartram Trail**
**Brunswick, GA 31523**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.99 | $199.99 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**JC Pack**
**628 1/2 E San Ysidro Blvd 292**
**San Ysidro, CA 92173**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Jean Viljoen**
**5 Cape Willow**
**Hermanus, Western Cape**
**7200**
**SOUTH AFRICA**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Jeffrey Cordell**
**17517 NW Ashland Drive**
**Portland, OR 97229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,650.00 | $13,650.00 |
|------|---|---|---|---|

**Jessica Gritzan**
**1280 Linwood Ave SW**
**North Canton, OH 44720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Insider - Deferred Pay**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|------|---|---|---|---|

**Joaquim Ginesta**
**Emili Grahit 6, 4r 1r**
**17002 Girona**
**SPAIN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,089.95 | $1,089.95 |
|------|---|---|---|---|

**Jordan Kupersmith**
**888 N. Quincy St**
**Arlington, VA 22203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|------|---|---|---|---|

**Jose A. Rubio**
**15925 Hopper Lane**
**San Diego, CA 92127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $789.97 | $789.97 |
|---|---|---|---|---|

**Josh Luoni**
**808 8th St**
**Fairmont, WV 26554**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.00 | $299.00 |
|---|---|---|---|---|

**Joshua Harris**
**209 N. Horner Blvd.**
**Sanford, NC 27330**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $384.19 | $384.19 |
|---|---|---|---|---|

**Kyle Slutz**
**1116 W. Nimisila Road**
**Clinton, OH 44216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401(k)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|---|---|---|---|---|

**Kyle Tricarico**
**5464 Lake Ave**
**Orchard Park, NY 14127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $599.97 | $599.97 |
|---|---|---|---|---|

**Luco Gilardi**
**Ul. Slivnitsa 188**
**Sofia 1202**
**BULGARIA**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|---|---|---|---|---|

**Mario Fortier**
**10 Orchard Lane**
**Chelmsford, MA 01824**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,324.00 | $1,324.00 |
|---|---|---|---|---|

**Marius Nastasenko**
**Taikos g. 148**
**Vilnius**
**Vilniaus Apskritis 5227**
**LITHUANIA**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|---|---|---|---|---|

**Mark D'Aria**
**165 Quaker Path**
**East Setauket, NY 11733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,374.95 | $1,374.95 |
|------|---------------------------------------------|------------------------------------------------------------------|-----------|-----------|
| | **Mark Veon**<br>**2547 S. 3rd Street**<br>**Milwaukee, WI 53207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $3,025.00 | $3,025.00 |
|------|---------------------------------------------|------------------------------------------------------------------|-----------|-----------|
| | **Michael Dai**<br>**43174 Christy Street**<br>**Fremont, CA 94538** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $3,025.00 | $3,025.00 |
|------|---------------------------------------------|------------------------------------------------------------------|-----------|-----------|
| | **Michael Rampton**<br>**6222 12th Street, North**<br>**Arlington, VA 22205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $577.99 | $577.99 |
|------|---------------------------------------------|------------------------------------------------------------------|---------|---------|
| | **Michael Riley**<br>**2506 SW 23rd Cranbrook Dr**<br>**Boynton Beach, FL 33436** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,834.85 | $1,834.85 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Michael Robinson**
**103 Hunters Ct**
**Forest, VA 24551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.56 | | | $528.00 | $528.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Miguel Chacon**
**120 NW 6th Ave**
**Miami, FL 33128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.57 | | | $469.98 | $469.98 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Mohamed Kazem**
**27 Orwell Street**
**Potts Point**
**SYDNEY, NSW 2011**
**AUSTRALIA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.58 | | | $1,399.94 | $1,399.94 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Naoaki Kita**
**Kigoshimachi**
**Kanazawa-shi**
**Ishikawaken 920-0203**
**JAPAN**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.00 | $199.00 |
|---|---|---|---|---|
| | **Nick Yarosz**<br>**3019 Ellington Dr**<br>**Summerville, SC 29485** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2019** | **Acorn Product Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,449.95 | $1,449.95 |
|---|---|---|---|---|
| | **Nicolas Rochon**<br>**4278 Beausoleil**<br>**Terrebonne QC J6V 1G1**<br>**CANADA** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Acorn Product Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Office of U.S. Attorney**<br>**Attn: Bankruptcy Section**<br>**Carl B. Stokes U.S. Court House**<br>**801 W. Superior Avenue, Ste 400**<br>**Cleveland, OH 44113** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **NOTICE ONLY** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Ohio Attorney General**<br>**Collections Enforcement Section**<br>**Attn: Bankruptcy Unit**<br>**30 E. Broad Street, 14th Floor**<br>**Columbus, OH 43215** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **NOTICE ONLY** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Ohio Bureau of Workers' Compensation**
**Attn: Law Section Bankruptcy Unit**
**PO Box 15567**
**Columbus, OH 43215-0567**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Ohio Department of Job & Family**
**Svcs**
**Attn: Legal Support-Bankruptcy**
**PO Box 182830**
**Columbus, OH 43218-2830**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Ohio Department of Taxation**
**Attn:  Bankruptcy Division**
**PO Box 530**
**Columbus, OH 43216-0530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $702.00 | $702.00 |
| --- | --- | --- | --- | --- |

**Pat Clay**
**72 Baker Dr**
**Gansevoort, NY 12831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,839.36 | $1,839.36 |
|---|---|---|---|---|

**Patrick Nadeau**
**311 Andrews Rd**
**Wolcott, CT 06716**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.00 | $199.00 |
|---|---|---|---|---|

**Paul Kelsey**
**1583 E. Primrose Lane**
**Layton, UT 84040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,230.96 | $2,230.96 |
|---|---|---|---|---|

**Peter Ensor**
**Powerstown House**
**Clonee, Dublin**
**D15 YH52**
**IRELAND**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|---|---|---|---|---|

**Phillippe Germain**
**102 W. Service Rd #2153466**
**Champlain, NY 12919**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $789.97 | $789.97 |
|------|---------------------------------------------|------------------------------------------------|---------|---------|

**Rajesh Bhakar**
Sector 9d/204, 2nd Flr Akarti
Apartment
Jaipur
Rajasthan 302021
**INDIA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.00 | $398.00 |
|------|---------------------------------------------|------------------------------------------------|---------|---------|

**Raymond Wodarczyk**
KinzigstraaˆšÃ¼e 28
10247 Berlin
**GERMANY**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,694.84 | $2,694.84 |
|------|---------------------------------------------|------------------------------------------------|-----------|-----------|

**Richard Bergstrom**
30107 Mountain View Dr
Hayward, CA 94544

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $329.99 | $329.99 |
|------|---------------------------------------------|------------------------------------------------|---------|---------|

