**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

## AMENDED CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on December 3, 2021, a true and correct copy of the *Notice of Filing of Motion and an Order Related to the Auction and Sale of Certain Assets Owned by Squirrels Research Labs LLC and the Midwest Data Company LLC* was served via the court's Electronic Case Filing System on these entities and individual who are listed on the court's Electronic Mail Notice List:

    John C. Cannizzaro on behalf of Interested Party Instantiation LLC at
    John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

    Christopher Paul Combest on behalf of Creditor Avnet, Inc. at
    christopher.combest@quarles.com

    Jeannie Kim on behalf of Interested Party Instantiation LLC at
    JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

    Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at
    mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

    Frederic P. Schwieg at fschwieg@schwieglaw.com

    Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at
    jzurn@brouse.com, tpalcic@brouse.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

1

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at
kate.m.bradley@usdoj.gov

And by Regular U.S. Mail, postage prepaid, on December 3, 2021 on the following:

| | | |
|---|---|---|
| AEP Ohio<br>301 Cleveland Ave., SW<br>Canton, OH 44720 | Andrew Waters<br>6653 Main Street<br>Williamsville, NY 14221 | Bittware/Molex LLC<br>2222 Wellington Ct<br>Lisle, IL 60532 |
| CliftonLarsonAllen LLP<br>Attn: Daniel Riemenschneider<br>4334 Munson St., NW<br>Canton, OH 44718 | CT Data LLC<br>133 River Road<br>Mystic, CT 06355 | Donald Ruffatto<br>420 Fairview Ave<br>Arcadia, CA 91007<br>**UNDELIVERABLE** |
| Everhart Glass Co., Inc.<br>Attn: Linda Monigold<br>207 Ninth St., SW<br>PO Box 20645<br>Canton, OH 44701 | Everstream<br>1228 Euclid Ave #250<br>Cleveland, OH 44115 | FedEx<br>PO Box 371461<br>Pittsburgh, PA 15250-7461 |
| Hailu Looyestein<br>Schout Coxstraat 1<br>5421GJ Gemert<br>**NETHERLANDS** | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Group 6<br>1240 E. Ninth Street, Room 493<br>Cleveland, OH 44199 |
| IPS Assembly Corp.<br>Attn: Perry Sutariya<br>12077 Merriman Rd<br>Livonia, MI 48150 | Jason Price<br>67 Bartram Trail<br>Brunswick, GA 31523 | Jose A. Rubio<br>15925 Hopper Lane<br>San Diego, CA 92127 |
| Mark D'Aria<br>165 Quaker Path<br>East Setauket, NY 11733<br>**UNDELIVERABLE** | Metal Masters<br>Attn: Bret Kettlewell<br>125 Williams Dr<br>Dover, OH 44622 | David Chase, et al.<br>c/o Michael Maranda<br>38 Oaklawn Ave<br>Farmingville, NY 11738 |
| Office of the U.S. Trustee<br>201 Superior Ave. East, Suite 441<br>H.M. Metzenbaum US Courthouse<br>Cleveland, OH 44114-1234 | Office of U.S. Attorney<br>Attn: Bankruptcy Section<br>Carl B. Stokes U.S. Court House<br>801 W. Superior Avenue, Ste 400<br>Cleveland, OH 44113 | Ohio Attorney General<br>Collections Enforcement Section<br>Attn: Bankruptcy Unit<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |
| Ohio Bureau of Workers'<br>Compensation<br>Attn: Law Section Bankruptcy Unit<br>PO Box 15567<br>Columbus, OH 43215-0567 | Ohio Department of Job & Family Svcs<br>Attn: Legal Support-Bankruptcy<br>PO Box 182830<br>Columbus, OH 43218-2830 | Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 |

| | | |
|---|---|---|
| Phillippe Germain<br>102 W. Service Rd #2153466<br>Champlain, NY 12919 | Sam Adams<br>3417 Bush Street<br>Stevens Point, WI 54481 | Samtec<br>20 Park E. Blvd.<br>New Albany, IN 47150 |
| Steven Turnshek<br>13 Krist Glen Dr<br>Swissvale, PA 15218 | Trevor Steinle<br>24106 SE 42nd St<br>Sammamish, WA 98029 | William Paden<br>205 Plains Rd<br>Westford, VT 05494 |
| Aaron Reimer<br>PMB-AR113422<br>Sumas, WA 98295-9674 | A.G. Adjustments, Ltd.<br>740 Walt Whitman Rd<br>Melville, NY 11747 | Aaron Holquin<br>2046 Jamison Pl<br>Santa Clara, CA 95051 |
| Andrew Gould<br>4812 Wildflower Drive<br>North Canton, OH 44720 | Alton Hare<br>1200 17th St NW<br>Washington, DC 20036 | Amanda McConnell<br>191 E. 28th Street<br>Dover, OH 44622 |
| Bradon Pen<br>56 Varcoe Rd<br>Courtice, ON L1E 1S5<br>**CANADA** | Ben George<br>5464 Lake Ave<br>Orchard Park, NY 14127 | Bradley Conn<br>51 Maple Avenue<br>Locust Valley, NY 11560 |
| Brian Fiducci<br>24463 Norelius Ave<br>Round Lake, IL 60073 | Brandon Osbourne<br>151 Mary Ellen Drive<br>Charleston, SC 29403 | Brett Mashford<br>35 Oakmoss Dr<br>SPRINGFIELD LAKES, QLD 4300<br>**AUSTRALIA** |
| Chad Clark<br>876 Jefferson St<br>Menasha, WI 54952 | Brian Klinger<br>4018 Shelby Row<br>Sugar Land, TX 77479 | Carl Forsell<br>c/o James E.P. Sisto<br>Schuerger Law Group<br>1001 Kingsmill Parkway<br>Columbus, OH 43229 |
| Clarence Smith<br>3290 Double Creek Dr N., Apt 301<br>Plainfield, IN 46168 | Cincinnati Insurance<br>417 Anderson Ferry Rd<br>Suite 3<br>Cincinnati, OH 45238 | Cincinnati Insurance<br>6200 S. Gilmore Rd<br>Fairfield, OH 45014 |
| Daniel Russo<br>120 High Farms Rd<br>Glen Head, NY 11545 | Culligan of Canton<br>4810 Southway St., SW<br>Canton, OH 44706 | Daniel Hajdu<br>Graslaan 111<br>6833CG Arnhem<br>**NETHERLANDS** |

| | | |
|---|---|---|
| David Reynolds<br>6046 Jerusalem Drive<br>Cicero, NY 13039 | Darien Lyons<br>45 Elvin Street<br>Staten Island, NY 10314 | Darry Kurpisz<br>14635 22nd Ave SW<br>Burien, WA 98166 |
| Fabrizio Simonetti<br>Via Gozzer N 2A<br>57128 Livorno<br>**ITALY** | David Stanfill<br>772 Treat Blvd.<br>Tallmadge, OH 44278 | Dustin Hooper<br>11885 W. McDowell Rd<br>Avondale, AZ 85392 |
| Gilbert Rodriguez<br>1340 Camp Street<br>Fabens, TX 79838 | Fernando Molina<br>5275 SW 146 AVE<br>Miami, FL 33175 | George D. Jimenez<br>9396 Broadland Street, NW<br>Massillon, OH 44646 |
| Heather Bradley<br>1213 N. Chapel Street<br>Louisville, OH 44641 | GS 8100, LLC<br>6610 Chatsworth Street, NW<br>Canton, OH 44718 | GS1 US, Inc.<br>300 Princeton South Corporate Center<br>Ewing Township, NJ 08628 |
| Isaac Gabriel<br>Quarles and Brady<br>One Renissaince Sq<br>Two North Central Ave<br>Phoenix, AZ 85004 | Henry Ryan<br>228 Cranbury Road<br>Princeton Junction, NJ 08550 | Horizon Supply Group<br>Attn: Jeff Habbyshaw<br>3691 Honors Way<br>Howell, MI 48843 |
| JC Pack<br>628 1/2 E San Ysidro Blvd 292<br>San Ysidro, CA 92173 | Israel Garcia<br>615 Oak Hollow Dr<br>Newberg, OR 97132 | James Holodnak<br>2910 16th Street, NW<br>Canton, OH 44708 |
| Jessica Gritzan<br>1280 Linwood Ave SW<br>North Canton, OH 44720 | Jean Viljoen<br>5 Cape Willow<br>Hermanus, Western Cape 7200<br>**SOUTH AFRICA** | Jeffrey Cordell<br>17517 NW Ashland Drive<br>Portland, OR 97229 |
| Jordan Kupersmith<br>888 N. Quincy St<br>Arlington, VA 22203 | Joaquim Ginesta<br>Emili Grahit 6, 4r 1r<br>17002 Girona<br>**SPAIN** | Jonathan Hulecki<br>10505 Ciwberry Ct<br>Vienna, VA 22182 |
| JPMorgan Chase Bank<br>1111 Polaris Pkwy<br>Columbus, OH 43240 | Josh Luoni<br>808 8th St<br>Fairmont, WV 26554 | Joshua Harris<br>209 N. Horner Blvd.<br>Sanford, NC 27330 |

Kyle Tricarico
5464 Lake Ave
Orchard Park, NY 14127

Kimble Companies
3596 SR 39
Dover, OH 44622

Kyle Slutz
1116 W. Nimisila Road
Clinton, OH 44216

Marius Nastasenko
Taikos g. 148
Vilnius
Vilniaus Apskritis 5227
**LITHUANIA**

Luco Gilardi
Ul. Slivnitsa 188
Sofia 1202
**BULGARIA**

Mario Fortier
10 Orchard Lane
Chelmsford, MA 01824

Michael Rampton
6222 12th Street, North
Arlington, VA 22205

Mark Veon
2547 S. 3rd Street
Milwaukee, WI 53207

Michael Dai
43174 Christy Street
Fremont, CA 94538

Naoaki Kita
Kigoshimachi
Kanazawa-shi
Ishikawaken 920-0203
**JAPAN**

Michael Riley
2506 SW 23rd Cranbrook Dr
Boynton Beach, FL 33436

Michael Robinson
103 Hunters Ct
Forest, VA 24551

NJEB Partners
244 5th Avenue, Ste 1253
New York, NY 10001

Miguel Chacon
120 NW 6th Ave
Miami, FL 33128

Mohamed Kazem
27 Orwell Street
Potts Point
SYDNEY, NSW 2011
**AUSTRALIA**

Pat Clay
72 Baker Dr
Gansevoort, NY 12831

Nick Yarosz
3019 Ellington Dr
Summerville, SC 29485

Nicolas Rochon
4278 Beausoleil
Terrebonne QC J6V 1G1
**CANADA**

Peter Ensor
Powerstown House
Clonee, Dublin
D15 YH52
**IRELAND**

One Haines Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

One Skymax Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Rajesh Bhakar
Sector 9d/204, 2nd Flr Akarti
Apartment
Jaipur
Rajasthan 302021
**INDIA**

Patrick Nadeau
311 Andrews Rd
Wolcott, CT 06716

Paul Kelsey
1583 E. Primrose Lane
Layton, UT 84040

Richard Weeks
4199 Defoors Farm Dr
Powder Springs, GA 30127

Premier Bank
PO Box 248
Defiance, OH 43512

R. Scott Heasley
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122

Ryan Marfone
98 N. Hawkhurst Cir
The Woodlands, TX 77354

Raymond Wodarczyk
KinzigstraaˆšĂ¼e 28
10247 Berlin
**GERMANY**

Richard Bergstrom
30107 Mountain View Dr
Hayward, CA 94544

Squirrels LLC
121 Wilbur Drive NE
North Canton, OH 44720

Robin Wolf
Fasangasse 49
Vienna
Wien 1030
**AUSTRIA**

Ruben Sousa
Av. D. Joâ šÂ£o II, nÂ â 34
1998-031 Lisboa
**PORTUGAL**

Tim Bredemus
9757 Union Terrace Ln N
Maple Grove, MN 55369

Scott Chen
4058 Case St
Elmhurst, NY 11373

Seth Stanfill
1515 24th Street, NW
Canton, OH 44709

Tri Ho
1180 N. Cherry Way
Anaheim, CA 92801

Stefano Chiesa
Via III Novembre 41
38026 Fucine Trentino
**ITALY**

Thom Kuznia
5733 York Ave S
Edina, MN 55410

Uline
12575 Uline Dr
Pleasant Prairie, WI 53138

Tommy DeFreitas
14114 N. Wind Cave Ct
Conroe, TX 77384

TorEA Consulting
Attn: Paul Billinger
1 Bow Street
Stouffville, ON L4A 1Z3
**CANADA**

Welbour Espartero
46 6th Ave NE
Swift Current, SK S9H 2L7
**CANADA**

Troy Keplinger
1730 E. Park St
Enid, OK 73701

U.S. Small Business Administration
District Counsel
1350 Euclid Ave, Suite 211
Cleveland, OH 44115

Robert Oxsen
12795 Lowhills Rd
Nevada City, CA 95959-9074

Instantiation LLC
c/o Jason R. Schendel, Jeannie Kim
Sheppard, Ullin, Richter & Hampton LLP
4 Embarcadero Center, 17th Flr
San Francisco, CA 94111

Robert Renna
48 Samantha Dr
Morganville, NJ 07751-4006

6

| | | |
|---|---|---|
| Arran Gracie<br>221 Southwest Alder Street<br>Portland, OR 97204 | Marco Mendoza<br>29407 Pyrite St<br>Menifee, CA 92584 | Richard Hall<br>61 Falkirk Avenue<br>Wellington, WGN 6022 NZ |
| James Soldi<br>2208B Clark Ln<br>Redondo Beach, CA 90278-4304 | Aditya Chauhan<br>1429 Bay Ridge Ave., FL 2<br>Brooklyn, NY 11219 | Andrew Wolf<br>1960 SW Old Sheridan Rd<br>McMinnville, OR 97128-8686 |
| Lance Colton<br>301-10140 150 St NW<br>Edmonton, AB T5P 1P1<br>**CANADA** | Aaron Strating<br>411B Vancouver St<br>Victoria, BC V8v 3t4<br>**CANADA** | Henrik Gustafsson<br>N/A<br>U 10 54 Kay St<br>Scarborough, WA 6019<br>**AUSTRALIA** |
| Jason Palmer<br>4000 Davey St, APT 608<br>New Orleans, LA 70122-6903 | Fabian Delmotte<br>Rue de Favence 29<br>Nandrin, -- 4550<br>**BELGUIM** | Richard Ramazinski<br>1000 Flower Drive, STE LKS 2035<br>Glendale, CA 91201 |
| Haley Williams<br>518 Washington St.<br>Santa Cruz, CA 95060 | Barry Gluntz<br>2350 Winfield Ave<br>Rocky River, OH 44116 | Matthew Peterson<br>3390 Stratford Rd NE<br>Unit 516<br>Atlanta, GA 30326 |
| David Burlington<br>38 Bryant St APT 804<br>San Francisco, CA 94105-6119 | | |

And to the following parties by email:

Aditya Chauhan at zeebochauhan@gmail.com
Artem Pylypchuk at articicejuice@gmail.com
Jose Nunez at admin@croxmoon.com
Michael Erceg at michael.erceg@gmail.com
Spencer Gabriel Singh at spencersingh96@gmail.com
Todd Dallimore at tdallimore@start.ca
Yannick Vergult at yannick.vergult@gmail.com

Dated: December 8, 2021                  Respectfully submitted,

                                         */s/ Julie K. Zurn*
                                         Marc B. Merklin (0018195)
                                         Julie K. Zurn (0066391)
                                         BROUSE McDOWELL, LPA
                                         388 S. Main Street, Suite 500
                                         Akron, Ohio 44311
                                         Telephone: (330) 535-5711
                                         Facsimile: (330) 253-8601
                                         mmerklin@brouse.com
                                         jzurn@brouse.com

                                         *Proposed Counsel for the Debtor*
                                         *and Debtor-in-Possession*

[1363368v2]