**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **Squirrels Research Labs LLC,** *et al.* | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtor. | ) | |
| | ) | Judge Russ Kendig |

## NOTICE OF MOTION

Ohio Power Company, d/b/a American Electric Power, has filed papers with the Court to grant the Motion of Ohio Power Company, d/b/a American Electric Power, to Vacate and/or Reconsider and/or Modify "the Utility Order" (Docket No. 41).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the Motion of Ohio Power Company, d/b/a American Electric Power to Vacate and/or Reconsider and/or Modify "the Utility Order" (Docket No. 41), or if you want the Court to consider your views on the Motion, then on or before December 27, 2021, you or your attorney must:

File with the Court a written request or written response explaining your position electronically or by mailing the response to:

United States Bankruptcy Court
Northern District of Ohio
Ralph Regula Federal Building and U.S. Courthouse
401 McKinley Avenue, SW
Canton, Ohio 44702-1745

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

Marc B. Merklin
Julie K. Zurn
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Email: mmerklin@brouse.com, jzurn@brouse.com
*Debtors' Counsel*

Frederic P. Schweig
2705 Gibson Drive
Rocky River, Oho 44116-3008
Email: fschwieg@schweighlaw.com
*Subchapter V Trustee*

Kate M. Bradley
U.S. Department of Justice
201 Superior Avenue E, #441
Cleveland, Ohio 44114
Email: kate.m.bradley@usdoj.gov

Attend the hearing scheduled to be held on December 28, 2021 at 2:00 p.m. to be held telephonically pursuant to Judge Russ Kendig's March 18, 2020 Memorandum regarding Notice of Telephonic Hearing Procedure.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion or objection and may enter an Order granting that relief.

2

Dated: December 9, 2021		Respectfully submitted,

/s/ Paul J. Schumacher
Paul J. Schumacher, Esq. (0014370)
Dickie, McCamey & Chilcote, P.C.
600 Superior Avenue East
Fifth Third Center, Suite 2330
Cleveland, Ohio 44114
Telephone: (216) 685-1827
Facsimile: (888) 811-7144
Email: pschumacher@dmclaw.com

and

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
E-mail: russj4478@aol.com

*Counsel for Ohio Power Company d/b/a American Electric Power*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 9, 2021 a true and correct copy of the foregoing *Notice of Motion* was served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Marc B. Merklin
Julie K. Zurn
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Email: mmerklin@brouse.com, jzurn@brouse.com
*Debtors' Counsel*

Frederic P. Schweig
2705 Gibson Drive
Rocky River, Oho 44116-3008
Email: fschwieg@schweighlaw.com
*Subchapter V Trustee*

Kate M. Bradley
U.S. Department of Justice
201 Superior Avenue E, #441
Cleveland, Ohio 44114
Email: kate.m.bradley@usdoj.gov

                                  /s/ Paul J. Schumacher
                                  Paul J. Schumacher, Esq. (0014370)
                                  Dickie, McCamey & Chilcote, P.C.
                                  600 Superior Avenue East
                                  Fifth Third Center, Suite 2330
                                  Cleveland, Ohio 44114
                                  Telephone: (216) 685-1827
                                  Facsimile: (888) 811-7144
                                  Email: pschumacher@dmclaw.com