# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SQUIRRELS RESEARCH LABS, LLC, | ) | Case No. 21-61491 |
| *et al.,* , | ) | |
| | ) | |
| Debtors. | ) | Judge Russ Kendig |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE ON BEHALF OF CREDITOR, BETTER PC L.L.C.

1. Now come the undersigned attorneys of the law firm of **BUCKINGHAM, DOOLITTLE & BURROUGHS, LLC** and hereby enter their appearance and request for notice as counsel of record on behalf of the Creditor, Better PC L.L.C. ("Better PC"), in the above-captioned bankruptcy proceeding.

2. Better PC L.L.C. requests that all notices of hearings and pleadings in the above-captioned proceeding also be sent to the undersigned at the following address:

Christopher J. Niekamp, Esq.
**BUCKINGHAM, DOOLITTLE & BURROUGHS, LLC**
3800 Embassy Parkway, Suite 300
Akron, OH 44333

3. This Notice of Appearance and Request for all notice of hearings and pleadings is submitted pursuant to Bankruptcy Rules 2002 and 2003.

Respectfully submitted,
BUCKINGHAM, DOOLITTLE & BURROUGHS, LLC

By: ___*/s/ Christopher J. Niekamp*_____
Christopher J. Niekamp (0051221)
Patrick Keating (0023481)
Wade T. Doerr (0083430)
3800 Embassy Parkway, Suite 300
Akron, Ohio 44333-8398
(330) 376-5300 (phone) / (330) 258-6559 (fax)
Email: CNiekamp@bdblaw.com
        PKeating@bdblaw.com
        WDoerr@bdblaw.com
*Counsel for Better PC L.L.C.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on December 10, 2021, a true copy of the foregoing Notice of Appearance of Counsel for Creditor, Better PC, was served via the Court's electronic case filing system on the attorneys who are listed on the Court's Electronic Mail Notice List:

- Christopher Paul Combest, representing Avnet, Inc., Christopher.combest@quarles.com
- John C. Cannizzaro, representing Instantiation LLC, john.cannizzaro@icemiller.com
- Jeannie Kim, representing Instantiation LLC, jekim@sheppardmullin.com
- Jason R. Schendel, representing Instantiation LLC, jschendel@sheppardmullin.com
- Marc Merklin, representing Debtor, mmerklin@brouse.com
- Julie K. Zurn, representing Debtor, jzurn @brouse.com
- Kate M. Bradley, representing United States Trustee, kate.m.bradley@usdoj.gov


By:   /s/ Christopher J. Niekamp
        Christopher J. Niekamp (0051221)

CT2:787928_v1