# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

## CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on December 9, 2021, a true and correct copy of the *Final Order: (I) Authorizing Secured Postpetition Financing on a Superpriority Basis Pursuant to Section 364 of the Bankruptcy Code; (II) Approving DIP Loan and Security Agreement with Instantiation LLC; and (III) Granting Related Reli*ef was served via the court's Electronic Case Filing System on these entities and individual who are listed on the court's Electronic Mail Notice List:

John C. Cannizzaro on behalf of Interested Party Instantiation LLC at John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc. at christopher.combest@quarles.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

Frederic P. Schwieg at fschwieg@schwieglaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

1

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at
jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at
kate.m.bradley@usdoj.gov

And by Regular U.S. Mail, postage prepaid, on December 10, 2021 on the following:

| | | |
|---|---|---|
| AEP Ohio<br>301 Cleveland Ave., SW<br>Canton, OH 44720 | Andrew Waters<br>6653 Main Street<br>Williamsville, NY 14221 | Bittware/Molex LLC<br>2222 Wellington Ct<br>Lisle, IL 60532 |
| CliftonLarsonAllen LLP<br>Attn: Daniel Riemenschneider<br>4334 Munson St., NW<br>Canton, OH 44718 | CT Data LLC<br>133 River Road<br>Mystic, CT 06355 | Donald Ruffatto<br>420 Fairview Ave<br>Arcadia, CA 91007<br>**UNDELIVERABLE** |
| Everhart Glass Co., Inc.<br>Attn: Linda Monigold<br>207 Ninth St., SW<br>Canton, OH 44702 | Everstream<br>1228 Euclid Ave #250<br>Cleveland, OH 44115 | FedEx<br>PO Box 371461<br>Pittsburgh, PA 15250-7461 |
| Hailu Looyestein<br>Schout Coxstraat 1<br>5421GJ Gemert<br>**NETHERLANDS** | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Group 6<br>1240 E. Ninth Street, Room 493<br>Cleveland, OH 44199 |
| IPS Assembly Corp.<br>Attn: Perry Sutariya<br>12077 Merriman Rd<br>Livonia, MI 48150 | Jason Price<br>67 Bartram Trail<br>Brunswick, GA 31523 | Jose A. Rubio<br>15925 Hopper Lane<br>San Diego, CA 92127 |
| Mark D'Aria<br>165 Quaker Path<br>East Setauket, NY 11733<br>**UNDELIVERABLE** | Metal Masters<br>Attn: Bret Kettlewell<br>125 Williams Dr<br>Dover, OH 44622 | David Chase, et al.<br>c/o Michael Maranda<br>38 Oaklawn Ave<br>Farmingville, NY 11738 |
| Office of the U.S. Trustee<br>201 Superior Ave. East, Suite 441<br>H.M. Metzenbaum US Courthouse<br>Cleveland, OH 44114-1234 | Office of U.S. Attorney<br>Attn: Bankruptcy Section<br>Carl B. Stokes U.S. Court House<br>801 W. Superior Avenue, Ste 400<br>Cleveland, OH 44113 | Ohio Attorney General<br>Collections Enforcement Section<br>Attn: Bankruptcy Unit<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |

| | | |
|---|---|---|
| Ohio Bureau of Workers' Compensation<br>Attn: Law Section Bankruptcy Unit<br>PO Box 15567<br>Columbus, OH 43215-0567 | Ohio Department of Job & Family Svcs<br>Attn: Legal Support-Bankruptcy<br>PO Box 182830<br>Columbus, OH 43218-2830 | Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 |
| Phillippe Germain<br>102 W. Service Rd #2153466<br>Champlain, NY 12919 | Sam Adams<br>3417 Bush Street<br>Stevens Point, WI 54481 | Samtec<br>520 Park E. Blvd.<br>New Albany, IN 47150 |
| Steven Turnshek<br>13 Krist Glen Dr<br>Swissvale, PA 15218 | Trevor Steinle<br>24106 SE 42nd St<br>Sammamish, WA 98029 | William Paden<br>205 Plains Rd<br>Westford, VT 05494 |
| Michael Maranda<br>38 Oaklawn Ave<br>Farmingville, NY 11738 | Better PC, LLC<br>c/o Christopher Niekamp<br>Buckingham Doolittle and Burroughs LLC<br>3800 Embassy Parkway, Suite 300<br>Akron, OH 44308 | |

Dated: December 10, 2021

Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Proposed Counsel for the Debtor
and Debtor-in-Possession*

[1364342]