# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

## NOTICE OF FILING DEFICIENCY

IN RE: Squirrels Research Labs LLC       CASE NO.: 21-61491

                                             JUDGE RUSS KENDIG

**Pursuant to Bankruptcy Rule 5005, the original document has been accepted for filing. However further action as indicated below is required for the Certificate of Service.**

- **X**   The Certificate of Service filed on 12/15/21 by Frederic Schwieg Re: Docket number 76 is deficient.

- **X**   The Certificate of Service does not comply with the memorandum of October 12, 2012, *Serving Documents in Compliance with Local Bankruptcy Rule 9013-3*. The certificate must include either language certifying that the Electronic Mail Notice List included the party or parties served through the CM/ECF system to be accepted, or a copy of the Electronic Mail Notice List.

-      The Certificate of Service is not signed.

-      The Certificate of Service does not correctly state the date of service.

-      The Certificate of Service does not state the method(s) of service.

-      The Certificate of Service does not identify, by name and address, each entity served.

-      Other:

- **X**   File an Amended Certificate of Service correcting the marked deficiencies, pursuant to LBR 9013-3 and the judges' memorandum of October 12, 2012, re: serving documents.

***** IF AN AMENDED "CERTIFICATE OF SERVICE" IS NOT RECEIVED, *****
THE PLEADING WILL NOT RECEIVE FURTHER CONSIDERATION.
***** <u>IF THE PLEADING IS A MOTION,</u> *****
<u>THE ORDER WILL NOT BE ENTERED.</u>

DATE OF NOTICE: December 16, 2021

                                                 /s/ Lynn Baldwin
                                                 Deputy Clerk