**Exhibit B**

| Non-Debtor Party to Contract or Unexpired Lease | Debtor Party | Date of Contract or Unexpired Lease | Description of Contract or Unexpired Lease | Total Cure Amount | Expiration Date |
|---|---|---|---|---|---|
| One Haines Company | SQRL | February 21, 2020 | building lease | $ - | 2/21/2030 |
| AEP Energy | SQRL | November 18, 2020 | energy agreement | unknown | October 18, 2023 |
| AEP Energy | SQRL | October 19, 2020 | energy agreement | unknown | October 19, 2023 |
| One Skymax Company | SQRL | June 1, 2020 | building lease | $ - | June 1, 2030 |
| GS8100 | SQRL | 1 year | building lease | unknown | 9 years |
| Instantiation | SQRL/MWDC | - | Asset purchase agreement | $ - | - |
| Avnet | SQRL/MWDC | - | account settlement | $ - | - |
| Kimble Companies | SQRL | - | trash service | unknown | - |
| Everstream | SQRL | - | internet service provider | unknown | - |
| Cincinnati Insurance | SQRL/MWDC | - | insurance policy | $ - | - |
| Aaron Strating | MWDC | 12/2/2020 | hosting agreement | $ - | 12 months |
| Aditya Chauhan | MWDC | 12/1/2020 | hosting agreement | $ - | 12 months |
| Andrew Wolf | MWDC | 12/15/2020 | hosting agreement | $ - | 12 months |
| Arran Gracie | MWDC | 2/11/2021 | hosting agreement | $ - | 12 months |
| Artem Pylypchuk | MWDC | 6/1/2021 | hosting agreement | $ - | 12 months |
| Barry Gluntz | MWDC | 5/1/2021 | hosting agreement | $ - | 12 months |
| David Burlington | MWDC | 12/8/2020 | hosting agreement | $ - | 12 months |
| Fabian Delmotte | MWDC | 1/1/2021 | hosting agreement | $ - | 12 months |
| Haley Williams | MWDC | 12/14/2020 | hosting agreement | $ - | 12 months |
| Henrik Gustafsson | MWDC | 12/4/2020 | hosting agreement | $ - | 12 months |
| Instantiation, LLC | MWDC | 3/1/2021 | hosting agreement | $ - | 12 months |
| James Soldi | MWDC | 12/5/2020 | hosting agreement | $ - | 12 months |
| Jason Palmer | MWDC | 12/18/2020 | hosting agreement | $ - | 12 months |
| Jonathan Hulecki | MWDC | 5/1/2021 | hosting agreement | $ - | 12 months |
| Jose Rubio | MWDC | 12/17/2020 | hosting agreement | $ - | 12 months |
| Jose Nunez | MWDC | 12/13/2020 | hosting agreement | $ - | 12 months |
| Lance Colton | MWDC | 1/6/2021 | hosting agreement | $ - | 12 months |
| Marco Mendoza | MWDC | 6/1/2021 | hosting agreement | $ - | 12 months |
| Matthew Peterson | MWDC | 12/14/2020 | hosting agreement | $ - | 12 months |
| Michael Erceg | MWDC | 12/18/2020 | hosting agreement | $ - | 12 months |
| Richard Hall | MWDC | 12/5/2020 | hosting agreement | $ - | 12 months |
| Richard Ramizinski | MWDC | 11/1/2020 | hosting agreement | $ - | 12 months |
| Robert Oxsen, SF Mining | MWDC | 6/29/2021 | hosting agreement | $ - | 12 months |
| Robert Renna | MWDC | 1/10/2021 | hosting agreement | $ - | 12 months |
| Spencer Gabriel Singh | MWDC | 12/17/2020 | hosting agreement | $ - | 12 months |
| Todd Dallimore | MWDC | 12/20/2021 | hosting agreement | $ - | 12 months |
| Yannick Vergult | MWDC | 3/12/2021 | hosting agreement | $ - | 12 months |