**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. **21-61491-rk** |
| **Squirrels Research Labs LLC** | CHAPTER 11 |
| Debtor(s) | JUDGE RUSS KENDIG |
| | **NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that Joshua Vaughan and the law firm of Amer Cunningham Co., L.P.A. hereby enter their appearance on behalf of the **State of Ohio, Bureau of Workers Compensation.** Pursuant to Fed. R. Bankr. P. 2002(g), counsel requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the proofs of claim and also at the following address and email address:

Joshua Vaughan
*Amer Cunningham Co., L.P.A*.
One Cascade Plaza, Suite 1510
Akron, OH 44308
 (330) 762-2411
Fax (330) 762-9918
jvaughan@amer-collect.com


PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010

but also includes, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of the State of Ohio. The undersigned requests that he be added to the Clerk's mailing matrix in this case.

Respectfully submitted,

/s/ *Josh Vaughan* _____
Joshua Vaughan (#0090535)
JVaughan@amer-collect.com
**AMER CUNNINGHAM CO., L.P.A.**
One Cascade Plaza, Suite 1510
Akron, OH 44308
(330)762-2411
Fax (330) 762-9918
**Special Counsel to the State of Ohio Attorney General**

## *CERTIFICATE OF SERVICE*

I hereby certify that a copy of the foregoing Notice of Appearance was served by ECF (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on 12/20/2021 addressed to:

None.

    /s/ Josh Vaughan_____
*Special Counsel to the State of Ohio Attorney General*