# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

## CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on December 17, 2021, a true and correct copy of the *Notice of (I) Potential Assumption and Assignment of Contracts and Leases and (II) Cure Amounts and Adequate Assurance in Connection Therewith* was served via the court's Electronic Case Filing System on these entities and individual who are listed on the court's Electronic Mail Notice List:

John C. Cannizzaro on behalf of Interested Party Instantiation LLC at John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc. at christopher.combest@quarles.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

Christopher Niekamp on behalf of Creditor Better PC, LLC cniekamp@bdblaw.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at jzurn@brouse.com, tpalcic@brouse.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

1

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at
kate.m.bradley@usdoj.gov

And by Regular U.S. Mail, postage prepaid, on December 17, 2021 on the following:

AEP Ohio
301 Cleveland Ave., SW
Canton, OH 44720

AEP Energy, Inc.
Attn: Legal Department
225 West Wacker Drive, Suite 600
Chicago, IL 60606

Avnet Inc.
5400 Prairie Stone Pkwy
Hoffman Estates, IL 60192

Avnet Inc.
Attn: Dennis Losik
5400 Prairie Stone Pkwy
Hoffman Estates, IL 60192

Avnet Inc.
c/o Michael Walker, General Counsel
2211 S. 47th Street
Phoenix, AZ 85034

Cincinnati Insurance
6200 S. Gilmore Rd
Fairfield, OH 45014-5141

Cincinnati Insurance
PO Box 145496
Cincinnati, OH 45250-5496

Everstream
1228 Euclid Ave #250
Cleveland, OH 44115

GS 8100, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Jose A. Rubio
15925 Hopper Lane
San Diego, CA 92127

Instantiation LLC
c/o Jason R. Schendel
Sheppard, Ullin, Richter & Hampton LLP
4 Embarcadero Center, 17th Flr
San Francisco, CA 94111

Instantiation, LLC
Attn: Sam Cassatt
434 Dorado Beach E
Dorado, **PUERTA RICO** 00646

Jonathan Hulecki
10505 Ciwberry Ct
Vienna, VA 22182

Kimble Companies
3596 SR 39
Dover, OH 44622

One Haines Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

One Skymax Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Robert Renna
48 Samantha Dr
Morganville, NJ 07751-4006

Richard Hall
61 Falkirk Avenue
Wellington, WGN 6022
**NEW ZEALAND**

Robert Oxsen
12795 Lowhills Rd
Nevada City, CA 95959-9074

Marco Mendoza
29407 Pyrite St
Menifee, CA 92584

Andrew Wolf
1960 SW Old Sheridan Rd
McMinnville, OR 97128-8686

Arran Gracie
221 Southwest Alder Street
Portland, OR 97204

Aditya Chauhan
1429 Bay Ridge Ave., FL 2
Brooklyn, NY 11219

Henrik Gustafsson
N/A
U 10 54 Kay St
Scarborough, WA 6019
**AUSTRALIA**

| | | |
|---|---|---|
| James Soldi<br>2208B Clark Ln<br>Redondo Beach, CA 90278-4304 | Aaron Strating<br>411B Vancouver St<br>Victoria, BC V8v 3t4<br>**CANADA** | Richard Ramazinski<br>1000 Flower Drive, STE LKS 2035<br>Glendale, CA 91201 |
| Lance Colton<br>301-10140 150 St NW<br>Edmonton, AB T5P 1P1<br>**CANADA** | Fabian Delmotte<br>Rue de Favence 29<br>Nandrin, -- 4550<br>**BELGUIM** | Matthew Peterson<br>3390 Stratford Rd NE<br>Unit 516<br>Atlanta, GA 30326 |
| Jason Palmer<br>4000 Davey St, APT 608<br>New Orleans, LA 70122-6903 | Barry Gluntz<br>2350 Winfield Ave<br>Rocky River, OH 44116 | David Burlington<br>38 Bryant St APT 804<br>San Francisco, CA 94105-6119 |
| Haley Williams<br>518 Washington St.<br>Santa Cruz, CA 95060 | | |

And by email on December 17, 2021 to the following:

Artem Pylypchuk at articicejuice@gmail.com
Jose Nunez at admin@croxmoon.com
Michael Erceg at michael.erceg@gmail.com
Spencer Gabriel Singh at spencersingh96@gmail.com
Todd Dallimore at tdallimore@start.ca
Yannick Vergult at yannick.vergult@gmail.com

Dated:  December 17, 2021

Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Proposed Counsel for the Debtor
and Debtor-in-Possession*

[1366627]