UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CASE NO. 21-61491-rk |
| | ) | |
| SQUIRREL RESEARCH LABS LLC, | ) | JUDGE RUSS KENDIG |
| | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| Debtor. | ) | |
| | ) | |

The undersigned, John G. Farnan and Robert E. Goff, and the law firm of Weston Hurd, LLP, hereby notify the Court, the parties, and counsel that they are entering an appearance on behalf of Cincinnati Insurance Company, listed as a creditor to this bankruptcy. The undersigned requests that the Court serve them will all future orders in this matter and that the parties and counsel serve them with any and all pleadings filed in this matter.

Respectfully submitted,

*/s/ John G. Farnan*
**JOHN G. FARNAN (0038558)**
**ROBERT E. GOFF (0069818)**
**PATRICK CANNELL (0097926)**
WESTON HURD LLP
1300 East 9th Street, Suite 1400
Cleveland, OH 44114
(216) 241-6602
(216) 621-8369 (fax)
jfarnan@westonhurd.com
bgoff@westonhurd.com
pcannell@westonhurd.com
*Attorneys for Cincinnati Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2021, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John G. Farnan
**JOHN G. FARNAN (0038558)**

J:\JGF\Squirrels Research-Midwest Data 89762 - CIC\Draft Pleadings\Notice of Appearance - Squirrels.docx