**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.*[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

**ORDER AUTHORIZING SQUIRRELS RESEARCH LABS LLC TO REJECT**
**EQUIPMENT LEASE AGREEMENTS WITH BITTWARE, INC.**

Upon the motion (the "Motion")[2] of SQRL for entry of an order (this "Order") authorizing SQRL to reject the Equipment Lease Agreements with BittWare effective *nunc pro tunc* to the Petition Date, or, in the alternative, determining the Equipment Lease Agreements with BittWare are not true leases, but are, in fact, disguised unperfected financings, all as more fully set forth in the Motion; and the Court having found that it has jurisdiction over this matter pursuant to 28

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and the Midwest Data Company LLC (1213), case no. 21-61492.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of the cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that SQRL provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Pursuant to section 365(a) of the Bankruptcy Code, to the extent that the Equipment Lease Agreements are unexpired true leases and/or executory contracts, the Equipment Lease Agreements are deemed rejected by SQRL *nunc pro tunc* to the Petition Date.

3. SQRL does not waive any claims it may have against BittWare, whether or not such claims arise under, are related to the rejection of, or are independent of the Equipment Lease Agreements.

4. Any party to the Equipment Lease Agreements shall be required to file a rejection damages claim, if any, relating to the rejection of the Equipment Lease Agreements within 30 days after the entry of this Order.

5. SQRL is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # #

SUBMITTED BY:

_____
Marc B. Merklin  (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for the Debtors
and Debtors-in-Possession*