# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

### NOTICE OF MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION SQUIRRELS RESEARCH LABS LLC FOR AN ORDER AUTHORIZING THE REJECTION OF EQUIPMENT LEASE AGREEMENTS WITH BITTWARE, INC.

PLEASE TAKE NOTICE THAT on December 22, 2021, Squirrels Research Labs LLC, one of the debtors and debtors-in-possession (the "Debtor"), in the above-captioned Chapter 11 cases, filed the *Motion of Debtor and Debtor-in-Possession Squirrels Research Labs LLC For an Order Authorizing the Rejection of Equipment Lease Agreements With BittWare, Inc.* (the "Motion").

**Your rights may be affected**. You should read the Motion carefully and discuss it with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)

Pursuant to Local Rule 9013-1(b), if you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then on or before **January 5, 2022**, you or your attorney must file with the Court a written objection explaining your position at:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

United States Bankruptcy Court
Office of the Clerk
Ralph Regula Federal Building and U.S. Courthouse
401 McKinley Avenue, SW
Canton, Ohio 44702

You must also serve a copy of your request on the undersigned counsel:

Marc B. Merklin
Julie K. Zurn
Brouse McDowell LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311

*Counsel for the Debtors and Debtors-in-Possession*

Pursuant to Local Rule 9013-1(d), if you or your attorney do not take these steps, the Court may grant the relief requested without conducting a hearing and without further notice to you.

Dated: December 22, 2021

Respectfully submitted,

/s/ *Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for the Debtors
and Debtors-in-Possession*

1365278