Exhibit B

1. SQRL bank accounts were not closed as of the covered dates of this report, as the bank had notified their bankruptcy team but no action had been taken by the bank to close until December 2021.

Exhibit C
No data to report for this period.

Exhibit D
No data to report for this period.

Exhibit E
No data to report for this period.

Schedule F SQRL
Accounts Receivable

| Name | Amount |
|------|--------|
| Intel | $78,880.00 |



P.O. Box 248 ▪ Defiance, OH 43512

For inquiries, please call our Customer Care Center at 1-877-367-8178

YourPremierBank.com ▪ Telephone Banking: 1-888-511-1077



*********AUTO**SCH 5-DIGIT 44702
3399 0.4625 AV 0.426   12 1 173

սիլիվիերիիիիիիիիսկեսեսկիրիկեկի

SQUIRRELS RESEARCH LABS LLC
121 WILBUR DR NE
NORTH CANTON OH 44720-1641

---

## BUSINESS VALUE CHECKING

| | | | |
|---|---|---|---|
| ACCOUNT NBR | 9396 | BEGINNING BALANCE | $214.26 |
| AVG BALANCE | $211.09 | DEPOSITS/CREDITS | .00 |
| | | CHECKS/DEBITS | $-5.00 |
| | | ENDING BALANCE | $209.26 |

---

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 11-12 | MAINTENANCE FEE | -5.00 |
| | FEE BASED ACTIVITY | |
| | FOR 10/21 | |

### FEE SUMMARY

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| TOTAL OVERDRAFT FEES | $0.00 | $37.00 |
| TOTAL RETURNED ITEM FEES | $0.00 | $0.00 |



**MEMBER
FDIC**



EQUAL HOUSING
LENDER

DIRECT INQUIRIES TO: Premier Bank, P.O. Box 248, Defiance, Ohio 43512
1-877-367-8178

In Case of Errors or Questions About Your Electronic Transfers,

telephone us at 1-877-367-8178
or write us at:
Premier Bank
P.O. Box 248, Defiance, Ohio 43512

as soon as you can if you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

(1)    Tell us your name and account number (if any).
(2)    Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error, or why you need more information.
(3)    Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Each month, this form is provided to help you balance your account.

| SCHEDULE OF ITEMS OUTSTANDING | | |
|---|---|---|
| **ITEM NUMBER** | **AMOUNT** | |
| | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL OF OUTSTANDING ITEMS** | $ | |

ACCOUNT RECONCILIATION

1. Enter ending balance shown on this statement    $ _____

2. ADD any deposits not shown on this statement    $ _____

$ _____

$ _____

$ _____

$ _____

3. ADD 1 and 2 listed above    $ _____

4. SUBTRACT:

outstanding items from schedule at left    $ _____

withdrawals not shown on this statement    $ _____

debit card purchases not shown on statement    $ _____

withdrawals from an ATM not shown    $ _____

5. TOTAL ALL ITEMS ABOVE
This should be your present account register balance.
If not, the most common mistake is an error in
arithmetic, deducting any service charges or
adding any direct deposits to your account.    $ _____



**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218- 2051

October 30, 2021 through November 30, 2021

Account Number: ▇▇▇▇ 6063



սիվիսիկիլիսվիկիլիսիկիկիկիսվիկիլիսվիրկիիիսիվիսիկիկ

00001957 DRE 001 142 33721 NNNNNNNNNNN T 1 000000000 D2 0000
SQUIRRELS RESEARCH LABS LLC
121 WILBUR DR NE
NORTH CANTON OH 44720

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | **1-800-242-7383** |
| Para Espanol: | **1-888-622-4273** |
| International Calls: | **1-713-262-1679** |

**Good news — we've made two changes to help simplify how overdraft fees work.**

We'll no longer charge:

1. Returned Item Fees when items are declined or returned unpaid because you don't have a sufficient balance in your account.

2. Insufficient Funds Fees when your account balance is overdrawn by $50 or less at the end of the business day. If you overdraw your account by more than that, we'll charge a $34 Insufficient Funds Fee per item, beginning with the first item that overdraws your account balance by more than $50 (maximum of 6 fees per business day, up to $204).

We pay overdrafts at our discretion so we don't guarantee that we will always pay any type of transaction. As a reminder, overdraft services are only available for qualifying checking accounts. For additional information, please visit **chase.com/overdraft**.

## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | -$1,797.80 |
| Electronic Withdrawals | 1 | -915.90 |
| Fees | 1 | -118.95 |
| **Ending Balance** | **2** | **-$2,832.65** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.


## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/15 | Orig CO Name:18004Intuit        Orig ID:0000756346 Desc Date:211113 CO Entry Descr:Quickbookssec:Web    Trace#:021000022623240 Eed:211115    Ind ID:9054014 Ind Name:Squirrels Research Lab | $915.90 |
| | **Total Electronic Withdrawals** | **$915.90** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/03 | Service Charges For The Month of October | $118.95 |
| | **Total Fees** | **$118.95** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 11/03 | -$1,916.75 |
| 11/15 | -2,832.65 |

## SERVICE CHARGE SUMMARY

Chase Platinum Business Checking Accounts Included: ████████5602, ████████7683, ████████0217, ████████1770, ████████3391, ████████7633, ████████2583, ████████2522

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $109.95 |
| **Total Service Charges** | **$109.95** Will be assessed on 12/3/21 |

The monthly service fee was waived on your Chase Platinum Business Checking account because you maintained the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|-------------|--------|---------|---------|-------------|-------|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Accident Forgiveness** | | | | | |
| Insufficient Funds/Overdraft Item Paid | 1 | 1 | 0 | $34.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 18 | Unlimited | 0 | $0.40 | $0.00 |
| Electronic Credits | 68 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 84 | 500 | 0 | $0.40 | $0.00 |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 6 | Unlimited | 0 | $15.00 | $0.00 |
| International Incoming Wire Fee | 2 | Unlimited | 0 | $15.00 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Online Fx Intl Wire Fee | 1 | 4 | 0 | $5.00 | $0.00 |
| **Cash Management Services** | | | | | |
| Online ACH Payments Maint | 4 | 0 | 4 | $25.00 | $100.00 |
| Online - Financial Mgmt Access Fee | 1 | 0 | 1 | $9.95 | $9.95 |
| Quick Deposit Single Feed Maint | 1 | 0 | 1 | $0.00 | $0.00 |
| **Subtotal Other Service Charges (Will be assessed on 12/3/21)** | | | | | **$109.95** |

**ACCOUNT** ████████7683
**Other Service Charges:**
**Electronic Credits**



October 30, 2021 through November 30, 2021
Account Number: ███████6063

## SERVICE CHARGE DETAIL (continued)

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Electronic Items Deposited | 18 | | | | |
| Electronic Credits | 52 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 66 | | | | |
| **Miscellaneous Fees** | | | | | |
| Online Fx Intl Wire Fee | 1 | | | | |
| **Cash Management Services** | | | | | |
| Online ACH Payments Maint | 1 | | | | |
| Online - Financial Mgmt Access Fee | 1 | | | | |
| Quick Deposit Single Feed Maint | 1 | | | | |

**ACCOUNT** ███████0217

| | | | | | |
|---|---|---|---|---|---|
| **Electronic Credits** | | | | | |
| Electronic Credits | 15 | | | | |
| Domestic Incoming Wire Fee | 6 | | | | |
| International Incoming Wire Fee | 2 | | | | |

**ACCOUNT** ███████6063

| | | | | | |
|---|---|---|---|---|---|
| **Accident Forgiveness** | | | | | |
| Insufficient Funds/Overdraft Item Paid | 1 | | | | |
| **Other Service Charges:** | | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 1 | | | | |
| **Cash Management Services** | | | | | |
| Online ACH Payments Maint | 1 | | | | |

**ACCOUNT** ███████7633

| | | | | | |
|---|---|---|---|---|---|
| **Credits** | | | | | |
| Non-Electronic Transactions | 6 | | | | |

**ACCOUNT** ███████2583

| | | | | | |
|---|---|---|---|---|---|
| **Cash Management Services** | | | | | |
| Online ACH Payments Maint | 1 | | | | |

**ACCOUNT** ███████2522

| | | | | | |
|---|---|---|---|---|---|
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 11 | | | | |
| **Cash Management Services** | | | | | |
| Online ACH Payments Maint | 1 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**


This Page Intentionally Left Blank



**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

October 30, 2021 through November 30, 2021

Account Number: ▮▮▮▮▮3391

հՊիկվիկ-ոլիԱՊկվիԱկվիՈՈիՈՈհ-կոՈերՈկրՈ-ի-ին

00000238 DRE 001 142 33721 NNNNNNNNNN T 1 000000000 D7 0000
SQUIRRELS RESEARCH LABS LLC
121 WILBUR DR NE
NORTH CANTON OH 44720

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

**Good news — we've made two changes to help simplify how overdraft fees work.**

We'll no longer charge:

1. Returned Item Fees when items are declined or returned unpaid because you don't have a sufficient balance in your account.

2. Insufficient Funds Fees when your account balance is overdrawn by $50 or less at the end of the business day. If you overdraw your account by more than that, we'll charge a $34 Insufficient Funds Fee per item, beginning with the first item that overdraws your account balance by more than $50 (maximum of 6 fees per business day, up to $204).

We pay overdrafts at our discretion so we don't guarantee that we will always pay any type of transaction. As a reminder, overdraft services are only available for qualifying checking accounts. For additional information, please visit **chase.com/overdraft**.

---

| **CHECKING SUMMARY** | Chase Platinum Business Checking |
|---|---|

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Ending Balance | 0 | $0.00 |

---

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account — please refer to your Deposit Account Agreement for more information.


## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

**CHASE ◯**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

October 30, 2021 through November 30, 2021

Account Number: ▮▮▮▮ 1770

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

ıllıılıllıⅈⅈⅈıⅈⅈlıⅈllllⅈⅈllıllⅈlⅈⅈⅈⅈⅈlⅈⅈⅈⅈılⅈlⅈl

00000222 DRE 001 142 33721 NNNNNNNNNNN T 1 000000000 D2 0000
SQUIRRELS RESEARCH LABS LLC
121 WILBUR DR NE
NORTH CANTON OH 44720

**Good news — we've made two changes to help simplify how overdraft fees work.**

We'll no longer charge:

1.  Returned Item Fees when items are declined or returned unpaid because you don't have a sufficient balance in your account.

2.  Insufficient Funds Fees when your account balance is overdrawn by $50 or less at the end of the business day. If you overdraw your account by more than that, we'll charge a $34 Insufficient Funds Fee per item, beginning with the first item that overdraws your account balance by more than $50 (maximum of 6 fees per business day, up to $204).

We pay overdrafts at our discretion so we don't guarantee that we will always pay any type of transaction. As a reminder, overdraft services are only available for qualifying checking accounts. For additional information, please visit **chase.com/overdraft**.

### CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Ending Balance | 0 | $0.00 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

Your Chase Platinum Business Checking account provides:
*   No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
*   500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
*   $25,000 in cash deposits per statement cycle
*   Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account — please refer to your Deposit Account Agreement for more information.



## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**