Exhibit B

1. MWDC bank accounts were not closed as of the covered dates of this report, as the bank had notified their bankruptcy team but no action had been taken by the bank to close until December 2021.

Exhibit C
No data to report for this period.

Exhibit D
No data to report for this period.

Exhibit E
No data to report for this period.

SCHEDULE F MWDC
Accounts Receivable

| Name | Amount |
|---|---|
| Michael Maranda | $53,514.96 |



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 30, 2021 through November 30, 2021

Account Number: ███████████79 9

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00036039 DRE 001 212 39521 NNNNNNNNNN 1 000000000 64 0000

THE MIDWEST DATA COMPANY LLC
121 WILBUR DR NE
NORTH CANTON OH 44720



### Good news — we've made two changes to help simplify how overdraft fees work.

We'll no longer charge:

1. Returned Item Fees when items are declined or returned unpaid because you don't have a sufficient balance in your account.

2. Insufficient Funds Fees when your account balance is overdrawn by $50 or less at the end of the business day. If you overdraw your account by more than that, we'll charge a $34 Insufficient Funds Fee per item, beginning with the first item that overdraws your account balance by more than $50 (maximum of 6 fees per business day, up to $204).

We pay overdrafts at our discretion so we don't guarantee that we will always pay any type of transaction. As a reminder, overdraft services are only available for qualifying checking accounts. For additional information, please visit **chase.com/overdraft**.

## CHECKING SUMMARY
Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $53.15 |
| Deposits and Additions | 1 | 170,004.45 |
| Electronic Withdrawals | 7 | -168,197.56 |
| Fees | 5 | -124.00 |
| **Ending Balance** | 13 | **$1,736.04** |

Your monthly service fee was $15.00 this statement period.

Page 1 of 4



Here's how your activity can help you avoid the $15.00 monthly service fee: the fee is waived if any of the following is achieved over the statement period:
- Minimum Daily Balance[1] of $2,000.00 or more 10/01/2021 – 10/29/2021
- Spend at least $2,000.00 in purchases using your Chase Ink® Business Card(s)[2]
- Accept deposits of $2,000.00 or more into your Chase Business Complete Checking account through QuickAccept[SM] or other Chase Merchant Services at least one day prior to the last day[3] of your checking account statement period 10/01/2021 – 10/29/2021

Here's a summary of your activity period:
- Minimum Daily Balance[1]: $53.15
- Chase Ink® Business Card(s)[2] purchases: $0.00
- QuickAccept and Chase Merchant Services deposits into your account: $0.00

1. Minimum Daily Balance must be maintained as of the beginning of the day for each day of the statement cycle.
2. Based on aggregated spending (minus returns or refunds) where the Chase Ink® Business Card(s) share a business entity legal name with the Chase Business Complete Checking account, using each of their most recently completed monthly card billing period(s).
3. The cutoff time on this business day is 7 a.m. Eastern Time. For example, if your monthly bank account cycle ends on November 30, the cutoff for QuickAccept or other Chase Merchant Services account(s) deposits into your Chase Business Complete Checking account is 7 a.m. Eastern Time on November 29

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/09 | Online Transfer From Chk ...7962 Transaction#: 12982191531 | $170,004.45 |
| **Total Deposits and Additions** | | **$170,004.45** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/03 | 11/03 Online Transfer To Chk ...7962 Transaction#: 12937811071 | $25.00 |
| 11/08 | Orig CO Name:18004Intuit    Orig ID:0000756346 Desc Date:211106 CO Entry Descr:Quickbookssec:Web    Trace#:021000025739261 Eed:211108   Ind ID:98800010    Ind Name:Midwest Data Company L | 85.20 |
| 11/10 | 11/10 Online Domestic Wire Transfer Via: Frb of PA/043318092 A/C: Ore Haires Company LLC North Canton OH 44720 US Imad: 1110B1Qgc080006305 Trn: 31139013145s | 134,874.45 |
| 11/10 | 11/10 Online Domestic Wire Transfer Via: Hunt Col/044000024 A/C: Brouse Mcdowell Lpa IOLTA Trust Akron OH 44311 US Ref: Fbo Squirrels Research Labs Imad: 1110B1Qgc030004165 Trn: 3171371314Es | 15,000.00 |
| 11/10 | Orig CO Name:Cinfin    Orig ID:0000000160 Desc Date:211110 CO Entry Descr:Insurance Sec:Web    Trace#:021000298049835 Eed:211110   Ind ID:504416C    Ind Name:David *Starfill | 8,183.00 |
| 11/12 | 11/12 Online Transfer To Chk ...7962 Transaction#: 13004807191 | 29.91 |
| 11/18 | 11/18 Online Domestic Wire Transfer Via: Webster Bank CT/211170101 A/C: Everstream Boston MA 02284 US Ref: Account E9191020569B-R Imad: 1118B1Qgc70004146 Trn: 3042911322Es | 10,000.00 |
| **Total Electronic Withdrawals** | | **$168,197.56** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/08 | Insufficient Funds Fee For A $85.20 Item - Details: Orig CO Name:18004Intuit    Orig ID:0000756346 Desc Date:211106 CO Entry Descr:Quickbookssec:Web Trace#:021000025739261 Eed:211108   Ind ID:98800010    Ind Name:Midwest Data Company L | $34.00 |
| 11/10 | Online Domestic Wire Fee | 25.00 |
| 11/10 | Online Domestic Wire Fee | 25.00 |
| 11/18 | Online Domestic Wire Fee | 25.00 |
| 11/30 | Monthly Service Fee | 15.00 |
| **Total Fees** | | **$124.00** |



# DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/03 | $28.15 |
| 11/08 | -91.05 |
| 11/09 | 169,913.40 |
| 11/10 | 11,805.95 |
| 11/12 | 11,776.04 |
| 11/18 | 1,751.04 |
| 11/30 | 1,736.04 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 30, 2021 through November 30, 2021

Account Number: ████████ 7962

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00036040 DRE 001 212 33521 NNNNNNNNNNN 1 000000000 64 0000
THE MIDWEST DATA COMPANY LLC
121 WILBUR DR NE
NORTH CANTON OH 44720



**Good news — we've made two changes to help simplify how overdraft fees work.**

We'll no longer charge:

1. Returned Item Fees when items are declined or returned unpaid because you don't have a sufficient balance in your account.

2. Insufficient Funds Fees when your account balance is overdrawn by $50 or less at the end of the business day. If you overdraw your account by more than that, we'll charge a $34 Insufficient Funds Fee per item, beginning with the first item that overdraws your account balance by more than $50 (maximum of 6 fees per business day, up to $204).

We pay overdrafts at our discretion so we don't guarantee that we will always pay any type of transaction. As a reminder, overdraft services are only available for qualifying checking accounts. For additional information, please visit **chase.com/overdraft**.

## CHECKING SUMMARY    Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $0.00 |
| Deposits and Additions | 4 | 170,074.36 |
| Electronic Withdrawals | 3 | -170,034.36 |
| Fees | 3 | -55.00 |
| **Ending Balance** | 10 | **-$15.00** |

Your monthly service fee was $15.00 this statement period.

21-61491-tnap    Doc 91-1    FILED 12/22/21    ENTERED 12/22/21 14:28:20    Page 10 of 13



Here's how your activity can help you avoid the $15.00 monthly service fee: the fee is waived if any of the following is achieved over the statement period:
- Minimum Daily Balance[1] of $2,000.00 or more 10/01/2021 – 10/29/2021
- Spend at least $2,000.00 in purchases using your Chase Ink® Business Card(s)[2]
- Accept deposits of $2,000.00 or more into your Chase Business Complete Checking account through QuickAccept[SM] or other Chase Merchant Services at least one day prior to the last day[3] of your checking account statement period 10/01/2021 – 10/29/2021

Here's a summary of your activity period:
- Minimum Daily Balance[1]: $0.00
- Chase Ink® Business Card(s)[2] purchases: $0.00
- QuickAccept and Chase Merchant Services deposits into your account: $0.00

1. Minimum Daily Balance must be maintained as of the beginning of the day for each day of the statement cycle.
2. Based on aggregated spending (minus returns or refunds) where the Chase Ink® Business Card(s) share a business entity legal name with the Chase Business Complete Checking account, using each of their most recently completed monthly card billing period(s).
3. The cutoff time on this business day is 7 a.m. Eastern Time. For example, if your monthly bank account cycle ends on November 30, the cutoff for QuickAccept or other Chase Merchant Services account(s) deposits into your Chase Business Complete Checking account is 7 a.m. Eastern Time on November 29

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/03 | Online Transfer From Chk ...7939 Transaction#: 12937811071 | $25.00 |
| 11/08 | Fedwire Credit Via: Evolve Bank & Trust/084106768 B/O: Synapse Financial Technologies San Francisco CA 94105 Ref: Chase Nyc/Ctr/Bnf=The Midwest Data Company LLC North Canton OH 44720-1 641 US/Ac-000000005386 Rfb=O/B Evol Ve B & T Obi=JPMorgan Chase Bank NA Columbus, OH, US 61881BC9B92D562Aa 1Df9Dd3/Fromal Imad: 1108Mmqfmpd1000629 Trn: 0609400312Ff | 170,000.00 |
| 11/08 | Orig CO Name:Paychex Tps      Orig ID:1161124166 Desc Date:110521 CO Entry Descr:Taxes   Sec:CCD   Trace#:021000024876655 Eed:211108  Ind ID:94792300007417X        Ind Name:Squirrels Research Lab | 19.45 |
| 11/12 | Online Transfer From Chk ...7939 Transaction#: 13004807191 | 29.91 |
| **Total Deposits and Additions** | | **$170,074.36** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/09 | 11/09 Online Transfer To Chk ...7939 Transaction#: 12982191531 | $170,004.45 |
| 11/10 | Orig CO Name:Paychex Eib       Orig ID:1161124166 Desc Date:211110 CO Entry Descr:Invoice  Sec:CCD   Trace#:021000029983497 Eed:211110  Ind ID:X94692200041995       Ind Name:Squirrels Research Lab Trn: 3149983497Tc | 14.91 |
| 11/12 | Orig CO Name:Paychex-Hrs      Orig ID:1555124166 Desc Date:     CO Entry Descr:Ins Prem  Sec:CCD   Trace#:021000023109514 Eed:211112  Ind ID:38641452          Ind Name:Squirrels Research LA Trn: 3163109514Tc | 15.00 |
| **Total Electronic Withdrawals** | | **$170,034.36** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | Chase ACH Payments Monthly Fee | $25.00 |
| 11/08 | Domestic Incoming Wire Fee | 15.00 |
| 11/30 | Monthly Service Fee | 15.00 |
| **Total Fees** | | **$55.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/01 | -$25.00 |
| 11/03 | 0.00 |
| 11/08 | 170,004.45 |



October 30, 2021 through November 30, 2021

Account Number: 7962

## DAILY ENDING BALANCE | *(continued)*

| DATE | AMOUNT |
|---|---|
| 11/09 | 0.00 |
| 11/10 | -14.91 |
| 11/12 | 0.00 |
| 11/30 | -15.00 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**


October 30, 2021 through November 30, 2021

Account Number: 7962

This Page Intentionally Left Blank