# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| Squirrels Research Labs LLS, et al., | ) | CASE NO. 21-61491-rk |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | JUDGE RUSS KENDIG |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS AND RECEIPT OF NOTICES

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

PLEASE TAKE NOTICE and, pursuant to Bankruptcy Rule 9010(b), enter the appearance of:

Robert E. Goff, Jr.
*RGoff@westonhurd.com*
Weston Hurd LLP
1300 E. 9th Street, Suite 1400
Cleveland, Ohio 44114
Telephone: 216.241.6602
Facsimile: 216.621.8369

as counsel for Cincinnati Insurance Company, a creditor of the above-named Debtor.

REQUEST is hereby further made by counsel that all notices given or required to be given in this case to parties in interest pursuant to Bankruptcy Rule 2002 be delivered and serviced upon said counsel.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notice and papers referred to in the Rules specified hereinabove, but also includes without limitation orders and notices of any application, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegram, telex or otherwise: (1) which may, directly or indirectly, affect or seek to affect in any way rights or interests of Cincinnati Insurance Company ("CIC") with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor has or may claim an interest; or (c) property or proceeds thereof in possession, custody or control of Cincinnati Insurance Company, which Debtor may seek to use; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by Cincinnati Insurance Company; or (3) which may otherwise affect the Debtor or the property of the Debtor.

Respectfully submitted,

*/s/ Robert E. Goff, Jr.*
**ROBERT E. GOFF, JR. (0069818)**
*RGoff@westonhurd.com*
**Weston Hurd LLP**
1300 E. 9th Street, Suite 1400
Cleveland, OH 44114
(216) 241-6602 / (216) 621-8369 (fax)

*Counsel for Cincinnati Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of December, 2021, a copy of the foregoing Notice of Appearance and Request for Service of Papers and Receipt of Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

*/s/ Robert E. Goff, Jr.*
**ROBERT E. GOFF, JR. (0069818)**