**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

### CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on December 21, 2021, a true and correct copy of the *Order Establishing General and Government Claims Bar Dates and Approving Form and Manner of Notice Thereof* was served via the court's Electronic Case Filing System on these entities and individual who are listed on the court's Electronic Mail Notice List:

John C. Cannizzaro on behalf of Interested Party Instantiation LLC at John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc. at christopher.combest@quarles.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

1

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at
fschwieg@schwieglaw.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at
jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at
jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at
kate.m.bradley@usdoj.gov

And by Regular U.S. Mail, postage prepaid, on December 22, 2021 on the following:

AEP Ohio
301 Cleveland Ave., SW
Canton, OH 44720

Andrew Waters
6653 Main Street
Williamsville, NY 14221
**UNDELIVERABLE**

Bittware/Molex LLC
2222 Wellington Ct
Lisle, IL 60532

CliftonLarsonAllen LLP
Attn: Daniel Riemenschneider
4334 Munson St., NW
Canton, OH 44718

CT Data LLC
133 River Road
Mystic, CT 06355

Donald Ruffatto
420 Fairview Ave, Apt. 107
Arcadia, CA 91007

Everhart Glass Co., Inc.
Attn: Linda Monigold
207 Ninth St., SW
PO Box 20645
Canton, OH 44701

Everstream
1228 Euclid Ave #250
Cleveland, OH 44115

FedEx
PO Box 371461
Pittsburgh, PA 15250-7461

Hailu Looyestein
Schout Coxstraat 1
5421GJ Gemert
**NETHERLANDS**

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Group 6
1240 E. Ninth Street, Room 493
Cleveland, OH 44199

IPS Assembly Corp.
Attn: Perry Sutariya
12077 Merriman Rd
Livonia, MI 48150

Jason Price
67 Bartram Trail
Brunswick, GA 31523

Jose A. Rubio
15925 Hopper Lane
San Diego, CA 92127

Mark D'Aria
165 Old Field Rd.
Setauket, NY 11733-1639

Metal Masters
Attn: Bret Kettlewell
125 Williams Dr
Dover, OH 44622

David Chase, et al.
c/o Michael Maranda
38 Oaklawn Ave
Farmingville, NY 11738

Office of the U.S. Trustee
201 Superior Ave. East, Suite 441
H.M. Metzenbaum US Courthouse
Cleveland, OH 44114-1234

Office of U.S. Attorney
Attn: Bankruptcy Section
Carl B. Stokes U.S. Court House
801 W. Superior Avenue, Ste 400
Cleveland, OH 44113

Ohio Attorney General
Collections Enforcement Section
Attn: Bankruptcy Unit
30 E. Broad Street, 14th Floor
Columbus, OH 43215

Ohio Bureau of Workers' Compensation
Attn: Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567

Ohio Department of Job & Family Svcs
Attn: Legal Support-Bankruptcy
PO Box 182830
Columbus, OH 43218-2830

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

Phillippe Germain
102 W. Service Rd #2153466
Champlain, NY 12919

Sam Adams
3417 Bush Street
Stevens Point, WI 54481

Samtec
520 Park E. Blvd.
New Albany, IN 47150

Steven Turnshek
13 Krist Glen Dr
Swissvale, PA 15218

Trevor Steinle
24106 SE 42nd St
Sammamish, WA 98029

William Paden
205 Plains Rd
Westford, VT 05494

Michael Maranda
38 Oaklawn Ave
Farmingville, NY 11738

Instantiation LLC
c/o Jason R. Schendel
Sheppard, Ullin, Richter & Hampton LLP
4 Embarcadero Center, 17th Flr
San Francisco, CA 94111

Internal Revenue Service
Attn: Deputy Director
1240 E. Ninth Street
Cleveland, OH 44199

Better PC, LLC
c/o Christopher Niekamp
Buckingham Doolittle and Burroughs LLC
3800 Embassy Parkway, Suite 300
Akron, OH 44308

Christophe Touzet
32 Rouillon
Saint Germain En Cogles 35133
**FRANCE**

Aaron Holquin
2046 Jamison Pl
Santa Clara, CA 95051

Aaron Reimer
PMB-AR113422
Sumas, WA 98295-9674

A.G. Adjustments, Ltd.
740 Walt Whitman Rd
Melville, NY 11747

Amanda McConnell
191 E. 28th Street
Dover, OH 44622

Andrew Gould
4812 Wildflower Drive
North Canton, OH 44720

Alton Hare
1200 17th St NW
Washington, DC 20036

Bradley Conn
51 Maple Avenue
Locust Valley, NY 11560

Bradon Pen
56 Varcoe Rd
Courtice, ON L1E 1S5
**CANADA**

Ben George
5464 Lake Ave
Orchard Park, NY 14127

Brett Mashford
35 Oakmoss Dr
Springfield Lakes, QLD 4300
**AUSTRALIA**

Brian Fiducci
24463 Norelius Ave
Round Lake, IL 60073

Brandon Osbourne
151 Mary Ellen Drive
Charleston, SC 29403

Carl Forsell
c/o James E.P. Sisto
Schuerger Law Group
1001 Kingsmill Parkway
Columbus, OH 43229

Chad Clark
876 Jefferson St
Menasha, WI 54952

Brian Klinger
4018 Shelby Row
Sugar Land, TX 77479

Cincinnati Insurance
6200 S. Gilmore Rd
Fairfield, OH 45014-5141

Clarence Smith
3290 Double Creek Dr N., Apt 301
Plainfield, IN 46168

Cincinnati Insurance
PO Box 145496
Cincinnati, OH 45250-5496

Daniel Hajdu
Graslaan 111
6833CG Arnhem
**NETHERLANDS**

Daniel Russo
120 High Farms Rd
Glen Head, NY 11545

Culligan of Canton
4810 Southway St., SW
Canton, OH 44706

Darry Kurpisz
14635 22nd Ave SW
Burien, WA 98166

David Reynolds
6046 Jerusalem Drive
Cicero, NY 13039

Darien Lyons
45 Elvin Street
Staten Island, NY 10314

Dustin Hooper
20063 W. Jackson St.
Buckeye, AZ 85326-2777

Fabrizio Simonetti
Via Gozzer N 2A
57128 Livorno
**ITALY**

David Stanfill
772 Treat Blvd.
Tallmadge, OH 44278

George D. Jimenez
9396 Broadland Street, NW
Massillon, OH 44646

Gilbert Rodriguez
PO Box 1535
Fabens, TX 79838-1535

Fernando Molina
5275 SW 146 AVE
Miami, FL 33175

GS1 US, Inc.
300 Princeton South Corporate Center
Ewing Township, NJ 08628

Heather Bradley
1213 N. Chapel Street
Louisville, OH 44641

GS 8100, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Horizon Supply Group
Attn: Jeff Habbyshaw
3691 Honors Way
Howell, MI 48843

Isaac Gabriel
Quarles and Brady
One Renissaince Sq
Two North Central Ave
Phoenix, AZ 85004

Henry Ryan
228 Cranbury Road
Princeton Junction, NJ 08550

James Holodnak
2910 16th Street, NW
Canton, OH 44708

JC Pack
199 Virginia Ave., #292
San Ysidro, CA 92173-2717

Israel Garcia
615 Oak Hollow Dr
Newberg, OR 97132

Jeffrey Cordell
17517 NW Ashland Drive
Portland, OR 97229

Jessica Gritzan
1280 Linwood Ave SW
North Canton, OH 44720

Jean Viljoen
5 Cape Willow
Hermanus, Western Cape
7200 **SOUTH AFRICA**

Jonathan Hulecki
10505 Ciwberry Ct
Vienna, VA 22182

Jordan Kupersmith
888 N. Quincy St
Arlington, VA 22203
**UNDELIVERABLE**

Joaquim Ginesta
Emili Grahit 6, 4r 1r
17002 Girona
**SPAIN**

Joshua Harris
209 N. Horner Blvd.
Sanford, NC 27330

JPMorgan Chase Bank
1111 Polaris Pkwy
Columbus, OH 43240

Josh Luoni
808 8th St
Fairmont, WV 26554

Kyle Slutz
1116 W. Nimisila Road
Clinton, OH 44216

Kyle Tricarico
5464 Lake Ave
Orchard Park, NY 14127

Kimble Companies
3596 SR 39
Dover, OH 44622

Mario Fortier
10 Orchard Lane
Chelmsford, MA 01824

Marius Nastasenko
Taikos g. 148
Vilnius
Vilniaus Apskritis 5227
**LITHUANIA**

Luco Gilardi
Ul. Slivnitsa 188
Sofia 1202
**BULGARIA**

Michael Dai
43174 Christy Street
Fremont, CA 94538

Michael Rampton
6222 12th Street, North
Arlington, VA 22205

Mark Veon
2547 S. 3rd Street
Milwaukee, WI 53207

Michael Robinson
103 Hunters Ct
Forest, VA 24551

Naoaki Kita
Kigoshimachi
Kanazawa-shi
Ishikawaken 920-0203
**JAPAN     UNDELIVERABLE**

Michael Riley
2506 SW 23rd Cranbrook Dr
Boynton Beach, FL 33436

Mohamed Kazem
27 Orwell Street
Potts Point
SYDNEY, NSW 2011
**AUSTRALIA**

NJEB Partners
244 5th Avenue, Ste 1253
New York, NY 10001

Miguel Chacon
120 NW 6th Ave
Miami, FL 33128

Nicolas Rochon
4278 Beausoleil
Terrebonne QC J6V 1G1
**CANADA**

Pat Clay
72 Baker Dr
Gansevoort, NY 12831

Peter Ensor
Powerstown House
Clonee, Dublin
D15 YH52
**IRELAND**

Rajesh Bhakar
Sector 9d/204, 2nd Flr Akarti Apartment
Jaipur
Rajasthan 302021
**INDIA**

Richard Weeks
4199 Defoors Farm Dr
Powder Springs, GA 30127

Ryan Marfone
98 N. Hawkhurst Cir
The Woodlands, TX 77354

Squirrels LLC
121 Wilbur Drive NE
North Canton, OH 44720

Tim Bredemus
9757 Union Terrace Ln N
Maple Grove, MN 55369

Tri Ho
1180 N. Cherry Way
Anaheim, CA 92801

Uline
12575 Uline Dr
Pleasant Prairie, WI 53138

Nick Yarosz
3019 Ellington Dr
Summerville, SC 29485

One Haines Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Patrick Nadeau
311 Andrews Rd
Wolcott, CT 06716

Premier Bank
PO Box 248
Defiance, OH 43512

Raymond Wodarczyk
Kinzigstraaˆšï¼e 28
10247 Berlin
**GERMANY**

Robin Wolf
Fasangasse 49
Vienna
Wien 1030
**AUSTRIA**

Scott Chen
4058 Case St
Elmhurst, NY 11373

Stefano Chiesa
Via III Novembre 41
38026 Fucine Trentino
 **ITALY**

Tommy DeFreitas
14114 N. Wind Cave Ct
Conroe, TX 77384

One Skymax Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Paul Kelsey
1583 E. Primrose Lane
Layton, UT 84040

R. Scott Heasley
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122

Richard Bergstrom
30107 Mountain View Dr
Hayward, CA 94544

Ruben Sousa
Av. D. Joâ šÂ£o II, nÂ â 34
1998-031 Lisboa
**PORTUGAL**

Seth Stanfill
1515 24th Street, NW
Canton, OH 44709

Thom Kuznia
5801 Drew Ave S.
Edina, MN 55410

TorEA Consulting
Attn: Paul Billinger
1 Bow Street
Stouffville, ON  L4A 1Z3
**CANADA**

U.S. Small Business Administration
District Counsel
1350 Euclid Ave, Suite 211
Cleveland, OH 44115

Welbour Espartero
46 6th Ave NE
Swift Current, SK S9H 2L7
**CANADA**

Troy Keplinger
1730 E. Park St
Enid, OK 73701

Robert Renna
48 Samantha Dr
Morganville, NJ 07751-4006

Robert Oxsen
12795 Lowhills Rd
Nevada City, CA 95959-9074

Marco Mendoza
29407 Pyrite St
Menifee, CA 92584

Richard Hall
61 Falkirk Avenue
Wellington, WGN 6022
**NEW ZEALAND**

Arran Gracie
221 Southwest Alder Street
Portland, OR 97204

Aditya Chauhan
1429 Bay Ridge Ave., FL 2
Brooklyn, NY 11219

Andrew Wolf
1960 SW Old Sheridan Rd
McMinnville, OR 97128-8686

James Soldi
2208B Clark Ln
Redondo Beach, CA 90278-4304

Aaron Strating
411B Vancouver St
Victoria, BC V8v 3t4
**CANADA**

Henrik Gustafsson
N/A
U 10 54 Kay St
Scarborough, WA 6019
**AUSTRALIA**

Lance Colton
301-10140 150 St NW
Edmonton, AB T5P 1P1
**CANADA**

Fabian Delmotte
Rue de Favence 29
Nandrin, -- 4550
**BELGUIM**

Richard Ramazinski
1000 Flower Drive, STE LKS 2035
Glendale, CA 91201

Jason Palmer
4000 Davey St, APT 608
New Orleans, LA 70122-6903

Barry Gluntz
2350 Winfield Ave
Rocky River, OH 44116

Matthew Peterson
3390 Stratford Rd NE
Unit 516
Atlanta, GA 30326

Haley Williams
518 Washington St.
Santa Cruz, CA 95060

David Burlington
38 Bryant St APT 804
San Francisco, CA 94105-6119

Jack Cooper
4684 Douglas Circle NW
Canton, OH 44735

Jeffrey Willis
987 S. High Street
Columbus, OH 43206

Matteo Trinca
Lania Geo Ltd.
10 Zahesi Territory
Svimon Shotadze
Tbilisi, T'bilisi 0178  **GEORGIA**

Pascal Peters
P.H.J.J. Peters Holding B.V.
Parklaan 6
Oss, Noord Brabant 5345 BV
**NETHERLANDS**

Tim Robinson
2376 Burg Street
Granville, OH 43023

Bill Gallagher
591 Lantern Way
Aurora, OH 44202

Dean Givens
170 Glad Spring Dr.
Lexington, SC 29072

Elloit Boutin
2909 N. Oliver St., Apt. 1014
Wichita, KS 67220

Enrique Espinosa
4009 Old Bridgeview Ln
Charleston, SC 29403

Everett Fominyen
6733 N. 105th Ave.
Omaha, NE 68122

Gabriel and Andrew Boutin
48 Cascade St.
Essex Junction, VT 05452

Gail O'connell
8960 Ringview Dr.
Mechanicsville, VA 23116

Jason Rettburg
670 Robinhood Dr.
Aurora, OH 44202

Jon Bulger
5169 Freeman Rd.
Orchard Park, NY 14127

Justin O'Connell
5104 Kemp St.
Henrico, VA 23231

Sidney Keith
8127 Larkspur Ave NW
North Canton, OH 44720

Stephen Allison
18 Monument Dr.
Stafford, VA 22554

Tulip
5464 Lake Ave
Orchard Park, NY 14127

William Sweeney
10 Westedge St., Unit 725
Charleston, SC 29403

Envista Forensics LLC, dba AREPA
111 Deer Lake Rd., Suite 100
Deerfield, IL 60015

Instantiation, LLC
Attn: Sam Cassatt
434 Dorado Beach E
Dorado, **PUERTA RICO** 00646

Avnet Inc.
5400 Prairie Stone Pkwy
Hoffman Estates, IL 60192

Avnet Inc.
Attn: Dennis Losik
5400 Prairie Stone Pkwy
Hoffman Estates, IL 60192

Avnet Inc.
c/o Michael Walker, General Counsel
2211 S. 47th Street
Phoenix, AZ 85034

Instantiation LLC
c/o John C. Cannizzaro
Ice Miller LLP
250 West Street Suite 700
Columbus, OH 43215

Avnet, Inc.
c/o Christopher P. Combest
Quarles & Brady LLP
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654

Fred Schwieg, Trustee
19885 Detroit Road #239
Rocky River, OH 44116

AEP
c/o Paul J. Schumacher
Dickie, McCamey & Chilcote, P.C.
600 Superior Avenue East
Fifth Third Center, Suite 2330
Cleveland, OH 44114

The Midwest Data Company
121 Wilbur Dr. NE
North Canton, OH 44720

Instantiation LLC
c/o Jeannie Kim
Sheppard, Ullin, Richter & Hampton LLP
4 Embarcadero Center, 17th Flr
San Francisco, CA 94111

Envista Forensics LLC, dba AREPA
111 Deer Lake Rd., Suite 100
Deerfield, IL 60015

And by email, on December 22, 2021, on the following:

    Artem Pylypchuk at articicejuice@gmail.com
    Jose Nunez at admin@croxmoon.com
    Michael Erceg at michael.erceg@gmail.com
    Spencer Gabriel Singh at spencersingh96@gmail.com
    Todd Dallimore at tdallimore@start.ca
    Yannick Vergult at yannick.vergult@gmail.com

Dated: December 22, 2021

Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for the Debtor and Debtor-in-Possession*

[1367313]