UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

## CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on December 22, 2021, a true and correct copy of the following:

1. Motion of Debtor and Debtors-in-Possession Squirrels Research Labs LLC for an Order Authorizing the Rejection of Equipment Lease Agreements with Bittware, Inc.; and

2. Notice of Motion of Debtor and Debtors-in-Possession Squirrels Research Labs LLC for an Order Authorizing the Rejection of Equipment Lease Agreements with Bittware, Inc.

was served via the court's Electronic Case Filing System on these entities and individual who are listed on the court's Electronic Mail Notice List:

    John C. Cannizzaro on behalf of Interested Party Instantiation LLC at John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

    Christopher Paul Combest on behalf of Creditor Avnet, Inc. at christopher.combest@quarles.com

    John G. Farnan on behalf of Cincinnati Insurance Company at jfarnan@westonhurd.com

    Jeannie Kim on behalf of Interested Party Instantiation LLC at JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

1

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at kate.m.bradley@usdoj.gov

And by Regular U.S. Mail, postage prepaid, on December 22, 2021 on the following:

| | |
|---|---|
| Bittware/Molex LLC<br>2222 Wellington Ct<br>Lisle, IL 60532 | Instantiation LLC<br>c/o Jason R. Schendel<br>Sheppard, Ullin, Richter & Hampton LLP<br>4 Embarcadero Center, 17th Flr<br>San Francisco, CA 94111 |

| | |
|---|---|
| Dated: December 22, 2021 | Respectfully submitted,<br><br>*/s/ Julie K. Zurn*<br>Marc B. Merklin (0018195)<br>Julie K. Zurn (0066391)<br>BROUSE McDOWELL, LPA<br>388 S. Main Street, Suite 500<br>Akron, Ohio 44311<br>Telephone: (330) 535-5711<br>Facsimile: (330) 253-8601<br>mmerklin@brouse.com<br>jzurn@brouse.com<br><br>*Counsel for the Debtor and Debtor-in-Possession* |

[1367457]

2