# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

## CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on December 22, 2021, a true and correct copy of the *Notice of Establishment of General Bar Date and Government Bar Date for Filing Proofs of Claim Against the Bankruptcy Estate* was served via the court's Electronic Case Filing System on these entities and individual who are listed on the court's Electronic Mail Notice List:

John C. Cannizzaro on behalf of Interested Party Instantiation LLC at John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc. at christopher.combest@quarles.com

John G. Farnan on behalf of Creditor Cincinnati Insurance Company at jfarnan@westonhurd.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

1

Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at kate.m.bradley@usdoj.gov

And by Regular U.S. Mail, postage prepaid, on December 22, 2021 on the following:

| | | |
|---|---|---|
| AEP Ohio<br>301 Cleveland Ave., SW<br>Canton, OH 44720 | Andrew Waters<br>6653 Main Street<br>Williamsville, NY 14221<br>**UNDELIVERABLE** | Bittware/Molex LLC<br>2222 Wellington Ct<br>Lisle, IL 60532 |
| CliftonLarsonAllen LLP<br>Attn: Daniel Riemenschneider<br>4334 Munson St., NW<br>Canton, OH 44718 | CT Data LLC<br>133 River Road<br>Mystic, CT 06355 | Donald Ruffatto<br>420 Fairview Ave, Apt. 107<br>Arcadia, CA 91007 |
| Everhart Glass Co., Inc.<br>Attn: Linda Monigold<br>207 Ninth St., SW<br>PO Box 20645<br>Canton, OH 44701 | Everstream<br>1228 Euclid Ave #250<br>Cleveland, OH 44115 | FedEx<br>PO Box 371461<br>Pittsburgh, PA 15250-7461 |
| Hailu Looyestein<br>Schout Coxstraat 1<br>5421GJ Gemert<br>**NETHERLANDS** | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Attn:: Deputy Director<br>Internal Revenue Service<br>Insolvency Group 6<br>1240 E. Ninth Street, Room 493<br>Cleveland, OH 44199 |
| IPS Assembly Corp.<br>Attn: Perry Sutariya<br>12077 Merriman Rd<br>Livonia, MI 48150 | Jason Price<br>67 Bartram Trail<br>Brunswick, GA 31523 | Jose A. Rubio<br>15925 Hopper Lane<br>San Diego, CA 92127 |

Mark D'Aria
165 Old Field Rd.
Setauket, NY 11733-1639

Metal Masters
Attn: Bret Kettlewell
125 Williams Dr
Dover, OH 44622

David Chase, et al.
c/o Michael Maranda
38 Oaklawn Ave
Farmingville, NY 11738

Office of the U.S. Trustee
201 Superior Ave. East, Suite 441
H.M. Metzenbaum US Courthouse
Cleveland, OH 44114-1234

Office of U.S. Attorney
Attn: Bankruptcy Section
Carl B. Stokes U.S. Court House
801 W. Superior Avenue, Ste 400
Cleveland, OH 44113

Ohio Attorney General
Collections Enforcement Section
Attn: Bankruptcy Unit
30 E. Broad Street, 14th Floor
Columbus, OH 43215

Ohio Bureau of Workers'
Compensation
Attn: Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567

Ohio Department of Job & Family Svcs
Attn: Legal Support-Bankruptcy
PO Box 182830
Columbus, OH 43218-2830

Ohio Department of Taxation
Attn:  Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

Phillippe Germain
102 W. Service Rd #2153466
Champlain, NY 12919

Sam Adams
3417 Bush Street
Stevens Point, WI 54481

Samtec
520 Park E. Blvd.
New Albany, IN 47150

Steven Turnshek
13 Krist Glen Dr
Swissvale, PA 15218

Trevor Steinle
24106 SE 42nd St
Sammamish, WA 98029

William Paden
205 Plains Rd
Westford, VT 05494

Michael Maranda
38 Oaklawn Ave
Farmingville, NY 11738

Instantiation LLC
c/o Jason R. Schendel
Sheppard, Ullin, Richter & Hampton LLP
4 Embarcadero Center, 17th Flr
San Francisco, CA 94111

Internal Revenue Service
Attn: Deputy Director
1240 E. Ninth Street
Cleveland, OH 44199

Better PC, LLC
c/o Christopher Niekamp
Buckingham Doolittle and
Burroughs LLC
3800 Embassy Parkway, Suite 300
Akron, OH 44308

Christophe Touzet
32 Rouillon
Saint Germain En Cogles 35133
**FRANCE**

Aaron Holquin
2046 Jamison Pl
Santa Clara, CA 95051

Aaron Reimer
PMB-AR113422
Sumas, WA 98295-9674

A.G. Adjustments, Ltd.
740 Walt Whitman Rd
Melville, NY 11747

Amanda McConnell
191 E. 28th Street
Dover, OH 44622

Andrew Gould
4812 Wildflower Drive
North Canton, OH 44720

Alton Hare
1200 17th St NW
Washington, DC 20036

Bradley Conn
51 Maple Avenue
Locust Valley, NY 11560

Bradon Pen
56 Varcoe Rd
Courtice, ON L1E 1S5
**CANADA**

Ben George
5464 Lake Ave
Orchard Park, NY 14127

Brett Mashford
35 Oakmoss Dr
Springfield Lakes, QLD 4300
**AUSTRALIA**

Brian Fiducci
24463 Norelius Ave
Round Lake, IL 60073

Brandon Osbourne
151 Mary Ellen Drive
Charleston, SC 29403

Carl Forsell
c/o James E.P. Sisto
Schuerger Law Group
1001 Kingsmill Parkway
Columbus, OH 43229

Chad Clark
876 Jefferson St
Menasha, WI 54952

Brian Klinger
4018 Shelby Row
Sugar Land, TX 77479

Cincinnati Insurance
6200 S. Gilmore Rd
Fairfield, OH 45014-5141

Clarence Smith
3290 Double Creek Dr N., Apt 301
Plainfield, IN 46168

Cincinnati Insurance
PO Box 145496
Cincinnati, OH 45250-5496

Daniel Hajdu
Graslaan 111
6833CG Arnhem
**NETHERLANDS**

Daniel Russo
120 High Farms Rd
Glen Head, NY 11545

Culligan of Canton
4810 Southway St., SW
Canton, OH 44706

Darry Kurpisz
14635 22nd Ave SW
Burien, WA 98166

David Reynolds
6046 Jerusalem Drive
Cicero, NY 13039

Darien Lyons
45 Elvin Street
Staten Island, NY 10314

Dustin Hooper
20063 W. Jackson St.
Buckeye, AZ 85326-2777

Fabrizio Simonetti
Via Gozzer N 2A
57128 Livorno
**ITALY**

David Stanfill
772 Treat Blvd.
Tallmadge, OH 44278

George D. Jimenez
9396 Broadland Street, NW
Massillon, OH 44646

Gilbert Rodriguez
PO Box 1535
Fabens, TX 79838-1535

Fernando Molina
5275 SW 146 AVE
Miami, FL 33175

GS1 US, Inc.
300 Princeton South Corporate Center
Ewing Township, NJ 08628

Heather Bradley
1213 N. Chapel Street
Louisville, OH 44641

GS 8100, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Horizon Supply Group
Attn: Jeff Habbyshaw
3691 Honors Way
Howell, MI 48843

| | | |
|---|---|---|
| Isaac Gabriel<br>Quarles and Brady<br>One Renissaince Sq<br>Two North Central Ave<br>Phoenix, AZ 85004 | Henry Ryan<br>228 Cranbury Road<br>Princeton Junction, NJ 08550 | James Holodnak<br>2910 16th Street, NW<br>Canton, OH 44708 |
| JC Pack<br>199 Virginia Ave., #292<br>San Ysidro, CA 92173-2717 | Israel Garcia<br>615 Oak Hollow Dr<br>Newberg, OR 97132 | Jeffrey Cordell<br>17517 NW Ashland Drive<br>Portland, OR 97229 |
| Jessica Gritzan<br>1280 Linwood Ave SW<br>North Canton, OH 44720 | Jean Viljoen<br>5 Cape Willow<br>Hermanus, Western Cape<br>7200 **SOUTH AFRICA** | Jonathan Hulecki<br>10505 Ciwberry Ct<br>Vienna, VA 22182 |
| Jordan Kupersmith<br>888 N. Quincy St<br>Arlington, VA 22203<br>**UNDELIVERABLE** | Joaquim Ginesta<br>Emili Grahit 6, 4r 1r<br>17002 Girona<br>**SPAIN** | Joshua Harris<br>209 N. Horner Blvd.<br>Sanford, NC 27330 |
| JPMorgan Chase Bank<br>1111 Polaris Pkwy<br>Columbus, OH 43240 | Josh Luoni<br>808 8th St<br>Fairmont, WV 26554 | Kyle Slutz<br>1116 W. Nimisila Road<br>Clinton, OH 44216 |
| Kyle Tricarico<br>5464 Lake Ave<br>Orchard Park, NY 14127 | Kimble Companies<br>3596 SR 39<br>Dover, OH 44622 | Mario Fortier<br>10 Orchard Lane<br>Chelmsford, MA 01824 |
| Marius Nastasenko<br>Taikos g. 148<br>Vilnius<br>Vilniaus Apskritis 5227<br>**LITHUANIA** | Luco Gilardi<br>Ul. Slivnitsa 188<br>Sofia 1202<br>**BULGARIA** | Michael Dai<br>43174 Christy Street<br>Fremont, CA 94538 |
| Michael Rampton<br>6222 12th Street, North<br>Arlington, VA 22205 | Mark Veon<br>2547 S. 3rd Street<br>Milwaukee, WI 53207 | Michael Robinson<br>103 Hunters Ct<br>Forest, VA 24551 |
| Naoaki Kita<br>Kigoshimachi<br>Kanazawa-shi<br>Ishikawaken 920-0203<br>**JAPAN** *UNDELIVERABLE* | Michael Riley<br>2506 SW 23rd Cranbrook Dr<br>Boynton Beach, FL 33436 | Mohamed Kazem<br>27 Orwell Street<br>Potts Point<br>SYDNEY, NSW 2011<br>**AUSTRALIA** |

<div style="column-count: 3;">

NJEB Partners
244 5th Avenue, Ste 1253
New York, NY 10001

Pat Clay
72 Baker Dr
Gansevoort, NY 12831

Peter Ensor
Powerstown House
Clonee, Dublin
D15 YH52
**IRELAND**

Rajesh Bhakar
Sector 9d/204, 2nd Flr Akarti Apartment
Jaipur
Rajasthan 302021
**INDIA**

Richard Weeks
4199 Defoors Farm Dr
Powder Springs, GA 30127

Ryan Marfone
98 N. Hawkhurst Cir
The Woodlands, TX 77354

Squirrels LLC
121 Wilbur Drive NE
North Canton, OH 44720

Tim Bredemus
9757 Union Terrace Ln N
Maple Grove, MN 55369

Tri Ho
1180 N. Cherry Way
Anaheim, CA 92801

Miguel Chacon
120 NW 6th Ave
Miami, FL 33128

Nick Yarosz
3019 Ellington Dr
Summerville, SC 29485

One Haines Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Patrick Nadeau
311 Andrews Rd
Wolcott, CT 06716

Premier Bank
PO Box 248
Defiance, OH 43512

Raymond Wodarczyk
KinzigstraaˆšÃ¼e 28
10247 Berlin
**GERMANY**

Robin Wolf
Fasangasse 49
Vienna
Wien 1030
**AUSTRIA**

Scott Chen
4058 Case St
Elmhurst, NY 11373

Stefano Chiesa
Via III Novembre 41
38026 Fucine Trentino
 **ITALY**

Nicolas Rochon
4278 Beausoleil
Terrebonne QC J6V 1G1
**CANADA**

One Skymax Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Paul Kelsey
1583 E. Primrose Lane
Layton, UT 84040

R. Scott Heasley
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122

Richard Bergstrom
30107 Mountain View Dr
Hayward, CA 94544

Ruben Sousa
Av. D. Joâ šÂ£o II, nÂ â 34
1998-031 Lisboa
**PORTUGAL**

Seth Stanfill
1515 24th Street, NW
Canton, OH 44709

Thom Kuznia
5801 Drew Ave S.
Edina, MN 55410

TorEA Consulting
Attn: Paul Billinger
1 Bow Street
Stouffville, ON  L4A 1Z3
**CANADA**

</div>

| | | |
|---|---|---|
| Uline<br>12575 Uline Dr<br>Pleasant Prairie, WI 53138 | Tommy DeFreitas<br>14114 N. Wind Cave Ct<br>Conroe, TX 77384 | U.S. Small Business Administration<br>District Counsel<br>1350 Euclid Ave, Suite 211<br>Cleveland, OH 44115 |
| Welbour Espartero<br>46 6th Ave NE<br>Swift Current, SK S9H 2L7<br>**CANADA** | Troy Keplinger<br>1730 E. Park St<br>Enid, OK 73701 | Robert Renna<br>48 Samantha Dr<br>Morganville, NJ 07751-4006 |
| Robert Oxsen<br>12795 Lowhills Rd<br>Nevada City, CA 95959-9074 | Marco Mendoza<br>29407 Pyrite St<br>Menifee, CA 92584 | Richard Hall<br>61 Falkirk Avenue<br>Wellington, WGN 6022<br>**NEW ZEALAND** |
| Arran Gracie<br>221 Southwest Alder Street<br>Portland, OR 97204 | Aditya Chauhan<br>1429 Bay Ridge Ave., FL 2<br>Brooklyn, NY 11219 | Andrew Wolf<br>1960 SW Old Sheridan Rd<br>McMinnville, OR 97128-8686 |
| James Soldi<br>2208B Clark Ln<br>Redondo Beach, CA 90278-4304 | Aaron Strating<br>411B Vancouver St<br>Victoria, BC V8v 3t4<br>**CANADA** | Henrik Gustafsson<br>N/A<br>U 10 54 Kay St<br>Scarborough, WA 6019<br>**AUSTRALIA** |
| Lance Colton<br>301-10140 150 St NW<br>Edmonton, AB T5P 1P1<br>**CANADA** | Fabian Delmotte<br>Rue de Favence 29<br>Nandrin, -- 4550<br>**BELGUIM** | Richard Ramazinski<br>1000 Flower Drive, STE LKS 2035<br>Glendale, CA 91201 |
| Jason Palmer<br>4000 Davey St, APT 608<br>New Orleans, LA 70122-6903 | Barry Gluntz<br>2350 Winfield Ave<br>Rocky River, OH 44116 | Matthew Peterson<br>3390 Stratford Rd NE<br>Unit 516<br>Atlanta, GA 30326 |
| Haley Williams<br>518 Washington St.<br>Santa Cruz, CA 95060 | David Burlington<br>38 Bryant St APT 804<br>San Francisco, CA 94105-6119 | Jack Cooper<br>4684 Douglas Circle NW<br>Canton, OH 44735 |
| Jeffrey Willis<br>987 S. High Street<br>Columbus, OH 43206 | Matteo Trinca<br>Lania Geo Ltd.<br>10 Zahesi Territory<br>Svimon Shotadze<br>Tbilisi, T'bilisi 0178  **GEORGIA** | Pascal Peters<br>P.H.J.J. Peters Holding B.V.<br>Parklaan 6<br>Oss, Noord Brabant 5345 BV<br>**NETHERLANDS** |

| | | |
|---|---|---|
| Tim Robinson<br>2376 Burg Street<br>Granville, OH 43023 | Bill Gallagher<br>591 Lantern Way<br>Aurora, OH 44202 | Dean Givens<br>170 Glad Spring Dr.<br>Lexington, SC 29072 |
| Elloit Boutin<br>2909 N. Oliver St., Apt. 1014<br>Wichita, KS 67220 | Enrique Espinosa<br>4009 Old Bridgeview Ln<br>Charleston, SC 29403 | Everett Fominyen<br>6733 N. 105th Ave.<br>Omaha, NE 68122 |
| Gabriel and Andrew Boutin<br>48 Cascade St.<br>Essex Junction, VT 05452 | Gail O'connell<br>8960 Ringview Dr.<br>Mechanicsville, VA 23116 | Jason Rettburg<br>670 Robinhood Dr.<br>Aurora, OH 44202 |
| Jon Bulger<br>5169 Freeman Rd.<br>Orchard Park, NY 14127 | Justin O'Connell<br>5104 Kemp St.<br>Henrico, VA 23231 | Sidney Keith<br>8127 Larkspur Ave NW<br>North Canton, OH 44720 |
| Stephen Allison<br>18 Monument Dr.<br>Stafford, VA 22554 | Tulip<br>5464 Lake Ave<br>Orchard Park, NY 14127 | William Sweeney<br>10 Westedge St., Unit 725<br>Charleston, SC 29403 |
| Envista Forensics LLC, dba AREPA<br>111 Deer Lake Rd., Suite 100<br>Deerfield, IL 60015 | Instantiation, LLC<br>Attn: Sam Cassatt<br>434 Dorado Beach E<br>Dorado, **PUERTA RICO** 00646 | Avnet Inc.<br>5400 Prairie Stone Pkwy<br>Hoffman Estates, IL 60192 |
| Avnet Inc.<br>Attn: Dennis Losik<br>5400 Prairie Stone Pkwy<br>Hoffman Estates, IL 60192 | Avnet Inc.<br>c/o Michael Walker, General Counsel<br>2211 S. 47th Street<br>Phoenix, AZ 85034 | Instantiation LLC<br>c/o John C. Cannizzaro<br>Ice Miller LLP<br>250 West Street Suite 700<br>Columbus, OH 43215 |
| Avnet, Inc.<br>c/o Christopher P. Combest<br>Quarles & Brady LLP<br>300 N. LaSalle Street, Suite 4000<br>Chicago, IL 60654 | Fred Schwieg, Trustee<br>19885 Detroit Road #239<br>Rocky River, OH 44116 | AEP<br>c/o Paul J. Schumacher<br>Dickie, McCamey & Chilcote, P.C.<br>600 Superior Avenue East<br>Fifth Third Center, Suite 2330<br>Cleveland, OH 44114 |

| The Midwest Data Company | Instantiation LLC | Envista Forensics LLC, dba AREPA |
| 121 Wilbur Dr. NE | c/o Jeannie Kim | 111 Deer Lake Rd., Suite 100 |
| North Canton, OH 44720 | Sheppard, Ullin, Richter & Hampton LLP | Deerfield, IL 60015 |
| | 4 Embarcadero Center, 17th Flr | |
| | San Francisco, CA 94111 | |

And by email, on December 22, 2021, on the following:

    Artem Pylypchuk at articicejuice@gmail.com
    Jose Nunez at admin@croxmoon.com
    Michael Erceg at michael.erceg@gmail.com
    Spencer Gabriel Singh at spencersingh96@gmail.com
    Todd Dallimore at tdallimore@start.ca
    Yannick Vergult at yannick.vergult@gmail.com

Dated: December 22, 2021

Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for the Debtor and Debtor-in-Possession*

[1367512]