In re:                                                                                   Case No. 21-61491-rk

Squirrels Research Labs LLC                                                              Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-6                          User: lbald                                Page 1 of 4

Date Rcvd: Dec 27, 2021                       Form ID: pdf885                            Total Noticed: 126

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Squirrels Research Labs LLC, 8050 Freedom Avenue NW, North Canton, OH 44720-6912 |
| aty | + | Brouse McDowell, 388 South Main Street, Suite 500, Akron, OH 44311-4419 |
| aty | + | Jason R. Schendel, Sheppard, Mullin, Richter & Hampton LLP, Four Embardadero Center, Seventeenth Floor, San Francisco, CA 94111-4106 |
| cr | + | Avnet, Inc., c/o Christopher Combest, Quarles & Brady LLP, 300 N. LaSalle Street, Suite 4000 Chicago, IL 60654-5427 |
| cr | | Better PC, LLC, c/o Christopher J. Niekamp, Esq., Buckingham, Doolittle & Burroughs, Suite 300, Akron, OH 443338398 |
| 27110770 | + | A.G. Adjustments, Ltd., 740 Walt Whitman Rd, Melville, NY 11747-2212 |
| 27110771 | + | Aaron Holquin, 2046 Jamison Pl, Santa Clara, CA 95051-2240 |
| 27110772 | | Aaron Reimer, PMB-AR113422, Sumas, WA 98295-9674 |
| 27110773 | + | Alton Hare, 1200 17th St NW, Washington, DC 20036-3006 |
| 27110774 | + | Amanda McConnell, 191 E. 28th Street, Dover, OH 44622-9502 |
| 27110775 | + | Andrew Gould, 4812 Wildflower Drive, North Canton, OH 44720-1174 |
| 27110776 | + | Andrew Waters, 6653 Main Street, Williamsville, NY 14221-5906 |
| 27110779 | + | Avnet Inc., 5400 Prairie Stone Pkwy, Hoffman Estates, IL 60192-3721 |
| 27110777 | + | Avnet Inc., Attn: Dennis Losik, 5400 Prairie Stone Pkwy, Hoffman Estates, IL 60192-3721 |
| 27110780 | + | Ben George, 5464 Lake Ave, Orchard Park, NY 14127-1057 |
| 27110781 | + | BittWare/Molex Inc., 2222 Wellington Court, Lisle, IL 60532-1682 |
| 27110782 | + | Bittware/Molex LLC, 2222 Wellington Ct, Lisle, IL 60532-3831 |
| 27110783 | + | Bradley Conn, 51 Maple Avenue, Locust Valley, NY 11560-2006 |
| 27110784 | | Bradon Pen, 56 Varcoe Rd, Courtice, ON L1E 1S5, CANADA |
| 27110785 | + | Brandon Osbourne, 151 Mary Ellen Drive, Charleston, SC 29403-3355 |
| 27110787 | + | Brian Fiducci, 24463 Norelius Ave, Round Lake, IL 60073-1419 |
| 27110788 | + | Brian Klinger, 4018 Shelby Row, Sugar Land, TX 77479-1751 |
| 27110794 | + | CT Data LLC, 133 River Road, Mystic, CT 06355-1815 |
| 27110789 | + | Carl Forsell, c/o James E.P. Sisto, Schuerger Law Group, 1001 Kingsmill Parkway, Columbus, OH 43229-1129 |
| 27110790 | + | Chad Clark, 876 Jefferson St, Menasha, WI 54952-2452 |
| 27126510 | | Christophe TOUZET, 32 Rouillon, SAINT GERMAIN EN COGLES, 35133 |
| 27110791 | + | Cincinnati Insurance, 417 Anderson Ferry Rd, Suite 3, Cincinnati, OH 45238-5286 |
| 27110792 | + | Clarence Smith, 3290 Double Creek Dr N., Apt 301, Plainfield, IN 46168-5586 |
| 27110793 | + | CliftonLarsonAllen LLP, Attn: Daniel Riemenschneider, 4334 Munson St., NW, Canton, OH 44718-3674 |
| 27110795 | + | Culligan of Canton, 4810 Southway St., SW, Canton, OH 44706-1965 |
| 27110796 | | Daniel Hajdu, Graslaan 111, 6833CG Arnhem, NETHERLANDS |
| 27110797 | + | Daniel Russo, 120 High Farms Rd, Glen Head, NY 11545-2227 |
| 27110799 | + | Darry Kurpisz, 14635 22nd Ave SW, Burien, WA 98166-1609 |
| 27110800 | + | David Chase, et al., c/o Michael Maranda, 38 Oaklawn Ave, Farmingville, NY 11738-2523 |
| 27110801 | + | David Reynolds, 6046 Jerusalem Drive, Cicero, NY 13039-8885 |
| 27110802 | + | David Stanfill, 772 Treat Blvd., Tallmadge, OH 44278-2634 |
| 27110803 | + | Donald Ruffatto, 420 Fairview Ave, Arcadia, CA 91007-6806 |
| 27110804 | + | Dustin Hooper, 11885 W. McDowell Rd, Avondale, AZ 85392-5188 |
| 27110805 | + | Everhart Glass Co., Inc., Attn: Linda Monigold, 207 Ninth St., SW, PO Box 20645, Canton, OH 44701-0645 |
| 27110806 | + | Everstream, 1228 Euclid Ave #250, Cleveland, OH 44115-1831 |

| | | |
|---|---|---|
| 27110807 | | Fabrizio Simonetti, Via Gozzer N 2A, 57128 Livorno, ITALY |
| 27110808 | | FedEx, PO Box 371461, Pittsburgh, PA 15250-7461 |
| 27110809 | + | Fernando Molina, 5275 SW 146 AVE, Miami, FL 33175-5707 |
| 27110812 | + | GS 8100, LLC, 6610 Chatsworth Street, NW, Canton, OH 44718-3849 |
| 27110813 | | GS1 US, Inc., 300 Princeton South Corporate Center, Ewing Township, NJ 08628 |
| 27110810 | + | George D. Jimenez, 9396 Broadland Street, NW, Massillon, OH 44646-9120 |
| 27110811 | | Gilbert Rodriguez, 1340 Camp Street, Fabens, TX 79838 |
| 27110814 | | Hailu Looyestein, Schout Coxstraat 1, 5421GJ Gemert, NETHERLANDS |
| 27110815 | + | Heather Bradley, 1213 N. Chapel Street, Louisville, OH 44641-1007 |
| 27110816 | + | Henry Ryan, 228 Cranbury Road, Princeton Junction, NJ 08550-2801 |
| 27110817 | + | Horizon Supply Group, Attn: Jeff Habbyshaw, 3691 Honors Way, Howell, MI 48843-7498 |
| 27110821 | + | IPS Assembly Corp., Attn: Perry Sutariya, 12077 Merriman Rd, Livonia, MI 48150-1912 |
| 27110818 | + | Instantiation, LLC, Attn: Sam Cassatt, 434 Dorado Beach E, Dorado PR 00646-2225 |
| 27110822 | + | Isaac Graber, Quarles and Brady, One Renissaince Sq, Two North Central Ave, Phoenix, AZ 85004-2322 |
| 27110823 | + | Israel Garcia, 615 Oak Hollow Dr, Newberg, OR 97132-7475 |
| 27110827 | + | JC Pack, 628 1/2 E San Ysidro Blvd 292, San Ysidro, CA 92173-3149 |
| 27110824 | + | James Holodnak, 2910 16th Street, NW, Canton, OH 44708-3006 |
| 27110825 | + | Jason Price, 67 Bartram Trail, Brunswick, GA 31523-7911 |
| 27110826 | + | Jason R. Schendel, Jeannie Kim, Sheppard, Ullin, Richter & Hampton LLP, Four Embarcadero Center, 17th Flr, San Francisco, CA 94111-4158 |
| 27110828 | | Jean Viljoen, 5 Cape Willow, Hermanus, Western Cape, 7200, SOUTH AFRICA |
| 27110829 | + | Jeffrey Cordell, 17517 NW Ashland Drive, Portland, OR 97229-3371 |
| 27110830 | + | Jessica Gritzan, 1280 Linwood Ave SW, North Canton, OH 44720-3473 |
| 27110831 | | Joaquim Ginesta, Emili Grahit 6, 4r 1r, 17002 Girona, SPAIN |
| 27110832 | + | Jordan Kupersmith, 888 N. Quincy St, Arlington, VA 22203-2070 |
| 27110833 | + | Jose A. Rubio, 15925 Hopper Lane, San Diego, CA 92127-6180 |
| 27110834 | + | Josh Luoni, 808 8th St, Fairmont, WV 26554-2561 |
| 27110835 | + | Joshua Harris, 209 N. Horner Blvd., Sanford, NC 27330-3913 |
| 27110837 | + | Kimble Companies, 3596 SR 39, Dover, OH 44622-7232 |
| 27110838 | + | Kyle Slutz, 1116 W. Nimisila Road, Clinton, OH 44216-8900 |
| 27110839 | + | Kyle Tricarico, 5464 Lake Ave, Orchard Park, NY 14127-1057 |
| 27110840 | | Luco Gilardi, Ul. Slivnitsa 188, Sofia 1202, BULGARIA |
| 27110841 | + | Mario Fortier, 10 Orchard Lane, Chelmsford, MA 01824-1324 |
| 27110842 | | Marius Nastasenko, Taikos g. 148, Vilnius, Vilniaus Apskritis 5227, LITHUANIA |
| 27110844 | + | Mark Veon, 2547 S. 3rd Street, Milwaukee, WI 53207-1407 |
| 27110845 | + | Metal Masters, Attn: Bret Kettlewell, 125 Williams Dr, Dover, OH 44622-7662 |
| 27110846 | + | Michael Dai, 43174 Christy Street, Fremont, CA 94538-3170 |
| 27110847 | + | Michael Rampton, 6222 12th Street, North, Arlington, VA 22205-1721 |
| 27110848 | + | Michael Riley, 2506 SW 23rd Cranbrook Dr, Boynton Beach, FL 33436-5708 |
| 27110849 | + | Michael Robinson, 103 Hunters Ct, Forest, VA 24551-1407 |
| 27110850 | + | Michael Walker, Associate General Counsel, Avnet Inc., 2211 S. 47th Street, Phoenix, AZ 85034-6403 |
| 27110851 | + | Miguel Chacon, 120 NW 6th Ave, Miami, FL 33128-1525 |
| 27110856 | + | NJEB Partners, 244 5th Avenue, Ste 1253, New York, NY 10001-7604 |
| 27110853 | | Naoaki Kita, Kigoshimachi, Kanazawa-shi, Ishikawaken 920-0203, JAPAN |
| 27110854 | + | Nick Yarosz, 3019 Ellington Dr, Summerville, SC 29485-6319 |
| 27110855 | | Nicolas Rochon, 4278 Beausoleil, Terrebonne QC J6V 1G1, CANADA |
| 27110859 | ++ | OHIO BUREAU OF WORKERS COMPENSATION, LAW SECTION BANKRUPTCY UNIT, P O BOX 15567, COLUMBUS OH 43215-0567 address filed with court:, Ohio Bureau of Workers' Compensation, Attn: Law Section Bankruptcy Unit, PO Box 15567, Columbus, OH 43215-0567 |
| 27110862 | + | One Haines Company, LLC, 6610 Chatsworth Street, NW, Canton, OH 44718-3849 |
| 27110863 | + | One Skymax Company, LLC, 6610 Chatsworth Street, NW, Canton, OH 44718-3849 |
| 27110864 | + | Pat Clay, 72 Baker Dr, Gansevoort, NY 12831-2444 |
| 27110865 | + | Patrick Nadeau, 311 Andrews Rd, Wolcott, CT 06716-1048 |
| 27110866 | + | Paul Kelsey, 1583 E. Primrose Lane, Layton, UT 84040-1202 |
| 27110867 | | Peter Ensor, Powerstown House, Clonee, Dublin, D15 YH52, IRELAND |
| 27110868 | + | Phillippe Germain, 102 W. Service Rd #2153466, Champlain, NY 12919-4440 |
| 27110870 | + | R. Scott Heasley, Meyers, Roman, Friedberg & Lewis, 28601 Chagrin Blvd., Suite 600, Cleveland, OH 44122-4557 |
| 27110871 | | Rajesh Bhakar, Sector 9d/204, 2nd Flr Akarti Apartment, Jaipur, Rajasthan 302021, INDIA |
| 27110872 | | Raymond Wodarczyk, Kinzigstra e 28, 10247 Berlin, GERMANY |
| 27110873 | + | Richard Bergstrom, 30107 Mountain View Dr, Hayward, CA 94544-6719 |
| 27110874 | + | Richard Weeks, 4199 Defoors Farm Dr, Powder Springs, GA 30127-4078 |
| 27110875 | | Robin Wolf, Fasangasse 49, Vienna, Wien 1030, AUSTRIA |
| 27110876 | | Ruben Sousa, Av. D. Jo o II, n 34, 1998-031 Lisboa, PORTUGAL |

| 27110877 | + | Ryan Marfone, 98 N. Hawkhurst Cir, The Woodlands, TX 77354-3287 |
| 27110878 | + | Sam Adams, 3417 Bush Street, Stevens Point, WI 54481-4993 |
| 27110879 | | Samtec, 20 Park E. Blvd., New Albany, IN 47150 |
| 27110881 | + | Seth Stanfill, 1515 24th Street, NW, Canton, OH 44709-3411 |
| 27110882 | + | Squirrels LLC, 121 Wilbur Drive NE, North Canton, OH 44720-1641 |
| 27110883 | | Stefano Chiesa, Via III Novembre 41, 38026 Fucine Trentino, ITALY |
| 27122739 | + | Stephen A. Eckinger, 1611 North Main Street, Suite A, North Canton, OH 44720-8605 |
| 27110885 | #+ | Thom Kuznia, 5733 York Ave S, Edina, MN 55410-2642 |
| 27110886 | + | Tim Bredemus, 9757 Union Terrace Ln N, Maple Grove, MN 55369-3728 |
| 27110887 | + | Tommy DeFreitas, 14114 N. Wind Cave Ct, Conroe, TX 77384-5618 |
| 27110888 | | TorEA Consulting, Attn: Paul Billinger, 1 Bow Street, Stouffville, ON L4A 1Z3, CANADA |
| 27110889 | + | Trevor Steinle, 24106 SE 42nd St, Sammamish, WA 98029-6414 |
| 27110891 | + | Tri Ho, 1180 N. Cherry Way, Anaheim, CA 92801-2023 |
| 27110892 | + | Troy Keplinger, 1730 E. Park St, Enid, OK 73701-6318 |
| 27110893 | + | U.S. Small Business Administration, District Counsel, 1350 Euclid Ave, Suite 211, Cleveland, OH 44115-1815 |
| 27110895 | | Welbour Espartero, 46 6th Ave NE, Swift Current, SK S9H 2L7, CANADA |
| 27110896 | + | William Paden, 205 Plains Rd, Westford, VT 05494-9630 |

TOTAL: 117

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 27110778 | + | Email/Text: Mary.pacini@avnet.com | Dec 27 2021 22:07:00 | Avnet Inc., 2211 South 47th Street, Phoenix, AZ 85034-6403 |
| 27110820 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 27 2021 22:07:00 | Internal Revenue Service, Insolvency Group 6, 1240 E. Ninth Street, Room 493, Cleveland, OH 44199 |
| 27110836 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 27 2021 22:06:43 | JPMorgan Chase Bank, 1111 Polaris Pkwy, Columbus, OH 43240 |
| 27110858 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | Dec 27 2021 22:08:00 | Ohio Attorney General, Collections Enforcement Section, Attn: Bankruptcy Unit, 30 E. Broad Street, 14th Floor, Columbus, OH 43215-3414 |
| 27110860 | | Email/Text: uibankruptcy@jfs.ohio.gov | Dec 27 2021 22:08:00 | Ohio Department of Job & Family Svcs, Attn: Legal Support-Bankruptcy, PO Box 182830, Columbus, OH 43218-2830 |
| 27110861 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Dec 27 2021 22:08:00 | Ohio Department of Taxation, Attn: Bankruptcy Division, PO Box 530, Columbus, OH 43216-0530 |
| 27110869 | + | Email/Text: ffbcollectiondepartment@first-fed.com | Dec 27 2021 22:08:00 | Premier Bank, PO Box 248, Defiance, OH 43512-0248 |
| 27110857 | | Email/Text: USAOHN.BankruptcyCle@usdoj.gov | Dec 27 2021 22:07:00 | Office of U.S. Attorney, Attn: Bankruptcy Section, Carl B. Stokes U.S. Court House, 801 W. Superior Avenue, Ste 400, Cleveland, OH 44113 |
| 27110894 | + | Email/Text: accounts.receivable@uline.com | Dec 27 2021 22:08:00 | Uline, 12575 Uline Dr, Pleasant Prairie, WI 53158-3686 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cincinnati Insurance Company |
| intp | | Instantiation LLC |
| intp | | Ohio Power Company dba American Electric Power |
| 27110786 | | Brett Mashford, 35 Oakmoss Dr, SPRINGFIELD LAKES, QLD 4300, AUSTRALIA |
| 27110852 | | Mohamed Kazem, 27 Orwell Street, Potts Point, SYDNEY, NSW 2011, AUSTRALIA |
| cr | *P++ | OHIO BUREAU OF WORKERS COMPENSATION, LAW SECTION BANKRUPTCY UNIT, P O BOX 15567, COLUMBUS OH 43215-0567, address filed with court:, Ohio Bureau of Workers Compensation, Attn: Law Section Bankruptcy Unit, PO Box |

|          |      | 15567, Columbus, OH 43215 |
|----------|------|---------------------------|
| 27110819 | *    | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 27110890 | *+   | Trevor Steinle, 24106 SE 42nd St, Sammamish, WA 98029-6414 |
| 27127101 | *+   | ULINE, 12575 ULINE DRIVE, PLEASANT PRAIRIE, WI 53158-3686 |
| 27110798 | ##+  | Darien Lyons, 45 Elvin Street, Staten Island, NY 10314-4050 |
| 27110843 | ##+  | Mark D'Aria, 165 Quaker Path, East Setauket, NY 11733-2239 |
| 27110880 | ##+  | Scott Chen, 4058 Case St, Elmhurst, NY 11373-1614 |
| 27110884 | ##+  | Steven Turnshek, 13 Krist Glen Dr, Swissvale, PA 15218-1927 |

TOTAL: 5 Undeliverable, 4 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2021         Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Christopher Niekamp | on behalf of Creditor Better PC  LLC cniekamp@bdblaw.com |
| Christopher Paul Combest | on behalf of Creditor Avnet  Inc. christopher.combest@quarles.com |
| Frederic P. Schwieg | on behalf of Trustee Frederic P. Schwieg fschwieg@schwieglaw.com |
| Frederic P. Schwieg | fschwieg@schwieglaw.com |
| Jeannie Kim | on behalf of Interested Party Instantiation LLC JeKim@sheppardmullin.com  dgatmen@sheppardmullin.com |
| John C. Cannizzaro | on behalf of Interested Party Instantiation LLC John.Cannizzaro@icemiller.com  lauren.prohaska@icemiller.com |
| John G. Farnan | on behalf of Creditor Cincinnati Insurance Company jfarnan@westonhurd.com |
| Joshua Ryan Vaughan | on behalf of Creditor Ohio Bureau of Workers Compensation jvaughan@amer-collect.com SAllman@AMER-COLLECT.COM;HouliECF@aol.com |
| Julie K. Zurn | on behalf of Debtor Squirrels Research Labs LLC jzurn@brouse.com  tpalcic@brouse.com |
| Kate M. Bradley ust44 | on behalf of U.S. Trustee United States Trustee kate.m.bradley@usdoj.gov |
| Marc Merklin | on behalf of Debtor Squirrels Research Labs LLC mmerklin@brouse.com  tpalcic@brouse.com;mmiller@brouse.com |
| Paul J. Schumacher | on behalf of Interested Party Ohio Power Company dba American Electric Power pschumacher@dmclaw.com tgross@dmclaw.com |

TOTAL: 12

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.*[1] | ) | Case No.  21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

### NOTICE OF ESTABLISHMENT OF GENERAL BAR DATE
### AND GOVERNMENT BAR DATE FOR FILING
### PROOFS OF CLAIM AGAINST THE BANKRUPTCY ESTATE

### THIS NOTICE DESCRIBES IMPORTANT DEADLINES AND PROCEDURES
### THAT AFFECT YOUR LEGAL RIGHTS.  YOU MAY WISH TO
### CONSULT WITH AN ATTORNEY TO PROTECT YOUR RIGHTS.

**PLEASE TAKE NOTICE THAT**, on November 23, 2021 (the "Petition Date"), the above-captioned debtors and debtors-in-possession (the "Debtors") each filed a voluntary petition for relief under subchapter V of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Northern District of Ohio (the "Bankruptcy Court"). The Debtors continue to operate their businesses as debtors in possession pursuant to Bankruptcy Code section 1184.

### BAR DATES

The Bankruptcy Court and Judge presiding over the above-captioned chapter 11 cases entered an *Order Establishing General and Government Claims Bar Dates and Approving Form and Manner of Notice Thereof* on December 21, 2021 [Doc # 84] (the "Bar Date Order"), establishing (i) **February 20, 2022**, which is 60 days after service of the Bar Date Order as the deadline for creditors of the Debtors to file general proofs of claim against any of the Debtor's estate (the "General Bar Date") and (ii) **May 22, 2022** as the deadline for governmental units to file proofs of claim against any of the Debtor's estate (the "Government Bar Date"). A proof of claim is a signed statement describing a creditor's claim. Creditors receiving this notice by mail should receive a proof of claim form customized for this case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and the Midwest Data Company LLC (1213), case no. 21-61492.

## **Claims Covered by the Bar Dates**

Under the Bankruptcy Code and as utilized in this notice and the Bar Date Order, the term "claim" has been given the broadest possible definition, and includes any right to payment, whether in contract, tort, or by statute, and whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, priority, or unsecured as of the Petition Date.

The Debtors filed their Schedules of Assets and Liabilities (the "Schedules") with the Bankruptcy Court on December 7, 2021. The Schedules may be amended from time to time. The Schedules and any amendments thereto may be viewed on the Bankruptcy Court's website at https://ecf.ohnb.uscourts.gov/, through an account obtained from PACER Service Center at 1-800-676-6856. The copies of the Schedules and Bar Date Order may be obtained free of charge by contacting Brouse McDowell, LPA, attn. Theresa M. Palcic, 388 S. Main St, Suite 500, Akron, Ohio 44311, tpalcic@brouse.com, 330.535.5711. If your claim is listed in the Schedules and is not listed as disputed, contingent, or unliquidated, your claim will be allowed against the Debtors in the amount scheduled unless you have agreed otherwise, your claim has been paid, you file a proof of claim, or you are sent further notice about the claim.

You **must** file a proof of claim on or before the General Bar Date if you assert a claim against the Debtors and if:

    (a)      your claim has not been listed by the Debtors in the Schedules;

    (b)      you disagree with the amount of the claim scheduled by the Debtors in the Schedules;

    (c)      the Debtors have scheduled your claim as disputed, contingent, or unliquidated;

    (d)      you believe your claim to be a secured claim, and the Debtors have not so scheduled your claim;

    (e)      you believe your claim to be entitled to priority under the Bankruptcy Code, and the Debtors have not so scheduled your claim;

    **(f)**      **you have a claim arising, or deemed to have arisen, under Bankruptcy Code section 503(b)(9) (i.e., claims for the value of goods received by any of the Debtors within twenty (20) days prior to the Petition Date); or**

    (g)      your claim arises out of the obligation of such person or entity under a contract for the provision of liability insurance to the Debtors.

For claims arising from the rejection of executory contracts or unexpired leases pursuant to Bankruptcy Code section 365, the last day to file a proof of claim is the later of either (i)

the General Bar Date or (ii) the first business day that is at least thirty (30) calendar days after the claimant is served with a notice of an order approving the rejection of an executory contract or unexpired lease or (b) notice of rejection of an executory contract or unexpired lease in accordance with any procedural order entered by the Bankruptcy Court.

If you are a <u>governmental unit</u> asserting a claim against the Debtors' estate subject to the **Government Bar Date**, you must file a claim on or before May 22, 2022, if:

(a) you have a secured, unsecured priority, or unsecured nonpriority claim that arose prior to or on the Petition Date, <u>including</u> any claims you have against the Debtors for unpaid taxes, and whether such claims arise from prepetition tax years or periods or prepetition transactions to which either of the Debtors was a party.

**If you fail timely to file a proof of claim** by the General Bar Date, or in the case of governmental units, by the Government Bar Date, and your claim is not scheduled, is scheduled for $0.00, or is scheduled as disputed, unknown, contingent, or unliquidated in the Schedules:

(a) Your claim will be disallowed and you will not receive any distribution under any Chapter 11 plan that may be confirmed in this case; and

(b) You nevertheless will be bound by the terms of any Chapter 11 plan that may be confirmed in this case.

### Claims Not Covered by the Bar Dates

The following persons and entities need **not** file a proof of claim by the General Bar Date or, if applicable, the Government Bar Date:

(a) Any person or entity whose claim is allowable under Bankruptcy Code sections 503(b) and 507(a) as an expense of administration (**other than any claim allowable under Bankruptcy Code section 503(b)(9)**);

(b) Any person or entity who has already properly filed, with the Clerk of the Bankruptcy Court, a proof of claim against the Debtor using a claim form customized for the case or which substantially conforms to Official Form No. 410;

(c) Any person or entity whose claim has been allowed by, or paid pursuant to, an order of the Bankruptcy Court entered on or before the Bar Date;

(d) Any holder for which specific deadlines have previously been fixed by the Court;

(e) Any person or entity whose claim is listed on a Debtor's Schedules, and the claim is <u>not</u> described on the Schedules as (i) "disputed," "contingent," "unliquidated," "unknown" or assigned a zero amount, and (ii) such person or entity agrees with the amount, nature and priority of the claim as set forth in

3

the Schedules, and (iii) such person or entity agrees that the claim is an obligation of the specific Debtor that listed the claim in its Schedules; or

(f)     Any person or entity whose claim is against another corporation affiliated with the Debtors.

**Instructions for Filing Proofs of Claim
and Consequences for Failure to Timely File Claim**

Failure to timely or properly file a proof of claim in accordance with the Bar Date Order shall (a) constitute grounds for disallowance of such claim; (b) render the creditor ineligible to vote with respect to any Chapter 11 plan filed in the Debtors' Chapter 11 case or to receive any distributions under any confirmed Chapter 11 plan; and (c) render the creditor bound by the terms of any confirmed Chapter 11 plan.

Each creditor and recipient of this notice and their respective agents and attorneys have an affirmative duty to review this notice, and timely file any proof of claim on or before the General Bar Date or, as applicable, the Government Bar Date, or be forever barred from filing or asserting any such claim. Each creditor and recipient of this notice is personally responsible for reviewing this notice and timely filing any proof of claim and should not rely upon their respective agents and attorneys to meet the deadlines specified in this notice.

**GENERAL AND GOVERNMENT PROOFS OF CLAIM MUST BE FILED SO THAT THEY ARE <u>ACTUALLY RECEIVED</u> BY THE CLERK OF COURT ON OR BEFORE <u>EITHER</u> THE GENERAL BAR DATE OR, IF APPLICABLE, THE GOVERNMENT BAR DATE.**  Proofs of claim may be filed electronically using the Court's ECF system.  Proofs of claim also may be filed by mail addressed to:

Office of the Clerk
Ralph Regula Federal Building and U.S. Courthouse
401 McKinley Ave. SW
Canton, Ohio 44702

Proofs of claim may <u>not</u> be delivered by facsimile or telecopy.  Proofs of claim may also be delivered through the Court's Electronic Proof of Claim System available at https://www.ohnb.uscourts.gov/epoc-information. You are encouraged to use the enclosed proof of claim form.

Proofs of claim must be filed in the English language and, pursuant to Bankruptcy Code section 502(b), amounts due shall be stated in lawful currency of the United States as of the Petition Date. You should attach to your completed proof of claim form copies of any writings upon which your claim is based. **Do not file your proof of claim with, or send copies of proofs of claim to, the Debtor.** Pursuant to the Bar Date Order, proofs of claim not filed with (i.e., actually received by) the Clerk of Court by the applicable deadline may be deemed not to be properly or timely filed. To receive an acknowledgment that your proof of claim has been received by the Clerk and filed, you must provide with your original proof of claim one additional copy and a postage-paid, self-addressed envelope.

4

Any holder of a claim against Debtors who is required, but fails, to file a proof of such claim in accordance with this Order on or before the General Bar Date or Governmental Bar Date, as applicable: (i) may be forever barred, estopped, and permanently enjoined from asserting such claim in these Chapter 11 case against Debtors, their successors, or their property (and from filing a proof of claim with respect thereto), and Debtors, their successors, or their property may, upon a confirmed Chapter 11 reorganization plan becoming effective, be forever discharged from any and all indebtedness or liability with respect to such claim; (ii) may not be treated as a creditor (as defined in section 101(10) of the Bankruptcy Code) with respect to such claim for purposes of voting and distribution under any plan of reorganization or liquidation filed in this Chapter 11 case; and (iii) may not be entitled to receive further notices regarding such claim; provided, however, that a holder of a claim shall be able to assert, vote upon, and receive distributions under, any plan of reorganization or liquidation in this case to the extent, and in such amount, as any undisputed, noncontingent and liquidated claims identified in the schedules on behalf of such holder.

ANY PROOF OF CLAIM PREVIOUSLY FILED WITH THE CLERK OF THE BANKRUPTCY COURT PRIOR TO THE MAILING OF THIS NOTICE THAT SUBSTANTIALLY CONFORMS TO THE PROOF OF CLAIM FORM ATTACHED HERETO OR OFFICIAL FORM NO. 410 SHALL BE DEEMED TO BE, AND SHALL BE TREATED AS, A PROPERLY FILED CLAIM SUBJECT TO THE RIGHT OF THE DEBTOR OR ANY PARTY IN INTEREST TO OBJECT TO THE ALLOWANCE THEREOF. NO ADDITIONAL PROOF OF CLAIM IS REQUIRED.

### Amendments to Claims, Amendments to Schedules, and Claim Transfers

After the deadline for filing claims, a creditor may not seek to amend a claim deemed filed on its behalf under Bankruptcy Code section 1111(a) by virtue of the listing of such claim by the Debtors in their Schedules if such amendment increases the amount of the claim.

Following notice of any amendment to the Schedules reducing the amount of a scheduled claim, or that reclassifies a scheduled, undisputed, liquidated, or non-contingent claim as disputed, unliquidated, or contingent, any creditor so affected shall have until the later of (i) the General Bar Date, or Government Bar Date as applicable or (ii) the first business day that is at least thirty (30) calendar days after the claimant is served with the notice of such amendment in accordance with Bankruptcy Rule 1009(a), to file a proof of claim; provided, however, that following the General Bar Date or Government Bar Date as applicable, proofs of claim filed as a result of amendments to the Schedules shall be limited in amount to the amount previously scheduled by the Debtor, unless the creditor has otherwise timely filed a proof of claim. No extension of time is granted if the Debtors' amendment to the Schedules increases the claim deemed filed under Bankruptcy Code section 1111(a). Amendments to the Schedules regarding creditors who previously have filed proofs of claim shall not affect any proof of claim already on file. Nothing set forth herein shall be deemed to preclude the Debtors from objecting to any claim, whether scheduled or filed, on any grounds.

If a timely filed claim is transferred, the transferee must file a notice of transfer of the claim with the Clerk of Court, in accordance with Bankruptcy Rule 3001(e), and serve a copy of the notice of transfer on the Debtors' counsel addressed to: Brouse McDowell, LPA, Attn: Julie K. Zurn, Esq., 388 S. Main Street, Suite 500, Akron, Ohio 44311.

## **EQUITY INTEREST HOLDERS**

Pursuant to Bankruptcy Rule 3003(b)(2), it is not necessary for an equity security holder to file a proof of interest based solely upon such interest; provided, however, that if an equity security holder asserts any rights as a creditor holding a claim against any of the Debtors, including any claim arising out of or relating to the ownership, sale, issuance, or purchase of an equity interest in the Debtors, a proof of claim is required to be filed on or before the General Bar Date or Government Bar Date as applicable, except as otherwise set forth herein.

**This notice is only a summary of the Bar Date Order. All creditors and other parties in interest are referred to the text of the Bar Date Order itself and to the Bankruptcy Code, Bankruptcy Rules, and Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Northern District of Ohio for additional information regarding the filing and treatment of proofs of claim and should consult with their own legal advisors. The fact that you have received this notice does not mean that you have a claim or that the Debtors or the Bankruptcy Court believes that you have a claim.**

Dated: December 22, 2021

Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for the Debtors*
*and Debtors-in-Possession*

6