UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

### NOTICE OF CANCELLATION OF AUCTION FOR SALE OF ASSETS OF SQUIRRELS RESEARCH LABS LLC AND THE MIDWEST DATA COMPANY LLC

On December 1, 2021, the Court entered an Order (I) Approving Bidding Procedures, (II) Approving Stalking Horse Bid Protections, (III) Approving Contract Assumption and Assignment Procedures and the Form and Manner of Notice Thereof, (IV) Scheduling the Auction, (V) Scheduling Hearings and Objection Deadlines with Respect to the Sale, (VI) Approving the Form and Manner of Notice Thereof, and (VII) Granting Related Relief [Docket No. 40].

**PLEASE TAKE NOTICE** that the Debtors did not receive any Qualified Competing Bids (other than the Qualified Bid submitted by the Stalking Horse Bidder) prior to the Bid Deadline. ACCORDINGLY, THE DEBTORS CANCELLED THE AUCTION AND DID NOT CONDUCT AN AUCTION FOR THE SALE OF THEIR ASSETS.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing is scheduled to be held on January 11, 2022 at 2 p.m., Eastern. At the Sale Hearing, the Debtors will seek approval of the sale

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

1

of their assets to Instantiation, LLC, the Stalking Horse Bidder, consistent with the motion to approve the sale [Docket No. 6].

Dated: January 3, 2022

Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for the Debtor and Debtor-in-Possession*