# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

## CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on January 3, 2022, a true and correct copy of the *Notice of Cancellation of Auction For Sale of Assets of Squirrels Research Labs LLC and The Midwest Data Company, LLC* was served via the court's Electronic Case Filing System on these entities and individual who are listed on the court's Electronic Mail Notice List:

John C. Cannizzaro on behalf of Interested Party Instantiation LLC at John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc. at christopher.combest@quarles.com

John G. Farnan on behalf of Creditor Cincinnati Insurance Company at jfarnan@westonhurd.com

Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company rgoff@westonhurd.com, jroberts@westonhurd.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at kate.m.bradley@usdoj.gov

And by Regular U.S. Mail, postage prepaid, on January 3, 2022 on the following:

AEP Ohio
301 Cleveland Ave., SW
Canton, OH 44720

Andrew Waters
6653 Main Street
Williamsville, NY 14221
**UNDELIVERABLE**

Bittware/Molex LLC
2222 Wellington Ct
Lisle, IL 60532

CliftonLarsonAllen LLP
Attn: Daniel Riemenschneider
4334 Munson St., NW
Canton, OH 44718

CT Data LLC
133 River Road
Mystic, CT 06355

Donald Ruffatto
420 Fairview Ave, Apt. 107
Arcadia, CA 91007

Everhart Glass Co., Inc.
Attn: Linda Monigold
207 Ninth St., SW
PO Box 20645
Canton, OH 44701

Everstream
1228 Euclid Ave #250
Cleveland, OH 44115

FedEx
PO Box 371461
Pittsburgh, PA 15250-7461

Hailu Looyestein
Schout Coxstraat 1
5421GJ Gemert
**NETHERLANDS**

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Group 6
1240 E. Ninth Street, Room 493
Cleveland, OH 44199

IPS Assembly Corp.
Attn: Perry Sutariya
12077 Merriman Rd
Livonia, MI 48150

Jason Price
67 Bartram Trail
Brunswick, GA 31523

Jose A. Rubio
15925 Hopper Lane
San Diego, CA 92127

Mark D'Aria
165 Old Field Rd.
Setauket, NY 11733-1639

Metal Masters
Attn: Bret Kettlewell
125 Williams Dr
Dover, OH 44622

David Chase, et al.
c/o Michael Maranda
38 Oaklawn Ave
Farmingville, NY 11738

Office of the U.S. Trustee
201 Superior Ave. East, Suite 441
H.M. Metzenbaum US Courthouse
Cleveland, OH 44114-1234

Office of U.S. Attorney
Attn: Bankruptcy Section
Carl B. Stokes U.S. Court House
801 W. Superior Avenue, Ste 400
Cleveland, OH 44113

Ohio Attorney General
Collections Enforcement Section
Attn: Bankruptcy Unit
30 E. Broad Street, 14th Floor
Columbus, OH 43215

Ohio Bureau of Workers' Compensation
Attn: Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567

Ohio Department of Job & Family Svcs
Attn: Legal Support-Bankruptcy
PO Box 182830
Columbus, OH 43218-2830

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

Phillippe Germain
102 W. Service Rd #2153466
Champlain, NY 12919

Sam Adams
3417 Bush Street
Stevens Point, WI 54481

Samtec
520 Park E. Blvd.
New Albany, IN 47150

Steven Turnshek
13 Krist Glen Dr
Swissvale, PA 15218

Trevor Steinle
24106 SE 42nd St
Sammamish, WA 98029

William Paden
205 Plains Rd
Westford, VT 05494

Michael Maranda
38 Oaklawn Ave
Farmingville, NY 11738

Instantiation LLC
c/o Jason R. Schendel
Sheppard, Ullin, Richter & Hampton LLP
4 Embarcadero Center, 17th Flr
San Francisco, CA 94111

Internal Revenue Service
Attn: Deputy Director
1240 E. Ninth Street
Cleveland, OH 44199

Aaron Reimer
PMB-AR113422
Sumas, WA 98295-9674

Better PC, LLC
c/o Christopher Niekamp
Buckingham Doolittle and Burroughs LLC
3800 Embassy Parkway, Suite 300
Akron, OH 44308

Christophe Touzet
32 Rouillon
Saint Germain En Cogles 35133
**FRANCE**

Andrew Gould
4812 Wildflower Drive
North Canton, OH 44720

A.G. Adjustments, Ltd.
740 Walt Whitman Rd
Melville, NY 11747

Aaron Holquin
2046 Jamison Pl
Santa Clara, CA 95051

Bradon Pen
56 Varcoe Rd
Courtice, ON L1E 1S5
**CANADA**

Alton Hare
1200 17th St NW
Washington, DC 20036

Amanda McConnell
191 E. 28th Street
Dover, OH 44622

Brian Fiducci
24463 Norelius Ave
Round Lake, IL 60073

Ben George
5464 Lake Ave
Orchard Park, NY 14127

Bradley Conn
51 Maple Avenue
Locust Valley, NY 11560

Chad Clark
876 Jefferson St
Menasha, WI 54952

Brandon Osbourne
151 Mary Ellen Drive
Charleston, SC 29403

Brett Mashford
35 Oakmoss Dr
SPRINGFIELD LAKES, QLD 4300
**AUSTRALIA**

Clarence Smith
3290 Double Creek Dr N., Apt 301
Plainfield, IN 46168

Brian Klinger
4018 Shelby Row
Sugar Land, TX 77479

Carl Forsell
c/o James E.P. Sisto
Schuerger Law Group
1001 Kingsmill Parkway
Columbus, OH 43229

Daniel Russo
120 High Farms Rd
Glen Head, NY 11545

Cincinnati Insurance
PO Box 145496
Cincinnati, OH 45250-5496

Cincinnati Insurance
6200 S. Gilmore Rd
Fairfield, OH 45014-5141

David Reynolds
6046 Jerusalem Drive
Cicero, NY 13039

Culligan of Canton
4810 Southway St., SW
Canton, OH 44706

Daniel Hajdu
Graslaan 111
6833CG Arnhem
**NETHERLANDS**

Fabrizio Simonetti
Via Gozzer N 2A
57128 Livorno
**ITALY**

Darien Lyons
123 James Ter.
Rahway, NJ 07065-2409

Darry Kurpisz
14635 22nd Ave SW
Burien, WA 98166

Gilbert Rodriguez
PO Box 1535
Fabens, TX 79838-1535

David Stanfill
772 Treat Blvd.
Tallmadge, OH 44278

Dustin Hooper
20063 W. Jackson St.
Buckeye, AZ 85326-2777

Heather Bradley
1213 N. Chapel Street
Louisville, OH 44641

Fernando Molina
5275 SW 146 AVE
Miami, FL 33175

George D. Jimenez
9396 Broadland Street, NW
Massillon, OH 44646

Isaac Gabriel
Quarles and Brady
One Renissaince Sq
Two North Central Ave
Phoenix, AZ 85004

GS 8100, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

GS1 US, Inc.
300 Princeton South Corporate Center
Ewing Township, NJ 08628

| | | |
|---|---|---|
| JC Pack<br>199 Virginia Ave., #292<br>San Ysidro, CA 92173-2717 | Henry Ryan<br>228 Cranbury Road<br>Princeton Junction, NJ 08550 | Horizon Supply Group<br>Attn: Jeff Habbyshaw<br>3691 Honors Way<br>Howell, MI 48843 |
| Jessica Gritzan<br>1280 Linwood Ave SW<br>North Canton, OH 44720 | Israel Garcia<br>615 Oak Hollow Dr<br>Newberg, OR 97132 | James Holodnak<br>2910 16th Street, NW<br>Canton, OH 44708 |
| Jordan Kupersmith<br>888 N. Quincy St<br>Arlington, VA 22203<br>**UNDELIVERABLE** | Jean Viljoen<br>5 Cape Willow<br>Hermanus, Western Cape<br>7200<br>**SOUTH AFRICA** | Jeffrey Cordell<br>17517 NW Ashland Drive<br>Portland, OR 97229 |
| JPMorgan Chase Bank<br>1111 Polaris Pkwy<br>Columbus, OH 43240 | Joaquim Ginesta<br>Emili Grahit 6, 4r 1r<br>17002 Girona<br>**SPAIN** | Jonathan Hulecki<br>10505 Ciwberry Ct<br>Vienna, VA 22182 |
| Kyle Tricarico<br>5464 Lake Ave<br>Orchard Park, NY 14127 | Josh Luoni<br>808 8th St<br>Fairmont, WV 26554 | Joshua Harris<br>209 N. Horner Blvd.<br>Sanford, NC 27330 |
| Marius Nastasenko<br>Taikos g. 148<br>Vilnius<br>Vilniaus Apskritis 5227<br>**LITHUANIA  *UNDELIVERABLE*** | Kimble Companies<br>3596 SR 39<br>Dover, OH 44622 | Kyle Slutz<br>1116 W. Nimisila Road<br>Clinton, OH 44216 |
| Michael Rampton<br>6222 12th Street, North<br>Arlington, VA 22205 | Luco Gilardi<br>Ul. Slivnitsa 188<br>Sofia 1202<br>**BULGARIA** | Mario Fortier<br>10 Orchard Lane<br>Chelmsford, MA 01824 |
| Naoaki Kita<br>Kigoshimachi<br>Kanazawa-shi<br>Ishikawaken 920-0203<br>**JAPAN  *UNDELIVERABLE*** | Mark Veon<br>2547 S. 3rd Street<br>Milwaukee, WI 53207 | Michael Dai<br>43174 Christy Street<br>Fremont, CA 94538 |
| NJEB Partners<br>244 5th Avenue, Ste 1253<br>New York, NY 10001 | Michael Riley<br>2506 SW 23rd Cranbrook Dr<br>Boynton Beach, FL 33436 | Michael Robinson<br>103 Hunters Ct<br>Forest, VA 24551 |

Pat Clay
72 Baker Dr
Gansevoort, NY 12831

Miguel Chacon
120 NW 6th Ave
Miami, FL 33128

Mohamed Kazem
27 Orwell Street
Potts Point
SYDNEY, NSW 2011
**AUSTRALIA**

Peter Ensor
Powerstown House
Clonee, Dublin
D15 YH52
**IRELAND**

Nick Yarosz
3019 Ellington Dr
Summerville, SC 29485

Nicolas Rochon
4278 Beausoleil
Terrebonne QC J6V 1G1
**CANADA**

Rajesh Bhakar
Sector 9d/204, 2nd Flr Akarti Apartment
Jaipur
Rajasthan 302021
**INDIA**

One Haines Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

One Skymax Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Richard Weeks
4199 Defoors Farm Dr
Powder Springs, GA 30127

Patrick Nadeau
311 Andrews Rd
Wolcott, CT 06716

Paul Kelsey
1583 E. Primrose Lane
Layton, UT 84040

Ryan Marfone
98 N. Hawkhurst Cir
The Woodlands, TX 77354

Premier Bank
c/o Atty. Richard Thomas
6 Federal Plaza Central, Suite 1300
Youngstown, OH 44503

R. Scott Heasley
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122

Squirrels LLC
121 Wilbur Drive NE
North Canton, OH 44720

Raymond Wodarczyk
Kinzigstraâˆšâ¼e 28
10247 Berlin
**GERMANY**

Richard Bergstrom
30107 Mountain View Dr
Hayward, CA 94544

Tim Bredemus
9757 Union Terrace Ln N
Maple Grove, MN 55369

Robin Wolf
Fasangasse 49
Vienna
Wien 1030
**AUSTRIA**

Ruben Sousa
Av. D. Joâ šÂ£o II, nÂ â 34
1998-031 Lisboa
**PORTUGAL**

Tri Ho
1180 N. Cherry Way
Anaheim, CA 92801

Scott Chen
4058 Case St
Elmhurst, NY 11373

Seth Stanfill
1515 24th Street, NW
Canton, OH 44709

Uline
12575 Uline Dr
Pleasant Prairie, WI 53138

Stefano Chiesa
Via III Novembre 41
38026 Fucine Trentino
**ITALY**

Thom Kuznia
5733 York Ave. S.
Edina, MN 55410

Welbour Espartero
46 6th Ave NE
Swift Current, SK S9H 2L7
**CANADA**

Robert Oxsen
12795 Lowhills Rd
Nevada City, CA 95959-9074

Arran Gracie
221 Southwest Alder Street
Portland, OR 97204

James Soldi
2208B Clark Ln
Redondo Beach, CA 90278-4304

Lance Colton
301-10140 150 St NW
Edmonton, AB T5P 1P1
**CANADA**

Jason Palmer
4000 Davey St, APT 608
New Orleans, LA 70122-6903

Haley Williams
518 Washington St.
Santa Cruz, CA 95060

Jeffrey Willis
987 S. High Street
Columbus, OH 43206

Tim Robinson
2376 Burg Street
Granville, OH 43023

Tommy DeFreitas
14114 N. Wind Cave Ct
Conroe, TX 77384

Troy Keplinger
1730 E. Park St
Enid, OK 73701

Marco Mendoza
29407 Pyrite St
Menifee, CA 92584

Aditya Chauhan
1429 Bay Ridge Ave., FL 2
Brooklyn, NY 11219

Aaron Strating
411B Vancouver St
Victoria, BC V8v 3t4
**CANADA**

Fabian Delmotte
Rue de Favence 29
Nandrin, -- 4550
**BELGUIM**

Barry Gluntz
2350 Winfield Ave
Rocky River, OH 44116

David Burlington
38 Bryant St APT 804
San Francisco, CA 94105-6119

Matteo Trinca
Lania Geo  Ltd.
10 Zahesi Territory
Svimon Shotadze
Tbilisi, T'bilisi 0178  **GEORGIA**

TorEA Consulting
Attn:  Paul Billinger
1 Bow Street
Stouffville, ON  L4A 1Z3  **CANADA**

U.S. Small Business Administration
District Counsel
1350 Euclid Ave, Suite 211
Cleveland, OH 44115

Robert Renna
48 Samantha Dr
Morganville, NJ 07751-4006

Richard Hall
61 Falkirk Avenue
Wellington, WGN 6022
**NEW ZEALAND**

Andrew Wolf
1960 SW Old Sheridan Rd
McMinnville, OR 97128-8686

Henrik Gustafsson
N/A
U 10 54 Kay St
Scarborough, WA 6019
**AUSTRALIA**

Richard Ramazinski
1000 Flower Drive, STE LKS 2035
Glendale, CA 91201

Matthew Peterson
3390 Stratford Rd NE
Unit 516
Atlanta, GA 30326

Jack Cooper
4684 Douglas Circle NW
Canton, OH 44735

| | | |
|---|---|---|
| Elloit Boutin<br>9400 East Lincoln Street Apartments, Unit 409<br>Wichita, Kansas 67220 | Bill Gallagher<br>591 Lantern Way<br>Aurora, OH 44202 | Pascal Peters<br>P.H.J.J. Peters Holding B.V.<br>Parklaan 6<br>Oss, Noord Brabant 5345 BV<br>**NETHERLANDS** |
| Gabriel and Andrew Boutin<br>48 Cascade St.<br>Essex Junction, VT 05452 | Enrique Espinosa<br>4009 Old Bridgeview Ln<br>Charleston, SC 29403 | Dean Givens<br>170 Glad Spring Dr.<br>Lexington, SC 29072 |
| Jon Bulger<br>5169 Freeman Rd.<br>Orchard Park, NY 14127 | Gail O'Connell<br>8960 Ringview Dr.<br>Mechanicsville, VA 23116 | Everett Fominyen<br>6733 N. 105th Ave.<br>Omaha, NE 68122 |
| Stephen Allison<br>18 Monument Dr.<br>Stafford, VA 22554 | Justin O'Connell<br>5104 Kemp St.<br>Henrico, VA 23231 | Jason Rettburg<br>670 Robinhood Dr.<br>Aurora, OH 44202 |
| Tulip<br>5464 Lake Ave<br>Orchard Park, NY 14127 | Sidney Keith<br>8127 Larkspur Ave NW<br>North Canton, OH 44720 | William Sweeney<br>10 Westedge St., Unit 725<br>Charleston, SC 29403 |
| Envista Forensics LLC, dba AREPA<br>111 Deer Lake Rd., Suite 100<br>Deerfield, IL 60015 | | |

And by email, on January 3, 2022, on the following:

Artem Pylypchuk at articicejuice@gmail.com
Jose Nunez at admin@croxmoon.com
Michael Erceg at michael.erceg@gmail.com
Spencer Gabriel Singh at spencersingh96@gmail.com
Todd Dallimore at tdallimore@start.ca
Yannick Vergult at yannick.vergult@gmail.com

Dated: January 3, 2022	Respectfully submitted,

/s/ *Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for the Debtor and Debtor-in-Possession*

[1369997]