

# EMERGENCY EQUIPMENT RESTORATION AGREEMENT

This Emergency Equipment Restoration Agreement (this "Agreement") is entered into between Envista Forensics, LLC. d/b/a AREPA, with its principal place of business at 5565 Glenridge Connector, Suite 900, Atlanta, Georgia 30342, and Squirrels Research Labs, LLC. , with its principal place of business at 8050 Freedom Ave. SW North Canton, OH 44720 ("Customer").

**WHEREAS,** Customer has requested that AREPA provide, and AREPA has agreed to provide, certain emergency equipment restoration services to Customer in accordance with the terms and conditions set forth in this Agreement;

**NOW THEREFORE,** in consideration of the mutual promises contained herein the parties hereby agree as follows:

1. **Services Provided By AREPA.** AREPA will perform emergency response services to assess any equipment damage, recommend possible treatments and implement protective or restorative services ("Services") with respect to any such equipment ("Equipment") as requested by Client.

2. **Fees.** Customer agrees to pay AREPA for all Services rendered and expenses incurred in accordance with the USA Scheduled Charges for Equipment Restoration Services (the "Fee Schedule") attached hereto and incorporated herein by reference.

3. **Invoicing and Payment.** An invoice for Initial Services will be provided within three (3) days of AREPA being onsite. The initial services invoice will be due upon receipt. An invoice for Services rendered will be produced upon completion of the emergency services with the initial services payment subtracted. The total amount incurred will be due immediately. Any disputed invoice (or portion of any invoice) must be reported to AREPA within fifteen (15) days of receipt for resolution or such invoice shall be deemed to be accurate and payable. If possible, AREPA will provide a full project equipment decontamination agreement, to include estimated cost and timeframe for the project.

4. **Additional Terms and Conditions.** AREPA and Client further agree to be bound by the Additional Terms and Conditions attached hereto and incorporated herein by reference. This agreement extends the "customer" up to $25,000.00 in credit based upon a satisfactory credit review.

**IN WITNESS WHEREOF,** the parties have caused this Agreement to be executed effective as of the last date shown below.

**AREPA**

By:_____

Name: Rob Fearer

Title: Project Scope and Logistics Specialist

Date:_____

Please contact Carrie Kane, Operations Manager, with any questions: carrie.kane@arepa.com

Telephone: (224) 406-9813

By: _[signature]_____
Signature of Authorized Representative

Name: David Stanfill

Title: CEO

Date: 7/21/21

Telephone number: 330.827.0777

Email address: david@squirrelsresearch.com

Comprehensive Recovery | Innovative Solutions     © AREPA 2020



# EMERGENCY EQUIPMENT RESTORATION AGREEMENT

Accounts payable contact name: _____

Accounts payable contact email: _____

Accounts payable contact phone number: _____

## ADDITIONAL TERMS AND CONDITIONS

1. **CUSTOMER RESPONSIBILITIES**. Customer will (a) provide AREPA with reasonable access to the Equipment in order to enable AREPA to perform the Services in an efficient and cost-effective manner; (b) provide AREPA with all required technical information regarding the Equipment, including, without limitation, all safety precautions necessary or advisable for AREPA to observe in performing the Services; and (c) assist AREPA in coordinating any services that may be required from manufacturers or authorized third party service providers of the Equipment in order to enable AREPA to complete the Services. AREPA will not be responsible for overseeing, supervising or approving the work of anyone other than AREPA's personnel.

2. **Term**. This Agreement will become effective on the last date set forth on the signature page of this Agreement (the "Effective Date") and will continue until terminated in accordance with the provisions of Section 3 (the "Term").

3. **Termination**. This Agreement shall be in full force and effect for the duration of the performance of the Services and will terminate upon the later of (a) the completion of all such Services and delivery of the Certificate of Completion, or (b) receipt of final payment for such Services by Customer. In addition, this Agreement may be terminated by either party upon the occurrence of any material breach by the other party and failure to cure such breach within seven (7) days of receipt of written notice specifying such breach and intent to terminate. All fees for Services rendered and expenses incurred up to the termination date, along with all expenses resulting from the termination, shall be due and payable as of the termination date.

4. **Survival**. The provisions relating to Confidential Information, Indemnification, and Arbitration shall survive the termination of this Agreement in accordance with their terms.

5. **Certificate of Completion**. Following AREPA's completion of the Services, AREPA will deliver to Customer a certificate to be signed by Customer certifying that the Services have been completed with respect to the Equipment identified in such certificate (the "Certificate of Completion"). Customer will promptly provide a copy of the signed Certificate of Completion to AREPA.

6. **Assignment of Insurance**. Customer hereby assigns to AREPA any and all insurance rights, benefits, proceeds and causes of action under any applicable insurance policy which pertain to the Services performed by AREPA pursuant to this Agreement. This assignment of rights, benefits, proceeds and causes of action is given in consideration of AREPA's agreement to perform such Services and is limited to the amount of AREPA's invoices for Services performed and expenses incurred by AREPA. Customer hereby waives its privacy rights and directs its insurer to communicate directly with AREPA and release any and all information requested by it in connection with this assignment. Customer hereby instructs, directs and authorizes its insurer to issue payment for AREPA invoices for said Services directly to AREPA (and made payable solely to AREPA), and Customer shall execute any and all documents or other agreements required by said insurer for making said payments directly and solely to AREPA. Further, Customer hereby appoints AREPA as Customer's attorney in fact to endorse and deposit any payments made by



# EMERGENCY EQUIPMENT RESTORATION AGREEMENT

any insurer for such Services which may include Customer's name as co-payee. Further, if any such payment is made solely to Customer, Customer shall immediately notify AREPA and tender any such check or payment to AREPA within five (5) business days.

**7. Independent Contractor Status.** AREPA is an independent contractor of Customer for all purposes related to this Agreement. This Agreement will not be deemed to create an employment, partnership, joint venture or agency relationship between the parties. AREPA will be solely responsible for the payment of all compensation and employee benefits applicable to its personnel.

**8. Confidential Information.** Neither AREPA nor Customer shall release any information provided to the other which has been explicitly represented to be proprietary or confidential without written permission. This provision shall be in full force and effect for two (2) years following the date of termination of this Agreement.

**9. Warranty.** AREPA warrants that it will properly handle the Equipment without causing additional damage to such Equipment.

THIS WARRANTY AND THE REMEDIES SET FORTH HEREIN ARE EXCLUSIVE AND IN LIEU OF ALL OTHER REPRESENTATIONS, WARRANTIES AND REMEDIES, BOTH WRITTEN AND ORAL, EXPRESS AND IMPLIED. AREPA SPECIFICALLY DISCLAIMS ANY AND ALL IMPLIED WARRANTIES, INCLUDING, WITHOUT LIMITATION, ALL WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE OR USE. NO PERSON OR ENTITY IS AUTHORIZED TO GIVE ANY OTHER REPRESENTATION, WARRANTY OR REMEDY ON BEHALF OF AREPA, OR TO ASSUME ANY OTHER LIABILITY ON AREPA'S BEHALF.

**10. LIMITATION OF LIABILITY AND DAMAGES.** NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN, AREPA SHALL NOT UNDER ANY CIRCUMSTANCE BE LIABLE FOR ANY DAMAGE CAUSED TO THE EQUIPMENT BY THE LOSS EVENT, ANY DOWNTIME, LOSS OF USE, LOST REVENUES OR PROFITS, EXPENSES OF TRAVEL OR LABOR RELATING TO THE REMOVAL, REPLACEMENT OR INSTALLATION OF EQUIPMENT, EXPENSES RELATING TO OR DAMAGES OCCURING DURING OR DUE TO THE SHIPMENT OF EQUIPMENT TO OR FROM AREPA'S DESIGNATED FACILITY, ANY DAMAGES OR EXPENSES DIRECTLY OR INDIRECTLY CAUSED BY ANY THIRD PARTY'S ACTS OR OMISSIONS, INDIRECT, CONSEQUENTIAL, INCIDENTAL, CONTINGENT OR SPECIAL DAMAGES, WHETHER ARISING IN CONTRACT, IN TORT OR UNDER STATUTE, OR ANY OTHER DAMAGES OR EXPENSES NOT AGREED UPON IN WRITING BY AREPA, EVEN IF AREPA HAS BEEN ADVISED OF THE POTENTIAL FOR ANY SUCH DAMAGES OR EXPENSES. IN NO EVENT SHALL AREPA'S TOTAL LIABILITY EXCEED THE SUM PAID BY CUSTOMER FOR THE SERVICES PROVIDED PURSUANT TO THIS AGREEMENT.

**11. Indemnification.** Each party (as such, the "Indemnitor") agrees to hold the other party (as such, the "Indemnitee"), and the Indemnitee's directors, officers, agents, and employees, harmless from and against any and all liability, claims, suits, loss, damages, costs, and expenses, including but not limited to attorney's fees and court costs ("Damages"), to the extent arising or resulting solely from any negligent acts, errors, omissions, or willful misconduct of the Indemnitor in connection with its performance of (or failure to perform) its services and duties under this Agreement.

**12. Remedies for Customer's Failure to Pay.** All invoiced charges for Services which are not paid on a timely basis will accrue interest at the rate of 1.5% per month. AREPA shall have the right to suspend or terminate Services if Customer fails to make full and timely payment of any invoiced charge, without prejudice to AREPA's other rights or remedies. In the event that AREPA initiates legal action to enforce its

Comprehensive Recovery | Innovative Solutions © AREPA 2020 



# EMERGENCY EQUIPMENT RESTORATION AGREEMENT

rights under this Agreement, AREPA will be entitled to the reimbursement by Customer of all reasonable attorneys' fees, court costs and other expenses incurred therein by AREPA.

**13. Notices.** All notices required under this Agreement must be in writing and delivered to the other party by overnight delivery service or certified mail, postage prepaid, return receipt requested. Any notice sent by overnight delivery service will be deemed delivered on the next business day following its date of dispatch, and any such notice sent by certified mail will be deemed delivered three (3) days after being deposited in a U.S. Postal Service depository.

**14. Interpretation; Legal Effect.** This Agreement will be interpreted and enforced in accordance with the laws of the State of Georgia, without regard to its rules governing choice of laws. The invalidity of any provision of this Agreement will not affect the remainder of that provision or any other provision of this Agreement. The waiver by either Party of any default under this Agreement will not be deemed a waiver of any other default. This Agreement will inure to the benefit of and be binding upon each party and its respective successors and assigns.

**15. Arbitration** - All disputes, claims, or other matters in question between AREPA and Customer arising out of, or relating to, this Agreement or the breach thereof, shall be decided by arbitration in accordance with the Rules of the American Arbitration Association then existing and the Federal Rules of Civil Procedure regarding discovery, unless the parties mutually agree otherwise. The foregoing agreement to arbitrate and any other agreement to arbitrate with an additional person or persons duly consented to by AREPA and Customer shall be specifically enforceable under the prevailing arbitration law. The award rendered by the arbitrators shall be final, and judgment may be entered upon it in accordance with applicable law in any court having jurisdiction thereof. Notice of the demand for arbitration shall be filed in writing with the other party and with the American Arbitration Association. The demand for arbitration shall be made within a reasonable time after the dispute, claim or other matter in question has arisen, and in no event shall the demand be made after the date when institution of legal or equitable proceedings based on such claim, dispute or other matter in question would be barred by the applicable statute of limitations. The location for the arbitration shall be Atlanta, Georgia.

**16. Execution.** This Agreement may be executed by email or facsimile transmission, and an emailed or faxed signature will be deemed an original signature for all purposes relating to this Agreement.

**17. Entire Agreement.** This Agreement, which includes each of its Exhibits, the Fee Schedule, and any Certificate of Completion issued by AREPA in connection with this Agreement, constitutes the entire agreement of the parties and supersedes all prior written and oral communications, proposals, negotiations, representations, warranties, understandings and agreements between the parties with respect to the subject matter hereof. This Agreement may not be amended or rescinded except by a written instrument signed by an authorized representative of each party. No term or condition contained in any purchase order, order acknowledgement or like document shall be binding upon the other party, regardless of whether such document is acknowledged by the other party.





# EMERGENCY EQUIPMENT RESTORATION AGREEMENT

## Equipment

Equipment listing To Be Determined, as needed for immediate emergency mitigation services.





# 2021 USA SCHEDULED CHARGES EQUIPMENT RESTORATION SERVICES

## PERSONNEL PROJECT RATES

| | |
|---|---|
| Project Manager | $130.00 / hr |
| Rope Access | $125.00 / hr |
| Team \| Technical Lead | $120.00 / hr |
| Specialist | $110.00 / hr |
| Project Coordinator | $110.00 / hr |
| Health & Safety Officer | $95.00 / hr |
| Specialist Travel Time | $85.00 / hr |
| Restoration Supervisor | $75.00 / hr |
| Project Auditor | $65.00 / hr |
| Field Operations | $65.00 / hr |
| Resource \| Supply Coordinator | $65.00 / hr |
| Skilled Contract Labor | $50.00 / hr |
| Management of Customer Labor Force - per hour / per person | $6.50 |

## PERSONNEL PROJECT OVERTIME

| | |
|---|---|
| Emergency services between 6 PM & 7 AM | 1.5 x base rate |
| Regular Overtime (over 8 hours per day) | 1.5 x base rate |
| Saturdays & Sundays | 1.5 x base rate |
| Holidays | 2.0 x base rate |

## SCHEDULE FOR PROJECT INVOICING

When scheduling projects, one (1) day equates to ten (10) consecutive labor hours. Eight (8) hours at regular time, independent of the time of day, and one and one half (1.5) hours at overtime as noted above. Two (2) fifteen (15) minute breaks are billed as part of the day. A half (1/2) hour lunch break will not be billed. AREPA bills for offsite project coordination time, OEM warranty & repair facilitation, daily report writing, and inventory update. Standard rates do not apply should prevailing wages need to be paid.

**TRAVEL TIME:** Invoiced portal-to-portal.
1. Portal during a project - Hotel housing the crew
2. Portal for site inspections / consulting matters - AREPA's office
3. International team members will be considered as needed.

**JOB EXPENSES:** Materials expended and equipment usage required on a project.
1. Per Diem charged at the rate of $64.00 per day, per person, includes meals and incidentals.
2. Expenses will be subject to a 10% markup.
3. Use of company vehicles at $ 1.00 per mile.

**MOBILIZATION FEE:** 50% of project cost will be required prior to deployment. A Dun & Bradstreet composite credit appraisal will be accessed on all major projects.

## CONSULTING / SITE INSPECTIONS FLAT RATE

| | | |
|---|---|---|
| Consulting / Site Inspections Services | | $175.00 / hr |
| Project Scope & Logistics Specialist | | $175.00 / hr |
| Executive Director | Standard Rate $290.00 / hr    Legal Rate | $340.00 / hr |

On flat rate consulting, legal, and site inspection assignments, site time and travel time are invoiced at the same rate. Time billing is tracked in 15-minute increments and no over time or double time rates apply. The personal vehicle mileage rate is based on the standard IRS reimbursement allowance.



A Division of Envista Forensics, LLC

© AREPA 2020

**SAFETY TRAINING**
Training, medical, or certification expenses that are specifically required by the customer and/or their environmental, health, and safety department, will be invoiced and subject to a 10% markup. Actual time at the positions applicable hourly rate.

| **WIPE SAMPLE ANALYSIS:** | **Standard** | **Rush Job** |
|---|---|---|
| • IPC panel | $175.00/sample | $350.00/sample |

**PREVAILING RATE**
Prevailing rates will be paid on all applicable jobs that fall under the (Davis Bacon Act) Prevailing Rate Wage. Rates will be obtained from the state where work is being performed. THE CUSTOMER will be responsible for notifying AREPA if prevailing rates apply. AREPA will adjust rates as necessary.

**COLLECTIVE BARGENING**
To the extent the work under a particular contract is subject to Federal and State minimum wage or hour laws or collective bargaining agreements which modify AREPA's standard rates and practices, adjustments shall be made to the hourly rate and other labor provision as necessary.

**PROJECT DELAY**
When circumstances beyond our control require personnel to be delayed from beginning work, the standard rate / hour will be charged per labor category, per person delayed.

**MANAGEMENT OF CUSTOMER LABOR**
The Management of Customer Labor force line is utilized when AREPA is managing the customer's labor force. The customer is responsible for paying the wages, associated taxes, benefits and insurance for their own employees.

**CATASTROPHY CONSIDERATIONS**
In the event of a large scale regional event which prevents the use of traditional hotel accommodations, an allowance may be calculated to reflect the necessary alternatives such as travel trailers, mobile housing units, or man camps.

**GENERAL CONSIDERATIONS**
Based upon market conditions and laws in certain geographic locations such as; New York City (including all boroughs), Alaska, Hawaii, and parts of California, AREPA reserves the right to revise all scheduled rates in those areas. Rates would only be considered prior to signing a work order.



A Division of Envista Forensics, LLC    © AREPA 2020

| Consumables | Unit | Cost |
|---|---|---|
| Cotton Swabs | 50 / Bag | $ 33.00 |
| Pre-filter 500 cfm scrubber | Each | $ 7.74 |
| Desiccant Bags | Per Bag | $ 0.34 |
| Duct Tape 1 | Per Roll | $ 7.50 |
| Dust Mask | Each | $ 1.63 |
| Foam Swabs | 50 / Bag | $ 33.56 |
| Garbage Bag | Each | $ 0.65 |
| Latex Gloves Large | Box | $ 16.25 |
| latex Gloves Extra Large | Box | $ 16.25 |
| Nitrile Gloves Large | Box | $ 21.25 |
| Nitrile Gloves Extra Large | Box | $ 21.25 |
| Lens Paper | Box | $ 6.69 |
| Visquine Sheeting (per 10x25 ft 6 mil roll) | | $ 36.23 |
| Carpet Cover | 2'x200' | $ 62.50 |
| Scotch Brites White | Box | $ 32.50 |
| Scotch Brites Green | Box | $ 32.50 |
| Scotch Brites Tan | Box | $ 87.50 |
| Wipes | Box | $ 14.38 |
| VPCI Emitters | Each | $ 15.00 |
| VCI Stretch Wrap | 18" X 1,500' | $ 83.75 |
| Wire Brushes | Each | $ 2.28 |
| Brass Brushes | Each | $ 4.06 |
| Paint Scrappers | Each | $ 3.71 |
| Plastic Scrub Brushes | Each | $ 5.63 |
| Tie Wrap | Each | $ 0.13 |
| Tyvek Suits Large | Each | $ 13.75 |
| Tyvek Suits X Large | Each | $ 13.75 |
| Tyvek Suits XX Large | Each | $ 18.75 |
| Brady Labels | Each | $ 2.35 |
| Microfiber towels | Each | $ 3.64 |
| Respirator Filters | Each | $ 31.25 |
| Terry Towels | Case | $ 120.00 |
| **Reusable Consumables** | **Unit** | **Cost** |
| Brushes | Each | $ 1.50 |
| Cotton Gloves | Per Pair | $ 1.66 |
| Bent long handled brushes | Each | $ 11.25 |
| Safety Glasses | Each | $ 5.00 |
| Parts cleaning brushes | Each | $ 10.00 |
| Heavy duty gloves | Per Pair | $ 8.75 |
| Respirators half mask | Each | $ 35.00 |
| Respirators full mask | Each | $ 148.75 |
| Spray bottles | Each | $ 3.69 |
| Bug Sprayer | Each | $ 24.96 |

© AREPA 2020

| Chemicals | Unit | Cost |
|---|---|---|
| Chemtronics Electronic cleaner | Per Can | $ 22.50 |
| Glowsan Degreaser | Per Gallon | $ 28.75 |
| Ironclad Filming Agent Corrosion Preventive | Per Gallon | $ 17.39 |
| ISO | Per Gallon | $ 100.00 |
| Lexor Technical Cleaner | Per Gallon | $ 36.15 |
| Parazine General Cleaner | Per Gallon | $ 9.98 |
| Nautilus | Per Gallon | $ 183.13 |
| Tri-Flow Lubricant | Per Gallon | $ 125.96 |
| WD-40 | Per Gallon | $ 29.79 |
| Zep A-Lume Aluminum Cleaner | Per Gallon | $ 24.38 |
| Pelox | Per Gallon | $ 129.69 |
| EvapoRust | Per Gallon | $ 26.85 |
| LPS 1 Lubricant | Per Gallon | $ 79.01 |
| LPS 2 Lubricant | Per Gallon | $ 78.75 |
| Smoke Screen Deodorizer | Per Gallon | $ 62.70 |
| Shockwave Disinfectant | Per Gallon | $ 61.25 |
| D-5640NS Cleaner Degreaser | Per Can | $ 20.81 |
| D-5015NS Corrosion Preventive | Per Can | $ 20.81 |

### Kits

| Compressor Kit | Unit | Day | Week |
|---|---|---|---|
| Air Compressor | Each | $ 30.00 | $ 150.00 |
| Air Hose | Each | $ 5.00 | $ 25.00 |
| Air Dryer | Each | $ 40.00 | $ 200.00 |
| **Electrical Kit** | **Unit** | **Day** | **Week** |
| 50' Extention Cords | Each | $ 5.00 | $ 25.00 |
| GFCI Power Cord | Each | $ 3.00 | $ 15.00 |
| **ESD Kit** | **Unit** | **Day** | **Week** |
| ESD Table Mats | Each | $ 10.00 | $ 50.00 |
| WSD Floor Mats | Each | $ 10.00 | $ 50.00 |
| ESD Wrist Straps / Heel Straps | Set | $ 1.00 | |
| ESD Air Gun | Each | $ 76.00 | $ 380.00 |
| Circuit Card Holders | Each | $ 3.00 | $ 15.00 |
| ESD Bags (determined by size and quantity) | | | |
| **H20 Kit** | **Unit** | **Day** | **Week** |
| Small DI-45 | Each | $ 20.00 | $ 100.00 |
| 50 Ft. Water Hose | Each | $ 4.00 | $ 20.00 |
| Washer Hoses | Each | $ 1.00 | $ 5.00 |
| **Heater Kit** | **Unit** | **Day** | **Week** |
| Portable Heaters | Each | $ 30.00 | $ 150.00 |
| **Master Tool Kit** | **Unit** | **Day** | **Week** |
| Entire Kit | Each | $ 55.00 | $ 275.00 |
| **PM Kit** | **Unit** | **Day** | **Week** |
| Entire Kit | Each | $ 12.50 | $ 62.50 |

© AREPA 2020

| Lubrication Kit | Unit | Day | Week |
|---|---|---|---|
| Entire Kit | Each | $ 2.50 | $ 12.50 |

| Equipment | Unit | Day | Week |
|---|---|---|---|
| Lock Out Tag Out | Set of 8 | $ 60.00 | $ 300.00 |
| Spider Box | Each | $ 12.50 | $ 62.50 |
| Carts | Each | $ 34.50 | $ 172.50 |
| Carts ESD | Each | $ 50.00 | $ 250.00 |
| Drying Oven | Each | $ 527.20 | $ 2,636.00 |
| Generator | Each | $ 69.90 | $ 349.50 |
| Blue HEPA air scrubber | Each | $ 120.00 | $ 600.00 |
| HEPA Clean Air Machine | Each | $ 112.76 | $ 563.80 |
| HEPA/ Toner Vac | Each | $ 43.55 | $ 217.75 |
| Ladder Step or Extension | Each | $ 3.00 | $ 15.00 |
| Large Compressor | Each | $ 29.90 | $ 149.50 |
| Lights | Each | $ 15.00 | $ 75.00 |
| Portable Drying Chambers | Each | $ 50.00 | $ 250.00 |
| Portable Spray System / Odell | Each | $ 297.00 | $ 1,485.00 |
| Pressure Washer | Each | $ 10.00 | $ 50.00 |
| Shelving Units | Each | $ 5.50 | $ 27.50 |
| Spray Booths/Conn/Hoses | Each | $ 437.50 | $ 2,187.50 |
| Tables | Each | $ 9.00 | $ 45.00 |
| Chairs | Each | $ 2.00 | $ 10.00 |
| Wet / Dry Vac | Each | $ 8.00 | $ 40.00 |
| HEPA Vac Nilfisk 5 gallon | Each | $ 63.00 | $ 315.00 |
| Nilfisk brush attachment | Each | $ 6.00 | $ 30.00 |
| HEPA/Wet/Dry Nilfisk 12 gallon | Each | $ 91.50 | $ 457.50 |
| SCM | Each | $ 480.00 | $ 2,400.00 |
| Vacuum Oven Chamber | Each | $ 900.00 | $ 4,500.00 |
| Hydroxyl Generator | Each | $ 180.00 | $ 900.00 |
| Lock Out Tag Out Kit | Set of 8 | $ 30.00 | $ 150.00 |
| Spider Box | Each | $ 25.00 | $ 125.00 |
| Ozone Generator | Each | $ 20.00 | $ 100.00 |
| Injectors (spray guns) | Each | $ 15.00 | $ 75.00 |
| Canopy Tent (10' x 10') | Each | $ 11.00 | $ 55.00 |
| Canopy Tent (8' x 8') | Each | $ 7.00 | $ 35.00 |
| Megger | Each | $ 25.00 | $ 125.00 |
| Self Retracting Lifeline | Each | $ 19.50 | $ 97.50 |
| Retaining Ring Plier Kit | Each | $ 20.00 | $ 100.00 |
| Traffic Cones (12") | Each | $ 0.80 | $ 4.00 |
| Bearing Fitting Kit | Each | $ 119.60 | $ 598.00 |



A Division of Envista Forensics, LLC

© AREPA 2020

| Shipping Supplies | Unit | Day | Week |
|---|---|---|---|
| Anti-static Stretch Wrap | Yard | $ 1.25 | $   - |
| Boxes 18"x18"x24" | Box | $ 3.88 | $   - |
| Bubble Wrap 12" | Yard | $ 1.25 | $   - |
| Bubble Wrap 12" (anti-static) | Yard | $ 1.88 | $   - |
| Packing Tape | Roll | $ 5.00 | $   - |
| Shipping Blankets | Each | $ 30.00 | $ 150.00 |

## MATERIALS & EQUIPMENT CONSIDERATIONS

1. The rate schedule lists the most commonly used items. AREPA reserves the right to add to the materials / consumables schedule during the course of the work.
2. During the course of work, AREPA may find it necessary to purchase equipment and/or supplies not scheduled above. In those situations, the schedule shall be an acceptable industry daily rental rate determined by AREPA for the equipment, and the cost of supplies plus 20%.
3. If any company owned, leased or rented asset is damaged or rendered unfit for use by the actions or inactions of the customer, its agents or representatives, the customer if negligent, shall be responsible for replacing such asset at their expense.



A Division of Envista Forensics, LLC

© AREPA 2020

# AUTHORIZATION AND DIRECTION TO PAY



111 Deer Lake Rd
Suite 100
Deerfield, IL 60015

855.483.5776

info@arepa.com
arepa.com

I, __David Stanfill__, of **Squirrel Research LLC.**, hereby authorize **Cincinnati Insurance** to pay Envista Forensics LLC, DBA AREPA directly for the decontamination of the equipment involved in our loss.

**Claim Number:** 3769624

**Insured:** Squirrel Research LLC., 8050 Freedom Ave. SW North, Canton, OH 44720

By: _[signature]_
Signature of Authorized Representative

Title: CEO

Date: 7/21/21

Telephone number: 330.827.0777