**Squirrels Research Labs LLC**

# CERTIFICATE OF COMPLETION

I have performed an inspection of the equipment

decontaminated by AREPA, which is

listed in the enclosed inventory, and am

satisfied with the work performed.

Date: _8/21/21_

_[signature]_

**Squirrels Research Labs LLC Representative**

_[signature]_

**AREPA Representative Signature**

**AREPA Matter: 126712-W0K7**