## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 21-61491 |
| | ) | |
| SQUIRRELS RESEARCH LABS, LLC, | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge Russ Kendig |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Torea Consulting, Ltd. ("Creditor"), hereby appears by its counsel, Meyers, Roman, Friedberg & Lewis ("Meyers Roman") and requests that the undersigned attorney be added to the official mailing matrix and service lists in these cases. Creditor requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this chapter 11 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statement, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon Creditor through service upon Meyers Roman as set forth below:

> David M. Neumann (0068747)
> *dneumann@meyersroman.com*
> Meyers, Roman, Friedberg & Lewis LPA
> 28601 Chagrin Blvd., Suite 600
> Cleveland, OH 44122
> Telephone: (216) 831-0042
> Fax: (216) 831-0542

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers files in this case, whether form or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE**, that, neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive creditor's: (i) right to have a final order in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other right, claims, actions, defenses, setoffs or recoupments to which Creditor is or may be entitled to under agreements, in law, or equity all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Date: January 4, 2022

*/s/ David M. Neumann*
David M. Neumann (Ohio No. 0068747)
*dneumann@meyersroman.com*
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 500
Cleveland, Ohio 44122
Telephone: 216-831-0042
Fax: 216-831-0542

*Counsel for Torea Consulting Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 4th day of January 2022 via the Court's electronic filing system upon the following:

- **John C. Cannizzaro**  John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com
- **Christopher Paul Combest**  christopher.combest@quarles.com
- **John G. Farnan**  jfarnan@westonhurd.com
- **Robert E. Goff**  rgoff@westonhurd.com, jroberts@westonhurd.com
- **Jeannie Kim**  JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Marc Merklin**  mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com
- **Christopher Niekamp**  cniekamp@bdblaw.com
- **Paul J. Schumacher**  pschumacher@dmclaw.com, tgross@dmclaw.com
- **Frederic P. Schwieg**  fschwieg@schwieglaw.com
- **Frederic P. Schwieg**  fschwieg@schwieglaw.com
- **United States Trustee**  (Registered address)@usdoj.gov
- **Joshua Ryan Vaughan**  jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com
- **Julie K. Zurn**  jzurn@brouse.com, tpalcic@brouse.com
- **Kate M. Bradley ust44**  kate.m.bradley@usdoj.gov

Via regular U.S. Mail:

**Brouse McDowell**
388 South Main Street
Suite 500
Akron, OH 44311-4407

**Jason R. Schendel**
Sheppard, Mullin, Richter & Hampton LLP
Four Embardadero Center
Seventeenth Floor
San Francisco, CA 94111

                                          */s/ David M. Neumann*
                                          *Counsel for Movant*
                                          *Torea Consulting Ltd.*