# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

## NOTICE OF FILING DEFICIENCY

IN RE: Squirrels Research Labs LLC                CASE NO.: 21-61491

                                                  JUDGE RUSS KENDIG

**Pursuant to Bankruptcy Rule 5005, the original document has been accepted for filing.   However further action as indicated below is required for the Certificate of Service.**

**X**   The Certificates of Service filed on 1/4/22 by David M. Neumann Re: Docket numbers 110 and 111 are deficient.

**X**   The Certificate of Service does not comply with the memorandum of October 12, 2012, *Serving Documents in Compliance with Local Bankruptcy Rule 9013-3*. The certificate must include either language certifying that the Electronic Mail Notice List included the party or parties served through the CM/ECF system to be accepted, or a copy of the Electronic Mail Notice List.

The Certificate of Service is not signed.

The Certificate of Service does not correctly state the date of service.

The Certificate of Service does not state the method(s) of service.

The Certificate of Service does not identify, by name and address, each entity served.

**X**   Other: 1) Incorrect court address for responses.
             2) Hearings are held at Canton- Courtroom. The information given under number three on the notice is incorrect.

**X**   File an Amended Certificate of Service and Notice of Motion correcting the marked deficiencies, pursuant to LBR 9013-3 and the judges' memorandum of October 12, 2012, re: serving documents.

**\*\*\*\*\* IF AN AMENDED "CERTIFICATE OF SERVICE" IS NOT RECEIVED, \*\*\*\*\***
**THE PLEADING WILL NOT RECEIVE FURTHER CONSIDERATION.**
**\*\*\*\*\* <u>IF THE PLEADING IS A MOTION,</u> \*\*\*\*\***
**<u>THE ORDER WILL NOT BE ENTERED.</u>**

DATE OF NOTICE: January 5, 2022

                          /s/ Lynn Baldwin
                          Deputy Clerk