# AUTHORIZATION AND DIRECTION TO PAY



111 Deer Lake Rd
Suite 100
Deerfield, IL 60015

855.483.5776

info@arepa.com
arepa.com

I, __David Stanfill__, of **Squirrel Research LLC.**, hereby authorize **Cincinnati Insurance** to pay Envista Forensics LLC, DBA AREPA directly for the decontamination of the equipment involved in our loss.

**Claim Number:** 3769624

**Insured:** Squirrel Research LLC., 8050 Freedom Ave. SW North, Canton, OH 44720

By: *[signature]*
Signature of Authorized Representative

Title: CEO

Date: 7/21/21

Telephone number: 330.827.0777

Home Office
111 Deer Lake Rd • Suite 100 • Deerfield, IL 60015 • 855.483.5776 • arepa.com