# Squirrels Research Labs LLC

# CERTIFICATE OF COMPLETION

I have performed an inspection of the equipment decontaminated by AREPA, which is listed in the enclosed inventory, and am satisfied with the work performed.

Date: 8/21/21

_____
**Squirrels Research Labs LLC Representative**

_____
**AREPA Representative Signature**

**AREPA Matter: 126712-W0K7**

EXHIBIT C