# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| Squirrels Research Labs LLS, et al., | ) | CASE NO. 21-61491-rk |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | JUDGE RUSS KENDIG |

## NOTICE OF THE CINCINNATI INSURANCE COMPANY'S
## MOTION FOR RELIEF FROM STAY AND CERTIFICATE OF SERVICE

The Cincinnati Insurance Company has filed papers with the court to obtain relief from a stay for an order lifting the automatic stay imposed by section 362(a) of the Bankruptcy Code for the purpose of permitting Envista to be paid from insurance reserves held by Cincinnati Insurance.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief requested sought in the motion, or if you want the court to consider your views on the motion, then on or before **February 9, 2022**, you or your attorney must:

1. File a written response, explaining your position, at

   U.S. Bankruptcy Court
   Ralph Regula Federal Building and U.S. Courthouse
   401 McKinley Ave. SW
   Canton, OH 44702

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.

2. Mail a copy to:

   Robert E. Goff, Jr., Esq.
   Weston Hurd LLP
   1300 E. 9th Street, Suite 1400
   Cleveland, OH 44114

3.	Attend the hearing scheduled to be held on **February 16, 2022 at 9:30 a.m.** Counsel and parties should call (888) 684-8852 and use Access Code 3303949 followed by the pound sign, which is #.  Upon connection you will automatically be muted. (That is, you will be able to hear, but you will not be heard.) The courtroom deputy will call court into session and call each case. When your case is called, you may unmute your line by pressing * and then pressing 6 on your telephone key pad. If you have a problem connecting to the hearing, immediately contact chambers at 330-458-2440.  The hearing may be adjourned by the court from time to time without further notice.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further hearing or notice.


Respectfully submitted,


*/s/ Robert E. Goff, Jr.*
**ROBERT E. GOFF, JR. (0069818)**
Weston Hurd LLP
1300 E. 9th Street, Suite 1400
Cleveland, OH 44114
Phone: (216) 241-6602 / Fax: (216) 621-8369
Email: *RGoff@westonhurd.com*


*Counsel for Movant*
*The Cincinnati Insurance Company*


2

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on January 5, 2022, a true and correct copy of the foregoing Notice of The Cincinnati Insurance Company's Motion for Relief From Stay and Certificate of Service was served via the Court's electronic case filing system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Marc B. Merklin on behalf of Debtor Squirrels Research Labs LLC
*mmerklin@brouse.com; tpalcic@brouse.com; mmiller@brouse.com*

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC
*jzurn@brouse.com; tpalcic@brouse.com*

Kate M. Bradley on behalf of United States Trustee
*kate.m.bradley@usdoj.gov*

Frederic P. Schwieg, Subchapter V Trustee
*fschwieg@schwieglaw.com*

John C. Cannizzaro on behalf of Interested Party Instantiation LLC
*john.cannizzaro@icemiller.com; laurenprohaska@icemiller.com*

Jeannie Kim on behalf of Interested Party Instantiation LLC
*JeKim@sheppardmullin.com; dgatmen@sheppardmullin.com*

Jason R. Schendel on behalf of Interested Party Instantiation LLC
*jschendel@sheppardmullin.com*

Christopher Paul Combest on behalf of Creditor Avnet, Inc.
*christopher.combest@quarles.com*

Christopher Niekamp on behalf of Creditor Better PC, LLC
*cniekamp@bdblaw.com*

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power
*pschumacher@dmclaw.com; tgross@dmclaw.com*

John G. Farnan on behalf of Creditor The Cincinnati Insurance Company
*jfarnan@westonhurd.com*

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA
*dneumann@meyersroman.com*

David M. Neumann on behalf of Creditor Torea Consulting Ltd.
*dneumann@meyersroman.com*

Joshua R. Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation
*jvaughan@amer-collect.com*

3

And by regular U.S. Mail, postage prepaid, on:

Brouse McDowell, on behalf of Debtor Squirrels Research Labs LLC
388 South Main Street, Suite 500
Akron, OH 44311-4407

*/s/ Robert E. Goff, Jr.*
**ROBERT E. GOFF, JR. (0069818)**

4