**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| In re: | ) | Case No. 21-61491 |
| | ) | |
| SQUIRRELS RESEARCH LABS, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Russ Kendig |
| | ) | |

### AMENDED NOTICE OF MOTION OF ENVISTA FORENSICS, LLC d/b/a AREPA ("ENVISTA") FOR RELIEF FROM STAY AND CERTIFICATE OF SERVICE

Envista Forensics, LLC d/b/a AREPA ("Envista") has filed papers with the court to obtain relief from a stay for an order lifting the automatic stay imposed by section 362(a) of the Bankruptcy Code for the purpose of permitting Envista to be paid from insurance reserves held by Cincinnati Insurance.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief requested sought in the motion, or if you want the court to consider your views on the motion, then on or before **February 9, 2022**, you or your attorney must:

1. File a written response, explaining your position, at

    U.S. Bankruptcy Court Northern District of Ohio
    Ralph Regula Federal Building and U.S. Courthouse
    401 SW McKinley Avenue SW
    Canton, Ohio 44702

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

2. Mail a copy to:

    David M. Neuman, Esq.
    Meyers, Roman, Friedberg & Lewis
    28601 Chagrin Boulevard, Suite 600
    Cleveland, Ohio 44122

3. Attend the hearing scheduled to be held on **February 16, 2022, at 9:30 a.m.** at the Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Avenue, SW, Canton, Ohio 44702. The hearing may be adjourned by the court from time to time without further notice.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further hearing or notice.

                Respectfully submitted,

                */s/ David M. Neumann*
                David Neumann (0068747)
                MEYERS, ROMAN, FRIEDBERG & LEWIS
                28601 Chagrin Boulevard, Suite 600
                Cleveland, Ohio 44122
                (216) 831-0042    Fax: (216) 831-0542
                Email: dneumann@meyersroman.com

                *Attorneys for Movant,*
                *Envista Forensics, LLC d/b/a AREPA*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 5th day of January 2022 via the Court's electronic mail notice list upon the following:

- **John C. Cannizzaro**   John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com
- **Christopher Paul Combest**   christopher.combest@quarles.com
- **John G. Farnan**   jfarnan@westonhurd.com
- **Robert E. Goff**   rgoff@westonhurd.com, jroberts@westonhurd.com
- **Jeannie Kim**   JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Marc Merklin**   mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com
- **Christopher Niekamp**   cniekamp@bdblaw.com
- **Paul J. Schumacher**   pschumacher@dmclaw.com, tgross@dmclaw.com
- **Frederic P. Schwieg**   fschwieg@schwieglaw.com
- **Frederic P. Schwieg**   fschwieg@schwieglaw.com
- **United States Trustee**   (Registered address)@usdoj.gov
- **Joshua Ryan Vaughan**   jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com
- **Julie K. Zurn**   jzurn@brouse.com, tpalcic@brouse.com
- **Kate M. Bradley ust44**   kate.m.bradley@usdoj.gov

Via regular U.S. Mail:

**Brouse McDowell**
388 South Main Street
Suite 500
Akron, OH 44311-4407

**Jason R. Schendel**
Sheppard, Mullin, Richter & Hampton LLP
Four Embardadero Center
Seventeenth Floor
San Francisco, CA 94111

**Cincinnati Insurance**
6200 South Gilmore Road
Fairfield, Ohio 45014

*/s/ David M. Neumann*
*Counsel for Movant*
*Envista Forensics, LLC d/b/a AREPA*