## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re:                         )     Chapter 11

                                 )

Squirrels Research Labs LLC, *et al.*,[1]    )     Case No.  21-61491

                                 )     (Jointly Administered)

                Debtors.          )

                                 )     Judge Russ Kendig

## FILING OF AMENDED SCHEDULES F AND G
## OF SQUIRRELS RESEARCH LABS, LLC

Debtor, Squirrels Research Labs, LLC, is filing an amended Schedule F to add the scheduled claim of Envista Forensics LLC dba AREPA, and an amended Schedule G to add two contracts with AEP Energy, Inc.   These amendments are in addition to the already filed schedules.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐   *Schedule H: Codebtors* (Official Form 206H)
- ☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/5/2022      **X /s/ David A. Stanfill**
                                      Signature of individual signing on behalf of debtor

                                          **David A. Stanfill**
                                        Printed name

                                          **President**
                                          Position or relationship to debtor

Debtor name   **Squirrels Research Labs LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known)   **21-61491**

■ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                        12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................   $     **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................   $     **3,822,207.80**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................................   $     **3,822,207.80**

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $     **5,751,000.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................   $     **165,219.78**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$     **2,835,792.49**

4. **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b                                                                              $     **8,752,012.27**

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$398.00** | **$398.00** |
|  | **Aaron Holquin**<br>**2046 Jamison Pl**<br>**Santa Clara, CA 95051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,079.95** | **$1,079.95** |
|  | **Aaron Reimer**<br>**PMB-AR113422**<br>**Sumas, WA 98295-9674** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,999.92 | $1,999.92 |
|---|---|---|---|---|

**Alton Hare**
**1200 17th St NW**
**Washington, DC 20036**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.11 | $136.11 |
|---|---|---|---|---|

**Amanda McConnell**
**191 E. 28th Street**
**Dover, OH 44622**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401(k)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|---|---|---|---|---|

**Andrew Waters**
**6653 Main Street**
**Williamsville, NY 14221**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|---|---|---|---|---|

**Ben George**
**5464 Lake Ave**
**Orchard Park, NY 14127**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

21-61491-tnap    Doc 118    FILED 01/05/22    ENTERED 01/05/22 16:00:56    Page 5 of 40

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,139.96 | $1,139.96 |
|---|---|---|---|---|

**Bradon Pen**
**56 Varcoe Rd**
**Courtice, ON L1E 1S5**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.00 | $398.00 |
|---|---|---|---|---|

**Brett Mashford**
**35 Oakmoss Dr**
**SPRINGFIELD LAKES, QLD 4300**
**AUSTRALIA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|---|---|---|---|---|

**Brian Fiducci**
**24463 Norelius Ave**
**Round Lake, IL 60073**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,553.51 | $1,553.51 |
|---|---|---|---|---|

**Brian Klinger**
**4018 Shelby Row**
**Sugar Land, TX 77479**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Carl Forssell**<br>**c/o James E.P. Sisto**<br>**Schuerger Law Group**<br>**1001 Kingsmill Parkway**<br>**Columbus, OH 43229** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Product refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$199.99** | **$199.99** |
|---|---|---|---|---|
| | **Chad Clark**<br>**876 Jefferson St**<br>**Menasha, WI 54952** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$659.98** | **$659.98** |
|---|---|---|---|---|
| | **Clarence Smith**<br>**3290 Double Creek Dr N., Apt 301**<br>**Plainfield, IN 46168** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,025.00** | **$3,025.00** |
|---|---|---|---|---|
| | **CT Data LLC**<br>**133 River Road**<br>**Mystic, CT 06355** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Prepaid deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $329.00 | $329.00 |
|------|---|---|---|---|

**Daniel Hajdu**
**Graslaan 111**
**6833CG Arnhem**
**NETHERLANDS**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|------|---|---|---|---|

**Daniel Russo**
**120 High Farms Rd**
**Glen Head, NY 11545**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,469.95 | $1,469.95 |
|------|---|---|---|---|

**Darien Lyons**
**45 Elvin Street**
**Staten Island, NY 10314**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,523.71 | $1,523.71 |
|------|---|---|---|---|

**Darry Kurpisz**
**14635 22nd Ave SW**
**Burien, WA 98166**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $874.03 | $874.03 |
|------|-----|-----|-----|-----|
| | **David Reynolds**<br>**6046 Jerusalem Drive**<br>**Cicero, NY 13039** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**401(k)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>5</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,650.00 | $13,650.00 |
|------|-----|-----|-----|-----|
| | **David Stanfill**<br>**772 Treat Blvd.**<br>**Tallmadge, OH 44278** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Insider - Deferred Pay** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|------|-----|-----|-----|-----|
| | **Donald Ruffatto**<br>**420 Fairview Ave**<br>**Arcadia, CA 91007** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $767.99 | $767.99 |
|------|-----|-----|-----|-----|
| | **Dustin Hooper**<br>**11885 W. McDowell Rd**<br>**Avondale, AZ 85392** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $749.96 | $749.96 |
|------|---|---|---|---|

**Fabrizio Simonetti**
**Via Gozzer N 2A**
**57128 Livorno**
**ITALY**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,469.95 | $1,469.95 |
|------|---|---|---|---|

**Fernando Molina**
**5275 SW 146 AVE**
**Miami, FL 33175**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $151.36 | $151.36 |
|------|---|---|---|---|

**George D. Jimenez**
**9396 Broadland Street, NW**
**Massillon, OH 44646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**401(k)** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,650.00 | $13,650.00 |
|------|---|---|---|---|

**George D. Jimenez**
**9396 Broadland Street, NW**
**Massillon, OH 44646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Insider - Deferred Pay** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $3,025.00 | $3,025.00 |
|------|----------------------------------------------|-----|-----------|-----------|
| | **Gilbert Rodriguez**<br>**1340 Camp Street**<br>**Fabens, TX 79838** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $3,025.00 | $3,025.00 |
|------|----------------------------------------------|-----|-----------|-----------|
| | **Hailu Looyestein**<br>**Schout Coxstraat 1**<br>**5421GJ Gemert**<br>**NETHERLANDS** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $220.83 | $220.83 |
|------|----------------------------------------------|-----|---------|---------|
| | **Heather Bradley**<br>**1213 N. Chapel Street**<br>**Louisville, OH 44641** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**401(k)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>5</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $3,025.00 | $3,025.00 |
|------|----------------------------------------------|-----|-----------|-----------|
| | **Henry Ryan**<br>**228 Cranbury Road**<br>**Princeton Junction, NJ 08550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**Insolvency Group 6**<br>**1240 E. Ninth Street, Room 493**<br>**Cleveland, OH 44199** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|---|---|---|---|---|
| | **Israel Garcia**<br>**615 Oak Hollow Dr**<br>**Newberg, OR 97132** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $904.75 | $904.75 |
|---|---|---|---|---|
| | **James Holodnak**<br>**2910 16th Street, NW**<br>**Canton, OH 44708** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**401(k)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>5</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|------|----------------------------------------------|----------------------------------------------|-----------|-----------|
| | **Jason Price**<br>**67 Bartram Trail**<br>**Brunswick, GA 31523** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.99 | $199.99 |
|------|----------------------------------------------|----------------------------------------------|---------|---------|
| | **JC Pack**<br>**628 1/2 E San Ysidro Blvd 292**<br>**San Ysidro, CA 92173** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|------|----------------------------------------------|----------------------------------------------|-----------|-----------|
| | **Jean Viljoen**<br>**5 Cape Willow**<br>**Hermanus, Western Cape**<br>**7200**<br>**SOUTH AFRICA** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|------|----------------------------------------------|----------------------------------------------|-----------|-----------|
| | **Jeffrey Cordell**<br>**17517 NW Ashland Drive**<br>**Portland, OR 97229** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,650.00 | $13,650.00 |
| --- | --- | --- | --- | --- |
| | Jessica Gritzan<br>1280 Linwood Ave SW<br>North Canton, OH 44720 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Insider - Deferred Pay** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
| --- | --- | --- | --- | --- |
| | Joaquim Ginesta<br>Emili Grahit 6, 4r 1r<br>17002 Girona<br>SPAIN | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,089.95 | $1,089.95 |
| --- | --- | --- | --- | --- |
| | Jordan Kupersmith<br>888 N. Quincy St<br>Arlington, VA 22203 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
| --- | --- | --- | --- | --- |
| | Jose A. Rubio<br>15925 Hopper Lane<br>San Diego, CA 92127 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $789.97 | $789.97 |
|---|---|---|---|---|
| | **Josh Luoni**<br>**808 8th St**<br>**Fairmont, WV 26554** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.00 | $299.00 |
|---|---|---|---|---|
| | **Joshua Harris**<br>**209 N. Horner Blvd.**<br>**Sanford, NC 27330** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $384.19 | $384.19 |
|---|---|---|---|---|
| | **Kyle Slutz**<br>**1116 W. Nimisila Road**<br>**Clinton, OH 44216** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**401(k)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|---|---|---|---|---|
| | **Kyle Tricarico**<br>**5464 Lake Ave**<br>**Orchard Park, NY 14127** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Prepaid Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$599.97** | **$599.97** |

**Luco Gilardi**
**Ul. Slivnitsa 188**
**Sofia 1202**
**BULGARIA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,025.00** | **$3,025.00** |

**Mario Fortier**
**10 Orchard Lane**
**Chelmsford, MA 01824**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,324.00** | **$1,324.00** |

**Marius Nastasenko**
**Taikos g. 148**
**Vilnius**
**Vilniaus Apskritis 5227**
**LITHUANIA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,025.00** | **$3,025.00** |

**Mark D'Aria**
**165 Quaker Path**
**East Setauket, NY 11733**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,374.95 | $1,374.95 |
| --- | --- | --- | --- | --- |
| | **Mark Veon**<br>**2547 S. 3rd Street**<br>**Milwaukee, WI 53207** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
| --- | --- | --- | --- | --- |
| | **Michael Dai**<br>**43174 Christy Street**<br>**Fremont, CA 94538** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
| --- | --- | --- | --- | --- |
| | **Michael Rampton**<br>**6222 12th Street, North**<br>**Arlington, VA 22205** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $577.99 | $577.99 |
| --- | --- | --- | --- | --- |
| | **Michael Riley**<br>**2506 SW 23rd Cranbrook Dr**<br>**Boynton Beach, FL 33436** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,834.85 | $1,834.85 |
|---|---|---|---|---|
| | **Michael Robinson**<br>**103 Hunters Ct**<br>**Forest, VA 24551** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $528.00 | $528.00 |
|---|---|---|---|---|
| | **Miguel Chacon**<br>**120 NW 6th Ave**<br>**Miami, FL 33128** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $469.98 | $469.98 |
|---|---|---|---|---|
| | **Mohamed Kazem**<br>**27 Orwell Street**<br>**Potts Point**<br>**SYDNEY, NSW 2011**<br>**AUSTRALIA** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,399.94 | $1,399.94 |
|---|---|---|---|---|
| | **Naoaki Kita**<br>**Kigoshimachi**<br>**Kanazawa-shi**<br>**Ishikawaken 920-0203**<br>**JAPAN** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $199.00 | $199.00 |
| --- | --- | --- | --- | --- |
| | **Nick Yarosz**<br>**3019 Ellington Dr**<br>**Summerville, SC 29485** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2019** | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,449.95 | $1,449.95 |
| --- | --- | --- | --- | --- |
| | **Nicolas Rochon**<br>**4278 Beausoleil**<br>**Terrebonne QC J6V 1G1**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Office of U.S. Attorney**<br>**Attn: Bankruptcy Section**<br>**Carl B. Stokes U.S. Court House**<br>**801 W. Superior Avenue, Ste 400**<br>**Cleveland, OH 44113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Ohio Attorney General**<br>**Collections Enforcement Section**<br>**Attn: Bankruptcy Unit**<br>**30 E. Broad Street, 14th Floor**<br>**Columbus, OH 43215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ohio Bureau of Workers' Compensation**
**Attn: Law Section Bankruptcy Unit**
**PO Box 15567**
**Columbus, OH 43215-0567**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ohio Department of Job & Family**
**Svcs**
**Attn: Legal Support-Bankruptcy**
**PO Box 182830**
**Columbus, OH 43218-2830**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ohio Department of Taxation**
**Attn:  Bankruptcy Division**
**PO Box 530**
**Columbus, OH 43216-0530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $702.00 | $702.00 |
|---|---|---|---|---|

**Pat Clay**
**72 Baker Dr**
**Gansevoort, NY 12831**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,839.36 | $1,839.36 |
|---|---|---|---|---|

**Patrick Nadeau**
**311 Andrews Rd**
**Wolcott, CT 06716**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.00 | $199.00 |
|---|---|---|---|---|

**Paul Kelsey**
**1583 E. Primrose Lane**
**Layton, UT 84040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,230.96 | $2,230.96 |
|---|---|---|---|---|

**Peter Ensor**
**Powerstown House**
**Clonee, Dublin**
**D15 YH52**
**IRELAND**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|---|---|---|---|---|

**Phillippe Germain**
**102 W. Service Rd #2153466**
**Champlain, NY 12919**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $789.97 | $789.97 |
|---|---|---|---|---|
| | **Rajesh Bhakar**<br>**Sector 9d/204, 2nd Flr Akarti**<br>**Apartment**<br>**Jaipur**<br>**Rajasthan 302021**<br>**INDIA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $398.00 | $398.00 |
|---|---|---|---|---|
| | **Raymond Wodarczyk**<br>**Kinzigstraậˆ Ã¼e 28**<br>**10247 Berlin**<br>**GERMANY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,694.84 | $2,694.84 |
|---|---|---|---|---|
| | **Richard Bergstrom**<br>**30107 Mountain View Dr**<br>**Hayward, CA 94544** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $329.99 | $329.99 |
|---|---|---|---|---|
| | **Richard Weeks**<br>**4199 Defoors Farm Dr**<br>**Powder Springs, GA 30127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $789.97 | $789.97 |
|------|---|---|---|---|

**Robin Wolf**
**Fasangasse 49**
**Vienna**
**Wien 1030**
**AUSTRIA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.99 | $199.99 |
|------|---|---|---|---|

**Ruben Sousa**
**Av. D. Joâ šÂ£o II, nÂ â 34**
**1998-031 Lisboa**
**PORTUGAL**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $399.98 | $399.98 |
|------|---|---|---|---|

**Ryan Marfone**
**98 N. Hawkhurst Cir**
**The Woodlands, TX 77354**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|------|---|---|---|---|

**Sam Adams**
**3417 Bush Street**
**Stevens Point, WI 54481**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.00 | $199.00 |
|------|---|---|---|---|

**Scott Chen**
**4058 Case St**
**Elmhurst, NY 11373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $291.66 | $291.66 |
|------|---|---|---|---|

**Seth Stanfill**
**1515 24th Street, NW**
**Canton, OH 44709**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401(k)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|------|---|---|---|---|

**Stefano Chiesa**
**Via III Novembre 41**
**38026 Fucine Trentino**
**ITALY**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|------|---|---|---|---|

**Steven Turnshek**
**13 Krist Glen Dr**
**Swissvale, PA 15218**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,057.99 | $1,057.99 |
|---|---|---|---|---|
| | **Thom Kuznia**<br>**5733 York Ave S**<br>**Edina, MN 55410** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.00 | $299.00 |
|---|---|---|---|---|
| | **Tim Bredemus**<br>**9757 Union Terrace Ln N**<br>**Maple Grove, MN 55369** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,912.42 | $2,912.42 |
|---|---|---|---|---|
| | **Tommy DeFreitas**<br>**14114 N. Wind Cave Ct**<br>**Conroe, TX 77384** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|---|---|---|---|---|
| | **Trevor Steinle**<br>**24106 SE 42nd St**<br>**Sammamish, WA 98209** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $987.00 | $987.00 |
|---|---|---|---|---|
| | **Tri Ho** | *Check all that apply.* | | |
| | **1180 N. Cherry Way** | ☐ Contingent | | |
| | **Anaheim, CA 92801** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Acorn Product Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.99 | $199.99 |
|---|---|---|---|---|
| | **Troy Keplinger** | *Check all that apply.* | | |
| | **1730 E. Park St** | ☐ Contingent | | |
| | **Enid, OK 73701** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Acorn Product Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $549.98 | $549.98 |
|---|---|---|---|---|
| | **Welbour Espartero** | *Check all that apply.* | | |
| | **46 6th Ave NE** | ☐ Contingent | | |
| | **Swift Current, SK S9H 2L7** | ☐ Unliquidated | | |
| | **CANADA** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Acorn Product Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|---|---|---|---|---|
| | **William Paden** | *Check all that apply.* | | |
| | **205 Plains Rd** | ☐ Contingent | | |
| | **Westford, VT 05494** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Acorn Product Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

  **3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

      **Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,762.53 |
|---|---|---|---|
| | **A.G. Adjustments, Ltd.**<br>**740 Walt Whitman Rd**<br>**Melville, NY 11747** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number _**7AGA**_ | Basis for the claim: __Collection of Uline Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500,000.00 |
|---|---|---|---|
| | **Andrew Waters**<br>**6653 Main Street**<br>**Williamsville, NY 14221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Prepaid Deposit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,947.38 |
|---|---|---|---|
| | **Ben George**<br>**5464 Lake Ave**<br>**Orchard Park, NY 14127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Prepaid deposit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161,718.00 |
|---|---|---|---|
| | **Bittware/Molex LLC**<br>**2222 Wellington Ct**<br>**Lisle, IL 60532** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Capital Lease__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,116.28 |
|---|---|---|---|
| | **Bradley Conn**<br>**51 Maple Avenue**<br>**Locust Valley, NY 11560** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Investor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,888.92 |
|---|---|---|---|
| | **Brandon Osbourne**<br>**151 Mary Ellen Drive**<br>**Charleston, SC 29403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Investor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $451.58 |
|---|---|---|---|
| | **Brian Fiducci**<br>**24463 Norelius Ave**<br>**Round Lake, IL 60073** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Acorn Product Refund__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,688.00 |
|---|---|---|---|
| | **Brouse McDowell, LPA**<br>**388 S. Main Street, Suite 500**<br>**Akron, OH 44311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Attorney fees__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,171.20 |
|---|---|---|---|
| | **CliftonLarsonAllen LLP**<br>**Attn:  Daniel Riemenschneider**<br>**4334 Munson St., NW**<br>**Canton, OH 44718** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Professional Services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350,000.00 |
|---|---|---|---|
| | **CT Data LLC**<br>**133 River Road**<br>**Mystic, CT 06355** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Partial Prepaid Deposit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $179.60 |
|---|---|---|---|
| | **Culligan of Canton**<br>**4810 Southway St., SW**<br>**Canton, OH 44706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Water Cooler Service__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79.94 |
|---|---|---|---|
| | **Daniel Russo**<br>**120 High Farms Rd**<br>**Glen Head, NY 11545** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Acorn Product Refund__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **David Chase, et al.**<br>**c/o Michael Maranda**<br>**38 Oaklawn Ave**<br>**Farmingville, NY 11738** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145,099.84 |
|---|---|---|---|
| | **David Stanfill**<br>**772 Treat Blvd.**<br>**Tallmadge, OH 44278** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Insider - Deferred Pay__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,972.62 |
|---|---|---|---|
| | Donald Ruffatto<br>420 Fairview Ave<br>Arcadia, CA 91007 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Acorn Product Refund__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $679,638.92 |
|---|---|---|---|
| | Envista Forensics LLC<br>dba AREPA<br>111 Deer Lake Rd, Ste 100<br>Deerfield, IL 60015 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,725.30 |
|---|---|---|---|
| | Everhart Glass Co., Inc.<br>Attn: Linda Monigold<br>207 Ninth St., SW<br>Canton, OH 44701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,085.16 |
|---|---|---|---|
| | Everstream<br>1228 Euclid Ave #250<br>Cleveland, OH 44115 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Internet Services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,164.87 |
|---|---|---|---|
| | FedEx<br>PO Box 371461<br>Pittsburgh, PA 15250-7461 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,266.59 |
|---|---|---|---|
| | George D. Jimenez<br>9396 Broadland Street, NW<br>Massillon, OH 44646 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Insider - Deferred Pay__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,939.83 |
|---|---|---|---|
| | Gilbert Rodriguez<br>1340 Camp Street<br>Fabens, TX 79838 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Acorn Product Refund__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GS1 US, Inc.**
**300 Princeton South Corporate Center**
**Ewing Township, NJ 08628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,634.00** |
|---|---|---|---|

**Hailu Looyestein**
**Schout Coxstraat 1**
**5421GJ Gemert**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Acorn Product Refund__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$454.20** |
|---|---|---|---|

**Henry Ryan**
**228 Cranbury Road**
**Princeton Junction, NJ 08550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Acorn Product Refund__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$468.00** |
|---|---|---|---|

**Horizon Supply Group**
**Attn: Jeff Habbyshaw**
**3691 Honors Way**
**Howell, MI 48843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,808.83** |
|---|---|---|---|

**IPS Assembly Corp.**
**Attn: Perry Sutariya**
**12077 Merriman Rd**
**Livonia, MI 48150**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,971.42** |
|---|---|---|---|

**Israel Garcia**
**615 Oak Hollow Dr**
**Newberg, OR 97132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Acorn Product Refund__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jack Cooper**
**4684 Douglas Circle NW**
**Canton, OH 44735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Attorney fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,481.00** |
| --- | --- | --- | --- |
| | **Jason Price**<br>**67 Bartram Trail**<br>**Brunswick, GA 31523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Acorn Product Refund__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$543.97** |
| --- | --- | --- | --- |
| | **Jean Viljoen**<br>**5 Cape Willow**<br>**Hermanus, Western Cape**<br>**7200**<br>**SOUTH AFRICA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Acorn Product Refund__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$202.78** |
| --- | --- | --- | --- |
| | **Jeffrey Cordell**<br>**17517 NW Ashland Drive**<br>**Portland, OR 97229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Acorn Product Refund__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Jeffrey Willis**<br>**987 S. High Street**<br>**Columbus, OH 43206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Attorney fees__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$82,233.18** |
| --- | --- | --- | --- |
| | **Jessica Gritzan**<br>**1280 Linwood Ave SW**<br>**North Canton, OH 44720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Insider - Deferred Pay__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,895.76** |
| --- | --- | --- | --- |
| | **Jose A. Rubio**<br>**15925 Hopper Lane**<br>**San Diego, CA 92127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Acorn Product Refund__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **JPMorgan Chase Bank**<br>**1111 Polaris Pkwy**<br>**Columbus, OH 43240** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Credit Card__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kimble Companies**
**3596 SR 39**
**Dover, OH 44622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trash Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$97,853.55** |
|---|---|---|---|

**Kyle Slutz**
**1116 W. Nimisila Road**
**Clinton, OH 44216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Owner**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,687.67** |
|---|---|---|---|

**Kyle Tricarico**
**5464 Lake Ave**
**Orchard Park, NY 14127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Prepaid deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$494.64** |
|---|---|---|---|

**Mario Fortier**
**10 Orchard Lane**
**Chelmsford, MA 01824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Acorn Product Refund**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,494.96** |
|---|---|---|---|

**Mark D'Aria**
**165 Quaker Path**
**East Setauket, NY 11733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Acorn Product Refund**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Matteo Trinca**
**Lania Geo Ltd.**
**10 Zahesi Territory**
**Svimon Shotadze**
**Tbilisi, T'bilisi 0178 GEORGIA**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Requesting refund of shipping and handling fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$67,113.00** |
|---|---|---|---|

**Metal Masters**
**Attn: Bret Kettlewell**
**125 Williams Dr**
**Dover, OH 44622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$369.71** |
|---|---|---|---|

**Michael Dai**
**43174 Christy Street**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Acorn Product Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,734.09** |
|---|---|---|---|

**Michael Rampton**
**6222 12th Street, North**
**Arlington, VA 22205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Acorn Product Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Pascal Peters**
**P.H.J.J. Peters Holding B.V.**
**Parklaan 6**
**Oss, Noord Brabant 5345 BV**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Mid-2020**

Last 4 digits of account number _

Basis for the claim:  **Paid in wrong currency; requesting refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,764.68** |
|---|---|---|---|

**Phillippe Germain**
**102 W. Service Rd #2153466**
**Champlain, NY 12919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Acorn Product Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Premier Bank**
**PO Box 248**
**Defiance, OH 43512**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **PPP loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41,991.35** |
|---|---|---|---|

**Sam Adams**
**3417 Bush Street**
**Stevens Point, WI 54481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Product Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,030.00** |
|---|---|---|---|

**Samtec**
**520 Park E.  Blvd.**
**New Albany, IN 47150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264,593.18 |
|---|---|---|---|

**3.50** Nonpriority creditor's name and mailing address
Squirrels LLC
121 Wilbur Drive NE
North Canton, OH 44720

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$264,593.18

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address
Stefano Chiesa
Via III Novembre 41
38026 Fucine Trentino
 ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$480.47

Date(s) debt was incurred _

Basis for the claim: Acorn Product Refund

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** Nonpriority creditor's name and mailing address
Steven Turnshek
13 Krist Glen Dr
Swissvale, PA 15218

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$16,870.00

Date(s) debt was incurred _

Basis for the claim: Acorn Product Refund

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** Nonpriority creditor's name and mailing address
Tim Robinson
2376 Burg Street
Granville, OH 43023

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown

Date(s) debt was incurred _

Basis for the claim: Attorney fees

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** Nonpriority creditor's name and mailing address
TorEA Consulting
Attn: Paul Billinger
1 Bow Street
Stouffville, ON  L4A 1Z3
CANADA

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Unknown

Date(s) debt was incurred _

Basis for the claim: Litigation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** Nonpriority creditor's name and mailing address
Trevor Steinle
24106 SE 42nd St
Sammamish, WA 98029

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,536.50

Date(s) debt was incurred _

Basis for the claim: Acorn Product Refund

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** Nonpriority creditor's name and mailing address
William Paden
205 Plains Rd
Westford, VT 05494

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,188.99

Date(s) debt was incurred _

Basis for the claim: Acorn Product Refund

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **R. Scott Heasley**<br>**Meyers, Roman, Friedberg & Lewis**<br>**28601 Chagrin Blvd., Suite 600**<br>**Cleveland, OH 44122** | Line **3.54**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **U.S. Small Business Administration**<br>**District Counsel**<br>**1350 Euclid Ave, Suite 211**<br>**Cleveland, OH 44115** | Line **3.47**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Uline**<br>**12575 Uline Dr**<br>**Pleasant Prairie, WI 53138** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 165,219.78 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,835,792.49 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,001,012.27 |

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Master Energy Purchase Agreement with AEP/Ohio Power dated 10/20/2020 approximately 24 months** |
| | **AEP Energy, Inc.**<br>**225 W. Wacker Dr., Ste 600**<br>**Chicago, IL 60606** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Master Energy Purchase Agreement with AEP/Ohio Power dated 11/18/2020. approximately 24 months** |
| | **AEP Energy, Inc.**<br>**225 W. Wacker Dr., Ste 600**<br>**Chicago, IL 60606** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Account Settlement and Sale Support Agreement** |
| | **Avnet Inc.**<br>**2211 South 47th Street**<br>**Phoenix, AZ 85034** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Non Disclosure/Confidentiity Agreement** |
| | **Avnet Inc.**<br>**5400 Prairie Stone Pkwy**<br>**Hoffman Estates, IL 60192** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance policy** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Cincinnati Insurance**<br>**6200 S. Gilmore Road**<br>**Fairfield, OH 45014** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Internet service provider contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Everstream**<br>**1228 Euclid Ave #250**<br>**Cleveland, OH 44115** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement - 8100 Cleveland Avenue, North Canton, OH** | |
|---|---|---|---|
| | State the term remaining | **9 years** | |
| | List the contract number of any government contract | | **GS 8100, LLC**<br>**6610 Chatsworth Street, NW**<br>**Canton, OH 44718** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Asset Purchase Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Instantiation, LLC**<br>**Attn: Sam Cassatt**<br>**434 Dorado Beach E**<br>**Dorado PR 00646** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Trash service contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kimble Companies**<br>**3596 SR 39**<br>**Dover, OH 44622** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement - 8050 Freedom Avenue, NW, North Canton, OH** | |
|---|---|---|---|
| | State the term remaining | **8/1/2023** | **One Haines Company, LLC**<br>**6610 Chatsworth Street, NW**<br>**Canton, OH 44718** |
| | List the contract number of any | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement - 7579 Freedom Avenue, NW, North Canton, OH** | |
| | State the term remaining | **June 2030** | **One Skymax Company, LLC 6610 Chatsworth Street, NW Canton, OH 44718** |
| | List the contract number of any government contract | | |

**United States Bankruptcy Court**
**Northern District of Ohio**

In re   **Squirrels Research Labs LLC**            Case No.    **21-61491**
                            Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     1/5/2022                  **/s/ David A. Stanfill**

                                          **David A. Stanfill**/**President**
                                          Signer/Title

AEP Energy, Inc.
225 W. Wacker Dr., Ste 600
Chicago, IL 60606


Envista Forensics LLC
dba AREPA
111 Deer Lake Rd, Ste 100
Deerfield, IL 60015