# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

## CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on January 5, 2021, a true and correct copy of the Amended Schedules of Squirrels Research Labs LLC [Docket No. 118], Notice of Chapter 11 Bankruptcy Case [Docket No. 61] and the Notice of Establishment of General Bar Date and Governmental Bar Date For Filing Proofs of Claim Against the Bankruptcy Estate [Docket No. 92] was served via regular U.S. Mail, postage prepaid on AEP Energy, Inc., 225 W. Wacker Drive, Ste. 600, Chicago, IL 60606.

Dated: January 5, 2022

Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for the Debtor and Debtor-in-Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.