UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC et al.,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

### CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on January 5, 2021, a true and correct copy of the Amended Schedules of Squirrels Research Labs LLC [Docket No. 118], Notice of Filing Motion and an Order Related to the Auction and Sale of Certain Assets Owned by Squirrels Research Labs LLC and The Midwest Data Company LLC [Docket No. 46], Notice of Chapter 11 Bankruptcy Case [Docket No. 61], Notice of (I) Potential Assumption and Assignment of Contracts and Leases and (II) Cure Amounts and Adequate Assurance in Connection Therewith, and the Notice of Establishment of General Bar Date and Governmental Bar Date For Filing Proofs of Claim Against the Bankruptcy Estate [Docket No. 92] was served via regular U.S. Mail, postage prepaid on the following:

Envista Forensics LLC dba AREPA
111 Deer Lake Rd., Ste. 100
Deerfield, IL 60015

David M. Neumann
Meyers, Roman, Friedberg & Lewis LPA
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122

*Counsel for Envista Forensics LLC
dba AREPA*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

Dated: January 5, 2022

Respectfully submitted,

/s/ Julie K. Zurn
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for the Debtor and Debtor-in-Possession*