# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Squirrels Research Labs LLC *et al*[1],<br><br><br>Debtors. | Case No. 21-61491 (RK)<br><br>Chapter 11<br><br>Judge Russ Kendig |

### NOTICE OF TELEPHONIC MEETING OF CREDITORS
### PURSUANT TO SECTION 341 OF THE BANKRUPTCY CODE

**TO ALL INTERESTED PARTIES:**

Andrew R. Vara, the United States Trustee for Regions 3 & 9 (the "United States Trustee") hereby gives notice that the 11 U.S.C. § 341 Meeting of Creditors scheduled in this case for January 14th, 2022, at 10:30 a.m. will be conducted entirely via tele-conference. No parties are asked to travel in order to participate in this Meeting, and no one will be staffing the United States Trustee's Meeting Room in Canton, Ohio. Accordingly, interested parties who wish to participate are asked to dial the following numbers to participate in the Meeting:

**Dial (866) 711-3592** and, upon hearing the prompt, **enter Access Code: 7627416#**

Participants are asked to keep their phones muted until asked for an appearance, and during their time of questioning the Debtors. Upon completion of the call, the Meeting may be concluded or adjourned.

Please direct any questions or concerns to the undersigned at kate.m.bradley@usdoj.gov.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

Respectfully Submitted,

Andrew R. Vara
United States Trustee, Regions 3 & 9

By: /s/ *Kate M. Bradley*
Kate M. Bradley (007206)
Trial Attorney
Office of the U.S. Trustee
201 Superior Ave E, Suite 441
Cleveland, Ohio 44114
(216) 522-7800 ext. 255
kate.m.bradley@usdoj.gov

# Certificate of Service

      I hereby certify that on January 10, 2022, a true and correct copy of the *Notice of Telephonic Meeting of Creditors Pursuant to Section 341 of the Bankruptcy Code* was served upon the following in the manner indicated:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Marc Merklin   mmerklin@brouse.com
- Julie Zurn jzurn@brouse.com
- Christopher Niekamp cniekamp@bdblaw.com
- John Cannizzaro john.canizzaro@icemiller.com
- Frederic P. Schwieg fschwieg@schwieglaw.com
- Christopher Combest Christopher.combest@quarles.com
- John Farnan jfarnan@westonhurd.com
- Robert Goff rgoff@westonhurd.com
- David Neumann dneumann@myersroman.com
- Jennie Kim jekim@sheppardmullin.com
- Jason Schendel jschendel@sheppardmullin.com
- Joshua Vaughn jvaughn@amer-collect.com
- Paul Schumacher pschumacher@dmclaw.com

      Respectfully Submitted,

      Andrew R. Vara
      United States Trustee, Regions 3 & 9

By:  /s/ *Kate M. Bradley*
     Kate M. Bradley (007206)
     Trial Attorney
     Office of the U.S. Trustee
     201 Superior Ave E, Suite 441
     Cleveland, Ohio 44114
     (216) 522-7800 ext. 255
     (216) 522-7193 fax
     kate.m.bradley@usdoj.gov