**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

**CERTIFICATE OF SERVICE**

I, Julie K. Zurn, hereby certify that on January 10, 2022, a true and correct copy of the

*Notice of Filing of Modification of Asset Purchase Agreement* was served via the court's

Electronic Case Filing System on these entities and individual who are listed on the court's

Electronic Mail Notice List:

John C. Cannizzaro on behalf of Interested Party Instantiation LLC at
John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc. at
christopher.combest@quarles.com

John G. Farnan on behalf of Creditor Cincinnati Insurance Company at
jfarnan@westonhurd.com

Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company
rgoff@westonhurd.com, jroberts@westonhurd.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at
JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at
mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

David M. Neumann on behalf of Creditor Torea Consulting Ltd.
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at kate.m.bradley@usdoj.gov


And by email, on January 10, 2021, on the following:

Jose Rubio at hoserr9@gmail.com;
Robert Renna at rrenna27@yahoo.com;
Jonathan Hulecki at jonathan.hulecki@gmail.com;
Robert Oxsen at sfmining@protonmail.com;
Marco Mendoza at Marcomendoza1337@gmail.com;
Spencer Singh at spencersingh96@gmail.com;
Richard Hall at richard.hall@gmail.com;
Arran Gracie at arrangracie@gmail.com;
Aditya Chauhan at zeebochauhan@gmail.com;
Andrew Wolf at 30n30w@gmail.com;
James Soldi at jsoldi@yahoo.com;
Aaron Strating at awstrating@gmail.com;
Henrik Gustafsson at henrik@virtualduck.net;
Lance Colton at  lance.colton@gmail.com;
Artem Pylypchuk at articicejuice@gmail.com;
Jose Nunez at admin@croxmoon.com;
Fabian Delmotte at fabdel11@msn.com;
Richard Ramazinski at richard.ramazinski@gmail.com;
Jason Palmer at palmer.thinker@gmail.com;
Todd Dallimore at tdallimore@start.ca;
Barry Gluntz at barry.gluntz@cnlcasting.com;

Yannick Vergult at yannick.vergult@gmail.com;
Matthew Peterson at big.galen@gmail.com;
Michael Erceg at michael.erceg@gmail.com;
Haley Williams at hmpwilliams@gmail.com;
David Burlington at dburlington@yahoo.com;
Kimble Companies at customerservice@kimblecompanies.com;
Everstream at support@everstream.net;
Dov Frankel at dfrankel@taftlaw.com
AEP Energy at kchanthaboury@aepenergy.com
SkyMax at ggiltz@3gmgmt.com
OneHaines at ggiltz@3gmgmt.com
GS8100 at ggiltz@3gmgmt.com


Dated:  January 10, 2022

Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for the Debtor and
Debtor-in-Possession*

[1394760]