# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 21-61491 |
| | ) | |
| SQUIRRELS RESEARCH LABS, LLC, *et al.* | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |
| | ) | |

## TOREA CONSULTING, LTD'S OBJECTION TO MODIFICATION OF SALE

Movant Torea Consulting, Ltd. ("Torea"), by and through its undersigned counsel, hereby files this limited objection to the Modification of the Asset Purchase Agreement (docket No. 124) for the purpose of protecting the information requested by Torea in its 2004 Examination Request (docket No. 122).

    1.    Torea incorporates paragraphs 1 through 12 of its 2004 Request as fully rewritten herein.

    2.    The following came to the attention of counsel for Torea this morning:





3. These communications indicate that the prospective Buyer is negotiating agreements directly customers and owners of specific equipment outside the scope of this process. The confusion that could result and spoilation of evidence is a risk that must be addressed prior to the closing of this piecemeal liquidation reflected in the modification.

Date: January 11, 2022

/s/ David M. Neumann
David M. Neumann (Ohio No. 0068747)
dneumann@meyersroman.com
R. Scott Heasley (Ohio No. 0087235)
sheasley@meyersroman.com
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 500
Cleveland, Ohio 44122
Telephone: 216-831-0042
Fax: 216-831-0542

*Counsel for Torea Consulting Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 11th day of January 2022 via the Court's electronic mail notice list upon the following:

- **John C. Cannizzaro**   John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com
- **Christopher Paul Combest**   christopher.combest@quarles.com
- **John G. Farnan**   jfarnan@westonhurd.com
- **Robert E. Goff**   rgoff@westonhurd.com, jroberts@westonhurd.com
- **Jeannie Kim**   JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Marc Merklin**   mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com
- **Christopher Niekamp**   cniekamp@bdblaw.com
- **Paul J. Schumacher**   pschumacher@dmclaw.com, tgross@dmclaw.com
- **Frederic P. Schwieg**   fschwieg@schwieglaw.com
- **Frederic P. Schwieg**   fschwieg@schwieglaw.com
- **United States Trustee**   (Registered address)@usdoj.gov
- **Joshua Ryan Vaughan**   jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com
- **Julie K. Zurn**   jzurn@brouse.com, tpalcic@brouse.com
- **Kate M. Bradley ust44**   kate.m.bradley@usdoj.gov

Via regular U.S. Mail:

**Brouse McDowell**
388 South Main Street
Suite 500
Akron, OH 44311-4407

**Jason R. Schendel**
Sheppard, Mullin, Richter & Hampton LLP
Four Embardadero Center
Seventeenth Floor
San Francisco, CA 94111

                              */s/ David M. Neumann*
                              *Counsel for Movant*
                              *Torea Consulting Ltd.*