The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



**Russ Kendig**
**United States Bankruptcy Judge**

Dated: 09:46 AM January 11, 2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 21-61491 |
| | ) | |
| SQUIRRELS RESEARCH LABS, LLC, *et al*., | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |
| | ) | |

### ORDER GRANTING TOREA CONSULTING, LTD'S MOTION FOR EXAMINATION OF THE DEBTORS UNDER RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

This matter is before the Court on Torea Consulting, Ltd's ("Torea") Motion for Examination of the Debtors ("the "Motion"), and the averments in the Motion.

IT APPEARING to the Court that it would be in the best interest of the estate to authorize Torea to examine one or more representatives of the Debtors and to obtain documents from the Debtors pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure.

IT IS THEREFORE ORDERED that one or more authorized representatives of the Debtors is to appear for examination within thirty (30) days after entry of this order or a mutually agreeable date and time, and continuing until complete, at Meyers, Roman, Friedberg & Lewis, 28601 Chagrin Boulevard, Suite 600, Cleveland, Ohio 44122, and continuing until complete.

IT IS FURTHER ORDERED that the Debtors are directed to produce the documents identified in Exhibit 1 of the Motion on or before January 14, 2022, or another date and time that is mutually agreeable to Torea and the Debtors.

IT IS FURTHER ORDERED that the provisions of Federal Rule of Civil Procedure 45(a)(4) have been satisfied by the filing of the Motion.

###

Respectfully submitted,

*/s/ David M. Neumann*
David M. Neumann (Ohio No. 0068747)
*dneumann@meyersroman.com*
R. Scott Heasley (Ohio No. 0087235
*sheasley@meyersroman.com*
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 600
Cleveland, Ohio 44122
Telephone: 216-831-0042
Fax: 216-831-0542

*Counsel for Torea Consulting Ltd.*

Copies sent via electronic mail and regular U.S. mail on the attached electronic mail notice list.

- **John C. Cannizzaro**    John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com
- **Christopher Paul Combest**    christopher.combest@quarles.com
- **John G. Farnan**    jfarnan@westonhurd.com
- **Robert E. Goff**    rgoff@westonhurd.com, jroberts@westonhurd.com
- **Jeannie Kim**    JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Marc Merklin**    mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com
- **Christopher Niekamp**    cniekamp@bdblaw.com
- **Paul J. Schumacher**    pschumacher@dmclaw.com, tgross@dmclaw.com
- **Frederic P. Schwieg**    fschwieg@schwieglaw.com
- **Frederic P. Schwieg**    fschwieg@schwieglaw.com
- **United States Trustee**    (Registered address)@usdoj.gov
- **Joshua Ryan Vaughan**    jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com
- **Julie K. Zurn**    jzurn@brouse.com, tpalcic@brouse.com
- **Kate M. Bradley ust44**    kate.m.bradley@usdoj.gov

Via regular U.S. Mail:

**Brouse McDowell**
388 South Main Street
Suite 500
Akron, OH 44311-4407

**Jason R. Schendel**
Sheppard, Mullin, Richter & Hampton LLP
Four Embardadero Center
Seventeenth Floor
San Francisco, CA 94111