# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 21-61491 |
| | ) | |
| SQUIRRELS RESEARCH LABS, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |
| | ) | |
| | ) | |

## ORDER GRANTING MOTION FOR 2004 EXAMINATION

**UPON CONSIDERATION** of the Motion for Rule 2004 Examination, filed on behalf of Carl Forsell, it is, by the U.S. Bankruptcy Court for Northern District of Ohio

**ORDERED** that Debtors appear for a Rule 2004 Examination at a date, time, and manner agreed to between Debtors, and Carl Forsell or as ordered by this Court; and it is further

**ORDERED** that the Debtors, LLC produce the documents listed in Exhibit "A" of the Motion, as well as all other relief the Court deems just and proper.

#     #     #

Copies to: Default List

4874-4121-7546v1