# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

## NOTICE OF FILING DEFICIENCY

| | |
|---|---|
| IN RE: | CASE NO.: 21-61491 |
| SQUIRRELS RESEARCH LABS LLC | CHAPTER 11 |
| | JUDGE RUSS KENDIG |

**Pursuant to Bankruptcy Rule 5005, the original document has been accepted for filing. However further action as indicated below is required for the Certificate of Service.**

- **X** The Certificate of Service filed on January 20, 2022 by Bryan Sisto Re: Docket number 132 is deficient.

- **X** The Certificate of Service does not comply with the memorandum of October 12, 2012, *Serving Documents in Compliance with Local Bankruptcy Rule 9013-3*. The certificate must include either language certifying that the Electronic Mail Notice List included the party or parties served through the CM/ECF system to be accepted, or a copy of the Electronic Mail Notice List.

- The Certificate of Service is not signed.

- The Certificate of Service does not correctly state the date of service.

- The Certificate of Service does not state the method(s) of service.

- **X** The Certificate of Service does not identify, by name and address, each entity served.

- Other:

- **X** File an Amended Certificate of Service correcting the marked deficiencies, pursuant to LBR 9013-3 and the judges' memorandum of October 12, 2012, re: serving documents.

***** IF AN AMENDED "CERTIFICATE OF SERVICE" IS NOT RECEIVED, *****
THE PLEADING WILL NOT RECEIVE FURTHER CONSIDERATION.
***** __IF THE PLEADING IS A MOTION,__ *****
__THE ORDER WILL NOT BE ENTERED.__

DATE OF NOTICE: January 20, 2022

/s/Vickie J. Wayman
Deputy Clerk