# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: ) | Case No. 21-61491 |
| ) | |
| SQUIRRELS RESEARCH LABS, LLC, *et al.*, ) | Chapter 11 |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Judge Russ Kendig |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE FOR RULE 2004 MOTION

The undersigned hereby certifies that Carl Forsell's *Motion for Rule 2004 Examination and Production of Documents* was served upon the following on January 20, 2022, via the Court's electronic mail notice list:

• **John C. Cannizzaro** John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

• **Christopher Paul Combest** christopher.combest@quarles.com

• **John G. Farnan** jfarnan@westonhurd.com

• **Robert E. Goff** rgoff@westonhurd.com, jroberts@westonhurd.com

• **Jeannie Kim** JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

• **Marc Merklin** mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

• **Christopher Niekamp** cniekamp@bdblaw.com

• **Paul J. Schumacher** pschumacher@dmclaw.com, tgross@dmclaw.com

• **Frederic P. Schwieg** fschwieg@schwieglaw.com

• **Frederic P. Schwieg** fschwieg@schwieglaw.com

- **United States Trustee** (Registered address)@usdoj.gov

- **Joshua Ryan Vaughan** jvaughan@amer-collect.com,

SAllman@AMER-COLLECT.COM; HouliECF@aol.com

- **Julie K. Zurn** jzurn@brouse.com, tpalcic@brouse.com

- **Kate M. Bradley ust44** kate.m.bradley@usdoj.gov

Via regular U.S. Mail:

**Brouse McDowell**
388 South Main Street
Suite 500
Akron, OH 44311-4407

**Jason R. Schendel**
Sheppard, Mullin, Richter & Hampton LLP
Four Embardadero Center
Seventeenth Floor
San Francisco, CA 94111

| | |
|---|---|
| Dated: January 20, 2022 | Respectfully submitted, |
| | /s/ *Bryan J. Sisto* |
| | Bryan J. Sisto (OH 0088143) |
| | **FROST BROWN TODD LLC** |
| | 400 W. Market Street, Suite 3200 |
| | Louisville, KY 40202 |
| | Phone: (502) 589-5400 |
| | Email: bsisto@fbtlaw.com |
| | |
| | *Counsel for Carl Forsell* |

0149594.0752621    4877-9845-7866v1

2