# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 21-61491 |
| | ) | |
| SQUIRRELS RESEARCH LABS LLC | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Judge Russ Kendig |
| | ) | |
| | ) | **Notice of Withdrawal of** |
| | ) | **Proof of Claim No. 9** |
| | ) | |
| | ) | |

Now comes Premier Bank, by counsel, and withdraws its Proof of Claim filed December 30, 2021 and designated as Claim No. 9.

        Respectfully submitted,

        HENDERSON, COVINGTON, MESSENGER,
        NEWMAN & THOMAS CO., L.P.A.


        /s/ Richard J. Thomas
        RICHARD J. THOMAS (0038784)
        6 Federal Plaza Central, Suite 1300
        Youngstown, Ohio 44503
        Telephone: (330) 744-1148
        Fax No.: (330) 744-3807
        rthomas@hendersoncovington.com
        *Attorney for Premier Bank*

CERTIFICATE OF SERVICE

The undersigned certifies that on 21st day of January, 2022, a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim No. 9 was served via the Court's electronic case filing system on the following who are listed on the Court's Electronic Mail Notice List:

Marc B. Merklin, Esq., Attorney for Debtor and Debtors-in-Possession: mmerklin@brouse.com

Julie K. Zurn, Esq., Attorney for Debtors and Debtors-in-Possession: jzurn@brouse.com

Frederic P. Schwieg, Esq., Trustee: fschwieg@schwieglaw.com

Kate M. Bradley, Esq., Attorney for U.S. Trustee: kate.m.bradley@usdoj.gov


/s/ Richard J. Thomas
RICHARD J. THOMAS (0038784)
*Attorney for Premier Bank*