## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

## CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on January 18, 2022, a true and correct copy of the *Order: (I) Authorizing Sale of Certain of Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and Interest Pursuant to 11 U.S.C. §§105 and 363; And (II) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* was served via the court's Electronic Case Filing System on these entities and individual who are listed on the court's Electronic Mail Notice List:

    John C. Cannizzaro on behalf of Interested Party Instantiation LLC at
    John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

    Christopher Paul Combest on behalf of Creditor Avnet, Inc. at
    christopher.combest@quarles.com

    John G. Farnan on behalf of Creditor Cincinnati Insurance Company at
    jfarnan@westonhurd.com

    Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company at
    rgoff@westonhurd.com, jroberts@westonhurd.com

    Jeannie Kim on behalf of Interested Party Instantiation LLC at
    JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at
mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd. At
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at
fschwieg@schwieglaw.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at
jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at
jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at
kate.m.bradley@usdoj.gov

And by regular U.S. Mail on January 21, 2022, on the following:

| | | |
|---|---|---|
| AEP Ohio<br>301 Cleveland Ave., SW<br>Canton, OH 44720 | Andrew Waters<br>6653 Main Street<br>Williamsville, NY 14221<br>**UNDELIVERABLE** | Bittware/Molex LLC<br>2222 Wellington Ct<br>Lisle, IL 60532 |
| CliftonLarsonAllen LLP<br>Attn: Daniel Riemenschneider<br>4334 Munson St., NW<br>Canton, OH 44718 | CT Data LLC<br>133 River Road<br>Mystic, CT 06355 | Donald Ruffatto<br>420 Fairview Ave, Apt. 107<br>Arcadia, CA 91007 |
| Everhart Glass Co., Inc.<br>Attn: Linda Monigold<br>207 Ninth St., SW<br>PO Box 20645<br>Canton, OH 44701 | Everstream<br>1228 Euclid Ave #250<br>Cleveland, OH 44115 | FedEx<br>PO Box 371461<br>Pittsburgh, PA 15250-7461 |

Hailu Looyestein
Schout Coxstraat 1
5421GJ Gemert
**NETHERLANDS**

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Group 6
1240 E. Ninth Street, Room 493
Cleveland, OH 44199

IPS Assembly Corp.
Attn: Perry Sutariya
12077 Merriman Rd
Livonia, MI 48150

Jason Price
67 Bartram Trail
Brunswick, GA 31523

Jose A. Rubio
15925 Hopper Lane
San Diego, CA 92127

Mark D'Aria
165 Old Field Rd.
Setauket, NY 11733-1639

Metal Masters
Attn: Bret Kettlewell
125 Williams Dr
Dover, OH 44622

David Chase, et al.
c/o Michael Maranda
38 Oaklawn Ave
Farmingville, NY 11738

Office of the U.S. Trustee
201 Superior Ave. East, Suite 441
H.M. Metzenbaum US Courthouse
Cleveland, OH 44114-1234

Office of U.S. Attorney
Attn: Bankruptcy Section
Carl B. Stokes U.S. Court House
801 W. Superior Avenue, Ste 400
Cleveland, OH 44113

Ohio Attorney General
Collections Enforcement Section
Attn: Bankruptcy Unit
30 E. Broad Street, 14th Floor
Columbus, OH 43215

Ohio Bureau of Workers' Compensation
Attn: Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567

Ohio Department of Job & Family Svcs
Attn: Legal Support-Bankruptcy
PO Box 182830
Columbus, OH 43218-2830

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

Phillippe Germain
102 W. Service Rd #2153466
Champlain, NY 12919

Sam Adams
3417 Bush Street
Stevens Point, WI 54481

Samtec
520 Park E. Blvd.
New Albany, IN 47150

Steven Turnshek
13 Krist Glen Dr
Swissvale, PA 15218

Trevor Steinle
24106 SE 42nd St
Sammamish, WA 98029

William Paden
205 Plains Rd
Westford, VT 05494

Michael Maranda
38 Oaklawn Ave
Farmingville, NY 11738

Instantiation LLC
c/o Jason R. Schendel
Sheppard, Mullin, Richter & Hampton LLP
4 Embarcadero Center, 17th Flr
San Francisco, CA 94111

Internal Revenue Service
Attn: Deputy Director
1240 E. Ninth Street
Cleveland, OH 44199

TTI, Inc. c/o Commercial Collections Consultants
16830 Ventura Blvd., Suite 620
Encino, CA 91436-9143

Better PC, LLC
c/o Christopher Niekamp
Buckingham Doolittle and Burroughs LLC
3800 Embassy Parkway, Suite 300
Akron, OH 44308

Christophe Touzet
32 Rouillon
Saint Germain En Cogles 35133
**FRANCE**

| | | |
|---|---|---|
| Aaron Reimer<br>PMB-AR113422<br>Sumas, WA 98295-9674 | A.G. Adjustments, Ltd.<br>740 Walt Whitman Rd<br>Melville, NY 11747 | Aaron Holquin<br>2046 Jamison Pl<br>Santa Clara, CA 95051 |
| Andrew Gould<br>4812 Wildflower Drive<br>North Canton, OH 44720 | Alton Hare<br>1200 17th St NW<br>Washington, DC 20036 | Amanda McConnell<br>191 E. 28th Street<br>Dover, OH 44622 |
| Bradon Pen<br>56 Varcoe Rd<br>Courtice, ON L1E 1S5<br>**CANADA** | Ben George<br>5464 Lake Ave<br>Orchard Park, NY 14127 | Bradley Conn<br>51 Maple Avenue<br>Locust Valley, NY 11560 |
| Brian Fiducci<br>24463 Norelius Ave<br>Round Lake, IL 60073 | Brandon Osbourne<br>1614 Euclid Ave., Apt. 36<br>Miami Beach, FL 33139-7783 | Brett Mashford<br>35 Oakmoss Dr<br>SPRINGFIELD LAKES, QLD 4300<br>**AUSTRALIA** |
| Chad Clark<br>876 Jefferson St<br>Menasha, WI 54952 | Brian Klinger<br>4018 Shelby Row<br>Sugar Land, TX 77479 | Carl Forsell<br>c/o James E.P. Sisto<br>Schuerger Law Group<br>1001 Kingsmill Parkway<br>Columbus, OH 43229 |
| Clarence Smith<br>3290 Double Creek Dr N., Apt 301<br>Plainfield, IN 46168 | Cincinnati Insurance<br>PO Box 145496<br>Cincinnati, OH 45250-5496 | Cincinnati Insurance<br>6200 S. Gilmore Rd<br>Fairfield, OH 45014-5141 |
| Daniel Russo<br>120 High Farms Rd<br>Glen Head, NY 11545 | Culligan of Canton<br>4810 Southway St., SW<br>Canton, OH 44706 | Daniel Hajdu<br>Graslaan 111<br>6833CG Arnhem<br>**NETHERLANDS** |
| David Reynolds<br>6046 Jerusalem Drive<br>Cicero, NY 13039 | Darien Lyons<br>123 James Ter.<br>Rahway, NJ 07065-2409 | Darry Kurpisz<br>14635 22nd Ave SW<br>Burien, WA 98166 |
| Fabrizio Simonetti<br>Via San Jacopo<br>Acquaviva 10, 57127 Livorno, LI<br>**ITALY** | David Stanfill<br>772 Treat Blvd.<br>Tallmadge, OH 44278 | Dustin Hooper<br>20063 W. Jackson St.<br>Buckeye, AZ 85326-2777 |

| | | |
|---|---|---|
| Gilbert Rodriguez<br>PO Box 1535<br>Fabens, TX 79838-1535 | Fernando Molina<br>5275 SW 146 AVE<br>Miami, FL 33175 | George D. Jimenez<br>9396 Broadland Street, NW<br>Massillon, OH 44646 |
| Heather Bradley<br>1213 N. Chapel Street<br>Louisville, OH 44641 | GS 8100, LLC<br>6610 Chatsworth Street, NW<br>Canton, OH 44718 | GS1 US, Inc.<br>300 Princeton South Corporate Center<br>Ewing Township, NJ 08628 |
| Isaac Gabriel<br>Quarles and Brady<br>One Renissaince Sq<br>Two North Central Ave<br>Phoenix, AZ 85004 | Henry Ryan<br>228 Cranbury Road<br>Princeton Junction, NJ 08550 | Horizon Supply Group<br>Attn: Jeff Habbyshaw<br>3691 Honors Way<br>Howell, MI 48843 |
| JC Pack<br>199 Virginia Ave., #292<br>San Ysidro, CA 92173-2717 | Israel Garcia<br>615 Oak Hollow Dr<br>Newberg, OR 97132 | James Holodnak<br>2910 16th Street, NW<br>Canton, OH 44708 |
| Jessica Gritzan<br>1280 Linwood Ave SW<br>North Canton, OH 44720 | Jean Viljoen<br>5 Cape Willow<br>Hermanus, Western Cape 7200<br>**SOUTH AFRICA** | Jeffrey Cordell<br>17517 NW Ashland Drive<br>Portland, OR 97229 |
| Jordan Kupersmith<br>888 N. Quincy St<br>Arlington, VA 22203<br>**UNDELIVERABLE** | Joaquim Ginesta<br>Emili Grahit 6, 4r 1r<br>17002 GIRONA, **SPAIN** | Jonathan Hulecki<br>10505 Ciwberry Ct<br>Vienna, VA 22182 |
| JPMorgan Chase Bank<br>1111 Polaris Pkwy<br>Columbus, OH 43240 | Josh Luoni<br>808 8th St<br>Fairmont, WV 26554 | Joshua Harris<br>209 N. Horner Blvd.<br>Sanford, NC 27330 |
| Kyle Tricarico<br>5464 Lake Ave<br>Orchard Park, NY 14127 | Kimble Companies<br>3596 SR 39 NW<br>Dover, OH 44622 | Kyle Slutz<br>1116 W. Nimisila Road<br>Clinton, OH 44216 |
| Marius Nastasenko<br>Taikos g. 148<br>Vilnius, Vilniaus Apskritis 5227<br>**LITHUANIA** **UNDELIVERABLE** | Luco Gilardi<br>Ul. Slivnitsa 188<br>Sofia 1202<br>**BULGARIA** | Mario Fortier<br>10 Orchard Lane<br>Chelmsford, MA 01824 |

| | | |
|---|---|---|
| Michael Rampton<br>6222 12th Street, North<br>Arlington, VA 22205 | Mark Veon<br>2547 S. 3rd Street<br>Milwaukee, WI 53207 | Michael Dai<br>43174 Christy Street<br>Fremont, CA 94538 |
| Naoaki Kita<br>Kigoshimachi<br>Kanazawa-shi<br>Ishikawaken 920-0203<br>**JAPAN** *UNDELIVERABLE* | Michael Riley<br>2506 SW 23rd Cranbrook Dr<br>Boynton Beach, FL 33436 | Michael Robinson<br>103 Hunters Ct<br>Forest, VA 24551 |
| NJEB Partners<br>244 5th Avenue, Ste 1253<br>New York, NY 10001 | Miguel Chacon<br>120 NW 6th Ave<br>Miami, FL 33128 | Mohamed Kazem<br>27 Orwell Street<br>Potts Point<br>SYDNEY, NSW 2011<br>**AUSTRALIA** |
| Pat Clay<br>72 Baker Dr<br>Gansevoort, NY 12831 | Nick Yarosz<br>3019 Ellington Dr<br>Summerville, SC 29485 | Nicolas Rochon<br>4278 Beausoleil<br>Terrebonne QC J6V 1G1<br>**CANADA** |
| Peter Ensor<br>Powerstown House<br>Clonee, Dublin<br>D15 YH52<br>**IRELAND** | One Haines Company, LLC<br>6610 Chatsworth Street, NW<br>Canton, OH 44718 | One Skymax Company, LLC<br>6610 Chatsworth Street, NW<br>Canton, OH 44718 |
| Rajesh Bhakar<br>Sector 9d/204, 2nd Flr Akarti Apartment<br>Jaipur<br>Rajasthan 302021<br>**INDIA** | Patrick Nadeau<br>311 Andrews Rd<br>Wolcott, CT 06716 | Paul Kelsey<br>1583 E. Primrose Lane<br>Layton, UT 84040 |
| Richard Weeks<br>4199 Defoors Farm Dr<br>Powder Springs, GA 30127 | Premier Bank<br>c/o Atty. Richard Thomas<br>6 Federal Plaza Central, Suite 1300<br>Youngstown, OH 44503 | R. Scott Heasley<br>Meyers, Roman, Friedberg & Lewis<br>28601 Chagrin Blvd., Suite 600<br>Cleveland, OH 44122 |
| Ryan Marfone<br>98 N. Hawkhurst Cir<br>The Woodlands, TX 77354 | Raymond Wodarczyk<br>KinzigstraaˆšÃ¼e 28<br>10247 Berlin<br>**GERMANY** | Richard Bergstrom<br>30107 Mountain View Dr<br>Hayward, CA 94544 |
| Squirrels LLC<br>121 Wilbur Drive NE<br>North Canton, OH 44720 | Robin Wolf<br>Fasangasse 49<br>Vienna<br>Wien 1030<br>**AUSTRIA** | Seth Stanfill<br>1515 24th Street, NW<br>Canton, OH 44709 |

Tim Bredemus
9757 Union Terrace Ln N
Maple Grove, MN 55369

Tri Ho
1180 N. Cherry Way
Anaheim, CA 92801

Uline
12575 Uline Dr
Pleasant Prairie, WI 53138

Welbour Espartero
46 6th Ave NE
Swift Current, SK S9H 2L7
**CANADA**

Robert Oxsen
12795 Lowhills Rd
Nevada City, CA 95959-9074

Arran Gracie
221 Southwest Alder Street
Portland, OR 97204

James Soldi
2208B Clark Ln
Redondo Beach, CA 90278-4304

Lance Colton
301-10140 150 St NW
Edmonton, AB T5P 1P1
**CANADA**

Jason Palmer
6559 Argonne Blvd.
New Orleans, LA 70124

Scott Chen
4058 Case St
Elmhurst, NY 11373

Stefano Chiesa
41, Via III Novembre
Fucine Tn 38026
 **ITALY**

Tommy DeFreitas
14114 N. Wind Cave Ct
Conroe, TX 77384

Troy Keplinger
1730 E. Park St
Enid, OK 73701

Marco Mendoza
29407 Pyrite St
Menifee, CA 92584

Aditya Chauhan
510 Roosevelt St.
Roselle Park, NJ 07204-1512

Aaron Strating
411B Vancouver St
Victoria, BC V8v 3t4
**CANADA**

Fabian Delmotte
Rue de Favence 29
Nandrin, -- 4550
**BELGUIM**

Barry Gluntz
2350 Winfield Ave
Rocky River, OH 44116

Thom Kuznia
5733 York Ave. S.
Edina, MN 55410

TorEA Consulting
c/o David M. Neumann
Meyers Roman Friedberg & Lewis LPA
28601 Chagrin Blvd., Suite 600

U.S. Small Business Administration
District Counsel
1350 Euclid Ave, Suite 211
Cleveland, OH 44115

Robert Renna
48 Samantha Dr

Morganville, NJ 07751-4006

Richard Hall
61 Falkirk Avenue
Wellington, WGN 6022
**NEW ZEALAND**

Andrew Wolf
1960 SW Old Sheridan Rd
McMinnville, OR 97128-8686

Richard Ramazinski
1000 Flower Drive, STE LKS 2035
Glendale, CA 91201

Matthew Peterson
3390 Stratford Rd NE
Unit 516
Atlanta, GA 30326

Jack Cooper
4684 Douglas Circle NW
Canton, OH 44735

| | | |
|---|---|---|
| Haley Williams<br>518 Washington St.<br>Santa Cruz, CA 95060 | David Burlington<br>38 Bryant St APT 804<br>San Francisco, CA 94105-6119 | Pascal Peters<br>P.H.J.J. Peters Holding B.V.<br>Parklaan 6<br>Oss, Noord Brabant 5345 BV<br>**NETHERLANDS** |
| Jeffrey Willis<br>987 S. High Street<br>Columbus, OH 43206 | Matteo Trinca<br>Lania Geo Ltd.<br>10 Zahesi Territory<br>Svimon Shotadze<br>Tbilisi, T'bilisi 0178 **GEORGIA** | Dean Givens<br>170 Glad Spring Dr.<br>Lexington, SC 29072 |
| Tim Robinson<br>2376 Burg Street<br>Granville, OH 43023 | Bill Gallagher<br>591 Lantern Way<br>Aurora, OH 44202 | Everett Fominyen<br>6733 N. 105th Ave.<br>Omaha, NE 68122 |
| Elloit Boutin<br>9400 E. Lincoln Street Apartments,<br>Unit 409<br>Wichita, Kansas 67207 | Enrique Espinosa<br>4009 Old Bridgeview Ln<br>Charleston, SC 29403 | Jason Rettburg<br>670 Robinhood Dr.<br>Aurora, OH 44202 |
| Gabriel and Andrew Boutin<br>48 Cascade St.<br>Essex Junction, VT 05452-0545 | Gail O'Connell<br>8960 Ringview Dr.<br>Mechanicsville, VA 23116 | Sidney Keith<br>8127 Larkspur Ave NW<br>North Canton, OH 44720 |
| Jon Bulger<br>5169 Freeman Rd.<br>Orchard Park, NY 14127 | Justin O'Connell<br>5104 Kemp St.<br>Henrico, VA 23231 | Envista Forensics LLC, dba AREPA<br>c/o David M. Neumann<br>Meyers Roman Friedberg & Lewis LPA<br>28601 Chagrin Blvd., Suite 600<br>Cleveland, OH 44122 |
| Stephen Allison<br>18 Monument Dr.<br>Stafford, VA 22554 | Tulip<br>5464 Lake Ave<br>Orchard Park, NY 14127 | William Sweeney<br>10 Westedge St., Unit 725<br>Charleston, SC 29403 |

And by email, on January 21, 2022, on the following:

Artem Pylypchuk at articicejuice@gmail.com
Jose Nunez at admin@croxmoon.com
Michael Erceg at michael.erceg@gmail.com
Spencer Gabriel Singh at spencersingh96@gmail.com
Todd Dallimore at tdallimore@start.ca
Yannick Vergult at yannick.vergult@gmail.com
Henrik Gustafsson at henrik@virtualduck.net
Ruben Sousa at sousa.ruben2@gmail.com

Dated: January 21, 2022

Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for the Debtor and Debtor-in-Possession*

[1396919]