UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 11 |
| | ) | |
| **Squirrels Research Labs LLC**, *et al.*[1] | ) | Case Nos. 21-61491 and 21-61492 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Judge Russ Kendig |

## OFFICE OF THE UNITED STATES TRUSTEE
## NORTHERN DISTRICT OF OHIO
### Minutes of Section 341 Meeting

Case Name   Squirrels Research Labs LLC, and Midwest Data Company.

Case No   21-61491        Date Filed   November 23, 2021

Place         Canton, Ohio        Date Held   January 14, 2021

Present for U.S. Trustee         Kate M. Bradley, Trial Attorney

Debtor /Debtor's Representative   David A. Stanfill. President

Debtor's Counsel           Julie Zurn

Creditors Present:
- Scott Heasley – Counsel for Torea Consulting
- Christopher Combest – Counsel for Avnet
- Dennis Lucek – Avnet
- Brian Sisto – Counsel for Carl Forsell
- Robert Groff – Counsel for Cincinnati Insurance
- Tim Robinson – interested party
- Fred Schweig – Subchapter V Trustee

A meeting of creditors pursuant to 11 U.S.C. §341 was held by the United States Trustee for the time and date stated above. Representative(s) of the debtor appeared, and an examination was conducted as to the history, nature and financial condition of the debtor.

This meeting was concluded:   yes   X       no  _____

---

[1] The Debtors in these Chapter 11 cases, along with the four digits of each Debtor's federal tax identification numbers, are: Squirrel Research Labs LLC (9310), case no. 21-61491 and the Midwest Data Company LLC (1213), case np. 21-61492.

Respectfully submitted,

Andrew R. Vara,
United States Trustee, Region 9

By: */s/ Kate M. Bradley*
Kate M. Bradley (#0074206)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue East
Suite 441
Cleveland, Ohio 44114
(216) 522-7800 ext. 255
kate.m.bradley@usdoj.gov