Exhibit B

1. SQRL had one remaining bank account with Premier Bank that had not officially closed before the end business December 31, 2021. Since that date, this account has been closed.
2. SQRL's obligations for the month of December were paid by Midwest Data Company via hosting funds received.

Exhibit C

No funds were received on behalf of SQRL

Exhibit D

| Date | Name | Amount | Account | | Notes |
|---|---|---|---|---|---|
| 12/22/2021 | One Haines | $ 67,537.44 | 576 | Rent/Utilities | |
| 12/23/2021 | Cincinnati Insurance | $ 4,079.00 | 576 | Business Insurance | |
| 12/21/2021 | Chase | $ 15.00 | 576 | Incoming Wire Fee | |
| 12/22/2021 | Chase | $ 25.00 | 576 | Domestic Wire Fee | |

Exhibit E
No data to report for this period.

Schedule F SQRL

| Name | Amount |
|---|---|
| Intel | $78,880.00 |




********************EXCLUDE-Email
28140 0.2685 EX 0.000 64 1 7787

SQUIRRELS RESEARCH LABS LLC
121 WILBUR DR NE
NORTH CANTON OH 44720-1641

| Account Number | 396 |
| --- | --- |
| Page Number | 1 of 1 |
| Date | 12/01/21 - 12/31/21 |

## BUSINESS VALUE CHECKING

| ACCOUNT NBR | ▇▇▇396 | BEGINNING BALANCE | $209.26 |
| --- | --- | --- | --- |
| AVG BALANCE | $206.20 | DEPOSITS/CREDITS | .00 |
| | | CHECKS/DEBITS | $-5.00 |
| | | ENDING BALANCE | $204.26 |

### Other Debits

| Date | Description | Amount |
| --- | --- | --- |
| 12-13 | MAINTENANCE FEE<br>FEE BASED ACTIVITY<br>FOR 11/21 | -5.00 |

### FEE SUMMARY

| | Total For This Period | Total Year-To-Date |
| --- | --- | --- |
| TOTAL OVERDRAFT FEES | $0.00 | $37.00 |
| TOTAL RETURNED ITEM FEES | $0.00 | $0.00 |



**MEMBER FDIC**


EQUAL HOUSING LENDER