**Exhibit B**

1. MWDC pre-filing account was closed in December 2021, and all funds were transferred into the DIP account.
2. A draw from the DIP funding was approved by the court, but MWDC did not take this draw in December.

**Exhibit C**

| Date | Name | Amount | Account | Notes |
|---|---|---|---|---|
| 12/10/2021 | Chase | $ 15.00 | 7962 | Service Fee Reversal to Close Account |
| 12/13/2021 | Chase | $ 1,650.84 | 576 | Move funds from closure of pre-petition account to DIP account |
| 12/20/2021 | Alignment Engine | $ 30,000.00 | 576 | Hosting fee- Deposit 1 of 2 |
| 12/21/2021 | Alignment Engine | $ 140,000.00 | 576 | Hosting fee-Deposit 2 of 2 |

<center>**Exhibit D**</center>

| Date | Name | Amount | Account | Notes |
|---|---|---:|---|---|
| 12/6/2021 | Intuit | $85.20 | 7939 | Quickbooks Monthly Fee |
| 12/22/2021 | One Haines | $67,537.44 | 576 | Rent/Utilities-SQRL |
| 12/23/2021 | Cincinnati Insurance | $4,079.00 | 576 | Business Insurance-MWDC and SQRL |
| 12/21/2021 | AEP-Check | $13,635.00 | 576 | Power Deposit |
| 12/20/2021 | Chase | $15.00 | 576 | Incoming Wire Fee |
| 12/21/2021 | Chase | $15.00 | 576 | Incoming Wire Fee |
| 12/22/2021 | Chase | $25.00 | 576 | Domestic Wire Fee |

**Exhibit E**

No data to report for this period.

**Schedule F**

| Name | Amount |
|---|---|
| Michael Maranda | $53,514.96 |



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2021 through December 31, 2021

Account Number: ▆▆▆▆▆▆▆ 7939

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00034716 DRE 001 212 00122 NNNNNNNNNNN 1 000000000 64

THE MIDWEST DATA COMPANY LLC
121 WILBUR DR NE
NORTH CANTON OH 44720



## CHECKING SUMMARY    Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $1,736.04 |
| Electronic Withdrawals | 2 | -1,736.04 |
| Ending Balance | 2 | $0.00 |

Here's how your activity can help you avoid the $15.00 monthly service fee: the fee is waived if any of the following is achieved over the statement period:
- Minimum Daily Balance[1] of $2,000.00 or more 10/30/2021 – 11/30/2021
- Spend at least $2,000.00 in purchases using your Chase Ink® Business Card(s)[2]
- Accept deposits of $2,000.00 or more into your Chase Business Complete Checking account through QuickAccept[SM] or other Chase Merchant Services at least one day prior to the last day[3] of your checking account statement period 10/30/2021 – 11/30/2021

Here's a summary of your activity period:
- Minimum Daily Balance[1]: -$91.05
- Chase Ink® Business Card(s)[2] purchases: $0.00
- QuickAccept and Chase Merchant Services deposits into your account: $0.00

1. Minimum Daily Balance must be maintained as of the beginning of the day for each day of the statement cycle.
2. Based on aggregated spending (minus returns or refunds) where the Chase Ink® Business Card(s) share a business entity legal name with the Chase Business Complete Checking account, using each of their most recently completed monthly card billing period(s).
3. The cutoff time on this business day is 7 a.m. Eastern Time. For example, if your monthly bank account cycle ends on November 30, the cutoff for QuickAccept or other Chase Merchant Services account(s) deposits into your Chase Business Complete Checking account is 7 a.m. Eastern Time on November 29

Please note that this account was closed on 12/13/21.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/06 | Orig CO Name:18004Intuit        Orig ID:0000756346 Desc Date:211206 CO Entry Descr:Quickbookssec:Web    Trace#:021000022291208 Eed:211206  Ind ID:1680052 Ind Name:Midwest Data Company L | $85.20 |
| 12/13 | 12/13 Transfer To Chk Xxxxx0576 | 1,650.84 |
| **Total Electronic Withdrawals** | | **$1,736.04** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/06 | $1,650.84 |
| 12/13 | 0.00 |

Page 1 of 2


December 01, 2021 through December 31, 2021

Account Number: 7939

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2021 through December 31, 2021

Account Number: _____ 7962

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00034717 DRE 001 212 00122 NNNNNNNNNNN  1 000000000 64
THE MIDWEST DATA COMPANY LLC
121 WILBUR DR NE
NORTH CANTON OH 44720



## CHECKING SUMMARY
Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | -$15.00 |
| Deposits and Additions | 2 | 40.00 |
| Fees | 1 | -25.00 |
| Ending Balance | 3 | $0.00 |

Here's how your activity can help you avoid the $15.00 monthly service fee: the fee is waived if any of the following is achieved over the statement period:
- Minimum Daily Balance[1] of $2,000.00 or more 10/30/2021 – 11/30/2021
- Spend at least $2,000.00 in purchases using your Chase Ink® Business Card(s)[2]
- Accept deposits of $2,000.00 or more into your Chase Business Complete Checking account through QuickAccept[SM] or other Chase Merchant Services at least one day prior to the last day[3] of your checking account statement period 10/30/2021 – 11/30/2021

Here's a summary of your activity period:
- Minimum Daily Balance[1]: -$25.00
- Chase Ink® Business Card(s)[2] purchases: $0.00
- QuickAccept and Chase Merchant Services deposits into your account: $0.00

1. Minimum Daily Balance must be maintained as of the beginning of the day for each day of the statement cycle.
2. Based on aggregated spending (minus returns or refunds) where the Chase Ink® Business Card(s) share a business entity legal name with the Chase Business Complete Checking account, using each of their most recently completed monthly card billing period(s).
3. The cutoff time on this business day is 7 a.m. Eastern Time. For example, if your monthly bank account cycle ends on November 30, the cutoff for QuickAccept or other Chase Merchant Services account(s) deposits into your Chase Business Complete Checking account is 7 a.m. Eastern Time on November 29

Please note that this account was closed on 12/13/21.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/10 | Service Fee Reversal | $25.00 |
| 12/10 | Service Fee Reversal | 15.00 |
| **Total Deposits and Additions** | | **$40.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/01 | Chase ACH Payments Monthly Fee | $25.00 |
| **Total Fees** | | **$25.00** |


December 01, 2021 through December 31, 2021

Account Number: 7962

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/01 | -$40.00 |
| 12/10 | 0.00 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC



JPMorgan Chase Bank, N.A. Member FDIC



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 10, 2021 through December 31, 2021

Account Number: 0576

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00206645 DRE 001 142 00122 NNNNNNNNNNN T 1 000000000 68 0000
THE MIDWEST DATA COMPANY LLC
DEBTOR IN POSSESSION 21-61492
121 WILBUR DR NE
NORTH CANTON OH 44720



## CHECKING SUMMARY   Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Deposits and Additions | 3 | 171,650.84 |
| Electronic Withdrawals | 2 | -71,616.44 |
| Other Withdrawals | 1 | -13,635.00 |
| Fees | 3 | -55.00 |
| Ending Balance | 9 | $86,344.40 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/13 | Transfer From Chk Xxxxx7939 | $1,650.84 |
| 12/20 | Fedwire Credit Via: Evolve Bank & Trust/084106768 B/O: Synapse Financial Technologies San Francisco CA 94105 Ref: Chase Nyc/Ctr/Bnf=The Midwest Data Company LLC Debtor North Canton OH 44720-1641 US/Ac-000000007872 Rfb=O/B Evolve B & T Ob =JPMorgan Chase Bank NA Columbus, OH, US 61C0C1E1D3 7Ea83C1F4D1820/F Imad: 1220Mmqfmpd1000638 Trn: 0766680354Ff | 30,000.00 |
| 12/21 | Fedwire Credit Via: Evolve Bank & Trust/084106768 B/O: Synapse Financial Technologies San Francisco CA 94105 Ref: Chase Nyc/Ctr/Bnf=The Midwest Data Company LLC Debtor North Canton OH 44720-1641 US/Ac-000000007872 Rfb=O/B Evolve B & T Ob =JPMorgan Chase Bank NA Columbus, OH, US 61C2102E26 612C05B868E7F4/F Imad: 1221Mmqfmpd1000817 Trn: 0621940355Ff | 140,000.00 |
| **Total Deposits and Additions** | | **$171,650.84** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/22 | 12/22 Online Domestic Wire Transfer Via: Fnb of PA/043318092 A/C: One Haines Company LLC North Canton OH 44720 US Imad: 1222B1Qgc08C028090 Trn: 3463931356Es | $67,537.44 |
| 12/23 | Orig CO Name:Cinfin       Orig ID:0000000160 Desc Date:211223 CO Entry Descr:Insurance Sec:Web       Trace#:021000029589050 Eed:211223   Ind ID:0727228 Ind Name:David *Stanfill | 4,079.00 |
| **Total Electronic Withdrawals** | | **$71,616.44** |

Page 1 of 2

21-61491-tnap    Doc 148    FILED 01/24/22    ENTERED 01/24/22 14:17:11    Page 10 of 11



December 10, 2021 through December 31, 2021

Account Number: 0576

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/21 | 12/21 Withdrawal | $13,635.00 |
| **Total Other Withdrawals** | | **$13,635.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/20 | Domestic Incoming Wire Fee | $15.00 |
| 12/21 | Domestic Incoming Wire Fee | 15.00 |
| 12/22 | Online Domestic Wire Fee | 25.00 |
| **Total Fees** | | **$55.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/13 | $1,650.84 |
| 12/20 | 31,635.84 |
| 12/21 | 157,985.84 |
| 12/22 | 90,423.40 |
| 12/23 | 86,344.40 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC