**Exhibit B**

1. SQRL had one remaining bank account with Premier Bank that had not officially closed before the end business December 31, 2021. Since that date, this account has been closed.
2. SQRL's obligations for the month of December were paid by Midwest Data Company via hosting funds received.

**Exhibit C**

No funds were received on behalf of SQRL

**Exhibit D**

| Date | Name | Amount | Account | Notes |
|---|---|---|---|---|
| 12/22/2021 | One Haines | $ 67,537.44 | 576 | Rent/Utilities; paid by The Midwest Data Company LLC |
| 12/23/2021 | Cincinnati Insurance | $ 4,079.00 | 576 | Business Insurance; paid by The Midwest Data Company LLC |
| 12/21/2021 | Chase | $ 15.00 | 576 | Incoming Wire Fee |
| 12/22/2021 | Chase | $ 25.00 | 576 | Domestic Wire Fee |

**Exhibit E**

No data to report for this period.

**Schedule F**

| Name | Amount |
|---|---|
| Intel | $78,880.00 |




P.O. Box 248 • Defiance, OH 43512
For inquiries, please call our Customer Care Center at 1-877-367-8178
YourPremierBank.com • Telephone Banking: 1-888-511-1077

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*EXCLUDE-Email
28140 0.2685 EX 0.000  64 1 7787

SQUIRRELS RESEARCH LABS LLC
121 WILBUR DR NE
NORTH CANTON OH 44720-1641

**Account Number** ▆▆▆▆396
**Page Number** 1 of 1
**Date** 12/01/21 - 12/31/21

## BUSINESS VALUE CHECKING

| | | | |
|---|---|---|---|
| ACCOUNT NBR | ▆▆▆▆396 | BEGINNING BALANCE | $209.26 |
| AVG BALANCE | $206.20 | DEPOSITS/CREDITS | .00 |
| | | CHECKS/DEBITS | $-5.00 |
| | | ENDING BALANCE | $204.26 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 12-13 | MAINTENANCE FEE<br>FEE BASED ACTIVITY<br>FOR 11/21 | -5.00 |

### FEE SUMMARY

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| TOTAL OVERDRAFT FEES | $0.00 | $37.00 |
| TOTAL RETURNED ITEM FEES | $0.00 | $0.00 |



**MEMBER FDIC**


EQUAL HOUSING LENDER



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 10, 2021 through December 31, 2021

Account Number: 7035

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00014761 DRE 001 142 00522 NNNNNNNNNNN T 1 000000000 D3 0000

SQUIRRELS RESEARCH LABS LLC
DEBTOR IN POSSESSION 21-41491
121 WILBUR DR NE
NORTH CANTON OH 44720



# CHECKING SUMMARY   Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Ending Balance | 0 | $0.00 |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**


This Page Intentionally Left Blank