SCEB, LLC  -  FIELD PROGRAMMABLE GATEWAY ASSEMBLIES

| FKs | Box | Serial | JCs | |
|---|---|---|---|---|
| | fk175 | 153300001310 | JCM33 | 00000199 |
| | fk175 | 153300001327 | JCM33 | 00000215 |
| | fk175 | 153300001536 | JCM33 | 00000244 |
| | fk175 | 153300001657 | JCM33 | 00000288 |
| | fk175 | 153300001693 | JCM33 | 00000304 |
| | fk176 | 153300001158 | JCM33 | 00000308 |
| | fk176 | 153300001262 | JCM33 | 00000310 |
| | fk176 | 153300001400 | JCM33 | 00000317 |
| | fk176 | 153300001862 | JCM33 | 00000323 |
| | fk176 | 153300001880 | JCM33 | 00000328 |
| | fk177 | 153300001209 | JCM33 | 00000335 |
| | fk177 | 153300001373 | JCM33 | 00000352 |
| | fk177 | 153300001402 | JCM33 | 00000359 |
| | fk177 | 153300001454 | JCM33 | 00000368 |
| | fk177 | 153300001894 | JCM33 | 00000372 |
| | fk178 | 153300001461 | JCM33 | 00000380 |
| | fk178 | 153300001472 | JCM33 | 00000381 |
| | fk178 | 153300001519 | JCM33 | 00000383 |
| | fk178 | 153300001531 | JCM33 | 00000386 |
| | fk178 | 153300001937 | JCM33 | 00000389 |
| | fk179 | 153300001210 | JCM33 | 00000406 |
| | fk179 | 153300001432 | JCM33 | 00000505 |
| | fk179 | 153300001600 | JCM33 | 00000563 |
| | fk179 | 153300001691 | JCM33 | 00000593 |
| | fk179 | 153300001797 | JCM35 | 00000643 |
| | fk180 | 153300001124 | JCM35 | 00000931 |
| | fk180 | 153300001224 | JCM35 | 00000987 |
| | fk180 | 153300001277 | JCM35 | 00001053 |
| | fk180 | 153300001345 | JCM35 | 00001203 |
| | fk180 | 153300001410 | JCM35 | 00001243 |
| | fk181 | 153300001123 | JCM35 | 00001275 |
| | fk181 | 153300001212 | JCM35 | 00001489 |
| | fk181 | 153300001555 | JCM35 | 00001499 |
| | fk181 | 153300001670 | JCM35 | 00001594 |
| | fk181 | 153300001692 | JCM35 | 00001607 |
| | fk183 | 153300001118 | JCM35 | 00002577 |
| | fk183 | 153300001120 | | |
| | fk183 | 153300001190 | | |
| | fk183 | 153300001529 | | |
| | fk183 | 153300001743 | | |
| | fk184 | 153300001415 | | |

| | |
|---|---|
| fk184 | 153300001448 |
| fk184 | 153300001471 |
| fk184 | 153300001732 |
| fk184 | 153300001807 |
| fk185 | 153300001250 |
| fk185 | 153300001269 |
| fk185 | 153300001706 |
| fk185 | 153300001744 |
| fk185 | 153300001944 |
| fk188 | 153300001164 |
| fk188 | 153300001213 |
| fk188 | 153300001234 |
| fk188 | 153300001453 |
| fk188 | 153300001588 |
| fk189 | 153300001117 |
| fk189 | 153300001214 |
| fk189 | 153300001462 |
| fk189 | 153300001523 |
| fk189 | 153300001868 |
| fk190 | 153300001156 |
| fk190 | 153300001194 |
| fk190 | 153300001270 |
| fk190 | 153300001318 |
| fk190 | 153300001650 |
| fk191 | 153300001189 |
| fk191 | 153300001249 |
| fk191 | 153300001374 |
| fk191 | 153300001782 |
| fk191 | 153300001878 |
| fk192 | 153300001119 |
| fk192 | 153300001211 |
| fk192 | 153300001223 |
| fk192 | 153300001226 |
| fk192 | 153300001491 |
| fk193 | 153300001401 |
| fk193 | 153300001418 |
| fk193 | 153300001532 |
| fk193 | 153300001899 |
| fk193 | 153300001964 |
| fk196 | 153300001206 |
| fk196 | 153300001501 |
| fk196 | 153300001751 |
| fk196 | 153300001833 |
| fk196 | 153300001904 |

| | |
|---|---|
| fk197 | 153300000250 |
| fk197 | 153300000318 |
| fk197 | 153300000514 |
| fk197 | 153300000667 |
| fk197 | 153300000821 |
| fk198 | 153300000435 |
| fk198 | 153300000436 |
| fk198 | 153300000674 |
| fk198 | 153300000719 |
| fk198 | 153300001047 |
| fk199 | 153300000187 |
| fk199 | 153300000307 |
| fk199 | 153300000645 |
| fk199 | 153300000940 |
| fk199 | 153300001002 |
| fk200 | 153300001368 |
| fk200 | 153300001571 |
| fk200 | 153300001716 |
| fk200 | 153300001755 |
| fk200 | 153300001809 |
| fk201 | 153300001106 |
| fk201 | 153300001559 |
| fk201 | 153300001605 |
| fk201 | 153300001812 |
| fk201 | 153300001983 |
| fk202 | 153300001560 |
| fk202 | 153300001677 |
| fk202 | 153300001678 |
| fk202 | 153300001684 |
| fk202 | 153300001985 |
| fk203 | 153300001255 |
| fk203 | 153300001399 |
| fk203 | 153300001717 |
| fk203 | 153300001778 |
| fk203 | 153300001986 |
| fk206 | 153300001440 |
| fk206 | 153300001967 |
| fk206 | 153300001643 |
| fk207 | 153300001128 |
| fk207 | 153300001193 |
| fk207 | 153300001256 |
| fk207 | 153300001522 |
| fk207 | 153300001696 |
| fk208 | 153300001521 |

| | |
|---|---|
| fk208 | 153300001557 |
| fk208 | 153300001593 |
| fk208 | 153300001715 |
| fk208 | 153300001810 |
| fk210 | 153300001324 |
| fk210 | 153300001561 |
| fk210 | 153300001563 |
| fk210 | 153300001701 |
| fk210 | 153300001984 |