# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| Squirrels Research Labs LLC | ) | CASE NO. 21-61491-rk |
| | ) | (Jointly Administered) |
| Debtor. | ) | |
| | ) | JUDGE RUSS KENDIG |

## NOTICE OF SCEB, LLC'S MOTION FOR RELIEF FROM STAY AND CERTIFICATE OF SERVICE

SCEB, LLC has filed papers with the court to obtain relief from a stay for an order lifting the automatic stay imposed by section 362(a) of the Bankruptcy Code for the purposeof permitting SCEB, LLC to retrieve its 174 Field Programmable Gateway Assemblies.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief requested sought in the motion, or if you want the court to consider your views on the motion, then on or before **February 16, 2022**, you or your attorney must:

1. File a written response, explaining your position, at

    U.S. Bankruptcy Court
    Ralph Regula Federal Building and U.S. Courthouse
    401 McKinley Ave. SW
    Canton, OH 44702

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.

2. Mail a copy to:

    Steven J. Heimberger, Esq.
    Roderick Linton Belfance, LLP
    50 S. Main Street, 10th Floor
    Akron, OH 44308

3.      Attend the hearing scheduled to be held on **March 2, 2022 at 9:30 a.m.** Counsel and parties should call (888) 684-8852 and use Access Code 3303949 followed by the pound sign, which is #. Upon connection you will automatically be muted. (That is, you will be able to hear, but you will not be heard.) The courtroom deputy will call court into session and call each case. When your case is called, you may unmute your line by pressing * and then pressing 6 on your telephone key pad. If you have a problem connecting to the hearing, immediately contact chambers at 330-458-2440. The hearing may be adjourned by the court from time to time without further notice.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further hearing or notice.

Respectfully submitted,

*/s/ Steven J. Heimberger*
**STEVEN J. HEIMBERGER (0084618)**
Roderick Linton Belfance, LLP
50 S. Main Street, 10th Floor
Akron, OH 44308
Phone: (330) 434-3000 / Fax: (330) 434-9220
Email: sheimberger@rlbllp.com
*Counsel for Movant, SCEB, LLC*

CERTIFICATE OF SERVICE

The undersigned certifies that on January 26, 2022, a true and correct copy of the foregoing Notice of SCEB, LLC's Motion for Relief From Stay and Certificate of Service was served via the Court's electronic case filing system on these entities and individuals who are listedon the Court's Electronic Mail Notice List:

- John C. Cannizzaro   John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com
- Christopher Paul Combest   christopher.combest@quarles.com
- John G. Farnan   jfarnan@westonhurd.com
- Robert E. Goff   rgoff@westonhurd.com, jroberts@westonhurd.com
- Jeannie Kim   JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com
- Marc Merklin   mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com
- David M. Neumann   dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com
- Christopher Niekamp   cniekamp@bdblaw.com
- Paul J. Schumacher   pschumacher@dmclaw.com, tgross@dmclaw.com
- Frederic P. Schwieg   fschwieg@schwieglaw.com
- Frederic P. Schwieg   fschwieg@schwieglaw.com
- Bryan Sisto   bsisto@fbtlaw.com
- United States Trustee   (Registered address)@usdoj.gov
- Joshua Ryan Vaughan   jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com
- Julie K. Zurn   jzurn@brouse.com, tpalcic@brouse.com
- Kate M. Bradley ust44   kate.m.bradley@usdoj.gov

And by regular U.S. Mail, postage prepaid, on:

Brouse McDowell, on behalf of Debtors
388 South Main Street
Suite 500
Akron, OH 44311-4407

*/s/ Steven J. Heimberger*
**STEVEN J. HEIMBERGER (0084618)**