**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



*Russ Kendig*
**Russ Kendig
United States Bankruptcy Judge**

**Dated: 01:30 PM February 14, 2022**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.*[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

**AGREED ORDER RESOLVING MOTION OF ENVISTA FORENSICS, LLC d/b/a AREPA ("ENVISTA") FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE AND MOTION OF CINCINNATI INSURANCE FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE**

This matter came before the Court on the motion of Envista Forensics, LLC d/b/a AREPA ("Envista") for relief from the automatic stay [Docket No. 110] (the "Envista Motion") and the motion of Cincinnati Insurance Company ("Cincinnati," and together with Envista, the "Movants") for relief from the automatic stay [Docket No. 114] (the "Cincinnati Motion," and together with

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

the Envista Motion, the "Relief Motions"); and the Court having jurisdiction to consider the Relief Motions pursuant to 28 U.S.C. §§ 157 and 1334; and due and proper notice of the Relief Motions having been provided pursuant to Local Bankruptcy Rule 4001-1; and it appearing that no other or further notice being required; and upon consideration of any response timely filed with respect to the Relief Motions; and after due deliberation and sufficient cause therefor, the above-captioned debtors and the Movants have agreed and the Court orders as follows:

1. The Relief Motions are granted only to the extent necessary to permit Envista to have its claim paid by Cincinnati Insurance.

2. The automatic stay is hereby modified to the extent, but only to the extent necessary, to permit Envista to have its claim paid by Cincinnati Insurance.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

# # #

Agreed to by:

/s/ David Neumann
David Neumann (0068747)
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122
(216) 831-0042, ext 174
dneumann@meyersroman.com

-and-

/s/ Robert Goff
Robert Goff (0069818)
Weston Hurd LLP
1300 East 9th Street, Suite 1400
Cleveland, OH 44114
(216) 687-3251
bgoff@westonhurd.com

-and-

/s/Julie K. Zurn
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
Brouse McDowell
388 South Main Street, Suite 500
Akron, OH 44311
(330) 535-5711
mmerklin@brouse.com
jzurn@brouse.com