**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.*[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

**ORDER, PURSUANT TO SECTIONS 105(A), 363(C), 507(A)(4), AND 507(A)(5)**
**OF THE BANKRUPTCY CODE: (I) AUTHORIZING THE DEBTOR TO PAY:**
**(A) PREPETITION EMPLOYEE WAGES, SALARIES AND RELATED ITEMS;**
**AND (B) PREPETITION CONTRIBUTIONS TO, AND BENEFITS UNDER,**
**EMPLOYEE BENEFIT PLANS; AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of Squirrels Research Labs LLC, one of the above-captioned debtors and debtors-in-possession (the "Debtor") for entry of an order: (i) authorizing the Debtor to pay: (a) prepetition employee wages, salaries and related items; and (b) prepetition contributions to, and benefits under, employee benefit plans; and (ii) granting certain related relief; the Court having reviewed the Motion and having heard the statements of counsel in

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and the Midwest Data Company LLC (1213), case no. 21-61492.
[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having found and concluded that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding, (iii) notice of the Motion was sufficient under the circumstances, (iv) the payment of the Prepetition Employee Obligations on the terms and conditions described in the Motion is necessary and appropriate, will serve to protect and preserve the Debtor's estate for the benefit of all stakeholders and will facilitate the reorganization of the Debtor's business, and (v) the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED on the terms and conditions set forth below.

2.      Subject to the limitations of 11 U.S.C. §§ 507(a)(4) and 507(a)(5), the Debtor is authorized to pay the Prepetition Employee Obligations.

3.      Nothing herein shall be deemed to: (i) authorize the payment of any amounts in satisfaction of bonus or severance obligations, which are subject to Section 503(c) of the Bankruptcy Code; or (ii) authorize the Debtor to cash out unpaid vacation/leave time upon termination of an employee, unless applicable state law requires such a payment.

4.      Nothing in the Motion or this Order, nor the Debtor's payment of claims pursuant to this Order, shall be deemed or construed as: (i) an admission as to the validity of any claim against the Debtor; (ii) a waiver of the Debtor's rights to dispute any claim on any grounds; (iii) a promise to pay any claim; (iv) an implication or admission that any particular claim is a claim for Prepetition Employee Obligations; or (v) a request to assume any executory contract or unexpired lease, pursuant to Section 365 of the Bankruptcy Code.

5.     Notwithstanding any other provision of this order, no payments to any individual employee shall exceed the amounts set forth in Sections 507(a)(4) and 507(a)(5) of the Bankruptcy Code.

6.     This Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order.

7.     Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

# # #

SUBMITTED BY:

/s/ _____
Marc B. Merklin  (0018195)
Julie K. Zurn (0066391)
BROUSE MCDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com
bfranklin@brouse.com

*Counsel for the Debtors*
*and Debtors-in-Possession*