

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2022 through January 31, 2022

Account Number:                    0576



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00209942 DRE 001 142 03222 NNNNNNNNNNN T 1 000000000 68 0000

THE MIDWEST DATA COMPANY LLC
DEBTOR IN POSSESSION 21-61492
121 WILBUR DR NE
NORTH CANTON OH 44720

## CHECKING SUMMARY | Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$86,344.40** |
| Deposits and Additions | 3 | 214,370.21 |
| Electronic Withdrawals | 3 | -82,763.90 |
| Fees | 2 | -40.00 |
| **Ending Balance** | **8** | **$217,910.71** |

Your monthly service fee was $15.00 this statement period.

Here's how your activity can help you avoid the $15.00 monthly service fee: the fee is waived if any of the following is achieved over the statement period:

- Minimum Daily Balance[1] of $2,000.00 or more 12/11/2021 - 12/31/2021
- Spend at least $2,000.00 in purchases using your Chase Ink® Business Card(s)[2]
- Accept deposits of $2,000.00 or more into your Chase Business Complete Checking account through QuickAccept[SM] or other Chase Merchant Services at least one day prior to the last day[3] of your checking account statement period 12/11/2021 - 12/31/2021

Here's a summary of your activity period:

- Minimum Daily Balance[1]: $0.00
- Chase Ink® Business Card(s)[2] purchases: $0.00
- QuickAccept and Chase Merchant Services deposits into your account: $0.00

1. Minimum Daily Balance must be maintained as of the beginning of the day for each day of the statement cycle.
2. Based on aggregated spending (minus returns or refunds) where the Chase Ink® Business Card(s) share a business entity legal name with the Chase Business Complete Checking account, using each of their most recently completed monthly card billing period(s).
3. The cutoff time on this business day is 7 a.m. Eastern Time. For example, if your monthly bank account cycle ends on November 30, the cutoff for QuickAccept or other Chase Merchant Services account(s) deposits into your Chase Business Complete Checking account is 7 a.m. Eastern Time on November 29


## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/18 | Orig CO Name:Paypal         Orig ID:Paypalsd11 Desc Date:220118 CO Entry Descr:Transfer  Sec:PPD   Trace#:021000028344040 Eed:220118   Ind ID: Ind Name:Midwest Data Company L Trn: 0188344040Tc | $3,964.31 |
| 01/21 | Orig CO Name:Paypal         Orig ID:Paypalsd11 Desc Date:220121 CO Entry Descr:Transfer  Sec:PPD   Trace#:021000022581013 Eed:220121   Ind ID: Ind Name:Midwest Data Company L Trn: 0212581013Tc | 405.90 |
| 01/27 | Fedwire Credit Via: Evolve Bank & Trust/084106768 B/O: Synapse Financial Technologies San Francisco CA 94105 Ref: Chase Nyc/Ctr/Bnf=The Midwest Data Company LLC North Canton OH 44720-1 641 US/Ac-000000007872 Rfb=O/B Evol Ve B & T Obi=JPMorgan Chase Bank NA Columbus, OH , US 61F1CD6Acc94F6BC 03D987Cf/Froma Imad: 0127Mmqfmpd1000227 Trn: 0368190027Ff | 210,000.00 |
| **Total Deposits and Additions** | | **$214,370.21** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/07 | 01/07 Online Domestic Wire Transfer Via: Fnb of PA/043318092 A/C: One Haines Company LLC North Canton OH 44720 US Imad: 0107B1Qgc06C010879 Trn: 3415112007Es | $67,637.41 |
| 01/18 | Orig CO Name:Aep Ohio Power R     Orig ID:7529030111 Desc Date:220114 CO Entry Descr:Bill Pay  Sec:CCD   Trace#:031101110669257 Eed:220118   Ind ID:13015538291 Ind Name: Mwdc Trn: 0180669257Tc | 6,943.49 |
| 01/31 | Orig CO Name:Cinfin         Orig ID:0000000160 Desc Date:220131 CO Entry Descr:Insurance Sec:Web   Trace#:021000029963113 Eed:220131   Ind ID:8228113 Ind Name:Midwest Data *Company | 8,183.00 |
| **Total Electronic Withdrawals** | | **$82,763.90** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/07 | Online Domestic Wire Fee | $25.00 |
| 01/27 | Domestic Incoming Wire Fee | 15.00 |
| **Total Fees** | | **$40.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 01/07 | $18,681.99 |
| 01/18 | 15,702.81 |
| 01/21 | 16,108.71 |
| 01/27 | 226,093.71 |
| 01/31 | 217,910.71 |

21-61491-tnap    Doc 168-1    FILED 02/21/22    ENTERED 02/21/22 18:55:20    Page 2 of 10





**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**



This Page Intentionally Left Blank

Exhibit A
No data for this report

Exhibit B
1. A draw from the DIP funding was approved by the court, and MWDC took the draw as a result.

**Exhibit C**

| Date | Name | Amount | Account | Notes |
|------|------|--------|---------|-------|
| 1/18/22 | PayPal | $ 3,964.31 | MWDC Checking | Hosting Fees |
| 1/21/22 | PayPal | $ 405.90 | MWDC Checking | Hosting Fees |
| 1/27/22 | Alignment Engine | $ 210,000.00 | MWDC Checking | DIP Loan |

**Exhibit D**

| Date | Name | Amount | Account | Notes |
|---|---|---|---|---|
| 1/7/22 | One Haines Company | $ 67,637.41 | MWDC Checking | Rent and Utilities |
| 1/7/22 | Chase | $ 25.00 | MWDC Checking | Wire Fee |
| 1/18/22 | AEP Ohio | $ 6,943.49 | MWDC Checking | Electric |
| 1/27/22 | Chase | $ 15.00 | MWDC Checking | Wire Fee |
| 1/31/22 | Cincinnati Insurance | $ 8,183.00 | MWDC Checking | Business Insurance |

**One Haines Company was paid on behalf of SQRL, as was a portion of Cincinnati Insurance as both parties are listed as insured by Cincinnati.

Exhibit E
No data to report for this period.

SCHEDULE F MWDC

| Name | Amount |
|---|---|
| Michael Maranda | $53,514.96 |