EXHIBIT A – **Liquidation Analysis –** The Midwest Data Company, LLC
[Pursuant to Section 1190(1)(B) of the Bankruptcy Code]

*Debtor's Estimated Liquidation Value of Assets*

**Assets**

| | | |
|---|---|---|
| a. Cash on Hand | $ | 146,757.76 |
| b. Accounts Receivable | $ | 53,514.96 |
| c. Inventory, Furniture, Equipment, Automobiles, Buildings and Land | $ | 0.00 |
| d. Websites, Marks, Designs, Customer Lists, and other assets excluded from the Sales Order | $ | 1,000.00 |
| e. Stocks, bonds, cryptocurrencies, or other financial assets | $ | 0.00 |
| f. Lawsuits or other claims against third-parties | $ | 0.00 |
| g. Other intangibles (such as avoidance actions) | $ | 0.00 |
| h. Insurance Proceeds[1] | $ | 500,000.00 |
| **Total Assets at Liquidation Value** | **$** | **701,272.27** |
| Less: Superpriority DIP recovery | $ | -250,000.00 |
| Less: Chapter 7 trustee fees and expenses | $ | -2606.36 |
| Less: Chapter 7 expenses for new professionals | $ | -10,000.00 |
| Less: Chapter 11 Administrative expenses | $ | -58,000.00 |
| Less: Priority claims, excluding Administrative Expense claims | $ | -900.00 |
| (1) Balance for unsecured claims | $ | 379,765.91 |
| (2) Total dollar amount of unsecured claims | $ | 17,663.56 |
| ***Percentage of Claims Which Unsecured Creditors Would Receive or Retain in a Chapter 7 Liquidation:*** | | ***100.00%*** |
| ***Percentage of Claims Which Unsecured Creditors Will Receive or Retain under the Plan):*** | | ***100.00%*** |

---

[1] Debtor believes its insurance policy limits allow for up to $10,000,000 of recovery, however for the purpose of liquidation analysis Debtor's estimate is based on a business judgment utilizing direct loses to client equipment in MWDC's possession, as well as the policy limit of business interruption. This recovery is not expected to change materially in a Chapter 7 liquidation as compared to the plan, with the added expectation of higher administrative expenses of a Chapter 7 trustee and professionals.