EXHIBIT B

|  | February | March | April | May | June | 2022 July |
|---|---|---|---|---|---|---|
| **Revenue** | | | | | | |
| Existing Hosting Contracts Excluding Fire Damaged | $ 1,510.00 | | | | | |
| Existing Hosting Contracts Fire Recovered | $ - | $ 2,230.00 | $ 2,230.00 | $ 2,230.00 | $ 2,230.00 | $ 2,230.00 |
| New FM Hosting Contract (3500 Boards) | | | $ 70,000.00 | $ 70,000.00 | $ 70,000.00 | $ 70,000.00 |
| Insurance Proceeds (estimated | | | | | $ 500,000.00 | |
| AR Recovery | | | | | $ 53,514.96 | |
| Less: | | | | | | |
| **Expenses** | | | | | | |
| Monthly Power Cost | $ 557.34 | $ 870.93 | $ 34,900.59 | $ 34,900.59 | $ 34,900.59 | $ 34,900.59 |
| Internet Service | $ 164.99 | $ 164.99 | $ 164.99 | $ 164.99 | $ 164.99 | $ 164.99 |
| Base Rent | $ 500.00 | $ 500.00 | | | | |
| Increased Base Rent for New Contract (As of 4/1) | | | $ 17,430.00 | $ 17,430.00 | $ 17,430.00 | $ 17,430.00 |
| **Operating Profit/Loss** | $ 287.67 | $ 694.08 | $ 19,734.42 | $ 19,734.42 | $ 573,249.38 | $ 19,734.42 |
| **Administrative and Chapter 11 Claims** | | | | | | |
| DIP Balance | $ 250,000.00 | $ 243,013.70 | $ 235,077.65 | $ 227,009.80 | $ 218,937.82 | $ - |
| DIP Interest (Start of Month) | $ 1,095.89 | $ - | $ - | $ - | $ - | $ - |
| Claims | $ 18,563.56 | $ 18,563.56 | $ 18,563.56 | $ - | $ - | $ - |
| Less: | | | | | | |
| **Administrative and Chapter 11 Payments** | | | | | | |
| DIP Payment | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 220,797.30 | |
| New DIP Interest | $ 1,917.81 | $ 2,063.95 | $ 1,932.15 | $ 1,928.03 | $ 1,859.47 | $ - |
| Claims Payments | $ - | $ - | $ 18,563.56 | | | |
| Chapter 11 Administrative Expenses | $ - | $ - | $58,000 | | | |
| **Bank Accounts** | | | | | | |
| Balance (Start of Month) | $ 146,757.67 | $ 137,045.34 | $ 127,739.42 | $ 60,910.28 | $ 70,644.70 | $ 423,096.78 |
| Change | $ (9,712.33) | $ (9,305.92) | $ (66,829.14) | $ 9,734.42 | $ 352,452.08 | $ 19,734.42 |

| Aug | September | Oct | Nov | Dec | Total 2022 | Jan | Feb | March |
|---|---|---|---|---|---|---|---|---|
| $ 2,230.00 | $ 2,230.00 | $ 2,230.00 | $ 2,230.00 | $ 2,230.00 | | $ 2,230.00 | $ 2,230.00 | $ 2,230.00 |
| $ 70,000.00 | $ 70,000.00 | $ 70,000.00 | $ 70,000.00 | $ 70,000.00 | | $ 70,000.00 | $ 70,000.00 | $ 70,000.00 |
| | | | | | $ 1,153,810.00 | | | |
| $ 34,900.59 | $ 34,900.59 | $ 34,900.59 | $ 34,900.59 | $ 34,900.59 | | $ 34,900.59 | $ 34,900.59 | $ 34,900.59 |
| $ 164.99 | $ 164.99 | $ 164.99 | $ 164.99 | $ 164.99 | | $ 164.99 | $ 164.99 | $ 164.99 |
| $ 17,430.00 | $ 17,430.00 | $ 17,430.00 | $ 17,430.00 | $ 17,430.00 | | $ 17,430.00 | $ 17,430.00 | $ 17,430.00 |
| | | | | | $ 475,218.47 | | | |
| $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 |
| | | | | | $ 678,591.53 | | | |
| $ 442,831.20 | $462,565.62 | $482,300.04 | $502,034.46 | $521,768.88 | | $ 541,503.30 | $ 561,237.72 | $ 580,972.14 |
| $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 |

|  | 2023 | | | | | | |
|---|---|---|---|---|---|---|---|
|  | April | May | June | July | August | September | October |
| | $ 2,230.00 | $ 2,230.00 | $ 2,230.00 | $ 2,230.00 | $ 2,230.00 | $ 2,230.00 | $ 2,230.00 |
| | $ 70,000.00 | $ 70,000.00 | $ 70,000.00 | $ 70,000.00 | $ 70,000.00 | $ 70,000.00 | $ 70,000.00 |
| | $ 34,900.59 | $ 34,900.59 | $ 34,900.59 | $ 34,900.59 | $ 34,900.59 | $ 34,900.59 | $ 34,900.59 |
| | $ 164.99 | $ 164.99 | $ 164.99 | $ 164.99 | $ 164.99 | $ 164.99 | $ 164.99 |
| | $ 17,430.00 | $ 17,430.00 | $ 17,430.00 | $ 17,430.00 | $ 17,430.00 | $ 17,430.00 | $ 17,430.00 |
| | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 |
| | $ 600,706.56 | $ 620,440.98 | $ 640,175.40 | $ 659,909.82 | $ 679,644.24 | $ 699,378.66 | $ 719,113.08 |
| | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 |

| | November | December | Total 2023 | January | February | March | April | May |
|---|---|---|---|---|---|---|---|---|
| | $ 2,230.00 | $ 2,230.00 | | $ 2,230.00 | $ 2,230.00 | $ 2,230.00 | $ 2,230.00 | $ 2,230.00 |
| | $ 70,000.00 | $ 70,000.00 | | $ 70,000.00 | $ 70,000.00 | $ 70,000.00 | $ 70,000.00 | $ 70,000.00 |
| | | | $ 866,760.00 | | | | | |
| | $ 34,900.59 | $ 34,900.59 | | $ 34,900.59 | $ 34,900.59 | $ 34,900.59 | $ 34,900.59 | $ 34,900.59 |
| | $ 164.99 | $ 164.99 | | $ 164.99 | $ 164.99 | $ 164.99 | $ 164.99 | $ 164.99 |
| | $ 17,430.00 | $ 17,430.00 | | $ 17,430.00 | $ 17,430.00 | $ 17,430.00 | $ 17,430.00 | $ 17,430.00 |
| | | | $ 629,946.96 | | | | | |
| | $ 19,734.42 | $ 19,734.42 | | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 |
| | | | $ 236,813.04 | | | | | |
| | $ 738,847.50 | $ 758,581.92 | | $ 778,316.34 | $ 798,050.76 | $ 817,785.18 | $ 837,519.60 | $ 857,254.02 |
| | $ 19,734.42 | $ 19,734.42 | | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 |

| | 2024 June | July | August | September | October | November | December | Total 2024 | Jan-25 |
|---|---|---|---|---|---|---|---|---|---|
| | $ 2,230.00 | $ 2,230.00 | $ 2,230.00 | $ 2,230.00 | $ 2,230.00 | $ 2,230.00 | $ 2,230.00 | | $ 2,230.00 |
| | $ 70,000.00 | $ 70,000.00 | $ 70,000.00 | $ 70,000.00 | $ 70,000.00 | $ 70,000.00 | $ 70,000.00 | $ 866,760.00 | $ 70,000.00 |
| | $ 34,900.59 | $ 34,900.59 | $ 34,900.59 | $ 34,900.59 | $ 34,900.59 | $ 34,900.59 | $ 34,900.59 | | $ 34,900.59 |
| | $ 164.99 | $ 164.99 | $ 164.99 | $ 164.99 | $ 164.99 | $ 164.99 | $ 164.99 | | $ 164.99 |
| | $ 17,430.00 | $ 17,430.00 | $ 17,430.00 | $ 17,430.00 | $ 17,430.00 | $ 17,430.00 | $ 17,430.00 | $ 629,946.96 | $ 17,430.00 |
| | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | $ 236,813.04 | $ 19,734.42 |
| | $ 876,988.44 | $ 896,722.86 | $ 916,457.28 | $ 936,191.70 | $ 955,926.12 | $ 975,660.54 | $ 995,394.96 | | $ 1,015,129.38 |
| | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | $ 19,734.42 | | $ 19,734.42 |