**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



**Russ Kendig**
**United States Bankruptcy Judge**

**Dated: 10:03 AM February 22, 2022**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 21-61491 |
| | ) | (Jointly Administered) |
| SQUIRRELS RESEARCH LABS LLC | ) | CHAPTER 11 |
| | ) | |
| | ) | JUDGE KENDIG |
| | ) | |
| | ) | **ORDER GRANTING MOTION FOR RELIEF FROM STAY** |
| DEBTOR | ) | |
| | ) | |
| | ) | |

This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by Movant, SCEB, LLC ("Movant") (Docket #150). Movant has alleged that good cause for granting the Motion exists, and that Debtor, the Chapter 11 Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date on the Motion. No party

filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant. Movant is hereby authorized to retrieve its FPGA's from the Debtor and/or Buyer as set forth in the Motion.

IT IS SO ORDERED.

###

Submitted by:

/s/ Steven J. Heimberger
STEVEN J. HEIMBERGER (0084618)
50 S. Main Street, 10th Floor
Akron, Ohio 44308
(330) 434-3000, telephone
(330) 434-9220, fax
sheimberger@rlbllp.com
*Counsel for Debtor*

# CERTIFICATE OF SERVICE

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

- John C. Cannizzaro     John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com
- Christopher Paul Combest     christopher.combest@quarles.com
- John G. Farnan     jfarnan@westonhurd.com
- Robert E. Goff     rgoff@westonhurd.com, jroberts@westonhurd.com
- Jeannie Kim     JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com
- Marc Merklin     mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com
- David M. Neumann     dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com
- Christopher Niekamp     cniekamp@bdblaw.com
- Paul J. Schumacher     pschumacher@dmclaw.com, tgross@dmclaw.com
- Frederic P. Schwieg     fschwieg@schwieglaw.com
- Frederic P. Schwieg     fschwieg@schwieglaw.com
- Bryan Sisto     bsisto@fbtlaw.com
- United States Trustee     (Registered address)@usdoj.gov
- Joshua Ryan Vaughan     jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com
- Julie K. Zurn     jzurn@brouse.com, tpalcic@brouse.com
- Kate M. Bradley ust44     kate.m.bradley@usdoj.gov

And via Regular US Mail

Brouse McDowell, on behalf of Debtors
388 South Main Street
Suite 500
Akron, OH 44311-4407

                                        /s/ Steven J. Heimberger
                                        STEVEN J. HEIMBERGER (0084618)
                                        *Attorney for Movant*