**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.*[1] | ) | Case No. 21- 61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

**MOTION FOR ESTABLISHMENT OF APPLICABLE HEARING DATES**
**AND DEADLINES FOR PLAN OF LIQUIDATION**

The above-captioned debtor, Squirrels Research Labs LLC ("Debtor") files this motion

(the "Motion") to establish certain dates and deadlines related to the confirmation of the plan of

liquidation dated February 21, 2022 (and any amendments or modifications thereto) (the "Plan").

**JURISDICTION AND VENUE**

1.      The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and

1334.  Consideration of the Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

**BACKGROUND**

3.      On November 23, 2021 (the "Petition Date"), Debtor and its affiliate, The Midwest

Data Company LLC, filed voluntary petitions for relief under Subchapter V of Chapter 11 of Title

11 of the United States Code (the "Bankruptcy Code").  The cases are being jointly administered

for procedural purposes.

4.      The Debtors are operating as debtors-in-possession pursuant to sections 1184 of the

Bankruptcy Code.

---

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

5.     Fred Schwieg was appointed the subchapter v trustee according to 11 U.S.C. § 1183(a).

## **RELIEF REQUESTED**

6.     The Debtor requests that the court set a hearing to consider confirmation of the Plan and establish certain dates and deadlines related to the foregoing.

7.     The Debtor requests that the Court enter the proposed order attached hereto as Exhibit A, setting forth and establishing certain deadlines.

8.     The Debtor will serve the Order, the Plan, and ballots (as applicable to claimants entitled to vote on the Plan) on all creditors or claimants, substantially in the forms attached to the Order.

## **NOTICE**

9.     Notice of this Motion has been given to (a) the Office of the United States Trustee for the Northern District of Ohio, (b) the Subchapter V Trustee; and (c) all parties of record who have requested notice in these proceedings under Rule 2002 of the Bankruptcy Rules.  The Debtor submit that, under the circumstances, no other or further notice need be given.

10.     Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the Debtor requests the relief sought by this Motion be immediately effective and enforceable upon entry of the order requested hereby.

11.     No previous motion for the relief sought herein has been made to this or any other court.

## **CONCLUSION**

12.     WHEREFORE, the Debtor respectfully requests that this Court enter an order, substantially in the form attached hereto as Exhibit A, granting the relief requested herein and granting such other and further relief as the Court deems just and proper.

2

Dated: February 25, 2022                       Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for Squirrels Research Labs LLC,*
*Debtor and Debtor-in-Possession*

## CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on February 25, 2022, a true and correct copy of the

*Motion For Establishment of Applicable Hearing Dates and Deadlines For Plan of*

*Liquidation* was served via the court's Electronic Case Filing System on these entities and

individual who are listed on the court's Electronic Mail Notice List:

John C. Cannizzaro on behalf of Interested Party Instantiation LLC at
John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc. at
christopher.combest@quarles.com

John G. Farnan on behalf of Creditor Cincinnati Insurance Company at
jfarnan@westonhurd.com

Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company at
rgoff@westonhurd.com, jroberts@westonhurd.com

Steven Heimberger on behalf of Interested Party SCEB, LLC at sheimberger@rlbllp.com,
HeimbergerSR82735@notify.bestcase.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at
JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at
mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd. at
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American
Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at
fschwieg@schwieglaw.com

Bryan Sisto on behalf of Creditor Carl Forsell at bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank at
rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at
jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at
jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at
kate.m.bradley@usdoj.gov


And by regular U.S. Mail on February 25, 2022, on the following:

Instantiation LLC
c/o Jason R. Schendel
Sheppard, Mullin, Richter & Hampton LLP
4 Embarcadero Center, 17th Flr
San Francisco, CA 94111

4

*/s/ Julie K. Zurn*
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
jzurn@brouse.com