UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

### NOTICE OF MOTION FOR ESTABLISHMENT OF APPLICABLE HEARING DATES AND DEADLINES FOR PLAN OF REORGANIZATION

PLEASE TAKE NOTICE THAT on February 25, 2022, the Midwest Data Company LLC, a debtor and debtor-in-possession ("Debtor"), in the above-captioned Chapter 11 cases, filed the *Motion For Establishment of Applicable Hearing Dates and Deadlines For Plan of Reorganization* (the "Motion").

**Your rights may be affected**. You should read the Motion carefully and discuss it with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)

Pursuant to Local Rule 9013-1(b), if you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then on or before **March 11, 2022**, you or your attorney must file with the Court a written objection explaining your position at:

> United States Bankruptcy Court
> Office of the Clerk
> Ralph Regula Federal Building and U.S. Courthouse
> 401 McKinley Avenue, SW
> Canton, Ohio 44702

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

You must also serve a copy of your request on the undersigned counsel:

> Marc B. Merklin
> Julie K. Zurn
> Brouse McDowell LPA
> 388 S. Main Street, Suite 500
> Akron, Ohio 44311
>
> *Counsel for the Debtors*
> *and Debtors-in-Possession*

Pursuant to Local Rule 9013-1(d), if you or your attorney do not take these steps, the Court may grant the relief requested without conducting a hearing and without further notice to you.

Dated: February 25, 2022        Respectfully submitted,

> /s/ *Julie K. Zurn*
> Marc B. Merklin (0018195)
> Julie K. Zurn (0066391)
> BROUSE McDOWELL, LPA
> 388 S. Main Street, Suite 500
> Akron, Ohio 44311
> Telephone: (330) 535-5711
> Facsimile: (330) 253-8601
> mmerklin@brouse.com
> jzurn@brouse.com
>
> *Counsel for the Debtors*
> *and Debtors-in-Possession*

# CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on February 25, 2022, a true and correct copy of the *Notice of Motion For Establishment of Applicable Hearing Dates and Deadlines For Plan of Reorganization* was served via the court's Electronic Case Filing System on these entities and individual who are listed on the court's Electronic Mail Notice List:

John C. Cannizzaro on behalf of Interested Party Instantiation LLC at John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc. at christopher.combest@quarles.com

John G. Farnan on behalf of Creditor Cincinnati Insurance Company at jfarnan@westonhurd.com

Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company at rgoff@westonhurd.com, jroberts@westonhurd.com

Steven Heimberger on behalf of Interested Party SCEB, LLC at sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd. at dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com

Bryan Sisto on behalf of Creditor Carl Forsell at bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank at rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at kate.m.bradley@usdoj.gov

And by regular U.S. Mail on February 25, 2022, on the following:

Instantiation LLC
c/o Jason R. Schendel
Sheppard, Mullin, Richter & Hampton LLP
4 Embarcadero Center, 17th Flr
San Francisco, CA 94111

/s/ Julie K. Zurn
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
jzurn@brouse.com