The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



Russ Kendig
United States Bankruptcy Judge

**Dated: 09:22 AM March 14, 2022**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.*[1] | ) | Case No. 21- 61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

### ORDER ON MOTION FOR ESTABLISHMENT OF APPLICABLE HEARING DATES AND DEADLINES FOR PLAN OF REORGANIZATION

Upon the motion (the "Motion")[2] of The Midwest Data Company LLC, one of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") to set a hearing to consider confirmation of the Plan and establish certain dates and deadlines related to the foregoing. The Court having considered the Motion pursuant to Section 105(d)(2)(B)(vi) of the Bankruptcy Code; having determined that granting the relief requested in the Motion is in the

---

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.
[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

best interests of the Debtor, its estate and creditors; and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED.

2. The Debtor is authorized to transmit the Plan.

3. The hearing to consider the confirmation of the Plan will be held on April 26, 2022 at 2:00 p.m., EST before the Honorable Russ Kendig, United States Bankruptcy Judge, Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Avenue, SW, Canton, Ohio 44702, **Dial In: (888) 684-8852; Access Code: 3303949#.**[3]; *provided however*, the Court may continue the hearing without further notice.

4. The following dates and deadlines are established and shall apply in this Case.

| Event | Date or Deadline |
|---|---|
| Deadline for Debtor to serve the Plan, the Hearing Notice, and this Order on all creditors and parties in interest | March 15, 2022 |
| Deadline for objections to the Plan | April 12, 2022 |
| Deadline to file Reply to Objections and Brief in Support of Confirmation | April 19, 2022 |
| Confirmation Hearing | April 26, 2022 at 2:00 p.m. |

5. The Notice, attached hereto as Exhibit 1, is approved.

6. The Debtor shall distribute the Plan to all holders of claims and interests under the Plan. No Ballots will be circulated as no class is impaired under the Plan.

7. The Debtor reserves the right to make non-substantive or immaterial changes to the Plan, the Hearing Notice, and related documents without further order of the Court.

---

[3] For further details on telephonic participation, please refer to Judge Kendig's Notice of Telephonic Hearing Procedure, dated March 18, 2020, at https://www.ohnb.uscourts.gov/sites/default/files/memoranda/telephonic-hearing-procedure-31820.pdf

8. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

9. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order.

# # #


SUBMITTED BY:

/s/ *Julie K. Zurn*
Marc B. Merklin  (0018195)
Julie K. Zurn (0066391)
Brouse McDowell, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for The Midwest Data Company LLC,*
*Debtor and Debtor-in-Possession*

3

21-61491-tnap    Doc 184    FILED 03/14/22    ENTERED 03/14/22 12:33:15    Page 3 of 7

## Exhibit 1

Hearing Notice

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.*[1] | ) | Case No. 21- 61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

**NOTICE OF HEARING OF CONFIRMATION OF THE CHAPTER 11 PLAN
AND RELATED VOTING AND OBJECTION PROCEDURES**

**PLEASE TAKE NOTICE THAT** on _____, 2022, the United States Bankruptcy Court for the Northern District of Ohio (the "Court") entered an order [Docket No. \_\_\_\_] (the "Order") establishing dates related to confirmation of the *Plan of Reorganization* (as modified, amended, or supplemented from time to time, the "Plan") filed on February 21, 2022.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Court will consider confirmation of the Plan (the "Confirmation Hearing") will commence on **April 26, 2022 at 2:00 p.m.** (ET), before the Honorable Russ Kendig, United States Bankruptcy Judge, Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Avenue, SW, Canton, Ohio 44702, **Dial In: (888) 684-8852; Access Code: 3303949#**[2]; *provided however*, the Court may continue the hearing without further notice.

**PLEASE TAKE FURTHER NOTICE THAT** a copy of the Plan is enclosed with this Notice.

**Your rights may be affected.** You should read the Plan carefully and discuss it with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)

**VOTING ON THE PLAN**

**PLEASE TAKE NOTICE THAT** no class is impaired under the plan. Thus, no voting is required.

---

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

[2] For further details on telephonic participation, please refer to Judge Kendig's Notice of Telephonic Hearing Procedure, dated March 18, 2020, at https://www.ohnb.uscourts.gov/sites/default/files/memoranda/telephonic-hearing-procedure-31820.pdf

21-61491-tnap    Doc 184    FILED 03/14/22    ENTERED 03/14/22 12:33:15    Page 5 of 7

## OBJECTING TO THE PLAN OR THE DISCLOSURES THEREIN

**PLEASE TAKE NOTICE THAT** the deadline for filing objections to confirmation of the Plan, or the disclosures therein, is **April 12, 2022** (the "Plan Objection Deadline"). Any objection to the Plan must be in writing, filed with the Court, and served on Debtor's counsel at the address listed below so as to be actually received on or before Plan Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** all items to be filed with the Court shall be filed at the following address:

> Clerk of Court
> U.S. Bankruptcy Court
> Ralph Regula Federal Building
>   and U.S. Courthouse
> 401 McKinley Avenue, SW
> Canton, Ohio 44702

All items to be served on Debtor's counsel shall be served at the following address:

> Brouse McDowell, LPA
> c/o Julie K. Zurn
> 388 South Main Street, Suite 500
> Akron, Ohio 44311
> Phone: (330) 434-7459
> Fax: (330) 253-8601
> jzurn@brouse.com

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the corresponding deadline.

You or your attorney must also attend the Confirmation Hearing scheduled above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Plan and may enter an order confirming the Plan and granting any related relief.

DATED: _____, 2022                    Respectfully submitted,

                                                                                             */s/*_____
                                                                                             Marc B. Merklin (0018195)
                                                                                             Julie K. Zurn (0066391)
                                                                                             BROUSE McDOWELL, LPA
                                                                                             388 S. Main Street, Suite 500
                                                                                             Akron, Ohio 44311
                                                                                             Telephone: (330) 535-5711
                                                                                             Facsimile: (330) 253-8601
                                                                                             mmerklin@brouse.com
                                                                                             jzurn@brouse.com

                                                                                             *Counsel for The Midwest Data Company*
                                                                                             *LLC, the Debtor and Debtor-in-Possession*