UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.*[1] | ) | Case No. 21- 61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

**NOTICE OF HEARING OF CONFIRMATION OF THE CHAPTER 11 PLAN AND RELATED VOTING AND OBJECTION PROCEDURES**

**PLEASE TAKE NOTICE THAT** on March 14, 2022, the United States Bankruptcy Court for the Northern District of Ohio (the "Court") entered an order [Docket No. 184] (the "Order") establishing dates related to confirmation of the *Plan of Reorganization* (as modified, amended, or supplemented from time to time, the "Plan") filed on February 21, 2022.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Court will consider confirmation of the Plan (the "Confirmation Hearing") will commence on **April 26, 2022 at 2:00 p.m.** (ET), before the Honorable Russ Kendig, United States Bankruptcy Judge, Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Avenue, SW, Canton, Ohio 44702, **Dial In: (888) 684-8852; Access Code: 3303949#**[2]; *provided however*, the Court may continue the hearing without further notice.

**PLEASE TAKE FURTHER NOTICE THAT** a copy of the Plan is enclosed with this Notice.

**Your rights may be affected. You should read the Plan carefully and discuss it with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)**

**VOTING ON THE PLAN**

**PLEASE TAKE NOTICE THAT** no class is impaired under the plan. Thus, no voting is required.

---

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

[2] For further details on telephonic participation, please refer to Judge Kendig's Notice of Telephonic Hearing Procedure, dated March 18, 2020, at https://www.ohnb.uscourts.gov/sites/default/files/memoranda/telephonic-hearing-procedure-31820.pdf

1

## OBJECTING TO THE PLAN OR THE DISCLOSURES THEREIN

**PLEASE TAKE NOTICE THAT** the deadline for filing objections to confirmation of the Plan, or the disclosures therein, is **April 12, 2022** (the "Plan Objection Deadline"). Any objection to the Plan must be in writing, filed with the Court, and served on Debtor's counsel at the address listed below so as to be actually received on or before Plan Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** all items to be filed with the Court shall be filed at the following address:

> Clerk of Court
> U.S. Bankruptcy Court
> Ralph Regula Federal Building
>   and U.S. Courthouse
> 401 McKinley Avenue, SW
> Canton, Ohio 44702

All items to be served on Debtor's counsel shall be served at the following address:

> Brouse McDowell, LPA
> c/o Julie K. Zurn
> 388 South Main Street, Suite 500
> Akron, Ohio 44311
> Phone: (330) 434-7459
> Fax: (330) 253-8601
> jzurn@brouse.com

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the corresponding deadline.

You or your attorney must also attend the Confirmation Hearing scheduled above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Plan and may enter an order confirming the Plan and granting any related relief.

DATED: March 15, 2022         Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for The Midwest Data Company LLC, the Debtor and Debtor-in-Possession*

1425158