UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

## CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that a true and correct copy of the following documents were served on the dates indicated below via the court's Electronic Case Filing System on the entities and individuals who are listed on the court's Electronic Mail Notice List:

1. On February 21, 2022, the Midwest Data Company LLC's Plan of Reorganization Dated February 21, 2022; and

2. On March 14, 2022, the Order on Motion for Establishment of Applicable Hearing Dates and Deadlines for Plan of Reorganization; and

3. On March 15, 2022, the Notice of Hearing of Confirmation of the Chapter 11 Plan and Related Voting and Objection Procedures.

Electronic Mail Notice List:

John C. Cannizzaro on behalf of Interested Party Instantiation LLC at John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc. at christopher.combest@quarles.com

John G. Farnan on behalf of Creditor Cincinnati Insurance Company at jfarnan@westonhurd.com

Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company at rgoff@westonhurd.com, jroberts@westonhurd.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

Steven Heimberger on behalf of Interested Party SCEB, LLC at sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd. at dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC at mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz at mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino at mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com

Bryan Sisto on behalf of Creditor Carl Forsell at bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank at rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at kate.m.bradley@usdoj.gov

And all three documents listed above were served by regular U.S. Mail on March 15, 2022, on the following:

| | | |
|---|---|---|
| Ohio Power Co. d/b/a AEP Ohio<br>Attn: Dwight Snowden<br>1 Riverside Plaza, 13th Floor<br>Columbus, OH 43215 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Group 6<br>1240 E. Ninth Street, Room 493<br>Cleveland, OH 44199 |
| Internal Revenue Service<br>Attn: Deputy Director<br>1240 E. Ninth Street<br>Cleveland, OH 44199 | Office of the U.S. Trustee<br>201 Superior Ave. East, Suite 441<br>H.M. Metzenbaum US Courthouse<br>Cleveland, OH 44114-1234 | Ohio Attorney General<br>Collections Enforcement Section<br>Attn: Bankruptcy Unit<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |
| Ohio Bureau of Workers' Compensation<br>Attn: Law Section Bankruptcy Unit<br>PO Box 15567<br>Columbus, OH 43215-0567 | Office of U.S. Attorney<br>Attn: Bankruptcy Section<br>Carl B. Stokes U.S. Court House<br>801 W. Superior Avenue, Ste 400<br>Cleveland, OH 44113 | Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 |
| Ohio Department of Job & Family Svcs<br>Attn: Legal Support-Bankruptcy<br>PO Box 182830<br>Columbus, OH 43218-2830 | Instantiation LLC<br>c/o Jason R. Schendel<br>Sheppard, Mullin, Richter & Hampton LLP<br>4 Embarcadero Center, 17th Flr<br>San Francisco, CA 94111 | Jose A. Rubio<br>15925 Hopper Lane<br>San Diego, CA 92127 |
| Michael Maranda LLC<br>c/o Kara Dodson, Esq., Soles Law Offices<br>6545 Market Avenue, N<br>N. Canton, OH  44721 | Cincinnati Insurance<br>PO Box 145496<br>Cincinnati, OH 45250-5496 | Cincinnati Insurance<br>6200 S. Gilmore Rd<br>Fairfield, OH 45014-5141 |
| Michael Maranda<br>293 Durkee Lane<br>East Patchogue, NY 11772 | Marco Mendoza<br>29407 Pyrite St<br>Menifee, CA 92584 | Robert Renna<br>48 Samantha Dr<br>Morganville, NJ 07751-4006 |
| Jonathan Hulecki<br>10505 Ciwberry Ct<br>Vienna, VA 22182 | Aditya Chauhan<br>510 Roosevelt St.<br>Roselle Park, NJ 07204-1512 | Richard Hall<br>61 Falkirk Avenue<br>Wellington, WGN 6022<br>**NEW ZEALAND** |
| Robert Oxsen<br>12795 Lowhills Rd<br>Nevada City, CA 95959-9074 | Aaron Strating<br>411B Vancouver St<br>Victoria, BC V8v 3t4<br>**CANADA** | Andrew Wolf<br>1960 SW Old Sheridan Rd<br>McMinnville, OR 97128-8686 |

Arran Gracie
221 Southwest Alder Street
Portland, OR 97204

Fabian Delmotte
Rue de Favence 29
Nandrin, -- 4550
**BELGUIM**

Richard Ramazinski
1000 Flower Drive, STE LKS 2035
Glendale, CA 91201

James Soldi
2208B Clark Ln
Redondo Beach, CA 90278-4304

Barry Gluntz
2350 Winfield Ave
Rocky River, OH 44116

Matthew Peterson
3390 Stratford Rd NE
Unit 516
Atlanta, GA 30326

Lance Colton
301-10140 150 St NW
Edmonton, AB T5P 1P1
**CANADA**

David Burlington
38 Bryant St APT 804
San Francisco, CA 94105-6119

Haley Williams
518 Washington St.
Santa Cruz, CA 95060

Jason Palmer
6559 Argonne Blvd.
New Orleans, LA 70124

David Stanfill
772 Treat Blvd.
Tallmadge, OH 44278

Jessica Gritzan
1280 Linwood Ave SW
North Canton, OH 44720

Andrew Gould
4812 Wildflower Drive
North Canton, OH 44720

Kyle Slutz
1116 W. Nimisila Road
Clinton, OH 44216

Sidney Keith
8127 Larkspur Ave NW
North Canton, OH 44720

George D. Jimenez
9396 Broadland Street, NW
Massillon, OH 44646

Jeff Schugart
13918 Bond Street
Overland Park, KS 66221

SCEB LLC
Attn: Stephen Allison
18 Monument Dr.
Stafford, VA 22554

SF Mining LLC
12795 Lowhills Rd.
Nevada City, CA 95959

And all three documents listed above were served by email on March 15, 2022, on the following:

 Artem Pylypchuk at articicejuice@gmail.com
 Jose Nunez at admin@croxmoon.com
 Michael Erceg at michael.erceg@gmail.com
 Spencer Gabriel Singh at spencersingh96@gmail.com
 Todd Dallimore at tdallimore@start.ca
 Yannick Vergult at yannick.vergult@gmail.com
 Henrik Gustafsson at henrik@virtualduck.net

Dated: March 15, 2022                          Respectfully submitted,

                                               */s/ Julie K. Zurn*
                                               Marc B. Merklin (0018195)
                                               Julie K. Zurn (0066391)
                                               BROUSE McDOWELL, LPA
                                               388 S. Main Street, Suite 500
                                               Akron, Ohio 44311
                                               Telephone: (330) 535-5711
                                               Facsimile: (330) 253-8601
                                               mmerklin@brouse.com
                                               jzurn@brouse.com

                                               *Counsel for the Debtor and*
                                               *Debtor-in-Possession*

[1425271]