In re: Case No. 21-61491-rk

Squirrels Research Labs LLC Chapter 11

The Midwest Data Company LLC

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0647-6     User: lbald     Page 1 of 6

Date Rcvd: Mar 14, 2022     Form ID: pdf755     Total Noticed: 149

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Squirrels Research Labs LLC, The Midwest Data Company LLC, 8050 Freedom Avenue NW, North Canton, OH 44720-6912 |
| aty | + | Brouse McDowell, 388 South Main Street, Suite 500, Akron, OH 44311-4419 |
| aty | + | Jason R. Schendel, Sheppard, Mullin, Richter & Hampton LLP, Four Embardadero Center, Seventeenth Floor, San Francisco, CA 94111-4106 |
| cr | + | Avnet, Inc., c/o Christopher Combest, Quarles & Brady LLP, 300 N. LaSalle Street, Suite 4000 Chicago, IL 60654-5427 |
| cr | | Better PC, LLC, c/o Christopher J. Niekamp, Esq., Buckingham, Doolittle & Burroughs, Suite 300, Akron, OH 443338398 |
| cr | + | Fleur-de-Lis Development, LLC, c/o Gina Piacentino, 88 E. Broad, Suite 1560, Columbus, OH 43215-3178 |
| cr | + | Premier Bank, 1111 Superior Ave., E., Suite 1111, Cleveland, OH 44114-2568 |
| intp | + | SCEB, LLC, 18 Monument Drive, Stafford, VA 22554-8508 |
| 27110770 | + | A.G. Adjustments, Ltd., 740 Walt Whitman Rd, Melville, NY 11747-2212 |
| 27135852 | + | AEP Energy Inc, 225 W Wacker Dr Ste 600, Chicago, IL 60606-1280 |
| 27110771 | + | Aaron Holquin, 2046 Jamison Pl, Santa Clara, CA 95051-2240 |
| 27110772 | | Aaron Reimer, PMB-AR113422, Sumas, WA 98295-9674 |
| 27110773 | + | Alton Hare, 1200 17th St NW, Washington, DC 20036-3006 |
| 27110774 | + | Amanda McConnell, 191 E. 28th Street, Dover, OH 44622-9502 |
| 27110775 | + | Andrew Gould, 4812 Wildflower Drive, North Canton, OH 44720-1174 |
| 27110776 | + | Andrew Waters, 6653 Main Street, Williamsville, NY 14221-5906 |
| 27110779 | + | Avnet Inc., 5400 Prairie Stone Pkwy, Hoffman Estates, IL 60192-3721 |
| 27110777 | + | Avnet Inc., Attn: Dennis Losik, 5400 Prairie Stone Pkwy, Hoffman Estates, IL 60192-3721 |
| 27110780 | + | Ben George, 5464 Lake Ave, Orchard Park, NY 14127-1057 |
| 27110781 | + | BittWare/Molex Inc., 2222 Wellington Court, Lisle, IL 60532-1682 |
| 27159444 | + | Bittware Inc, Tricia Mccoy, 2222 Wellington Ct, Lisle, IL 60532-3831 |
| 27110782 | + | Bittware/Molex LLC, 2222 Wellington Ct, Lisle, IL 60532-3831 |
| 27110783 | + | Bradley Conn, 51 Maple Avenue, Locust Valley, NY 11560-2006 |
| 27110784 | | Bradon Pen, 56 Varcoe Rd, Courtice, ON L1E 1S5, CANADA |
| 27110785 | + | Brandon Osbourne, 151 Mary Ellen Drive, Charleston, SC 29403-3355 |
| 27110787 | + | Brian Fiducci, 24463 Norelius Ave, Round Lake, IL 60073-1419 |
| 27110788 | + | Brian Klinger, 4018 Shelby Row, Sugar Land, TX 77479-1751 |
| 27110794 | + | CT Data LLC, 133 River Road, Mystic, CT 06355-1815 |
| 27110789 | + | Carl Forsell, c/o James E.P. Sisto, Schuerger Law Group, 1001 Kingsmill Parkway, Columbus, OH 43229-1129 |
| 27110790 | + | Chad Clark, 876 Jefferson St, Menasha, WI 54952-2452 |
| 27126510 | | Christophe TOUZET, 32 Rouillon, SAINT GERMAIN EN COGLES, 35133 |
| 27110791 | + | Cincinnati Insurance, 417 Anderson Ferry Rd, Suite 3, Cincinnati, OH 45238-5286 |
| 27110792 | + | Clarence Smith, 3290 Double Creek Dr N., Apt 301, Plainfield, IN 46168-5586 |
| 27110793 | + | CliftonLarsonAllen LLP, Attn: Daniel Riemenschneider, 4334 Munson St., NW, Canton, OH 44718-3674 |
| 27150935 | | CliftonLarsonAllen, LLP, 220 S 6th St # 300, Minneapolis, 55402-1436 |
| 27110795 | + | Culligan of Canton, 4810 Southway St., SW, Canton, OH 44706-1965 |
| 27110796 | | Daniel Hajdu, Graslaan 111, 6833CG Arnhem, NETHERLANDS |
| 27110797 | + | Daniel Russo, 120 High Farms Rd, Glen Head, NY 11545-2227 |
| 27110799 | + | Darry Kurpisz, 14635 22nd Ave SW, Burien, WA 98166-1609 |

| | | |
|---|---|---|
| 27110800 | + | David Chase, et al., c/o Michael Maranda, 38 Oaklawn Ave, Farmingville, NY 11738-2523 |
| 27110801 | + | David Reynolds, 6046 Jerusalem Drive, Cicero, NY 13039-8885 |
| 27110802 | + | David Stanfill, 772 Treat Blvd., Tallmadge, OH 44278-2634 |
| 27110803 | + | Donald Ruffatto, 420 Fairview Ave, Arcadia, CA 91007-6806 |
| 27110804 | + | Dustin Hooper, 11885 W. McDowell Rd, Avondale, AZ 85392-5188 |
| 27134726 | + | Elliot Boutin, 9400 e lincoln st apt 409, Wichita, KS 67207-3556 |
| 27135853 | + | Envista Forensics LLC, dba AREPA, 111 Deer Lake Rd, Ste 100, Deerfield, IL 60015-4943 |
| 27110805 | + | Everhart Glass Co., Inc., Attn: Linda Monigold, 207 Ninth St., SW, PO Box 20645, Canton, OH 44701-0645 |
| 27110806 | + | Everstream, 1228 Euclid Ave #250, Cleveland, OH 44115-1831 |
| 27155871 | | Fabrizio Simonetti, 8 Via Sant Jacpo in Acquaviva, Livorno, Italy 57127 |
| 27110807 | | Fabrizio Simonetti, Via Gozzer N 2A, 57128 Livorno, ITALY |
| 27110808 | | FedEx, PO Box 371461, Pittsburgh, PA 15250-7461 |
| 27165136 | | Fedex Corporate Services Inc, 3965 Airways Blvd, Module G, 3rd Floor, Memphis, TN 38116-5017 |
| 27110809 | + | Fernando Molina, 5275 SW 146 AVE, Miami, FL 33175-5707 |
| 27175436 | + | Fleur-de-Lis Development LLC, c/o Matthew T. Schaeffer/Jameel S. Turne, 10 West Broad Street, Suite 2100, Columbus, OH 43215-3455 |
| 27110812 | + | GS 8100, LLC, 6610 Chatsworth Street, NW, Canton, OH 44718-3849 |
| 27110813 | | GS1 US, Inc., 300 Princeton South Corporate Center, Ewing Township, NJ 08628 |
| 27140577 | + | Gabriel M Boutin, 48 Cascade st, Essex Jct, VT 05452-4126 |
| 27165286 | + | Gail O'Connell, 8960 Ringview Dr, Mechanicsville, VA 23116-2972 |
| 27110810 | + | George D. Jimenez, 9396 Broadland Street, NW, Massillon, OH 44646-9120 |
| 27110811 | | Gilbert Rodriguez, 1340 Camp Street, Fabens, TX 79838 |
| 27162170 | + | Gregory Almeida, 240 Old Foamy Rd, Cleburne, TX 76033-8845 |
| 27110814 | | Hailu Looyestein, Schout Coxstraat 1, 5421GJ Gemert, NETHERLANDS |
| 27110815 | + | Heather Bradley, 1213 N. Chapel Street, Louisville, OH 44641-1007 |
| 27110816 | + | Henry Ryan, 228 Cranbury Road, Princeton Junction, NJ 08550-2801 |
| 27110817 | + | Horizon Supply Group, Attn: Jeff Habbyshaw, 3691 Honors Way, Howell, MI 48843-7498 |
| 27110821 | + | IPS Assembly Corp., Attn: Perry Sutariya, 12077 Merriman Rd, Livonia, MI 48150-1912 |
| 27110818 | + | Instantiation, LLC, Attn: Sam Cassatt, 434 Dorado Beach E, Dorado PR 00646-2225 |
| 27110822 | #+ | Isaac Gabriel, Quarles and Brady, One Renissaince Sq, Two North Central Ave, Phoenix, AZ 85004-2322 |
| 27110823 | + | Israel Garcia, 615 Oak Hollow Dr, Newberg, OR 97132-7475 |
| 27110827 | + | JC Pack, 628 1/2 E San Ysidro Blvd 292, San Ysidro, CA 92173-3149 |
| 27110824 | + | James Holodnak, 2910 16th Street, NW, Canton, OH 44708-3006 |
| 27110825 | + | Jason Price, 67 Bartram Trail, Brunswick, GA 31523-7911 |
| 27110826 | + | Jason R. Schendel, Jeannie Kim, Sheppard, Ullin, Richter & Hampton LLP, Four Embarcadero Center, 17th Flr, San Francisco, CA 94111-4158 |
| 27110828 | | Jean Viljoen, 5 Cape Willow, Hermanus, Western Cape, 7200, SOUTH AFRICA |
| 27110829 | + | Jeffrey Cordell, 17517 NW Ashland Drive, Portland, OR 97229-3371 |
| 27110830 | + | Jessica Gritzan, 1280 Linwood Ave SW, North Canton, OH 44720-3473 |
| 27137812 | | Joaquim Ginesta, 6. 4r1r Emili Grahit, Giroma, Spain 17002 |
| 27134496 | | Joaquim Ginesta, Emili Grahit 6, 4r 1r, 17002 GIRONA, SPAIN, Emili Grahit 6, 4r 1r, 17002, GIRONA, SP |
| 27110831 | | Joaquim Ginesta, Emili Grahit 6, 4r 1r, 17002 Girona, SPAIN |
| 27110832 | + | Jordan Kupersmith, 888 N. Quincy St, Arlington, VA 22203-2070 |
| 27110833 | + | Jose A. Rubio, 15925 Hopper Lane, San Diego, CA 92127-6180 |
| 27110834 | + | Josh Luoni, 808 8th St, Fairmont, WV 26554-2561 |
| 27110835 | + | Joshua Harris, 209 N. Horner Blvd., Sanford, NC 27330-3913 |
| 27165288 | + | Justin O'Connell, 15712 Whirland Dr, Midlothian, VA 23112-5255 |
| 27110838 | + | Kyle Slutz, 1116 W. Nimisila Road, Clinton, OH 44216-8900 |
| 27110839 | + | Kyle Tricarico, 5464 Lake Ave, Orchard Park, NY 14127-1057 |
| 27110840 | | Luco Gilardi, Ul. Slivnitsa 188, Sofia 1202, BULGARIA |
| 27110841 | + | Mario Fortier, 10 Orchard Lane, Chelmsford, MA 01824-1324 |
| 27110842 | | Marius Nastasenko, Taikos g. 148, Vilnius, Vilniaus Apskritis 5227, LITHUANIA |
| 27110844 | + | Mark Veon, 2547 S. 3rd Street, Milwaukee, WI 53207-1407 |
| 27110845 | + | Metal Masters, Attn: Bret Kettlewell, 125 Williams Dr, Dover, OH 44622-7662 |
| 27161274 | + | Michael A. Steel, Esq., 2725 Abington Rd., Suite 200A, Akron 44333-4058 |
| 27110846 | + | Michael Dai, 43174 Christy Street, Fremont, CA 94538-3170 |
| 27110847 | + | Michael Rampton, 6222 12th Street, North, Arlington, VA 22205-1721 |
| 27110848 | + | Michael Riley, 2506 SW 23rd Cranbrook Dr, Boynton Beach, FL 33436-5708 |
| 27110849 | + | Michael Robinson, 103 Hunters Ct, Forest, VA 24551-1407 |
| 27110850 | + | Michael Walker, Associate General Counsel, Avnet Inc., 2211 S. 47th Street, Phoenix, AZ 85034-6403 |
| 27110851 | + | Miguel Chacon, 120 NW 6th Ave, Miami, FL 33128-1525 |
| 27110856 | + | NJEB Partners, 244 5th Avenue, Ste 1253, New York, NY 10001-7604 |
| 27161592 | + | NJEB Partners LLC, c/o Melissa S. Giberson, Vorys, Sater, Seymour and Pease LLP, 52 East Gay Street, Columbus, OH 43215-3161 |
| 27110853 | | Naoaki Kita, Kigoshimachi, Kanazawa-shi, Ishikawaken 920-0203, JAPAN |

| Recip ID | | Recipient |
|---|---|---|
| 27110854 | + | Nick Yarosz, 3019 Ellington Dr, Summerville, SC 29485-6319 |
| 27110855 | | Nicolas Rochon, 4278 Beausoleil, Terrebonne QC J6V 1G1, CANADA |
| 27110859 | ++ | OHIO BUREAU OF WORKERS COMPENSATION, LAW SECTION BANKRUPTCY UNIT, P O BOX 15567, COLUMBUS OH 43215-0567 address filed with court:, Ohio Bureau of Workers' Compensation, Attn: Law Section Bankruptcy Unit, PO Box 15567, Columbus, OH 43215-0567 |
| 27110862 | + | One Haines Company, LLC, 6610 Chatsworth Street, NW, Canton, OH 44718-3849 |
| 27110863 | + | One Skymax Company, LLC, 6610 Chatsworth Street, NW, Canton, OH 44718-3849 |
| 27110864 | + | Pat Clay, 72 Baker Dr, Gansevoort, NY 12831-2444 |
| 27110865 | + | Patrick Nadeau, 311 Andrews Rd, Wolcott, CT 06716-1048 |
| 27110866 | + | Paul Kelsey, 1583 E. Primrose Lane, Layton, UT 84040-1202 |
| 27110867 | | Peter Ensor, Powerstown House, Clonee, Dublin, D15 YH52, IRELAND |
| 27110868 | + | Phillippe Germain, 102 W. Service Rd #2153466, Champlain, NY 12919-4440 |
| 27110870 | + | R. Scott Heasley, Meyers, Roman, Friedberg & Lewis, 28601 Chagrin Blvd., Suite 600, Cleveland, OH 44122-4557 |
| 27110871 | | Rajesh Bhakar, Sector 9d/204, 2nd Flr Akarti Apartment, Jaipur, Rajasthan 302021, INDIA |
| 27110872 | | Raymond Wodarczyk, Kinzigstra e 28, 10247 Berlin, GERMANY |
| 27110873 | + | Richard Bergstrom, 30107 Mountain View Dr, Hayward, CA 94544-6719 |
| 27110874 | + | Richard Weeks, 4199 Defoors Farm Dr, Powder Springs, GA 30127-4078 |
| 27110875 | | Robin Wolf, Fasangasse 49, Vienna, Wien 1030, AUSTRIA |
| 27110876 | | Ruben Sousa, Av. D. Jo o II, n 34, 1998-031 Lisboa, PORTUGAL |
| 27110877 | + | Ryan Marfone, 98 N. Hawkhurst Cir, The Woodlands, TX 77354-3287 |
| 27110878 | + | Sam Adams, 3417 Bush Street, Stevens Point, WI 54481-4993 |
| 27110879 | | Samtec, 20 Park E. Blvd., New Albany, IN 47150 |
| 27110881 | + | Seth Stanfill, 1515 24th Street, NW, Canton, OH 44709-3411 |
| 27110882 | + | Squirrels LLC, 121 Wilbur Drive NE, North Canton, OH 44720-1641 |
| 27110883 | | Stefano Chiesa, Via III Novembre 41, 38026 Fucine Trentino, ITALY |
| 27122739 | + | Stephen A. Eckinger, 1611 North Main Street, Suite A, North Canton, OH 44720-8632 |
| 27143204 | + | TTI, Inc. C/O Commercial Collection Consultants, 16830 Ventura Boulevard, Suite 620, Encino, CA 91436-1727 |
| 27110885 | #+ | Thom Kuznia, 5733 York Ave S, Edina, MN 55410-2642 |
| 27110886 | + | Tim Bredemus, 9757 Union Terrace Ln N, Maple Grove, MN 55369-3728 |
| 27110887 | + | Tommy DeFreitas, 14114 N. Wind Cave Ct, Conroe, TX 77384-5618 |
| 27110888 | | TorEA Consulting, Attn: Paul Billinger, 1 Bow Street, Stouffville, ON L4A 1Z3, CANADA |
| 27146593 | | TorEA Consulting LTD, 1 BOW STREET, STOUFFVILLE ON L4A 1Z3 |
| 27110889 | + | Trevor Steinle, 24106 SE 42nd St, Sammamish, WA 98029-6414 |
| 27110891 | + | Tri Ho, 1180 N. Cherry Way, Anaheim, CA 92801-2023 |
| 27110892 | + | Troy Keplinger, 1730 E. Park St, Enid, OK 73701-6318 |
| 27110893 | + | U.S. Small Business Administration, District Counsel, 1350 Euclid Ave, Suite 211, Cleveland, OH 44115-1815 |
| 27110895 | | Welbour Espartero, 46 6th Ave NE, Swift Current, SK S9H 2L7, CANADA |
| 27110896 | + | William Paden, 205 Plains Rd, Westford, VT 05494-9630 |
| 27133992 | | chiesa stefano, 41, via III novembre fucine tn italy 380, 41, via III novembre fucine tn italy 380 |

TOTAL: 138

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 27110778 | + | Email/Text: Mary.pacini@avnet.com | Mar 14 2022 20:41:00 | Avnet Inc., 2211 South 47th Street, Phoenix, AZ 85034-6403 |
| 27110820 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 14 2022 20:41:00 | Internal Revenue Service, Insolvency Group 6, 1240 E. Ninth Street, Room 493, Cleveland, OH 44199 |
| 27110836 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 14 2022 20:47:20 | JPMorgan Chase Bank, 1111 Polaris Pkwy, Columbus, OH 43240 |
| 27110837 | + | Email/Text: dcottrill@kimblecompanies.com | Mar 14 2022 20:42:00 | Kimble Recycling & Disposal, Inc., 3596 SR 39, NW, Dover, OH 44622-7232 |
| 27110858 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | Mar 14 2022 20:42:00 | Ohio Attorney General, Collections Enforcement Section, Attn: Bankruptcy Unit, 30 E. Broad Street, 14th Floor, Columbus, OH 43215-3414 |
| 27110860 | | Email/Text: uibankruptcy@jfs.ohio.gov | Mar 14 2022 20:42:00 | Ohio Department of Job & Family Svcs, Attn: Legal Support-Bankruptcy, PO Box 182830, Columbus, OH 43218-2830 |
| 27110861 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | | |

| | | | Mar 14 2022 20:42:00 | Ohio Department of Taxation, Attn: Bankruptcy Division, PO Box 530, Columbus, OH 43216-0530 |
|---|---|---|---|---|
| 27159723 | + | Email/Text: dcsnowden@aep.com | Mar 14 2022 20:41:00 | Ohio Power Company d/b/a AEP Ohio, ATTN: Dwight C Snowden, 1 Riverside Plaza 13th Floor, Columbus, OH 43215-2355 |
| 27110869 | + | Email/Text: ffbcollectiondepartment@first-fed.com | Mar 14 2022 20:42:00 | Premier Bank, PO Box 248, Defiance, OH 43512-0248 |
| 27110857 | | Email/Text: USAOHN.BankruptcyCle@usdoj.gov | Mar 14 2022 20:41:00 | Office of U.S. Attorney, Attn: Bankruptcy Section, Carl B. Stokes U.S. Court House, 801 W. Superior Avenue, Ste 400, Cleveland, OH 44113 |
| 27110894 | + | Email/Text: accounts.receivable@uline.com | Mar 14 2022 20:42:00 | Uline, 12575 Uline Dr, Pleasant Prairie, WI 53158-3686 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carl Forsell |
| cr | | Cincinnati Insurance Company |
| cr | | Envista Forensics, LLC d/b/a AREPA |
| intp | | Instantiation LLC |
| intp | | Ohio Power Company dba American Electric Power |
| cr | | Torea Consulting Ltd. |
| 27110786 | | Brett Mashford, 35 Oakmoss Dr, SPRINGFIELD LAKES, QLD 4300, AUSTRALIA |
| 27134195 | | Hailu Looyestein, 1 Schout Coxstraat, Gemert Noord-Brxant 5421GJ |
| 27159308 | | Michael Maranda LLC, 6545 Market Avenue North, Nor |
| 27110852 | | Mohamed Kazem, 27 Orwell Street, Potts Point, SYDNEY, NSW 2011, AUSTRALIA |
| 27139009 | | Nicolas Rochon-Girard, 4278 rue Beausoleil Terrebonne Qubec J6V, 4278 rue beausoleil Terrebonne Qubec J6V |
| 27133288 | | Premier Bank, 1111 Superior Ave., East, Suite 1111 |
| cr | *P++ | OHIO BUREAU OF WORKERS COMPENSATION, LAW SECTION BANKRUPTCY UNIT, P O BOX 15567, COLUMBUS OH 43215-0567, address filed with court:, Ohio Bureau of Workers Compensation, Attn: Law Section Bankruptcy Unit, PO Box 15567, Columbus, OH 43215 |
| 27110819 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 27110890 | *+ | Trevor Steinle, 24106 SE 42nd St, Sammamish, WA 98029-6414 |
| 27127101 | *+ | ULINE, 12575 ULINE DRIVE, PLEASANT PRAIRIE, WI 53158-3686 |
| 27110798 | ##+ | Darien Lyons, 45 Elvin Street, Staten Island, NY 10314-4050 |
| 27110843 | ##+ | Mark D'Aria, 165 Quaker Path, East Setauket, NY 11733-2239 |
| 27110880 | ##+ | Scott Chen, 4058 Case St, Elmhurst, NY 11373-1614 |
| 27110884 | ##+ | Steven Turnshek, 13 Krist Glen Dr, Swissvale, PA 15218-1927 |

TOTAL: 12 Undeliverable, 4 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Mar 16, 2022 | Signature: | /s/Joseph Speetjens |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Bryan Sisto | on behalf of Creditor Carl Forsell bsisto@fbtlaw.com |
| Christopher Niekamp | on behalf of Creditor Better PC LLC cniekamp@bdblaw.com |
| Christopher Paul Combest | on behalf of Creditor Avnet Inc. christopher.combest@quarles.com |
| David M. Neumann | on behalf of Creditor Envista Forensics LLC d/b/a AREPA dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com |
| David M. Neumann | on behalf of Creditor Torea Consulting Ltd. dneumann@meyersroman.com jray@meyersroman.com;mnowak@meyersroman.com |
| Frederic P. Schwieg | on behalf of Trustee Frederic P. Schwieg fschwieg@schwieglaw.com |
| Frederic P. Schwieg | fschwieg@schwieglaw.com |
| Jeannie Kim | on behalf of Interested Party Instantiation LLC JeKim@sheppardmullin.com dgatmen@sheppardmullin.com |
| John C. Cannizzaro | on behalf of Interested Party Instantiation LLC John.Cannizzaro@icemiller.com lauren.prohaska@icemiller.com |
| John G. Farnan | on behalf of Creditor Cincinnati Insurance Company jfarnan@westonhurd.com |
| Joshua Ryan Vaughan | on behalf of Creditor Ohio Bureau of Workers Compensation jvaughan@amer-collect.com SAllman@AMER-COLLECT.COM;HouliECF@aol.com |
| Julie K. Zurn | on behalf of Debtor The Midwest Data Company LLC jzurn@brouse.com tpalcic@brouse.com |
| Julie K. Zurn | on behalf of Debtor Squirrels Research Labs LLC jzurn@brouse.com tpalcic@brouse.com |
| Julie K. Zurn | on behalf of Plaintiff Squirrels Research Labs LLC jzurn@brouse.com tpalcic@brouse.com |
| Kate M. Bradley ust44 | on behalf of U.S. Trustee United States Trustee kate.m.bradley@usdoj.gov |
| Marc Merklin | on behalf of Debtor Squirrels Research Labs LLC mmerklin@brouse.com tpalcic@brouse.com;mmiller@brouse.com |
| Marc Merklin | on behalf of Plaintiff Squirrels Research Labs LLC mmerklin@brouse.com tpalcic@brouse.com;mmiller@brouse.com |
| Matthew T. Schaeffer | on behalf of Defendant Fleur-de-Lis Development LLC mschaeffer@baileycav.com, lpatterson@baileycav.com |
| Matthew T. Schaeffer | on behalf of Defendant Rocco Piacentino mschaeffer@baileycav.com lpatterson@baileycav.com |
| Matthew T. Schaeffer | on behalf of Defendant Cynthia Heinz mschaeffer@baileycav.com lpatterson@baileycav.com |
| Matthew T. Schaeffer | on behalf of Creditor Fleur-de-Lis Development LLC mschaeffer@baileycav.com, lpatterson@baileycav.com |
| Paul J. Schumacher | on behalf of Interested Party Ohio Power Company dba American Electric Power pschumacher@dmclaw.com tgross@dmclaw.com |
| Richard J. Thomas | on behalf of Creditor Premier Bank rthomas@hendersoncovington.com dciambotti@hendersoncovington.com |
| Robert E. Goff, Jr. | on behalf of Creditor Cincinnati Insurance Company rgoff@westonhurd.com jroberts@westonhurd.com |

Steven Heimberger     on behalf of Interested Party SCEB  LLC sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

TOTAL: 25

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



Russ Kendig
United States Bankruptcy Judge

**Dated: 09:22 AM March 14, 2022**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Squirrels Research Labs LLC, *et al.*[1] | Case No. 21- 61491 |
| | (Jointly Administered) |
| Debtors. | |
| | Judge Russ Kendig |

### ORDER ON MOTION FOR ESTABLISHMENT OF APPLICABLE HEARING DATES AND DEADLINES FOR PLAN OF REORGANIZATION

Upon the motion (the "Motion")[2] of The Midwest Data Company LLC, one of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") to set a hearing to consider confirmation of the Plan and establish certain dates and deadlines related to the foregoing. The Court having considered the Motion pursuant to Section 105(d)(2)(B)(vi) of the Bankruptcy Code; having determined that granting the relief requested in the Motion is in the

---

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.
[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

best interests of the Debtor, its estate and creditors; and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED.

2. The Debtor is authorized to transmit the Plan.

3. The hearing to consider the confirmation of the Plan will be held on April 26, 2022 at 2:00 p.m., EST before the Honorable Russ Kendig, United States Bankruptcy Judge, Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Avenue, SW, Canton, Ohio 44702, **Dial In: (888) 684-8852; Access Code: 3303949#.**[3]; *provided however*, the Court may continue the hearing without further notice.

4. The following dates and deadlines are established and shall apply in this Case.

| Event | Date or Deadline |
|---|---|
| Deadline for Debtor to serve the Plan, the Hearing Notice, and this Order on all creditors and parties in interest | March 15, 2022 |
| Deadline for objections to the Plan | April 12, 2022 |
| Deadline to file Reply to Objections and Brief in Support of Confirmation | April 19, 2022 |
| Confirmation Hearing | April 26, 2022 at 2:00 p.m. |

5. The Notice, attached hereto as Exhibit 1, is approved.

6. The Debtor shall distribute the Plan to all holders of claims and interests under the Plan. No Ballots will be circulated as no class is impaired under the Plan.

7. The Debtor reserves the right to make non-substantive or immaterial changes to the Plan, the Hearing Notice, and related documents without further order of the Court.

---

[3] For further details on telephonic participation, please refer to Judge Kendig's Notice of Telephonic Hearing Procedure, dated March 18, 2020, at https://www.ohnb.uscourts.gov/sites/default/files/memoranda/telephonic-hearing-procedure-31820.pdf

8. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

9. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order.

# # #

SUBMITTED BY:

/s/ *Julie K. Zurn*
Marc B. Merklin  (0018195)
Julie K. Zurn (0066391)
Brouse McDowell, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for The Midwest Data Company LLC,
Debtor and Debtor-in-Possession*

**<u>Exhibit 1</u>**

Hearing Notice

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.*[1] | ) | Case No. 21- 61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

**NOTICE OF HEARING OF CONFIRMATION OF THE CHAPTER 11 PLAN
AND RELATED VOTING AND OBJECTION PROCEDURES**

**PLEASE TAKE NOTICE THAT** on _____, 2022, the United States Bankruptcy Court for the Northern District of Ohio (the "Court") entered an order [Docket No. \_\_\_\_] (the "Order") establishing dates related to confirmation of the *Plan of Reorganization* (as modified, amended, or supplemented from time to time, the "Plan") filed on February 21, 2022.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Court will consider confirmation of the Plan (the "Confirmation Hearing") will commence on **April 26, 2022 at 2:00 p.m.** (ET), before the Honorable Russ Kendig, United States Bankruptcy Judge, Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Avenue, SW, Canton, Ohio 44702, **Dial In: (888) 684-8852; Access Code: 3303949#**[2]; *provided however*, the Court may continue the hearing without further notice.

**PLEASE TAKE FURTHER NOTICE THAT** a copy of the Plan is enclosed with this Notice.

**Your rights may be affected. You should read the Plan carefully and discuss it with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)**

**VOTING ON THE PLAN**

**PLEASE TAKE NOTICE THAT** no class is impaired under the plan. Thus, no voting is required.

---

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

[2] For further details on telephonic participation, please refer to Judge Kendig's Notice of Telephonic Hearing Procedure, dated March 18, 2020, at https://www.ohnb.uscourts.gov/sites/default/files/memoranda/telephonic-hearing-procedure-31820.pdf

1

## OBJECTING TO THE PLAN OR THE DISCLOSURES THEREIN

**PLEASE TAKE NOTICE THAT** the deadline for filing objections to confirmation of the Plan, or the disclosures therein, is **April 12, 2022** (the "Plan Objection Deadline"). Any objection to the Plan must be in writing, filed with the Court, and served on Debtor's counsel at the address listed below so as to be actually received on or before Plan Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** all items to be filed with the Court shall be filed at the following address:

>Clerk of Court
>U.S. Bankruptcy Court
>Ralph Regula Federal Building
>  and U.S. Courthouse
>401 McKinley Avenue, SW
>Canton, Ohio 44702

All items to be served on Debtor's counsel shall be served at the following address:

>Brouse McDowell, LPA
>c/o Julie K. Zurn
>388 South Main Street, Suite 500
>Akron, Ohio 44311
>Phone: (330) 434-7459
>Fax: (330) 253-8601
>jzurn@brouse.com

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the corresponding deadline.

You or your attorney must also attend the Confirmation Hearing scheduled above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Plan and may enter an order confirming the Plan and granting any related relief.

2

DATED: _____, 2022                    Respectfully submitted,

/s/ _____
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for The Midwest Data Company LLC, the Debtor and Debtor-in-Possession*

3

21-61491-tnap    Doc 189    FILED 03/16/22    ENTERED 03/17/22 00:08:34    Page 13 of 13