The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



**Russ Kendig**
**United States Bankruptcy Judge**

**Dated: 11:59 AM March 18, 2022**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | ) |
| | ) Case No. 21-61491 |
| SQUIRRELS RESEARCH LABS, LLC, *et al.*, | ) |
| | ) Chapter 11 |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |
| | ) Judge Russ Kendig |
| | ) |

### ORDER GRANTING EX PARTE MOTION TO EXTEND DEADLINE
### AND HEARING DATE AS TO DEBTORS, AVNET, AND INSTANTIATION

Creditor Carl Forsell has filed papers with this Court, a *Motion for Relief from the Sale Order for The Limited Purpose of Amending the Distribution Scheme Pending Discovery* (Doc. No. 166, the "Sale Relief Motion"), and an *ex parte* motion to extend the deadline to respond to the Sale Relief Motion. For good cause shown, the Court **GRANTS** the motion to extend the response deadline to the Sale Relief motion, as to Debtors, Avent, Inc., and Instantiation, LLC.

**This ORDER provides for a new response deadline for the Sale Relief Motion of April 5, 2022, as to Debtors, Avnet, Inc., and Instantiation, LLC. The deadline to respond to the Sale Relief Motion will remain March 22, 2022 for all other parties. A new hearing date of April 12, 2022 at 2pm is scheduled for all parties.**

Pursuant to Local Rule 9013-1(b), if you do not want the court to grant the Sale Relief Motion, or if you want the court to consider your views on the Sale Relief Motion, then on or before **April 5, 2022 (for Debtors, Avnet, and Instantiation), or March 22, 2022 (for all other parties)**, you or your attorney must file with the court a written response explaining your position at:

>United States Bankruptcy Court
>Office of the Clerk
>Ralph Regula Federal Building and U.S. Courthouse
>401 McKinley Avenue, SW
>Canton, Ohio 44702

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy to the undersigned counsel:

>Bryan J. Sisto (OH 0088143)
>FROST BROWN TODD LLC
>400 W. Market Street, Suite 3200
>Louisville, KY 40202
>Phone: (502) 589-5400
>Email: bsisto@fbtlaw.com

A non-evidentiary hearing on the matter will be held telephonically on **April 12, 2022 at 2:00 pm**. If the hearing proceeds, counsel and parties should call (888) 684-8852 and use Access Code 3303949 followed by the pound sign, which is #. Upon connection you will automatically be muted. (That is, you will be able to hear, but you will not be heard.) The courtroom deputy will call court into session and call each case. When your case is called, you may unmute your line by

2

21-61491-rk    Doc 192    FILED 03/18/22    ENTERED 03/18/22 12:10:07    Page 2 of 3

pressing * and then pressing 6 on your telephone keypad. If you have a problem connecting to the hearing, immediately contact chambers at 330-458-2440. The hearing may be adjourned by the court from time to time without further notice.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief, without further notice or hearing.

**IT IS SO ORDERED.**

**Copies to:**

- **John C. Cannizzaro** John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com
- **Christopher Paul Combest** christopher.combest@quarles.com
- **John G. Farnan** jfarnan@westonhurd.com
- **Robert E. Goff** rgoff@westonhurd.com, jroberts@westonhurd.com
- **Jeannie Kim** JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Marc Merklin** mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com
- **Christopher Niekamp** cniekamp@bdblaw.com
- **Paul J. Schumacher** pschumacher@dmclaw.com, tgross@dmclaw.com
- **Frederic P. Schwieg** fschwieg@schwieglaw.com
- **Frederic P. Schwieg** fschwieg@schwieglaw.com
- **United States Trustee** (Registered address)@usdoj.gov
- **Joshua Ryan Vaughan** jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM; HouliECF@aol.com
- **Julie K. Zurn** jzurn@brouse.com, tpalcic@brouse.com
- **Kate M. Bradley ust44** kate.m.bradley@usdoj.gov

Tendered by:

/s/ *Bryan J. Sisto*
Bryan J. Sisto (OH 0088143)
**FROST BROWN TODD LLC**
400 W. Market Street, Suite 3200
Louisville, KY 40202
Phone: (502) 589-5400
Email: bsisto@fbtlaw.com

*Counsel for Carl Forsell*

0149594.0752621 4875-2792-9878v1