UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

## CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on February 21, 2022 a true and correct copy of the *Chapter 11 Small Business Subchapter V Plan of Liquidation* was served via the court's Electronic Case Filing System on the entities and individuals who are listed on the court's Electronic Mail Notice List:

 John C. Cannizzaro on behalf of Interested Party Instantiation LLC at John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

 Christopher Paul Combest on behalf of Creditor Avnet, Inc. at christopher.combest@quarles.com

 John G. Farnan on behalf of Creditor Cincinnati Insurance Company at jfarnan@westonhurd.com

 Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company at rgoff@westonhurd.com, jroberts@westonhurd.com

 Steven Heimberger on behalf of Interested Party SCEB, LLC at sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

 Jeannie Kim on behalf of Interested Party Instantiation LLC at JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

 Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd. at
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com

Bryan Sisto on behalf of Creditor Carl Forsell at bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank at rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at kate.m.bradley@usdoj.gov

And by regular U.S. Mail on March 28, 2022, on the following:

| | | |
|---|---|---|
| Ohio Power Co. d/b/a AEP Ohio<br>Attn: Dwight Snowden<br>1 Riverside Plaza, 13th Floor<br>Columbus, OH 43215 | Andrew Waters<br>6653 Main Street<br>Williamsville, NY 14221<br>**UNDELIVERABLE** | Bittware/Molex LLC<br>Attn: Tricia McCoy<br>2222 Wellington Ct<br>Lisle, IL 60532 |
| CliftonLarsonAllen LLP<br>220 S. 6th Street, Suite 300<br>Minneapolis MN 55402-1436 | CT Data LLC<br>133 River Road<br>Mystic, CT 06355 | Donald Ruffatto<br>420 Fairview Ave, Apt. 107<br>Arcadia, CA 91007<br>**UNDELIVERABLE** |
| Everhart Glass Co., Inc.<br>Attn: Linda Monigold<br>207 Ninth St., SW<br>PO Box 20645<br>Canton, OH 44701 | Everstream<br>1228 Euclid Ave #250<br>Cleveland, OH 44115 | FedEx Corporate Services Inc.<br>3965 Airways Blvd., Module G, 3rd FL<br>Memphis, TN 38116-5017 |

| | | |
|---|---|---|
| Hailu Looyestein<br>Schout Coxstraat 1<br>5421GJ Gemert<br>**NETHERLANDS** | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Group 6<br>1240 E. Ninth Street, Room 493<br>Cleveland, OH 44199 |
| IPS Assembly Corp.<br>Attn: Perry Sutariya<br>12077 Merriman Rd<br>Livonia, MI 48150 | Jason Price<br>67 Bartram Trail<br>Brunswick, GA 31523 | Jose A. Rubio<br>15925 Hopper Lane<br>San Diego, CA 92127 |
| Mark D'Aria<br>165 Old Field Rd.<br>Setauket, NY 11733-1639 | Metal Masters<br>Attn: Bret Kettlewell<br>125 Williams Dr<br>Dover, OH 44622 | David Chase, et al.<br>c/o Michael Maranda<br>293 Durkee Lane<br>East Patchogue, NY 11772 |
| Office of the U.S. Trustee<br>201 Superior Ave. East, Suite 441<br>H.M. Metzenbaum US Courthouse<br>Cleveland, OH 44114-1234 | Office of U.S. Attorney<br>Attn: Bankruptcy Section<br>Carl B. Stokes U.S. Court House<br>801 W. Superior Avenue, Ste 400<br>Cleveland, OH 44113 | Ohio Attorney General<br>Collections Enforcement Section<br>Attn: Bankruptcy Unit<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |
| Ohio Bureau of Workers' Compensation<br>Attn: Law Section Bankruptcy Unit<br>PO Box 15567<br>Columbus, OH 43215-0567 | Ohio Department of Job & Family Svcs<br>Attn: Legal Support-Bankruptcy<br>PO Box 182830<br>Columbus, OH 43218-2830 | Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 |
| Phillippe Germain<br>102 W. Service Rd #2153466<br>Champlain, NY 12919 | Sam Adams<br>3417 Bush Street<br>Stevens Point, WI 54481 | Samtec<br>520 Park E. Blvd.<br>New Albany, IN 47150 |
| Steven Turnshek<br>13 Krist Glen Dr<br>Swissvale, PA 15218<br>**UNDELIVERABLE** | Trevor Steinle<br>24106 SE 42nd St<br>Sammamish, WA 98029 | William Paden<br>205 Plains Rd<br>Westford, VT 05494 |
| Michael Maranda LLC<br>c/o Kara Dodson, Esq., Soles Law Offices<br>6545 Market Avenue, N<br>N. Canton, OH 44721 | Instantiation LLC<br>c/o Jason R. Schendel<br>Sheppard, Mullin, Richter & Hampton LLP<br>4 Embarcadero Center, 17th Flr<br>San Francisco, CA 94111 | Internal Revenue Service<br>Attn: Deputy Director<br>1240 E. Ninth Street<br>Cleveland, OH 44199 |
| Michael Maranda<br>293 Durkee Lane<br>East Patchogue, NY 11772 | Better PC, LLC<br>c/o Christopher Niekamp<br>Buckingham Doolittle and Burroughs LLC<br>3800 Embassy Parkway, Suite 300<br>Akron, OH 44308 | Aaron Holquin<br>2046 Jamison Pl<br>Santa Clara, CA 95051 |

TTI, Inc. c/o Commercial Collections Consultants
16830 Ventura Blvd., Suite 620
Encino, CA 91436-9143

A.G. Adjustments, Ltd.
740 Walt Whitman Rd
Melville, NY 11747

Amanda McConnell
191 E. 28th Street
Dover, OH 44622

Aaron Reimer
PMB-AR113422
Sumas, WA 98295-9674
**UNDELIVERABLE**

Alton Hare
1200 17th St NW
Washington, DC 20036

Bradley Conn
51 Maple Avenue
Locust Valley, NY 11560

Andrew Gould
4812 Wildflower Drive
North Canton, OH 44720

Ben George
5464 Lake Ave
Orchard Park, NY 14127

Brett Mashford
35 Oakmoss Dr
SPRINGFIELD LAKES, QLD 4300
**AUSTRALIA**

Bradon Pen
56 Varcoe Rd
Courtice, ON L1E 1S5
**CANADA**

Brandon Osbourne
1614 Euclid Ave., Apt. 36
Miami Beach, FL 33139-7783

Carl Forsell
c/o James E.P. Sisto
Schuerger Law Group
1001 Kingsmill Parkway
Columbus, OH 43229

Brian Fiducci
24463 Norelius Ave
Round Lake, IL 60073

Brian Klinger
4018 Shelby Row
Sugar Land, TX 77479

Cincinnati Insurance
6200 S. Gilmore Rd
Fairfield, OH 45014-5141

Chad Clark
876 Jefferson St
Menasha, WI 54952

Cincinnati Insurance
PO Box 145496
Cincinnati, OH 45250-5496

Daniel Hajdu
Graslaan 111
6833CG Arnhem
**NETHERLANDS**

Clarence Smith
3290 Double Creek Dr N., Apt 301
Plainfield, IN 46168

Culligan of Canton
4810 Southway St., SW
Canton, OH 44706

Darry Kurpisz
14635 22nd Ave SW
Burien, WA 98166

Daniel Russo
120 High Farms Rd
Glen Head, NY 11545

Darien Lyons
123 James Ter.
Rahway, NJ 07065-2409

Dustin Hooper
20063 W. Jackson St.
Buckeye, AZ 85326-2777

David Reynolds
6046 Jerusalem Drive
Cicero, NY 13039

David Stanfill
772 Treat Blvd.
Tallmadge, OH 44278

George D. Jimenez
9396 Broadland Street, NW
Massillon, OH 44646

Fabrizio Simonetti
8 Via Sant' Jacopo in Acquaviva
Livorno, LI 57127
**ITALY**

Fernando Molina
5275 SW 146 AVE
Miami, FL 33175

GS1 US, Inc.
300 Princeton South Corporate Center
Ewing Township, NJ 08628

| | | |
|---|---|---|
| Gilbert Rodriguez<br>PO Box 1535<br>Fabens, TX 79838-1535 | GS 8100, LLC<br>6610 Chatsworth Street, NW<br>Canton, OH 44718 | Horizon Supply Group<br>Attn: Jeff Habbyshaw<br>3691 Honors Way<br>Howell, MI 48843 |
| Heather Bradley<br>1213 N. Chapel Street<br>Louisville, OH 44641 | Henry Ryan<br>228 Cranbury Road<br>Princeton Junction, NJ 08550 | James Holodnak<br>2910 16th Street, NW<br>Canton, OH 44708 |
| Isaac Gabriel<br>Quarles and Brady<br>One Renissaince Sq<br>Two North Central Ave<br>Phoenix, AZ 85004 | Israel Garcia<br>615 Oak Hollow Dr<br>Newberg, OR 97132 | Jeffrey Cordell<br>17517 NW Ashland Drive<br>Portland, OR 97229 |
| JC Pack<br>199 Virginia Ave., #292<br>San Ysidro, CA 92173-2717 | Jean Viljoen<br>5 Cape Willow<br>Hermanus, Western Cape<br>7200<br>**SOUTH AFRICA** | Jonathan Hulecki<br>10505 Ciwberry Ct<br>Vienna, VA 22182 |
| Jessica Gritzan<br>1280 Linwood Ave SW<br>North Canton, OH 44720 | Joaquim Ginesta<br>Emili Grahit 6, 4r 1r<br>17002 GIRONA, **SPAIN** | Joshua Harris<br>209 N. Horner Blvd.<br>Sanford, NC 27330 |
| Jordan Kupersmith<br>888 N. Quincy St<br>Arlington, VA 22203<br>**UNDELIVERABLE** | Josh Luoni<br>808 8th St<br>Fairmont, WV 26554 | Kyle Slutz<br>1116 W. Nimisila Road<br>Clinton, OH 44216 |
| JPMorgan Chase Bank<br>1111 Polaris Pkwy<br>Columbus, OH 43240 | Kimble Companies<br>3596 SR 39 NW<br>Dover, OH 44622 | Mario Fortier<br>10 Orchard Lane<br>Chelmsford, MA 01824 |
| Kyle Tricarico<br>5464 Lake Ave<br>Orchard Park, NY 14127 | Luco Gilardi<br>Ul. Slivnitsa 188<br>Sofia 1202<br>**BULGARIA** | Michael Dai<br>43174 Christy Street<br>Fremont, CA 94538 |
| Marius Nastasenko<br>Taikos g. 148<br>Vilnius, Vilniaus Apskritis 5227<br>**LITHUANIA** *UNDELIVERABLE* | Mark Veon<br>2547 S. 3rd Street<br>Milwaukee, WI 53207 | Michael Robinson<br>103 Hunters Ct<br>Forest, VA 24551 |
| Michael Rampton<br>6222 12th Street, North<br>Arlington, VA 22205 | Michael Riley<br>2506 SW 23rd Cranbrook Dr<br>Boynton Beach, FL 33436 | Mohamed Kazem<br>27 Orwell Street<br>Potts Point<br>SYDNEY, NSW 2011<br>**AUSTRALIA** *UNDELIVERABLE* |

Naoaki Kita
Kigoshimachi
Kanazawa-shi
Ishikawaken 920-0203
**JAPAN   UNDELIVERABLE**

NJEB Partners
c/o Melissa Giberson, Vorys, Sater,
Seymour & Pease LLP
52 East Gay St.
Columbus, OH 43215 10001

Pat Clay
72 Baker Dr
Gansevoort, NY 12831

Peter Ensor
Powerstown House
Clonee, Dublin
D15 YH52
**IRELAND**

Rajesh Bhakar
Sector 9d/204, 2nd Flr Akarti Apartment
Jaipur
Rajasthan 302021
**INDIA**

Richard Weeks
4199 Defoors Farm Dr
Powder Springs, GA 30127

Ryan Marfone
98 N. Hawkhurst Cir
The Woodlands, TX 77354

Squirrels LLC
121 Wilbur Drive NE
North Canton, OH 44720

Tim Bredemus
9757 Union Terrace Ln N
Maple Grove, MN 55369

Tri Ho
1180 N. Cherry Way
Anaheim, CA 92801

Miguel Chacon
120 NW 6th Ave
Miami, FL 33128

Nick Yarosz
3019 Ellington Dr
Summerville, SC 29485

One Haines Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Patrick Nadeau
311 Andrews Rd
Wolcott, CT 06716

Premier Bank
c/o Atty. Richard Thomas
6 Federal Plaza Central, Suite 1300
Youngstown, OH 44503

Raymond Wodarczyk
Kinzigstraˆšã¼e 28
10247 Berlin  **GERMANY**
**UNDELIVERABLE**

Robin Wolf
Fasangasse 49
Vienna  Wien 1030   **AUSTRIA**
**UNDELIVERABLE**

Scott Chen
4058 Case St
Elmhurst, NY 11373
**UNDELIVERABLE**

Stefano Chiesa
41, Via III Novembre
Fucine Tn 38026
 **ITALY**

Tommy DeFreitas
14114 N. Wind Cave Ct
Conroe, TX 77384

Nicolas Rochon
4278 Beausoleil
Terrebonne QC J6V 1G1
**CANADA**

One Skymax Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Christophe Touzet
32 Rouillon
Saint Germain En Cogles 35133
**FRANCE**

R. Scott Heasley
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122

Richard Bergstrom
30107 Mountain View Dr
Hayward, CA 94544

Seth Stanfill
1515 24th Street, NW
Canton, OH 44709

Thom Kuznia
5733 York Ave. S.
Edina, MN 55410

TorEA Consulting
c/o David M. Neumann
Meyers Roman Friedberg & Lewis LPA
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122

U.S. Small Business Administration
District Counsel
1350 Euclid Ave, Suite 211
Cleveland, OH 44115

Jack Cooper
4684 Douglas Circle NW
Canton, OH 44735

| | | |
|---|---|---|
| Uline<br>12575 Uline Dr<br>Pleasant Prairie, WI 53138 | Troy Keplinger<br>1730 E. Park St<br>Enid, OK 73701 | Pascal Peters<br>P.H.J.J. Peters Holding B.V.<br>Parklaan 6<br>Oss, Noord Brabant 5345 BV<br>**NETHERLANDS** |
| Welbour Espartero<br>46 6th Ave NE<br>Swift Current, SK S9H 2L7<br>**CANADA** | Matteo Trinca<br>Lania Geo Ltd.<br>10 Zahesi Territory<br>Svimon Shotadze<br>Tbilisi, T'bilisi 0178 **GEORGIA** | Dean Givens<br>170 Glad Spring Dr.<br>Lexington, SC 29072 |
| Jeffrey Willis<br>987 S. High Street<br>Columbus, OH 43206 | Bill Gallagher<br>591 Lantern Way<br>Aurora, OH 44202 | Everett Fominyen<br>6733 N. 105th Ave.<br>Omaha, NE 68122 |
| Tim Robinson<br>2376 Burg Street<br>Granville, OH 43023 | Enrique Espinosa<br>4009 Old Bridgeview Ln<br>Charleston, SC 29403 | Jason Rettburg<br>670 Robinhood Dr.<br>Aurora, OH 44202 |
| Elloit Boutin<br>9400 E. Lincoln Street Apartments,<br>Unit 409<br>Wichita, Kansas 67207 | Gail O'Connell<br>8960 Ringview Dr.<br>Mechanicsville, VA 23116 | Sidney Keith<br>8127 Larkspur Ave NW<br>North Canton, OH 44720 |
| Gabriel and Andrew Boutin<br>48 Cascade St.<br>Essex Junction, VT 05452-0545 | Justin O'Connell<br>15712 Whirland Dr.<br>Midlothian, VA 23112 | Envista Forensics LLC, dba AREPA<br>c/o David M. Neumann<br>Meyers Roman Friedberg & Lewis LPA<br>28601 Chagrin Blvd., Suite 600<br>Cleveland, OH 44122 |
| Jon Bulger<br>5169 Freeman Rd.<br>Orchard Park, NY 14127 | Tulip<br>5464 Lake Ave<br>Orchard Park, NY 14127 | William Sweeney<br>10 Westedge St., Unit 725<br>Charleston, SC 29403 |
| Stephen Allison<br>18 Monument Dr.<br>Stafford, VA 22554 | Gregory Almedia<br>240 Old Foamy Rd.<br>Cleburne, TX 76033 | Bryan Sisto<br>FROST BROWN TODD LLC<br>400 W. Market St., Suite 3200<br>Louisville, KY 40202 |
| Avnet Inc.<br>Attn: Dennis Losik<br>5400 Prairie Stone Pkwy<br>Hoffman Estates, IL 60192 | Avnet Inc.<br>c/o Michael Walker, General Counsel<br>2211 S. 47th Street<br>Phoenix, AZ 85034 | Avnet Inc.<br>5400 Prairie Stone Pkwy<br>Hoffman Estates, IL 60192 |

| | | |
|---|---|---|
| Instantiation, LLC<br>Attn: Sam Cassatt<br>434 Dorado Beach E<br>Dorado, **PUERTO RICO** 00646 | Fred Schwieg, Trustee<br>19885 Detroit Road #239<br>Rocky River, OH 44116 | Instantiation LLC<br>c/o John C. Cannizzaro<br>Ice Miller LLP<br>250 West Street Suite 700<br>Columbus, OH 43215 |
| Avnet, Inc.<br>c/o Christopher P. Combest<br>Quarles & Brady LLP<br>300 N. LaSalle Street, Suite 4000<br>Chicago, IL 60654 | Instantiation LLC<br>c/o Jeannie Kim<br>Sheppard, Ullin, Richter & Hampton LLP<br>4 Embarcadero Center, 17th Flr<br>San Francisco, CA 94111 | AEP c/o Paul J. Schumacher<br>Dickie, McCamey & Chilcote, P.C.<br>600 Superior Avenue East<br>Fifth Third Center, Suite 2330<br>Cleveland, OH 44114 |
| Envista Forensics LLC, dba AREPA<br>111 Deer Lake Rd., Suite 100<br>Deerfield, IL 60015 | John G. Farnan and Robert E. Goff<br>Weston Hurd LLP<br>1300 East 9th Street, Suite 1400<br>Cleveland, OH 44114 | TorEA Consulting<br>Attn: Paul Billinger<br>1 Bow Street<br>Stouffville, ON L4A 1Z3 **CANADA** |
| Fleur-de-Lis Development LLC<br>c/o Matthew Schaeffer/Jameel Turner<br>10 West Broad Street, Suite 2100<br>Columbus, OH 43215 | | |

And by email on March 28, 2022, on the following:

Ruben Sousa at sousa.ruben2@gmail.com
Robin Wolf at robin.90@hotmail.de
Donald Ruffatto at Druffato@gmail.com
Jordan Kupersmith at jordankupersmith@gmail.com
Scott Chen at madam.ng16@gmail.com
Mohamed Kazem at nabilkazem@mail.com

Dated: March 29, 2022

Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for the Debtor and Debtor-in-Possession*

[1429225]