# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

## CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on March 28, 2022 a true and correct copy of the *Notice of Hearing of Confirmation of the Chapter 11 Plan and Related Voting and Objection Procedures* was served via the court's Electronic Case Filing System on the entities and individuals who are listed on the court's Electronic Mail Notice List:

John C. Cannizzaro on behalf of Interested Party Instantiation LLC at John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

Nicholas Paul Capotosto on behalf of Plaintiff Squirrels Research Labs LLC at ncapotosto@brouse.com, tpalcic@brouse.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc. at christopher.combest@quarles.com

John G. Farnan on behalf of Creditor Cincinnati Insurance Company at jfarnan@westonhurd.com

Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company at rgoff@westonhurd.com, jroberts@westonhurd.com

Steven Heimberger on behalf of Interested Party SCEB, LLC at sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd. at dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC at mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz at mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino at mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com

Bryan Sisto on behalf of Creditor Carl Forsell at bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank at rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at kate.m.bradley@usdoj.gov

And by regular U.S. Mail on March 28, 2022, on the following:

| | | |
|---|---|---|
| Ohio Power Co. d/b/a AEP Ohio<br>Attn: Dwight Snowden<br>1 Riverside Plaza, 13th Floor<br>Columbus, OH 43215 | Andrew Waters<br>6653 Main Street<br>Williamsville, NY 14221<br>**UNDELIVERABLE** | Bittware/Molex LLC<br>Attn: Tricia McCoy<br>2222 Wellington Ct<br>Lisle, IL 60532 |

CliftonLarsonAllen LLP
220 S. 6th Street, Suite 300
Minneapolis MN 55402-1436

CT Data LLC
133 River Road
Mystic, CT 06355

Donald Ruffatto
420 Fairview Ave, Apt. 107
Arcadia, CA 91007
**UNDELIVERABLE**

Everhart Glass Co., Inc.
Attn: Linda Monigold
207 Ninth St., SW
PO Box 20645
Canton, OH 44701

Everstream
1228 Euclid Ave #250
Cleveland, OH 44115

FedEx Corporate Services Inc.
3965 Airways Blvd., Module G, 3rd FL
Memphis, TN 38116-5017

Hailu Looyestein
Schout Coxstraat 1
5421GJ Gemert
**NETHERLANDS**

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Group 6
1240 E. Ninth Street, Room 493
Cleveland, OH 44199

IPS Assembly Corp.
Attn: Perry Sutariya
12077 Merriman Rd
Livonia, MI 48150

Jason Price
67 Bartram Trail
Brunswick, GA 31523

Jose A. Rubio
15925 Hopper Lane
San Diego, CA 92127

Mark D'Aria
165 Old Field Rd.
Setauket, NY 11733-1639

Metal Masters
Attn: Bret Kettlewell
125 Williams Dr
Dover, OH 44622

David Chase, et al.
c/o Michael Maranda
293 Durkee Lane
East Patchogue, NY 11772

Office of the U.S. Trustee
201 Superior Ave. East, Suite 441
H.M. Metzenbaum US Courthouse
Cleveland, OH 44114-1234

Office of U.S. Attorney
Attn: Bankruptcy Section
Carl B. Stokes U.S. Court House
801 W. Superior Avenue, Ste 400
Cleveland, OH 44113

Ohio Attorney General
Collections Enforcement Section
Attn: Bankruptcy Unit
30 E. Broad Street, 14th Floor
Columbus, OH 43215

Ohio Bureau of Workers' Compensation
Attn: Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567

Ohio Department of Job & Family Svcs
Attn: Legal Support-Bankruptcy
PO Box 182830
Columbus, OH 43218-2830

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

Phillippe Germain
102 W. Service Rd #2153466
Champlain, NY 12919

Sam Adams
3417 Bush Street
Stevens Point, WI 54481

Samtec
520 Park E. Blvd.
New Albany, IN 47150

Steven Turnshek
13 Krist Glen Dr
Swissvale, PA 15218
**UNDELIVERABLE**

Trevor Steinle
24106 SE 42nd St
Sammamish, WA 98029

William Paden
205 Plains Rd
Westford, VT 05494

Michael Maranda LLC
c/o Kara Dodson, Esq., Soles Law Offices
6545 Market Avenue, N
N. Canton, OH 44721

Instantiation LLC
c/o Jason R. Schendel
Sheppard, Mullin, Richter & Hampton LLP
4 Embarcadero Center, 17th Flr
San Francisco, CA 94111

Internal Revenue Service
Attn: Deputy Director
1240 E. Ninth Street
Cleveland, OH 44199

| | | |
|---|---|---|
| Michael Maranda<br>293 Durkee Lane<br>East Patchogue, NY 11772 | Better PC, LLC<br>c/o Christopher Niekamp<br>Buckingham Doolittle and Burroughs LLC<br>3800 Embassy Parkway, Suite 300<br>Akron, OH 44308 | Aaron Holquin<br>2046 Jamison Pl<br>Santa Clara, CA 95051 |
| TTI, Inc. c/o Commercial Collections Consultants<br>16830 Ventura Blvd., Suite 620<br>Encino, CA 91436-9143 | A.G. Adjustments, Ltd.<br>740 Walt Whitman Rd<br>Melville, NY 11747 | Amanda McConnell<br>191 E. 28th Street<br>Dover, OH 44622 |
| Aaron Reimer<br>PMB-AR113422<br>Sumas, WA 98295-9674<br>**UNDELIVERABLE** | Alton Hare<br>1200 17th St NW<br>Washington, DC 20036 | Bradley Conn<br>51 Maple Avenue<br>Locust Valley, NY 11560 |
| Andrew Gould<br>4812 Wildflower Drive<br>North Canton, OH 44720 | Ben George<br>5464 Lake Ave<br>Orchard Park, NY 14127 | Brett Mashford<br>35 Oakmoss Dr<br>SPRINGFIELD LAKES, QLD 4300<br>**AUSTRALIA** |
| Bradon Pen<br>56 Varcoe Rd<br>Courtice, ON L1E 1S5<br>**CANADA** | Brandon Osbourne<br>1614 Euclid Ave., Apt. 36<br>Miami Beach, FL 33139-7783 | Carl Forsell<br>c/o James E.P. Sisto<br>Schuerger Law Group<br>1001 Kingsmill Parkway<br>Columbus, OH 43229 |
| Brian Fiducci<br>24463 Norelius Ave<br>Round Lake, IL 60073 | Brian Klinger<br>4018 Shelby Row<br>Sugar Land, TX 77479 | Cincinnati Insurance<br>6200 S. Gilmore Rd<br>Fairfield, OH 45014-5141 |
| Chad Clark<br>876 Jefferson St<br>Menasha, WI 54952 | Cincinnati Insurance<br>PO Box 145496<br>Cincinnati, OH 45250-5496 | Daniel Hajdu<br>Graslaan 111<br>6833CG Arnhem<br>**NETHERLANDS** |
| Clarence Smith<br>3290 Double Creek Dr N., Apt 301<br>Plainfield, IN 46168 | Culligan of Canton<br>4810 Southway St., SW<br>Canton, OH 44706 | Darry Kurpisz<br>14635 22nd Ave SW<br>Burien, WA 98166 |
| Daniel Russo<br>120 High Farms Rd<br>Glen Head, NY 11545 | Darien Lyons<br>123 James Ter.<br>Rahway, NJ 07065-2409 | Dustin Hooper<br>20063 W. Jackson St.<br>Buckeye, AZ 85326-2777 |
| David Reynolds<br>6046 Jerusalem Drive<br>Cicero, NY 13039 | David Stanfill<br>772 Treat Blvd.<br>Tallmadge, OH 44278 | George D. Jimenez<br>9396 Broadland Street, NW<br>Massillon, OH 44646 |

| | | |
|---|---|---|
| Fabrizio Simonetti<br>8 Via Sant' Jacopo in Acquaviva<br>Livorno, LI 57127<br>**ITALY** | Fernando Molina<br>5275 SW 146 AVE<br>Miami, FL 33175 | GS1 US, Inc.<br>300 Princeton South Corporate Center<br>Ewing Township, NJ 08628 |
| Gilbert Rodriguez<br>PO Box 1535<br>Fabens, TX 79838-1535 | GS 8100, LLC<br>6610 Chatsworth Street, NW<br>Canton, OH 44718 | Horizon Supply Group<br>Attn: Jeff Habbyshaw<br>3691 Honors Way<br>Howell, MI 48843 |
| Heather Bradley<br>1213 N. Chapel Street<br>Louisville, OH 44641 | Henry Ryan<br>228 Cranbury Road<br>Princeton Junction, NJ 08550 | James Holodnak<br>2910 16th Street, NW<br>Canton, OH 44708 |
| Isaac Gabriel<br>Quarles and Brady<br>One Renissaince Sq<br>Two North Central Ave<br>Phoenix, AZ 85004 | Israel Garcia<br>615 Oak Hollow Dr<br>Newberg, OR 97132 | Jeffrey Cordell<br>17517 NW Ashland Drive<br>Portland, OR 97229 |
| JC Pack<br>199 Virginia Ave., #292<br>San Ysidro, CA 92173-2717 | Jean Viljoen<br>5 Cape Willow<br>Hermanus, Western Cape<br>7200<br>**SOUTH AFRICA** | Jonathan Hulecki<br>10505 Ciwberry Ct<br>Vienna, VA 22182 |
| Jessica Gritzan<br>1280 Linwood Ave SW<br>North Canton, OH 44720 | Joaquim Ginesta<br>Emili Grahit 6, 4r 1r<br>17002 GIRONA, **SPAIN** | Joshua Harris<br>209 N. Horner Blvd.<br>Sanford, NC 27330 |
| Jordan Kupersmith<br>888 N. Quincy St<br>Arlington, VA 22203<br>**UNDELIVERABLE** | Josh Luoni<br>808 8th St<br>Fairmont, WV 26554 | Kyle Slutz<br>1116 W. Nimisila Road<br>Clinton, OH 44216 |
| JPMorgan Chase Bank<br>1111 Polaris Pkwy<br>Columbus, OH 43240 | Kimble Companies<br>3596 SR 39 NW<br>Dover, OH 44622 | Mario Fortier<br>10 Orchard Lane<br>Chelmsford, MA 01824 |
| Kyle Tricarico<br>5464 Lake Ave<br>Orchard Park, NY 14127 | Luco Gilardi<br>Ul. Slivnitsa 188<br>Sofia 1202<br>**BULGARIA** | Michael Dai<br>43174 Christy Street<br>Fremont, CA 94538 |
| Marius Nastasenko<br>Taikos g. 148<br>Vilnius, Vilniaus Apskritis 5227<br>**LITHUANIA   UNDELIVERABLE** | Mark Veon<br>2547 S. 3rd Street<br>Milwaukee, WI 53207 | Michael Robinson<br>103 Hunters Ct<br>Forest, VA 24551 |

Michael Rampton
6222 12th Street, North
Arlington, VA 22205

Michael Riley
2506 SW 23rd Cranbrook Dr
Boynton Beach, FL 33436

Mohamed Kazem
27 Orwell Street
Potts Point
SYDNEY, NSW 2011
**AUSTRALIA** *UNDELIVERABLE*

Naoaki Kita
Kigoshimachi
Kanazawa-shi
Ishikawaken 920-0203
**JAPAN** *UNDELIVERABLE*

Miguel Chacon
120 NW 6th Ave
Miami, FL 33128

Nicolas Rochon
4278 Beausoleil
Terrebonne QC J6V 1G1
**CANADA**

NJEB Partners
c/o Melissa Giberson, Vorys, Sater,
Seymour & Pease LLP
52 East Gay St.
Columbus, OH 43215 10001

Nick Yarosz
3019 Ellington Dr
Summerville, SC 29485

One Skymax Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Pat Clay
72 Baker Dr
Gansevoort, NY 12831

One Haines Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Christophe Touzet
32 Rouillon
Saint Germain En Cogles 35133
**FRANCE**

Peter Ensor
Powerstown House
Clonee, Dublin
D15 YH52
**IRELAND**

Patrick Nadeau
311 Andrews Rd
Wolcott, CT 06716

R. Scott Heasley
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122

Rajesh Bhakar
Sector 9d/204, 2nd Flr Akarti Apartment
Jaipur
Rajasthan 302021
**INDIA**

Premier Bank
c/o Atty. Richard Thomas
6 Federal Plaza Central, Suite 1300
Youngstown, OH 44503

Richard Bergstrom
30107 Mountain View Dr
Hayward, CA 94544

Richard Weeks
4199 Defoors Farm Dr
Powder Springs, GA 30127

Raymond Wodarczyk
KinzigstraaˆˇšÃ¼e 28
10247 Berlin  **GERMANY**
*UNDELIVERABLE*

Seth Stanfill
1515 24th Street, NW
Canton, OH 44709

Ryan Marfone
98 N. Hawkhurst Cir
The Woodlands, TX 77354

Robin Wolf
Fasangasse 49
Vienna  Wien 1030  **AUSTRIA**
*UNDELIVERABLE*

Thom Kuznia
5733 York Ave. S.
Edina, MN 55410

Squirrels LLC
121 Wilbur Drive NE
North Canton, OH 44720

Scott Chen
4058 Case St
Elmhurst, NY 11373
*UNDELIVERABLE*

TorEA Consulting
c/o David M. Neumann
Meyers Roman Friedberg & Lewis
LPA
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122

| | | |
|---|---|---|
| Tim Bredemus<br>9757 Union Terrace Ln N<br>Maple Grove, MN 55369 | Stefano Chiesa<br>41, Via III Novembre<br>Fucine Tn 38026<br>**ITALY** | U.S. Small Business Administration<br>District Counsel<br>1350 Euclid Ave, Suite 211<br>Cleveland, OH 44115 |
| Tri Ho<br>1180 N. Cherry Way<br>Anaheim, CA 92801 | Tommy DeFreitas<br>14114 N. Wind Cave Ct<br>Conroe, TX 77384 | Jack Cooper<br>4684 Douglas Circle NW<br>Canton, OH 44735 |
| Uline<br>12575 Uline Dr<br>Pleasant Prairie, WI 53138 | Troy Keplinger<br>1730 E. Park St<br>Enid, OK 73701 | Pascal Peters<br>P.H.J.J. Peters Holding B.V.<br>Parklaan 6<br>Oss, Noord Brabant 5345 BV<br>**NETHERLANDS** |
| Welbour Espartero<br>46 6th Ave NE<br>Swift Current, SK S9H 2L7<br>**CANADA** | Matteo Trinca<br>Lania Geo Ltd.<br>10 Zahesi Territory<br>Svimon Shotadze<br>Tbilisi, T'bilisi 0178 **GEORGIA** | Dean Givens<br>170 Glad Spring Dr.<br>Lexington, SC 29072 |
| Jeffrey Willis<br>987 S. High Street<br>Columbus, OH 43206 | Bill Gallagher<br>591 Lantern Way<br>Aurora, OH 44202 | Everett Fominyen<br>6733 N. 105th Ave.<br>Omaha, NE 68122 |
| Tim Robinson<br>2376 Burg Street<br>Granville, OH 43023 | Enrique Espinosa<br>4009 Old Bridgeview Ln<br>Charleston, SC 29403 | Jason Rettburg<br>670 Robinhood Dr.<br>Aurora, OH 44202 |
| Elloit Boutin<br>9400 E. Lincoln Street Apartments,<br>Unit 409<br>Wichita, Kansas 67207 | Gail O'Connell<br>8960 Ringview Dr.<br>Mechanicsville, VA 23116 | Sidney Keith<br>8127 Larkspur Ave NW<br>North Canton, OH 44720 |
| Gabriel and Andrew Boutin<br>48 Cascade St.<br>Essex Junction, VT 05452-0545 | Justin O'Connell<br>15712 Whirland Dr.<br>Midlothian, VA 23112 | Envista Forensics LLC, dba AREPA<br>c/o David M. Neumann<br>Meyers Roman Friedberg & Lewis LPA<br>28601 Chagrin Blvd., Suite 600<br>Cleveland, OH 44122 |
| Jon Bulger<br>5169 Freeman Rd.<br>Orchard Park, NY 14127 | Tulip<br>5464 Lake Ave<br>Orchard Park, NY 14127 | William Sweeney<br>10 Westedge St., Unit 725<br>Charleston, SC 29403 |

Stephen Allison
18 Monument Dr.
Stafford, VA 22554

Gregory Almedia
240 Old Foamy Rd.
Cleburne, TX 76033

Bryan Sisto
FROST BROWN TODD LLC
400 W. Market St., Suite 3200
Louisville, KY 40202

Avnet Inc.
Attn: Dennis Losik
5400 Prairie Stone Pkwy
Hoffman Estates, IL 60192

Avnet Inc.
c/o Michael Walker, General Counsel
2211 S. 47th Street
Phoenix, AZ 85034

Avnet Inc.
5400 Prairie Stone Pkwy
Hoffman Estates, IL 60192

Instantiation, LLC
Attn:  Sam Cassatt
434 Dorado Beach E
Dorado, **PUERTO RICO** 00646

Fred Schwieg, Trustee
19885 Detroit Road #239
Rocky River, OH 44116

Instantiation LLC
c/o John C. Cannizzaro
Ice Miller LLP
250 West Street Suite 700
Columbus, OH 43215

Avnet, Inc.
c/o Christopher P. Combest
Quarles & Brady LLP
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654

Instantiation LLC
c/o Jeannie Kim
Sheppard, Ullin, Richter & Hampton LLP
4 Embarcadero Center, 17th Flr
San Francisco, CA 94111

AEP   c/o Paul J. Schumacher
Dickie, McCamey & Chilcote, P.C.
600 Superior Avenue East
Fifth Third Center, Suite 2330
Cleveland, OH 44114

Envista Forensics LLC, dba AREPA
111 Deer Lake Rd., Suite 100
Deerfield, IL 60015

John G. Farnan and Robert E. Goff
Weston Hurd LLP
1300 East 9th Street, Suite 1400
Cleveland, OH 44114

TorEA Consulting
Attn:  Paul Billinger
1 Bow Street
Stouffville, ON  L4A 1Z3  **CANADA**

Fleur-de-Lis Development LLC
c/o Matthew Schaeffer/Jameel Turner
10 West Broad Street, Suite 2100
Columbus, OH 43215

And by email on March 28, 2022, on the following:

Ruben Sousa at sousa.ruben2@gmail.com
Robin Wolf at robin.90@hotmail.de
Donald Ruffatto at Druffato@gmail.com
Jordan Kupersmith at jordankupersmith@gmail.com
Scott Chen at madam.ng16@gmail.com
Mohamed Kazem at nabilkazem@mail.com

Dated: March 29, 2022                                  Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for the Debtor and
Debtor-in-Possession*

[1429157]