# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

## CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on March 14, 2022 a true and correct copy of the *Order, Pursuant to Sections 105(A), 363(C), 507(A)(4), and 507(A)(5) of the Bankruptcy Code: (I) Authorizing The Debtor To Pay: (A) Prepetition Employee Wages, Salaries And Related Items; And (B) Prepetition Contributions To, And Benefits Under, Employee Benefit Plans; And (II) Granting Related Relief* was served via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

John C. Cannizzaro on behalf of Interested Party Instantiation LLC at John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc. at christopher.combest@quarles.com

John G. Farnan on behalf of Creditor Cincinnati Insurance Company at jfarnan@westonhurd.com

Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company at rgoff@westonhurd.com, jroberts@westonhurd.com

Steven Heimberger on behalf of Interested Party SCEB, LLC at sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at
mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd. at
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American
Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at
fschwieg@schwieglaw.com

Bryan Sisto on behalf of Creditor Carl Forsell at bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank at
rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at
jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at
jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at
kate.m.bradley@usdoj.gov

And by regular U.S. Mail on March 16, 2022, on the following:

| | | |
|---|---|---|
| Ohio Power Co. d/b/a AEP Ohio<br>Attn: Dwight Snowden<br>1 Riverside Plaza, 13th Floor<br>Columbus, OH 43215 | Andrew Waters<br>6653 Main Street<br>Williamsville, NY 14221<br>**UNDELIVERABLE** | Bittware/Molex LLC<br>Attn: Tricia McCoy<br>2222 Wellington Ct<br>Lisle, IL 60532 |
| CliftonLarsonAllen LLP<br>220 S. 6th Street, Suite 300<br>Minneapolis MN 55402-1436 | CT Data LLC<br>133 River Road<br>Mystic, CT 06355 | Donald Ruffatto<br>420 Fairview Ave, Apt. 107<br>Arcadia, CA 91007 |
| Everhart Glass Co., Inc.<br>Attn: Linda Monigold<br>207 Ninth St., SW<br>PO Box 20645<br>Canton, OH 44701 | Everstream<br>1228 Euclid Ave #250<br>Cleveland, OH 44115 | FedEx Corporate Services Inc.<br>3965 Airways Blvd., Module G, 3rd FL<br>Memphis, TN 38116-5017 |
| Hailu Looyestein<br>Schout Coxstraat 1<br>5421GJ Gemert<br>**NETHERLANDS** | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Group 6<br>1240 E. Ninth Street, Room 493<br>Cleveland, OH 44199 |
| IPS Assembly Corp.<br>Attn: Perry Sutariya<br>12077 Merriman Rd<br>Livonia, MI 48150 | Jason Price<br>67 Bartram Trail<br>Brunswick, GA 31523 | Jose A. Rubio<br>15925 Hopper Lane<br>San Diego, CA 92127 |
| Mark D'Aria<br>165 Old Field Rd.<br>Setauket, NY 11733-1639 | Metal Masters<br>Attn: Bret Kettlewell<br>125 Williams Dr<br>Dover, OH 44622 | David Chase, et al.<br>c/o Michael Maranda<br>293 Durkee Lane<br>E. Patchogue, NY 11772 |
| Office of the U.S. Trustee<br>201 Superior Ave. East, Suite 441<br>H.M. Metzenbaum US Courthouse<br>Cleveland, OH 44114-1234 | Office of U.S. Attorney<br>Attn: Bankruptcy Section<br>Carl B. Stokes U.S. Court House<br>801 W. Superior Avenue, Ste 400<br>Cleveland, OH 44113 | Ohio Attorney General<br>Collections Enforcement Section<br>Attn: Bankruptcy Unit<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |
| Ohio Bureau of Workers' Compensation<br>Attn: Law Section Bankruptcy Unit<br>PO Box 15567<br>Columbus, OH 43215-0567 | Ohio Department of Job & Family Svcs<br>Attn: Legal Support-Bankruptcy<br>PO Box 182830<br>Columbus, OH 43218-2830 | Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 |

| | | |
|---|---|---|
| Phillippe Germain<br>102 W. Service Rd #2153466<br>Champlain, NY 12919 | Sam Adams<br>3417 Bush Street<br>Stevens Point, WI 54481 | Samtec<br>520 Park E. Blvd.<br>New Albany, IN 47150 |
| Steven Turnshek<br>13 Krist Glen Dr<br>Swissvale, PA 15218<br>**UNDELIVERABLE** | Trevor Steinle<br>24106 SE 42nd St<br>Sammamish, WA 98029 | William Paden<br>205 Plains Rd<br>Westford, VT 05494 |
| Michael Maranda<br>293 Durkee Lane<br>E. Patchogue, NY 11772 | Instantiation LLC<br>c/o Jason R. Schendel<br>Sheppard, Mullin, Richter & Hampton LLP<br>4 Embarcadero Center, 17th Flr<br>San Francisco, CA 94111 | Internal Revenue Service<br>Attn: Deputy Director<br>1240 E. Ninth Street<br>Cleveland, OH 44199 |
| Squirrels 401(k) & Profit Sharing Plan<br>c/o Plan Sponsor, Squirrels, LLC<br>121 Wilbur Drive, NE<br>North Canton, OH 44720 | Amanda McConnell<br>191 E. 28th Street<br>Dover, OH 44622 | David Reynolds<br>6046 Jerusalem Drive<br>Cicero, NY 13039 |
| James Holodnak<br>2910 16th Street, NW<br>Canton, OH 44708 | George D. Jimenez<br>9396 Broadland Street, NW<br>Massillon, OH 44646 | Heather Bradley<br>1213 N. Chapel Street<br>Louisville, OH 44641 |
| Seth Stanfill<br>1515 24th Street, NW<br>Canton, OH 44709 | Michael Maranda<br>c/o Kara Dodson, Esq.<br>Soles Law Offices<br>6545 Market Avenue, N<br>N. Canton, OH 44721 | Kyle Slutz<br>1116 W. Nimisila Road<br>Clinton, OH 44216 |

Dated: March 18, 2022

Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for the Debtor and Debtor-in-Possession*

[1425445]