UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Squirrels Research Labs LLC, *et al.*[1] | ) Case No. 21-61491 |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Judge Russ Kendig |
| | ) |

**AFFIDAVIT OF THERESA M. PALCIC IN SUPPORT OF
CONFIRMATION OF THE MIDWEST DATA COMPANY LLC'S
PLAN OF REORGANIZATION DATED FEBRUARY 21, 2022**

THERESA M. PALCIC, having been duly sworn, avers as follows:

1. I am a paralegal in the office of Brouse McDowell, LPA, counsel for The Midwest Data Company LLC (the "Debtor") in the above-captioned Chapter 11 cases (the "Chapter 11 Cases").

2. My responsibilities at Brouse McDowell include the filing, servicing, and noticing of documents prepared by attorneys at the firm, including the attorneys working on these Chapter 11 Cases.

3. I submit this affidavit (my "Affidavit") in support of confirmation of the Debtor's Plan of Reorganization (the "Plan"), as filed with the Court on February 21, 2022 [Doc. #170].

4. Unless specifically indicated otherwise, all capitalized terms in this Affidavit have the meanings ascribed to them in the Plan.

---

[1] The debtors in these Chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

5. Unless specifically indicated otherwise, all statements in this Affidavit are based on my personal knowledge and experience. If called upon to testify, my testimony would be consistent with this Affidavit. I have the authority to submit this Affidavit on behalf of Brouse McDowell and the Debtor.

## SERVICE AND NOTICING

6. In the Order on Motion for Establishment of Applicable Hearing Dates and Deadlines for Plan of Reorganization [Doc. #184] (the "Procedures Order"), the Court established procedures for the Debtor's solicitation of a plan of reorganization. After the Procedures Order was entered, I oversaw the production and mailing of copies of the Plan, the Procedures Order, and the notice of the confirmation hearing and objection deadline to all creditors and parties in interest. That mailing was effected on March 15, 2022. The Certificate of Service reflecting this was filed with the Court on March 15, 2022.

7. All documents were prepared and mailed in good faith. I have made my best efforts to ensure that all documents reached all creditors and parties in interest.

## BALLOTING

8. As set forth in the Procedures Order, no ballots were required to be circulated because no class is impaired by the Plan. Thus, I did not serve ballots.

AFFIANT FURTHER SAYETH NAUGHT.

*Theresa M. Palcic*
Theresa M. Palcic

SWORN TO and subscribed before me this 19th day of April, 2022.

Rebecca J. Haupt
Notary Public, State of Ohio
Resident Summit County
My Commission Expires:
April 6, 2023

*Rebecca J. Haupt*
Notary Public