# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

## CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on April 19, 2022, true and correct copies of the following:

1. The Midwest Data Company LLC's Reply to ToRea Consulting, Ltd.'s Objection to Plan; and

2. The Midwest Data Company LLC's Brief in Support of Confirmation of Plan of Reorganization Dated February 21, 2022; and

3. Affidavit of Theresa M. Palcic in Support of Confirmation of the Plan of Reorganization Dated February 21, 2022.

were served via the court's Electronic Case Filing System on the entities and individuals who are listed on the court's Electronic Mail Notice List:

    John C. Cannizzaro on behalf of Interested Party Instantiation LLC at John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

    Nicholas Paul Capotosto on behalf of Plaintiff Squirrels Research Labs LLC at ncapotosto@brouse.com, tpalcic@brouse.com

    Christopher Paul Combest on behalf of Creditor Avnet, Inc. at christopher.combest@quarles.com

    John G. Farnan on behalf of Creditor Cincinnati Insurance Company at jfarnan@westonhurd.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company at rgoff@westonhurd.com, jroberts@westonhurd.com

Steven Heimberger on behalf of Interested Party SCEB, LLC at sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd. at dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC at mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Fleur-de-Lis Development, LLC mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz at mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino at mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com

Bryan Sisto on behalf of Creditor Carl Forsell at bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank at rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at
jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at
kate.m.bradley@usdoj.gov

And by regular U.S. Mail on April 19, 2022, on the following:

Ohio Power Co. d/b/a AEP Ohio
Attn: Dwight Snowden
1 Riverside Plaza, 13th Floor
Columbus, OH 43215

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Group 6
1240 E. Ninth Street, Room 493
Cleveland, OH 44199

Internal Revenue Service
Attn: Deputy Director
1240 E. Ninth Street
Cleveland, OH 44199

Office of the U.S. Trustee
201 Superior Ave. East, Suite 441
H.M. Metzenbaum US Courthouse
Cleveland, OH 44114-1234

Ohio Attorney General
Collections Enforcement Section
Attn: Bankruptcy Unit
30 E. Broad Street, 14th Floor
Columbus, OH 43215

Ohio Bureau of Workers'
Compensation
Attn: Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567

Office of U.S. Attorney
Attn: Bankruptcy Section
Carl B. Stokes U.S. Court House
801 W. Superior Avenue, Ste 400
Cleveland, OH 44113

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

Ohio Department of Job & Family Svcs
Attn: Legal Support-Bankruptcy
PO Box 182830
Columbus, OH 43218-2830

Instantiation LLC
c/o Jason R. Schendel
Sheppard, Mullin, Richter
  & Hampton LLP
4 Embarcadero Center, 17th Flr
San Francisco, CA 94111

Jose A. Rubio
15925 Hopper Lane
San Diego, CA 92127

Michael Maranda LLC
c/o Kara Dodson, Esq.
Soles Law Offices
6545 Market Avenue, N
N. Canton, OH  44721

Cincinnati Insurance
PO Box 145496
Cincinnati, OH 45250-5496

Cincinnati Insurance
6200 S. Gilmore Rd
Fairfield, OH 45014-5141

Michael Maranda
293 Durkee Lane
East Patchogue, NY 11772

Marco Mendoza
29407 Pyrite St
Menifee, CA 92584

Robert Renna
48 Samantha Dr
Morganville, NJ 07751-4006

Jonathan Hulecki
10505 Ciwberry Ct
Vienna, VA 22182

Aditya Chauhan
510 Roosevelt St.
Roselle Park, NJ 07204-1512

Richard Hall
61 Falkirk Avenue
Wellington, WGN 6022
**NEW ZEALAND**

Robert Oxsen
12795 Lowhills Rd
Nevada City, CA 95959-9074

Arran Gracie
221 Southwest Alder Street
Portland, OR 97204

James Soldi
2208B Clark Ln
Redondo Beach, CA 90278-4304

Lance Colton
301-10140 150 St NW
Edmonton, AB T5P 1P1
**CANADA**

Jason Palmer
6559 Argonne Blvd.
New Orleans, LA 70124

Andrew Gould
4812 Wildflower Drive
North Canton, OH 44720

George D. Jimenez
9396 Broadland Street, NW
Massillon, OH 44646

SF Mining LLC
12795 Lowhills Rd.
Nevada City, CA 95959

Aaron Strating
411B Vancouver St
Victoria, BC V8v 3t4
**CANADA**

Fabian Delmotte
Rue de Favence 29
Nandrin, -- 4550
**BELGUIM**

Barry Gluntz
2350 Winfield Ave
Rocky River, OH 44116

David Burlington
38 Bryant St APT 804
San Francisco, CA 94105-6119

David Stanfill
772 Treat Blvd.
Tallmadge, OH 44278

Kyle Slutz
1116 W. Nimisila Road
Clinton, OH 44216

Jeff Schugart
13918 Bond Street
Overland Park, KS 66221

Andrew Wolf
1960 SW Old Sheridan Rd
McMinnville, OR 97128-8686

Richard Ramazinski
1000 Flower Drive, STE LKS 2035
Glendale, CA 91201

Matthew Peterson
3390 Stratford Rd NE, Unit 516
Atlanta, GA 30326

Haley Williams
518 Washington St.
Santa Cruz, CA 95060

Jessica Gritzan
1280 Linwood Ave SW
North Canton, OH 44720

Sidney Keith
8127 Larkspur Ave NW
North Canton, OH 44720

SCEB LLC
Attn: Stephen Allison
18 Monument Dr.
Stafford, VA 22554

And by email on April 19, 2022, on the following:

    Artem Pylypchuk at articicejuice@gmail.com
    Jose Nunez at admin@croxmoon.com
    Michael Erceg at michael.erceg@gmail.com
    Spencer Gabriel Singh at spencersingh96@gmail.com
    Todd Dallimore at tdallimore@start.ca
    Yannick Vergult at yannick.vergult@gmail.com
    Henrik Gustafsson at henrik@virtualduck.net

Dated: April 19, 2022          Respectfully submitted,

         */s/ Julie K. Zurn*
         Marc B. Merklin (0018195)
         Julie K. Zurn (0066391)
         BROUSE McDOWELL, LPA
         388 S. Main Street, Suite 500
         Akron, Ohio 44311
         Telephone: (330) 535-5711
         Facsimile: (330) 253-8601
         mmerklin@brouse.com
         jzurn@brouse.com

         *Counsel for the Debtor and Debtor-in-Possession*

[1437280]