<pre>
UNITED STATES BANKRUPTCY COURT
    NORTHERN DISTRICT OF OHIO
         EASTERN DIVISION
</pre>

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.*[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |
| _____ | ) | |

## NOTICE OF FILING AMENDED EXHIBIT A
## TO BRIEF IN SUPPORT OF CONFIRMATION

The Midwest Data Company LLC, one of the above-captioned debtors and debtors-in-possession (the "Debtor"), hereby files a copy, attached hereto as Exhibit A, of an amended Exhibit A to its *Brief in Support of Confirmation of Plan of Reorganization* [Doc. #213] (the "Brief"). Amended Exhibit A is a proposed confirmation order including language that resolves the U.S. Trustee's informal objection to the Debtor's Plan.

Dated: April 20, 2022

Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE MCDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for the Debtor and
Debtor-in Possession*

---

[1] The debtors in these Chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

1

# CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on April 20, 2022, a true and correct copy of the *Notice of Filing Amended Exhibit A to Brief in Support of Confirmation* was served via the court's Electronic Case Filing System on the entities and individuals who are listed on the court's Electronic Mail Notice List:

John C. Cannizzaro on behalf of Interested Party Instantiation LLC at John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

Nicholas Paul Capotosto on behalf of Plaintiff Squirrels Research Labs LLC at ncapotosto@brouse.com, tpalcic@brouse.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc. at christopher.combest@quarles.com

John G. Farnan on behalf of Creditor Cincinnati Insurance Company at jfarnan@westonhurd.com

Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company at rgoff@westonhurd.com, jroberts@westonhurd.com

Steven Heimberger on behalf of Interested Party SCEB, LLC at sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd. at dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC at mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Fleur-de-Lis Development, LLC
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com

Bryan Sisto on behalf of Creditor Carl Forsell at bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank at rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at kate.m.bradley@usdoj.gov

And by regular U.S. Mail on April 20, 2022, on the following:

Ohio Power Co. d/b/a AEP Ohio
Attn: Dwight Snowden
1 Riverside Plaza, 13th Floor
Columbus, OH 43215

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Group 6
1240 E. Ninth Street, Room 493
Cleveland, OH 44199

Internal Revenue Service
Attn: Deputy Director
1240 E. Ninth Street
Cleveland, OH 44199

Office of the U.S. Trustee
201 Superior Ave. East, Suite 441
H.M. Metzenbaum US Courthouse
Cleveland, OH 44114-1234

Ohio Attorney General
Collections Enforcement Section
Attn: Bankruptcy Unit
30 E. Broad Street, 14th Floor
Columbus, OH 43215

Ohio Bureau of Workers'
Compensation
Attn: Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567

Office of U.S. Attorney
Attn: Bankruptcy Section
Carl B. Stokes U.S. Court House
801 W. Superior Avenue, Ste 400
Cleveland, OH 44113

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

Ohio Department of Job & Family Svcs
Attn: Legal Support-Bankruptcy
PO Box 182830
Columbus, OH 43218-2830

Instantiation LLC
c/o Jason R. Schendel
Sheppard, Mullin, Richter
   &amp; Hampton LLP
4 Embarcadero Center, 17th Flr
San Francisco, CA 94111

Jose A. Rubio
15925 Hopper Lane
San Diego, CA 92127

Michael Maranda LLC
c/o Kara Dodson, Esq.
Soles Law Offices
6545 Market Avenue, N
N. Canton, OH 44721

Cincinnati Insurance
PO Box 145496
Cincinnati, OH 45250-5496

Cincinnati Insurance
6200 S. Gilmore Rd
Fairfield, OH 45014-5141

Michael Maranda
293 Durkee Lane
East Patchogue, NY 11772

Marco Mendoza
29407 Pyrite St
Menifee, CA 92584

Robert Renna
48 Samantha Dr
Morganville, NJ 07751-4006

Jonathan Hulecki
10505 Ciwberry Ct
Vienna, VA 22182

Aditya Chauhan
510 Roosevelt St.
Roselle Park, NJ 07204-1512

Richard Hall
61 Falkirk Avenue
Wellington, WGN 6022
**NEW ZEALAND**

Robert Oxsen
12795 Lowhills Rd
Nevada City, CA 95959-9074

Aaron Strating
411B Vancouver St
Victoria, BC V8v 3t4
**CANADA**

Andrew Wolf
1960 SW Old Sheridan Rd
McMinnville, OR 97128-8686

Arran Gracie
221 Southwest Alder Street
Portland, OR 97204
UNDELIVERABLE

Fabian Delmotte
Rue de Favence 29
Nandrin, -- 4550
**BELGUIM**

Richard Ramazinski
1000 Flower Drive, STE LKS 2035
Glendale, CA 91201

James Soldi
2208B Clark Ln
Redondo Beach, CA 90278-4304

Barry Gluntz
2350 Winfield Ave
Rocky River, OH 44116

Matthew Peterson
3390 Stratford Rd NE, Unit 516
Atlanta, GA 30326

Lance Colton
301-10140 150 St NW
Edmonton, AB T5P 1P1
**CANADA**

David Burlington
38 Bryant St APT 804
San Francisco, CA 94105-6119

Haley Williams
518 Washington St.
Santa Cruz, CA 95060

| | | |
|---|---|---|
| Jason Palmer<br>6559 Argonne Blvd.<br>New Orleans, LA 70124 | David Stanfill<br>772 Treat Blvd.<br>Tallmadge, OH 44278 | Jessica Gritzan<br>1280 Linwood Ave SW<br>North Canton, OH 44720 |
| Andrew Gould<br>4812 Wildflower Drive<br>North Canton, OH 44720 | Kyle Slutz<br>1116 W. Nimisila Road<br>Clinton, OH 44216 | Sidney Keith<br>8127 Larkspur Ave NW<br>North Canton, OH 44720 |
| George D. Jimenez<br>9396 Broadland Street, NW<br>Massillon, OH 44646 | Jeff Schugart<br>13918 Bond Street<br>Overland Park, KS 66221 | SCEB LLC<br>Attn: Stephen Allison<br>18 Monument Dr.<br>Stafford, VA 22554 |
| SF Mining LLC<br>12795 Lowhills Rd.<br>Nevada City, CA 95959 | | |

And by email on April 20, 2022, on the following:

> Artem Pylypchuk at articicejuice@gmail.com
> Jose Nunez at admin@croxmoon.com
> Michael Erceg at michael.erceg@gmail.com
> Spencer Gabriel Singh at spencersingh96@gmail.com
> Todd Dallimore at tdallimore@start.ca
> Yannick Vergult at yannick.vergult@gmail.com
> Henrik Gustafsson at henrik@virtualduck.net

*/s/ Julie K. Zurn*
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
jzurn@brouse.com

*Counsel for the Debtor and Debtor-in-Possession*