UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Squirrels Research Labs LLC, *et al.*[1] ) | Case No. 21-61491 |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Judge Russ Kendig |
| _____ ) | |

### SQUIRRELS RESEARCH LABS LLC'S MOTION TO EXTEND CERTAIN DEADLINES AND CONTINUE CONFIRMATION HEARING

Squirrels Research Labs LLC ("SQRL"), one of the above-captioned debtors and debtors in possession, files this *Motion to Extend Certain Deadlines and Continue Confirmation Hearing* (the "Motion"). In support of this Motion, SQRL respectfully represents as follows:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. On November 23, 2021, SQRL and The Midwest Data Company LLC (collectively with SQRL, the "Debtors") each filed a voluntary petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code. The Debtors' cases were jointly administered for procedural purposes.

3. SQRL filed its *Plan of Liquidation* (Doc. #169) (the "Plan") on February 21, 2022.

4. On March 14, 2022, the Court entered an *Order on Motion for Establishment of Applicable Hearing Dates and Deadlines for Plan of Liquidation* (Doc. #183) (the "Procedures Order"). The Procedures Order established April 25, 2022 as the deadline for objections to the

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

1

Plan, May 2, 2022 as the deadline for SQRL to file its Brief in Support of Confirmation and replies to objections, and May 24, 2022 as the date of the Confirmation Hearing.

5. On April 6, 2022, Torea Consulting, Ltd. ("Torea") filed its *Objection to Chapter 11 Plans filed by Squirrels Research Labs, LLC and the Midwest Data Company LLC* (Doc. #209). No other Plan objections were filed.

6. On April 25, 2022, the *Report of Subchapter V Trustee and Statement Concerning Confirmation of Squirrels Research Labs LLC Plan* (Doc. #219) (the "Trustee Report") was filed. Although not styled as an objection, the Trustee Report raises numerous questions about SQRL's Plan.

7. SQRL needs additional time to address the questions raised in the Trustee Report, which may require the filing of an amended plan. Accordingly, SQRL asks the Court, pursuant to Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure, to extend the deadline for SQRL to file its Brief in Support of Confirmation and reply to confirmation objections to June 2, 2022. SQRL also asks the Court to continue the Confirmation Hearing to June 28, 2022, at 2:00 p.m. (EST). Torea and the Trustee do not object to the relief requested in this Motion.

8. In addition, SQRL asks the Court, pursuant to Rule 9006(c)(1), to bypass the fourteen (14) days' notice requirement in Local Bankruptcy Rule 9013-1(a) for this Motion.

WHEREFORE, for the reasons set forth in this Motion, SQRL respectfully requests that this Court enter an Order, substantially in the form as the attached **Exhibit A**, (i) granting the Motion, (ii) extending the deadline for SQRL to file its Brief in Support of Confirmation and reply to objections to June 2, 2022, (iii) continuing the Confirmation Hearing to June 28, 2022, at 2:00 p.m. (EST), and (iv) granting such other and further relief as is just and proper.

Dated: April 28, 2022              Respectfully submitted,

                                                */s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE MCDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for Squirrels Research Labs LLC*

## CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on April 28, 2022, a true and correct copy of *Squirrels Research Labs LLC's Motion To Extend Certain Deadlines And Continue Confirmation Hearing* was served via the court's Electronic Case Filing System on the entities and individuals who are listed on the court's Electronic Mail Notice List:

    John C. Cannizzaro on behalf of Interested Party Instantiation LLC at
    John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

    Nicholas Paul Capotosto on behalf of Debtor Squirrels Research Labs LLC
    ncapotosto@brouse.com, tpalcic@brouse.com

    Nicholas Paul Capotosto on behalf of Plaintiff Squirrels Research Labs LLC
    ncapotosto@brouse.com, tpalcic@brouse.com

    Christopher Paul Combest on behalf of Creditor Avnet, Inc. at
    christopher.combest@quarles.com

    John G. Farnan on behalf of Creditor Cincinnati Insurance Company at
    jfarnan@westonhurd.com

    Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company at
    rgoff@westonhurd.com, jroberts@westonhurd.com

Steven Heimberger on behalf of Interested Party SCEB, LLC at sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd. at dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC at mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz at mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino at mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com

Bryan Sisto on behalf of Creditor Carl Forsell at bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank at rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at kate.m.bradley@usdoj.gov

And by regular U.S. Mail on April 28, 2022, on the following:

Ohio Power Co. d/b/a AEP Ohio
Attn: Dwight Snowden
1 Riverside Plaza, 13th Floor
Columbus, OH 43215

Andrew Waters
6653 Main Street
Williamsville, NY 14221
**UNDELIVERABLE**

Bittware/Molex LLC
Attn: Tricia McCoy
2222 Wellington Ct
Lisle, IL 60532

CliftonLarsonAllen LLP
220 S. 6th Street, Suite 300
Minneapolis MN 55402-1436

CT Data LLC
133 River Road
Mystic, CT 06355

Donald Ruffatto
420 Fairview Ave, Apt. 107
Arcadia, CA 91007
**UNDELIVERABLE**

Everhart Glass Co., Inc.
Attn: Linda Monigold
207 Ninth St., SW
PO Box 20645
Canton, OH 44701

Everstream
1228 Euclid Ave #250
Cleveland, OH 44115

FedEx Corporate Services Inc.
3965 Airways Blvd., Module G, 3rd FL
Memphis, TN 38116-5017

Hailu Looyestein
Schout Coxstraat 1
5421GJ Gemert
**NETHERLANDS**

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Group 6
1240 E. Ninth Street, Room 493
Cleveland, OH 44199

IPS Assembly Corp.
Attn: Perry Sutariya
12077 Merriman Rd
Livonia, MI 48150

Jason Price
67 Bartram Trail
Brunswick, GA 31523

Jose A. Rubio
15925 Hopper Lane
San Diego, CA 92127

Mark D'Aria
165 Old Field Rd.
Setauket, NY 11733-1639

Metal Masters
Attn: Bret Kettlewell
125 Williams Dr
Dover, OH 44622

David Chase, et al.
c/o Michael Maranda
293 Durkee Lane
East Patchogue, NY 11772

Office of the U.S. Trustee
201 Superior Ave. East, Suite 441
H.M. Metzenbaum US Courthouse
Cleveland, OH 44114-1234

Office of U.S. Attorney
Attn: Bankruptcy Section
Carl B. Stokes U.S. Court House
801 W. Superior Avenue, Ste 400
Cleveland, OH 44113

Ohio Attorney General
Collections Enforcement Section
Attn: Bankruptcy Unit
30 E. Broad Street, 14th Floor
Columbus, OH 43215

Ohio Bureau of Workers' Compensation
Attn: Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567

Ohio Department of Job & Family Svcs
Attn: Legal Support-Bankruptcy
PO Box 182830
Columbus, OH 43218-2830

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

Phillippe Germain
102 W. Service Rd #2153466
Champlain, NY 12919

Sam Adams
3417 Bush Street
Stevens Point, WI 54481

Samtec
520 Park E. Blvd.
New Albany, IN 47150

Steven Turnshek
13 Krist Glen Dr
Swissvale, PA 15218
**UNDELIVERABLE**

Trevor Steinle
24106 SE 42nd St
Sammamish, WA 98029

William Paden
205 Plains Rd
Westford, VT 05494

Michael Maranda LLC
c/o Kara Dodson, Esq.,
Soles Law Offices
6545 Market Avenue, N
N. Canton, OH 44721

Instantiation LLC
c/o Jason R. Schendel
Sheppard, Mullin, Richter & Hampton LLP
4 Embarcadero Center, 17th Flr
San Francisco, CA 94111

Internal Revenue Service
Attn: Deputy Director
1240 E. Ninth Street
Cleveland, OH 44199

Michael Maranda
293 Durkee Lane
East Patchogue, NY 11772

Gregory Almedia
240 Old Foamy Rd.
Cleburne, TX 76033

Aaron Holquin
2046 Jamison Pl
Santa Clara, CA 95051

TTI, Inc. c/o Commercial Collections Consultants
16830 Ventura Blvd., Suite 620
Encino, CA 91436-9143

A.G. Adjustments, Ltd.
740 Walt Whitman Rd
Melville, NY 11747

Amanda McConnell
191 E. 28th Street
Dover, OH 44622

Aaron Reimer
PMB-AR113422
Sumas, WA 98295-9674
**UNDELIVERABLE**

Alton Hare
1200 17th St NW
Washington, DC 20036

Bradley Conn
51 Maple Avenue
Locust Valley, NY 11560

Andrew Gould
4812 Wildflower Drive
North Canton, OH 44720

Ben George
5464 Lake Ave
Orchard Park, NY 14127

Brett Mashford
35 Oakmoss Dr
SPRINGFIELD LAKES, QLD 4300
**AUSTRALIA**

| | | |
|---|---|---|
| Bradon Pen<br>56 Varcoe Rd<br>Courtice, ON L1E 1S5<br>**CANADA** | Brandon Osbourne<br>1614 Euclid Ave., Apt. 36<br>Miami Beach, FL 33139-7783 | Carl Forsell<br>c/o James E.P. Sisto<br>Schuerger Law Group<br>1001 Kingsmill Parkway<br>Columbus, OH 43229 |
| Brian Fiducci<br>24463 Norelius Ave<br>Round Lake, IL 60073 | Brian Klinger<br>4018 Shelby Row<br>Sugar Land, TX 77479 | Cincinnati Insurance<br>6200 S. Gilmore Rd<br>Fairfield, OH 45014-5141 |
| Chad Clark<br>876 Jefferson St<br>Menasha, WI 54952 | Cincinnati Insurance<br>PO Box 145496<br>Cincinnati, OH 45250-5496 | Daniel Hajdu<br>Graslaan 111<br>6833CG Arnhem<br>**NETHERLANDS** |
| Clarence Smith<br>3290 Double Creek Dr N., Apt 301<br>Plainfield, IN 46168 | Culligan of Canton<br>4810 Southway St., SW<br>Canton, OH 44706 | Darry Kurpisz<br>14635 22nd Ave SW<br>Burien, WA 98166 |
| Daniel Russo<br>120 High Farms Rd<br>Glen Head, NY 11545 | Darien Lyons<br>123 James Ter.<br>Rahway, NJ 07065-2409 | Dustin Hooper<br>20063 W. Jackson St.<br>Buckeye, AZ 85326-2777 |
| David Reynolds<br>6046 Jerusalem Drive<br>Cicero, NY 13039 | David Stanfill<br>772 Treat Blvd.<br>Tallmadge, OH 44278 | George D. Jimenez<br>9396 Broadland Street, NW<br>Massillon, OH 44646 |
| Fabrizio Simonetti<br>8 Via Sant' Jacopo in Acquaviva<br>Livorno, LI 57127<br>**ITALY** | Fernando Molina<br>5275 SW 146 AVE<br>Miami, FL 33175 | GS1 US, Inc.<br>300 Princeton South Corporate Center<br>Ewing Township, NJ 08628 |
| Gilbert Rodriguez<br>PO Box 1535<br>Fabens, TX 79838-1535 | GS 8100, LLC<br>6610 Chatsworth Street, NW<br>Canton, OH 44718 | Horizon Supply Group<br>Attn: Jeff Habbyshaw<br>3691 Honors Way<br>Howell, MI 48843 |
| Heather Bradley<br>1213 N. Chapel Street<br>Louisville, OH 44641 | Henry Ryan<br>228 Cranbury Road<br>Princeton Junction, NJ 08550 | James Holodnak<br>2910 16th Street, NW<br>Canton, OH 44708 |

Isaac Gabriel
Quarles and Brady
One Renissaince Sq
Two North Central Ave
Phoenix, AZ 85004

Israel Garcia
615 Oak Hollow Dr
Newberg, OR 97132

Jeffrey Cordell
17517 NW Ashland Drive
Portland, OR 97229

JC Pack
199 Virginia Ave., #292
San Ysidro, CA 92173-2717

Jean Viljoen
5 Cape Willow
Hermanus, Western Cape
7200   **SOUTH AFRICA**

Jonathan Hulecki
10505 Ciwberry Ct
Vienna, VA 22182

Jessica Gritzan
1280 Linwood Ave SW
North Canton, OH 44720

Joaquim Ginesta
Emili Grahit 6, 4r 1r
17002 GIRONA, **SPAIN**

Joshua Harris
209 N. Horner Blvd.
Sanford, NC 27330

Jordan Kupersmith
888 N. Quincy St
Arlington, VA 22203
**UNDELIVERABLE**

Josh Luoni
808 8th St
Fairmont, WV 26554

Kyle Slutz
1116 W. Nimisila Road
Clinton, OH 44216

JPMorgan Chase Bank
1111 Polaris Pkwy
Columbus, OH 43240

Kimble Companies
3596 SR 39 NW
Dover, OH 44622

Mario Fortier
10 Orchard Lane
Chelmsford, MA 01824

Kyle Tricarico
5464 Lake Ave
Orchard Park, NY 14127

Luco Gilardi
Ul. Slivnitsa 188
Sofia 1202
**BULGARIA**

Michael Dai
43174 Christy Street
Fremont, CA 94538

Marius Nastasenko
Taikos g. 148
Vilnius,  Vilniaus Apskritis 5227
**LITHUANIA   UNDELIVERABLE**

Mark Veon
2547 S. 3rd Street
Milwaukee, WI 53207

Michael Robinson
103 Hunters Ct
Forest, VA 24551

Michael Rampton
6222 12th Street, North
Arlington, VA 22205

Michael Riley
2506 SW 23rd Cranbrook Dr
Boynton Beach, FL 33436

Mohamed Kazem
27 Orwell Street
Potts Point
SYDNEY, NSW 2011
**AUSTRALIA**

Naoaki Kita
Kigoshimachi
Kanazawa-shi
Ishikawaken 920-0203
**JAPAN   UNDELIVERABLE**

Miguel Chacon
120 NW 6th Ave
Miami, FL 33128

Nicolas Rochon
4278 Beausoleil
Terrebonne QC J6V 1G1
**CANADA**

NJEB Partners
c/o Melissa Giberson
Vorys, Sater, Seymour & Pease LLP
52 East Gay St.
Columbus, OH 43215 10001

Nick Yarosz
3019 Ellington Dr
Summerville, SC 29485

One Skymax Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Pat Clay
72 Baker Dr
Gansevoort, NY 12831

One Haines Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Christophe Touzet
32 Rouillon
Saint Germain En Cogles 35133
**FRANCE**

Peter Ensor
Powerstown House
Clonee, Dublin
D15 YH52
**IRELAND**

Patrick Nadeau
311 Andrews Rd
Wolcott, CT 06716

R. Scott Heasley
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122

Rajesh Bhakar
Sector 9d/204, 2nd Flr Akarti Apartment
Jaipur
Rajasthan 302021
**INDIA**

Premier Bank
c/o Atty. Richard Thomas
6 Federal Plaza Central, Suite 1300
Youngstown, OH 44503

Richard Bergstrom
30107 Mountain View Dr
Hayward, CA 94544

Richard Weeks
4199 Defoors Farm Dr
Powder Springs, GA 30127

Raymond Wodarczyk
KinzigstraâˆšÃ¼e 28
10247 Berlin  **GERMANY**
**UNDELIVERABLE**

Seth Stanfill
1515 24th Street, NW
Canton, OH 44709

Ryan Marfone
98 N. Hawkhurst Cir
The Woodlands, TX 77354

Robin Wolf
Fasangasse 49, Vienna
Wien 1030   **AUSTRIA**
**UNDELIVERABLE**

Thom Kuznia
5733 York Ave. S.
Edina, MN 55410

Squirrels LLC
121 Wilbur Drive NE
North Canton, OH 44720

Scott Chen
4058 Case St
Elmhurst, NY 11373
**UNDELIVERABLE**

U.S. Small Business Administration
District Counsel
1350 Euclid Ave, Suite 211
Cleveland, OH 44115

Tim Bredemus
9757 Union Terrace Ln N
Maple Grove, MN 55369
**UNDELIVERABLE**

Stefano Chiesa
41, Via III Novembre
Fucine Tn 38026
**ITALY**

Jack Cooper
4684 Douglas Circle NW
Canton, OH 44735

Tri Ho
1180 N. Cherry Way
Anaheim, CA 92801

Tommy DeFreitas
14114 N. Wind Cave Ct
Conroe, TX 77384

Pascal Peters
P.H.J.J. Peters Holding B.V.
Parklaan 6
Oss, Noord Brabant 5345 BV
**NETHERLANDS**

Uline
12575 Uline Dr
Pleasant Prairie, WI 53138

Troy Keplinger
1730 E. Park St
Enid, OK 73701

Dean Givens
170 Glad Spring Dr.
Lexington, SC 29072

Welbour Espartero
46 6th Ave NE
Swift Current, SK S9H 2L7
**CANADA**

Matteo Trinca
Lania Geo  Ltd.
10 Zahesi Territory
Svimon Shotadze
Tbilisi, T'bilisi 0178  **GEORGIA**

Everett Fominyen
6733 N. 105th Ave.
Omaha, NE 68122

Jeffrey Willis
987 S. High Street
Columbus, OH 43206

Bill Gallagher
591 Lantern Way
Aurora, OH 44202

Jason Rettburg
670 Robinhood Dr.
Aurora, OH 44202

Tim Robinson
2376 Burg Street
Granville, OH 43023

Enrique Espinosa
4009 Old Bridgeview Ln
Charleston, SC 29403

Sidney Keith
8127 Larkspur Ave NW
North Canton, OH 44720

Elloit Boutin
9400 E. Lincoln St. Apartments
Unit 409
Wichita, Kansas 67207

Gail O'Connell
8960 Ringview Dr.
Mechanicsville, VA 23116

Tulip
5464 Lake Ave
Orchard Park, NY 14127

Gabriel and Andrew Boutin
48 Cascade St.
Essex Junction, VT 05452-0545

Justin O'Connell
15712 Whirland Dr.
Midlothian, VA 23112

William Sweeney
10 Westedge St., Unit 725
Charleston, SC 29403

Jon Bulger
5169 Freeman Rd.
Orchard Park, NY 14127

Stephen Allison
18 Monument Dr.
Stafford, VA 22554

And by email on April 28, 2022, on the following:

> Ruben Sousa at sousa.ruben2@gmail.com
> Robin Wolf at robin.90@hotmail.de
> Donald Ruffatto at Druffato@gmail.com
> Jordan Kupersmith at jordankupersmith@gmail.com
> Scott Chen at madam.ng16@gmail.com
> Mohamed Kazem at nabilkazem@mail.com
> Tim Bredemus at tcbred@gmail.com

*/s/ Julie K. Zurn*
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
jzurn@brouse.com

[1444756]