**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



Russ Kendig
United States Bankruptcy Judge

**Dated: 01:13 PM April 28, 2022**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.*[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |
| _____ | ) | |

### ORDER GRANTING SQUIRRELS RESEARCH LABS LLC'S MOTION TO EXTEND CERTAIN DEADLINES AND CONTINUE CONFIRMATION HEARING

This matter is before the Court on the motion (the "Motion") of Squirrels Research Labs LLC (the "Debtor"), one of the above-captioned debtors and debtors-in-possession, to extend the deadline for it to file its Brief in Support of Confirmation and replies to confirmation objections, and to continue the Confirmation Hearing. The Court finds that service and notice of the Motion

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

1

were proper under the circumstances. The Court also finds that good cause exists to grant the relief requested in the Motion. Accordingly,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. The deadline for the Debtor to file its Brief in Support of Confirmation is extended to **June 2, 2022**.

3. The deadline for the Debtor to file replies to confirmation objections is extended to **June 2, 2022**.

4. The Confirmation Hearing is continued to **June 28, 2022**, at **2:00 p.m.** (EST) before the Honorable Russ Kendig, United States Bankruptcy Judge, Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Avenue, SW, Canton, Ohio 44702. Dial In: (888) 684-8852; Access Code: 3303949#[2]; provided however, the Court may continue the hearing without further notice.

# # #

**SUBMITTED BY**:

/s/ *Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE MCDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for Squirrels Research Labs LLC*

---

[2] For further details on telephonic participation, please refer to Judge Kendig's Notice of Telephonic Hearing Procedure, dated March 18, 2020, at
https://www.ohnb.uscourts.gov/sites/default/files/memoranda/telephonichearing-procedure-31820.pdf

**NO OBJECTION**:

/s/ *Frederic Schwieg*
Frederic Schwieg
*Subchapter V Trustee*


/s/ *David M. Neumann*
David M Neumann
*Counsel for Torea*

[1444755}