# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Squirrels Research Labs LLC *et al.*,[1] ) | Case No. 21-61491 |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Judge Russ Kendig |

## CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on April 28, 2022 a true and correct copy of the *Order Confirming the Midwest Data Company LLC's Plan of Reorganization* was served via the court's Electronic Case Filing System on the entities and individuals who are listed on the court's Electronic Mail Notice List:

> John C. Cannizzaro on behalf of Interested Party Instantiation LLC at
> John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com
>
> Nicholas Paul Capotosto on behalf of Debtor Squirrels Research Labs LLC at
> ncapotosto@brouse.com, tpalcic@brouse.com
>
> Christopher Paul Combest on behalf of Creditor Avnet, Inc. at
> christopher.combest@quarles.com
>
> John G. Farnan on behalf of Creditor Cincinnati Insurance Company at
> jfarnan@westonhurd.com
>
> Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company at
> rgoff@westonhurd.com, jroberts@westonhurd.com
>
> Steven Heimberger on behalf of Interested Party SCEB, LLC at sheimberger@rlbllp.com,
> HeimbergerSR82735@notify.bestcase.com
>
> Jeannie Kim on behalf of Interested Party Instantiation LLC at
> JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd. at dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC at mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz at mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino at mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com

Bryan Sisto on behalf of Creditor Carl Forsell at bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank at rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at kate.m.bradley@usdoj.gov

And by regular U.S. Mail on April 29, 2022, on the following:

| | | |
|---|---|---|
| Ohio Power Co. d/b/a AEP Ohio<br>Attn: Dwight Snowden<br>1 Riverside Plaza, 13th Floor<br>Columbus, OH 43215 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Group 6<br>1240 E. Ninth Street, Room 493<br>Cleveland, OH 44199 |

| | | |
|---|---|---|
| Internal Revenue Service<br>Attn: Deputy Director<br>1240 E. Ninth Street<br>Cleveland, OH 44199 | Office of the U.S. Trustee<br>201 Superior Ave. East, Suite 441<br>H.M. Metzenbaum US Courthouse<br>Cleveland, OH 44114-1234 | Ohio Attorney General<br>Collections Enforcement Section<br>Attn: Bankruptcy Unit<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |
| Ohio Bureau of Workers' Compensation<br>Attn: Law Section Bankruptcy Unit<br>PO Box 15567<br>Columbus, OH 43215-0567 | Office of U.S. Attorney<br>Attn: Bankruptcy Section<br>Carl B. Stokes U.S. Court House<br>801 W. Superior Avenue, Ste 400<br>Cleveland, OH 44113 | Ohio Department of Taxation<br>Attn:  Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 |
| Ohio Department of Job & Family Svcs<br>Attn: Legal Support-Bankruptcy<br>PO Box 182830<br>Columbus, OH 43218-2830 | Instantiation LLC<br>c/o Jason R. Schendel<br>Sheppard, Mullin, Richter & Hampton LLP<br>4 Embarcadero Center, 17th Flr<br>San Francisco, CA 94111 | Jose A. Rubio<br>15925 Hopper Lane<br>San Diego, CA 92127 |
| Michael Maranda LLC<br>c/o Kara Dodson, Esq., Soles Law Offices<br>6545 Market Avenue, N<br>N. Canton, OH  44721 | Cincinnati Insurance<br>PO Box 145496<br>Cincinnati, OH 45250-5496 | Cincinnati Insurance<br>6200 S. Gilmore Rd<br>Fairfield, OH 45014-5141 |
| Michael Maranda<br>293 Durkee Lane<br>East Patchogue, NY 11772 | Marco Mendoza<br>29407 Pyrite St<br>Menifee, CA 92584 | Robert Renna<br>48 Samantha Dr<br>Morganville, NJ 07751-4006 |
| Jonathan Hulecki<br>10505 Ciwberry Ct<br>Vienna, VA 22182 | Aditya Chauhan<br>510 Roosevelt St.<br>Roselle Park, NJ 07204-1512 | Richard Hall<br>61 Falkirk Avenue<br>Wellington, WGN 6022<br>**NEW ZEALAND** |
| Robert Oxsen<br>12795 Lowhills Rd<br>Nevada City, CA 95959-9074 | Aaron Strating<br>411B Vancouver St<br>Victoria, BC V8v 3t4<br>**CANADA** | Andrew Wolf<br>1960 SW Old Sheridan Rd<br>McMinnville, OR 97128-8686 |
| Arran Gracie<br>221 Southwest Alder Street<br>Portland, OR 97204<br>***UNDELIVERABLE*** | Fabian Delmotte<br>Rue de Favence 29<br>Nandrin, -- 4550<br>**BELGUIM** | Richard Ramazinski<br>1000 Flower Drive, STE LKS 2035<br>Glendale, CA 91201 |
| James Soldi<br>2208B Clark Ln<br>Redondo Beach, CA 90278-4304 | Barry Gluntz<br>2350 Winfield Ave<br>Rocky River, OH 44116 | Matthew Peterson<br>3390 Stratford Rd NE<br>Unit 516<br>Atlanta, GA 30326 |

| | | |
|---|---|---|
| Lance Colton<br>301-10140 150 St NW<br>Edmonton, AB T5P 1P1<br>**CANADA** | David Burlington<br>38 Bryant St APT 804<br>San Francisco, CA 94105-6119 | Haley Williams<br>518 Washington St.<br>Santa Cruz, CA 95060 |
| Jason Palmer<br>6559 Argonne Blvd.<br>New Orleans, LA 70124 | David Stanfill<br>772 Treat Blvd.<br>Tallmadge, OH 44278 | Jessica Gritzan<br>1280 Linwood Ave SW<br>North Canton, OH 44720 |
| Andrew Gould<br>4812 Wildflower Drive<br>North Canton, OH 44720 | Kyle Slutz<br>1116 W. Nimisila Road<br>Clinton, OH 44216 | Sidney Keith<br>8127 Larkspur Ave NW<br>North Canton, OH 44720 |
| George D. Jimenez<br>9396 Broadland Street, NW<br>Massillon, OH 44646 | Jeff Schugart<br>13918 Bond Street<br>Overland Park, KS 66221 | SCEB LLC<br>Attn: Stephen Allison<br>18 Monument Dr.<br>Stafford, VA 22554 |
| SF Mining LLC<br>12795 Lowhills Rd.<br>Nevada City, CA 95959 | | |

And by email on April 29, 2022, on the following:

Artem Pylypchuk at articicejuice@gmail.com
Jose Nunez at admin@croxmoon.com
Michael Erceg at michael.erceg@gmail.com
Spencer Gabriel Singh at spencersingh96@gmail.com
Todd Dallimore at tdallimore@start.ca
Yannick Vergult at yannick.vergult@gmail.com
Henrik Gustafsson at henrik@virtualduck.net

Dated: April 29, 2022	Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for the Debtor and Debtor-in-Possession*

[1445270]