The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



**Russ Kendig**
**United States Bankruptcy Judge**

**Dated: 04:27 PM April 29, 2022**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SQUIRRELS RESEARCH LABS, LLC, *et al.*, | ) | CASE NO. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | RUSS KENDIG |
| | ) | |
| | ) | **ORDER DENYING MOTION FOR** |
| | ) | **RELIEF FROM THE SALE ORDER** |
| | ) | **FOR THE LIMITED PURPOSE OF** |
| | ) | **AMENDING THE DISTRIBUTION** |
| | ) | **SCHEME PENDING DISCOVERY** |

Now before the court is creditor Carl Forsell's Motion for Relief from the Sale Order for the Limited Purpose of Amending the Distribution Scheme Pending Discovery. For reasons contained in the corresponding Memorandum of Opinion, the motion is **DENIED.**

It is so ordered.

# # #

1

**Service List:**

Bryan J. Sisto
Frost Brown Todd LLC
400 W. Market Street, Suite 3200
Louisville, KY 40202 Marc Merklin

Julie K. Zurn
Brouse McDowell
388 South Main Street, Suite 500
Akron, OH 44311

Christopher Combest
Quarles & Brady LLP
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654

Jeannie Kim
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111

John C. Cannizzaro
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH 43215

Frederic P. Schwieg
19885 Detroit Road #239
Rocky River, OH 44116

Kate M. Bradley
Office of the U.S. Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Avenue East Suite 441
Cleveland, OH 44114