United States Bankruptcy Court
Northern District of Ohio

In re:  Case No. 21-61491-rk
Squirrels Research Labs LLC  Chapter 11
The Midwest Data Company LLC
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0647-6 | User: krupe | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 29, 2022 | Form ID: pdf843 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Squirrels Research Labs LLC, The Midwest Data Company LLC, 8050 Freedom Avenue NW, North Canton, OH 44720-6912 |
| aty | + | Brouse McDowell, 388 South Main Street, Suite 500, Akron, OH 44311-4419 |
| aty | + | Jason R. Schendel, Sheppard, Mullin, Richter & Hampton LLP, Four Embardadero Center, Seventeenth Floor, San Francisco, CA 94111-4106 |
| cr | + | Avnet, Inc., c/o Christopher Combest, Quarles & Brady LLP, 300 N. LaSalle Street, Suite 4000 Chicago, IL 60654-5427 |
| cr | | Better PC, LLC, c/o Christopher J. Niekamp, Esq., Buckingham, Doolittle & Burroughs, Suite 300, Akron, OH 443338398 |
| cr | + | Fleur-de-Lis Development, LLC, c/o Gina Piacentino, 88 E. Broad, Suite 1560, Columbus, OH 43215-3178 |
| cr | ++ | OHIO BUREAU OF WORKERS COMPENSATION, LAW SECTION BANKRUPTCY UNIT, P O BOX 15567, COLUMBUS OH 43215-0567 address filed with court:, Ohio Bureau of Workers Compensation, Attn: Law Section Bankruptcy Unit, PO Box 15567, Columbus, OH 43215 |
| cr | + | Premier Bank, 1111 Superior Ave., E., Suite 1111, Cleveland, OH 44114-2568 |
| intp | + | SCEB, LLC, 18 Monument Drive, Stafford, VA 22554-8508 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carl Forsell |
| cr | | Cincinnati Insurance Company |
| cr | | Envista Forensics, LLC d/b/a AREPA |
| intp | | Instantiation LLC |
| intp | | Ohio Power Company dba American Electric Power |
| cr | | Torea Consulting Ltd. |

TOTAL: 6 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bryan Sisto | on behalf of Creditor Carl Forsell bsisto@fbtlaw.com |
| Christopher Niekamp | on behalf of Creditor Better PC LLC cniekamp@bdblaw.com |
| Christopher Paul Combest | on behalf of Creditor Avnet Inc. christopher.combest@quarles.com |
| David M. Neumann | on behalf of Creditor Envista Forensics LLC d/b/a AREPA dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com |
| David M. Neumann | on behalf of Creditor Torea Consulting Ltd. dneumann@meyersroman.com jray@meyersroman.com;mnowak@meyersroman.com |
| Frederic P. Schwieg | on behalf of Trustee Frederic P. Schwieg fschwieg@schwieglaw.com |
| Frederic P. Schwieg | fschwieg@schwieglaw.com |
| Jeannie Kim | on behalf of Interested Party Instantiation LLC JeKim@sheppardmullin.com dgatmen@sheppardmullin.com |
| John C. Cannizzaro | on behalf of Interested Party Instantiation LLC John.Cannizzaro@icemiller.com lauren.prohaska@icemiller.com |
| John G. Farnan | on behalf of Creditor Cincinnati Insurance Company jfarnan@westonhurd.com |
| Joshua Ryan Vaughan | on behalf of Creditor Ohio Bureau of Workers Compensation jvaughan@amer-collect.com SAllman@AMER-COLLECT.COM;HouliECF@aol.com |
| Julie K. Zurn | on behalf of Debtor The Midwest Data Company LLC jzurn@brouse.com tpalcic@brouse.com |
| Julie K. Zurn | on behalf of Debtor Squirrels Research Labs LLC jzurn@brouse.com tpalcic@brouse.com |
| Julie K. Zurn | on behalf of Plaintiff Squirrels Research Labs LLC jzurn@brouse.com tpalcic@brouse.com |
| Kate M. Bradley ust44 | on behalf of U.S. Trustee United States Trustee kate.m.bradley@usdoj.gov |
| Marc Merklin | on behalf of Debtor Squirrels Research Labs LLC mmerklin@brouse.com tpalcic@brouse.com;mmiller@brouse.com |
| Marc Merklin | on behalf of Plaintiff Squirrels Research Labs LLC mmerklin@brouse.com tpalcic@brouse.com;mmiller@brouse.com |
| Matthew T. Schaeffer | on behalf of Defendant Fleur-de-Lis Development LLC mschaeffer@baileycav.com, lpatterson@baileycav.com |
| Matthew T. Schaeffer | on behalf of Defendant Rocco Piacentino mschaeffer@baileycav.com lpatterson@baileycav.com |
| Matthew T. Schaeffer | on behalf of Defendant Cynthia Heinz mschaeffer@baileycav.com lpatterson@baileycav.com |
| Matthew T. Schaeffer | on behalf of Creditor Fleur-de-Lis Development LLC mschaeffer@baileycav.com, lpatterson@baileycav.com |
| Nicholas Paul Capotosto | on behalf of Plaintiff Squirrels Research Labs LLC ncapotosto@brouse.com tpalcic@brouse.com |
| Nicholas Paul Capotosto | on behalf of Debtor Squirrels Research Labs LLC ncapotosto@brouse.com tpalcic@brouse.com |
| Paul J. Schumacher | on behalf of Interested Party Ohio Power Company dba American Electric Power pschumacher@dmclaw.com tgross@dmclaw.com |

Richard J. Thomas
        on behalf of Creditor Premier Bank rthomas@hendersoncovington.com dciambotti@hendersoncovington.com

Robert E. Goff, Jr.
        on behalf of Creditor Cincinnati Insurance Company rgoff@westonhurd.com jroberts@westonhurd.com

Steven Heimberger
        on behalf of Interested Party SCEB LLC sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

TOTAL: 27

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



_____
Russ Kendig
United States Bankruptcy Judge

**Dated: 04:27 PM April 29, 2022**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| SQUIRRELS RESEARCH LABS, LLC, *et al.*, | CASE NO. 21-61491 (Jointly Administered) |
| Debtors. | RUSS KENDIG |
| | **ORDER DENYING MOTION FOR RELIEF FROM THE SALE ORDER FOR THE LIMITED PURPOSE OF AMENDING THE DISTRIBUTION SCHEME PENDING DISCOVERY** |

Now before the court is creditor Carl Forsell's Motion for Relief from the Sale Order for the Limited Purpose of Amending the Distribution Scheme Pending Discovery. For reasons contained in the corresponding Memorandum of Opinion, the motion is **DENIED.**

It is so ordered.

# # #

1

**Service List:**

Bryan J. Sisto
Frost Brown Todd LLC
400 W. Market Street, Suite 3200
Louisville, KY 40202 Marc Merklin

Julie K. Zurn
Brouse McDowell
388 South Main Street, Suite 500
Akron, OH 44311

Christopher Combest
Quarles & Brady LLP
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654

Jeannie Kim
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111

John C. Cannizzaro
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH 43215

Frederic P. Schwieg
19885 Detroit Road #239
Rocky River, OH 44116

Kate M. Bradley
Office of the U.S. Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Avenue East Suite 441
Cleveland, OH 44114

2