**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Squirrels Research Labs LLC, *et al.*[1] ) | Case No. 21-61491 |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Judge Russ Kendig |
| _____ ) | |

**CERTIFICATION OF ACCEPTANCES AND REJECTIONS OF THE
PROPOSED PLAN OF LIQUIDATION DATED FEBRUARY 21, 2022**

Pursuant to Local Rule 3018-2, the undersigned hereby certifies the acceptances and rejections of the Squirrels Research Labs LLC's Plan of Liquidation Dated February 21, 2022, based upon the Ballots received through April 25, 2022.

**CLASS 1 – PRIORITY CLAIMS**
**(Under § 507(a)(4) and (a)(5))**

| Number Voting to Accept | Number Voting to Reject | % Voting to Accept | % Voting to Reject | Amount Voting to Accept | Amount Voting to Reject | % Voting to Accept | % Voting to Reject | Result |
|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0% | 0% | $0 | $0 | 0% | 0% | Deemed to Accept |

**CLASS 2 – PRIORITY CLAIMS**
**(Under § 507(a)(7))**

| Number Voting to Accept | Number Voting to Reject | % Voting to Accept | % Voting to Reject | Amount Voting to Accept | Amount Voting to Reject | % Voting to Accept | % Voting to Reject | Result |
|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0% | 0% | $0 | $0 | 0% | 0% | Deemed to Accept |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

## CLASS 3 – AVNET, INC. CLAIMS

| Number Voting to Accept | Number Voting to Reject | % Voting to Accept | % Voting to Reject | Amount Voting to Accept | Amount Voting to Reject | % Voting to Accept | % Voting to Reject | Result |
|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0% | 0% | $0 | $0 | 0% | 0% | Deemed to Accept |

## CLASS 4 – NON-PRIORITY UNSECURED CLAIMS

| Number Voting to Accept | Number Voting to Reject | % Voting to Accept | % Voting to Reject | Amount Voting to Accept | Amount Voting to Reject | % Voting to Accept | % Voting to Reject | Result |
|---|---|---|---|---|---|---|---|---|
| 10 | 3 | 76.92% | 23.08% | $477,119.04 | $9,004,308.68 | 5.03% | 94.97% | Rejected |

## CLASS 5 – EQUITY SECURITY HOLDERS

| Number Voting to Accept | Number Voting to Reject | % Voting to Accept | % Voting to Reject | Amount Voting to Accept | Amount Voting to Reject | % Voting to Accept | % Voting to Reject | Result |
|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0% | 0% | 0 | 0 | 0% | 0% | Deemed to Reject |

Due to the fact two creditors did not assert claim amounts on their ballots, in computing the amount of claim for purposes of these tabulations, proponents used the claim amounts provided on the schedules.

Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K Zurn (0066391)
BROUSE MCDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for Debtor and Debtor in Possession*

1445590

# CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on May 2, 2022 a true and correct copy of the *Certification of Acceptances and Rejections of the Proposed Plan of Liquidation Dated February 21, 2022* was served via the court's Electronic Case Filing System on the entities and individuals who are listed on the court's Electronic Mail Notice List:

John C. Cannizzaro on behalf of Interested Party Instantiation LLC at John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

Nicholas Paul Capotosto on behalf of Plaintiff Squirrels Research Labs LLC at ncapotosto@brouse.com, tpalcic@brouse.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc. at christopher.combest@quarles.com

John G. Farnan on behalf of Creditor Cincinnati Insurance Company at jfarnan@westonhurd.com

Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company at rgoff@westonhurd.com, jroberts@westonhurd.com

Steven Heimberger on behalf of Interested Party SCEB, LLC at sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd. at dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC at mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American
Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at
fschwieg@schwieglaw.com

Bryan Sisto on behalf of Creditor Carl Forsell at bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank at
rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at
jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at
jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at
kate.m.bradley@usdoj.gov

              */s/ Julie K. Zurn*
              Julie K Zurn (0066391)
              BROUSE MCDOWELL, LPA
              388 S. Main Street, Suite 500
              Akron, Ohio 44311
              Telephone: (330) 535-5711
              jzurn@brouse.com