UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.*[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |
| _____ | ) | |

### NOTICE OF FILING OF REDLINED AMENDED PLAN OF LIQUIDATION OF SQUIRRELS RESEARCH LABS LLC DATED JUNE 2, 2022

**PLEASE TAKE NOTICE** that, on February 21, 2022, Squirrels Research Labs LLC (the "Debtor") filed a Plan of Liquidation [Doc. #169] (the "Plan") with the United States Bankruptcy Court for the Northern District of Ohio.

**PLEASE TAKE FURTHER NOTICE** that on June 2, 2022, the Debtor filed an Amended Plan of Liquidation [Doc. #237] (the "Amended Plan") with the United States Bankruptcy Court for the Northern District of Ohio.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a redline reflecting the revisions between the Plan and the Amended Plan.

---

[1] The debtors in these Chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

Dated: June 2, 2022    Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
Brouse McDowell, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for Squirrels Research Labs LLC*