# United States Bankruptcy Court
## Northern District Of Ohio
## Notice of Filing Deficiency

**To:** Julie Zurn  **Case Number:** 21−61491−rk

**Debtor(s):** Squirrels Research Labs LLC  **Judge:** RUSS KENDIG
The Midwest Data Company LLC

**Re:** Motions/Pleadings/Filings for Judge's Consideration
Amended Chapter 11 Plan for Squirrels Research Labs LLC

**The following deficiency must be corrected within 7 days from the date of this notice, or the matter may be referred to the Judge for further consideration.**

- ☐ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☐ Request for Summons ☐ See Comments.
- ☐ Affidavit is invalid. Need ☐ Notary Seal/Stamp ☐ Signature ☐ County/State ☐ See Comments.
- ☐ Attachments missing or incorrectly filed.
- ☐ Case ☐ Closed ☐ Dismissed ☐ Number incorrect ☐ Transferred ☐ Caption Incorrect.
- ☐ Certificate of service indicating name and address of parties served and date of service required.
- ☐ Exhibit A not attached.
- ☐ Form B121 required.
- ☐ Hearing information ☐ Not fully reflected in order ☐ No Hearing notice ☐ Incorrect Hearing time/date.
- ☐ Signature Declaration missing.
- ☐ /S/ Signature required for ☐ Attorney ☐ Debtor ☐ Creditor.
- ☐ Incorrect PDF Attached.
- ☐ No Means Testing Form
- ☒ Other. See Comments/Instructions.

**Comments/Instructions:**
Notice of amended plan is required which includes a 21 day objection deadline and 28 days notice of the confirmation hearing date.

Deputy Clerk: **/s/ Lynn Baldwin**
Date: **6/3/2022**
Form ohnb141