# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.,*[1] | ) | Case No. 21- 61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

### NOTICE OF HEARING ON CONFIRMATION OF THE
### AMENDED PLAN OF SQUIRRELS RESEARCH LABS LLC
### DATED JUNE 2, 2022 AND RELATED DEADLINES

**PLEASE TAKE NOTICE THAT** on June 2, 2022, Squirrels Research Labs LLC (the "Debtor"), one of the above-captioned debtors, filed an *Amended Plan of Liquidation* (the "Amended Plan").

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Court will consider confirmation of the Amended Plan (the "Confirmation Hearing") will commence on **July 12, 2022 at 2:00 p.m.** (ET), before the Honorable Russ Kendig, United States Bankruptcy Judge, Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Avenue, SW, Canton, Ohio 44702, **Dial In: (888) 684-8852; Access Code: 3303949#.**[2]; *provided however*, the Court may continue the hearing without further notice.

**PLEASE TAKE FURTHER NOTICE THAT** a copy of the Amended Plan is enclosed with this Notice. A redline copy of the Amended Plan is available upon written request to counsel at jzurn@brouse.com.

**Your rights may be affected. You should read the Amended Plan carefully and discuss it with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)**

### OBJECTING TO AMENDED PLAN

**PLEASE TAKE NOTICE THAT** the deadline for filing objections to confirmation of the Amended Plan is **July 5, 2022** (the "Plan Objection Deadline"). Any objection to the Amended Plan must be in writing, filed with the Court, and served on Debtor's counsel at the address listed below so as to be actually received on or before Plan Objection Deadline.

---

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

[2] For further details on telephonic participation, please refer to Judge Kendig's Notice of Telephonic Hearing Procedure, dated March 18, 2020, at https://www.ohnb.uscourts.gov/sites/default/files/memoranda/telephonic-hearing-procedure-31820.pdf

**PLEASE TAKE FURTHER NOTICE THAT** all items to be filed with the Court shall be filed at the following address:

>Clerk of Court
>U.S. Bankruptcy Court
>Ralph Regula Federal Building
>   and U.S. Courthouse
>401 McKinley Avenue, SW
>Canton, Ohio 44702

All items to be served on Debtor's counsel shall be served at the following address:

>Brouse McDowell, LPA
>c/o Julie K. Zurn
>388 South Main Street, Suite 500
>Akron, Ohio 44311
>Phone: (330) 434-7459
>Fax: (330) 253-8601
>jzurn@brouse.com

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the corresponding deadline.

You or your attorney must also attend the Confirmation Hearing scheduled above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Amended Plan and may enter an order confirming the Amended Plan and granting any related relief.

DATED: June 6, 2022

Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for Squirrels Research Labs LLC, the Debtor and Debtor-in-Possession*

1480473