**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.*,[1] | ) | Case No.  21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

**FILING OF AMENDED SCHEDULE F**
**OF SQUIRRELS RESEARCH LABS, LLC**

Debtor, Squirrels Research Labs, LLC, is filing an amended Schedule F to add the

scheduled claim of ProTech Security.  This amendment is in addition to the already filed schedules.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

Debtor name **Squirrels Research Labs LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) **21-61491**

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐ *Schedule H: Codebtors (Official Form 206H)*
- ☒ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 6, 2022**      X **/s/ David A. Stanfill**
_____        Signature of individual signing on behalf of debtor

**David A. Stanfill**
Printed name

**President**
Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Squirrels Research Labs LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known)   **21-61491**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................. $    **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................. $    **3,822,207.80**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................ $    **3,822,207.80**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **5,751,000.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. $    **165,219.78**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$    **2,836,003.34**

4. **Total liabilities** ..........................................................................................................
   Lines 2 + 3a + 3b    | $    **8,752,223.12** |

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Aaron Holquin**<br>**2046 Jamison Pl**<br>**Santa Clara, CA 95051** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$398.00** | **$398.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Aaron Reimer**<br>**PMB-AR113422**<br>**Sumas, WA 98295-9674** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,079.95** | **$1,079.95** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

21-61491-tnap   Doc 245   FILED 06/06/22   ENTERED 06/06/22 11:48:26   Page 4 of 38

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,999.92 | $1,999.92 |

2.3 | Priority creditor's name and mailing address
**Alton Hare**
**1200 17th St NW**
**Washington, DC 20036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,999.92    $1,999.92

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.4 | Priority creditor's name and mailing address
**Amanda McConnell**
**191 E. 28th Street**
**Dover, OH 44622**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$136.11    $136.11

Date or dates debt was incurred

Basis for the claim:
**401(k)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

2.5 | Priority creditor's name and mailing address
**Andrew Waters**
**6653 Main Street**
**Williamsville, NY 14221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,025.00    $3,025.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.6 | Priority creditor's name and mailing address
**Ben George**
**5464 Lake Ave**
**Orchard Park, NY 14127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,025.00    $3,025.00

Date or dates debt was incurred

Basis for the claim:
**Prepaid deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,139.96 | $1,139.96 |
| --- | --- | --- | --- | --- |
| | **Bradon Pen**<br>**56 Varcoe Rd**<br>**Courtice, ON L1E 1S5**<br>**CANADA** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.00 | $398.00 |
| --- | --- | --- | --- | --- |
| | **Brett Mashford**<br>**35 Oakmoss Dr**<br>**SPRINGFIELD LAKES, QLD 4300**<br>**AUSTRALIA** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
| --- | --- | --- | --- | --- |
| | **Brian Fiducci**<br>**24463 Norelius Ave**<br>**Round Lake, IL 60073** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,553.51 | $1,553.51 |
| --- | --- | --- | --- | --- |
| | **Brian Klinger**<br>**4018 Shelby Row**<br>**Sugar Land, TX 77479** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carl Forsell**
**c/o James E.P. Sisto**
**Schuerger Law Group**
**1001 Kingsmill Parkway**
**Columbus, OH 43229**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Product refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$199.99** | **$199.99** |
|---|---|---|---|---|

**Chad Clark**
**876 Jefferson St**
**Menasha, WI 54952**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$659.98** | **$659.98** |
|---|---|---|---|---|

**Clarence Smith**
**3290 Double Creek Dr N., Apt 301**
**Plainfield, IN 46168**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,025.00** | **$3,025.00** |
|---|---|---|---|---|

**CT Data LLC**
**133 River Road**
**Mystic, CT 06355**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Prepaid deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $329.00 | $329.00 |
|---|---|---|---|---|

**Daniel Hajdu**
**Graslaan 111**
**6833CG Arnhem**
**NETHERLANDS**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|---|---|---|---|---|

**Daniel Russo**
**120 High Farms Rd**
**Glen Head, NY 11545**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,469.95 | $1,469.95 |
|---|---|---|---|---|

**Darien Lyons**
**45 Elvin Street**
**Staten Island, NY 10314**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,523.71 | $1,523.71 |
|---|---|---|---|---|

**Darry Kurpisz**
**14635 22nd Ave SW**
**Burien, WA 98166**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $874.03 | $874.03 |
|---|---|---|---|---|

**David Reynolds**
**6046 Jerusalem Drive**
**Cicero, NY 13039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401(k)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,650.00 | $13,650.00 |
|---|---|---|---|---|

**David Stanfill**
**772 Treat Blvd.**
**Tallmadge, OH 44278**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Insider - Deferred Pay**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|---|---|---|---|---|

**Donald Ruffatto**
**420 Fairview Ave**
**Arcadia, CA 91007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $767.99 | $767.99 |
|---|---|---|---|---|

**Dustin Hooper**
**11885 W. McDowell Rd**
**Avondale, AZ 85392**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $749.96 | $749.96 |
|---|---|---|---|---|

**Fabrizio Simonetti**
**Via Gozzer N 2A**
**57128 Livorno**
**ITALY**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,469.95 | $1,469.95 |
|---|---|---|---|---|

**Fernando Molina**
**5275 SW 146 AVE**
**Miami, FL 33175**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $151.36 | $151.36 |
|---|---|---|---|---|

**George D. Jimenez**
**9396 Broadland Street, NW**
**Massillon, OH 44646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401(k)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,650.00 | $13,650.00 |
|---|---|---|---|---|

**George D. Jimenez**
**9396 Broadland Street, NW**
**Massillon, OH 44646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Insider - Deferred Pay**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|---|---|---|---|---|

**2.27**

Priority creditor's name and mailing address

**Gilbert Rodriguez**
**1340 Camp Street**
**Fabens, TX 79838**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,025.00    $3,025.00

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.28**

Priority creditor's name and mailing address

**Hailu Looyestein**
**Schout Coxstraat 1**
**5421GJ Gemert**
**NETHERLANDS**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,025.00    $3,025.00

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.29**

Priority creditor's name and mailing address

**Heather Bradley**
**1213 N. Chapel Street**
**Louisville, OH 44641**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$220.83    $220.83

Date or dates debt was incurred

Basis for the claim:
**401(k)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

**2.30**

Priority creditor's name and mailing address

**Henry Ryan**
**228 Cranbury Road**
**Princeton Junction, NJ 08550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,025.00    $3,025.00

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.31 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.32 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Insolvency Group 6**<br>**1240 E. Ninth Street, Room 493**<br>**Cleveland, OH 44199** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.33 | Priority creditor's name and mailing address<br>**Israel Garcia**<br>**615 Oak Hollow Dr**<br>**Newberg, OR 97132** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,025.00** | **$3,025.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.34 | Priority creditor's name and mailing address<br>**James Holodnak**<br>**2910 16th Street, NW**<br>**Canton, OH 44708** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$904.75** | **$904.75** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**401(k)** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
| --- | --- | --- | --- | --- |

**Jason Price**
**67 Bartram Trail**
**Brunswick, GA 31523**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.99 | $199.99 |
| --- | --- | --- | --- | --- |

**JC Pack**
**628 1/2 E San Ysidro Blvd 292**
**San Ysidro, CA 92173**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
| --- | --- | --- | --- | --- |

**Jean Viljoen**
**5 Cape Willow**
**Hermanus, Western Cape**
**7200**
**SOUTH AFRICA**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
| --- | --- | --- | --- | --- |

**Jeffrey Cordell**
**17517 NW Ashland Drive**
**Portland, OR 97229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,650.00** | **$13,650.00** |
|---|---|---|---|---|

**Jessica Gritzan**
**1280 Linwood Ave SW**
**North Canton, OH 44720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Insider - Deferred Pay**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,025.00** | **$3,025.00** |
|---|---|---|---|---|

**Joaquim Ginesta**
**Emili Grahit 6, 4r 1r**
**17002 Girona**
**SPAIN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,089.95** | **$1,089.95** |
|---|---|---|---|---|

**Jordan Kupersmith**
**888 N. Quincy St**
**Arlington, VA 22203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,025.00** | **$3,025.00** |
|---|---|---|---|---|

**Jose A. Rubio**
**15925 Hopper Lane**
**San Diego, CA 92127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $789.97 | $789.97 |
|---|---|---|---|---|
| | **Josh Luoni**<br>**808 8th St**<br>**Fairmont, WV 26554** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.00 | $299.00 |
|---|---|---|---|---|
| | **Joshua Harris**<br>**209 N. Horner Blvd.**<br>**Sanford, NC 27330** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $384.19 | $384.19 |
|---|---|---|---|---|
| | **Kyle Slutz**<br>**1116 W. Nimisila Road**<br>**Clinton, OH 44216** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**401(k)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|---|---|---|---|---|
| | **Kyle Tricarico**<br>**5464 Lake Ave**<br>**Orchard Park, NY 14127** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Prepaid Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

21-61491-tnap    Doc 245    FILED 06/06/22    ENTERED 06/06/22 11:48:26    Page 15 of 38

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $599.97 | $599.97 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Luco Gilardi**
**Ul. Slivnitsa 188**
**Sofia 1202**
**BULGARIA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|---|---|---|---|---|

**Mario Fortier**
**10 Orchard Lane**
**Chelmsford, MA 01824**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,324.00 | $1,324.00 |
|---|---|---|---|---|

**Marius Nastasenko**
**Taikos g. 148**
**Vilnius**
**Vilniaus Apskritis 5227**
**LITHUANIA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|---|---|---|---|---|

**Mark D'Aria**
**165 Quaker Path**
**East Setauket, NY 11733**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,374.95 | $1,374.95 |
|---|---|---|---|---|
| | **Mark Veon**<br>**2547 S. 3rd Street**<br>**Milwaukee, WI 53207** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|---|---|---|---|---|
| | **Michael Dai**<br>**43174 Christy Street**<br>**Fremont, CA 94538** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|---|---|---|---|---|
| | **Michael Rampton**<br>**6222 12th Street, North**<br>**Arlington, VA 22205** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $577.99 | $577.99 |
|---|---|---|---|---|
| | **Michael Riley**<br>**2506 SW 23rd Cranbrook Dr**<br>**Boynton Beach, FL 33436** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,834.85** | **$1,834.85** |
|---|---|---|---|---|
| | **Michael Robinson**<br>**103 Hunters Ct**<br>**Forest, VA 24551** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$528.00** | **$528.00** |
|---|---|---|---|---|
| | **Miguel Chacon**<br>**120 NW 6th Ave**<br>**Miami, FL 33128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$469.98** | **$469.98** |
|---|---|---|---|---|
| | **Mohamed Kazem**<br>**27 Orwell Street**<br>**Potts Point**<br>**SYDNEY, NSW 2011**<br>**AUSTRALIA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,399.94** | **$1,399.94** |
|---|---|---|---|---|
| | **Naoaki Kita**<br>**Kigoshimachi**<br>**Kanazawa-shi**<br>**Ishikawaken 920-0203**<br>**JAPAN** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.00 | $199.00 |
|---|---|---|---|---|
| | **Nick Yarosz** | Check all that apply. | | |
| | **3019 Ellington Dr** | ☐ Contingent | | |
| | **Summerville, SC 29485** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2019** | **Acorn Product Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,449.95 | $1,449.95 |
|---|---|---|---|---|
| | **Nicolas Rochon** | Check all that apply. | | |
| | **4278 Beausoleil** | ☐ Contingent | | |
| | **Terrebonne QC J6V 1G1** | ☐ Unliquidated | | |
| | **CANADA** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Acorn Product Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Office of U.S. Attorney** | Check all that apply. | | |
| | **Attn: Bankruptcy Section** | ☐ Contingent | | |
| | **Carl B. Stokes U.S. Court House** | ☐ Unliquidated | | |
| | **801 W. Superior Avenue, Ste 400** | ☐ Disputed | | |
| | **Cleveland, OH 44113** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **NOTICE ONLY** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Ohio Attorney General** | Check all that apply. | | |
| | **Collections Enforcement Section** | ☐ Contingent | | |
| | **Attn: Bankruptcy Unit** | ☐ Unliquidated | | |
| | **30 E. Broad Street, 14th Floor** | ☐ Disputed | | |
| | **Columbus, OH 43215** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **NOTICE ONLY** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ohio Bureau of Workers' Compensation**
**Attn: Law Section Bankruptcy Unit**
**PO Box 15567**
**Columbus, OH 43215-0567**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ohio Department of Job & Family Svcs**
**Attn: Legal Support-Bankruptcy**
**PO Box 182830**
**Columbus, OH 43218-2830**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ohio Department of Taxation**
**Attn:  Bankruptcy Division**
**PO Box 530**
**Columbus, OH 43216-0530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $702.00 | $702.00 |
|---|---|---|---|---|

**Pat Clay**
**72 Baker Dr**
**Gansevoort, NY 12831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,839.36 | $1,839.36 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Patrick Nadeau**
**311 Andrews Rd**
**Wolcott, CT 06716**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.00 | $199.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Paul Kelsey**
**1583 E. Primrose Lane**
**Layton, UT 84040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,230.96 | $2,230.96 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Peter Ensor**
**Powerstown House**
**Clonee, Dublin**
**D15 YH52**
**IRELAND**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Phillippe Germain**
**102 W. Service Rd #2153466**
**Champlain, NY 12919**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $789.97 | $789.97 |
|---|---|---|---|---|

**Rajesh Bhakar**
**Sector 9d/204, 2nd Flr Akarti**
**Apartment**
**Jaipur**
**Rajasthan 302021**
**INDIA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.00 | $398.00 |
|---|---|---|---|---|

**Raymond Wodarczyk**
**KinzigstraaˆšÃ¼e 28**
**10247 Berlin**
**GERMANY**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,694.84 | $2,694.84 |
|---|---|---|---|---|

**Richard Bergstrom**
**30107 Mountain View Dr**
**Hayward, CA 94544**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $329.99 | $329.99 |
|---|---|---|---|---|

**Richard Weeks**
**4199 Defoors Farm Dr**
**Powder Springs, GA 30127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $789.97 | $789.97 |
|------|---------------------------------------------|----------------------------------------------|---------|---------|

**Robin Wolf**
**Fasangasse 49**
**Vienna**
**Wien 1030**
**AUSTRIA**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.99 | $199.99 |
|------|---------------------------------------------|----------------------------------------------|---------|---------|

**Ruben Sousa**
**Av. D. Joâ šÂ£o II, nÂ â 34**
**1998-031 Lisboa**
**PORTUGAL**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $399.98 | $399.98 |
|------|---------------------------------------------|----------------------------------------------|---------|---------|

**Ryan Marfone**
**98 N. Hawkhurst Cir**
**The Woodlands, TX 77354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|------|---------------------------------------------|----------------------------------------------|-----------|-----------|

**Sam Adams**
**3417 Bush Street**
**Stevens Point, WI 54481**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.00 | $199.00 |
|------|---------------------------------------------|----------------------------------------------|---------|---------|
| | **Scott Chen**<br>**4058 Case St**<br>**Elmhurst, NY 11373** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $291.66 | $291.66 |
|------|---------------------------------------------|----------------------------------------------|---------|---------|
| | **Seth Stanfill**<br>**1515 24th Street, NW**<br>**Canton, OH 44709** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**401(k)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|---------------------------------------------|----------------------------------------------|-------|-------|
| | **Squirrels 401(k) & Profit-Sharing Plan**<br>**c/o Plan Sponsor, Squirrels, LLC**<br>**121 Wilbur Drive, NE**<br>**North Canton, OH 44720** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|------|---------------------------------------------|----------------------------------------------|-----------|-----------|
| | **Stefano Chiesa**<br>**Via III Novembre 41**<br>**38026 Fucine Trentino**<br>**ITALY** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,025.00 | $3,025.00 |
|---|---|---|---|---|
| | **Steven Turnshek** **13 Krist Glen Dr** **Swissvale, PA 15218** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Acorn Product Refund** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,057.99 | $1,057.99 |
|---|---|---|---|---|
| | **Thom Kuznia** **5733 York Ave S** **Edina, MN 55410** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Acorn Product Refund** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $299.00 | $299.00 |
|---|---|---|---|---|
| | **Tim Bredemus** **9757 Union Terrace Ln N** **Maple Grove, MN 55369** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Acorn Product Refund** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,912.42 | $2,912.42 |
|---|---|---|---|---|
| | **Tommy DeFreitas** **14114 N. Wind Cave Ct** **Conroe, TX 77384** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Acorn Product Refund** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
| --- | --- | --- | --- | --- |
| | **Trevor Steinle**<br>**24106 SE 42nd St**<br>**Sammamish, WA 98209** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $987.00 | $987.00 |
| --- | --- | --- | --- | --- |
| | **Tri Ho**<br>**1180 N. Cherry Way**<br>**Anaheim, CA 92801** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.99 | $199.99 |
| --- | --- | --- | --- | --- |
| | **Troy Keplinger**<br>**1730 E. Park St**<br>**Enid, OK 73701** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $549.98 | $549.98 |
| --- | --- | --- | --- | --- |
| | **Welbour Espartero**<br>**46 6th Ave NE**<br>**Swift Current, SK S9H 2L7**<br>**CANADA** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Acorn Product Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|---|---|---|---|---|

**William Paden**
**205 Plains Rd**
**Westford, VT 05494**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Acorn Product Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $1,762.53 |
|---|---|---|---|

**A.G. Adjustments, Ltd.**
**740 Walt Whitman Rd**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  **7AGA**

Basis for the claim:  **Collection of Uline Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $500,000.00 |
|---|---|---|---|

**Andrew Waters**
**6653 Main Street**
**Williamsville, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Prepaid Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $101,947.38 |
|---|---|---|---|

**Ben George**
**5464 Lake Ave**
**Orchard Park, NY 14127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Prepaid deposit**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $161,718.00 |
|---|---|---|---|

**Bittware/Molex LLC**
**2222 Wellington Ct**
**Lisle, IL 60532**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Capital Lease**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $7,116.28 |
|---|---|---|---|

**Bradley Conn**
**51 Maple Avenue**
**Locust Valley, NY 11560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,888.92** |
|---|---|---|---|

**Brandon Osbourne**
**151 Mary Ellen Drive**
**Charleston, SC 29403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Investor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$451.58** |
|---|---|---|---|

**Brian Fiducci**
**24463 Norelius Ave**
**Round Lake, IL 60073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Acorn Product Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,688.00** |
|---|---|---|---|

**Brouse McDowell, LPA**
**388 S. Main Street, Suite 500**
**Akron, OH 44311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Attorney fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,171.20** |
|---|---|---|---|

**CliftonLarsonAllen LLP**
**Attn: Daniel Riemenschneider**
**4334 Munson St., NW**
**Canton, OH 44718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Professional Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$350,000.00** |
|---|---|---|---|

**CT Data LLC**
**133 River Road**
**Mystic, CT 06355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Partial Prepaid Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$179.60** |
|---|---|---|---|

**Culligan of Canton**
**4810 Southway St., SW**
**Canton, OH 44706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Water Cooler Service**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$79.94** |
|---|---|---|---|

**Daniel Russo**
**120 High Farms Rd**
**Glen Head, NY 11545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Acorn Product Refund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **David Chase, et al.**<br>**c/o Michael Maranda**<br>**38 Oaklawn Ave**<br>**Farmingville, NY 11738** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145,099.84 |
|---|---|---|---|
| | **David Stanfill**<br>**772 Treat Blvd.**<br>**Tallmadge, OH 44278** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Insider - Deferred Pay** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,972.62 |
|---|---|---|---|
| | **Donald Ruffatto**<br>**420 Fairview Ave**<br>**Arcadia, CA 91007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Acorn Product Refund** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $679,638.92 |
|---|---|---|---|
| | **Envista Forensics LLC**<br>**dba AREPA**<br>**111 Deer Lake Rd, Ste 100**<br>**Deerfield, IL 60015** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,725.30 |
|---|---|---|---|
| | **Everhart Glass Co., Inc.**<br>**Attn: Linda Monigold**<br>**207 Ninth St., SW**<br>**Canton, OH 44701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,085.16 |
|---|---|---|---|
| | **Everstream**<br>**1228 Euclid Ave #250**<br>**Cleveland, OH 44115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Internet Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,164.87 |
|---|---|---|---|
| | **FedEx**<br>**PO Box 371461**<br>**Pittsburgh, PA 15250-7461** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fleur-De-Lis Development, LLC**
**c/o Gina Piacentino**
**88 E. Broad Street, Suite 1560**
**Columbus, OH 43215**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,266.59** |
|---|---|---|---|

**George D. Jimenez**
**9396 Broadland Street, NW**
**Massillon, OH 44646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Insider - Deferred Pay__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,939.83** |
|---|---|---|---|

**Gilbert Rodriguez**
**1340 Camp Street**
**Fabens, TX 79838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Acorn Product Refund__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GS1 US, Inc.**
**300 Princeton South Corporate Center**
**Ewing Township, NJ 08628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,634.00** |
|---|---|---|---|

**Hailu Looyestein**
**Schout Coxstraat 1**
**5421GJ Gemert**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Acorn Product Refund__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$454.20** |
|---|---|---|---|

**Henry Ryan**
**228 Cranbury Road**
**Princeton Junction, NJ 08550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Acorn Product Refund__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$468.00** |
|---|---|---|---|

**Horizon Supply Group**
**Attn: Jeff Habbyshaw**
**3691 Honors Way**
**Howell, MI 48843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,808.83 |
|---|---|---|---|
| | **IPS Assembly Corp.**<br>**Attn: Perry Sutariya**<br>**12077 Merriman Rd**<br>**Livonia, MI 48150** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,971.42 |
|---|---|---|---|
| | **Israel Garcia**<br>**615 Oak Hollow Dr**<br>**Newberg, OR 97132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Acorn Product Refund__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jack Cooper**<br>**4684 Douglas Circle NW**<br>**Canton, OH 44735** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Attorney fees__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,481.00 |
|---|---|---|---|
| | **Jason Price**<br>**67 Bartram Trail**<br>**Brunswick, GA 31523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Acorn Product Refund__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $543.97 |
|---|---|---|---|
| | **Jean Viljoen**<br>**5 Cape Willow**<br>**Hermanus, Western Cape**<br>**7200**<br>**SOUTH AFRICA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Acorn Product Refund__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $202.78 |
|---|---|---|---|
| | **Jeffrey Cordell**<br>**17517 NW Ashland Drive**<br>**Portland, OR 97229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Acorn Product Refund__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jeffrey Willis**<br>**987 S. High Street**<br>**Columbus, OH 43206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Attorney fees__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,233.18 |
| --- | --- | --- | --- |

**Jessica Gritzan**
**1280 Linwood Ave SW**
**North Canton, OH 44720**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insider - Deferred Pay**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,895.76 |
| --- | --- | --- | --- |

**Jose A. Rubio**
**15925 Hopper Lane**
**San Diego, CA 92127**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Acorn Product Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**JPMorgan Chase Bank**
**1111 Polaris Pkwy**
**Columbus, OH 43240**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Kimble Companies**
**3596 SR 39**
**Dover, OH 44622**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trash Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,853.55 |
| --- | --- | --- | --- |

**Kyle Slutz**
**1116 W. Nimisila Road**
**Clinton, OH 44216**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Owner**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,687.67 |
| --- | --- | --- | --- |

**Kyle Tricarico**
**5464 Lake Ave**
**Orchard Park, NY 14127**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepaid deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $494.64 |
| --- | --- | --- | --- |

**Mario Fortier**
**10 Orchard Lane**
**Chelmsford, MA 01824**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Acorn Product Refund**

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,494.96 |
| --- | --- | --- | --- |

**Mark D'Aria**
165 Quaker Path
East Setauket, NY 11733

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Acorn Product Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Matteo Trinca**
Lania Geo Ltd.
10 Zahesi Territory
Svimon Shotadze
Tbilisi, T'bilisi 0178 GEORGIA

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Requesting refund of shipping and handling fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,113.00 |
| --- | --- | --- | --- |

**Metal Masters**
Attn: Bret Kettlewell
125 Williams Dr
Dover, OH 44622

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $369.71 |
| --- | --- | --- | --- |

**Michael Dai**
43174 Christy Street
Fremont, CA 94538

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Acorn Product Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,734.09 |
| --- | --- | --- | --- |

**Michael Rampton**
6222 12th Street, North
Arlington, VA 22205

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Acorn Product Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Pascal Peters**
P.H.J.J. Peters Holding B.V.
Parklaan 6
Oss, Noord Brabant 5345 BV
NETHERLANDS

Date(s) debt was incurred  **Mid-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Paid in wrong currency; requesting refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,764.68 |
| --- | --- | --- | --- |

**Phillippe Germain**
102 W. Service Rd #2153466
Champlain, NY 12919

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Acorn Product Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Premier Bank**
PO Box 248
Defiance, OH 43512

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __PPP loan__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.85 |
|---|---|---|---|

**ProTech Security**
PO Box 35034
Canton, OH 44735

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,991.35 |
|---|---|---|---|

**Sam Adams**
3417 Bush Street
Stevens Point, WI 54481

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Product Refund__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,030.00 |
|---|---|---|---|

**Samtec**
520 Park E.  Blvd.
New Albany, IN 47150

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264,593.18 |
|---|---|---|---|

**Squirrels LLC**
121 Wilbur Drive NE
North Canton, OH 44720

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $480.47 |
|---|---|---|---|

**Stefano Chiesa**
Via III Novembre 41
38026 Fucine Trentino
 ITALY

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Acorn Product Refund__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,870.00 |
|---|---|---|---|

**Steven Turnshek**
13 Krist Glen Dr
Swissvale, PA 15218

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Acorn Product Refund__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Tim Robinson<br>2376 Burg Street<br>Granville, OH 43023 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Attorney fees__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | TorEA Consulting<br>Attn: Paul Billinger<br>1 Bow Street<br>Stouffville, ON  L4A 1Z3<br>CANADA | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Litigation__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,536.50 |
|---|---|---|---|
| | Trevor Steinle<br>24106 SE 42nd St<br>Sammamish, WA 98029 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Acorn Product Refund__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,188.99 |
|---|---|---|---|
| | William Paden<br>205 Plains Rd<br>Westford, VT 05494 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Acorn Product Refund__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Jameel S. Turner<br>Brittany P. Stephen<br>10 W. Broad Street, Ste 2100<br>Columbus, OH 43215 | Line __3.20__<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | R. Scott Heasley<br>Meyers, Roman, Friedberg & Lewis<br>28601 Chagrin Blvd., Suite 600<br>Cleveland, OH 44122 | Line __3.56__<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | U.S. Small Business Administration<br>District Counsel<br>1350 Euclid Ave, Suite 211<br>Cleveland, OH 44115 | Line __3.48__<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | Uline<br>12575 Uline Dr<br>Pleasant Prairie, WI 53138 | Line __3.1__<br><br>☐ Not listed. Explain ____ | __ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $          165,219.78 |
| **5b. Total claims from Part 2** | 5b.  + | $        2,836,003.34 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $        3,001,223.12 |

In re    Squirrels Research Labs LLC                      Case No.    **21-61491**

                                      Debtor(s)              Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June  6, 2022**                     **/s/ David A. Stanfill**

                                           **David A. Stanfill**/**President**
                                           Signer/Title

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

ProTech Security
PO Box 35034
Canton, OH 44735