

**EXHIBIT A**     Direct Billing Inquiries to:
CliftonLarsonAllen LLP
(330) 376-0100

**Payment is due upon receipt**

| | | | |
|---|---|---|---|
| Account Name | Squirrels Research Labs, LLC | **Invoice Total** | $8,898.09 |
| Account Number | 048-001424 | Invoice Number | 3292149 |
| Authorization Number | 0001320714 | Invoice Date | 5/26/2022 |

To pay your bill electronically please visit claconnect.com/billpay

| | |
|---|---|
| Accountants for Debtors - professional services rendered February 3, 2022 through May 23, 2022 | $8,422.00 |
| Expenses (mileage) | 54.99 |
| Technology and Client Support Fee | $421.10 |
| **Invoice Total** | **$8,898.09** |

Payment is due upon receipt.

Please detach and remit payment to the address below.

## We Appreciate Your Business and Referrals

**Remit to:**
**CliftonLarsonAllen LLP**
**P.O. Box 775967**
**Chicago, IL  60677-5967**

0775967048001424000889809000003292149 4

| | |
|---|---|
| Amount Remitted | $ _____ |
| Account Number | 048-001424 |
| Invoice Number | 3292149 |

Squirrels Research Labs, LLC
121 Wilbur Drive NE
North Canton, OH  44720

**Squirrels Research Labs**
**May 2022 Invoice**

| Date | Staff | ChargeType | Task Code | Task Code Description | Hours | Rate | Amount | Billed | Detail |
|---|---|---|---|---|---|---|---|---|---|
| 2/2/2022 | Dan Riemenschneider | Time | OS225 | Client Meetings/Phone calls/Emails | 0.60 | 400.00 | 240.00 | - | fees to affiliates and insiders as requested by the UST and Atty Zurn |
| 2/3/2022 | Dan Riemenschneider | Time | OS225 | Client Meetings/Phone calls/Emails | 0.30 | 400.00 | 120.00 | 120.00 | Reply to Atty Zurn inquiry of Research Credit, expecting to perform tax compliance for insiders and affiliates and define Business Consulting Services (Research Credit) |
| 2/5/2022 | Zachary Williams | Time | OutScPrep | Out of Scope - Prep Notices/Research/etc | 0.60 | 135.00 | 81.00 | 81.00 | Gathering items needed for tax prep, email to JEC |
| 2/7/2022 | Dan Riemenschneider | Time | PROJMGMT | Project Management | 0.50 | 400.00 | 200.00 | - | Supplemental Declaration to Julie Zurn |
| 2/22/2022 | Dan Riemenschneider | Time | OS225 | Client Meetings/Phone calls/Emails | 2.10 | 400.00 | 840.00 | 840.00 | preparation for meeting with client - update on year end, bankruptcy, any 2021 ownership changes; update company structure |
| 2/22/2022 | Dan Riemenschneider | Time | 0820 | Travel Time | 0.80 | 400.00 | 320.00 | 320.00 | |
| 2/22/2022 | Dan Riemenschneider | Time | zzOUTScope | Out of Scope Work | 1.30 | 400.00 | 520.00 | 520.00 | meeting with Squirrels - year end, bankruptcy status, exposure for cancellation of debt and opportunities to arbitrage tax rates, timing of chapter 11 and current status |
| 2/22/2022 | Dave Groves | Time | OS225 | Client Meetings/Phone calls/Emails | 1.50 | 425.00 | 637.50 | 637.50 | prep for client meeting re: tax planning for return |
| 2/22/2022 | Dave Groves | Time | OS225 | Client Meetings/Phone calls/Emails | 1.50 | 425.00 | 637.50 | 637.50 | client meeting to discuss tax imapact of bankruptcy and impact of elections/planning |
| 2/22/2022 | Kacey Houser | Time | OS225 | Client Meetings/Phone calls/Emails | 2.50 | 225.00 | 562.50 | 562.50 | client meeting and drive time |
| 2/23/2022 9:43 PM | Dan Riemenschneider | Expense | Mileage | Mileage | | | 22.23 | 22.23 | trip to SQRL |
| 3/10/2022 | Dan Riemenschneider | Time | TX06 | Engagement Management | 0.40 | 400.00 | 160.00 | 160.00 | extending and entity types |
| 3/10/2022 | Kacey Houser | Time | Corr | Correspondence | 1.00 | 225.00 | 225.00 | 225.00 | extension correspondance. |
| 3/11/2022 | Dan Riemenschneider | Time | ADMIN | Internal Operational Procedures | 0.20 | 400.00 | 80.00 | 80.00 | Understanding and scheduling work |
| 3/11/2022 | Jennifer Coleman | Time | IntMeet | Internal Meetings and calls | 0.30 | 265.00 | 79.50 | 79.50 | 1/2 time entered under Squirrels, Inc. - meeting to discuss tax planning amongst team |
| 3/11/2022 | Kacey Houser | Time | Corr | Correspondence | 0.50 | 225.00 | 112.50 | 112.50 | discussing restructure/ extensions/ timing of returns |
| 3/11/2022 | Zachary Williams | Time | OutScPrep | Out of Scope - Prep Notices/Research/etc | 0.15 | 135.00 | 20.25 | 20.25 | Sending tax PBC list for Squirrels and Squirrels Research Labs to Amanda (.15 each) |
| 3/11/2022 | Zachary Williams | Time | TX04 | Internal Mtgs/Communication | 0.25 | 135.00 | 33.75 | 33.75 | Planning for tax return prep, discussion of structure of entities |
| 3/15/2022 | Kacey Houser | Time | Corr | Correspondence | 0.50 | 225.00 | 112.50 | 112.50 | follow up with Amanda on open items. Unclear who is handling SQRL's books. |
| 4/5/2022 | Kacey Houser | Time | TX04 | Internal Mtgs/Communication | 1.00 | 225.00 | 225.00 | 225.00 | meeting discussion on location, emails from Jessica. |
| 4/7/2022 | Dan Riemenschneider | Time | TxPlan | Tax Planning | 2.00 | 400.00 | 800.00 | 800.00 | meeting - bankruptcy analysis, tax impact and debt forgiveness planning |
| 4/7/2022 | Dave Groves | Time | OS225 | Client Meetings/Phone calls/Emails | 2.00 | 425.00 | 850.00 | 850.00 | bankruptcy analysis meeting and update, tax impact and debt forgiveness planning |
| 4/7/2022 | Kacey Houser | Time | OS225 | Client Meetings/Phone calls/Emails | 3.50 | 225.00 | 787.50 | 787.50 | meeting - bankruptcy analysis, tax impact and debt forgiveness planning |
| 4/7/2022 | Kacey Houser | Time | OS225 | Client Meetings/Phone calls/Emails | -1.50 | 225.00 | (337.50) | (337.50) | meeting - bankruptcy analysis, tax impact and debt forgiveness planning |
| 4/7/2022 5:35 PM | Dave Groves | Expense | Mileage | Mileage | | | 10.53 | 10.53 | to/from SQRL for meeting |
| 4/7/2022 11:34 PM | Dan Riemenschneider | Expense | Mileage | Mileage | | | 22.23 | 22.23 | to SQRL to discuss year end, cut-offs and Advent transaction |
| 4/11/2022 | Emily Weigand | Time | TX01 | Extension/Estimated Tax Calculation | 0.10 | 100.00 | 10.00 | 10.00 | ext |
| 5/2/2022 | Kacey Houser | Time | Corr | Correspondence | 1.00 | 225.00 | 225.00 | 225.00 | Follow up with Amanda on D2A and Midwest and follow up with Jessica on SQRL. Linking all SQRL related entities in XCM for tracking. |
| 5/6/2022 | Kacey Houser | Time | Corr | Correspondence | 1.20 | 225.00 | 270.00 | 270.00 | summarized notes from April meeting with Squirrels group |
| 5/11/2022 | Dan Riemenschneider | Time | 0000Prep | Preparation: General | 1.50 | 400.00 | 600.00 | 600.00 | determine where we are and what we need and list to Jessica to continue moving forward |
| 5/11/2022 | Kacey Houser | Time | IntMeet | Internal Meetings and calls | 2.00 | 225.00 | 450.00 | 450.00 | Meeting with Dan to discuss closing books for Midwest & SQRL. Understanding bankruptcy and 2021 tax filings. Email to Jessica on open items. |
| | | | | | 27.80 | | 8,916.99 | 8,476.99 | |