UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

### DECLARATION OF DANIEL R. RIEMENSCHNEIDER CPA

State of Ohio )
            ) SS:
County of Summit )

Now comes Daniel R. Riemenschneider CPA, after having been first duly sworn according to law, and deposes and states under oath as follows:

1. I am a Principal of CliftonLarsonAllen LLP, located at AES Campus Building, 388 S. Main Street, Suite 420, Akron, Ohio 44311 ("CLA"). I am further of majority age and am competent to testify regarding the matters herein stated.

2. I hereby provide this Declaration on behalf of CLA in support of the First Interim Application for Allowance of Compensation For Services Rendered to Squirrels Research Labs LLC as Accountants to the Debtors.

3. I have read the foregoing Application and that the same is true to the best of my knowledge, information and belief;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

1

4. No payments have heretofore been made or promised to CLA for services rendered or to be rendered in any capacity whatsoever in connection with these bankruptcy proceedings except as set forth in the Application; and

5. No agreement or understanding exists between CLA and any other person for a division of compensation and that CLA has not entered into any agreement, express or implied, with any other party in interest, whether it is debtor, creditor or a representative of any of them, in the above-entitled case, for the purpose of fixing fees or other compensation to be paid to CLA for services rendered in connection therewith, from the assets of the estate in excess of the compensation allowed by law.

Dated: June 28, 2022  /s/ Daniel R Riemenschneider
Daniel R. Riemenschneider CPA
CliftonLarsonAllen LLP
388 S. Main Street, Suite 420
Akron, Ohio 44311
Telephone (330)706-6135
Facsimile (330)376-0658
Dan.Riemenschneider@CLAconnect.com