EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

**ORDER ALLOWING FIRST INTERIM APPLICATION OF CLIFTONLARSONALLEN LLP AS ACCOUNTANTS FOR THE DEBTORS, FOR ALLOWANCE OF COMPENSATION OF PROFESSIONAL SERVICES RENDERED TO SQUIRRELS RESEARCH LABS LLC FOR THE PERIOD JANUARY 31, 2022 THROUGH MAY 31, 2022**

This matter came to be heard on the First Interim Application for Compensation of Professional Services Rendered to Squirrels Research Labs LLC For the Period January 31, 2022 Through May 31, 2022 (the "Application")[2]; the Court (a) having reviewed the Application; (b) having read the statements of CliftonLarsonAllen LLP regarding the relief requested in the Application; and (c) no objections to the Application having been filed; the Court finds that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the Application was just and proper, and (iv) the fees and expenses requested by the Applicant pursuant to the Application were beneficial to the Debtor's estate and are reasonable and necessary expenses of the Debtor's estate.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

1

The Court concludes that the Application is well taken and HEREBY ORDERS THAT:

1. The Application is GRANTED as set forth herein.

2. Pursuant to 11 U.S.C. §§ 330 and 331, the Court hereby approves and awards the Applicant, on an interim basis, fees for the period January 31, 2022, through May 31, 2022, in the total amount of $8,422.00; and reimbursement of expenses in the total amount of $476.09 for the same period.

3. The Debtor is authorized and directed to pay such compensation in the total amount of $8,898.09 to the Applicant.

4. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

5. This Order shall be effective immediately upon entry.

### # # #

SUBMITTED BY:

/s/
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
Brouse McDowell, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for the Debtors
and Debtors-in-Possession*

1485026