

**EXHIBIT A**

CliftonLarsonAllen

Direct Billing Inquiries to:
CliftonLarsonAllen LLP
(507) 434-7000

**Payment is due upon receipt**

| | | |
|---|---|---|
| Account Name | Midwest Data Company LLC | |
| Account Number | 048-001611 | |
| Authorization Number | 0001362356 | |

| | |
|---|---|
| **Invoice Total** | $747.60 |
| Invoice Number | 3292136 |
| Invoice Date | 5/26/2022 |

To pay your bill electronically please visit claconnect.com/billpay

Accountants for Debtors professional services rendered February 5, 2022 through May 23, 2022     $712.00

Technology and Client Support Fee     $35.60

**Invoice Total**     **$747.60**

Payment is due upon receipt.

Please detach and remit payment to the address below.

**We Appreciate Your Business and Referrals**

**Remit to:**
**CliftonLarsonAllen LLP**
**P.O. Box 775967**
**Chicago, IL  60677-5967**

0775967048001611000007476000000003292136

Midwest Data Company LLC
121 Wilbur Drive Northeast
North Canton, OH  44720

| | |
|---|---|
| Amount Remitted | $ _____ |
| Account Number | 048-001611 |
| Invoice Number | 3292136 |

**Midwest Data Company LLC**
**May 2022 Invoice**

| Date | Staff | ChargeType | Task Code | Task Code Description | Hours | Rate | Amount | Billed | Detail |
|---|---|---|---|---|---|---|---|---|---|
| 12/21/2021 | Dan Riemenschneider | Time | 601Cor | Correspondence | 0.50 | 400 | 200.00 | - | Email to Chastity Wilson - Professional services application for bankruptcy including SQRL 048-001424 |
| 1/14/2022 | Zachary Williams | Time | OutScPrep | Out of Scope - Prep Notices | 0.10 | 135 | 13.50 | - | Tax binder rollforward |
| 2/5/2022 | Zachary Williams | Time | OutScPrep | Out of Scope - Prep Notices | 0.20 | 135 | 27.00 | 27.00 | Gathering items needed for tax prep, email to JEC |
| 5/6/2022 | Kacey Houser | Time | Corr | Correspondence | 0.50 | 225 | 112.50 | 112.50 | phone call with Amanda to discuss recording GS 8100/ due to accounts from owners. |
| 5/10/2022 | Kacey Houser | Time | Corr | Correspondence | 1.30 | 225 | 292.50 | 292.50 | closing out Midwest books, discussion with Dan |
| 5/10/2022 | Dan Riemenschneider | Time | zzOUTScope | Out of Scope Work | 0.70 | 400 | 280.00 | 280.00 | closing books and questions for management |
| | | | | | | | 925.50 | 712.00 | |