**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

## CERTIFICATION OF JULIE K. ZURN

JULIE K. ZURN does hereby certify as follows:

1. I am a partner of the Applicant, counsel to the Debtors;

2. I am an officer of this Court and am duly licensed to practice law in the State of Ohio;

3. I have read the foregoing Application and the same is true to the best of my knowledge, information and belief;

4. Except as provided in paragraphs 10 and 11(a) through 11(h), no payments have heretofore been made or promised to the Applicant for services rendered or to be rendered in any capacity whatsoever in connection with these bankruptcy proceedings; and

5. That there is no agreement or understanding existing either directly or indirectly for the division of fees between the Applicant or any party or their attorney, except that said compensation may be shared with members or employed associates of the Applicant as provided by law.

Dated: June 30, 2022            /s/ *Julie K. Zurn*
                                Julie K. Zurn

1470983.5

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.