EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No.  21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

**ORDER GRANTING FIRST APPLICATION OF BROUSE MCDOWELL, LPA,
COUNSEL FOR THE DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR
PROFESSIONAL SERVICES RENDERED TO DEBTORS AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD NOVEMBER 23, 2021 THROUGH MAY 31, 2022 ON
AN INTERIM BASIS WITH RESPECT TO SQUIRRELS RESEARCH LABS LLC AND
A FINAL BASIS WITH RESPECT TO THE MIDWEST DATA COMPANY, LLC**

This matter came to be heard on the First Application of Brouse McDowell, LPA,

Counsel for the Debtors, For Allowance of Compensation For Professional Services Rendered to

Debtors and Reimbursement of Expenses For the Period November 23, 2021 through May 31,

2022 on an Interim Basis with Respect to Squirrels Research Labs LLC and a Final Basis with

Respect to the Midwest Data Company LLC (the "Application"); the Court (a) having reviewed

the Application; (b) having read the statements of Brouse McDowell, LPA regarding the relief

requested in the Application; and (c) no objections to the Application having been filed; the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

Court finds that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the Application was just and proper, and (iv) the fees and expenses requested by the Applicant pursuant to the Application were beneficial to the Debtors' estates and are reasonable and necessary expenses of the Debtors' estates. The Court concludes that the Application is well taken and HEREBY ORDERS THAT:

1. The Application is GRANTED as set forth herein.

2. Any terms not specifically defined herein shall have the same meaning as defined in the Application.

3. Proper notice was given.

4. Pursuant to 11 U.S.C. §§ 330 and 331, the Court hereby approves and awards the Applicant fees for the period November 23, 2021 through May 31, 2022 in the amount of $148,343.50 on an interim basis with respect to Squirrels Research Labs LLC and a final basis with respect to MWDC, authorizes Applicant to apply the $12,542.56 in its Trust account towards the payment of the approved fees, and approves and authorizes the Debtors to pay the remaining unpaid fees in the amount of $29,214.54;

5. The Court approves and awards reimbursement for actual and necessary expenses advanced for the period November 23, 2021 through May 31, 2022 in the sum of $6,315.59 on an interim basis with respect to Squirrels Research Labs LLC and a final basis with respect to MWDC.

6. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

7. This Order shall be effective immediately upon entry.

# # #

SUBMITTED BY:

*/s/*
Marc B. Merklin  (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for the Debtors*
*and Debtors-in-Possession*

1470983.5