UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

### NOTICE OF FILING FEE APPLICATIONS OF PROFESSIONALS

**PLEASE TAKE NOTICE THAT** on June 30, 2022, the following professionals in the above-captioned Chapter 11 cases (the "Cases"), filed with the Court the following applications (collectively, the "Applications"):

1. First Application of Brouse McDowell, LPA, Counsel for the Debtors, for Allowance of Compensation For Professional Services Rendered to Debtors, and Reimbursement of Expenses For the Period From November 23, 2021 through May 31, 2022 on an Interim Basis For Squirrels Research Labs LLC and Final Basis For The Midwest Data Company, LLC; Fees: $148,343.50, Expenses: $6,315.59;

2. First Interim Application of CliftonLarsonAllen LLP as Accountants For the Debtors, For Allowance of Compensation of Professional Services Rendered to Squirrels Research Labs LLC For the Period January 31, 2022 Through May 31, 2022; Fees: $8,422.00, Expenses: $476.09; and

3. First and Final Application of CliftonLarsonAllen LLP as Accountants For the Debtors, For Allowance of Compensation of Professional Services Rendered to The Midwest Data Company, LLC For the Period January 31, 2022 Through May 31, 2022; Fees: $712.00, Expenses: $35.60.

**Your rights may be affected. You should read the Applications carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

If you do not want the Court to grant the relief requested in the Applications, or if you want the Court to consider your views on the Applications, then on or before **July 21, 2022**, you or your attorney must file with the Court a written objection explaining your position at:

>Clerk of Court
>U.S. Bankruptcy Court
>Ralph Regula Federal Building
>    and U.S. Courthouse
>401 McKinley Avenue, SW
>Canton, Ohio 44702

You must also serve a copy of your request on the undersigned counsel:

>Marc B. Merklin
>Julie K. Zurn
>Brouse McDowell LPA
>388 S. Main Street, Suite 500
>Akron, Ohio 44311
>
>*Counsel for the Debtors*
>*and Debtors-in-Possession*

Objections to the Application(s) should specifically state: (a) the basis for the objection in the form prescribed by the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, (b) whether the objecting party is a creditor of, or interest holder in, the Debtor's estate and (c) the nature of the objecting party's claim or interest.

A copy of the Applications can be obtained by contacting Julie K. Zurn via telephone at 330.535.5711.

PLEASE TAKE FURTHER NOTICE THAT a hearing on the Applications will be held on **July 26, 2022 at 2:00 p.m.** (ET), or as soon thereafter as this matter may be heard, before the Honorable Russ Kendig at the United States Bankruptcy Court, Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Avenue, SW, Canton, Ohio 44702, **Dial In: (888) 684-8852;**

**Access Code: 3303949#.**[2]; *provided however,* the Court may continue the hearing without further notice.

    If you or your attorney do not take these steps, the Court may grant the relief requested without conducting a hearing and without further notice to you.

Dated:  June 30, 2022                      Respectfully submitted,

                                          */s/ Julie K. Zurn*
                                          Marc B. Merklin (0018195)
                                          Julie K. Zurn (0066391)
                                          BROUSE MCDOWELL, LPA
                                          388 S. Main Street, Suite 500
                                          Akron, Ohio 44311
                                          Telephone: (330) 535-5711
                                          Facsimile: (330) 253-8601
                                          mmerklin@brouse.com
                                          jzurn@brouse.com

                                          *Counsel for the Debtors*
                                          *and Debtors-in-Possession*

1484965

---

[2] For further details on telephonic participation, please refer to Judge Kendig's Notice of Telephonic Hearing Procedure, dated March 18, 2020, at https://www.ohnb.uscourts.gov/sites/default/files/memoranda/telephonic-hearing-procedure-31820.pdf