# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

## CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on June 30, 2022 a true and correct copy of the *Notice of Filing Fee Applications of Professionals* was served via the court's Electronic Case Filing System on the entities and individuals who are listed on the court's Electronic Mail Notice List:

John C. Cannizzaro on behalf of Interested Party Instantiation LLC at John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

Nicholas Paul Capotosto on behalf of Plaintiff Squirrels Research Labs LLC at ncapotosto@brouse.com, tpalcic@brouse.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc. at christopher.combest@quarles.com

John G. Farnan on behalf of Creditor Cincinnati Insurance Company at jfarnan@westonhurd.com

Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company at rgoff@westonhurd.com, jroberts@westonhurd.com

Steven Heimberger on behalf of Interested Party SCEB, LLC at sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd. at
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American
Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at
fschwieg@schwieglaw.com

Bryan Sisto on behalf of Creditor Carl Forsell at bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank at
rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at
jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at
jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at
kate.m.bradley@usdoj.gov


And by regular U.S. Mail on June 30, 2022, on the following:

| | | |
|---|---|---|
| Ohio Power Co. d/b/a AEP Ohio | Andrew Waters | Bittware/Molex LLC |
| Attn: Dwight Snowden | 6653 Main Street | Attn: Tricia McCoy |
| 1 Riverside Plaza, 13th Floor | Williamsville, NY 14221 | 2222 Wellington Ct |
| Columbus, OH 43215 | **UNDELIVERABLE** | Lisle, IL 60532 |

CliftonLarsonAllen LLP
220 S. 6th Street, Suite 300
Minneapolis MN 55402-1436

CT Data LLC
133 River Road
Mystic, CT 06355

Donald Ruffatto
420 Fairview Ave, Apt. 107
Arcadia, CA 91007
**UNDELIVERABLE**

Everhart Glass Co., Inc.
Attn: Linda Monigold
207 Ninth St., SW
PO Box 20645
Canton, OH 44701

Everstream
1228 Euclid Ave #250
Cleveland, OH 44115

FedEx Corporate Services Inc.
3965 Airways Blvd., Module G,
3rd FL
Memphis, TN 38116-5017

Hailu Looyestein
Schout Coxstraat 1
5421GJ Gemert
**NETHERLANDS**

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Group 6
1240 E. Ninth Street, Room 493
Cleveland, OH 44199

IPS Assembly Corp.
Attn: Perry Sutariya
12077 Merriman Rd
Livonia, MI 48150

Jason Price
67 Bartram Trail
Brunswick, GA 31523

Jose A. Rubio
15925 Hopper Lane
San Diego, CA 92127

Mark D'Aria
165 Old Field Rd.
Setauket, NY 11733-1639

Metal Masters
Attn: Bret Kettlewell
125 Williams Dr
Dover, OH 44622

David Chase, et al.
c/o Michael Maranda
293 Durkee Lane
East Patchogue, NY 11772

Office of the U.S. Trustee
201 Superior Ave. East, Suite 441
H.M. Metzenbaum US Courthouse
Cleveland, OH 44114-1234

Office of U.S. Attorney
Attn: Bankruptcy Section
Carl B. Stokes U.S. Court House
801 W. Superior Avenue, Ste 400
Cleveland, OH 44113

Ohio Attorney General
Collections Enforcement Section
Attn: Bankruptcy Unit
30 E. Broad Street, 14th Floor
Columbus, OH 43215

Ohio Bureau of Workers'
Compensation
Attn: Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567

Ohio Department of Job & Family Svcs
Attn: Legal Support-Bankruptcy
PO Box 182830
Columbus, OH 43218-2830

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

Phillippe Germain
102 W. Service Rd #2153466
Champlain, NY 12919

Sam Adams
3417 Bush Street
Stevens Point, WI 54481

Samtec
520 Park E. Blvd.
New Albany, IN 47150

Steven Turnshek
13 Krist Glen Dr
Swissvale, PA 15218
**UNDELIVERABLE**

Trevor Steinle
24106 SE 42nd St
Sammamish, WA 98029

William Paden
205 Plains Rd
Westford, VT 05494

Michael Maranda LLC
c/o Kara Dodson, Esq.,
Soles Law Offices
6545 Market Avenue, N
N. Canton, OH  44721

Instantiation LLC
c/o Jason R. Schendel
Sheppard, Mullin, Richter & Hampton LLP
4 Embarcadero Center, 17th Flr
San Francisco, CA 94111

Internal Revenue Service
Attn: Deputy Director
1240 E. Ninth Street
Cleveland, OH 44199

Michael Maranda
293 Durkee Lane
East Patchogue, NY 11772

A.G. Adjustments, Ltd.
740 Walt Whitman Rd
Melville, NY 11747

Aaron Holquin
2046 Jamison Pl
Santa Clara, CA 95051

TTI, Inc. c/o Commercial Collections
Consultants
16830 Ventura Blvd., Suite 620
Encino, CA 91436-9143

Alton Hare
1200 17th St NW
Washington, DC 20036

Amanda McConnell
191 E. 28th Street
Dover, OH 44622

Aaron Reimer
PMB-AR113422
Sumas, WA 98295-9674
**UNDELIVERABLE**

Ben George
5464 Lake Ave
Orchard Park, NY 14127

Bradley Conn
51 Maple Avenue
Locust Valley, NY 11560

Andrew Gould
4812 Wildflower Drive
North Canton, OH 44720

Brandon Osbourne
1614 Euclid Ave., Apt. 36
Miami Beach, FL 33139-7783
**UNDELIVERABLE**

Brett Mashford
35 Oakmoss Dr
SPRINGFIELD LAKES,
QLD 4300  **AUSTRALIA**

Bradon Pen
56 Varcoe Rd
Courtice, ON L1E 1S5
**CANADA**

Brian Klinger
4018 Shelby Row
Sugar Land, TX 77479

Carl Forsell
c/o James E.P. Sisto
Schuerger Law Group
1001 Kingsmill Parkway
Columbus, OH 43229

Brian Fiducci
24463 Norelius Ave
Round Lake, IL 60073

Cincinnati Insurance
PO Box 145496
Cincinnati, OH 45250-5496

Cincinnati Insurance
6200 S. Gilmore Rd
Fairfield, OH 45014-5141

Chad Clark
876 Jefferson St
Menasha, WI 54952

Culligan of Canton
4810 Southway St., SW
Canton, OH 44706

Daniel Hajdu
Graslaan 111
6833CG Arnhem
**NETHERLANDS**

Clarence Smith
3290 Double Creek Dr N., Apt 301
Plainfield, IN 46168

Darien Lyons
123 James Ter.
Rahway, NJ 07065-2409

Darry Kurpisz
14635 22nd Ave SW
Burien, WA 98166

Daniel Russo
120 High Farms Rd
Glen Head, NY 11545

David Stanfill
772 Treat Blvd.
Tallmadge, OH 44278

Dustin Hooper
20063 W. Jackson St.
Buckeye, AZ 85326-2777

David Reynolds
6046 Jerusalem Drive
Cicero, NY 13039

Fernando Molina
5275 SW 146 AVE
Miami, FL 33175

George D. Jimenez
9396 Broadland Street, NW
Massillon, OH 44646

Fabrizio Simonetti
8 Via Sant' Jacopo in Acquaviva
Livorno, LI 57127
**ITALY**

GS 8100, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

GS1 US, Inc.
300 Princeton South Corporate
Center
Ewing Township, NJ 08628

Gilbert Rodriguez
PO Box 1535
Fabens, TX 79838-1535

Henry Ryan
228 Cranbury Road
Princeton Junction, NJ 08550

Horizon Supply Group
Attn:  Jeff Habbyshaw
3691 Honors Way
Howell, MI 48843

Heather Bradley
1213 N. Chapel Street
Louisville, OH 44641

Israel Garcia
615 Oak Hollow Dr
Newberg, OR 97132

James Holodnak
2910 16th Street, NW
Canton, OH 44708

Isaac Gabriel
Quarles and Brady
One Renissaince Sq
Two North Central Ave
Phoenix, AZ 85004

Jean Viljoen
5 Cape Willow
Hermanus, Western Cape
7200  **SOUTH AFRICA**

Jeffrey Cordell
17517 NW Ashland Drive
Portland, OR 97229

JC Pack
199 Virginia Ave., #292
San Ysidro, CA 92173-2717

Joaquim Ginesta
Emili Grahit 6, 4r 1r
17002 GIRONA, **SPAIN**

Jonathan Hulecki
10505 Cibwerry Ct
Vienna, VA 22182

Jessica Gritzan
1280 Linwood Ave SW
North Canton, OH 44720

Josh Luoni
808 8th St
Fairmont, WV 26554

Joshua Harris
209 N. Horner Blvd.
Sanford, NC 27330

Jordan Kupersmith
888 N. Quincy St
Arlington, VA 22203
**UNDELIVERABLE**

Kimble Companies
3596 SR 39 NW
Dover, OH 44622

Kyle Slutz
1116 W. Nimisila Road
Clinton, OH 44216

JPMorgan Chase Bank
1111 Polaris Pkwy
Columbus, OH 43240

Luco Gilardi
Ul. Slivnitsa 188
Sofia 1202
**BULGARIA**

Mario Fortier
10 Orchard Lane
Chelmsford, MA 01824

Kyle Tricarico
5464 Lake Ave
Orchard Park, NY 14127

Mark Veon
2547 S. 3rd Street
Milwaukee, WI 53207

Michael Dai
43174 Christy Street
Fremont, CA 94538

Marius Nastasenko
Taikos g. 148
Vilnius,  Vilniaus Apskritis 5227
**LITHUANIA** *UNDELIVERABLE*

Michael Riley
2506 SW 23rd Cranbrook Dr
Boynton Beach, FL 33436

Michael Robinson
103 Hunters Ct
Forest, VA 24551

Michael Rampton
6222 12th Street, North
Arlington, VA 22205

Miguel Chacon
120 NW 6th Ave
Miami, FL 33128

Mohamed Kazem
27 Orwell Street, Potts Point
SYDNEY, NSW 2011
**AUSTRALIA**
*UNDELIVERABLE*

Naoaki Kita
Kigoshimachi
Kanazawa-shi
Ishikawaken 920-0203
**JAPAN** *UNDELIVERABLE*

Nick Yarosz
3019 Ellington Dr
Summerville, SC 29485

Nicolas Rochon
4278 Beausoleil
Terrebonne QC J6V 1G1
**CANADA**

NJEB Partners
c/o Melissa Giberson, Vorys, Sater,
Seymour & Pease LLP
52 East Gay St.
Columbus, OH 43215 10001

One Haines Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

One Skymax Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Pat Clay
72 Baker Dr
Gansevoort, NY 12831

Patrick Nadeau
311 Andrews Rd
Wolcott, CT 06716

Christophe Touzet
32 Rouillon
Saint Germain En Cogles 35133
**FRANCE**

Peter Ensor
Powerstown House
Clonee, Dublin
D15 YH52
**IRELAND**

Premier Bank
c/o Atty. Richard Thomas
6 Federal Plaza Central, Suite 1300
Youngstown, OH 44503

R. Scott Heasley
Meyers, Roman, Friedberg &
Lewis
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122

Rajesh Bhakar
Sector 9d/204, 2nd Flr Akarti
Apartment
Jaipur Rajasthan 302021  **INDIA**

Raymond Wodarczyk
KinzigstraâˆšÃ¼e 28
10247 Berlin  **GERMANY**
*UNDELIVERABLE*

Richard Bergstrom
30107 Mountain View Dr
Hayward, CA 94544

Richard Weeks
4199 Defoors Farm Dr
Powder Springs, GA 30127

Robin Wolf
Fasangasse 49
Vienna. Wien 1030  **AUSTRIA**
*UNDELIVERABLE*

Seth Stanfill
1515 24th Street, NW
Canton, OH 44709

Ryan Marfone
98 N. Hawkhurst Cir
The Woodlands, TX 77354

Squirrels LLC
121 Wilbur Drive NE
North Canton, OH 44720

Tim Bredemus
9757 Union Terrace Ln N
Maple Grove, MN 55369
**UNDELIVERABLE**

Tri Ho
1180 N. Cherry Way
Anaheim, CA 92801

Uline
12575 Uline Dr
Pleasant Prairie, WI 53138

Welbour Espartero
46 6th Ave NE
Swift Current, SK S9H 2L7
**CANADA**

Robert Oxsen
12795 Lowhills Rd
Nevada City, CA 95959-9074

Arran Gracie
221 Southwest Alder Street
Portland, OR 97204
**UNDELIVERABLE**

James Soldi
2208B Clark Ln
Redondo Beach, CA 90278-4304

Scott Chen
4058 Case St
Elmhurst, NY 11373
**UNDELIVERABLE**

Stefano Chiesa
41, Via III Novembre
Fucine Tn 38026
 **ITALY**

Tommy DeFreitas
14114 N. Wind Cave Ct
Conroe, TX 77384

Troy Keplinger
1730 E. Park St
Enid, OK 73701

Marco Mendoza
29407 Pyrite St
Menifee, CA 92584

Aditya Chauhan
510 Roosevelt St.
Roselle Park, NJ 07204-1512

Aaron Strating
411B Vancouver St
Victoria, BC V8v 3t4
**CANADA**

Fabian Delmotte
Rue de Favence 29
Nandrin, -- 4550
**BELGUIM**

Barry Gluntz
2350 Winfield Ave
Rocky River, OH 44116

Thom Kuznia
5733 York Ave. S.
Edina, MN 55410

TorEA Consulting
c/o David M. Neumann
Meyers Roman Friedberg & Lewis LPA
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122

U.S. Small Business
Administration
District Counsel
1350 Euclid Ave, Suite 211
Cleveland, OH 44115

Robert Renna
48 Samantha Dr
Morganville, NJ 07751-4006

Richard Hall
61 Falkirk Avenue
Wellington, WGN 6022
**NEW ZEALAND**

Andrew Wolf
1960 SW Old Sheridan Rd
McMinnville, OR 97128-8686

Richard Ramazinski
1000 Flower Drive, STE LKS 2035
Glendale, CA 91201

Matthew Peterson
3390 Stratford Rd NE
Unit 516
Atlanta, GA 30326

Jack Cooper
4684 Douglas Circle NW
Canton, OH 44735

Lance Colton
301-10140 150 St NW
Edmonton, AB T5P 1P1
**CANADA**

David Burlington
38 Bryant St APT 804
San Francisco, CA 94105-6119
**UNDELIVERABLE**

Pascal Peters
P.H.J.J. Peters Holding B.V.
Parklaan 6
Oss, Noord Brabant 5345 BV
**NETHERLANDS**

Matteo Trinca
Lania Geo  Ltd.
10 Zahesi Territory  Svimon Shotadze
Tbilisi, T'bilisi 0178  **GEORGIA**
**UNDELIVERABLE**

Jason Palmer
6559 Argonne Blvd.
New Orleans, LA 70124

Dean Givens
170 Glad Spring Dr.
Lexington, SC 29072

Haley Williams
518 Washington St.
Santa Cruz, CA 95060

Bill Gallagher
591 Lantern Way
Aurora, OH 44202

Everett Fominyen
6733 N. 105th Ave.
Omaha, NE 68122

Jeffrey Willis
987 S. High Street
Columbus, OH 43206

Enrique Espinosa
4009 Old Bridgeview Ln
Charleston, SC 29403

Jason Rettburg
670 Robinhood Dr.
Aurora, OH 44202

Tim Robinson
2376 Burg Street
Granville, OH 43023

Gail O'Connell
8960 Ringview Dr.
Mechanicsville, VA 23116

Sidney Keith
8127 Larkspur Ave NW
North Canton, OH 44720

Elloit Boutin
9400 E. Lincoln Street Apartments,
Unit 409
Wichita, Kansas 67207

Justin O'Connell
15712 Whirland Dr.
Midlothian, VA 23112

Envista Forensics LLC,
dba AREPA
c/o David M. Neumann
Meyers Roman Friedberg & Lewis LPA
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122

Gabriel and Andrew Boutin
48 Cascade St.
Essex Junction, VT 05452-0545

Tulip
5464 Lake Ave
Orchard Park, NY 14127

Gregory Almedia
240 Old Foamy Rd.
Cleburne, TX 76033

Jon Bulger
5169 Freeman Rd.
Orchard Park, NY 14127

William Sweeney
10 Westedge St., Unit 725
Charleston, SC 29403

Squirrels 401(k) & Profit-Sharing
Plan
c/o Plan Sponsor, Squirrels, LLC
121 Wilbur Drive, NE
North Canton, OH 44720

Stephen Allison
18 Monument Dr.
Stafford, VA 22554

ProTech Security
PO Box 35034
Canton, OH 44735

SCEB LLC
Attn: Stephen Allison
18 Monument Dr.
Stafford, VA 22554

Avnet Inc.
Attn: Dennis Losik
5400 Prairie Stone Pkwy
Hoffman Estates, IL 60192

Avnet Inc.
c/o Michael Walker, General Counsel
2211 S. 47th Street
Phoenix, AZ 85034

Avnet Inc.
5400 Prairie Stone Pkwy
Hoffman Estates, IL 60192

Jeff Schugart
13918 Bond Street
Overland Park, KS 66221

SF Mining LLC
12795 Lowhills Rd.
Nevada City, CA 95959

Instantiation, LLC
Attn: Sam Cassatt
434 Dorado Beach E
Dorado, **PUERTO RICO** 00646

And by email on June 30, 2022, on the following:

Artem Pylypchuk at articicejuice@gmail.com
Jose Nunez at admin@croxmoon.com
Michael Erceg at michael.erceg@gmail.com
Spencer Gabriel Singh at spencersingh96@gmail.com
Todd Dallimore at tdallimore@start.ca
Yannick Vergult at yannick.vergult@gmail.com
Henrik Gustafsson at henrik@virtualduck.net
Ruben Sousa at sousa.ruben2@gmail.com
Robin Wolf at robin.90@hotmail.de
Donald Ruffatto at Druffato@gmail.com
Jordan Kupersmith at jordankupersmith@gmail.com
Scott Chen at madam.ng16@gmail.com
Mohamed Kazem at nabilkazem@mail.com
Tim Bredemus at tcbred@gmail.com
David Burlington at dburlington@yahoo.com

Dated:  June 30, 2022

Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for the Debtors and*
*Debtors-in-Possession*

[1485517]