UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 21-61491 |
| | ) | |
| Squirrels Research Labs LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Kendig |

## AMENDED CERTIFICATE OF SERVICE OF OBJECTION OF FLEUR-DE-LIS DEVELOPMENT, LLC, TO THE AMENDED PLAN OF LIQUIDATION FILED BY DEBTOR SQUIRRELS RESEARCH LABS, LLC (DOC. 257)

I certify that on July 5, 2022, a true and correct copy of the *Objection Of Fleur-De-Lis Development, LLC, To The Amended Plan Of Liquidation Filed By Debtor Squirrels Research Labs, LLC* (Doc. 257) was served:

<u>Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:</u>

- John C. Cannizzaro – John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com
- Nicholas Paul Capotosto – ncapotosto@brouse.com, tpalcic@brouse.com
- Christopher Paul Combest – christopher.combest@quarles.com
- John G. Farnan – jfarnan@westonhurd.com
- Robert E. Goff – rgoff@westonhurd.com, jroberts@westonhurd.com
- Steven Heimberger – sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com
- Jeannie Kim – JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com
- Marc Merklin – mmerklin@brouse.com, tpalcic@brouse.com; mmiller@brouse.com
- David M. Neumann – dneumann@meyersroman.com, jray@meyersroman.com; mnowak@meyersroman.com
- Christopher Niekamp – cniekamp@bdblaw.com
- Matthew T. Schaeffer – mschaeffer@baileycav.com, lpatterson@baileycav.com
- Paul J. Schumacher – pschumacher@dmclaw.com, tgross@dmclaw.com

- Frederic P. Schwieg – fschwieg@schwieglaw.com
- Frederic P. Schwieg – fschwieg@schwieglaw.com
- Bryan Sisto – bsisto@fbtlaw.com
- Richard J. Thomas – rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com
- United States Trustee – (Registered address)@usdoj.gov
- Joshua Ryan Vaughan – jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM; HouliECF@aol.com
- Julie K. Zurn – jzurn@brouse.com, tpalcic@brouse.com
- Kate M. Bradley ust44 – kate.m.bradley@usdoj.gov

        Respectfully submitted,

*/s/ Matthew T. Schaeffer*
Matthew T. Schaeffer (0066750)
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
Phone: 614-229-3289 / Fax: 614-221-0479
E-Mail: mschaeffer@baileycav.com
Counsel for Fleur-De-Lis Development, LLC

2

#2127783v1

21-61491-tnap    Doc 259    FILED 07/06/22    ENTERED 07/06/22 13:36:45    Page 2 of 2