Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11      12/17

Month: __June 2022__

Line of business: __technology__

Date report filed: __07/21/2022__
MM / DD / YYYY

NAISC code: __3344__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Respons ble party: __David Stanfill- CEO__

Original signature of responsible party ____

Printed name of responsible party __David A Stanfill__

## ▮ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?  ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____ 129.26

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ _____ 16938.30.

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ _____ -16953.30

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ _____ -15.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ _____ 114.26

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    $ _____ 0

    *(Exhibit E)*

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                              $ _____78880._____

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                          _____0_____
27. What is the number of employees as of the date of this monthly report?             _____0_____

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ ___16,902.65___
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ __120,458.41__
30. How much have you paid this month in other professional fees?                                  $ _____0_____
31. How much have you paid in total other professional fees since filing the case?                 $ _____0_____

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 1000.00 | − | $ 16938.30 | = | $ -15938.30 |
| 33. **Cash disbursements** | $ -4000.00 | − | $ 16,953.30 | = | $ -12953.30 |
| 34. **Net cash flow** | $ -3000.0 | − | $ -15.00 | = | $ 2985.00 |

35. Total projected cash receipts for the next month:                                  $ _____750.00_____
36. Total projected cash disbursements for the next month:                           − $ _____2500.00_____
37. Total projected net cash flow for the next month:                                = $ _____-1750.00_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39. Bank reconciliation reports for each account.

- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.



**CHASE** ◯
JPMorgan Chase Bank N A
P O Box 182051
Co umbus OH 43218 - 2051

June 01 2022 through June 30 2022
Account Number: ████████7035

00030830 DRE 001 141 18222 NNNNNNNNNNN T 1 000000000 60 0000
SQUIRRELS RESEARCH LABS LLC
DEBTOR IN POSSESSION 21-41491
121 WILBUR DR NE
NORTH CANTON OH 44720-1641

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## Good news – You now have more time to avoid overdraft fees

With Chase Overdraft Assist[SM,1], we won't charge an overdraft fee ($34 Insufficient Funds Fee) if you're overdrawn by $50 or less at the end of the business day. And now, for Chase Business Complete Checking[SM], Chase Total Business Checking[®], Chase Business Classic Checking[SM], and Chase Business Select Checking[SM] accounts, we won't charge an overdraft fee if you're overdrawn by more than $50 and you bring your account balance to overdrawn by $50 or less at the end of the <u>next</u> business day (you have until 11pm ET / 8pm PT to make a deposit or transfer[2]).[3]

### Receive alerts when your account balance is overdrawn with Account Alerts[4]

- You can sign up to receive alerts by email, text message and push notification when your account is overdrawn. This alert will also notify you when your account is overdrawn by more than $50 and you need to make a deposit or transfer to avoid overdraft fees.
- If you'd like to enroll, you can sign in to chase.com or the Chase Mobile[®] app[5], select "Alerts" from the navigation menu and follow the instructions to choose "My account is overdrawn" alert and delivery methods.

As a reminder, we pay overdrafts at our discretion so we don't guarantee that we will always pay any type of transaction. You're responsible to make a deposit or transfer to avoid overdraft fees, even if you do not receive a notification alerting you that your account is overdrawn more than $50.

For eligibility and additional information on our overdraft services and associated fees for Chase Business Complete Checking and other products, please refer to the Additional Banking Services and Fees for Business Accounts (chase.com/business/disclosures), or call us at the number on your statement. We accept operator relay calls.

[1]Chase Overdraft Assist is avai ab e with e igib e accounts and products and does not require enro ment

[2]If you make a deposit or transfer this assumes we don t p ace a ho d on the funds or that a check deposit is not returned

[3]For Chase Performance Business Checking [®] Chase P atinum Business Checking [SM] Chase Ana ysis Business Checking [SM] certain comp ex products (such as Automatic Do ar Transfer (ADT)) or for other accounts with discretionary overdraft review you wi on y have unti 11pm ET (8pm PT) on the same business day and not the next business day to make a deposit or transfer to bring your account ba ance to overdrawn by $50 or ess

[4]Account A erts: There is no charge from Chase but message and data rates may app y De ivery of a erts may be de ayed for various reasons inc uding service outages affecting your phone wire ess or internet provider; techno ogy fai ures; and system capacity imitations Any time you review your ba ance keep in mind it may not ref ect a transactions inc uding recent debit card transactions or checks you have written A qua ifying Chase transfer account is required to transfer funds via text

[5]The Chase Mobi e app is avai ab e for se ect mobi e devices Message and data rates may app y

## Important changes: Chase Business Complete Checking[SM]

Starting with the October monthly statement period, we're updating the ways you can avoid the Monthly Service Fee, as follows:

If you meet any of the following qualifying activities for each Chase Business Complete Checking account in a monthly statement period, we will waive the $15 Monthly Service Fee:
- Maintain a linked Chase Private Client Checking[SM] account OR

21-61491-rk    Doc 263    FILED 07/22/22    ENTERED 07/22/22 11:44:58    Page 5 of 14


- Meet Chase Military Banking requirements OR
- Fulfill at least one of the following qualifying activities:
    1. <u>Minimum Daily Ending Balance</u>: Maintain a minimum daily ending balance of at least $2,000 in the Chase Business Complete Checking account each business day during the monthly statement period[1]
    2. <u>Chase Payment Solutions[SM] Activity</u>: Have at least $2,000 of aggregate eligible deposits[2] into the Chase Business Complete Checking account at least one day before the end of the monthly statement period[3] using one or more of the following:
        - Chase QuickAccept[SM] including Chase Smart Terminal[SM]
        - InstaMed Patient Payments and InstaMed Patient Portal
        - Other eligible Chase Payment Solutions products[4]
    3. <u>Chase Ink® Business Card Activity</u>: Spend at least $2,000 on eligible purchases[5] in the most recent monthly Ink card billing cycle[6]

[1]The month y statement period for Chase Business Comp ete Checking ends on the ast business day of each month For the purposes of the Minimum Dai y Ending Ba ance requirement the ast day of the month y statement period is exc uded

[2]E igib e deposits are net of chargebacks refunds or other adjustments

[3]The cutoff time for e igib e deposits from QuickAccept InstaMed and other e igib e Chase Payment So utions is 11:59 p m Eastern Time one day prior to the ast day of your Chase Business Comp ete Checking month y statement period For examp e if your Chase Business Comp ete Checking month y statement period ends on November 30 the cutoff time wou d be 11:59 p m Eastern Time on November 29

[4]An e igib e product has a transaction history that is viewab e on Chase Business On ine Chase Connect ® or J P Morgan Access ®

[5]E igib e purchases must be made using Chase Ink Business Card(s) associated with the same business as your Chase Business Comp ete Checking account as ref ected in Chase records and must earn Chase U timate Rewards ® points Certain purchases and transactions are exc uded from earning Chase U timate Rewards points as described in your Rewards Program Agreement avai ab e on chase com/u timaterewards

[6]The most recent month y Ink bi ing cyc e wi be used if it s different from your Chase Business Comp ete Checking month y statement period

## On August 21, 2022, fees for cashier's checks and counter checks are changing

We're making the following fee changes and, depending on the type of account you have with us, you may be affected:

- **Cashier's check fee:** This fee will increase from $8.00 to $10.00 per check.
- **Counter check fee:** This fee will increase from $2.00 to $3.00 per page.

Please note: We'll continue to waive these fees for Chase Performance Business Checking® and Chase Platinum Business Checking[SM] accounts.

For more information about banking fees, please read the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement, which you can find at **chase.com/business-deposit-disclosures**, or visit a branch.

If you have any questions, please call the number on this statement. We accept operator relay calls.

## CHECKING SUMMARY | Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $129.26 |
| Fees | 1 | -15.00 |
| **Ending Balance** | 1 | $114.26 |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/30 | Monthly Service Fee | $15.00 |
| **Total Fees** | | **$15.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 06/30 | $114.26 |


**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Ca us at 1-866-564-2262 or write us at the address on the front of this statement (non-persona accounts contact Customer Service) immediate y if you think your statement or receipt is incorrect or if you need more information about a transfer isted on the statement or receipt

For persona accounts on y: We must hear from you no ater than 60 days after we sent you the FIRST statement on which the prob em or error appeared Be prepared to give us the fo owing information:

- Your name and account number
- The do ar amount of the suspected error
- A description of the error or transfer you are unsure of why you be ieve it is an error or why you need more information

We wi investigate your comp aint and wi correct any error prompt y If we take more than 10 business days (or 20 business days for new accounts) to do this we wi credit your account for the amount you think is in error so that you wi have use of the money during the time it takes us to comp ete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediate y if your statement is incorrect or if you need more information about any non-e ectronic transactions (checks or deposits) on this statement If any such error appears you must notify the bank in writing no ater than 30 days after the statement was made avai ab e to you For more comp ete detai s see the Account Ru es and Regu ations or other app icab e account agreement that governs your account Deposit products and services are offered by JPMorgan Chase Bank N A Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**



This Page Intentionally Left Blank

<u>Exhibit A</u>
No Data to Report

Exhibit B

Legal bills paid to debtor's professionals were paid by MWDC on behalf of SQRL.

Exhibit C

.

6/10/22- $35.65- Ascensus Trust- 401k Fees paid by MWDC on behalf of SQRL
6/17/22-$5980.00- Brouse McDowell- Legal Fees paid by MWDC on behalf of SQRL
6/17/22-$10922.65-Brouse McDowell-Legal Fees paid by MWDC on behalf of SQRL

Exhibit D

| Posting Date | Description | Amount | Notes |
|---|---|---|---|
| 6/30/22 | Monthly Serv | $15.00 | Service Fee |
| 6/17/22 | Brouse McDc | $10,922.65 | Legal Fees |
| 6/17/22 | Brouse McDc | $5,980.00 | Legal Fees |
| 6/10/22 | Ascensus Tru | $35.65 | Ascensus Fees |

Exhibit E
No data to report for this period.

Schedule F SQRL

| Name | Amount |
|------|--------|
| Intel | $78,880.00 |