UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Squirrels Research Labs LLC, *et al.*[1] ) | Case No. 21-61491 |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Judge Russ Kendig |
| _____ ) | |

## THE MIDWEST DATA COMPANY LLC'S NOTICE OF SUBSTANTIAL CONSUMMATION OF PLAN OF REORGANIZATION

The Midwest Data Company LLC, proponent of the Plan of Reorganization dated February 21, 2022 (the "Plan"), hereby gives notice that the Plan confirmed by the Court on April 28, 2022 has been substantially consummated. The Effective Date of the Plan was May 26, 2022.

Dated: July 25, 2022

Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE MCDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for The Midwest Data Company LLC*

---

[1] The debtors in these Chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.