**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No.  21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

## <u>CERTIFICATE OF SERVICE</u>

I, Julie K. Zurn, hereby certify that on July 25, 2022 a true and correct copy of *The Midwest Data Company LLC's Notice of Substantial Consummation of Plan of Reorganization* was served via the court's Electronic Case Filing System on the entities and individuals who are listed on the court's Electronic Mail Notice List:

John C. Cannizzaro on behalf of Interested Party Instantiation LLC at
John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

Nicholas Paul Capotosto on behalf of Debtor Squirrels Research Labs LLC at
ncapotosto@brouse.com, tpalcic@brouse.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc. at
christopher.combest@quarles.com

John G. Farnan on behalf of Creditor Cincinnati Insurance Company at
jfarnan@westonhurd.com

Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company at
rgoff@westonhurd.com, jroberts@westonhurd.com

Steven Heimberger on behalf of Interested Party SCEB, LLC at sheimberger@rlbllp.com,
HeimbergerSR82735@notify.bestcase.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at
JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at
mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd. at
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American
Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at
fschwieg@schwieglaw.com

Bryan Sisto on behalf of Creditor Carl Forsell at bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank at
rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at
jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at
jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at
kate.m.bradley@usdoj.gov

And by regular U.S. Mail on July 25, 2022, on the following:

Ohio Power Co. d/b/a AEP Ohio
Attn: Dwight Snowden
1 Riverside Plaza, 13th Floor
Columbus, OH 43215

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Group 6
1240 E. Ninth Street, Room 493
Cleveland, OH 44199

Internal Revenue Service
Attn: Deputy Director
1240 E. Ninth Street
Cleveland, OH 44199

Office of the U.S. Trustee
201 Superior Ave. East, Suite 441
H.M. Metzenbaum US Courthouse
Cleveland, OH 44114-1234

Ohio Attorney General
Collections Enforcement Section
Attn: Bankruptcy Unit
30 E. Broad Street, 14th Floor
Columbus, OH 43215

Ohio Bureau of Workers' Compensation
Attn: Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567

Office of U.S. Attorney
Attn: Bankruptcy Section
Carl B. Stokes U.S. Court House
801 W. Superior Avenue, Ste 400
Cleveland, OH 44113

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

Ohio Department of Job & Family Svcs
Attn: Legal Support-Bankruptcy
PO Box 182830
Columbus, OH 43218-2830

Instantiation LLC
c/o Jason R. Schendel
Sheppard, Mullin, Richter & Hampton LLP
4 Embarcadero Center, 17th Flr
San Francisco, CA 94111

Jose A. Rubio
15925 Hopper Lane
San Diego, CA 92127

Michael Maranda LLC
c/o Kara Dodson, Esq., Soles Law Offices
6545 Market Avenue, N
N. Canton, OH  44721

Cincinnati Insurance
PO Box 145496
Cincinnati, OH 45250-5496

Cincinnati Insurance
6200 S. Gilmore Rd
Fairfield, OH 45014-5141

Michael Maranda
293 Durkee Lane
East Patchogue, NY 11772

Marco Mendoza
29407 Pyrite St
Menifee, CA 92584

Robert Renna
48 Samantha Dr
Morganville, NJ 07751-4006

Jonathan Hulecki
10505 Ciwberry Ct
Vienna, VA 22182

Aditya Chauhan
510 Roosevelt St.
Roselle Park, NJ 07204-1512

Richard Hall
61 Falkirk Avenue
Wellington, WGN 6022
**NEW ZEALAND**

Robert Oxsen
12795 Lowhills Rd
Nevada City, CA 95959-9074

Aaron Strating
411B Vancouver St
Victoria, BC V8v 3t4
**CANADA**

Andrew Wolf
1960 SW Old Sheridan Rd
McMinnville, OR 97128-8686

Arran Gracie
221 Southwest Alder Street
Portland, OR 97204
*UNDELIVERABLE*

Fabian Delmotte
Rue de Favence 29
Nandrin, -- 4550
**BELGUIM**

Richard Ramazinski
1000 Flower Drive, STE LKS 2035
Glendale, CA 91201

James Soldi
2208B Clark Ln
Redondo Beach, CA 90278-4304

Barry Gluntz
2350 Winfield Ave
Rocky River, OH 44116

Matthew Peterson
3390 Stratford Rd NE
Unit 516
Atlanta, GA 30326

Lance Colton
301-10140 150 St NW
Edmonton, AB T5P 1P1
**CANADA**

David Burlington
38 Bryant St APT 804
San Francisco, CA 94105-6119
**UNDELIVERABLE**

Haley Williams
518 Washington St.
Santa Cruz, CA 95060

Jason Palmer
6559 Argonne Blvd.
New Orleans, LA 70124

David Stanfill
772 Treat Blvd.
Tallmadge, OH 44278

Jessica Gritzan
1280 Linwood Ave SW
North Canton, OH 44720

Andrew Gould
4812 Wildflower Drive
North Canton, OH 44720

Kyle Slutz
1116 W. Nimisila Road
Clinton, OH 44216

Sidney Keith
8127 Larkspur Ave NW
North Canton, OH 44720

George D. Jimenez
9396 Broadland Street, NW
Massillon, OH 44646

Jeff Schugart
13918 Bond Street
Overland Park, KS 66221

SCEB LLC
Attn: Stephen Allison
18 Monument Dr.
Stafford, VA 22554

SF Mining LLC
12795 Lowhills Rd.
Nevada City, CA 95959

And by email on July 25, 2022, on the following:

Artem Pylypchuk at articicejuice@gmail.com
Jose Nunez at admin@croxmoon.com
Michael Erceg at michael.erceg@gmail.com
Spencer Gabriel Singh at spencersingh96@gmail.com
Todd Dallimore at tdallimore@start.ca
Yannick Vergult at yannick.vergult@gmail.com
Henrik Gustafsson at henrik@virtualduck.net
David Burlington at dburlington@yahoo.com

Dated:  July 25, 2022

Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for the Debtor and*
*Debtor-in-Possession*

[1494751]