Northern District Of Ohio
United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

**Case No. 21−61491−rk**

**In re:**

| | |
|---|---|
| Squirrels Research Labs LLC<br>8050 Freedom Avenue NW<br>North Canton, OH 44720 | The Midwest Data Company LLC<br>8050 Freedom Avenue NW<br>8050 Freedom Avenue NW<br>North Canton, OH 44720 |

**Social Security No.:**

**Employer's Tax I.D. No.:**
83−0829310                                          84−3221213

## NOTICE OF CONFIRMATION OF PLAN

**To the Creditors and Parties in Interest:**

On July 28, 2022 , this Court entered an Order confirming the Debtor's Plan of Reorganization. Be advised that the confirmed plan and order confirming plan are on file with:

United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

**Dated:** July 28, 2022                                                                                    For the Court
Form ohnb242                                                                                                  Josiah C. Sell, Clerk