# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE SQUIRRELS RESEARCH LABS LLC, *ET AL.*<br>*Debtors* | CASE NO. 21-61491-RK<br>(JOINTLY ADMINISTERED)<br>CHAPTER 11<br>SUBCHAPTER V<br>JUDGE KENDIG |

### FIRST AND FINAL APPLICATION OF FREDERIC P. SCHWIEG, FOR APPROVAL OF COMPENSATION AS TRUSTEE THROUGH CONFIRMATION OF PLANS

Frederic P. Schwieg, moves the Court for an order finally approving this first and final application for fees through confirmation of plans as the duly appointed Subchapter V Trustee ("Trustee") in the amount of amount of $12,510.00 and allowing him that amount as an administrative expense against the bankruptcy estate, allowing him to retain the interim payments in the amount of $3,870 already received from the Debtor and authorizing and directing the Debtor to pay him the balance of $8,640.00.

## I. JURISDICTION

The court has jurisdiction over this matter pursuant to 28 U.S.C. §1334(a), (b) and (e) and General Order 2012-7 of the United States District Court for this District. This is a core proceeding in which the Court may enter a final order pursuant to 28 U.S.C. §157(b)(2)(A), (B), (M) and (O).

## II. NARRATIVE SUMMARY

### A. BACKGROUND

This is a jointly administered case of Squirrels Research Labs LLC, case no. 21-61491 ("SQRL") and The Midwest Data Company LLC case no. 21-61492 ("MWDC"). On November 30, 2021, the Office of the United States Trustee appointed Mr. Schwieg as the Trustee for MWDC [Doc 28 in MWDC case and SQRL [Doc. 35 in SQRL case]. The Trustee is compensated on an hourly basis, and all payments to be made to the Trustee are to be from funds

FEE APP.DOCX

held by the debtor; no other payments have been promised to him other than those approved by the Court.

Pursuant to the order approving interim compensation to professionals in this case, Mr. Schwieg received $1,470 from the Debtor on February 22., 2022 in payment of invoice 157, and $2,400 from the Debtor on July 27, 2022 in partial payment of invoice 167 all of which invoices are attached along with invoice 172 hereto.

Mr. Schwieg is an experienced bankruptcy lawyer having been practicing before this Court since 1987. Mr. Schwieg is a former law clerk to the Hon. John F. Ray, Jr., and has represented Trustees, bankruptcy trustees, and Chapter 11 debtors in possession in numerous bankruptcy cases. Mr. Schwieg is one of four Subchapter V Small Business Chapter 11 Case Trustees for this district.

The hourly rates charged on the attached exhibit are the usual and customary charges to all of Mr. Schwieg's clients for services of the type provided, at the time provided. This application covers the period from November 30, 2021 through the date of this application.

### B. CASE STATUS

Both MWDC and SQRL have confirmed plans; MWDC one of reorganization and SQRL one of liquidation. Mr. Schwieg participated in both the hearings on confirmation for both Debtors but far more of his time was spent in dealing with issues in the SQRL case, as more objections to matters in that case were raised by creditors. Mr. Schwieg was appointed after SQRL had already filed a motion to sell all its assets on an emergency basis. Later this motion was challenged by one of the creditors. Mr. Schwieg had discussions with both the US Trustee and the creditor regarding the sale. Ultimately the Court declined to reverse the sale order. Mr. Schwieg thereafter negotiated with the Debtor regarding the terms of a plan whereby Mr.

Schwieg would conduct the investigation into transfers to insiders of SQRL. This plan was the version ultimately confirmed by the court.

### C. PROJECT SUMMARY

The Trustee's services are detailed on the attached invoices.

### D. EXPENSES

The Trustee incurred no expenses in connection with this case.

### E. CONCLUSION

Therefore Frederic P. Schwieg the duly appointed Subchapter V Trustee requests that this Court enter an order approving his fees in the amount of in the amount of amount of $12,510.00 and allowing him that amount as an administrative expense against the bankruptcy estate, allowing him to retain the interim payments in the amount of $3,870 already received from the Debtor and authorizing and directing the Debtor to pay him the balance of $8,640.00. A proposed order is attached.

Respectfully Submitted,
/s/ Frederic P. Schwieg, Trustee

Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
19885 Detroit Rd. #239
Rocky River, OH 44116
(440) 499-4506
Fax (440) 398-0490
fschwieg@schwieglaw.com

## CERTIFICATE OF SERVICE

A copy of this Application for Approval of Trustee Fees and Reimbursement of Expenses was served by was electronically transmitted on or about the date filed via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list

John C. Cannizzaro on behalf of Interested Party Instantiation LLC
John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

Nicholas Paul Capotosto on behalf of Debtor Squirrels Research Labs LLC
ncapotosto@brouse.com, tpalcic@brouse.com

Nicholas Paul Capotosto on behalf of Plaintiff Squirrels Research Labs LLC
ncapotosto@brouse.com, tpalcic@brouse.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc.

FEE APP.DOCX

christopher.combest@quarles.com

John G. Farnan on behalf of Creditor Cincinnati Insurance Company
jfarnan@westonhurd.com

Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company
rgoff@westonhurd.com, jroberts@westonhurd.com

Steven Heimberger on behalf of Interested Party SCEB, LLC
sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

Jeannie Kim on behalf of Interested Party Instantiation LLC
JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC
mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

Marc Merklin on behalf of Plaintiff Squirrels Research Labs LLC
mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd.
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC
cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Fleur-de-Lis Development, LLC
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino
mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power
pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg
fschwieg@schwieglaw.com

Bryan Sisto on behalf of Creditor Carl Forsell
bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank
rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation
jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC
jzurn@brouse.com, tpalcic@brouse.com

Julie K. Zurn on behalf of Debtor The Midwest Data Company LLC
jzurn@brouse.com, tpalcic@brouse.com

Julie K. Zurn on behalf of Plaintiff Squirrels Research Labs LLC
jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee
kate.m.bradley@usdoj.gov

        /s/ Frederic P. Schwieg
        Frederic P. Schwieg

# Frederic P. Schwieg, Esq., Attorney at Law     INVOICE

19885 Detroit Rd. #239  
Rocky River, OH 44116-1815  
Phone: 4404994506  
Email: fschwieg@schwieglaw.com

Invoice # 157  
Date: 01/14/2022  
Due On: 02/13/2022

Fred Schwieg  
19885 Detroit Rd. #239  
Rocky River, OH 44116

## Schwieg-Squirrels Research Labs LLC-00132

## Squirrels Research Labs LLC

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 11/30/2021 | call from Kate Bradley re background | 0.20 | $300.00 | $60.00 |
| Service | 11/30/2021 | review Motions set for hearing | 1.00 | $300.00 | $300.00 |
| Service | 11/30/2021 | call with J Zurn re background of case | 0.30 | $300.00 | $90.00 |
| Service | 12/01/2021 | hearing on first day motions | 0.30 | $300.00 | $90.00 |
| Service | 12/01/2021 | review declaration | 0.60 | $300.00 | $180.00 |
| Service | 12/01/2021 | call from M Steel re status of case | 0.20 | $300.00 | $60.00 |
| Service | 12/01/2021 | review proposed sale order | 0.60 | $300.00 | $180.00 |
| Service | 12/02/2021 | IDI | 1.20 | $300.00 | $360.00 |
| Service | 12/15/2021 | prepare and file response to motion for interim payment | 0.50 | $300.00 | $150.00 |

| | |
|---|---|
| Quantity Subtotal | 4.9 |
| Quantity Total | 4.9 |
| Subtotal | $1,470.00 |
| Total | $1,470.00 |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

Page 1 of 2

21-61491-tnap    Doc 274    FILED 08/02/22    ENTERED 08/02/22 16:17:47    Page 6 of 15

| 157 | 02/13/2022 | $1,470.00 | $0.00 | $1,470.00 |
|---|---|---|---|---|
| | | | **Outstanding Balance** | **$1,470.00** |
| | | | **Amount in Trust** | **$0.00** |
| | | | **Total Amount Outstanding** | **$1,470.00** |

Please make all amounts payable to: Frederic P. Schwieg, Esq., Attorney at Law

# Frederic P. Schwieg, Esq., Attorney at Law     INVOICE

19885 Detroit Rd. #239  
Rocky River, OH 44116-1815  
Phone: 4404994506  
Email: fschwieg@schwieglaw.com

Invoice # 167  
Date: 04/20/2022  
Due On: 05/20/2022

Fred Schwieg  
19885 Detroit Rd. #239  
Rocky River, OH 44116

## Schwieg-Squirrels Research Labs LLC-00132

## Squirrels Research Labs LLC

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 01/11/2022 | review objection to sale and various sale amendments | 1.00 | $300.00 | $300.00 |
| Service | 01/11/2022 | call with D Neumann re issues in case | 0.20 | $300.00 | $60.00 |
| Service | 01/11/2022 | call with B Sisito re call with D Neumann re issues in case | 0.20 | $300.00 | $60.00 |
| Service | 01/11/2022 | hearing on motion to sell and status conference | 0.80 | $300.00 | $240.00 |
| Service | 01/14/2022 | review sale order email and and call with J Zurn re same | 1.20 | $300.00 | $360.00 |
| Service | 01/14/2022 | 341 meeting | 1.50 | $300.00 | $450.00 |
| Service | 01/24/2022 | call with J Zurn re plans | 0.30 | $300.00 | $90.00 |
| Service | 01/25/2022 | call with K Bradley re Forsell issues | 0.30 | $300.00 | $90.00 |
| Service | 01/25/2022 | call with K Bradley and B Sisto re Forsell issues | 1.00 | $300.00 | $300.00 |
| Service | 02/01/2022 | call with J Zurn re 2004 and plan | 0.40 | $300.00 | $120.00 |
| Service | 02/14/2022 | Emails with Jay Zurn Re: plan terms | 0.30 | $300.00 | $90.00 |
| Service | 02/15/2022 | Call with B Sisto Re: Avnet PMSI | 0.30 | $300.00 | $90.00 |
| Service | 02/15/2022 | Email from B Sisto Re: Avnet PMSI and review of same | 0.50 | $300.00 | $150.00 |
| Service | 02/16/2022 | Review documents from Bryan Sisto regarding security interest held by Avnet | 1.00 | $300.00 | $300.00 |
| Service | 02/17/2022 | Call with Kate Bradley Re: information from Bryan Sisto | 0.30 | $300.00 | $90.00 |
| Service | 02/24/2022 | call with J Zurn re plan | 0.50 | $300.00 | $150.00 |
| Service | 02/24/2022 | email from B Sisto re plan | 0.20 | $300.00 | $60.00 |

| | |
|---:|---:|
| **Quantity Subtotal** | 10.0 |
| **Quantity Total** | 10.0 |
| **Subtotal** | $3,000.00 |
| **Total** | $3,000.00 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 167 | 05/20/2022 | $3,000.00 | $0.00 | $3,000.00 |
| | | | **Outstanding Balance** | **$3,000.00** |
| | | | **Amount in Trust** | **$0.00** |
| | | | **Total Amount Outstanding** | **$3,000.00** |

Please make all amounts payable to: Frederic P. Schwieg, Esq., Attorney at Law

# Frederic P. Schwieg, Esq., Attorney at Law     INVOICE

19885 Detroit Rd. #239  
Rocky River, OH 44116-1815  
Phone: 4404994506  
Email: fschwieg@schwieglaw.com

Invoice # 172  
Date: 08/02/2022  
Due On: 09/01/2022

Fred Schwieg  
19885 Detroit Rd. #239  
Rocky River, OH 44116

## Schwieg-Squirrels Research Labs LLC-00132

## Squirrels Research Labs LLC

| Type | Date | Description | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- |
| Service | 04/05/2022 | call with J Zurn re status | 0.20 | $300.00 | $60.00 |
| Service | 04/05/2022 | review reply to motion for relief from sale by Avnet | 0.40 | $300.00 | $120.00 |
| Service | 04/06/2022 | call with B Sisto re status | 0.30 | $300.00 | $90.00 |
| Service | 04/06/2022 | preliminary review of MWDC plan | 0.50 | $300.00 | $150.00 |
| Service | 04/06/2022 | preliminary review of Torrea objection to MWDC and SQRL plans | 0.50 | $300.00 | $150.00 |
| Service | 04/06/2022 | review of Instantiation response objection to sale motion | 0.50 | $300.00 | $150.00 |
| Service | 04/11/2022 | call with Counsel for Avnet re motion to reconsider sale | 0.30 | $300.00 | $90.00 |
| Service | 04/11/2022 | review proofs of claim and motion to seel and response of Forsell to replies | 1.30 | $300.00 | $390.00 |
| Service | 04/11/2022 | reviewMWDC plan and prepare report | 2.40 | $300.00 | $720.00 |
| Service | 04/12/2022 | hearing on motion to reconsider sale | 0.50 | $300.00 | $150.00 |
| Service | 04/12/2022 | final changes to report on MWDC plan and file same | 0.50 | $300.00 | $150.00 |
| Service | 04/13/2022 | Stanfil Deposition | 4.00 | $300.00 | $1,200.00 |
| Service | 04/18/2022 | call with B Sisto re issues on plan | 0.30 | $300.00 | $90.00 |
| Service | 04/25/2022 | Review plan, schedules and claims register and prepare report on confirmation of Squirrels plan | 4.00 | $300.00 | $1,200.00 |
| Service | 04/26/2022 | Hearing on Midwest data center confirmation | 0.80 | $300.00 | $240.00 |
| Service | 04/27/2022 | Call with Julie's earned Re: Squirrels plan | 0.80 | $300.00 | $240.00 |
| Service | 05/25/2022 | review amended plan | 0.80 | $300.00 | $240.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 05/26/2022 | review plan | 4.00 | $300.00 | $1,200.00 |
| Service | 05/26/2022 | call with J Zurn re review of plan | 0.30 | $300.00 | $90.00 |
| Service | 05/31/2022 | review plan revisions from Debtor | 0.40 | $300.00 | $120.00 |
| Service | 07/01/2022 | prepare and file motion to continue hearing | 1.00 | $300.00 | $300.00 |
| Service | 07/06/2022 | review objection to Plan from Fleur d Lys | 0.30 | $300.00 | $90.00 |
| Service | 07/06/2022 | email with J Zurn re objection to Plan from Fleur d Lys | 0.20 | $300.00 | $60.00 |
| Service | 07/21/2022 | call with J Zurn re settlement | 0.20 | $300.00 | $60.00 |
| Service | 07/25/2022 | Call with David Newman Re: objection to plan | 0.30 | $300.00 | $90.00 |
| Service | 07/25/2022 | Review proposed order on confirmation and email with Julie Zurn Re: same | 1.00 | $300.00 | $300.00 |
| Service | 07/26/2022 | Hearing on confirmation | 0.50 | $300.00 | $150.00 |
| Service | 07/26/2022 | Review order on confirmation | 0.50 | $300.00 | $150.00 |

| | |
|---|---|
| **Quantity Subtotal** | **26.8** |
| **Quantity Total** | **26.8** |
| **Subtotal** | **$8,040.00** |
| **Total** | **$8,040.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 167 | 05/20/2022 | $3,000.00 | $2,400.00 | $600.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 172 | 09/01/2022 | $8,040.00 | $0.00 | $8,040.00 |

| | |
|---|---|
| **Outstanding Balance** | **$8,640.00** |
| **Amount in Trust** | **$0.00** |
| **Total Amount Outstanding** | **$8,640.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE SQUIRRELS RESEARCH LABS LLC, *ET AL.*<br>*Debtors* | CASE NO. 21-61491-RK<br>(JOINTLY ADMINISTERED)<br>CHAPTER 11<br>SUBCHAPTER V<br>JUDGE KENDIG |

<u>**ORDER GRANTING FIRST AND FINAL APPLICATION OF FREDERIC P. SCHWIEG, FOR APPROVAL OF COMPENSATION AS TRUSTEE THROUGH CONFIRMATION OF PLANS [DOC. _____]**</u>

Before the Court is the First and Final Application of Frederic P. Schwieg, for Approval of Compensation as Trustee through Confirmation of Plans [Doc. _____] ("Motion"). All parties in interest having been duly served with notice of the Motion and the deadline to respond, and no party in interest having appeared in opposition to the Motion, the Court being fully apprised in the premises, FINDS and ORDERS as follows:

THE COURT FINDS that the compensation requested as adjusted by the court at the hearing is reasonable considering the nature and extent of such services, the time spent on such services, and the rates charged. The Court finds that the services rendered were necessary to the administration of the case, that they were performed in a reasonable amount of time commensurate with the complexity and importance and nature of the matters presented. The

**FEE APP.DOCX**

Court finds that Mr. Schwieg has demonstrated skill and experience in the bankruptcy field and the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than under this title.

    IT IS THEREFORE ORDERED THAT Frederic P. Schwieg's request for fees in the amount of $12,510.00 as an administrative expense against the bankruptcy estate is hereby FINALLY APPROVED for payment, he is hereby allowed to retain the interim payment from the Debtor of $3,870, and the Debtor is authorized and directed to immediately pay the balance of $8,640.00 from the funds on hand in this bankruptcy estate.

###

Prepared By:
/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
19885 Detroit Rd. #239
Rocky River, OH 44116
(440) 499-4506
Fax (440) 398-0490
fschwieg@schwieglaw.com
    ECF Service

The following is a list of the parties who are on the list to receive e-mail notice/service for this case:

John C. Cannizzaro on behalf of Interested Party Instantiation LLC
John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

Nicholas Paul Capotosto on behalf of Debtor Squirrels Research Labs LLC
ncapotosto@brouse.com, tpalcic@brouse.com

Nicholas Paul Capotosto on behalf of Plaintiff Squirrels Research Labs LLC
ncapotosto@brouse.com, tpalcic@brouse.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc.
christopher.combest@quarles.com

John G. Farnan on behalf of Creditor Cincinnati Insurance Company
jfarnan@westonhurd.com

Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company
rgoff@westonhurd.com, jroberts@westonhurd.com

Steven Heimberger on behalf of Interested Party SCEB, LLC
sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

FEE APP.DOCX

Jeannie Kim on behalf of Interested Party Instantiation LLC
JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC
mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

Marc Merklin on behalf of Plaintiff Squirrels Research Labs LLC
mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd.
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC
cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Fleur-de-Lis Development, LLC
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino
mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power
pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg
fschwieg@schwieglaw.com

Bryan Sisto on behalf of Creditor Carl Forsell
bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank
rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation
jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC
jzurn@brouse.com, tpalcic@brouse.com

Julie K. Zurn on behalf of Debtor The Midwest Data Company LLC

**FEE APP.DOCX**

jzurn@brouse.com, tpalcic@brouse.com

Julie K. Zurn on behalf of Plaintiff Squirrels Research Labs LLC
jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee
kate.m.bradley@usdoj.gov

**FEE APP.DOCX**