# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re Squirrels Research Labs LLC, *et al.*<br>*Debtors* | Case No. 21-61491-RK<br>(Jointly Administered)<br>Chapter 11<br>Subchapter V<br>Judge Kendig |

### NOTICE OF HEARING ON FIRST AND FINAL APPLICATION OF FREDERIC P. SCHWIEG, FOR APPROVAL OF COMPENSATION AS TRUSTEE THROUGH CONFIRMATION OF PLANS

Frederic P. Schwieg, moves the Court for an order approving his First and Final Application of Frederic P. Schwieg, for Approval of Compensation as Trustee through Confirmation of Plans ("Trustee") in the amount of $12,510.00 and allowing him the same as an administrative expense against the bankruptcy estate (the "Motion").

**IF YOU DID NOT RECIVE A COPY OF THE MOTION IT MAY BE REQUESTED FROM MR. SCHWIEG BY MAIL, EMAIL OR PHONE AT HIS ADDRESSES OR PHONE NEMBER BELOW**

<u>Your</u> <u>Rights May be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief requested in the Motion then on or before **August 24, 2022** you or your attorney must:

File with the court a written request for a hearing and a response, explaining your position at:

> Clerk: United States Bankruptcy Court
> Ralph Regula United States Courthouse
> 401 McKinley Avenue S.W.
> Canton, Ohio 44702

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also attend the hearing on the Motion set for September 13, 2022 at 2:00 PM before the Honorable Judge Russ Kendig Courtroom, United States Bankruptcy Court, 401 McKinley Avenue SW, Canton, Ohio 44702. The hearing may be conducted by telephone. At least five minutes prior to the scheduled time for hearing, counsel and parties should call (888) 684-8852 and use Access Code 3303949 followed by the pound sign, which is #.

If you or your attorney does not take these steps, the court may decide that you do not oppose the Motions and may enter an order granting that relief.

Dated August 2, 2022

> /s/ Frederic P. Schwieg, Esq.
> Frederic P. Schwieg, Esq. (0030418)
> 19885 Detroit Rd #239
> Rocky River, OH 44116-3008
> (440) 499-4506
> Fax (440) 398-0490
> fschwieg@schwieglaw.com
> Attorney for Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Notice Of Hearing was electronically transmitted on or about September 1, 2021 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list or was served by U.S. mail, postage prepaid, or certified mail on the persons below as indicated below.
Electronic Mail Notice List

John C. Cannizzaro on behalf of Interested Party Instantiation LLC
John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

Nicholas Paul Capotosto on behalf of Debtor Squirrels Research Labs LLC
ncapotosto@brouse.com, tpalcic@brouse.com

Nicholas Paul Capotosto on behalf of Plaintiff Squirrels Research Labs LLC
ncapotosto@brouse.com, tpalcic@brouse.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc.
christopher.combest@quarles.com

John G. Farnan on behalf of Creditor Cincinnati Insurance Company
jfarnan@westonhurd.com

Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company
rgoff@westonhurd.com, jroberts@westonhurd.com

Steven Heimberger on behalf of Interested Party SCEB, LLC
sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

Jeannie Kim on behalf of Interested Party Instantiation LLC
JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC
mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

Marc Merklin on behalf of Plaintiff Squirrels Research Labs LLC
mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd.
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC
cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Fleur-de-Lis Development, LLC
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino

mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power
pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg
fschwieg@schwieglaw.com

Bryan Sisto on behalf of Creditor Carl Forsell
bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank
rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation
jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC
jzurn@brouse.com, tpalcic@brouse.com

Julie K. Zurn on behalf of Debtor The Midwest Data Company LLC
jzurn@brouse.com, tpalcic@brouse.com

Julie K. Zurn on behalf of Plaintiff Squirrels Research Labs LLC
jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee
kate.m.bradley@usdoj.gov

                                              /s/ Frederic P. Schwieg
                                              Frederic P. Schwieg