UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| IN RE: | CASE NO: 21-61491 |
|---|---|
| SQUIRRELS RESEARCH LABS LLC, ET AL | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. 275 |

On 8/3/2022, I did cause a copy of the following documents, described below,

Notice of Hearing on Fee App of Trustee Frederic P. Schwieg ECF Docket Reference No. 275

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/3/2022

/s/ Frederic P Schwieg
Frederic P Schwieg  0030418

Attorney at Law
19885 Detroit Rd #239
Rocky River, OH  44116
440 499 4404
fschwieg@schwieglaw.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 21-61491 |
| SQUIRRELS RESEARCH LABS LLC, ET AL | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. 275 |

On 8/3/2022, a copy of the following documents, described below,

Notice of Hearing on Fee App of Trustee Frederic P. Schwieg ECF Docket Reference No. 275

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/3/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Frederic P Schwieg
Attorney at Law
19885 Detroit Rd #239
Rocky River, OH  44116

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 21-61491<br>NORTHERN DISTRICT OF OHIO<br>WED AUG 3 7-21-39 PST 2022 | AVNET INC<br>CO CHRISTOPHER COMBEST<br>QUARLES BRADY LLP<br>300 N LASALLE STREET<br>SUITE 4000<br>CHICAGO IL 60654-5427 | BETTER PC LLC<br>CO CHRISTOPHER J NIEKAMP ESQ<br>BUCKINGHAM DOOLITTLE BURROUGHS<br>SUITE 300<br>AKRON OH 443338398 |
| BROUSE MCDOWELL<br>388 SOUTH MAIN STREET<br>SUITE 500<br>AKRON OH 44311-4419 | EXCLUDE<br>(U)CINCINNATI INSURANCE COMPANY | CLIFTONLARSONALLEN LLP<br>388 S MAIN ST<br>STE 420<br>AKRON OH 44311-1064 |
| EXCLUDE<br>(U)ENVISTA FORENSICS LLC DBA AREPA | FLEURDELIS DEVELOPMENT LLC<br>CO GINA PIACENTINO<br>88 E BROAD SUITE 1560<br>COLUMBUS OH 43215-3178 | EXCLUDE<br>(U)INSTANTIATION LLC |
| (P)OHIO BUREAU OF WORKERS COMPENSATION<br>LAW SECTION BANKRUPTCY UNIT<br>P O BOX 15567<br>COLUMBUS OH 43215-0567 | EXCLUDE<br>(U)OHIO POWER COMPANY DBA AMERICAN ELECTRIC POW | PREMIER BANK<br>1111 SUPERIOR AVE E<br>SUITE 1111<br>CLEVELAND OH 44114-2568 |
| SCEB LLC<br>18 MONUMENT DRIVE<br>STAFFORD VA 22554-8508 | DEBTOR<br>SQUIRRELS RESEARCH LABS LLC<br>8050 FREEDOM AVENUE NW<br>NORTH CANTON OH 44720-6912 | THE MIDWEST DATA COMPANY LLC<br>8050 FREEDOM AVENUE NW<br>8050 FREEDOM AVENUE NW<br>NORTH CANTON OH 44720-6912 |
| EXCLUDE<br>(U)TOREA CONSULTING LTD | EXCLUDE<br>UNITED STATES TRUSTEE<br>OFFICE OF THE US TRUSTEE<br>HM METZENBAUM US COURTHOUSE<br>201 SUPERIOR AVENUE EAST SUITE 441<br>CLEVELAND OH 44114-1234 | EXCLUDE<br>UNITED STATES BANKRUPTCY COURT<br>RALPH REGULA US COURTHOUSE<br>401 MCKINLEY AVENUE SW<br>CANTON OH 44702-1745 |
| AG ADJUSTMENTS LTD<br>740 WALT WHITMAN RD<br>MELVILLE NY 11747-2212 | AEP ENERGY INC<br>225 W WACKER DR STE 600<br>CHICAGO IL 60606-1280 | AARON HOLQUIN<br>2046 JAMISON PL<br>SANTA CLARA CA 95051-2240 |
| AARON REIMER<br>PMBAR113422<br>SUMAS WA 98295-9674 | ALTON HARE<br>1200 17TH ST NW<br>WASHINGTON DC 20036-3006 | AMANDA MCCONNELL<br>191 E 28TH STREET<br>DOVER OH 44622-9502 |
| ANDREW GOULD<br>4812 WILDFLOWER DRIVE<br>NORTH CANTON OH 44720-1174 | ANDREW WATERS<br>6653 MAIN STREET<br>WILLIAMSVILLE NY 14221-5906 | AVNET INC<br>2211 SOUTH 47TH STREET<br>PHOENIX AZ 85034-6403 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| AVNET INC<br>5400 PRAIRIE STONE PKWY<br>HOFFMAN ESTATES  IL 60192-3721 | AVNET INC<br>ATTN DENNIS LOSIK<br>5400 PRAIRIE STONE PKWY<br>HOFFMAN ESTATES  IL 60192-3721 | BEN GEORGE<br>5464 LAKE AVE<br>ORCHARD PARK  NY 14127-1057 |
| BITTWAREMOLEX INC<br>2222 WELLINGTON COURT<br>LISLE  IL 60532-1682 | BITTWARE INC<br>TRICIA MCCOY<br>2222 WELLINGTON CT<br>LISLE  IL 60532-3831 | BITTWAREMOLEX LLC<br>2222 WELLINGTON CT<br>LISLE  IL 60532-3831 |
| BRADLEY CONN<br>51 MAPLE AVENUE<br>LOCUST VALLEY  NY 11560-2006 | CANADA<br>BRADON PEN<br>56 VARCOE RD<br>COURTICE  ON L1E 1S5<br>CANADA | BRANDON OSBOURNE<br>151 MARY ELLEN DRIVE<br>CHARLESTON  SC 29403-3355 |
| INTERNATIONAL<br>BRETT MASHFORD<br>35 OAKMOSS DR<br>SPRINGFIELD LAKES  QLD 4300<br>AUSTRALIA | BRIAN FIDUCCI<br>24463 NORELIUS AVE<br>ROUND LAKE  IL 60073-1419 | BRIAN KLINGER<br>4018 SHELBY ROW<br>SUGAR LAND  TX 77479-1751 |
| CT DATA LLC<br>133 RIVER ROAD<br>MYSTIC  CT 06355-1815 | CARL FORSELL<br>CO JAMES EP SISTO<br>SCHUERGER LAW GROUP<br>1001 KINGSMILL PARKWAY<br>COLUMBUS  OH 43229-1129 | CHAD CLARK<br>876 JEFFERSON ST<br>MENASHA  WI 54952-2452 |
| CHRISTOPHE TOUZET<br>32 ROUILLON<br>SAINT GERMAIN EN COGLES  35133 | CINCINNATI INSURANCE<br>417 ANDERSON FERRY RD<br>SUITE 3<br>CINCINNATI  OH 45238-5286 | CLARENCE SMITH<br>3290 DOUBLE CREEK DR N  APT 301<br>PLAINFIELD  IN 46168-5586 |
| CLIFTONLARSONALLEN LLP<br>ATTN  DANIEL RIEMENSCHNEIDER<br>4334 MUNSON ST  NW<br>CANTON  OH 44718-3674 | CLIFTONLARSONALLEN  LLP<br>220 S 6TH ST  300<br>MINNEAPOLIS  55402-1436 | CULLIGAN OF CANTON<br>4810 SOUTHWAY ST  SW<br>CANTON  OH 44706-1965 |
| INTERNATIONAL<br>DANIEL HAJDU<br>GRASLAAN 111<br>6833CG ARNHEM<br>NETHERLANDS | DANIEL RUSSO<br>120 HIGH FARMS RD<br>GLEN HEAD  NY 11545-2227 | DARIEN LYONS<br>45 ELVIN STREET<br>STATEN ISLAND  NY 10314-4050 |
| DARRY KURPISZ<br>14635 22ND AVE SW<br>BURIEN  WA 98166-1609 | DAVID CHASE  ET AL<br>CO MICHAEL MARANDA<br>38 OAKLAWN AVE<br>FARMINGVILLE  NY 11738-2523 | DAVID REYNOLDS<br>6046 JERUSALEM DRIVE<br>CICERO  NY 13039-8885 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| DAVID STANFILL<br>772 TREAT BLVD<br>TALLMADGE   OH 44278-2634 | DONALD RUFFATTO<br>420 FAIRVIEW AVE<br>ARCADIA   CA 91007-6806 | DUSTIN HOOPER<br>11885 W MCDOWELL RD<br>AVONDALE   AZ 85392-5188 |
| ELLIOT BOUTIN<br>9400 E LINCOLN ST APT 409<br>WICHITA   KS 67207-3556 | ENVISTA FORENSICS LLC<br>DBA AREPA<br>111 DEER LAKE RD   STE 100<br>DEERFIELD   IL 60015-4943 | EVERHART GLASS CO   INC<br>ATTN LINDA MONIGOLD<br>207 NINTH ST   SW<br>PO BOX 20645<br>CANTON   OH 44701-0645 |
| EVERSTREAM<br>1228 EUCLID AVE 250<br>CLEVELAND   OH 44115-1831 | FABRIZIO SIMONETTI<br>8 VIA SANT JACPO IN ACQUAVIVA<br>LIVORNO   ITALY 57127 | INTERNATIONAL<br>FABRIZIO SIMONETTI<br>VIA GOZZER N 2A<br>57128 LIVORNO<br>ITALY |
| FEDEX<br>PO BOX 371461<br>PITTSBURGH   PA 15250-7461 | FEDEX CORPORATE SERVICES INC<br>3965 AIRWAYS BLVD   MODULE G   3RD FLOOR<br>MEMPHIS   TN 38116-5017 | FERNANDO MOLINA<br>5275 SW 146 AVE<br>MIAMI   FL 33175-5707 |
| FLEURDELIS DEVELOPMENT LLC<br>CO MATTHEW T SCHAEFFERJAMEEL S TURNE<br>10 WEST BROAD STREET   SUITE 2100<br>COLUMBUS   OH 43215-3455 | GS 8100   LLC<br>6610 CHATSWORTH STREET   NW<br>CANTON   OH 44718-3849 | GS1 US   INC<br>300 PRINCETON SOUTH CORPORATE CENTER<br>EWING TOWNSHIP   NJ 08628 |
| GABRIEL M BOUTIN<br>48 CASCADE ST<br>ESSEX JCT   VT 05452-4126 | GAIL OCONNELL<br>8960 RINGVIEW DR<br>MECHANICSVILLE   VA 23116-2972 | GEORGE D JIMENEZ<br>9396 BROADLAND STREET   NW<br>MASSILLON   OH 44646-9120 |
| GILBERT RODRIGUEZ<br>1340 CAMP STREET<br>FABENS   TX 79838 | GREGORY ALMEIDA<br>240 OLD FOAMY RD<br>CLEBURNE   TX 76033-8845 | ~~EXCLUDE~~<br>~~(U)HAILU LOOYESTEIN~~<br>~~1 SCHOUT COXSTRAAT~~<br>~~GEMERT NOORD BRXANT 5421GJ~~ |
| INTERNATIONAL<br>HAILU LOOYESTEIN<br>SCHOUT COXSTRAAT 1<br>5421GJ GEMERT<br>NETHERLANDS | HEATHER BRADLEY<br>1213 N CHAPEL STREET<br>LOUISVILLE   OH 44641-1007 | HENRY RYAN<br>228 CRANBURY ROAD<br>PRINCETON JUNCTION   NJ 08550-2801 |
| HORIZON SUPPLY GROUP<br>ATTN   JEFF HABBYSHAW<br>3691 HONORS WAY<br>HOWELL   MI 48843-7498 | IPS ASSEMBLY CORP<br>ATTN   PERRY SUTARIYA<br>12077 MERRIMAN RD<br>LIVONIA   MI 48150-1912 | INSTANTIATION   LLC<br>ATTN   SAM CASSATT<br>434 DORADO BEACH E<br>DORADO PR 00646-2225 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | ISAAC GABRIEL<br>QUARLES AND BRADY<br>ONE RENISSAINCE SQ<br>TWO NORTH CENTRAL AVE<br>PHOENIX  AZ 85004-2322 |
| ISRAEL GARCIA<br>615 OAK HOLLOW DR<br>NEWBERG  OR 97132-7475 | JC PACK<br>628 12 E SAN YSIDRO BLVD 292<br>SAN YSIDRO  CA 92173-3149 | (P)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| JAMES HOLODNAK<br>2910 16TH STREET  NW<br>CANTON  OH 44708-3006 | JASON PRICE<br>67 BARTRAM TRAIL<br>BRUNSWICK  GA 31523-7911 | JASON R SCHENDEL<br>JEANNIE KIM<br>SHEPPARD  ULLIN  RICHTER  HAMPTON LLP<br>FOUR EMBARCADERO CENTER  17TH FLR<br>SAN FRANCISCO  CA 94111-4158 |
| INTERNATIONAL<br>JEAN VILJOEN<br>5 CAPE WILLOW<br>HERMANUS  WESTERN CAPE<br>7200<br>SOUTH AFRICA | JEFFREY CORDELL<br>17517 NW ASHLAND DRIVE<br>PORTLAND  OR 97229-3371 | JESSICA GRITZAN<br>1280 LINWOOD AVE SW<br>NORTH CANTON  OH 44720-3473 |
| JOAQUIM GINESTA<br>6 4R1R EMILI GRAHIT<br>GIROMA  SPAIN 17002 | JOAQUIM GINESTA<br>EMILI GRAHIT 6  4R 1R<br>17002 GIRONA<br>SPAIN<br>EMILI GRAHIT 6  4R 1R  17002  GIRONA<br>SP | INTERNATIONAL<br>JOAQUIM GINESTA<br>EMILI GRAHIT 6  4R 1R<br>17002 GIRONA<br>SPAIN |
| JORDAN KUPERSMITH<br>888 N QUINCY ST<br>ARLINGTON  VA 22203-2070 | JOSE A RUBIO<br>15925 HOPPER LANE<br>SAN DIEGO  CA 92127-6180 | JOSH LUONI<br>808 8TH ST<br>FAIRMONT  WV 26554-2561 |
| JOSHUA HARRIS<br>209 N HORNER BLVD<br>SANFORD  NC 27330-3913 | JUSTIN OCONNELL<br>15712 WHIRLAND DR<br>MIDLOTHIAN  VA 23112-5255 | KIMBLE RECYCLING  DISPOSAL  INC<br>3596 SR 39  NW<br>DOVER  OH 44622-7232 |
| KYLE SLUTZ<br>1116 W NIMISILA ROAD<br>CLINTON  OH 44216-8900 | KYLE TRICARICO<br>5464 LAKE AVE<br>ORCHARD PARK  NY 14127-1057 | INTERNATIONAL<br>LUCO GILARDI<br>UL SLIVNITSA 188<br>SOFIA 1202<br>BULGARIA |
| MARIO FORTIER<br>10 ORCHARD LANE<br>CHELMSFORD  MA 01824-1324 | INTERNATIONAL<br>MARIUS NASTASENKO<br>TAIKOS G 148<br>VILNIUS<br>VILNIAUS APSKRITIS 5227<br>LITHUANIA | MARK DARIA<br>165 QUAKER PATH<br>EAST SETAUKET  NY 11733-2239 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MARK VEON<br>2547 S 3RD STREET<br>MILWAUKEE WI 53207-1407 | METAL MASTERS<br>ATTN BRET KETTLEWELL<br>125 WILLIAMS DR<br>DOVER OH 44622-7662 | MICHAEL A STEEL ESQ<br>2725 ABINGTON RD SUITE 200A<br>AKRON 44333-4058 |
| MICHAEL DAI<br>43174 CHRISTY STREET<br>FREMONT CA 94538-3170 | EXCLUDE<br>(U)MICHAEL MARANDA LLC 6545 MARKET AVENUE NORT | MICHAEL RAMPTON<br>6222 12TH STREET NORTH<br>ARLINGTON VA 22205-1721 |
| MICHAEL RILEY<br>2506 SW 23RD CRANBROOK DR<br>BOYNTON BEACH FL 33436-5708 | MICHAEL ROBINSON<br>103 HUNTERS CT<br>FOREST VA 24551-1407 | MICHAEL WALKER<br>ASSOCIATE GENERAL COUNSEL<br>AVNET INC<br>2211 S 47TH STREET<br>PHOENIX AZ 85034-6403 |
| MIGUEL CHACON<br>120 NW 6TH AVE<br>MIAMI FL 33128-1525 | INTERNATIONAL<br>MOHAMED KAZEM<br>27 ORWELL STREET<br>POTTS POINT<br>SYDNEY NSW 2011<br>AUSTRALIA | NJEB PARTNERS<br>244 5TH AVENUE STE 1253<br>NEW YORK NY 10001-7604 |
| NJEB PARTNERS LLC<br>CO MELISSA S GIBERSON<br>VORYS SATER SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET<br>COLUMBUS OH 43215-3161 | INTERNATIONAL<br>NAOAKI KITA<br>KIGOSHIMACHI<br>KANAZAWA-SHI<br>ISHIKAWAKEN 920-0203<br>JAPAN | NICK YAROSZ<br>3019 ELLINGTON DR<br>SUMMERVILLE SC 29485-6319 |
| CANADA<br>NICOLAS ROCHON<br>4278 BEAUSOLEIL<br>TERREBONNE QC J6V 1G1<br>CANADA | EXCLUDE<br>(U)NICOLAS ROCHONGIRARD<br>4278 RUE BEAUSOLEIL TERREBONNE QUBEC J6V<br>4278 RUE BEAUSOLEIL TERREBONNE QUBEC J6V | (P)U S ATTORNEYS OFFICE<br>ATTN BANKRUPTCY UNIT<br>801 WEST SUPERIOR AVE SUITE 400<br>CLEVELAND OH 44113-1852 |
| OHIO ATTORNEY GENERAL<br>COLLECTIONS ENFORCEMENT SECTION<br>ATTN BANKRUPTCY UNIT<br>30 E BROAD STREET 14TH FLOOR<br>COLUMBUS OH 43215-3414 | EXCLUDE<br>(D)(P)OHIO BUREAU OF WORKERS COMPENSATION<br>LAW SECTION BANKRUPTCY UNIT<br>P O BOX 15567<br>COLUMBUS OH 43215-0567 | OHIO DEPARTMENT OF JOB FAMILY SVCS<br>ATTN LEGAL SUPPORTBANKRUPTCY<br>PO BOX 182830<br>COLUMBUS OH 43218-2830 |
| OHIO DEPARTMENT OF TAXATION<br>ATTN BANKRUPTCY DIVISION<br>PO BOX 530<br>COLUMBUS OH 43216-0530 | OHIO POWER COMPANY DBA AEP OHIO<br>ATTN DWIGHT C SNOWDEN<br>1 RIVERSIDE PLAZA 13TH FLOOR<br>COLUMBUS OH 43215-2355 | ONE HAINES COMPANY LLC<br>6610 CHATSWORTH STREET NW<br>CANTON OH 44718-3849 |
| ONE SKYMAX COMPANY LLC<br>6610 CHATSWORTH STREET NW<br>CANTON OH 44718-3849 | PAT CLAY<br>72 BAKER DR<br>GANSEVOORT NY 12831-2444 | PATRICK NADEAU<br>311 ANDREWS RD<br>WOLCOTT CT 06716-1048 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

PAUL KELSEY
1583 E PRIMROSE LANE
LAYTON UT 84040-1202

INTERNATIONAL
PETER ENSOR
POWERSTOWN HOUSE
CLONEE DUBLIN
D15 YH52
IRELAND

PHILLIPPE GERMAIN
102 W SERVICE RD 2153466
CHAMPLAIN NY 12919-4440

PREMIER BANK
PO BOX 248
DEFIANCE OH 43512-0248

EXCLUDE
(U) PREMIER BANK   1111 SUPERIOR AVE EAST   SUIT

PROTECH SECURITY
PO BOX 35034
CANTON OH 44735-5034

R SCOTT HEASLEY
MEYERS ROMAN FRIEDBERG LEWIS
28601 CHAGRIN BLVD SUITE 600
CLEVELAND OH 44122-4557

INTERNATIONAL
RAJESH BHAKAR
SECTOR 9D204 2ND FLR AKARTI APARTMENT
JAIPUR
RAJASTHAN 302021
INDIA

INTERNATIONAL
RAYMOND WODARCZYK
KINZIGSTRA E 28
10247 BERLIN
GERMANY

RICHARD BERGSTROM
30107 MOUNTAIN VIEW DR
HAYWARD CA 94544-6719

RICHARD WEEKS
4199 DEFOORS FARM DR
POWDER SPRINGS GA 30127-4078

INTERNATIONAL
ROBIN WOLF
FASANGASSE 49
VIENNA
WIEN 1030
AUSTRIA

INTERNATIONAL
RUBEN SOUSA
AV D JO     O II   N    34
1998-031 LISBOA
PORTUGAL

RYAN MARFONE
98 N HAWKHURST CIR
THE WOODLANDS TX 77354-3287

SAM ADAMS
3417 BUSH STREET
STEVENS POINT WI 54481-4993

SAMTEC
20 PARK E BLVD
NEW ALBANY IN 47150

SCOTT CHEN
4058 CASE ST
ELMHURST NY 11373-1614

SETH STANFILL
1515 24TH STREET NW
CANTON OH 44709-3411

SQUIRRELS LLC
121 WILBUR DRIVE NE
NORTH CANTON OH 44720-1641

INTERNATIONAL
STEFANO CHIESA
VIA III NOVEMBRE 41
38026 FUCINE TRENTINO
ITALY

STEPHEN A ECKINGER
1611 NORTH MAIN STREET
SUITE A
NORTH CANTON OH 44720-8632

STEVEN TURNSHEK
13 KRIST GLEN DR
SWISSVALE PA 15218-1927

TTI INC CO COMMERCIAL COLLECTION
CONSULTA
16830 VENTURA BOULEVARD SUITE 620
ENCINO CA 91436-1727

THOM KUZNIA
5733 YORK AVE S
EDINA MN 55410-2642

TIM BREDEMUS
9757 UNION TERRACE LN N
MAPLE GROVE MN 55369-3728

TOMMY DEFREITAS
14114 N WIND CAVE CT
CONROE TX 77384-5618

CANADA
TOREA CONSULTING
ATTN PAUL BILLINGER
1 BOW STREET
STOUFFVILLE ON L4A 1Z3
CANADA

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| TOREA CONSULTING LTD<br>1 BOW STREET<br>STOUFFVILLE ON L4A 1Z3 | TREVOR STEINLE<br>24106 SE 42ND ST<br>SAMMAMISH  WA 98029-6414 | EXCLUDE<br>(D)TREVOR STEINLE<br>24106 SE 42ND ST<br>SAMMAMISH  WA 98029-6414 |
| TRI HO<br>1180 N CHERRY WAY<br>ANAHEIM  CA 92801-2023 | TROY KEPLINGER<br>1730 E PARK ST<br>ENID  OK 73701-6318 | US SMALL BUSINESS ADMINISTRATION<br>DISTRICT COUNSEL<br>1350 EUCLID AVE  SUITE 211<br>CLEVELAND  OH 44115-1815 |
| ULINE<br>12575 ULINE DRIVE<br>PLEASANT PRAIRIE  WI 53158-3686 | EXCLUDE<br>(D)ULINE<br>12575 ULINE DR<br>PLEASANT PRAIRIE  WI 53158-3686 | CANADA<br>WELBOUR ESPARTERO<br>46 6TH AVE NE<br>SWIFT CURRENT  SK S9H 2L7<br>CANADA |
| WILLIAM PADEN<br>205 PLAINS RD<br>WESTFORD  VT 05494-9630 | CHIESA STEFANO<br>41   VIA III NOVEMBRE FUCINE TN ITALY<br>380<br>41   VIA III NOVEMBRE FUCINE TN ITALY<br>380 | EXCLUDE<br>(U)CARL FORSELL |
| FREDERIC P SCHWIEG<br>ATTORNEY AT LAW<br>19885 DETROIT ROAD 239<br>ROCKY RIVER  OH 44116-1815 | JULIE K ZURN<br>BROUSE MCDOWELL<br>388 SOUTH MAIN STREET  SUITE 500<br>AKRON  OH 44311-4419 | MARC MERKLIN<br>BROUSE MCDOWELL  LPA<br>388 S MAIN STREET  SUITE 500<br>AKRON  OH 44311-4419 |
| NICHOLAS PAUL CAPOTOSTO<br>BROUSE MCDOWELL LPA<br>388 S MAIN STREET<br>SUITE 500<br>AKRON  OH 44311-4419 | | |

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(U.S. Trustee)
United States Trustee
Office of the U.S. Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Avenue East Suite 441
Cleveland, OH 44114
represented by:
Kate M. Bradley ust44
Office of the U.S. Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Avenue East Suite 441
Cleveland, OH 44114

kate.m.bradley@usdoj.gov

(Creditor)
Torea Consulting Ltd.
represented by:
David M. Neumann
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd.
Cleveland, OH 44122

dneumann@meyersroman.com

(Debtor)
The Midwest Data Company LLC
8050 Freedom Avenue NW
8050 Freedom Avenue NW
North Canton, OH 44720
Tax ID / EIN: 84-3221213
represented by:
Julie K. Zurn
Brouse McDowell
388 South Main Street, Suite 500
Akron, OH 44311

jzurn@brouse.com

Julie K. Zurn
Brouse McDowell
388 South Main Street, Suite 500
Akron, OH 44311

jzurn@brouse.com

Marc Merklin
Brouse McDowell, LPA
388 S. Main Street, Suite 500
Akron, OH 44311

mmerklin@brouse.com

Nicholas Paul Capotosto
Brouse McDowell LPA
388 S Main Street
Suite 500
Akron, OH 44311

ncapotosto@brouse.com

(Debtor)
Squirrels Research Labs LLC
8050 Freedom Avenue NW
North Canton, OH 44720
Tax ID / EIN: 83-0829310
represented by:
Brouse McDowell
388 South Main Street
Suite 500
Akron, OH 44311-4407

Frederic P. Schwieg
Attorney at Law
19885 Detroit Road #239
Rocky River, OH 44116

fschwieg@schwieglaw.com

(Trustee)
Frederic P. Schwieg
Attorney at Law
19885 Detroit Road #239
Rocky River, OH 44116
represented by:
Frederic P. Schwieg
Attorney at Law
19885 Detroit Road #239
Rocky River, OH 44116

fschwieg@schwieglaw.com

(Interested Party)
SCEB, LLC
18 Monument Drive
Stafford, VA 22554
represented by:
Steven Heimberger
Roderick Linton Belfance LLP
50 South Main Street
Suite 1000
Akron, OH 44308

sheimberger@rlbllp.com

(Creditor)
Premier Bank
1111 Superior Ave., E.
Suite 1111
Cleveland, OH 44114
represented by:
Richard J. Thomas
6 Federal Plaza Central Suite 1300
Youngstown, OH 44503

rthomas@hendersoncovington.com

(Interested Party)
Ohio Power Company dba American Electric Power
represented by:
Paul J. Schumacher
Dickie, McCamey & Chilcote, P.C.
600 Superior Avenue East
Fifth Third Center
Suite 2330
Cleveland, OH 44114

pschumacher@dmclaw.com

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(Creditor)
Ohio Bureau of Workers Compensation
Attn: Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215
represented by:
Joshua Ryan Vaughan
Amer Cunningham Co. LPA
One Cascade Plaza Suite 1510
Akron, OH 44308

jvaughan@amer-collect.com

Jason R. Schendel
Sheppard, Mullin, Richter & Hampton LLP
Four Embardadero Center
Seventeenth Floor
San Francisco, CA 94111

jschendel@sheppardmullin.com

Jeannie Kim
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111

JeKim@sheppardmullin.com

(Interested Party)
Instantiation LLC
represented by:
John C. Cannizzaro
Ice Miller LLP
250 West Street Suite 700
Columbus, OH 43215

John.Cannizzaro@icemiller.com

(Creditor)
Carl Forsell
represented by:
Bryan Sisto
Frost Brown Todd LLC
400 West Market Street
Suite 3200
Louisville, KY 40202

bsisto@fbtlaw.com

(Creditor)
Fleur-de-Lis Development, LLC
c/o Gina Piacentino
88 E. Broad, Suite 1560
Columbus, OH 43215
represented by:
Matthew T. Schaeffer
Bailey Cavalieri LLC
10 W Broad Street
#2100
Columbus, OH 43215

mschaeffer@baileycav.com

(Creditor)
Envista Forensics, LLC d/b/a AREPA
represented by:
David M. Neumann
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd.
Cleveland, OH 44122

dneumann@meyersroman.com

(Accountant)
CliftonLarsonAllen LLP
388 S Main St
Ste 420
Akron, OH 44311

Robert E. Goff, Jr.
1300 E. 9th Street
Suite 1400
Cleveland, OH 44114

rgoff@westonhurd.com

(Creditor)
Cincinnati Insurance Company
represented by:
John G. Farnan
Weston Hurd LLP
1300 East 9th Street
Suite 1400
Cleveland, OH 44114

jfarnan@westonhurd.com

(Creditor)
Better PC, LLC
c/o Christopher J. Niekamp, Esq.
Buckingham, Doolittle & Burroughs
Suite 300
Akron, OH 443338398
represented by:
Christopher Niekamp
Buckingham Doolittle and Burroughs LLC
3800 Embassy Parkway
Suite 300
443338398, Ste Third Floor
Akron, OH 44308

cniekamp@bdblaw.com

(Creditor)
Avnet, Inc.
c/o Christopher Combest
Quarles & Brady LLP
300 N. LaSalle Street
Suite 4000
Chicago, IL 60654
represented by:
Christopher Paul Combest
Quarles & Brady LLP
300 N. LaSalle Street
Ste 4000
Chicago, IL 60654

christopher.combest@quarles.com