## SUMMARY FOR THE FIRST COMPENSATION PERIOD

| TIMEKEEPER | INITIALS | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| Lucas M. Blower (Partner) | LMB | 2.20 | 365.00 | 803.00 |
| Nicholas P. Capotosto (Partner) | NPC | 11.00 | 360.00 | 4,345.00 |
| Patrick J. Egan (Partner) | PJE | 4.90 | 360.00 | 1,764.00 |
| Marc B. Merklin (Partner) | MBM | 43.40 | 525.00 | 22,785.00 |
| Julie K. Zurn (Partner) | JKZ | 223.20 | 325.00 | 72,540.00 |
| Jack M. D'Andrea (Associate) | JMD | 88.60 | 225.00 | 19,935.00 |
| Brian D. Merklin (Associate) | BDM | 0.20 | 225.00 | 45.00 |
| J. Michele Banner (Paralegal) | JMB | 19.10 | 195.00 | 3,724.50 |
| Theresa M. Palcic (Paralegal) | TMP | 50.90<br>66.30 | 185.00<br>195.00 | 22,345.00 |
| Alyson R. Ruhm (Paralegal) | ARR | 0.30 | 190.00 | 57.00 |
| **TOTALS** | | **510.10** | | **$148,343.50** |