

Federal ID # 34-1108723

www.brouse.com

Phone: 330.535.5711
Facsimile: 330.253.8601

**Make checks payable to:**
Brouse McDowell
P. O. Box 75579
Cleveland, Ohio 44101-4755

**Pay online:**
https://payment.brouse.com/

Squirrels Research Labs, LLC
Attn: David Stanfill
121 Wilbur Dr., NE
North Canton, OH 44720

August 31, 2022

Invoice No. 287146/593779
Client No. 32304

For Legal Services Rendered For The Period Ending August 26, 2022

| | |
|---|---|
| Legal Services | $17,300.50 |
| Costs Advanced | $117.87 |

| | |
|---|---|
| Total Due For This Period | $17,418.37 |

| | |
|---|---|
| **Total Due At This Time** | **$17,418.37** |

**Payment Due 15 Days From Invoice Date**



Federal ID # 34-1108723  
www.brouse.com  
Phone: 330.535.5711  
Facsimile: 330.253.8601  

**Make checks payable to:**  
Brouse McDowell  
P. O. Box 75579  
Cleveland, Ohio 44101-4755  
**Pay online:**  
https://payment.brouse.com/  

Squirrels Research Labs, LLC  
Invoice No. 287146/593779  
Client No. 32304  
August 31, 2022  

## MATTER SUMMARY

| DESCRIPTION | FEES | COSTS | TOTAL |
|---|---:|---:|---:|
| BROUSE MCDOWELL EMPLOYMENT/FEE APPS. | $4,784.00 | $0.00 | $4,784.00 |
| BUSINESS OPERATIONS | $1,567.50 | $0.00 | $1,567.50 |
| CASE ADMINISTRATION | $149.50 | $71.77 | $221.27 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | $487.50 | $0.00 | $487.50 |
| COURT HEARINGS | $315.00 | $0.00 | $315.00 |
| LITIGATION | $475.00 | $0.00 | $475.00 |
| OTHER EMPLOYMENT/FEE APPLICATIONS | $1,222.00 | $0.00 | $1,222.00 |
| PLAN AND DISCLOSURE STATEMENT | $8,046.50 | $46.10 | $8,092.60 |
| SCHEDULES AND STATEMENT OF AFFAIRS | $253.50 | $0.00 | $253.50 |
| **Total:** | **$17,300.50** | **$117.87** | **$17,418.37** |



Federal ID # 34-1108723  
www.brouse.com  
Phone: 330.535.5711  
Facsimile: 330.253.8601

**Make checks payable to:**  
Brouse McDowell  
P. O. Box 75579  
Cleveland, Ohio 44101-4755  
**Pay online:**  
https://payment.brouse.com/

Squirrels Research Labs, LLC  
Invoice No. 287146/593779  
Client No. 32304  
August 31, 2022

## PROFESSIONAL FEE SUMMARY

| NAME | RATE | HOURS | AMOUNT |
|---|---:|---:|---:|
| Banner, J. Michele (JMB) | $195.00 | 0.20 | $39.00 |
| Capotosto, Nicholas P. (NPC) | 395.00 | 0.80 | 316.00 |
| D'Andrea, Jonathan M. (JMD) | 225.00 | 6.60 | 1,485.00 |
| Egan, Patrick J. (PJE) | 360.00 | 0.40 | 144.00 |
| Merklin, Marc B. (MBM) | 525.00 | 4.40 | 2,310.00 |
| Palcic, Theresa M. (TMP) | 195.00 | 35.70 | 6,961.50 |
| Zurn, Julie K. (JKZ) | 325.00 | 18.60 | 6,045.00 |
| | | Total For Services: | $17,300.50 |



Federal ID # 34-1108723
www.brouse.com
Phone: 330.535.5711
Facsimile: 330.253.8601

Make checks payable to:
Brouse McDowell
P. O. Box 75579
Cleveland, Ohio 44101-4755

**Pay online:**
https://payment.brouse.com/

Squirrels Research Labs, LLC
Invoice No. 287146/593779
Client No. 32304
August 31, 2022

## DETAIL OF LEGAL SERVICES

| DESCRIPTION | DATE | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| **RE: BROUSE MCDOWELL EMPLOYMENT/FEE APPS.** | | | | |
| Review May prebill. | 06/06/22 | JKZ | 0.10 | 32.50 |
| Circulate invoice for services rendered in May pursuant to interim compensation order. | 06/09/22 | JKZ | 0.10 | 32.50 |
| Confer with T. Palcic regarding determine date and amount of last payment from debtor and voicemail from T. Palcic regarding payment history. | 06/13/22 | JKZ | 0.10 | 32.50 |
| Conference with J. Zurn regarding payments received (.1); review records and respond to same (.2). | 06/13/22 | TMP | 0.30 | 58.50 |
| Telephone conference with J. Zurn regarding backup to fee application (.1); follow up regarding same (.1). | 06/20/22 | TMP | 0.20 | 39.00 |
| Review with T. Palcic amount of holdback, amount of escrow, and total amount of fees in preparation for filing fee application. | 06/22/22 | JKZ | 0.20 | 65.00 |
| Review invoices and records relating to compensation period (.9); prepare spreadsheet of amounts (.9); revise and update fee application (1.3); telephone conference with J. Zurn regarding amount in trust account and payment of expenses (.2). | 06/22/22 | TMP | 3.30 | 643.50 |
| Review invoices and draft application for compensation and revisions to same. | 06/23/22 | JKZ | 1.50 | 487.50 |

Detail Page 1



**BROUSE McDOWELL**
*A Legal Professional Association*

Federal ID # 34-1108723  
www.brouse.com  
Phone: 330.535.5711  
Facsimile: 330.253.8601

**Make checks payable to:**  
Brouse McDowell  
P. O. Box 75579  
Cleveland, Ohio 44101-4755  
**Pay online:**  
https://payment.brouse.com/

Squirrels Research Labs, LLC  
Invoice No. 287146/593779  
Client No. 32304  
August 31, 2022

| DESCRIPTION | DATE | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| Email from/to M. Merklin regarding fee applications (.1); telephone conferences with M. Miller regarding invoices (.3); finalize applications and forward to M. Merklin and J. Zurn (1.4); telephone conference with J. Zurn regarding combining of fee applications into one (.2); prepare combined fee application (1.6); email application to J. Zurn (.1); telephone conference with J. Zurn regarding revisions to application (.2); begin revising application to include May invoices (.9). | 06/23/22 | TMP | 4.80 | 936.00 |
| Review payment received, money in trust, and outstanding invoices for preparation of fee application. | 06/24/22 | JKZ | 0.50 | 162.50 |
| Finish updating amounts and dates within application (1.0); email application to M. Merklin and J. Zurn (.1); review email from J. Zurn regarding fee chart (.1); review same (.1); telephone conference with J. Zurn regarding fee chart, fees paid and amount in trust (.3). | 06/24/22 | TMP | 1.60 | 312.00 |
| Revisions to application. | 06/27/22 | JKZ | 0.30 | 97.50 |
| Conference with J. Zurn regarding fee application (.2); revise same (.2); begin assembling exhibits to same (.3); revise notice to include hearing date and time (.1). | 06/27/22 | TMP | 0.80 | 156.00 |
| Authorize filing of fee application. | 06/30/22 | JKZ | 0.10 | 32.50 |
| Finalize fee application, exhibits and notice (.3); forward to J. Zurn for final review (.1); begin preparing for service (.2); file fee application and notice with the court (.3); follow up on service (.2). | 06/30/22 | TMP | 1.10 | 214.50 |
| Email C. Clary fee applications and notice needed by M. Merklin for hearing. | 07/21/22 | TMP | 0.30 | 58.50 |

Detail Page 2


Federal ID # 34-1108723

www.brouse.com

Phone: 330.535.5711
Facsimile: 330.253.8601

**Make checks payable to:**

Brouse McDowell
P. O. Box 75579
Cleveland, Ohio 44101-4755

**Pay online:**

https://payment.brouse.com/

Squirrels Research Labs, LLC
Invoice No. 287146/593779
Client No. 32304
August 31, 2022

| DESCRIPTION | DATE | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| Finalize order approving fee application (.2); upload order to court (.1). | 07/27/22 | TMP | 0.30 | 58.50 |
| Review/respond to email from M. Merklin regarding fee orders. | 07/28/22 | TMP | 0.10 | 19.50 |
| Attention to application of payment and outstanding A/R. | 07/29/22 | JKZ | 0.30 | 97.50 |
| Telephone conference with J. Zurn regarding final fee application. | 07/29/22 | TMP | 0.10 | 19.50 |
| Attention to review of bill in consideration of final fee application. | 08/16/22 | JKZ | 0.10 | 32.50 |
| Request preparation of final prebill for final fee application. | 08/19/22 | JKZ | 0.10 | 32.50 |
| Emails from/to J. Zurn regarding final fee application. | 08/19/22 | TMP | 0.20 | 39.00 |
| Review prebill for final fee application. | 08/22/22 | JKZ | 0.20 | 65.00 |
| Review current fees and expenses (.2); begin preparing final fee application and exhibits to same (3.8). | 08/24/22 | TMP | 4.00 | 780.00 |
| Revise draft second and final application. | 08/25/22 | JKZ | 0.20 | 65.00 |
| Revise final fee application and prepare notice of filing same (.7); email documents to J. Zurn (.1); review email from J. Zurn regarding same (.1). | 08/25/22 | TMP | 0.90 | 175.50 |
| Revise final fee application. | 08/26/22 | TMP | 0.20 | 39.00 |



Federal ID # 34-1108723  
www.brouse.com  
Phone: 330.535.5711  
Facsimile: 330.253.8601

**Make checks payable to:**  
Brouse McDowell  
P. O. Box 75579  
Cleveland, Ohio 44101-4755  
**Pay online:**  
https://payment.brouse.com/

Squirrels Research Labs, LLC  
Invoice No. 287146/593779  
Client No. 32304  
August 31, 2022

| DESCRIPTION | DATE | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| **RE: BUSINESS OPERATIONS** | | | | |
| Review and respond to email from A. McConnell, and brief telephone call, regarding sale closing documents and amendment to schedule F regarding ProTech (.2); email to D. Stanfill regarding amendment to schedule F (.1). | 06/01/22 | JKZ | 0.30 | 97.50 |
| Emails with A. McConnell regarding operating reports and review of the monthly report (.2); authorize filing of same (.1). | 06/21/22 | JKZ | 0.30 | 97.50 |
| Review May operating report and redact identifiers (.3); file report with the court (.1). | 06/21/22 | TMP | 0.40 | 78.00 |
| Review email from J. Zurn (.1); redact identifiers from operating report (.2); file June report with court (.1). | 07/22/22 | TMP | 0.40 | 78.00 |
| Discussion with D. Stanfill regarding all matters for resolution post confirmation. | 08/04/22 | JKZ | 1.00 | 325.00 |
| Review email from F. Schwieg regarding M. Mendoza and email to D. Stanfill regarding same after review of assumed contracts. | 08/05/22 | JKZ | 0.20 | 65.00 |
| Draft demand to D2A Enterprises and email to D. Stanfill regarding same. | 08/05/22 | JKZ | 0.50 | 162.50 |
| Finalize demand to D2A. | 08/08/22 | JKZ | 0.10 | 32.50 |
| Discussion with P. Egan regarding Ascensus (.2); respond to email from A. McConnell regarding invoice from Ascensus (.1). | 08/10/22 | JKZ | 0.30 | 97.50 |

Detail Page 4



Federal ID # 34-1108723  
www.brouse.com  
Phone: 330.535.5711  
Facsimile: 330.253.8601  

Make checks payable to:  
Brouse McDowell  
P. O. Box 75579  
Cleveland, Ohio 44101-4755  
**Pay online:**  
https://payment.brouse.com/

Squirrels Research Labs, LLC  
Invoice No. 287146/593779  
Client No. 32304  
August 31, 2022

| DESCRIPTION | DATE | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| Attention to issues related to costs associated with correction operation failure related to debtor's 401(k) Plan and work with J. Zurn on same. | 08/10/22 | PJE | 0.40 | 144.00 |
| Finalize and send demand to D2A. | 08/11/22 | JKZ | 0.10 | 32.50 |
| Discussion with D. Stanfill regarding status of demand to D2A and all other open issues (.3); emails with F. Schwieg regarding discussion on open issues (.1). | 08/18/22 | JKZ | 0.40 | 130.00 |
| Review and respond to email from F. Schwieg requesting document production and access to accounting records (.2); email with D. Stanfill regarding same (.1). | 08/19/22 | JKZ | 0.30 | 97.50 |
| Review and respond to email from CLA regarding preparation of tax return and email to D. Stanfill regarding same. | 08/23/22 | JKZ | 0.20 | 65.00 |
| Attention to production of documents requested by F. Schwieg. | 08/24/22 | JKZ | 0.20 | 65.00 |

**RE: CASE ADMINISTRATION**

| DESCRIPTION | DATE | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| Conference with M. Miller regarding upcoming service. | 06/27/22 | TMP | 0.30 | 58.50 |
| Follow up with M. Merklin and J. Zurn regarding documents needed for July 26th hearing. | 07/22/22 | TMP | 0.30 | 58.50 |
| Attention to service by email for orders on confirmation and fees. | 08/01/22 | JKZ | 0.10 | 32.50 |



**Federal ID # 34-1108723**
www.brouse.com
Phone: 330.535.5711
Facsimile: 330.253.8601

**Make checks payable to:**
Brouse McDowell
P. O. Box 75579
Cleveland, Ohio 44101-4755
**Pay online:**
https://payment.brouse.com/

Squirrels Research Labs, LLC
Invoice No. 287146/593779
Client No. 32304
August 31, 2022

| DESCRIPTION | DATE | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| **RE: CLAIMS ADMINISTRATION AND OBJECTIONS** | | | | |
| Review email from J. Zurn regarding unsecured claims (.1); review scheduled and filed claims and prepare worksheet (1.8); email worksheet to J. Zurn (.1). | 06/01/22 | TMP | 2.00 | 390.00 |
| Discussion with D. Stanfill regarding claims. | 06/29/22 | JKZ | 0.30 | 97.50 |
| **RE: COURT HEARINGS** | | | | |
| Review additional materials in preparation for confirmation hearing (.1); attend telephonic hearing on confirmation (.4); arrange with J. Zurn for circulation of final proposed confirmation order to parties for approval (.1). | 07/26/22 | MBM | 0.60 | 315.00 |
| **RE: LITIGATION** | | | | |
| Email copy of TorEA state court complaint to J. Zurn. | 06/30/22 | JMD | 0.10 | 22.50 |
| Draft correspondence to client regarding status of proceeding and related strategy. | 07/27/22 | NPC | 0.30 | 118.50 |
| Draft correspondence to client regarding status of matter and potential settlement negotiations. | 08/12/22 | NPC | 0.40 | 158.00 |
| Review and respond to email and case docket from D. Stanfill regarding new Forsell suit in District Court. | 08/17/22 | JKZ | 0.30 | 97.50 |
| Review and respond to correspondence from client regarding litigation strategy. | 08/19/22 | NPC | 0.10 | 39.50 |
| Attention to email from J. Zurn (.1); prepare link to the Squirrel production and forward to the same (.1). | 08/24/22 | JMB | 0.20 | 39.00 |

Detail Page 6



Federal ID # 34-1108723  
www.brouse.com  
Phone: 330.535.5711  
Facsimile: 330.253.8601  

Make checks payable to:  
Brouse McDowell  
P. O. Box 75579  
Cleveland, Ohio 44101-4755  
**Pay online:**  
https://payment.brouse.com/

Squirrels Research Labs, LLC  
Invoice No. 287146/593779  
Client No. 32304  
August 31, 2022

| DESCRIPTION | DATE | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| **RE: OTHER EMPLOYMENT/FEE APPLICATIONS** | | | | |
| Prepare CliftonLarsonAllen LLP fee applications, declarations and orders (1.8); review docket for order employing CliftonLarsonAllen (.2); telephone conference with J. Zurn regarding same (.1); prepare order for uploading and upload same to court (.2); follow up with J. Zurn (.1). | 06/24/22 | TMP | 2.40 | 468.00 |
| Review CLA application, proposed order, and draft application for compensation for each debtor (.3); email to D. Reimenschneider regarding application (.1); telephone call from A. Durbin regarding proposed order on CLA employment (.1); email to D. Reimenschneider to confirm waiver of claim over $10,000 (.2). | 06/27/22 | JKZ | 0.70 | 227.50 |
| Review email from J. Zurn regarding order employing CliftonLarsonAllen (.1); revise order (.2). | 06/27/22 | TMP | 0.30 | 58.50 |
| Conference with J. Zurn regarding order employing CliftonLarsonAllen (.1); review email from court regarding same (.1). | 06/29/22 | TMP | 0.20 | 39.00 |
| Review final version of application to compensate accountants and authorize filing of same. | 06/30/22 | JKZ | 0.20 | 65.00 |
| Obtain copy of order employing CliftonLarsonAllen (.1); revise fee applications to include date of order and docket number (.3); finalize exhibits (.3); email documents to J. Zurn for final review (.1); file fee applications with the court (.3). | 06/30/22 | TMP | 1.10 | 214.50 |
| Finalize CliftonLarson fee orders (.3); upload orders to Court (.2). | 07/27/22 | TMP | 0.50 | 97.50 |

Detail Page 7



Federal ID # 34-1108723  
www.brouse.com  
Phone: 330.535.5711  
Facsimile: 330.253.8601

Make checks payable to:  
Brouse McDowell  
P. O. Box 75579  
Cleveland, Ohio 44101-4755  
Pay online:  
https://payment.brouse.com/

Squirrels Research Labs, LLC
Invoice No. 287146/593779
Client No. 32304
August 31, 2022

| DESCRIPTION | DATE | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| Follow up on service of fee orders. | 07/29/22 | TMP | 0.10 | 19.50 |
| Review application of F. Schwieg for fees and email to A. McConnell regarding same. | 08/25/22 | JKZ | 0.10 | 32.50 |

**RE: PLAN AND DISCLOSURE STATEMENT**

| DESCRIPTION | DATE | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| Revise draft confirmation order, brief in support of confirmation, affidavit in support, and amended plan and related exhibit. | 06/01/22 | JKZ | 1.20 | 390.00 |
| Email and brief phone call with F. Schwieg regarding support for amended plan. | 06/01/22 | JKZ | 0.10 | 32.50 |
| Email with D. Stanfill regarding subordination of insider deferred compensation claims. | 06/01/22 | JKZ | 0.10 | 32.50 |
| Review proposed plan modifications. | 06/01/22 | MBM | 0.60 | 315.00 |
| Continue drafting brief in support of confirmation (1.1); continue drafting confirmation order (2.0). | 06/01/22 | JMD | 3.10 | 697.50 |
| Emails to/from J. Zurn regarding filing of amended plan (.1); begin preparing for service of amended plan and related documents (.2); review J. D'Andrea's revision to affidavit (.1). | 06/01/22 | TMP | 0.40 | 78.00 |
| Final review and authorization to file amended plan, notice of filing of amended plan, reply to TorEA's objection, brief in support of confirmation and affidavit in support of confirmation. | 06/02/22 | JKZ | 0.50 | 162.50 |
| Additional revisions to exhibit A and brief in support of plan confirmation (.4); email to M. Merklin and J. D'Andrea regarding further changes (.2). | 06/02/22 | JKZ | 0.60 | 195.00 |



Federal ID # 34-1108723
www.brouse.com
Phone: 330.535.5711
Facsimile: 330.253.8601

**Make checks payable to:**
Brouse McDowell
P. O. Box 75579
Cleveland, Ohio 44101-4755
**Pay online:**
https://payment.brouse.com/

Squirrels Research Labs, LLC
Invoice No. 287146/593779
Client No. 32304
August 31, 2022

| DESCRIPTION | DATE | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| Email to D. Stanfill regarding revision to exhibit A. | 06/02/22 | JKZ | 0.10 | 32.50 |
| Continue review of plan amendments and ancillary documents (.5); brief communications with J. Zurn regarding service issues on non-prejudicial amendments and related issues (.2). | 06/02/22 | MBM | 0.70 | 367.50 |
| Review draft of amended plan, revise brief in support of confirmation, and revise confirmation order (1.1); email M. Merklin and J. Zurn regarding same (.1); telephone call with J. Zurn regarding confirmation filings (.1); telephone call with T. Palcic and M. Miller regarding confirmation filings (.2); revise brief in support of confirmation and confirmation order (.3); draft notice of redline amended plan (.5); review finalized versions of amended plan, brief in support of confirmation, confirmation order, affidavit in support of confirmation, reply to TorEA's objection (1.1). | 06/02/22 | JMD | 3.40 | 765.00 |
| Review and finalize amended plan, brief in support, affidavit, exhibits, notice and response to objection (1.4); email final versions to J. Zurn and J. D'Andrea (.3); emails and conferences with J. D'Andrea regarding service of documents (.3); prepare for service (.3); file documents with the court (.8); prepare certificate of service and file same with court (.4); email J. Zurn regarding email service (.2); oversee service of documents (.3). | 06/02/22 | TMP | 4.00 | 780.00 |
| Respond to notice of deficiency regarding service of amended plan (.1); discussion with L. Baldwin and discussion with A. Pribula regarding new hearing date (.2). | 06/03/22 | JKZ | 0.30 | 97.50 |

Detail Page 9



A Legal Professional Association

Federal ID # 34-1108723  
www.brouse.com  
Phone: 330.535.5711  
Facsimile: 330.253.8601

**Make checks payable to:**  
Brouse McDowell  
P. O. Box 75579  
Cleveland, Ohio 44101-4755  
**Pay online:**  
https://payment.brouse.com/

Squirrels Research Labs, LLC  
Invoice No. 287146/593779  
Client No. 32304  
August 31, 2022

| DESCRIPTION | DATE | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| Discussion with D. Stanfill regarding amended plan and confirmation hearing. | 06/03/22 | JKZ | 0.30 | 97.50 |
| Review and make recommendations on notice of service deficiency on plan amendments including communications with J. Zurn, J. D'Andrea and T. Palcic regarding same. | 06/03/22 | MBM | 0.30 | 157.50 |
| Review notice filed by court (.1); review/respond to emails from M. Merklin, J. Zurn and J. D'Andrea regarding notice (.2); conference with J. Zurn regarding filing of notice and service of same (.2). | 06/03/22 | TMP | 0.50 | 97.50 |
| Email with Courtroom Deputy regarding adjourned confirmation hearing date. | 06/06/22 | JKZ | 0.10 | 32.50 |
| Discussion with T. Palcic regarding notice of amended plan. | 06/06/22 | JKZ | 0.10 | 32.50 |
| Review and authorize filing of notice of amended plan and certificate of service regarding same. | 06/06/22 | JKZ | 0.10 | 32.50 |
| Final review of amended plan (.2); review notice of hearing and certificate of service (.1). | 06/06/22 | MBM | 0.30 | 157.50 |
| Conference with J. Zurn regarding service of amended plan and notice (.1); review/revise notice (.2); prepare certificate of service (.2); email document to J. Zurn (.1); file notice with court (.2); revise certificate of service (.2); file certificate of service with court (.1); oversee service of notice and amended plan (.2); ensure ProTech added to service list (.1). | 06/06/22 | TMP | 1.40 | 273.00 |



Federal ID # 34-1108723  
www.brouse.com  
Phone: 330.535.5711  
Facsimile: 330.253.8601

Make checks payable to:  
Brouse McDowell  
P. O. Box 75579  
Cleveland, Ohio 44101-4755  
**Pay online:**  
https://payment.brouse.com/

Squirrels Research Labs, LLC  
Invoice No. 287146/593779  
Client No. 32304  
August 31, 2022

| DESCRIPTION | DATE | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| Discussion with D. Neumann regarding TorEA objection to plan (.2); discussion with D. Stanfill regarding status of TorEA objection (.2). | 06/08/22 | JKZ | 0.40 | 130.00 |
| Email with J. Vaughn regarding BWC proof of claim and plan. | 06/16/22 | JKZ | 0.20 | 65.00 |
| Emails with J. Vaughn regarding BWC claim (.1); revision to proposed confirmation order based on same (.1). | 06/21/22 | JKZ | 0.20 | 65.00 |
| Review documents to verify effective date of plan. | 06/21/22 | TMP | 0.20 | 39.00 |
| Email to J. Vaughn regarding proposed change to confirmation order (.1); revise proposed confirmation order (.1). | 06/22/22 | JKZ | 0.20 | 65.00 |
| Discussion with D. Stanfill regarding plan. | 06/29/22 | JKZ | 0.30 | 97.50 |
| Review emails from F. Schwieg regarding date of confirmation hearing (.1); review claims and consideration of objection to certain claims prior to confirmation hearing (.5). | 06/30/22 | JKZ | 0.60 | 195.00 |
| Emails with W. Sweeny regarding plan and treatment of equity (.1); discussion with W. Sweeny regarding treatment of equity (.3). | 06/30/22 | JKZ | 0.40 | 130.00 |
| Review objection of Fleur de Lis (.3); discussion with D. Stanfill regarding objection of Fleur de Lis and other plan issues (.3). | 07/05/22 | JKZ | 0.60 | 195.00 |
| Review subchapter V trustee motion for continuance of hearing and communication with J. Zurn regarding same. | 07/05/22 | MBM | 0.10 | 52.50 |

Detail Page 11



Federal ID # 34-1108723
www.brouse.com
Phone: 330.535.5711
Facsimile: 330.253.8601

**Make checks payable to:**
Brouse McDowell
P. O. Box 75579
Cleveland, Ohio 44101-4755
**Pay online:**
https://payment.brouse.com/

Squirrels Research Labs, LLC
Invoice No. 287146/593779
Client No. 32304
August 31, 2022

| DESCRIPTION | DATE | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| Communication with J. Zurn regarding objection to confirmation and potential responses (.2); discuss TorEA objection with D. Neumann (.1). | 07/06/22 | MBM | 0.30 | 157.50 |
| Confirmation hearing preparation and draft proposed order (.5); email with K. Bradley (.1). | 07/20/22 | JKZ | 0.60 | 195.00 |
| Continued drafting proposed confirmation order (.3); emails with K. Bradley regarding Final decree (.1); emails with M. Schaefer regarding language to resolve FDL objection (.1); telephone call from F. Schwieg regarding confirmation hearing (.1); circulate proposed order to K. Bradley, F. Schwieg, J. Vaughn. M. Schaefer, and D. Neumann for comments (.1). | 07/20/22 | JKZ | 0.70 | 227.50 |
| Confirm status on objections and comments to confirmation of plan including language to be included in proposed order. | 07/20/22 | MBM | 0.30 | 157.50 |
| Telephone conference with J. Zurn regarding confirmation hearing (.1); organize and email documents needed for hearing to J. Zurn (.3); review/respond to email from J. Zurn regarding documents needed by M. Merklin (.1). | 07/20/22 | TMP | 0.50 | 97.50 |
| Several communications with D. Stanfill and J. Zurn regarding TorEA objection and proposed resolution by F. Schwieg and respond. | 07/21/22 | MBM | 0.30 | 157.50 |
| Emails from/to C. Clary regarding hearing binders. | 07/21/22 | TMP | 0.30 | 58.50 |
| Review materials in preparation for hearing on plan confirmation. | 07/22/22 | MBM | 0.30 | 157.50 |



Federal ID # 34-1108723　　　　　　　　　　　　　　　　　　　　　　　　　　　**Make checks payable to:**
www.brouse.com　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Brouse McDowell
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　P. O. Box 75579
Phone:　　330.535.5711　　　　　　　　　　　　　　　　　　　　　　　　　　　Cleveland, Ohio 44101-4755
Facsimile: 330.253.8601　　　　　　　　　　　　　　　　　　　　　　　　　　　**Pay online:**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　https://payment.brouse.com/

Squirrels Research Labs, LLC
Invoice No. 287146/593779
Client No. 32304
August 31, 2022

| DESCRIPTION | DATE | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| Circulate final version of proposed confirmation order to K Bradley, M. Schaefer, F. Schwieg, D. Neumann, and J. Vaughn; circulate dial in information to D. Stanfill and M. Merklin. | 07/25/22 | JKZ | 0.10 | 32.50 |
| Further revisions to confirmation order. | 07/25/22 | JKZ | 0.50 | 162.50 |
| Further revisions to proposed order to address comments from UST and Sub V Trustee (.3); email to D. Stanfill regarding same (.1). | 07/25/22 | JKZ | 0.40 | 130.00 |
| Communication from J. Zurn and review draft confirmation order (.2); communication from K. Bradley regarding same (.1); communication from F. Schwieg regarding same (.1). | 07/25/22 | MBM | 0.40 | 210.00 |
| Brief discussion with M. Merklin regarding confirmation hearing (.1); circulate final order to M. Schaefer, J. Vaughn, F. Schwieg and others (.1). | 07/26/22 | JKZ | 0.20 | 65.00 |
| Discussions and communications with F. Schwieg regarding TorEA objections and claims. | 07/26/22 | MBM | 0.20 | 105.00 |
| Email with J. Vaughn regarding confirmation order. | 07/28/22 | JKZ | 0.10 | 32.50 |
| Email D. Stanfill regarding effective date and orders authorizing payment of fees. | 07/28/22 | JKZ | 0.10 | 32.50 |
| Review email from J. Zurn regarding confirmation order (.1); finalize order and email to J. Zurn (.1); upload order to court (.1). | 07/28/22 | TMP | 0.30 | 58.50 |
| Discussion with A. McConnell regarding confirmation of plan | 07/29/22 | JKZ | 0.10 | 32.50 |

Detail Page 13



Federal ID # 34-1108723

www.brouse.com

Phone: 330.535.5711
Facsimile: 330.253.8601

**Make checks payable to:**

Brouse McDowell
P. O. Box 75579
Cleveland, Ohio 44101-4755

**Pay online:**

https://payment.brouse.com/

**Squirrels Research Labs, LLC**
Invoice No. 287146/593779
Client No. 32304
August 31, 2022

| DESCRIPTION | DATE | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| Conference with J. Zurn and M. Miller regarding service of confirmation order. | 07/29/22 | TMP | 0.20 | 39.00 |
| Review plan and confirmation order to determine effective date (.3); follow up with M. Miller (.1). | 08/19/22 | TMP | 0.40 | 78.00 |

**RE: SCHEDULES AND STATEMENT OF AFFAIRS**

| | | | | |
|---|---|---|---|---|
| Prepare amended schedule F to include ProTech Security (.2); prepare cover page to filing (.1); email documents to J. Zurn (.1). | 06/01/22 | TMP | 0.40 | 78.00 |
| Follow up with J. Zurn regarding amended schedule F adding ProTech Security (.1); finalize filing of same (.2); file amended schedule with the court (.2); prepare certificate of service (.2); file same with the court (.1); serve documents on ProTech Security (.1). | 06/06/22 | TMP | 0.90 | 175.50 |



Federal ID # 34-1108723  
www.brouse.com  
Phone: 330.535.5711  
Facsimile: 330.253.8601

**Make checks payable to:**
Brouse McDowell  
P. O. Box 75579  
Cleveland, Ohio 44101-4755  
**Pay online:**
https://payment.brouse.com/

Squirrels Research Labs, LLC  
Invoice No. 287146/593779  
Client No. 32304  
August 31, 2022

## DETAIL OF COSTS ADVANCED

| DISBURSEMENTS | DATE | AMOUNT |
|---|---|---|
| **RE: CASE ADMINISTRATION** | | |
| Pacer Service Center - Pacer Service Fees | 04/28/22 | 15.27 |
| Pacer Service Center - Pacer Service Fees | 05/31/22 | 24.50 |
| Filing fees - US Bankruptcy Court - Filing Fee for Amended | 06/06/22 | 32.00 |
| **RE: PLAN AND DISCLOSURE STATEMENT** | | |
| Pacer Service Center - Pacer Services Fees | 05/11/22 | 24.00 |
| Pacer Service Center - Pacer Service Fees | 06/28/22 | 22.10 |

Detail Page 15

**Basinger, Gayle L.**

| | |
|---|---|
| **From:** | Palcic, Theresa M. |
| **Sent:** | Monday, June 6, 2022 11:56 AM |
| **To:** | Accounts Payable at Brouse |
| **Subject:** | MBM - Card 9870 |
| **Attachments:** | Squirrels Research Labs - Payment Receipt Amended Schedules.pdf |

Attached is a payment receipt from the Bankruptcy Court for the filing fee of amended schedules. Please bill 32304.10000.

Theresa

**Theresa M. Palcic**
Paralegal



388 S. Main Street  Suite 500 | Akron | OH | 44311
tel 330.535.5711 | fax 330.253.8601
web | TPalcic@brouse.com
Akron | Cleveland | Naples | Toledo | Youngstown

**Experienced in Law. Invested in You.**

DISCLAIMER: This electronic transmission contains confidential information from the law firm of Brouse McDowell, a Legal Professional Association. This information may be covered by the attorney-client privilege or constitute attorney work product. Information contained in this email is intended solely for the person or entity named above. If you are not the intended recipient of this communication, you hereby are notified that any dissemination, distribution, downloading, or copying of the contents is strictly prohibited and you are strictly prohibited from taking any action in reliance on the contents of this email. If you have received this communication in error, please notify us by reply email or contact the Firm's Client Support line at 330.535.5711, Ext. 321, and delete this email and destroy all copies. Thank you for your cooperation.

# U.S. Bankruptcy Court
# Northern District of Ohio

Thank you. Your transaction in the amount of **$ 32.00** has been completed.

Please print a copy of your transaction receipt for future reference. The transaction number is **A45127466**.

**Detail description:**
Amended Schedules and Summary (Fee) (21-61491-rk) [misc,amdscha] ( 32.00)