**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

**ORDER GRANTING SECOND AND FINAL APPLICATION OF BROUSE MCDOWELL, LPA, COUNSEL FOR THE DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED TO DEBTOR, SQUIRRELS RESEARCH LABS LLC, AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 23, 2021 THROUGH AUGUST 26, 2022**

This matter came to be heard on the Second and Final Application of Brouse McDowell, LPA, Counsel for the Debtors, For Allowance of Compensation For Professional Services Rendered to Debtor, Squirrels Research Labs LLC, and Reimbursement of Expenses For the Period November 23, 2021 through August 26, 2022 (the "Application"); the Court (a) having reviewed the Application; (b) having read the statements of Brouse McDowell, LPA regarding the relief requested in the Application; and (c) no objections to the Application having been filed; the Court finds that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

Application was just and proper, and (iv) the fees and expenses requested by the Applicant pursuant to the Application were beneficial to the Debtor's estate and are reasonable and necessary expenses of the Debtor's estate. The Court concludes that the Application is well taken and HEREBY ORDERS THAT:

1. The Application is GRANTED as set forth herein.

2. Any terms not specifically defined herein shall have the same meaning as defined in the Application.

3. Proper notice was given.

4. Pursuant to 11 U.S.C. §§ 330 and 331, the Court hereby approves and awards the Applicant, on a final basis, fees for the period November 23, 2021, through May 31, 2022 in the amount of $148,343.50 and expenses in the amount of $6,315.59 for the same period.

5. Pursuant to 11 U.S.C. §§ 330 and 331, the Court hereby approves and awards, on a final basis, fees for the Second Compensation Period in the amount of $17,300.50 and expenses in the amount of $117.87 for the same period.

6. The Court approves and authorizes the Debtor to pay, on a final basis, unpaid fees and expenses incurred during the Second Compensation Period.

7. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

8. This Order shall be effective immediately upon entry.

# # #

SUBMITTED BY:

/s/
Marc B. Merklin  (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for the Debtors
and Debtors-in-Possession*

1501685