# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

### NOTICE OF FILING SECOND AND FINAL APPLICATION OF BROUSE MCDOWELL, LPA, COUNSEL FOR THE DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED TO DEBTOR, SQUIRRELS RESEARCH LABS LLC, AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 23, 2021, THROUGH AUGUST 26, 2022

**PLEASE TAKE NOTICE THAT** on September 8, 2022, Brouse McDowell, LPA, counsel to the Debtors in the above-captioned Chapter 11 cases, filed its Second and Final Application for Allowance of Compensation For Professional Services Rendered to Debtor, Squirrels Research Labs LLC, and Reimbursement of Expenses for the Period November 23, 2021 through August 26, 2022 (the "Application") requesting the Court's final approval for allowance of fees in the amount of $165,644.00 and expenses in the amount of $6,433.46 for the period November 23, 2021 through August 26, 2022.

**Your rights may be affected**. **You should read the Application carefully and discuss it with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief requested in the Application, or if you want the Court to consider your views on the Application, then on or before **September 29, 2022**, you or your attorney must file with the Court a written objection explaining your position at:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

Clerk of Court
U.S. Bankruptcy Court
Ralph Regula Federal Building
  and U.S. Courthouse
401 McKinley Avenue, SW
Canton, Ohio 44702

You must also serve a copy of your request on the undersigned counsel:

Marc B. Merklin
Julie K. Zurn
Brouse McDowell LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311

*Counsel for the Debtors
and Debtors-in-Possession*

    Objections to the Application should specifically state: (a) the basis for the objection in the form prescribed by the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, (b) whether the objecting party is a creditor of, or interest holder in, the Debtor's estate and (c) the nature of the objecting party's claim or interest.

    If you or your attorney do not take these steps, the Court may grant the relief requested without conducting a hearing and without further notice to you.

Dated: September 8, 2022          Respectfully submitted,

                                           */s/ Julie K. Zurn*
                                           Marc B. Merklin (0018195)
                                           Julie K. Zurn (0066391)
                                           BROUSE MCDOWELL, LPA
                                           388 S. Main Street, Suite 500
                                           Akron, Ohio 44311
                                           Telephone: (330) 535-5711
                                           Facsimile: (330) 253-8601
                                           mmerklin@brouse.com
                                           jzurn@brouse.com

                                           *Counsel for the Debtors
                                           and Debtors-in-Possession*

1502015