UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

**In re:**
Squirrels Research Labs LLC
8050 Freedom Avenue NW
North Canton, OH 44720

The Midwest Data Company LLC
8050 Freedom Avenue NW
8050 Freedom Avenue NW
North Canton, OH 44720

**Case Number:** 21−61491−tnap

**Chapter:** 11

**Judge:** TIIARA N.A. PATTON

**TO ALL CREDITORS AND PARTIES IN INTEREST**

You are hereby notified that this case will be transferred from Judge RUSS KENDIG to Judge TIIARA N.A. PATTON effective October 1st, 2022. Please modify your records accordingly. All further pleadings and documents should reflect Judge TIIARA N.A. PATTON in the caption. All proposed Orders should similarly identify Judge TIIARA N.A. PATTON as the approving Judge.

**Date:** September 30, 2022
Form ohnb224rk

For the Court
Josiah C. Sell, Clerk