In re:            Case No. 21-61491-tnap

Squirrels Research Labs LLC            Chapter 11

The Midwest Data Company LLC

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0647-6 | User: admin | Page 1 of 6 |
| Date Rcvd: Oct 03, 2022 | Form ID: 224rk | Total Noticed: 154 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Squirrels Research Labs LLC, The Midwest Data Company LLC, 8050 Freedom Avenue NW, North Canton, OH 44720-6912 |
| aty | + | Brouse McDowell, 388 South Main Street, Suite 500, Akron, OH 44311-4419 |
| aty | + | Brouse McDowell, LPA, 388 S. Main Street, Suite 500, Akron, OH 44311-4419 |
| aty | + | Jason R. Schendel, Sheppard, Mullin, Richter & Hampton LLP, Four Embardadero Center, Seventeenth Floor, San Francisco, CA 94111-4106 |
| cr | + | Avnet, Inc., c/o Christopher Combest, Quarles & Brady LLP, 300 N. LaSalle Street, Suite 4000 Chicago, IL 60654-5427 |
| cr | | Better PC, LLC, c/o Christopher J. Niekamp, Esq., Buckingham, Doolittle & Burroughs, Suite 300, Akron, OH 443338398 |
| acc | + | CliftonLarsonAllen LLP, 388 S Main St, Ste 420, Akron, OH 44311-1064 |
| cr | + | Fleur-de-Lis Development, LLC, c/o Gina Piacentino, 88 E. Broad, Suite 1560, Columbus, OH 43215-3178 |
| fa | + | Inglewood Associates LLC, 9242 Headlands Road, Mentor, OH 44060-1026 |
| cr | + | Premier Bank, 1111 Superior Ave., E., Suite 1111, Cleveland, OH 44114-2568 |
| intp | + | SCEB, LLC, 18 Monument Drive, Stafford, VA 22554-8508 |
| 27110770 | + | A.G. Adjustments, Ltd., 740 Walt Whitman Rd, Melville, NY 11747-2212 |
| 27135852 | + | AEP Energy Inc, 225 W Wacker Dr Ste 600, Chicago, IL 60606-1280 |
| 27110771 | + | Aaron Holquin, 2046 Jamison Pl, Santa Clara, CA 95051-2240 |
| 27110772 | | Aaron Reimer, PMB-AR113422, Sumas, WA 98295-9674 |
| 27110773 | + | Alton Hare, 1200 17th St NW, Washington, DC 20036-3006 |
| 27110774 | + | Amanda McConnell, 191 E. 28th Street, Dover, OH 44622-9502 |
| 27110775 | + | Andrew Gould, 4812 Wildflower Drive, North Canton, OH 44720-1174 |
| 27110776 | + | Andrew Waters, 6653 Main Street, Williamsville, NY 14221-5906 |
| 27110779 | + | Avnet Inc., 5400 Prairie Stone Pkwy, Hoffman Estates, IL 60192-3721 |
| 27110777 | + | Avnet Inc., Attn: Dennis Losik, 5400 Prairie Stone Pkwy, Hoffman Estates, IL 60192-3721 |
| 27110780 | + | Ben George, 5464 Lake Ave, Orchard Park, NY 14127-1057 |
| 27110781 | + | BittWare/Molex Inc., 2222 Wellington Court, Lisle, IL 60532-1682 |
| 27159444 | + | Bittware Inc, Tricia Mccoy, 2222 Wellington Ct, Lisle, IL 60532-3831 |
| 27110782 | + | Bittware/Molex LLC, 2222 Wellington Ct, Lisle, IL 60532-3831 |
| 27110783 | + | Bradley Conn, 51 Maple Avenue, Locust Valley, NY 11560-2006 |
| 27110784 | | Bradon Pen, 56 Varcoe Rd, Courtice, ON L1E 1S5, CANADA |
| 27110785 | + | Brandon Osbourne, 151 Mary Ellen Drive, Charleston, SC 29403-3355 |
| 27110786 | | Brett Mashford, 35 Oakmoss Dr, SPRINGFIELD LAKES, QLD 4300, AUSTRALIA |
| 27110787 | + | Brian Fiducci, 24463 Norelius Ave, Round Lake, IL 60073-1419 |
| 27110788 | + | Brian Klinger, 4018 Shelby Row, Sugar Land, TX 77479-1751 |
| 27110794 | + | CT Data LLC, 133 River Road, Mystic, CT 06355-1815 |
| 27110789 | + | Carl Forsell, c/o James E.P. Sisto, Schuerger Law Group, 1001 Kingsmill Parkway, Columbus, OH 43229-1129 |
| 27110790 | + | Chad Clark, 876 Jefferson St, Menasha, WI 54952-2452 |
| 27126510 | | Christophe TOUZET, 32 Rouillon, SAINT GERMAIN EN COGLES, 35133 |
| 27110791 | + | Cincinnati Insurance, 417 Anderson Ferry Rd, Suite 3, Cincinnati, OH 45238-5286 |
| 27110792 | + | Clarence Smith, 3290 Double Creek Dr N., Apt 301, Plainfield, IN 46168-5586 |
| 27110793 | + | CliftonLarsonAllen LLP, Attn: Daniel Riemenschneider, 4334 Munson St., NW, Canton, OH 44718-3674 |
| 27150935 | | CliftonLarsonAllen, LLP, 220 S 6th St # 300, Minneapolis, 55402-1436 |

| ID | Flag | Name and Address |
|---|---|---|
| 27110795 | + | Culligan of Canton, 4810 Southway St., SW, Canton, OH 44706-1965 |
| 27110796 | | Daniel Hajdu, Graslaan 111, 6833CG Arnhem, NETHERLANDS |
| 27110797 | #+ | Daniel Russo, 120 High Farms Rd, Glen Head, NY 11545-2227 |
| 27110799 | + | Darry Kurpisz, 14635 22nd Ave SW, Burien, WA 98166-1609 |
| 27110800 | + | David Chase, et al., c/o Michael Maranda, 38 Oaklawn Ave, Farmingville, NY 11738-2523 |
| 27110801 | + | David Reynolds, 6046 Jerusalem Drive, Cicero, NY 13039-8885 |
| 27110802 | + | David Stanfill, 772 Treat Blvd., Tallmadge, OH 44278-2634 |
| 27110803 | + | Donald Ruffatto, 420 Fairview Ave, Arcadia, CA 91007-6806 |
| 27110804 | + | Dustin Hooper, 11885 W. McDowell Rd, Avondale, AZ 85392-5188 |
| 27134726 | + | Elliot Boutin, 9400 e lincoln st apt 409, Wichita, KS 67207-3556 |
| 27135853 | + | Envista Forensics LLC, dba AREPA, 111 Deer Lake Rd, Ste 100, Deerfield, IL 60015-4943 |
| 27110805 | + | Everhart Glass Co., Inc., Attn: Linda Monigold, 207 Ninth St., SW, PO Box 20645, Canton, OH 44701-0645 |
| 27110806 | + | Everstream, 1228 Euclid Ave #250, Cleveland, OH 44115-1831 |
| 27155871 | | Fabrizio Simonetti, 8 Via Sant Jacpo in Acquaviva, Livorno, Italy 57127 |
| 27110807 | | Fabrizio Simonetti, Via Gozzer N 2A, 57128 Livorno, ITALY |
| 27110808 | | FedEx, PO Box 371461, Pittsburgh, PA 15250-7461 |
| 27165136 | | Fedex Corporate Services Inc, 3965 Airways Blvd, Module G, 3rd Floor, Memphis, TN 38116-5017 |
| 27110809 | + | Fernando Molina, 5275 SW 146 AVE, Miami, FL 33175-5707 |
| 27175436 | + | Fleur-de-Lis Development LLC, c/o Matthew T. Schaeffer/Jameel S. Turne, 10 West Broad Street, Suite 2100, Columbus, OH 43215-3455 |
| 27110812 | + | GS 8100, LLC, 6610 Chatsworth Street, NW, Canton, OH 44718-3849 |
| 27110813 | | GS1 US, Inc., 300 Princeton South Corporate Center, Ewing Township, NJ 08628 |
| 27140577 | + | Gabriel M Boutin, 48 Cascade st, Essex Jct, VT 05452-4126 |
| 27165286 | + | Gail O'Connell, 8960 Ringview Dr, Mechanicsville, VA 23116-2972 |
| 27110810 | + | George D. Jimenez, 9396 Broadland Street, NW, Massillon, OH 44646-9120 |
| 27110811 | | Gilbert Rodriguez, 1340 Camp Street, Fabens, TX 79838 |
| 27162170 | + | Gregory Almeida, 240 Old Foamy Rd, Cleburne, TX 76033-8845 |
| 27110814 | | Hailu Looyestein, Schout Coxstraat 1, 5421GJ Gemert, NETHERLANDS |
| 27110815 | + | Heather Bradley, 1213 N. Chapel Street, Louisville, OH 44641-1007 |
| 27110816 | + | Henry Ryan, 228 Cranbury Road, Princeton Junction, NJ 08550-2801 |
| 27110817 | + | Horizon Supply Group, Attn: Jeff Habbyshaw, 3691 Honors Way, Howell, MI 48843-7498 |
| 27110821 | + | IPS Assembly Corp., Attn: Perry Sutariya, 12077 Merriman Rd, Livonia, MI 48150-1912 |
| 27110818 | + | Instantiation, LLC, Attn: Sam Cassatt, 434 Dorado Beach E, Dorado PR 00646-2225 |
| 27110823 | + | Israel Garcia, 615 Oak Hollow Dr, Newberg, OR 97132-7475 |
| 27110827 | + | JC Pack, 628 1/2 E San Ysidro Blvd 292, San Ysidro, CA 92173-3149 |
| 27110824 | + | James Holodnak, 2910 16th Street, NW, Canton, OH 44708-3006 |
| 27110825 | + | Jason Price, 67 Bartram Trail, Brunswick, GA 31523-7911 |
| 27110826 | + | Jason R. Schendel, Jeannie Kim, Sheppard, Ullin, Richter & Hampton LLP, Four Embarcadero Center, 17th Flr, San Francisco, CA 94111-4158 |
| 27110828 | | Jean Viljoen, 5 Cape Willow, Hermanus, Western Cape, 7200, SOUTH AFRICA |
| 27110829 | + | Jeffrey Cordell, 17517 NW Ashland Drive, Portland, OR 97229-3371 |
| 27110830 | + | Jessica Gritzan, 1280 Linwood Ave SW, North Canton, OH 44720-3473 |
| 27137812 | | Joaquim Ginesta, 6. 4r1r Emili Grahit, Giroma, Spain 17002 |
| 27134496 | | Joaquim Ginesta, Emili Grahit 6, 4r 1r, 17002 GIRONA, SPAIN, Emili Grahit 6, 4r 1r, 17002, GIRONA, SP |
| 27110831 | | Joaquim Ginesta, Emili Grahit 6, 4r 1r, 17002 Girona, SPAIN |
| 27110832 | + | Jordan Kupersmith, 888 N. Quincy St, Arlington, VA 22203-2070 |
| 27110833 | + | Jose A. Rubio, 15925 Hopper Lane, San Diego, CA 92127-6180 |
| 27110834 | + | Josh Luoni, 808 8th St, Fairmont, WV 26554-2561 |
| 27110835 | + | Joshua Harris, 209 N. Horner Blvd., Sanford, NC 27330-3913 |
| 27165288 | + | Justin O'Connell, 15712 Whirland Dr, Midlothian, VA 23112-5255 |
| 27110838 | + | Kyle Slutz, 1116 W. Nimisila Road, Clinton, OH 44216-8900 |
| 27110839 | + | Kyle Tricarico, 5464 Lake Ave, Orchard Park, NY 14127-1057 |
| 27110840 | | Luco Gilardi, Ul. Slivnitsa 188, Sofia 1202, BULGARIA |
| 27110841 | + | Mario Fortier, 10 Orchard Lane, Chelmsford, MA 01824-1324 |
| 27110842 | | Marius Nastasenko, Taikos g. 148, Vilnius, Vilniaus Apskritis 5227, LITHUANIA |
| 27110844 | + | Mark Veon, 2547 S. 3rd Street, Milwaukee, WI 53207-1407 |
| 27110845 | + | Metal Masters, Attn: Bret Kettlewell, 125 Williams Dr, Dover, OH 44622-7662 |
| 27161274 | + | Michael A. Steel, Esq., 2725 Abington Rd., Suite 200A, Akron 44333-4058 |
| 27110846 | + | Michael Dai, 43174 Christy Street, Fremont, CA 94538-3170 |
| 27110847 | + | Michael Rampton, 6222 12th Street, North, Arlington, VA 22205-1721 |
| 27110848 | + | Michael Riley, 2506 SW 23rd Cranbrook Dr, Boynton Beach, FL 33436-5708 |
| 27110849 | + | Michael Robinson, 103 Hunters Ct, Forest, VA 24551-1407 |
| 27110850 | + | Michael Walker, Associate General Counsel, Avnet Inc., 2211 S. 47th Street, Phoenix, AZ 85034-6403 |
| 27110851 | + | Miguel Chacon, 120 NW 6th Ave, Miami, FL 33128-1525 |

| | | |
|---|---|---|
| 27110852 | | Mohamed Kazem, 27 Orwell Street, Potts Point, SYDNEY, NSW 2011, AUSTRALIA |
| 27110856 | + | NJEB Partners, 244 5th Avenue, Ste 1253, New York, NY 10001-7604 |
| 27161592 | + | NJEB Partners LLC, c/o Melissa S. Giberson, Vorys, Sater, Seymour and Pease LLP, 52 East Gay Street, Columbus, OH 43215-3161 |
| 27110853 | | Naoaki Kita, Kigoshimachi, Kanazawa-shi, Ishikawaken 920-0203, JAPAN |
| 27110854 | + | Nick Yarosz, 3019 Ellington Dr, Summerville, SC 29485-6319 |
| 27110855 | | Nicolas Rochon, 4278 Beausoleil, Terrebonne QC J6V 1G1, CANADA |
| 27110859 | ++ | OHIO BUREAU OF WORKERS COMPENSATION, LAW SECTION BANKRUPTCY UNIT, P O BOX 15567, COLUMBUS OH 43215-0567 address filed with court:, Ohio Bureau of Workers' Compensation, Attn: Law Section Bankruptcy Unit, PO Box 15567, Columbus, OH 43215-0567 |
| 27110862 | + | One Haines Company, LLC, 6610 Chatsworth Street, NW, Canton, OH 44718-3849 |
| 27110863 | + | One Skymax Company, LLC, 6610 Chatsworth Street, NW, Canton, OH 44718-3849 |
| 27110864 | + | Pat Clay, 72 Baker Dr, Gansevoort, NY 12831-2444 |
| 27110865 | + | Patrick Nadeau, 311 Andrews Rd, Wolcott, CT 06716-1048 |
| 27110866 | + | Paul Kelsey, 1583 E. Primrose Lane, Layton, UT 84040-1202 |
| 27110867 | | Peter Ensor, Powerstown House, Clonee, Dublin, D15 YH52, IRELAND |
| 27110868 | + | Phillippe Germain, 102 W. Service Rd #2153466, Champlain, NY 12919-4440 |
| 27245902 | + | ProTech Security, PO Box 35034, Canton, OH 44735-5034 |
| 27110870 | + | R. Scott Heasley, Meyers, Roman, Friedberg & Lewis, 28601 Chagrin Blvd., Suite 600, Cleveland, OH 44122-4557 |
| 27110871 | | Rajesh Bhakar, Sector 9d/204, 2nd Flr Akarti Apartment, Jaipur, Rajasthan 302021, INDIA |
| 27110872 | | Raymond Wodarczyk, Kinzigstra e 28, 10247 Berlin, GERMANY |
| 27110873 | + | Richard Bergstrom, 30107 Mountain View Dr, Hayward, CA 94544-6719 |
| 27110874 | + | Richard Weeks, 4199 Defoors Farm Dr, Powder Springs, GA 30127-4078 |
| 27110875 | | Robin Wolf, Fasangasse 49, Vienna, Wien 1030, AUSTRIA |
| 27110876 | | Ruben Sousa, Av. D. Jo o II, n 34, 1998-031 Lisboa, PORTUGAL |
| 27110877 | #+ | Ryan Marfone, 98 N. Hawkhurst Cir, The Woodlands, TX 77354-3287 |
| 27110878 | + | Sam Adams, 3417 Bush Street, Stevens Point, WI 54481-4993 |
| 27110879 | | Samtec, 20 Park E. Blvd., New Albany, IN 47150 |
| 27110881 | + | Seth Stanfill, 1515 24th Street, NW, Canton, OH 44709-3411 |
| 27110882 | + | Squirrels LLC, 121 Wilbur Drive NE, North Canton, OH 44720-1641 |
| 27110883 | | Stefano Chiesa, Via III Novembre 41, 38026 Fucine Trentino, ITALY |
| 27122739 | + | Stephen A. Eckinger, 1611 North Main Street, Suite A, North Canton, OH 44720-8632 |
| 27143204 | + | TTI, Inc. C/O Commercial Collection Consultants, 16830 Ventura Boulevard, Suite 620, Encino, CA 91436-1727 |
| 27110886 | + | Tim Bredemus, 9757 Union Terrace Ln N, Maple Grove, MN 55369-3728 |
| 27110887 | + | Tommy DeFreitas, 14114 N. Wind Cave Ct, Conroe, TX 77384-5618 |
| 27110888 | | TorEA Consulting, Attn: Paul Billinger, 1 Bow Street, Stouffville, ON L4A 1Z3, CANADA |
| 27146593 | | TorEA Consulting LTD, 1 BOW STREET, STOUFFVILLE ON L4A 1Z3 |
| 27110889 | + | Trevor Steinle, 24106 SE 42nd St, Sammamish, WA 98029-6414 |
| 27110891 | + | Tri Ho, 1180 N. Cherry Way, Anaheim, CA 92801-2023 |
| 27110892 | + | Troy Keplinger, 1730 E. Park St, Enid, OK 73701-6318 |
| 27110893 | + | U.S. Small Business Administration, District Counsel, 1350 Euclid Ave, Suite 211, Cleveland, OH 44115-1815 |
| 27110895 | | Welbour Espartero, 46 6th Ave NE, Swift Current, SK S9H 2L7, CANADA |
| 27110896 | + | William Paden, 205 Plains Rd, Westford, VT 05494-9630 |
| 27133992 | | chiesa stefano, 41, via III novembre fucine tn italy 380, 41, via III novembre fucine tn italy 380 |

TOTAL: 142

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Oct 04 2022 01:01:00 | United States Trustee, Office of the U.S. Trustee, H.M. Metzenbaum U.S. Courthouse, 201 Superior Avenue East Suite 441, Cleveland, OH 44114-1234 |
| 27110778 | + | Email/Text: Mary.pacini@avnet.com | Oct 04 2022 01:01:00 | Avnet Inc., 2211 South 47th Street, Phoenix, AZ 85034-6403 |
| 27110820 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 04 2022 01:01:00 | Internal Revenue Service, Insolvency Group 6, 1240 E. Ninth Street, Room 493, Cleveland, OH 44199 |
| 27110836 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 04 2022 01:03:13 | JPMorgan Chase Bank, 1111 Polaris Pkwy, Columbus, OH 43240 |
| 27110837 | + | Email/Text: dcottrill@kimblecompanies.com | Oct 04 2022 01:34:00 | Kimble Recycling & Disposal, Inc., 3596 SR 39, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | NW, Dover, OH 44622-7232 |
| 27110858 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | Oct 04 2022 01:34:00 | Ohio Attorney General, Collections Enforcement Section, Attn: Bankruptcy Unit, 30 E. Broad Street, 14th Floor, Columbus, OH 43215-3414 |
| 27110860 | | Email/Text: uibankruptcy@jfs.ohio.gov | Oct 04 2022 01:32:00 | Ohio Department of Job & Family Svcs, Attn: Legal Support-Bankruptcy, PO Box 182830, Columbus, OH 43218-2830 |
| 27110861 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Oct 04 2022 01:34:00 | Ohio Department of Taxation, Attn: Bankruptcy Division, PO Box 530, Columbus, OH 43216-0530 |
| 27159723 | + | Email/Text: dcsnowden@aep.com | Oct 04 2022 00:59:00 | Ohio Power Company d/b/a AEP Ohio, ATTN: Dwight C Snowden, 1 Riverside Plaza 13th Floor, Columbus, OH 43215-2355 |
| 27110869 | + | Email/Text: ffbcollectiondepartment@first-fed.com | Oct 04 2022 01:33:00 | Premier Bank, PO Box 248, Defiance, OH 43512-0248 |
| 27110857 | | Email/Text: USAOHN.BankruptcyCle@usdoj.gov | Oct 04 2022 00:59:00 | Office of U.S. Attorney, Attn: Bankruptcy Section, Carl B. Stokes U.S. Court House, 801 W. Superior Avenue, Ste 400, Cleveland, OH 44113 |
| 27110894 | + | Email/Text: accounts.receivable@uline.com | Oct 04 2022 01:32:00 | Uline, 12575 Uline Dr, Pleasant Prairie, WI 53158-3686 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carl Forsell |
| cr | | Cincinnati Insurance Company |
| cr | | Envista Forensics, LLC d/b/a AREPA |
| intp | | Instantiation LLC |
| intp | | Ohio Power Company dba American Electric Power |
| cr | | Torea Consulting Ltd. |
| 27134195 | | Hailu Looyestein, 1 Schout Coxstraat, Gemert Noord-Brxant 5421GJ |
| 27159308 | | Michael Maranda LLC, 6545 Market Avenue North, Nor |
| 27139009 | | Nicolas Rochon-Girard, 4278 rue Beausoleil Terrebonne Qubec J6V, 4278 rue beausoleil Terrebonne Qubec J6V |
| 27133288 | | Premier Bank, 1111 Superior Ave., East, Suite 1111 |
| cr | *P++ | OHIO BUREAU OF WORKERS COMPENSATION, LAW SECTION BANKRUPTCY UNIT, P O BOX 15567, COLUMBUS OH 43215-0567, address filed with court:, Ohio Bureau of Workers Compensation, Attn: Law Section Bankruptcy Unit, PO Box 15567, Columbus, OH 43215 |
| 27110819 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 27110890 | *+ | Trevor Steinle, 24106 SE 42nd St, Sammamish, WA 98029-6414 |
| 27127101 | *+ | ULINE, 12575 ULINE DRIVE, PLEASANT PRAIRIE, WI 53158-3686 |
| 27110798 | ##+ | Darien Lyons, 45 Elvin Street, Staten Island, NY 10314-4050 |
| 27110822 | ##+ | Isaac Gabriel, Quarles and Brady, One Renissaince Sq, Two North Central Ave, Phoenix, AZ 85004-2322 |
| 27110843 | ##+ | Mark D'Aria, 165 Quaker Path, East Setauket, NY 11733-2239 |
| 27110880 | ##+ | Scott Chen, 4058 Case St, Elmhurst, NY 11373-1614 |
| 27110884 | ##+ | Steven Turnshek, 13 Krist Glen Dr, Swissvale, PA 15218-1927 |
| 27110885 | ##+ | Thom Kuznia, 5733 York Ave S, Edina, MN 55410-2642 |

TOTAL: 10 Undeliverable, 4 Duplicate, 6 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 05, 2022  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan Sisto | on behalf of Creditor Carl Forsell bsisto@fbtlaw.com |
| Christopher Niekamp | on behalf of Creditor Better PC LLC cniekamp@bdblaw.com |
| Christopher Paul Combest | on behalf of Creditor Avnet Inc. christopher.combest@quarles.com |
| David M. Neumann | on behalf of Creditor Envista Forensics LLC d/b/a AREPA dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com |
| David M. Neumann | on behalf of Creditor Torea Consulting Ltd. dneumann@meyersroman.com jray@meyersroman.com;mnowak@meyersroman.com |
| Frederic P. Schwieg | on behalf of Trustee Frederic P. Schwieg fschwieg@schwieglaw.com |
| Frederic P. Schwieg | fschwieg@schwieglaw.com |
| Jeannie Kim | on behalf of Interested Party Instantiation LLC JeKim@sheppardmullin.com dgatmen@sheppardmullin.com |
| John C. Cannizzaro | on behalf of Interested Party Instantiation LLC John.Cannizzaro@icemiller.com lauren.prohaska@icemiller.com |
| John G. Farnan | on behalf of Creditor Cincinnati Insurance Company jfarnan@westonhurd.com |
| Joshua Ryan Vaughan | on behalf of Creditor Ohio Bureau of Workers Compensation jvaughan@amer-collect.com SAllman@AMER-COLLECT.COM;HouliECF@aol.com |
| Julie K. Zurn | on behalf of Debtor The Midwest Data Company LLC jzurn@brouse.com tpalcic@brouse.com |
| Julie K. Zurn | on behalf of Debtor Squirrels Research Labs LLC jzurn@brouse.com tpalcic@brouse.com |
| Julie K. Zurn | on behalf of Plaintiff Squirrels Research Labs LLC jzurn@brouse.com tpalcic@brouse.com |
| Kate M. Bradley ust44 | on behalf of U.S. Trustee United States Trustee kate.m.bradley@usdoj.gov |
| Marc Merklin | on behalf of Debtor Squirrels Research Labs LLC mmerklin@brouse.com tpalcic@brouse.com;mmiller@brouse.com |
| Marc Merklin | on behalf of Plaintiff Squirrels Research Labs LLC mmerklin@brouse.com tpalcic@brouse.com;mmiller@brouse.com |
| Matthew T. Schaeffer | on behalf of Defendant Fleur-de-Lis Development LLC mschaeffer@baileycav.com, lpatterson@baileycav.com |
| Matthew T. Schaeffer | on behalf of Defendant Rocco Piacentino mschaeffer@baileycav.com lpatterson@baileycav.com |
| Matthew T. Schaeffer | on behalf of Defendant Cynthia Heinz mschaeffer@baileycav.com lpatterson@baileycav.com |
| Matthew T. Schaeffer | on behalf of Creditor Fleur-de-Lis Development LLC mschaeffer@baileycav.com, lpatterson@baileycav.com |

| | |
|---|---|
| Nicholas Paul Capotosto | on behalf of Plaintiff Squirrels Research Labs LLC ncapotosto@brouse.com tpalcic@brouse.com |
| Nicholas Paul Capotosto | on behalf of Debtor Squirrels Research Labs LLC ncapotosto@brouse.com tpalcic@brouse.com |
| Paul J. Schumacher | on behalf of Interested Party Ohio Power Company dba American Electric Power pschumacher@dmclaw.com tgross@dmclaw.com |
| Richard J. Thomas | on behalf of Creditor Premier Bank rthomas@hendersoncovington.com dciambotti@hendersoncovington.com |
| Robert E. Goff, Jr. | on behalf of Creditor Cincinnati Insurance Company rgoff@westonhurd.com jroberts@westonhurd.com |
| Steven Heimberger | on behalf of Interested Party SCEB  LLC sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com |

TOTAL: 27

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

**In re:**
Squirrels Research Labs LLC
8050 Freedom Avenue NW
North Canton, OH 44720

The Midwest Data Company LLC
8050 Freedom Avenue NW
8050 Freedom Avenue NW
North Canton, OH 44720

**Case Number:** 21−61491−tnap

**Chapter:** 11

**Judge:** TIIARA N.A. PATTON

## TO ALL CREDITORS AND PARTIES IN INTEREST

You are hereby notified that this case will be transferred from Judge RUSS KENDIG to Judge TIIARA N.A. PATTON effective October 1st, 2022. Please modify your records accordingly. All further pleadings and documents should reflect Judge TIIARA N.A. PATTON in the caption. All proposed Orders should similarly identify Judge TIIARA N.A. PATTON as the approving Judge.

**Date:** September 30, 2022
Form ohnb224rk

For the Court
Josiah C. Sell, Clerk