# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Tiiara N.A. Patton |

## CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on September 30, 2022, a true and correct copy of the *Order Granting Second and Final Application of Brouse McDowell, LPA, Counsel for the Debtors, for Allowance of Compensation and Professional Services Rendered to Debtor, Squirrels Research Labs LLC, and Reimbursement of Expenses for the Period November 23, 2021 Through August 26, 2022* was served via the court's Electronic Case Filing System on the entities and individuals who are listed on the court's Electronic Mail Notice List:

  John C. Cannizzaro on behalf of Interested Party Instantiation LLC at John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

  Nicholas Paul Capotosto on behalf of Plaintiff Squirrels Research Labs LLC at ncapotosto@brouse.com, tpalcic@brouse.com

  Christopher Paul Combest on behalf of Creditor Avnet, Inc. at christopher.combest@quarles.com

  John G. Farnan on behalf of Creditor Cincinnati Insurance Company at jfarnan@westonhurd.com

  Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company at rgoff@westonhurd.com, jroberts@westonhurd.com

  Steven Heimberger on behalf of Interested Party SCEB, LLC at sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

Jeannie Kim on behalf of Interested Party Instantiation LLC at
JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at
mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd. at
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at
fschwieg@schwieglaw.com

Bryan Sisto on behalf of Creditor Carl Forsell at bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank at
rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at
jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at
jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at
kate.m.bradley@usdoj.gov

And by regular U.S. Mail on October 5, 2022, on the following:

| | | |
|---|---|---|
| Ohio Power Co. d/b/a AEP Ohio<br>Attn: Dwight Snowden<br>1 Riverside Plaza, 13th Floor<br>Columbus, OH 43215 | Andrew Waters<br>6653 Main Street<br>Williamsville, NY 14221<br>**UNDELIVERABLE** | Bittware/Molex LLC<br>Attn: Tricia McCoy<br>2222 Wellington Ct<br>Lisle, IL 60532 |
| CliftonLarsonAllen LLP<br>220 S. 6th Street, Suite 300<br>Minneapolis MN 55402-1436 | CT Data LLC<br>133 River Road<br>Mystic, CT 06355 | Donald Ruffatto<br>420 Fairview Ave, Apt. 107<br>Arcadia, CA 91007<br>**UNDELIVERABLE** |
| Everhart Glass Co., Inc.<br>Attn: Linda Monigold<br>207 Ninth St., SW<br>Canton, OH 44702 | Everstream<br>1228 Euclid Ave #250<br>Cleveland, OH 44115 | FedEx Corporate Services Inc.<br>3965 Airways Blvd., Module G, 3rd FL<br>Memphis, TN 38116-5017 |
| Hailu Looyestein<br>Schout Coxstraat 1<br>5421GJ Gemert<br>**NETHERLANDS** | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Group 6<br>1240 E. Ninth Street, Room 493<br>Cleveland, OH 44199 |
| IPS Assembly Corp.<br>Attn: Perry Sutariya<br>12077 Merriman Rd<br>Livonia, MI 48150 | Jason Price<br>67 Bartram Trail<br>Brunswick, GA 31523 | Jose A. Rubio<br>15925 Hopper Lane<br>San Diego, CA 92127 |
| Mark D'Aria<br>165 Old Field Rd.<br>Setauket, NY 11733-1639 | Metal Masters<br>Attn: Bret Kettlewell<br>125 Williams Dr<br>Dover, OH 44622 | David Chase, et al.<br>c/o Michael Maranda<br>293 Durkee Lane<br>East Patchogue, NY 11772 |
| Office of the U.S. Trustee<br>201 Superior Ave. East, Suite 441<br>H.M. Metzenbaum US Courthouse<br>Cleveland, OH 44114-1234 | Office of U.S. Attorney<br>Attn: Bankruptcy Section<br>Carl B. Stokes U.S. Court House<br>801 W. Superior Avenue, Ste 400<br>Cleveland, OH 44113 | Ohio Attorney General<br>Collections Enforcement Section<br>Attn: Bankruptcy Unit<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |
| Ohio Bureau of Workers' Compensation<br>Attn: Law Section Bankruptcy Unit<br>PO Box 15567<br>Columbus, OH 43215-0567 | Ohio Department of Job & Family Svcs<br>Attn: Legal Support-Bankruptcy<br>PO Box 182830<br>Columbus, OH 43218-2830 | Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 |

| | | |
|---|---|---|
| Phillippe Germain<br>102 W. Service Rd #2153466<br>Champlain, NY 12919 | Sam Adams<br>3417 Bush Street<br>Stevens Point, WI 54481 | Samtec<br>520 Park E. Blvd.<br>New Albany, IN 47150 |
| Steven Turnshek<br>13 Krist Glen Dr<br>Swissvale, PA 15218<br>**UNDELIVERABLE** | Trevor Steinle<br>24106 SE 42nd St<br>Sammamish, WA 98029 | William Paden<br>205 Plains Rd<br>Westford, VT 05494 |
| Michael Maranda LLC<br>c/o Kara Dodson, Esq., Soles Law Offices<br>6545 Market Avenue, N<br>N. Canton, OH 44721 | Instantiation LLC<br>c/o Jason R. Schendel<br>Sheppard, Mullin, Richter & Hampton LLP<br>4 Embarcadero Center, 17th Flr<br>San Francisco, CA 94111 | Internal Revenue Service<br>Attn: Deputy Director<br>1240 E. Ninth Street<br>Cleveland, OH 44199 |
| Michael Maranda<br>293 Durkee Lane<br>East Patchogue, NY 11772 | Gregory Almedia<br>240 Old Foamy Rd.<br>Cleburne, TX 76033 | Aaron Holquin<br>2046 Jamison Pl<br>Santa Clara, CA 95051 |
| TTI, Inc. c/o Commercial Collections Consultants<br>16830 Ventura Blvd., Suite 620<br>Encino, CA 91436-9143 | A.G. Adjustments, Ltd.<br>740 Walt Whitman Rd<br>Melville, NY 11747 | Amanda McConnell<br>191 E. 28th Street<br>Dover, OH 44622 |
| Aaron Reimer<br>PMB-AR113422<br>Sumas, WA 98295-9674<br>**UNDELIVERABLE** | Alton Hare<br>1200 17th St NW<br>Washington, DC 20036<br>**UNDELIVERABLE** | Bradley Conn<br>51 Maple Avenue<br>Locust Valley, NY 11560 |
| Andrew Gould<br>4812 Wildflower Drive<br>North Canton, OH 44720 | Ben George<br>5464 Lake Ave<br>Orchard Park, NY 14127 | Brett Mashford<br>35 Oakmoss Dr<br>SPRINGFIELD LAKES, QLD 4300<br>**AUSTRALIA** |
| Bradon Pen<br>56 Varcoe Rd<br>Courtice, ON L1E 1S5<br>**CANADA** | Brandon Osbourne<br>1614 Euclid Ave., Apt. 36<br>Miami Beach, FL 33139-7783<br>**UNDELIVERABLE** | Carl Forsell<br>c/o James E.P. Sisto<br>Schuerger Law Group<br>1001 Kingsmill Parkway<br>Columbus, OH 43229 |
| Brian Fiducci<br>24463 Norelius Ave<br>Round Lake, IL 60073 | Brian Klinger<br>4018 Shelby Row<br>Sugar Land, TX 77479 | Cincinnati Insurance<br>6200 S. Gilmore Rd<br>Fairfield, OH 45014-5141 |

| | | |
|---|---|---|
| Chad Clark<br>876 Jefferson St<br>Menasha, WI 54952 | Cincinnati Insurance<br>PO Box 145496<br>Cincinnati, OH 45250-5496 | Daniel Hajdu<br>Graslaan 111<br>6833CG Arnhem<br>**NETHERLANDS** |
| Clarence Smith<br>3290 Double Creek Dr N., Apt 301<br>Plainfield, IN 46168 | Culligan of Canton<br>4810 Southway St., SW<br>Canton, OH 44706 | Darry Kurpisz<br>14635 22nd Ave SW<br>Burien, WA 98166 |
| Daniel Russo<br>120 High Farms Rd<br>Glen Head, NY 11545 | Darien Lyons<br>123 James Ter.<br>Rahway, NJ 07065-2409 | Dustin Hooper<br>20063 W. Jackson St.<br>Buckeye, AZ 85326-2777 |
| David Reynolds<br>6046 Jerusalem Drive<br>Cicero, NY 13039 | David Stanfill<br>772 Treat Blvd.<br>Tallmadge, OH 44278 | George D. Jimenez<br>9396 Broadland Street, NW<br>Massillon, OH 44646 |
| Fabrizio Simonetti<br>8 Via Sant' Jacopo in Acquaviva<br>Livorno, LI 57127<br>**ITALY** | Fernando Molina<br>5275 SW 146 AVE<br>Miami, FL 33175 | GS1 US, Inc.<br>300 Princeton South Corporate Center<br>Ewing Township, NJ 08628 |
| Gilbert Rodriguez<br>PO Box 1535<br>Fabens, TX 79838-1535 | GS 8100, LLC<br>6610 Chatsworth Street, NW<br>Canton, OH 44718 | Horizon Supply Group<br>Attn: Jeff Habbyshaw<br>3691 Honors Way<br>Howell, MI 48843 |
| Heather Bradley<br>1213 N. Chapel Street<br>Louisville, OH 44641 | Henry Ryan<br>228 Cranbury Road<br>Princeton Junction, NJ 08550 | James Holodnak<br>2910 16th Street, NW<br>Canton, OH 44708 |
| Isaac Gabriel<br>Quarles and Brady<br>One Renissaince Sq<br>Two North Central Ave<br>Phoenix, AZ 85004 | Israel Garcia<br>615 Oak Hollow Dr<br>Newberg, OR 97132 | Jeffrey Cordell<br>17517 NW Ashland Drive<br>Portland, OR 97229 |
| JC Pack<br>199 Virginia Ave., #292<br>San Ysidro, CA 92173-2717 | Jean Viljoen<br>5 Cape Willow<br>Hermanus, Western Cape<br>7200   **SOUTH AFRICA** | Jonathan Hulecki<br>10505 Ciwberry Ct<br>Vienna, VA 22182 |

Jessica Gritzan
1280 Linwood Ave SW
North Canton, OH 44720

Joaquim Ginesta
Emili Grahit 6, 4r 1r
17002 GIRONA, **SPAIN**

Joshua Harris
209 N. Horner Blvd.
Sanford, NC 27330

Jordan Kupersmith
888 N. Quincy St
Arlington, VA 22203
***UNDELIVERABLE***

Josh Luoni
808 8th St
Fairmont, WV 26554

Kyle Slutz
1116 W. Nimisila Road
Clinton, OH 44216

JPMorgan Chase Bank
1111 Polaris Pkwy
Columbus, OH 43240

Kimble Companies
3596 SR 39 NW
Dover, OH 44622

Mario Fortier
10 Orchard Lane
Chelmsford, MA 01824

Kyle Tricarico
5464 Lake Ave
Orchard Park, NY 14127

Luco Gilardi
Ul. Slivnitsa 188
Sofia 1202
**BULGARIA**

Michael Dai
43174 Christy Street
Fremont, CA 94538

Marius Nastasenko
Taikos g. 148
Vilnius, Vilniaus Apskritis 5227
**LITHUANIA** ***UNDELIVERABLE***

Mark Veon
2547 S. 3rd Street
Milwaukee, WI 53207

Michael Robinson
103 Hunters Ct
Forest, VA 24551

Michael Rampton
6222 12th Street, North
Arlington, VA 22205

Michael Riley
2506 SW 23rd Cranbrook Dr
Boynton Beach, FL 33436

Mohamed Kazem
27 Orwell Street
Potts Point
SYDNEY, NSW 2011
**AUSTRALIA**
***UNDELIVERABLE***

Naoaki Kita
Kigoshimachi
Kanazawa-shi
Ishikawaken 920-0203
**JAPAN** ***UNDELIVERABLE***

Miguel Chacon
120 NW 6th Ave
Miami, FL 33128

Nicolas Rochon
4278 Beausoleil
Terrebonne QC J6V 1G1
**CANADA**

NJEB Partners
c/o Melissa Giberson, Vorys, Sater,
Seymour & Pease LLP
52 East Gay St.
Columbus, OH 43215 10001

Nick Yarosz
3019 Ellington Dr
Summerville, SC 29485

One Skymax Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Pat Clay
72 Baker Dr
Gansevoort, NY 12831

One Haines Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Christophe Touzet
32 Rouillon
Saint Germain En Cogles 35133
**FRANCE**

| | | |
|---|---|---|
| Peter Ensor<br>Powerstown House<br>Clonee, Dublin<br>D15 YH52<br>**IRELAND** | Patrick Nadeau<br>311 Andrews Rd<br>Wolcott, CT 06716 | R. Scott Heasley<br>Meyers, Roman, Friedberg & Lewis<br>28601 Chagrin Blvd., Suite 600<br>Cleveland, OH 44122 |
| Rajesh Bhakar<br>Sector 9d/204, 2nd Flr Akarti Apartment<br>Jaipur<br>Rajasthan 302021 **INDIA**<br>*UNDELIVERABLE* | Premier Bank<br>c/o Atty. Richard Thomas<br>6 Federal Plaza Central, Suite 1300<br>Youngstown, OH 44503 | Richard Bergstrom<br>30107 Mountain View Dr<br>Hayward, CA 94544 |
| Richard Weeks<br>4199 Defoors Farm Dr<br>Powder Springs, GA 30127 | Raymond Wodarczyk<br>Kinzigstraˆšü¼e 28<br>10247 Berlin  **GERMANY**<br>*UNDELIVERABLE* | Seth Stanfill<br>1515 24th Street, NW<br>Canton, OH 44709 |
| Ryan Marfone<br>98 N. Hawkhurst Cir<br>The Woodlands, TX 77354 | Robin Wolf<br>Fasangasse 49, Vienna<br>Wien 1030   **AUSTRIA**<br>*UNDELIVERABLE* | Thom Kuznia<br>5733 York Ave. S.<br>Edina, MN 55410<br>*UNDELIVERABLE* |
| Squirrels LLC<br>121 Wilbur Drive NE<br>North Canton, OH 44720 | Scott Chen<br>4058 Case St<br>Elmhurst, NY 11373<br>*UNDELIVERABLE* | U.S. Small Business Administration<br>District Counsel<br>1350 Euclid Ave, Suite 211<br>Cleveland, OH 44115 |
| Tim Bredemus<br>9757 Union Terrace Ln N<br>Maple Grove, MN 55369<br>*UNDELIVERABLE* | Stefano Chiesa<br>41, Via III Novembre<br>Fucine Tn 38026<br>**ITALY** | Jack Cooper<br>4684 Douglas Circle NW<br>Canton, OH 44735 |
| Tri Ho<br>1180 N. Cherry Way<br>Anaheim, CA 92801 | Tommy DeFreitas<br>14114 N. Wind Cave Ct<br>Conroe, TX 77384 | Pascal Peters<br>P.H.J.J. Peters Holding B.V.<br>Parklaan 6<br>Oss, Noord Brabant 5345 BV<br>**NETHERLANDS** |
| Uline<br>12575 Uline Dr<br>Pleasant Prairie, WI 53138 | Troy Keplinger<br>1730 E. Park St<br>Enid, OK 73701 | Dean Givens<br>170 Glad Spring Dr.<br>Lexington, SC 29072 |
| Welbour Espartero<br>46 6th Ave NE<br>Swift Current, SK S9H 2L7<br>**CANADA** | ProTech Security<br>PO Box 35034<br>Canton, OH 44735 | Everett Fominyen<br>6733 N. 105th Ave.<br>Omaha, NE 68122 |

| | | |
|---|---|---|
| Jeffrey Willis<br>987 S. High Street<br>Columbus, OH 43206 | Bill Gallagher<br>591 Lantern Way<br>Aurora, OH 44202 | Jason Rettburg<br>670 Robinhood Dr.<br>Aurora, OH 44202 |
| Tim Robinson<br>2376 Burg Street<br>Granville, OH 43023 | Enrique Espinosa<br>4009 Old Bridgeview Ln<br>Charleston, SC 29403 | Sidney Keith<br>8127 Larkspur Ave NW<br>North Canton, OH 44720 |
| Elloit Boutin<br>9400 E. Lincoln St. Apartments<br>Unit 409<br>Wichita, Kansas 67207 | Gail O'Connell<br>8960 Ringview Dr.<br>Mechanicsville, VA 23116 | Tulip<br>5464 Lake Ave<br>Orchard Park, NY 14127 |
| Gabriel and Andrew Boutin<br>48 Cascade St.<br>Essex Junction, VT 05452-0545 | Justin O'Connell<br>15712 Whirland Dr.<br>Midlothian, VA 23112 | William Sweeney<br>10 Westedge St., Unit 725<br>Charleston, SC 29403 |
| Jon Bulger<br>5169 Freeman Rd.<br>Orchard Park, NY 14127 | Stephen Allison<br>18 Monument Dr.<br>Stafford, VA 22554 | Squirrels 401(k) & Profit-Sharing Plan<br>c/o Plan Sponsor, Squirrels, LLC<br>121 Wilbur Drive, NE<br>North Canton, OH 44720 |

Matteo Trinca
Lania Geo  Ltd.
10 Zahesi Territory, Svimon Shotadze
Tbilisi, T'bilisi 0178  **GEORGIA**
*UNDELIVERABLE*

And by email on October 5, 2022, on the following:

    Ruben Sousa at sousa.ruben2@gmail.com
    Robin Wolf at robin.90@hotmail.de
    Donald Ruffatto at Druffato@gmail.com
    Jordan Kupersmith at jordankupersmith@gmail.com
    Scott Chen at madam.ng16@gmail.com
    Mohamed Kazem at nabilkazem@mail.com
    Tim Bredemus at tcbred@gmail.com

Dated:  October 6, 2022					Respectfully submitted,

					/s/ Julie K. Zurn
					Marc B. Merklin (0018195)
					Julie K. Zurn (0066391)
					BROUSE McDOWELL, LPA
					388 S. Main Street, Suite 500
					Akron, Ohio 44311
					Telephone: (330) 535-5711
					Facsimile: (330) 253-8601
					mmerklin@brouse.com
					jzurn@brouse.com

					*Counsel for the Debtor and*
					*Debtor-in-Possession*

[1511301]