

| | **EXHIBIT A** | Direct Billing Inquiries to:<br>CliftonLarsonAllen LLP<br>(844) 325-1836 |
|---|---|---|

**Payment is due upon receipt**

| Account Name | Squirrels Research Labs, LLC | **Invoice Total** | $2,926.88 |
| Account Number | 048-001424 | Invoice Number | 3428772 |
| Authorization Number | 0001320714 | Invoice Date | 9/29/2022 |

To pay your bill electronically please visit claconnect.com/billpay

| | |
|---|---|
| Fee Application June 1 through August 26, 2022 - detail attached. | $2,787.50 |
| Technology and Client Support Fee | $139.38 |
| **Invoice Total** | **$2,926.88** |

Payment is due upon receipt.

Please detach and remit payment to the address below.

## We Appreciate Your Business and Referrals

**Remit to:**

**CliftonLarsonAllen LLP**
**P.O. Box 775967**
**Chicago, IL  60677-5967**

07759670480014240002926880000034287729

| | |
|---|---|
| Amount Remitted | $_____ |
| Account Number | 048-001424 |
| Invoice Number | 3428772 |

Squirrels Research Labs, LLC
121 Wilbur Drive NE
North Canton, OH  44720

**Squirrels Research Labs LLC**
**WIP through August 26, 2022**

| Date | Staff | ChargeType | Task Code | Task Code Description | Hours | Rate | Amount | Billed |
|---|---|---|---|---|---:|---:|---:|---:|
| 6/9/2022 | Dan Riemenschneider | Time | EngAgr | Engagement Agreement | 0.40 | 400 | 160.00 | 160.00 |
| 6/28/2022 | Dan Riemenschneider | Time | TRCoun | Trustee/Counsel Correspond | 0.50 | 400 | 200.00 | - |
| 7/7/2022 | Donna Branham | Time | ADMIN | Internal Operational Procedu | 0.20 | 125 | 25.00 | 25.00 |
| 7/12/2022 | Kacey Houser | Time | Corr | Correspondence | 0.40 | 265 | 106.00 | - |
| 7/13/2022 | Kacey Houser | Time | TX02 | Project Management | 1.70 | 265 | 450.50 | 450.50 |
| 7/15/2022 | Kacey Houser | Time | Corr | Correspondence | 0.50 | 265 | 132.50 | 132.50 |
| 7/15/2022 | Dan Riemenschneider | Time | TRCoun | Trustee/Counsel Correspond | 0.30 | 400 | 120.00 | - |
| 7/15/2022 | Dan Riemenschneider | Time | Org | Organize | 0.10 | 400 | 40.00 | 40.00 |
| 7/15/2022 | Dan Riemenschneider | Time | TRCoun | Trustee/Counsel Correspond | 0.10 | 400 | 40.00 | - |
| 7/29/2022 | Dan Riemenschneider | Time | TRCoun | Trustee/Counsel Correspond | 0.10 | 400 | 40.00 | 40.00 |
| 8/1/2022 | Theresa Mullen | Time | Notice | Notices | 0.10 | 395 | 39.50 | 39.50 |
| 8/2/2022 | Zachary Williams | Time | Notice | Notices | 0.40 | 165 | 66.00 | 66.00 |
| 8/2/2022 | Theresa Mullen | Time | Notice | Notices | 0.10 | 395 | 39.50 | 39.50 |
| 8/3/2022 | Dan Riemenschneider | Time | Corr | Correspondence | 0.10 | 400 | 40.00 | 40.00 |
| 8/4/2022 | Zachary Williams | Time | Notice | Notices | 1.25 | 165 | 206.25 | 206.25 |
| 8/4/2022 | Theresa Mullen | Time | Notice | Notices | 0.20 | 395 | 79.00 | 79.00 |
| 8/5/2022 | Zachary Williams | Time | Notice | Notices | 0.15 | 165 | 24.75 | 24.75 |
| 8/8/2022 | Dan Riemenschneider | Time | 0000Prep | Preparation: General | 0.10 | 400 | 40.00 | 40.00 |
| 8/11/2022 | Donna Branham | Time | ADMIN | Internal Operational Procedu | 0.10 | 125 | 12.50 | 12.50 |
| 8/23/2022 | Dan Riemenschneider | Time | 0000Prep | Preparation: General | 0.30 | 400 | 120.00 | 120.00 |
| 8/23/2022 | Kacey Houser | Time | TX03 | Client Mtgs/Communication | 2.00 | 265 | 530.00 | 530.00 |
| 8/25/2022 | Kacey Houser | Time | TX03 | Client Mtgs/Communication | 0.60 | 265 | 159.00 | 159.00 |
| 8/26/2022 | Kacey Houser | Time | TX03 | Client Mtgs/Communication | 2.20 | 265 | 583.00 | 583.00 |
| | | | | | | | 3,253.50 | 2,787.50 |

21-61491-tnap    Doc 292-1    FILED 10/17/22    ENTERED 10/17/22 16:00:09    Page 2 of 3

| Detail |
|---|
| |
| Fee Application through May 31 |
| scan legal notice to DRR |
| DAS Factory set up |
| summary of open items |
| open items to Dan |
| Kay Watson and Tara Tison - how to amend claim with Bankruptcy court |
| correspondence with client as to progress of WTB |
| Julie Zurn email to collection staff and Michael Flohm |
| Florida Re-Employment Tax notice - from Amanda McConnell |
| FL close out of account; unemployment; email |
| research and email to team regarding Florida Reemployment tax notice received by client. Hoping to resolve by closing account and sending letter requesting abatement form penalties |
| Zac followup information; FL unemployment tax; research provided for review |
| Save Bankruptcy Court - Plan in place |
| Drafted letter to FL-DOR regarding notice, prepared RTS-3 for client to sign and mail, emails to DRR, KAH, TBM regarding notice |
| review information provided by Zac; response; FL unemployment tax account |
| Email to Amanda with documents to mail to FL DOR |
| With Kacey re: Research Credit and Shelley Plas completing the information |
| scan mail doc to DRR |
| t/c w/ Kacey - progress of return |
| follow up on items with owners, discussion with Dan on open items, follow up on R&D, Andrew email on meeting time set up |
| emails - gatherin open items for SQRL and R&D credit |
| meeting with Squirrels group, discussion with Dan, gathering data needed for returns. |