# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**Squirrels Research Labs LLC** *et al.*,[1]<br><br>     **Debtors**. | **Chapter 11**<br><br>**Case No. 21-61491 (TNAP)**<br>**(Jointly Administered)**<br><br>**Judge Tiiara N.A. Patton** |

**NOTICE OF ZOOM HEARING REGARDING SECOND AND FINAL APPLICATION OF CLIFTONLARSONALLEN LLP AS ACCOUNTANTS FOR THE DEBTORS, FOR ALLOWANCE OF COMPENSATION OF PROFESSIONAL SERVICES RENDERED TO SQUIRRELS RESEARCH LABS LLC FOR THE PERIOD JANUARY 31, 2022 THROUGH AUGUST 26, 2022**

  CliftonLarsonAllen LLP has filed with the Court the Second and Final Application of CliftonLarsonAllen LLP as Accountants For the Debtors, For Allowance of Compensation of Professional Services Rendered to Squirrels Research Labs LLC For the Period January 31, 2022 Through August 26, 2022 (the "Application").

  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.**

  If you do not want the Court to grant the Application, or if you want the Court to consider your views on the Application at a hearing, then on or before November 7, 2022, you or your attorney must:

  File with the Court an objection/response at:

  U.S. Bankruptcy Court
  Ralph Regula Federal Building and U.S. Courthouse
  401 McKinley Avenue, SW
  Canton, Ohio 44702

If you mail your objection/response to the Court, you must mail it early enough so the Court will **receive** it on or before the date stated above.

  Mail a copy of your response to:

  Marc B. Merklin
  Julie K. Zurn
  Brouse McDowell LPA
  388 S. Main Street, Suite 500
  Akron, Ohio 44311
  *Counsel for the Debtors and Debtors-in-Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

- And -

Daniel R. Riemenschneider
CliftonLarsonAllen LLP
388 S. Main Street, Suite 420
Akron, OH  44311

*Accountants to the Debtors*

Please take further notice that a **Zoom Video Conference Hearing** on the Application will be held on **November 22, 2002 at 11:00 a.m. prevailing Eastern Time**, or as soon as thereafter as this matter may be heard, before the Honorable Tiiara N.A. Patton via the Zoom® Video Communications application ("Zoom"). To participate in and join the Zoom hearing, parties must pre-register by emailing Brandon Pasvanis at **PattonZoom_Registration@ohnb.uscourts.gov** by no later than 4:00 p.m. three (3) business days prior to the scheduled hearing. Your hearing registration email must include the following information: (a) case name and case number; (b) the hearing date and time(s); (c) the participant's name, address, and telephone number; and (d) the name of party or parties whom participant represents.

All participants are required to appear by Zoom and comply with *Judge Tiiara N.A. Patton's Procedures for Video Conference Hearings via Zoom® Video Communications*, which can be found on the Court's website. Persons without video conferencing capabilities must immediately contact Brandon Pasvanis, Judge Patton's Courtroom Deputy, at (330) 742-0950 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the scheduled hearing date. The hearing may be continued from time to time until completed without further notice except as announced in open court

Dated:  October 17, 2022

Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE MCDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for the Debtors
and Debtors-in-Possession*