# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

## CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on October 17, 2022, true and correct copies of the following:

1. *Second and Final Application of CliftonLarsonAllen LLP as Accountant for the Debtors, for Allowance of Compensation and Professional Services Rendered to Debtor, Squirrels Research Labs LLC for the Period January 31, 2022 Through August 26, 2022;* and

2. *Notice of Filing Second and Final Application of CliftonLarsonAllen LLP as Accountant for the Debtors, for Allowance of Compensation and Professional Services Rendered to Debtor, Squirrels Research Labs LLC for the Period January 31, 2022 Through August 26, 2022;*

were served via the court's Electronic Case Filing System on the entities and individuals who are listed on the court's Electronic Mail Notice List:

John C. Cannizzaro on behalf of Interested Party Instantiation LLC at John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

Nicholas Paul Capotosto on behalf of Plaintiff Squirrels Research Labs LLC at ncapotosto@brouse.com, tpalcic@brouse.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc. at christopher.combest@quarles.com

John G. Farnan on behalf of Creditor Cincinnati Insurance Company at jfarnan@westonhurd.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company at rgoff@westonhurd.com, jroberts@westonhurd.com

Steven Heimberger on behalf of Interested Party SCEB, LLC at sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd. at dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC at mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz at mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino at mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com

Bryan Sisto on behalf of Creditor Carl Forsell at bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank at rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at kate.m.bradley@usdoj.gov

And by regular U.S. Mail on October 17, 2022, on the following:

Ohio Power Co. d/b/a AEP Ohio
Attn: Dwight Snowden
1 Riverside Plaza, 13th Floor
Columbus, OH 43215

Andrew Waters
6653 Main Street
Williamsville, NY 14221
**UNDELIVERABLE**

Bittware/Molex LLC
Attn: Tricia McCoy
2222 Wellington Ct
Lisle, IL 60532

CliftonLarsonAllen LLP
220 S. 6th Street, Suite 300
Minneapolis MN 55402-1436

CT Data LLC
133 River Road
Mystic, CT 06355

Donald Ruffatto
420 Fairview Ave, Apt. 107
Arcadia, CA 91007
**UNDELIVERABLE**

Everhart Glass Co., Inc.
Attn: Linda Monigold
207 Ninth St., SW
Canton, OH 44702

Everstream
1228 Euclid Ave #250
Cleveland, OH 44115

FedEx Corporate Services Inc.
3965 Airways Blvd., Module G, 3rd FL
Memphis, TN 38116-5017

Hailu Looyestein
Schout Coxstraat 1
5421GJ Gemert
**NETHERLANDS**

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Group 6
1240 E. Ninth Street, Room 493
Cleveland, OH 44199

IPS Assembly Corp.
Attn: Perry Sutariya
12077 Merriman Rd
Livonia, MI 48150

Jason Price
67 Bartram Trail
Brunswick, GA 31523

Jose A. Rubio
15925 Hopper Lane
San Diego, CA 92127

Mark D'Aria
165 Old Field Rd.
Setauket, NY 11733-1639

Metal Masters
Attn: Bret Kettlewell
125 Williams Dr
Dover, OH 44622

David Chase, et al.
c/o Michael Maranda
293 Durkee Lane
East Patchogue, NY 11772

Office of the U.S. Trustee
201 Superior Ave. East, Suite 441
H.M. Metzenbaum US Courthouse
Cleveland, OH 44114-1234

Office of U.S. Attorney
Attn: Bankruptcy Section
Carl B. Stokes U.S. Court House
801 W. Superior Avenue, Ste 400
Cleveland, OH 44113

Ohio Attorney General
Collections Enforcement Section
Attn: Bankruptcy Unit
30 E. Broad Street, 14th Floor
Columbus, OH 43215

Ohio Bureau of Workers' Compensation
Attn: Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567

Ohio Department of Job & Family Svcs
Attn: Legal Support-Bankruptcy
PO Box 182830
Columbus, OH 43218-2830

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

| | | |
|---|---|---|
| Phillippe Germain<br>102 W. Service Rd #2153466<br>Champlain, NY 12919 | Sam Adams<br>3417 Bush Street<br>Stevens Point, WI 54481 | Samtec<br>520 Park E. Blvd.<br>New Albany, IN 47150 |
| Steven Turnshek<br>13 Krist Glen Dr<br>Swissvale, PA 15218<br>**UNDELIVERABLE** | Trevor Steinle<br>24106 SE 42nd St<br>Sammamish, WA 98029 | William Paden<br>205 Plains Rd<br>Westford, VT 05494 |
| Michael Maranda LLC<br>c/o Kara Dodson, Esq., Soles Law Offices<br>6545 Market Avenue, N<br>N. Canton, OH 44721 | Instantiation LLC<br>c/o Jason R. Schendel<br>Sheppard, Mullin, Richter & Hampton LLP<br>4 Embarcadero Center, 17th Flr<br>San Francisco, CA 94111 | Internal Revenue Service<br>Attn: Deputy Director<br>1240 E. Ninth Street<br>Cleveland, OH 44199 |
| Michael Maranda<br>293 Durkee Lane<br>East Patchogue, NY 11772 | Gregory Almedia<br>240 Old Foamy Rd.<br>Cleburne, TX 76033 | Aaron Holquin<br>2046 Jamison Pl<br>Santa Clara, CA 95051 |
| TTI, Inc. c/o Commercial Collections Consultants<br>16830 Ventura Blvd., Suite 620<br>Encino, CA 91436-9143 | A.G. Adjustments, Ltd.<br>740 Walt Whitman Rd<br>Melville, NY 11747 | Amanda McConnell<br>191 E. 28th Street<br>Dover, OH 44622 |
| Aaron Reimer<br>PMB-AR113422<br>Sumas, WA 98295-9674<br>**UNDELIVERABLE** | Alton Hare<br>1200 17th St NW<br>Washington, DC 20036<br>**UNDELIVERABLE** | Bradley Conn<br>51 Maple Avenue<br>Locust Valley, NY 11560 |
| Andrew Gould<br>4812 Wildflower Drive<br>North Canton, OH 44720 | Ben George<br>5464 Lake Ave<br>Orchard Park, NY 14127 | Brett Mashford<br>35 Oakmoss Dr<br>SPRINGFIELD LAKES, QLD 4300<br>**AUSTRALIA** |
| Bradon Pen<br>56 Varcoe Rd<br>Courtice, ON L1E 1S5<br>**CANADA** | Brandon Osbourne<br>1614 Euclid Ave., Apt. 36<br>Miami Beach, FL 33139-7783<br>**UNDELIVERABLE** | Carl Forsell<br>c/o James E.P. Sisto<br>Schuerger Law Group<br>1001 Kingsmill Parkway<br>Columbus, OH 43229 |
| Brian Fiducci<br>24463 Norelius Ave<br>Round Lake, IL 60073 | Brian Klinger<br>4018 Shelby Row<br>Sugar Land, TX 77479 | Cincinnati Insurance<br>6200 S. Gilmore Rd<br>Fairfield, OH 45014-5141 |

| | | |
|---|---|---|
| Chad Clark<br>876 Jefferson St<br>Menasha, WI 54952 | Cincinnati Insurance<br>PO Box 145496<br>Cincinnati, OH 45250-5496 | Daniel Hajdu<br>Graslaan 111<br>6833CG Arnhem<br>**NETHERLANDS** |
| Clarence Smith<br>3290 Double Creek Dr N., Apt 301<br>Plainfield, IN 46168 | Culligan of Canton<br>4810 Southway St., SW<br>Canton, OH 44706 | Darry Kurpisz<br>14635 22nd Ave SW<br>Burien, WA 98166 |
| Daniel Russo<br>120 High Farms Rd<br>Glen Head, NY 11545 | Darien Lyons<br>123 James Ter.<br>Rahway, NJ 07065-2409 | Dustin Hooper<br>20063 W. Jackson St.<br>Buckeye, AZ 85326-2777 |
| David Reynolds<br>6046 Jerusalem Drive<br>Cicero, NY 13039 | David Stanfill<br>772 Treat Blvd.<br>Tallmadge, OH 44278 | George D. Jimenez<br>9396 Broadland Street, NW<br>Massillon, OH 44646 |
| Fabrizio Simonetti<br>8 Via Sant' Jacopo in Acquaviva<br>Livorno, LI 57127<br>**ITALY** | Fernando Molina<br>5275 SW 146 AVE<br>Miami, FL 33175 | GS1 US, Inc.<br>300 Princeton South Corporate Center<br>Ewing Township, NJ 08628 |
| Gilbert Rodriguez<br>PO Box 1535<br>Fabens, TX 79838-1535 | GS 8100, LLC<br>6610 Chatsworth Street, NW<br>Canton, OH 44718 | Horizon Supply Group<br>Attn: Jeff Habbyshaw<br>3691 Honors Way<br>Howell, MI 48843 |
| Heather Bradley<br>1213 N. Chapel Street<br>Louisville, OH 44641 | Henry Ryan<br>228 Cranbury Road<br>Princeton Junction, NJ 08550 | James Holodnak<br>2910 16th Street, NW<br>Canton, OH 44708 |
| Isaac Gabriel<br>Quarles and Brady<br>One Renissaince Sq<br>Two North Central Ave<br>Phoenix, AZ 85004 | Israel Garcia<br>615 Oak Hollow Dr<br>Newberg, OR 97132 | Jeffrey Cordell<br>17517 NW Ashland Drive<br>Portland, OR 97229 |
| JC Pack<br>199 Virginia Ave., #292<br>San Ysidro, CA 92173-2717 | Jean Viljoen<br>5 Cape Willow<br>Hermanus, Western Cape<br>7200   **SOUTH AFRICA** | Jonathan Hulecki<br>10505 Ciwberry Ct<br>Vienna, VA 22182 |

| | | |
|---|---|---|
| Jessica Gritzan<br>1280 Linwood Ave SW<br>North Canton, OH 44720 | Joaquim Ginesta<br>Emili Grahit 6, 4r 1r<br>17002 GIRONA, **SPAIN** | Joshua Harris<br>209 N. Horner Blvd.<br>Sanford, NC 27330 |
| Jordan Kupersmith<br>888 N. Quincy St<br>Arlington, VA 22203<br>***UNDELIVERABLE*** | Josh Luoni<br>808 8th St<br>Fairmont, WV 26554 | Kyle Slutz<br>1116 W. Nimisila Road<br>Clinton, OH 44216 |
| JPMorgan Chase Bank<br>1111 Polaris Pkwy<br>Columbus, OH 43240 | Kimble Companies<br>3596 SR 39 NW<br>Dover, OH 44622 | Mario Fortier<br>10 Orchard Lane<br>Chelmsford, MA 01824 |
| Kyle Tricarico<br>5464 Lake Ave<br>Orchard Park, NY 14127 | Luco Gilardi<br>Ul. Slivnitsa 188<br>Sofia 1202<br>**BULGARIA** | Michael Dai<br>43174 Christy Street<br>Fremont, CA 94538 |
| Marius Nastasenko<br>Taikos g. 148<br>Vilnius, Vilniaus Apskritis 5227<br>**LITHUANIA** ***UNDELIVERABLE*** | Mark Veon<br>2547 S. 3rd Street<br>Milwaukee, WI 53207 | Michael Robinson<br>103 Hunters Ct<br>Forest, VA 24551 |
| Michael Rampton<br>6222 12th Street, North<br>Arlington, VA 22205 | Michael Riley<br>2506 SW 23rd Cranbrook Dr<br>Boynton Beach, FL 33436 | Mohamed Kazem<br>27 Orwell Street<br>Potts Point<br>SYDNEY, NSW 2011<br>**AUSTRALIA**<br>***UNDELIVERABLE*** |
| Naoaki Kita<br>Kigoshimachi<br>Kanazawa-shi<br>Ishikawaken 920-0203<br>**JAPAN** ***UNDELIVERABLE*** | Miguel Chacon<br>120 NW 6th Ave<br>Miami, FL 33128 | Nicolas Rochon<br>4278 Beausoleil<br>Terrebonne QC J6V 1G1<br>**CANADA** |
| NJEB Partners<br>c/o Melissa Giberson, Vorys, Sater,<br>Seymour & Pease LLP<br>52 East Gay St.<br>Columbus, OH 43215 10001 | Nick Yarosz<br>3019 Ellington Dr<br>Summerville, SC 29485 | One Skymax Company, LLC<br>6610 Chatsworth Street, NW<br>Canton, OH 44718 |
| Pat Clay<br>72 Baker Dr<br>Gansevoort, NY 12831 | One Haines Company, LLC<br>6610 Chatsworth Street, NW<br>Canton, OH 44718 | Christophe Touzet<br>32 Rouillon<br>Saint Germain En Cogles 35133<br>**FRANCE** |

| | | |
|---|---|---|
| Peter Ensor<br>Powerstown House<br>Clonee, Dublin<br>D15 YH52<br>**IRELAND** | Patrick Nadeau<br>311 Andrews Rd<br>Wolcott, CT 06716 | R. Scott Heasley<br>Meyers, Roman, Friedberg & Lewis<br>28601 Chagrin Blvd., Suite 600<br>Cleveland, OH 44122 |
| Rajesh Bhakar<br>Sector 9d/204, 2nd Flr Akarti Apartment<br>Jaipur<br>Rajasthan 302021 **INDIA**<br>***UNDELIVERABLE*** | Premier Bank<br>c/o Atty. Richard Thomas<br>6 Federal Plaza Central, Suite 1300<br>Youngstown, OH 44503 | Richard Bergstrom<br>30107 Mountain View Dr<br>Hayward, CA 94544 |
| Richard Weeks<br>4199 Defoors Farm Dr<br>Powder Springs, GA 30127 | Raymond Wodarczyk<br>Kinzigstraaˆšï¼e 28<br>10247 Berlin  **GERMANY**<br>***UNDELIVERABLE*** | Seth Stanfill<br>1515 24th Street, NW<br>Canton, OH 44709 |
| Ryan Marfone<br>98 N. Hawkhurst Cir<br>The Woodlands, TX 77354 | Robin Wolf<br>Fasangasse 49, Vienna<br>Wien 1030   **AUSTRIA**<br>***UNDELIVERABLE*** | Thom Kuznia<br>5733 York Ave. S.<br>Edina, MN 55410 |
| Squirrels LLC<br>121 Wilbur Drive NE<br>North Canton, OH 44720 | Scott Chen<br>4058 Case St<br>Elmhurst, NY 11373<br>***UNDELIVERABLE*** | U.S. Small Business Administration<br>District Counsel<br>1350 Euclid Ave, Suite 211<br>Cleveland, OH 44115 |
| Tim Bredemus<br>9757 Union Terrace Ln N<br>Maple Grove, MN 55369<br>***UNDELIVERABLE*** | Stefano Chiesa<br>41, Via III Novembre<br>Fucine Tn 38026<br>**ITALY** | Jack Cooper<br>4684 Douglas Circle NW<br>Canton, OH 44735 |
| Tri Ho<br>1180 N. Cherry Way<br>Anaheim, CA 92801 | Tommy DeFreitas<br>14114 N. Wind Cave Ct<br>Conroe, TX 77384 | Pascal Peters<br>P.H.J.J. Peters Holding B.V.<br>Parklaan 6<br>Oss, Noord Brabant 5345 BV<br>**NETHERLANDS** |
| Uline<br>12575 Uline Dr<br>Pleasant Prairie, WI 53138 | Troy Keplinger<br>1730 E. Park St<br>Enid, OK 73701 | Dean Givens<br>170 Glad Spring Dr.<br>Lexington, SC 29072 |
| Welbour Espartero<br>46 6th Ave NE<br>Swift Current, SK S9H 2L7<br>**CANADA** | ProTech Security<br>PO Box 35034<br>Canton, OH 44735 | Everett Fominyen<br>6733 N. 105th Ave.<br>Omaha, NE 68122 |

| | | |
|---|---|---|
| Jeffrey Willis<br>987 S. High Street<br>Columbus, OH 43206 | Bill Gallagher<br>591 Lantern Way<br>Aurora, OH 44202 | Jason Rettburg<br>670 Robinhood Dr.<br>Aurora, OH 44202 |
| Tim Robinson<br>2376 Burg Street<br>Granville, OH 43023 | Enrique Espinosa<br>4009 Old Bridgeview Ln<br>Charleston, SC 29403 | Sidney Keith<br>8127 Larkspur Ave NW<br>North Canton, OH 44720 |
| Elloit Boutin<br>9400 E. Lincoln St. Apartments<br>Unit 409<br>Wichita, Kansas 67207 | Gail O'Connell<br>8960 Ringview Dr.<br>Mechanicsville, VA 23116 | Tulip<br>5464 Lake Ave<br>Orchard Park, NY 14127 |
| Gabriel and Andrew Boutin<br>48 Cascade St.<br>Essex Junction, VT 05452-0545 | Justin O'Connell<br>15712 Whirland Dr.<br>Midlothian, VA 23112 | William Sweeney<br>10 Westedge St., Unit 725<br>Charleston, SC 29403 |
| Jon Bulger<br>5169 Freeman Rd.<br>Orchard Park, NY 14127 | Stephen Allison<br>18 Monument Dr.<br>Stafford, VA 22554 | Squirrels 401(k) & Profit-Sharing Plan<br>c/o Plan Sponsor, Squirrels, LLC<br>121 Wilbur Drive, NE<br>North Canton, OH 44720 |

Matteo Trinca
Lania Geo  Ltd.
10 Zahesi Territory, Svimon Shotadze
Tbilisi, T'bilisi 0178  **GEORGIA**
*UNDELIVERABLE*

And by email on October 17, 2022, on the following:

Ruben Sousa at sousa.ruben2@gmail.com
Robin Wolf at robin.90@hotmail.de
Donald Ruffatto at Druffato@gmail.com
Jordan Kupersmith at jordankupersmith@gmail.com
Scott Chen at madam.ng16@gmail.com
Mohamed Kazem at nabilkazem@mail.com
Tim Bredemus at tcbred@gmail.com

Dated: October 17, 2022

Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for the Debtor and Debtor-in-Possession*

[1517361]