# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Tiiara N.A. Patton |

## NOTICE OF ZOOM HEARING REGARDING MOTION OF SQUIRRELS RESEARCH LABS LLC FOR ENTRY OF AN ORDER APPROVING COMPROMISE AND SETTLEMENT WITH FLEUR DE LIS DEVELOPMENT LLC, ROCCO PIACENTINO, AND CYNTHIA HEINZ

Squirrels Research Labs LLC has filed with the Court the *Motion of Squirrels Research Labs LLC for Entry of an Order Approving Compromise and Settlement with Fleur De Lis Development LLC, Rocco Piacentino, and Cynthia Heinz* (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion at a hearing, then on or before **December 12, 2022**, you or your attorney must:

File with the Court an objection/response at:

U.S. Bankruptcy Court
Ralph Regula Federal Building and U.S. Courthouse
401 McKinley Avenue, SW
Canton, Ohio 44702

If you mail your objection/response to the Court, you must mail it early enough so the Court will **receive** it on or before the date stated above.

Mail a copy of your response to:

Marc B. Merklin
Julie K. Zurn
Brouse McDowell LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311

*Counsel for the Debtors and Debtors-in-Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

Please take further notice that a **Zoom Video Conference Hearing** on the Motion will be held on **December 20, 2022 at 11:00 a.m. prevailing Eastern Time**, or as soon as thereafter as this matter may be heard, before the Honorable Tiiara N.A. Patton via the Zoom® Video Communications application ("Zoom"). To participate in and join the Zoom hearing, parties must pre-register by emailing Brandon Pasvanis at **PattonZoom_Registration@ohnb.uscourts.gov** by no later than 4:00 p.m. three (3) business days prior to the scheduled hearing. Your hearing registration email must include the following information: (a) case name and case number; (b) the hearing date and time(s); (c) the participant's name, address, and telephone number; and (d) the name of party or parties whom participant represents.

All participants are required to appear by Zoom and comply with *Judge Tiiara N.A. Patton's Procedures for Video Conference Hearings via Zoom® Video Communications*, which can be found on the Court's website. Persons without video conferencing capabilities must immediately contact Brandon Pasvanis, Judge Patton's Courtroom Deputy, at (330) 742-0950 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the scheduled hearing date. The hearing may be continued from time to time until completed without further notice except as announced in open court.

Dated: November 21, 2022

Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE MCDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for the Debtors and Debtors-in-Possession*