# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

## CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on November 21, 2022, true and correct copies of the following:

1. *Motion of Squirrels Research Labs LLC for Entry of an Order Approving Compromise and Settlement with Fleur De Lis Development LLC, Rocco Piacentino and Cynthia Heinz;* and

2. *Notice of Motion of Squirrels Research Labs LLC for Entry of an Order Approving Compromise and Settlement with Fleur De Lis Development LLC, Rocco Piacentino and Cynthia Heinz.*

were served via the court's Electronic Case Filing System on the entities and individuals who are listed on the court's Electronic Mail Notice List:

> John C. Cannizzaro on behalf of Interested Party Instantiation LLC at John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com
>
> Nicholas Paul Capotosto on behalf of Plaintiff Squirrels Research Labs LLC at ncapotosto@brouse.com, tpalcic@brouse.com
>
> Christopher Paul Combest on behalf of Creditor Avnet, Inc. at christopher.combest@quarles.com
>
> John G. Farnan on behalf of Creditor Cincinnati Insurance Company at jfarnan@westonhurd.com
>
> Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company at rgoff@westonhurd.com, jroberts@westonhurd.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

Steven Heimberger on behalf of Interested Party SCEB, LLC at sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd. at dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC at mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz at mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino at mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com

Bryan Sisto on behalf of Creditor Carl Forsell at bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank at rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at kate.m.bradley@usdoj.gov

And by regular U.S. Mail on November 21, 2022, on the following:

| | | |
|---|---|---|
| Ohio Power Co. d/b/a AEP Ohio<br>Attn: Dwight Snowden<br>1 Riverside Plaza, 13th Floor<br>Columbus, OH 43215 | Andrew Waters<br>6653 Main Street<br>Williamsville, NY 14221<br>**UNDELIVERABLE** | Bittware/Molex LLC<br>Attn: Tricia McCoy<br>2222 Wellington Ct<br>Lisle, IL 60532 |
| CliftonLarsonAllen LLP<br>220 S. 6th Street, Suite 300<br>Minneapolis MN 55402-1436 | CT Data LLC<br>133 River Road<br>Mystic, CT 06355 | Donald Ruffatto<br>420 Fairview Ave, Apt. 107<br>Arcadia, CA 91007<br>**UNDELIVERABLE** |
| Everhart Glass Co., Inc.<br>Attn: Linda Monigold<br>207 Ninth St., SW<br>Canton, OH 44702 | Everstream<br>1228 Euclid Ave #250<br>Cleveland, OH 44115 | FedEx Corporate Services Inc.<br>3965 Airways Blvd., Module G, 3rd FL<br>Memphis, TN 38116-5017 |
| Hailu Looyestein<br>Schout Coxstraat 1<br>5421GJ Gemert<br>**NETHERLANDS** | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Group 6<br>1240 E. Ninth Street, Room 493<br>Cleveland, OH 44199 |
| IPS Assembly Corp.<br>Attn: Perry Sutariya<br>12077 Merriman Rd<br>Livonia, MI 48150 | Jason Price<br>67 Bartram Trail<br>Brunswick, GA 31523 | Jose A. Rubio<br>15925 Hopper Lane<br>San Diego, CA 92127 |
| Mark D'Aria<br>165 Old Field Rd.<br>Setauket, NY 11733-1639 | Metal Masters<br>Attn: Bret Kettlewell<br>125 Williams Dr<br>Dover, OH 44622 | David Chase, et al.<br>c/o Michael Maranda<br>293 Durkee Lane<br>East Patchogue, NY 11772 |
| Office of the U.S. Trustee<br>201 Superior Ave. East, Suite 441<br>H.M. Metzenbaum US Courthouse<br>Cleveland, OH 44114-1234 | Office of U.S. Attorney<br>Attn: Bankruptcy Section<br>Carl B. Stokes U.S. Court House<br>801 W. Superior Avenue, Ste 400<br>Cleveland, OH 44113 | Ohio Attorney General<br>Collections Enforcement Section<br>Attn: Bankruptcy Unit<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |
| Ohio Bureau of Workers' Compensation<br>Attn: Law Section Bankruptcy Unit<br>PO Box 15567<br>Columbus, OH 43215-0567 | Ohio Department of Job & Family Svcs<br>Attn: Legal Support-Bankruptcy<br>PO Box 182830<br>Columbus, OH 43218-2830 | Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 |

| | | |
|---|---|---|
| Phillippe Germain<br>102 W. Service Rd #2153466<br>Champlain, NY 12919 | Sam Adams<br>3417 Bush Street<br>Stevens Point, WI 54481 | Samtec<br>520 Park E. Blvd.<br>New Albany, IN 47150 |
| Steven Turnshek<br>13 Krist Glen Dr<br>Swissvale, PA 15218<br>**UNDELIVERABLE** | Trevor Steinle<br>24106 SE 42nd St<br>Sammamish, WA 98029 | William Paden<br>205 Plains Rd<br>Westford, VT 05494 |
| Michael Maranda LLC<br>c/o Kara Dodson, Esq., Soles Law Offices<br>6545 Market Avenue, N<br>N. Canton, OH 44721 | Instantiation LLC<br>c/o Jason R. Schendel<br>Sheppard, Mullin, Richter & Hampton LLP<br>4 Embarcadero Center, 17th Flr<br>San Francisco, CA 94111 | Internal Revenue Service<br>Attn: Deputy Director<br>1240 E. Ninth Street<br>Cleveland, OH 44199 |
| Michael Maranda<br>293 Durkee Lane<br>East Patchogue, NY 11772 | Gregory Almedia<br>240 Old Foamy Rd.<br>Cleburne, TX 76033 | Squirrels 401(k) & Profit-Sharing Plan<br>c/o Plan Sponsor, Squirrels, LLC<br>121 Wilbur Drive, NE<br>North Canton, OH 44720 |
| TTI, Inc. c/o Commercial Collections Consultants<br>16830 Ventura Blvd., Suite 620<br>Encino, CA 91436-9143 | A.G. Adjustments, Ltd.<br>740 Walt Whitman Rd<br>Melville, NY 11747 | Aaron Holquin<br>2046 Jamison Pl<br>Santa Clara, CA 95051 |
| Aaron Reimer<br>PMB-AR113422<br>Sumas, WA 98295-9674<br>**UNDELIVERABLE** | Alton Hare<br>1200 17th St NW<br>Washington, DC 20036<br>**UNDELIVERABLE** | Amanda McConnell<br>191 E. 28th Street<br>Dover, OH 44622 |
| Andrew Gould<br>4812 Wildflower Drive<br>North Canton, OH 44720 | Ben George<br>5464 Lake Ave<br>Orchard Park, NY 14127 | Bradley Conn<br>51 Maple Avenue<br>Locust Valley, NY 11560 |
| Bradon Pen<br>56 Varcoe Rd<br>Courtice, ON L1E 1S5<br>**CANADA** | Brandon Osbourne<br>1614 Euclid Ave., Apt. 36<br>Miami Beach, FL 33139-7783<br>**UNDELIVERABLE** | Brett Mashford<br>35 Oakmoss Dr<br>SPRINGFIELD LAKES, QLD 4300<br>**AUSTRALIA** |
| Brian Fiducci<br>24463 Norelius Ave<br>Round Lake, IL 60073 | Brian Klinger<br>4018 Shelby Row<br>Sugar Land, TX 77479 | Carl Forsell<br>c/o James E.P. Sisto<br>Schuerger Law Group<br>1001 Kingsmill Parkway<br>Columbus, OH 43229 |

| | | |
|---|---|---|
| Chad Clark<br>876 Jefferson St<br>Menasha, WI 54952 | Cincinnati Insurance<br>PO Box 145496<br>Cincinnati, OH 45250-5496 | Cincinnati Insurance<br>6200 S. Gilmore Rd<br>Fairfield, OH 45014-5141 |
| Clarence Smith<br>3290 Double Creek Dr N., Apt 301<br>Plainfield, IN 46168 | Culligan of Canton<br>4810 Southway St., SW<br>Canton, OH 44706 | Daniel Hajdu<br>Graslaan 111<br>6833CG Arnhem<br>**NETHERLANDS** |
| Daniel Russo<br>120 High Farms Rd<br>Glen Head, NY 11545 | Darien Lyons<br>123 James Ter.<br>Rahway, NJ 07065-2409 | Darry Kurpisz<br>14635 22nd Ave SW<br>Burien, WA 98166 |
| David Reynolds<br>6046 Jerusalem Drive<br>Cicero, NY 13039 | David Stanfill<br>772 Treat Blvd.<br>Tallmadge, OH 44278 | Dustin Hooper<br>20063 W. Jackson St.<br>Buckeye, AZ 85326-2777 |
| Fabrizio Simonetti<br>8 Via Sant' Jacopo in Acquaviva<br>Livorno, LI 57127<br>**ITALY** | Fernando Molina<br>5275 SW 146 AVE<br>Miami, FL 33175 | George D. Jimenez<br>9396 Broadland Street, NW<br>Massillon, OH 44646 |
| Gilbert Rodriguez<br>PO Box 1535<br>Fabens, TX 79838-1535 | GS 8100, LLC<br>6610 Chatsworth Street, NW<br>Canton, OH 44718 | GS1 US, Inc.<br>300 Princeton South Corporate Center<br>Ewing Township, NJ 08628 |
| Heather Bradley<br>1213 N. Chapel Street<br>Louisville, OH 44641 | Henry Ryan<br>228 Cranbury Road<br>Princeton Junction, NJ 08550 | Horizon Supply Group<br>Attn: Jeff Habbyshaw<br>3691 Honors Way<br>Howell, MI 48843 |
| Isaac Gabriel<br>Quarles and Brady<br>One Renissaince Sq<br>Two North Central Ave<br>Phoenix, AZ 85004 | Israel Garcia<br>615 Oak Hollow Dr<br>Newberg, OR 97132 | James Holodnak<br>2910 16th Street, NW<br>Canton, OH 44708 |
| JC Pack<br>199 Virginia Ave., #292<br>San Ysidro, CA 92173-2717 | Jean Viljoen<br>5 Cape Willow<br>Hermanus, Western Cape<br>7200   **SOUTH AFRICA** | Jeffrey Cordell<br>17517 NW Ashland Drive<br>Portland, OR 97229 |

| | | |
|---|---|---|
| Jessica Gritzan<br>1280 Linwood Ave SW<br>North Canton, OH 44720 | Joaquim Ginesta<br>Emili Grahit 6, 4r 1r<br>17002 GIRONA, **SPAIN** | Jonathan Hulecki<br>4568 Church Point Place<br>Virginia Beach, VA 23455 |
| Jordan Kupersmith<br>888 N. Quincy St<br>Arlington, VA 22203<br>***UNDELIVERABLE*** | Josh Luoni<br>808 8th St<br>Fairmont, WV 26554 | Joshua Harris<br>209 N. Horner Blvd.<br>Sanford, NC 27330 |
| JPMorgan Chase Bank<br>1111 Polaris Pkwy<br>Columbus, OH 43240 | Kimble Companies<br>3596 SR 39 NW<br>Dover, OH 44622 | Kyle Slutz<br>1116 W. Nimisila Road<br>Clinton, OH 44216 |
| Kyle Tricarico<br>5464 Lake Ave<br>Orchard Park, NY 14127 | Luco Gilardi<br>Ul. Slivnitsa 188<br>Sofia 1202<br>**BULGARIA** | Mario Fortier<br>10 Orchard Lane<br>Chelmsford, MA 01824 |
| Marius Nastasenko<br>Taikos g. 148<br>Vilnius, Vilniaus Apskritis 5227<br>**LITHUANIA** ***UNDELIVERABLE*** | Mark Veon<br>2547 S. 3rd Street<br>Milwaukee, WI 53207 | Michael Dai<br>43174 Christy Street<br>Fremont, CA 94538 |
| Michael Rampton<br>6222 12th Street, North<br>Arlington, VA 22205 | Michael Riley<br>2506 SW 23rd Cranbrook Dr<br>Boynton Beach, FL 33436 | Michael Robinson<br>103 Hunters Ct<br>Forest, VA 24551 |
| Naoaki Kita<br>Kigoshimachi<br>Kanazawa-shi<br>Ishikawaken 920-0203<br>**JAPAN** ***UNDELIVERABLE*** | Miguel Chacon<br>120 NW 6th Ave<br>Miami, FL 33128 | Mohamed Kazem<br>27 Orwell Street<br>Potts Point<br>SYDNEY, NSW 2011<br>**AUSTRALIA** ***UNDELIVERABLE*** |
| NJEB Partners<br>c/o Melissa Giberson, Vorys, Sater,<br>Seymour & Pease LLP<br>52 East Gay St.<br>Columbus, OH 43215 10001 | Nick Yarosz<br>3019 Ellington Dr<br>Summerville, SC 29485 | Nicolas Rochon<br>4278 Beausoleil<br>Terrebonne QC J6V 1G1<br>**CANADA** |
| Pat Clay<br>72 Baker Dr<br>Gansevoort, NY 12831 | One Haines Company, LLC<br>6610 Chatsworth Street, NW<br>Canton, OH 44718 | One Skymax Company, LLC<br>6610 Chatsworth Street, NW<br>Canton, OH 44718 |

| | | |
|---|---|---|
| Peter Ensor<br>Powerstown House<br>Clonee, Dublin<br>D15 YH52<br>**IRELAND** | Patrick Nadeau<br>311 Andrews Rd<br>Wolcott, CT 06716 | Christophe Touzet<br>32 Rouillon<br>Saint Germain En Cogles 35133<br>**FRANCE** |
| Rajesh Bhakar<br>Sector 9d/204, 2nd Flr Akarti Apartment<br>Jaipur<br>Rajasthan 302021 **INDIA**<br>*UNDELIVERABLE* | Premier Bank<br>c/o Atty. Richard Thomas<br>6 Federal Plaza Central, Suite 1300<br>Youngstown, OH 44503 | R. Scott Heasley<br>Meyers, Roman, Friedberg & Lewis<br>28601 Chagrin Blvd., Suite 600<br>Cleveland, OH 44122 |
| Richard Weeks<br>4199 Defoors Farm Dr<br>Powder Springs, GA 30127 | Raymond Wodarczyk<br>KinzigstraaˆšÃ¼e 28<br>10247 Berlin **GERMANY**<br>*UNDELIVERABLE* | Richard Bergstrom<br>30107 Mountain View Dr<br>Hayward, CA 94544 |
| Ryan Marfone<br>98 N. Hawkhurst Cir<br>The Woodlands, TX 77354 | Robin Wolf<br>Fasangasse 49, Vienna<br>Wien 1030   **AUSTRIA**<br>*UNDELIVERABLE* | Seth Stanfill<br>1515 24th Street, NW<br>Canton, OH 44709 |
| Squirrels LLC<br>121 Wilbur Drive NE<br>North Canton, OH 44720 | Scott Chen<br>4058 Case St<br>Elmhurst, NY 11373<br>*UNDELIVERABLE* | Thom Kuznia<br>5801 Drew Ave S.<br>Edina MN 55410-2761 |
| Tim Bredemus<br>9757 Union Terrace Ln N<br>Maple Grove, MN 55369<br>*UNDELIVERABLE* | Stefano Chiesa<br>41, Via III Novembre<br>Fucine Tn 38026<br>**ITALY** | U.S. Small Business Administration<br>District Counsel<br>1350 Euclid Ave, Suite 211<br>Cleveland, OH 44115 |
| Tri Ho<br>1180 N. Cherry Way<br>Anaheim, CA 92801 | Tommy DeFreitas<br>14114 N. Wind Cave Ct<br>Conroe, TX 77384 | Jack Cooper<br>4684 Douglas Circle NW<br>Canton, OH 44735 |
| Uline<br>12575 Uline Dr<br>Pleasant Prairie, WI 53138 | Troy Keplinger<br>1730 E. Park St<br>Enid, OK 73701 | Pascal Peters<br>P.H.J.J. Peters Holding B.V.<br>Parklaan 6<br>Oss, Noord Brabant 5345 BV<br>**NETHERLANDS** |
| Welbour Espartero<br>46 6th Ave NE<br>Swift Current, SK S9H 2L7<br>**CANADA** | ProTech Security<br>PO Box 35034<br>Canton, OH 44735 | Dean Givens<br>170 Glad Spring Dr.<br>Lexington, SC 29072 |

| | | |
|---|---|---|
| Jeffrey Willis<br>987 S. High Street<br>Columbus, OH 43206 | Bill Gallagher<br>591 Lantern Way<br>Aurora, OH 44202 | Everett Fominyen<br>6733 N. 105th Ave.<br>Omaha, NE 68122 |
| Tim Robinson<br>2376 Burg Street<br>Granville, OH 43023 | Enrique Espinosa<br>4009 Old Bridgeview Ln<br>Charleston, SC 29403 | Jason Rettburg<br>670 Robinhood Dr.<br>Aurora, OH 44202 |
| Elloit Boutin<br>9400 E. Lincoln St. Apartments<br>Unit 409<br>Wichita, Kansas 67207 | Gail O'Connell<br>8960 Ringview Dr.<br>Mechanicsville, VA 23116 | Sidney Keith<br>8127 Larkspur Ave NW<br>North Canton, OH 44720 |
| Gabriel and Andrew Boutin<br>48 Cascade St.<br>Essex Junction, VT 05452-0545 | Justin O'Connell<br>15712 Whirland Dr.<br>Midlothian, VA 23112 | Tulip<br>5464 Lake Ave<br>Orchard Park, NY 14127 |
| Jon Bulger<br>5169 Freeman Rd.<br>Orchard Park, NY 14127 | Stephen Allison<br>18 Monument Dr.<br>Stafford, VA 22554 | William Sweeney<br>10 Westedge St., Unit 725<br>Charleston, SC 29403 |

Matteo Trinca
Lania Geo Ltd.
10 Zahesi Territory, Svimon Shotadze
Tbilisi, T'bilisi 0178  **GEORGIA**
*UNDELIVERABLE*

And by email on November 21, 2022, on the following:

Ruben Sousa at sousa.ruben2@gmail.com
Robin Wolf at robin.90@hotmail.de
Donald Ruffatto at Druffato@gmail.com
Jordan Kupersmith at jordankupersmith@gmail.com
Scott Chen at madam.ng16@gmail.com
Mohamed Kazem at nabilkazem@mail.com
Tim Bredemus at tcbred@gmail.com

Dated: November 21, 2022                                  Respectfully submitted,

                                                          /s/ Julie K. Zurn
                                                          Marc B. Merklin (0018195)
                                                          Julie K. Zurn (0066391)
                                                          BROUSE McDOWELL, LPA
                                                          388 S. Main Street, Suite 500
                                                          Akron, Ohio 44311
                                                          Telephone: (330) 535-5711
                                                          Facsimile: (330) 253-8601
                                                          mmerklin@brouse.com
                                                          jzurn@brouse.com

                                                          *Counsel for the Debtor and
                                                          Debtor-in-Possession*

[1532440]