# Notice of Filing Deficiency

**To:** Julie Zurn  **Case Number:** 21−61491−tnap

**Debtor(s):** Squirrels Research Labs LLC  **Judge:** TIIARA N.A. PATTON
The Midwest Data Company LLC

**Re:** Motions/Pleadings/Filings for Judge's Consideration
Motion to Compromise

**The following deficiency must be corrected within 3 days from the date of this notice, or the matter may be referred to the Judge for further consideration.**

☐ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☐ Request for Summons ☐ See Comments.
☐ Affidavit is invalid. Need ☐ Notary Seal/Stamp ☐ Signature ☐ County/State ☐ See Comments.
☐ Attachments missing or incorrectly filed.
☐ Case ☐ Closed ☐ Dismissed ☐ Number incorrect ☐ Transferred ☐ Caption Incorrect.
☐ Certificate of service indicating name and address of parties served and date of service required.
☐ Exhibit A not attached.
☐ Form B121 required.
☐ Hearing information ☐ Not fully reflected in order ☐ No Hearing notice ☐ Incorrect Hearing time/date.
☐ Signature Declaration missing.
☐ /S/ Signature required for ☐ Attorney ☐ Debtor ☐ Creditor.
☐ Incorrect PDF Attached.
☐ No Means Testing Form
☒ Other. See Comments/Instructions.

**Comments/Instructions:**
All proposed orders must be submitted electronically at the time of filing of the motion, application or other document seeking relief from the Court.

Deputy Clerk: **/s/ Lynn Baldwin**
Date: **11/22/2022**
Form ohnb141