**Richard Weeks**
4199 Defoors Farm Dr
Powder Springs, GA 30127

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $789.97 | $789.97 |
| | **Robin Wolf** | *Check all that apply.* | | |
| | **Fasangasse 49** | ☐ Contingent | | |
| | **Vienna** | ☐ Unliquidated | | |
| | **Wien 1030** | ☐ Disputed | | |
| | **AUSTRIA** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Acorn Product Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.99 | $199.99 |
| | **Ruben Sousa** | *Check all that apply.* | | |
| | **Av. D. Joâ šÂ£o II, nÂ â 34** | ☐ Contingent | | |
| | **1998-031 Lisboa** | ☐ Unliquidated | | |
| | **PORTUGAL** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Acorn Product Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $399.98 | $399.98 |
| | **Ryan Marfone** | *Check all that apply.* | | |
| | **98 N. Hawkhurst Cir** | ☐ Contingent | | |
| | **The Woodlands, TX 77354** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Acorn Product Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
| | **Sam Adams** | *Check all that apply.* | | |
| | **3417 Bush Street** | ☐ Contingent | | |
| | **Stevens Point, WI 54481** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Acorn Product Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.00 | $199.00 |
|---|---|---|---|---|

**Scott Chen**
**4058 Case St**
**Elmhurst, NY 11373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $291.66 | $291.66 |
|---|---|---|---|---|

**Seth Stanfill**
**1515 24th Street, NW**
**Canton, OH 44709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401(k)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|---|---|---|---|---|

**Stefano Chiesa**
**Via III Novembre 41**
**38026 Fucine Trentino**
**ITALY**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|---|---|---|---|---|

**Steven Turnshek**
**13 Krist Glen Dr**
**Swissvale, PA 15218**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,057.99 | $1,057.99 |

Priority creditor's name and mailing address
**Thom Kuznia**
**5733 York Ave S**
**Edina, MN 55410**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,057.99       $1,057.99

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.84 |

Priority creditor's name and mailing address
**Tim Bredemus**
**9757 Union Terrace Ln N**
**Maple Grove, MN 55369**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$299.00       $299.00

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.85 |

Priority creditor's name and mailing address
**Tommy DeFreitas**
**14114 N. Wind Cave Ct**
**Conroe, TX 77384**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,912.42       $2,912.42

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.86 |

Priority creditor's name and mailing address
**Trevor Steinle**
**24106 SE 42nd St**
**Sammamish, WA 98209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,025.00       $3,025.00

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $987.00 | $987.00 |
| | **Tri Ho**<br>**1180 N. Cherry Way**<br>**Anaheim, CA 92801** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.99 | $199.99 |
| | **Troy Keplinger**<br>**1730 E. Park St**<br>**Enid, OK 73701** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $549.98 | $549.98 |
| | **Welbour Espartero**<br>**46 6th Ave NE**<br>**Swift Current, SK S9H 2L7**<br>**CANADA** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
| | **William Paden**<br>**205 Plains Rd**<br>**Westford, VT 05494** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,762.53** |
|-----|--------------------------------------------------|----------------------------------------------------------------------|---------------|
| | A.G. Adjustments, Ltd.<br>740 Walt Whitman Rd<br>Melville, NY 11747 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** __7AGA__ | **Basis for the claim:** __Collection of Uline Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500,000.00** |
|-----|--------------------------------------------------|----------------------------------------------------------------------|------------------|
| | Andrew Waters<br>6653 Main Street<br>Williamsville, NY 14221 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Prepaid Deposit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$101,947.38** |
|-----|--------------------------------------------------|----------------------------------------------------------------------|------------------|
| | Ben George<br>5464 Lake Ave<br>Orchard Park, NY 14127 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Prepaid deposit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$161,718.00** |
|-----|--------------------------------------------------|----------------------------------------------------------------------|------------------|
| | Bittware/Molex LLC<br>2222 Wellington Ct<br>Lisle, IL 60532 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Capital Lease__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,116.28** |
|-----|--------------------------------------------------|----------------------------------------------------------------------|----------------|
| | Bradley Conn<br>51 Maple Avenue<br>Locust Valley, NY 11560 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Investor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,888.92** |
|-----|--------------------------------------------------|----------------------------------------------------------------------|-----------------|
| | Brandon Osbourne<br>151 Mary Ellen Drive<br>Charleston, SC 29403 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Investor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$451.58** |
|-----|--------------------------------------------------|----------------------------------------------------------------------|--------------|
| | Brian Fiducci<br>24463 Norelius Ave<br>Round Lake, IL 60073 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** __Acorn Product Refund__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,688.00 |
| --- | --- | --- | --- |
| | **Brouse McDowell, LPA**<br>**388 S. Main Street, Suite 500**<br>**Akron, OH 44311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Attorney fees** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,171.20 |
| --- | --- | --- | --- |
| | **CliftonLarsonAllen LLP**<br>**Attn:  Daniel Riemenschneider**<br>**4334 Munson St., NW**<br>**Canton, OH 44718** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Professional Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350,000.00 |
| --- | --- | --- | --- |
| | **CT Data LLC**<br>**133 River Road**<br>**Mystic, CT 06355** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Partial Prepaid Deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $179.60 |
| --- | --- | --- | --- |
| | **Culligan of Canton**<br>**4810 Southway St., SW**<br>**Canton, OH 44706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Water Cooler Service** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79.94 |
| --- | --- | --- | --- |
| | **Daniel Russo**<br>**120 High Farms Rd**<br>**Glen Head, NY 11545** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Acorn Product Refund** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |
| | **David Chase, et al.**<br>**c/o Michael Maranda**<br>**38 Oaklawn Ave**<br>**Farmingville, NY 11738** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $145,099.84 |
| --- | --- | --- | --- |
| | **David Stanfill**<br>**772 Treat Blvd.**<br>**Tallmadge, OH 44278** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Insider - Deferred Pay** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Donald Ruffatto**<br>**420 Fairview Ave**<br>**Arcadia, CA 91007** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,972.62** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  Acorn Product Refund<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Everhart Glass Co., Inc.**<br>**Attn: Linda Monigold**<br>**207 Ninth St., SW**<br>**Canton, OH 44701** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$34,725.30** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  Trade Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Everstream**<br>**1228 Euclid Ave #250**<br>**Cleveland, OH 44115** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,085.16** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  Internet Services<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address**<br>**FedEx**<br>**PO Box 371461**<br>**Pittsburgh, PA 15250-7461** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,164.87** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  Trade Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address**<br>**George D. Jimenez**<br>**9396 Broadland Street, NW**<br>**Massillon, OH 44646** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$34,266.59** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  Insider - Deferred Pay<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Gilbert Rodriguez**<br>**1340 Camp Street**<br>**Fabens, TX 79838** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,939.83** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  Acorn Product Refund<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address**<br>**GS1 US, Inc.**<br>**300 Princeton South Corporate Center**<br>**Ewing Township, NJ 08628** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:**  Trade Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,634.00 |
|---|---|---|---|

**Hailu Looyestein**
**Schout Coxstraat 1**
**5421GJ Gemert**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Acorn Product Refund__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $454.20 |
|---|---|---|---|

**Henry Ryan**
**228 Cranbury Road**
**Princeton Junction, NJ 08550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Acorn Product Refund__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $468.00 |
|---|---|---|---|

**Horizon Supply Group**
**Attn: Jeff Habbyshaw**
**3691 Honors Way**
**Howell, MI 48843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,808.83 |
|---|---|---|---|

**IPS Assembly Corp.**
**Attn: Perry Sutariya**
**12077 Merriman Rd**
**Livonia, MI 48150**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,971.42 |
|---|---|---|---|

**Israel Garcia**
**615 Oak Hollow Dr**
**Newberg, OR 97132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Acorn Product Refund__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jack Cooper**
**4684 Douglas Circle NW**
**Canton, OH 44735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Attorney fees__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,481.00 |
|---|---|---|---|

**Jason Price**
**67 Bartram Trail**
**Brunswick, GA 31523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Acorn Product Refund__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$543.97** |
|---|---|---|---|
| | **Jean Viljoen** **5 Cape Willow** **Hermanus, Western Cape** **7200** **SOUTH AFRICA** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Acorn Product Refund | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$202.78** |
|---|---|---|---|
| | **Jeffrey Cordell** **17517 NW Ashland Drive** **Portland, OR 97229** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Acorn Product Refund | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Jeffrey Willis** **987 S. High Street** **Columbus, OH 43206** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Attorney fees | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$82,233.18** |
|---|---|---|---|
| | **Jessica Gritzan** **1280 Linwood Ave SW** **North Canton, OH 44720** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Insider - Deferred Pay | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,895.76** |
|---|---|---|---|
| | **Jose A. Rubio** **15925 Hopper Lane** **San Diego, CA 92127** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Acorn Product Refund | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **JPMorgan Chase Bank** **1111 Polaris Pkwy** **Columbus, OH 43240** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Credit Card | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Kimble Companies** **3596 SR 39** **Dover, OH 44622** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Trash Services | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,853.55 |
|---|---|---|---|

**Kyle Slutz**
**1116 W. Nimisila Road**
**Clinton, OH 44216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Owner**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,687.67 |
|---|---|---|---|

**Kyle Tricarico**
**5464 Lake Ave**
**Orchard Park, NY 14127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Prepaid deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $494.64 |
|---|---|---|---|

**Mario Fortier**
**10 Orchard Lane**
**Chelmsford, MA 01824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Acorn Product Refund**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,494.96 |
|---|---|---|---|

**Mark D'Aria**
**165 Quaker Path**
**East Setauket, NY 11733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Acorn Product Refund**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matteo Trinca**
**Lania Geo Ltd.**
**10 Zahesi Territory**
**Svimon Shotadze**
**Tbilisi, T'bilisi 0178 GEORGIA**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Requesting refund of shipping and handling fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,113.00 |
|---|---|---|---|

**Metal Masters**
**Attn: Bret Kettlewell**
**125 Williams Dr**
**Dover, OH 44622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $369.71 |
|---|---|---|---|

**Michael Dai**
**43174 Christy Street**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Acorn Product Refund**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,734.09** |
|---|---|---|---|

**Michael Rampton**
**6222 12th Street, North**
**Arlington, VA 22205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Acorn Product Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Pascal Peters**
**P.H.J.J. Peters Holding B.V.**
**Parklaan 6**
**Oss, Noord Brabant 5345 BV**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Mid-2020**

Basis for the claim:  **Paid in wrong currency; requesting refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,764.68** |
|---|---|---|---|

**Phillippe Germain**
**102 W. Service Rd #2153466**
**Champlain, NY 12919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Acorn Product Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Premier Bank**
**PO Box 248**
**Defiance, OH 43512**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **PPP loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41,991.35** |
|---|---|---|---|

**Sam Adams**
**3417 Bush Street**
**Stevens Point, WI 54481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Product Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,030.00** |
|---|---|---|---|

**Samtec**
**520 Park E.  Blvd.**
**New Albany, IN 47150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$264,593.18** |
|---|---|---|---|

**Squirrels LLC**
**121 Wilbur Drive NE**
**North Canton, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $480.47 |
|---|---|---|---|

**Stefano Chiesa**
**Via III Novembre 41**
**38026 Fucine Trentino**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Acorn Product Refund

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,870.00 |
|---|---|---|---|

**Steven Turnshek**
**13 Krist Glen Dr**
**Swissvale, PA 15218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Acorn Product Refund

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Tim Robinson**
**2376 Burg Street**
**Granville, OH 43023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Attorney fees

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**TorEA Consulting**
**Attn:  Paul Billinger**
**1 Bow Street**
**Stouffville, ON  L4A 1Z3**
**CANADA**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Litigation

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,536.50 |
|---|---|---|---|

**Trevor Steinle**
**24106 SE 42nd St**
**Sammamish, WA 98029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Acorn Product Refund

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,188.99 |
|---|---|---|---|

**William Paden**
**205 Plains Rd**
**Westford, VT 05494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Acorn Product Refund

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **R. Scott Heasley**<br>**Meyers, Roman, Friedberg & Lewis**<br>**28601 Chagrin Blvd., Suite 600**<br>**Cleveland, OH 44122** | Line __3.53__<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **U.S. Small Business Administration**<br>**District Counsel**<br>**1350 Euclid Ave, Suite 211**<br>**Cleveland, OH 44115** | Line __3.46__<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Uline**<br>**12575 Uline Dr**<br>**Pleasant Prairie, WI 53138** | Line __3.1__<br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $      165,219.78 |
| **5b. Total claims from Part 2** | | 5b. + | $      2,156,153.57 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. | $      2,321,373.35 |

Debtor name **Squirrels Research Labs LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) **21-61491**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Account Settlement and Sale Support Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **Avnet Inc.**<br>**2211 South 47th Street**<br>**Phoenix, AZ 85034** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Non Disclosure/Confidential ity Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **Avnet Inc.**<br>**5400 Prairie Stone Pkwy**<br>**Hoffman Estates, IL 60192** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Insurance policy** | |
| State the term remaining | |
| List the contract number of any government contract | **Cincinnati Insurance**<br>**6200 S. Gilmore Road**<br>**Fairfield, OH 45014** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **Internet service provider contract** | |
| State the term remaining | |
| List the contract number of any government contract | **Everstream**<br>**1228 Euclid Ave #250**<br>**Cleveland, OH 44115** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement - 8100 Cleveland Avenue, North Canton, OH** | |
|---|---|---|---|
| | State the term remaining | **9 years** | **GS 8100, LLC** |
| | List the contract number of any government contract | | **6610 Chatsworth Street, NW** **Canton, OH 44718** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Asset Purchase Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Instantiation, LLC** **Attn: Sam Cassatt** |
| | List the contract number of any government contract | | **434 Dorado Beach E** **Dorado PR 00646** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Trash service contract** | |
|---|---|---|---|
| | State the term remaining | | **Kimble Companies** |
| | List the contract number of any government contract | | **3596 SR 39** **Dover, OH 44622** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement - 8050 Freedom Avenue, NW, North Canton, OH** | |
|---|---|---|---|
| | State the term remaining | **8/1/2023** | **One Haines Company, LLC** |
| | List the contract number of any government contract | | **6610 Chatsworth Street, NW** **Canton, OH 44718** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement - 7579 Freedom Avenue, NW, North Canton, OH** | |
|---|---|---|---|
| | State the term remaining | **June 2030** | **One Skymax Company, LLC** |
| | List the contract number of any government contract | | **6610 Chatsworth Street, NW** **Canton, OH 44718** |

Fill in this information to identify the case:

Debtor name **Squirrels Research Labs LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) **21-61491**

☐ Check if this is an
amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Andrew Gould** | **4812 Wildflower Drive**<br>**North Canton, OH 44720**<br>**Guarantor** | **JPMorgan Chase Bank** | ☐ D _____<br>■ E/F ___3.34___<br>☐ G _____ |
| 2.2 **David A. Stanfill** | **772 Treat Blvd**<br>**Tallmadge, OH 44278**<br>**Guarantor for unamortized tenant improvements only** | **One Haines Company, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.8___ |
| 2.3 **David A. Stanfill** | **772 Treat Blvd.**<br>**Tallmadge, OH 44278**<br>**Guarantor for unamortized tenant improvements only** | **One Skymax Company, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.9___ |
| 2.4 **The Midwest Data Company LLC** | **121 Wilbur Dr NE**<br>**North Canton, OH 44720** | **Cincinnati Insurance** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.3___ |
| 2.5 **The Midwest Data Company LLC** | **8050 Freedom Avenue NW**<br>**North Canton, OH 44720** | **Instantiation, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.6___ |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

Fill in this information to identify the case:

Debtor name __Squirrels Research Labs LLC__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF OHIO__

Case number (if known) __21-61491__

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$9,997,561.88** |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$4,182,974.59** |
| **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$4,755,949.85** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | **Insurance proceeds** | **$135,000.00** |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | **State of Ohio Grant** | **$10,000.00** |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | **Shipping insurance claim** | **$9,619.00** |

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | PPP loan | $175,291.00 |
| **For year before that:**<br>From **1/01/2019** to **12/31/2019** | Credit card redemption credit | $3,216.61 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **SEE ATTACHED EXHIBIT** | **8/25/21 to 11/23/21** | **$8,873.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other  **Compensation to foreign employees** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **SEE ATTACHED EXHIBIT**<br><br>**Members** | **11/23/20 to 11/23/21** | **$540,471.41** | **Varies** |
| 4.2.    **JPMorgan Chase Bank**<br>**1111 Polaris Pkwy**<br>**Columbus, OH 43240**<br>**Creditor - Payment guaranteed by A. Gould** | **12/18/2020 to 7/18/2021** | **$257,445.31** | **Payment of credit card guaranteed by insider.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Payments within last 90 days      SOFA NO. 3

| Date | Name | Address | Amount | Details | Reason |
|------|------|---------|--------|---------|--------|
| 8/31/2021 | Steffen Butzer | Friedrich-Ebert-Srt. 09 71067 Sindelfingen Germany | ($5,773.67) | 1099 Contractor Steffen Butzer Payroll | Compensation to foreign employees-August 15-31 |
| 8/31/2021 | Fiona King | Bishopsgate 280, London, EC2M 4AA United Kingdom | ($3,100.00) | 1099 Contractor Fiona King Payroll | compensation to foreign employees-August 1-31 |

Payments to Insiders   SOFA NO. 4

| Date | Paid to | Address | Relationship to Debtor | Amount | Purpose |
|---|---|---|---|---|---|
| 6/15/2021 | Michael Maranda | 38 Oaklawn Ave Farmingville, New York | Member | $ 150,000.00 | Pay out on sales- stated he was due a cut |
| 5/17/2021 | Andrew Gould | 4812 Wildflower Drive North Canton, Ohio 44720 | Member | $ 9,016.49 | Tax Payment |
| 5/17/2021 | David Stanfill | 772 Treat Blvd Tallmadge, Ohio 44728 | Member | $ 54,016.49 | Tax Payment |
| 5/17/2021 | George Jimenez | 9396 Broadland St NW Massilon, Ohio 44646 | Member | $ 23,318.63 | Tax Payment |
| 5/17/2021 | Jessica Gritzan | 1280 Linwood Ave SW North Canton, Ohio 44720 | Member | $ 47,534.49 | Tax Payment |
| 5/17/2021 | Sidney Keith | 8127 Larkspur Ave NW North Canton, Ohio 44720 | Member | $ 26,506.40 | Tax Payment |
| 5/17/2021 | Kyle Slutz | 1116 Nimisilia Rd New Franklin, Ohio 44216 | Member | $ 10,673.40 | Tax Payment |
| 5/13/2021 | George Jimenez | 9396 Broadland St NW Massilon, Ohio 44646 | Member | $ 3,499.84 | Open AP (Reimbursement) |
| 5/5/2021 | Kyle Slutz | 1116 Nimisilia Rd New Franklin, Ohio 44216 | Member | $ 25,000.00 | Open AP (Reimbursement) |
| 4/29/2021 | David Stanfill | 772 Treat Blvd Tallmadge, Ohio 44728 | Member | $ 50,000.00 | Open AP (Reimbursement) |
| 4/28/2021 | David Stanfill | 772 Treat Blvd Tallmadge, Ohio 44728 | Member | $ 25,000.00 | Open AP (Reimbursement) |
| 4/6/2021 | David Stanfill | 772 Treat Blvd Tallmadge, Ohio 44728 | Member | $ 35,673.66 | Open AP (Reimbursement) |
| 3/22/2021 | David Stanfill | 772 Treat Blvd Tallmadge, Ohio 44728 | Member | $ 5,000.00 | Open AP (Reimbursement) |
| 3/1/2021 | Kyle Slutz | 1116 Nimisilia Rd New Franklin, Ohio 44216 | Member | $ 247.25 | Open AP (Reimbursement) |
| 2/24/2021 | Sidney Keith | 8127 Larkspur Ave NW North Canton, Ohio 44720 | Member | $ 22,800.00 | Shares Purchase |
| 2/10/2021 | Kyle Slutz | 1116 Nimisilia Rd New Franklin, Ohio 44216 | Member | $ 1,000.00 | Open AP (Reimbursement) |
| 2/3/2021 | Jessica Gritzan | 1280 Linwood Ave SW North Canton, Ohio 44720 | Member | $ 33,481.42 | Balance of Open AP |
| 1/13/2021 | Jessica Gritzan | 1280 Linwood Ave SW North Canton, Ohio 44720 | Member | $ 1,977.59 | Open AP (Reimbursement) |
| 1/7/2021 | Jessica Gritzan | 1280 Linwood Ave SW North Canton, Ohio 44720 | Member | $ 1,557.31 | Open AP (Reimbursement) |
| 12/17/2020 | Jessica Gritzan | 1280 Linwood Ave SW North Canton, Ohio 44720 | Member | $ 3,767.79 | Open AP (Reimbursement) |
| 12/16/2020 | Jessica Gritzan | 1280 Linwood Ave SW North Canton, Ohio 44720 | Member | $ 4,000.00 | Open AP (Reimbursement) |
| 12/11/2020 | Jessica Gritzan | 1280 Linwood Ave SW North Canton, Ohio 44720 | Member | $ 5,000.00 | Open AP (Reimbursement) |
| 12/10/2020 | Jessica Gritzan | 1280 Linwood Ave SW North Canton, Ohio 44720 | Member | $ 1,400.65 | Open AP (Reimbursement) |

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Squirrels Research Laboratories LLC vs. Fleur De Lis Development LLC, et al. 2021CV00251** | **Breach of contract, defamation, fraud** | **Stark County Common Pleas Court 115 Central Plaza North Canton, OH 44702** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **TorEA Consulting Ltd. vs. Squirrels Research Laboratories LLC 2021CV1091** | **Breach of contract, unjust enrichment, conversion** | **Stark County Common Pleas Court 115 Central Plaza North Canton, OH 44702** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  **Everhart Glass Co., Inc. v. Kylin Construction, LLC and Squirels Research Labs, LLC 2021-CV-01487** | **Breach of contract, unjust enrichment, on account** | **Stark County Common Pleas Court 115 Central Plaza North Canton, OH 44702** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:  Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Business equipment/inventory/assets lost due to fire** | **$135,000.00** | **7/15/2021** | **Unknown** |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Brouse McDowell, LPA**<br>**388 S. Main Street, Suite 500**<br>**Akron, OH 44311** | | **9/27/2021** | **$30,000.00** |
| | Email or website address<br>**www.brouse.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Tim J. Robinson**<br>**2376 Burg St.**<br>**Granville, OH 43023** | | **2/12/2021 to**<br>**6/30/2021** | **$40,090.78** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Brouse McDowell, LPA**<br>**388 S. Main Street, Suite 500**<br>**Akron, OH 44311** | | **11/1/2021** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Brouse McDowell, LPA**<br>**388 S. Main Street, Suite 500**<br>**Akron, OH 44311** | | **11/10/2021** | **$15,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **David Stanfill**<br>**772 Treat Blvd.**<br>**Tallmadge, OH 44278** | **Open accounts payable debt in exchange for HAAS machine** | **7/13/2020** | **$31,000.00** |
| | **Relationship to debtor**<br>**Member** | | | |

---

**Part 7:**   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Customer name, address, email, phone and VAT ID (if applicable); no SSN or credit card account numbers are retained or collected.**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

■ No Go to Part 10.
☐ Yes. Fill in below:

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **SEE EXHIBIT** | **8050 Freedom Avenue NW North Canton, OH 44720** | **Miscellaneous shelving, computers and accessories** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Sebastian Samboor 17 Colonial Drive Guelph, ON N1L 0A5 CANADA** | **8050 Freedom Avenue NW North Canton, OH 44720** | **28 BCU-1525 units** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Instantiation, LLC Attn: Sam Cassatt 434 Dorado Beach E Dorado, PR 00646** | **8050 Freedom Avenue NW North Canton, OH 44720** | **Miscellaneous personal property** | **Unknown** |

| Part 12: | Details About Environment Information |
|---|---|

| Item | Owner |
|------|-------|
| 2 Sheets orange 1 sheet white 36x48 Acrylic | Squirrels LLC |
| 2x 48x18 Wire Racks | Squirrels LLC |
| YS600 Stencil Printer | Squirrels LLC |
| 4x18 Wire Rack with ESD Trash | Squirrels LLC |
| 1x Uline ESD Desk | Squirrels LLC |
| Wire Shelf | Squirrels LLC |
| Super Dry MCID 72630 Dry Cabinet | Squirrels LLC |
| Dr Storage X2E-480 Serial BA09062221 | Squirrels LLC |
| InWin Mini PC (no serial number- connected to CNC) w/Keyboard and Mouser | Squirrels |
| Qty 17 4x8 Translucent Lexan | Squirrels LLC |
| 2x Yellow Heavy Equipment Movers | David |
| Savage Photography Light Box | Seth |
| Insignia MiniFridge Model CF26BK9 | Seth |
| Samkoon SMT Loader/Unloader | Schugart |
| 1 Meter PCB Conveyor-BC-350 | Schugart |
| Counterfeit OMRON VT-S530 Serial 0278918-0273 | Schugart |
| PanelMaster PCB Stacker | Schugart |
| 1M BC-100L-N Serial SH1603177 | Schugart |
| 71x Cleaned VU9P for Reball-Shipped from Janek | Schugart |
| 1x 36x36 Crack Incorrect Shipment -Quantum Tech | Quantum Technology |
| Disassembled Corsair Keyboard | Owner Unknown |
| 2x S17+ serial SZCC58VBJJAAA03AV and FXDZ58BBJJAAC0AHD | Northeast Data |
| milwaukee battery light and extension cord | Kyle |
| Weiss Metal Cuts | Kyle |
| Rigid California and Porter Cable Sm Air Compressors | Kyle |
| A Frame Utility Ladder | Kyle |
| Miscellanous 1/2" Sealtite- Gray | Kyle |
| Miscellaneous Hydraulic Oil/Brake Cleaner | Kyle |
| Siemens 240Amp Disconnected | Kyle |
| 240Amp Disconnect | Kyle |
| 1x American Flag Ladder 5' | Kyle |
| 2x CVP BN184900250 and BN184900205- customer repair | Gregory Almeida |
| Ceiling Tiles (box) | Grant |
| Miscellaneous Carpet Squares | Grant |
| EPDM Roof Tape | Grant |
| Rolling Ladder | Grant |
| 1x Aluminum Dock Bridge | Grant |
| 1x White Board | Grant |
| 4x Nitrogen Bottles | Gemstone |
| KD350 150W Solder Pot | David |
| Central Machinery Belt Sander 358451923 | David |
| Crown Forklift Serial 9A125557 w/ 52 in forks | David |
| nicecut laser cutter | David |

| | |
|---|---|
| 24x24 aluminum sheeting | David |
| Siemens 200amp 600V breaker | David |
| Baleigh Magnetic Sheet metal break/implements | David |
| Box 480V Electrical Connectors | David |
| Miscellanous Acrylic Enclosed Sm CNC/Tooling | David |
| Laser Power Supply | David |
| Gateway Laptop for Laser Cutter (LXWYZ020041422A89D1601) | David |
| Central Machinery Metal Break and Sheer | David |
| GA18FF Air Compressor (Partially Crushed) | David |
| SX Desktop CNC and Controller | David |
| HAAS Super VF2 CNC | David |
| 2x Kurt Machine Vices | David |
| CNC Tooling and Cart | David |
| CNC Tooling cullets and calibration tools | David |
| Scrap Delrin and Copper | David |
| Small CNC tool holder | David |
| Black Extension Cord | David |
| CNC Clamp down Kit | David |
| ASINETO Digital Caliper | David |
| 2x DeWalt Sawhorses | David |
| 4x Husky Jack Stands | David |
| Generac Orange Portable Generator-GP7500E | David |
| Titan Industrial Metal cutting Band saw serial 16806 | David |
| Bosch Portable Belt Sander-108000601 | David |
| NOCO GX3626 Forklift Charger | David |
| Pair of 8ft Yellow Fork Extensions | David |
| Blue Machine Grating | David |
| 4x 3/8 chain binders | David |
| 2x 42" Forks | David |
| CVP13 Serial 207056- Customer with 2 Dimms- customer repair | Customer (owner Unknown) |
| 1x BCU Serial 2144048AE03N +4Dimms Customer owned | Customer (owner Unknown) |
| True Temper Wheel Barrow | Kyle |
| 2x Network Cable Crimps | Kyle |
| Bessey Clamp | Kyle |
| Miscellaneous Structural Steel and I Beems | Grant/Building Improvement |
| Miscellaneous Construction Debris | Grant/Building Improvement |
| Miscellaneous Wooden Shelves | Grant |
| Wooden Shelves | Grant |
| Nitrogen Tank Bank | Gemstone |
| 2 Nitrogren Bottles | Gemstone |
| G70  Heavy Duty Chain (On Door) | David |
| Cascade Cart N Clamp Serial PTI546899-18 Forklift Attachment | David |
| C2/4 S00W P/7k/123033 Wire | David |
| Radnor ER 5356 16# Welding Wire | David |
| Gemstone ER70S-6 11# Welding Wire | David |

| | |
|---|---|
| 33# 7100 Ultra Welding Wire | David |
| 1 Set TIG Welding Wire Cables | David |
| Miscellaneous Welding Electrodes | David |
| Wire Reels and Conduit, Tooling and Graybar Cabinets | Koby Electric |
| Conduit Saw/Scaffolding | Koby Electric |
| Pallet of approx 14 40 AMP APC PDU's | David |
| Pallet of approx 50 misc single phase PDU's | David |
| Box of C19 Power Cords/Extensions | David |
| Pallet of approx 23 single phase PDUs | David |
| 1 pallet 4 PDUs | David |
| 1 pallet HP Power Supplies 750/miscellaneous | David |
| MasterForce 4V X840HC Fan | Kyle |
| Misc construction Tools-New Office Area- Scaffolding-Fasteners | Kyle |
| Misc Construction Supplies | Grant |
| Miscellanous Propane Tanks/Heaters-back hallway by kitchen | Kyle |
| wheeled cart | Squirrels LLC |
| DAS Factory components | David |
| 3 rolling wire racks | Squirrels |
| 1 rubberaid cart | Squirrels |
| 1 esd chair | Squirrels |
| 1 short and 1 long esd table | Squirrels |
| Sceptre Monitor (3) and dual monitor clamp mount SQ Asset Tag 0800 | Squirrels |
| 2 inwin micro PC | Squirrels |
| 1 InWin MicroPC | Squirrels |
| 1 xstronics flourescent lamp | Seth |
| 3 KPS3010D Bench Power supplies | Squirrels |
| asus B250 Mining expert computer (efuse) | David |
| 2 Cases Epson Receipt Printer Paper | David |
| 2 Epson M244A Receipt Printers (TM-Ta8D) | David |
| 3 suction cups | Kyle |
| (113 5 Fan boxes-107 Installed) | Irwin(Customer) |
| 20 Black Boxes | Customer |
| 54 single phase PDUs | David |
| 15 3 phase switches PDUs | David |
| 22 switch PDUs | David |
| 33 wood/metal shelves | David |
| Milwaukee M4 Hand tool chargers qty 3 | Kyle |
| Milwaukee M4 batteries qty 4 | Kyle |
| OEM 1.4 CFM Vacuum Pump and Pittsburgh Gauge Set | Kyle. |
| Milwaukee Screwdriver | Kyle |
| Klein Tools Screwdriver | Kyle |
| Dewalt Razor knife set | Kyle |
| 10x Wood Shelves with Metal Frames | David |
| Ryobi DP103L Drill Press | David |

| Item | Owner |
|---|---|
| Small Drill Press Vice | David |
| HP2510 48 Port Switch | DJ |
| everstream switches (2) | Everstream |
| UNIFI US-48-500 | David |
| EdgeRouterX | DJ/SQRL |
| DS116 NAS | DJ/SQRL |
| 2 blue ESD Workbanches | Squirrels |
| ESD Table | Squirrels |
| 10 ESD Tables | Squirrels |
| 10 ESD Chairs | Squirrels |
| T8L Neoden Oven | Squirrels |
| Red/Gray Neoden Stencil Tool Kit | Squirrels |
| Rubbermaid Rolling Cart | Squirrels |
| Black and Decker hand screwdriver | Squirrels |
| Impulse Sealer FS-300 | Squirrels |
| Neoden 1Meter Conveyor | Squirrels |
| 2 Microscopes | David |
| Flir Thermal Camera ETS320 | David |
| JVC NANO 198624-020 | David |
| RS-800-10 Oven | Shugart |
| Xtronic 4020 ProX | Seth |
| COZ Digital ultrasonic cleaner | Seth |
| KE2080L Serial 280-j1691 | Schugart |
| GKG G5 Serial 61521117 | Schugart |
| KE-2070CL Serial 272-C3152 | Schugart |
| 8 Boxes Price HVAC | Metal Masters |
| Gsuper lift contractor | Metal Masters |
| Craftsman HP5 Vacuum | Metal Masters |
| Werner 7ft ladder | Metal Masters |
| xPower P-230AT Air Mover | Kyle |
| Indoor Propane Heater | Kyle |
| 1 GARDEN HOSE GREEN | Kyle |
| 1 NEON GREEN HOSE AND FLOWTECH PUMP IN BLUE TUB | Kyle |
| 1 FGAL EPDM ROOFPRIMER | Grant |
| HLS/H100 VFD 60HP SERIAL 550853100DF | Grant |
| SM SPOOL 4 WIRE BELL WIRE | Kyle |
| BOX OF 1" LIQUITITE AND BOX FO 1/2" 100FT EACH | Kyle |
| APPROX 18 3PHASE BREAKERS | Grant |
| 26 DAMAGED JCC2L (MELTED) | SQRL Customer |
| 4 DAMAGED 35PS | SQRL Customer |
| 18 DAMAGED 13P JCMS | SQRL Customer |
| 48" Wire Rack | SQ |
| 1 SCEPTRE DESK MOUNTED MONITOR TAG SQ0809 | SQ |
| 1 IOGREAR USB-C DOCK SQ 0816 | SQ |
| KEYBOARD AND MOUSE | SQ |

| | |
|---|---|
| 2 4'X2' WOOD TOP DESKS | SQ |
| 1 FOAM ESD AND 1 FABRIC ESD CHAIR | SQ |
| 1 LIFETIME FOLDING TABLE | SQ |
| 1 SCEPTRE MONITOR | SQ |
| 2 CRACKED AND BROKEN SCEPTER MONITORS SQ0820 | SQ |
| 2 SCEPTRE DESK MOUNTED MONITORS SQ0808 AND SQ0802 | SQ |
| 1 BROTHER PRINTER HL-L2350DW SQ0797 | SQ |
| 1 ROLLO LABEL PRINTER SQ0798 | SQ |
| ULINE METAL ROLLING CART | SQ |
| VARRAM MOBILE CAMERA | SQ |
| 96X48 WOOD METAL TABLE | SQ |
| 1 48X18 ROLLING WIRE SHELF | SQ |
| 1 ULINE PACKING MATERIAL ROLL DISPENSER | SQ |
| 48X96 WOOD AND METAL TABLE | SQ |
| 48X24 METAL AND WOOD SHELF | SQ |
| APPROX 25 CLIP BOARDS | SQ |
| 2 BLUE ESD MATS | SQ |
| 8X32 ESD TABLE ULINE (QTY 2) | SQ |
| 4X3 TABLE | SQ |
| 36X8FT WOOD TOP ULINE TABLE | SQ |
| SQ0796 FEDEX PRINTER ZP505 | SQ |
| METAL WIRE RACK | SQ |
| 4-"x8' Uline Table | SQ |
| 2 48X24 WOOD/METAL DESKS | SQ |
| HP MINI COMPUTER SQ0811, 0745, 0810 | SQ |
| BROTHER LABEL MAKER QL-820NWB SQ0854 | SQ |
| WIRE ULINE ROLLING RACK WITH DIVIDERS | SQ |
| 20 48" WIRE RACKS (CVP LOOP_ | SQ |
| 5 ULINE ROLLING RACKS | SQ |
| 2-36X8FT WOOD TOP TABLES | SQ |
| 1 SHORT BLACK ROLLING CART | SQ |
| NEODEN4 WITH STAND SERIAL 10141 WITH SPARE PARTS | SQ |
| MONITOR FOR NEODEN | SQ |
| AOC MONITOR SERIAL AQPI31A000072 | SQ |
| 3 ESD TABLES FOR TEST STATIONS | SQ |
| 6 SCEPTRE MONITORS SQ0824, 0825,0826, UNTAGGED, 0821, 0822 AND 3 DOUBLE MONITOR STANDS | SQ |
| HP SMALL COMPUTER SQ0746 | SQ |
| SYSCO SG530X-24MP SWITCH SQ 0873 | SQ |
| 2 BOXES ANDROID LCD TOUCH SCREENS | SQ |
| 2 PINK TOTES MISC HAND TOOLS EXTENSION CORDS, TAPE, ZIP ` | KYLE/DAVID |
| 1 WATERWAY 4HP PUMP | KYLE |
| 2 AC CLAMP METERS | KYLE |
| IRWIN LEVEL | KYLE |
| SYNOLOGY DS1813+ NAS SER1340LON000065 | DJ |

| | |
|---|---|
| UBIQUITY EDGE ROUTER 4 | DJ |
| 1 MSI GAMING M7 SYSTEM 4 DIMMS AIR HEATSINK | DAVID |
| 6 METAL POST WOOD SHELF 24X48 | DAVID |
| 2 42" FORKLIFT FORKS | DAVID |
| LIQUID FLOW RATE TEST SYSTEM | DAVID |
| 2X AMD FFAXA-GD80 MOTHERBOARDS | DAVID |
| 1 3 PORT 1/2" RADIANT HEAT MANIFOLD (WATTS) | DAVID |
| DREMEL 3000 | DAVID |
| YOME HEAT GUN | DAVID |
| CS TECH X RAY SERIAL 1S1878.0100 | DAVID |
| 1 BOX OF 4 ANTMINER D3 | DAVID |
| 5 ADDITIONAL METAL/WOOD SHELVES | DAVID |
| VIVADO CLUSTER SILVER SERVER | DAVID |
| VIVADO CLUSTER RED/WHITE | DAVID |
| ARORIS MOTHERBOARD SM CUBE COMPUTER (DAS BABY) | DAVID |
| NEODEN 4 SERIAL 40630 | DAVE REYNOLDS |

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification Number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Amanda McConnell**<br>**191 E. 28th Street**<br>**Dover, OH 44622** | **8/2018 to present** |
| 26a.2. | **CliftonLarsonAllen LLP**<br>**4334 Munson St., NW**<br>**Suite 200**<br>**Canton, OH 44718** | **8/2018 to present** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **CliftonLarsonAllen LLP**<br>**4334 Munson St., NW**<br>**Suite 200**<br>**Canton, OH 44718** | **8/2018 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Amanda McConnell**<br>**191 E. 28th Street**<br>**Dover, OH 44622** | |
| 26c.2.   **CliftonLarsonAllen LLP**<br>**4334 Munson St., NW**<br>**Suite 200**<br>**Canton, OH 44718** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Avnet Inc.**<br>**5400 Prairie Stone Pkwy**<br>**Hoffman Estates, IL 60192** |
| 26d.2.   **Fleur-De-Lis Development, LLC**<br>**88 East Broad, Suite 1560**<br>**Columbus, OH 43215** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐   No

■   Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **David Stanfill** | **6/2021** | **SEE ATTACHED - Inventory Asset List** |
| | Name and address of the person who has possession of inventory records | | |
| | **David Stanfill**<br>**772 Treat Blvd.**<br>**Tallmadge, OH 44278** | | |

## Main Inventory

| Item | | Location | Qty | PPU | Owner | Value |
|------|--|----------|-----|-----|-------|-------|
| QSFP | Inventory | 1-2-1 | 3,358 | $ 28.00 | SQRL | $ 94,024.00 |
| 15 bittmain power supplies (bad) | Inventory | 8050 Midwest Air DC | | | SQRL | $ 150.00 |
| 11 HP Power supplies (bad) | Inventory | 8050 Midwest Air DC | | | SQRL | $ 150.00 |
| Q SFP/used | Inventory | 1-2-1 | 195 | $ 35.00 | SQRL | $ 6,825.00 |
| 2 box CAT6 1000' Partially Used | Inventory | 8050 New Server Closet | | | SQRL | $ 200.00 |
| Box CAT6 Cable 1000' Partially Used | Inventory | 8050 New Liquid Room | | | SQRL | $ 100.00 |
| approx 20L isopropyl alcohol | Inventory | 8050 Production Assembly Room | | | SQRL | $ 40.00 |
| Box of Amazon copy paper | Inventory | 8050 Production SMT Room | | | SQRL | $ 32.00 |
| Miscellaneous Network and C13 Power Cables-qty 10 | Inventory | 8050 New Liquid Room | | | SQRL | $ 30.00 |
| Miscellanous Zip ties | Inventory | 8050 New Liquid Room | | | SQRL | $ 20.00 |
| Misc Paper Towels and Cleaners | Inventory | 8050 Old Warehouse Area | | | SQRL | $ 10.00 |
| Trash Bags | Inventory | 8050 Old Warehouse Area | | | SQRL | $ 10.00 |
| Towels | Inventory | 8050 Old Warehouse Area | | | SQRL | $ 10.00 |
| APPROX 12 DAMAGED/DEAD CVP 13 IN BAGS | Inventory | 8050 Old Warehouse Area | | | SQRL | 3600 |
| Acorn Nest X2G ready to ship | Inventory | Green shelf | 188 | $ 80.00 | SQRL | $ 15,040.00 |
| 360 JCC2P A1B PCB | Inventory | 8050 Northside Dock | | | SQRL | $ 11,880.00 |
| Qty 17 4x8 Translucent Lexan | Inventory | 8050 Northside Dock | | | SQRL | $ 2,800.00 |
| 4 IBC TOTES 250 GAL | Inventory | 8050 Old Warehouse Area | | | SQRL | $ 1,000.00 |
| Back plate for motherboard | Inventory | 1-1-1 | 225 | $ 3.62 | SQRL | $ 814.50 |
| 2x IBC 250 Gal Totes | Inventory | 8050 Northside Dock | | | SQRL | $ 780.00 |
| Box of C19 Power Cords/Extensions | Inventory | 8050 Clean New DC | | | SQRL | $ 500.00 |
| 200 approx c13 power cables | Inventory | 8050 Midwest Air DC | | | SQRL | $ 500.00 |
| 1 4" TCI CHECK VALVE | Inventory | 8050 Old Warehouse Area | | | SQRL | $500 |
| 4" STAINLESS CHECK VALVE (NEW) | Inventory | 8050 Old Warehouse Area | | | SQRL | $400 |
| 4 4" BUTTERFLY VAVLES (NO HANDLES) | Inventory | 8050 Old Warehouse Area | | | SQRL | 320 |
| Bitmain APW3++12-1600 switching power supply | Inventory | 3-5-G | 2 | $ 130.00 | SQRL | $ 260.00 |
| MX21SMF53-A6 Serial M20S000055-Damaged | Inventory | 8050 Northside Dock | | | SQRL | $ 250.00 |
| Bitmain Power supply-small | Inventory | 3-5-G | 2 | $ 120.00 | SQRL | $ 240.00 |
| 7" Touch Screens | Inventory | 1-1-1 | 4 | $ 59.99 | SQRL | $ 239.96 |
| Miscellaneous 2" PVC Fittings | Inventory | 8050 New Liquid Room | | | SQRL | $ 200.00 |
| PALLET MISC 8GA SOOW POWER CUT OFF | Inventory | 8050 Old Warehouse Area | | | SQRL | $200 |
| 6 Stainless Steel 1" Ball Valves | Inventory | 8050 Northside Dock | | | SQRL | $ 130.00 |
| 23 qty 12V Unbranded Power Supplies- Unknown Condition | Inventory | 8050 Northside Dock | | | SQRL | $ 115.00 |
| Box Sample 4xQSFP | Inventory | 8050 Northside Dock | | | SQRL | $ 80.00 |
| Box of Uline Static Shield bags large (S-5301BX) S-13005 | Inventory | 8050 Production Assembly Room | | | SQRL | $ 80.00 |
| Bittman Power Supply for CVP | Inventory | 3-5-G | 20 | $ 3.59 | SQRL | $ 71.80 |
| Miscellanous Box HEX Bolts | Inventory | 8050 Northside Dock | | | SQRL | $ 50.00 |
| SQRL Breakout and Riser | Inventory | 8050 Northside Dock | | | SQRL | $ 50.00 |
| 1x HP1200W supply | Inventory | 8050 Northside Dock | | | SQRL | $ 45.00 |
| 2 bags ESD gloves | Inventory | 8050 Production Assembly Room | | | SQRL | $ 40.00 |
| Miscellaneous Power (3x) Cables | Inventory | 8050 Northside Dock | | | SQRL | $ 30.00 |
| 1 bag ESD jackets | Inventory | 8050 Production Assembly Room | | | SQRL | $ 25.00 |
| 1 bag Kimtech W4 Wipes | Inventory | 8050 Production Assembly Room | | | SQRL | $ 12.00 |
| 1 package Kimtech wipes | Inventory | 8050 Production Assembly Room | | | SQRL | $ 12.00 |
| 1 package Kimtech Delicate wipes | Inventory | 8050 Production Assembly Room | | | SQRL | $ 12.00 |
| 20 AAA batteries | Inventory | 8050 Production Assembly Room | | | SQRL | $ 10.00 |
| 3 packages cotton rounds | Inventory | 8050 Production Assembly Room | | | SQRL | $ 5.00 |
| 1 package Cholorox wipes | Inventory | 8050 Production Assembly Room | | | SQRL | $ 5.00 |
| 50 Empty Xilinx boxes | Inventory | 8050 Northside Dock | | | SQRL | $ - |

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2. | **Seth Stanfill** | **9/2020** |  |
|  | Name and address of the person who has possession of inventory records |  |  |
|  | **David Stanfill**<br>**772 Treat Blvd.**<br>**Tallmadge, OH 44278** |  |  |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Stanfill | 772 Treat Blvd.<br>Tallmadge, OH 44278 | Member, CEO, President | 16.70% |
| Andrew Gould | 4812 Wildflower Dr<br>North Canton, OH 44720 | Member | 12.50% |
| Jessica Gritzan | 1280 Linwood Ave SW<br>North Canton, OH 44720 | Member and COO | 11% |
| Kyle Slutz | 1116 W. Nimisila Road<br>Clinton, OH 44216 | Member | 4% |
| George D. Jimenez | 9396 Broadland Street, NW<br>Massillon, OH 44646 | Member | 7.50% |
| Sidney Keith | 8127 Larkspur Ave NW<br>North Canton, OH 44720 | Member | 5% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **Seth Stanfill**<br>**1515 24th Street, NW**<br>**Canton, OH 44709** | **$48,375.45** | **11/19/2020 to 9/30/2021** | **Earnings** |
| | **Relationship to debtor**<br>**Insider** | | | |
| 30.2 . | **Yongling Jimenez**<br>**9396 Broadland St., NW**<br>**Massillon, OH 44646** | **$25,907.77** | **11/19/2020 - 9/30/2021** | **Earnings** |
| | **Relationship to debtor**<br>**Insider** | | | |
| 30.3 . | **Kyle Slutz**<br>**1116 W. Nimisila Road**<br>**Clinton, OH 44216** | **$71,552.08** | **11/19/2020 - 9/30/2021** | **Earnings** |
| | **Relationship to debtor**<br>**Insider** | | | |
| 30.4 . | **David Stanfill**<br>**772 Treat Blvd.**<br>**Tallmadge, OH 44278** | **$36,243.66** | **11/19/2020 - 9/30/2021** | **Earnings** |
| | **Relationship to debtor**<br>**Insider** | | | |
| 30.5 . | **George D. Jimenez**<br>**9396 Broadland Street, NW**<br>**Massillon, OH 44646** | **$45,941.28** | **11/19/2021 - 9/30/2021** | **Earnings** |
| | **Relationship to debtor**<br>**Insider** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **Squirrels Research Labs LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known)    **21-61491**

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/7/2021

Signature of individual signing on behalf of the debtor      **David A. Stanfill**
     Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes