United States Bankruptcy Court
Northern District of Ohio

In re:  Case No. 21-61491-tnap
Squirrels Research Labs LLC  Chapter 11
The Midwest Data Company LLC
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0647-6 | User: lbald | Page 1 of 3 |
| Date Rcvd: Nov 23, 2022 | Form ID: pdf722 | Total Noticed: 12 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Squirrels Research Labs LLC, The Midwest Data Company LLC, 8050 Freedom Avenue NW, North Canton, OH 44720-6912 |
| aty | + | Brouse McDowell, 388 South Main Street, Suite 500, Akron, OH 44311-4419 |
| aty | + | Brouse McDowell, LPA, 388 S. Main Street, Suite 500, Akron, OH 44311-4419 |
| aty | + | Jason R. Schendel, Sheppard, Mullin, Richter & Hampton LLP, Four Embardadero Center, Seventeenth Floor, San Francisco, CA 94111-4106 |
| cr | + | Avnet, Inc., c/o Christopher Combest, Quarles & Brady LLP, 300 N. LaSalle Street, Suite 4000 Chicago, IL 60654-5427 |
| cr | + | Better PC, LLC, c/o Christopher J. Niekamp, Esq., Buckingham, Doolittle & Burroughs, Suite 300, Akron, OH 443338398 |
| acc | + | CliftonLarsonAllen LLP, 388 S Main St, Ste 420, Akron, OH 44311-1064 |
| cr | + | Fleur-de-Lis Development, LLC, c/o Gina Piacentino, 88 E. Broad, Suite 1560, Columbus, OH 43215-3178 |
| fa | + | Inglewood Associates LLC, 9242 Headlands Road, Mentor, OH 44060-1026 |
| cr | ++ | OHIO BUREAU OF WORKERS COMPENSATION, LAW SECTION BANKRUPTCY UNIT, P O BOX 15567, COLUMBUS OH 43215-0567 address filed with court:, Ohio Bureau of Workers Compensation, Attn: Law Section Bankruptcy Unit, PO Box 15567, Columbus, OH 43215 |
| cr | + | Premier Bank, 1111 Superior Ave., E., Suite 1111, Cleveland, OH 44114-2568 |
| intp | + | SCEB, LLC, 18 Monument Drive, Stafford, VA 22554-8508 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carl Forsell |
| cr | | Cincinnati Insurance Company |
| cr | | Envista Forensics, LLC d/b/a AREPA |
| intp | | Instantiation LLC |
| intp | | Ohio Power Company dba American Electric Power |
| cr | | Torea Consulting Ltd. |

TOTAL: 6 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan Sisto | on behalf of Creditor Carl Forsell bsisto@fbtlaw.com |
| Christopher Niekamp | on behalf of Creditor Better PC LLC cniekamp@bdblaw.com |
| Christopher Paul Combest | on behalf of Creditor Avnet Inc. christopher.combest@quarles.com |
| David M. Neumann | on behalf of Creditor Envista Forensics LLC d/b/a AREPA dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com |
| David M. Neumann | on behalf of Creditor Torea Consulting Ltd. dneumann@meyersroman.com jray@meyersroman.com;mnowak@meyersroman.com |
| Frederic P. Schwieg | on behalf of Trustee Frederic P. Schwieg fschwieg@schwieglaw.com |
| Frederic P. Schwieg | fschwieg@schwieglaw.com |
| Jeannie Kim | on behalf of Interested Party Instantiation LLC JeKim@sheppardmullin.com dgatmen@sheppardmullin.com |
| John C. Cannizzaro | on behalf of Interested Party Instantiation LLC John.Cannizzaro@icemiller.com lauren.prohaska@icemiller.com |
| John G. Farnan | on behalf of Creditor Cincinnati Insurance Company jfarnan@westonhurd.com |
| Joshua Ryan Vaughan | on behalf of Creditor Ohio Bureau of Workers Compensation jvaughan@amer-collect.com SAllman@AMER-COLLECT.COM;HouliECF@aol.com |
| Julie K. Zurn | on behalf of Debtor The Midwest Data Company LLC jzurn@brouse.com tpalcic@brouse.com;athreatt@brouse.com |
| Julie K. Zurn | on behalf of Debtor Squirrels Research Labs LLC jzurn@brouse.com tpalcic@brouse.com;athreatt@brouse.com |
| Julie K. Zurn | on behalf of Plaintiff Squirrels Research Labs LLC jzurn@brouse.com tpalcic@brouse.com;athreatt@brouse.com |
| Kate M. Bradley ust44 | on behalf of U.S. Trustee United States Trustee kate.m.bradley@usdoj.gov |
| Marc Merklin | on behalf of Debtor Squirrels Research Labs LLC mmerklin@brouse.com tpalcic@brouse.com;mmiller@brouse.com |
| Marc Merklin | on behalf of Plaintiff Squirrels Research Labs LLC mmerklin@brouse.com tpalcic@brouse.com;mmiller@brouse.com |
| Matthew T. Schaeffer | on behalf of Defendant Fleur-de-Lis Development LLC mschaeffer@baileycav.com, lpatterson@baileycav.com |
| Matthew T. Schaeffer | on behalf of Defendant Rocco Piacentino mschaeffer@baileycav.com lpatterson@baileycav.com |
| Matthew T. Schaeffer | on behalf of Defendant Cynthia Heinz mschaeffer@baileycav.com lpatterson@baileycav.com |
| Matthew T. Schaeffer | on behalf of Creditor Fleur-de-Lis Development LLC mschaeffer@baileycav.com, lpatterson@baileycav.com |
| Nicholas Paul Capotosto | on behalf of Plaintiff Squirrels Research Labs LLC ncapotosto@brouse.com tpalcic@brouse.com |
| Nicholas Paul Capotosto | on behalf of Debtor Squirrels Research Labs LLC ncapotosto@brouse.com tpalcic@brouse.com |

| | |
| --- | --- |
| Paul J. Schumacher | on behalf of Interested Party Ohio Power Company dba American Electric Power pschumacher@dmclaw.com tgross@dmclaw.com |
| Richard J. Thomas | on behalf of Creditor Premier Bank rthomas@hendersoncovington.com dciambotti@hendersoncovington.com |
| Robert E. Goff, Jr. | on behalf of Creditor Cincinnati Insurance Company rgoff@westonhurd.com cvadino@westonhurd.com |
| Steven Heimberger | on behalf of Interested Party SCEB LLC sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com |

TOTAL: 27

IT IS SO ORDERED.

Dated: November 23, 2022



Tiiara N.A. Patton
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Tiiara N.A. Patton |

**ORDER ALLOWING SECOND AND FINAL APPLICATION OF
CLIFTONLARSONALLEN LLP AS ACCOUNTANTS FOR THE
DEBTORS, FOR ALLOWANCE OF COMPENSATION OF PROFESSIONAL
SERVICES RENDERED TO SQUIRRELS RESEARCH LABS LLC
FOR THE PERIOD JANUARY 31, 2022 THROUGH AUGUST 26, 2022**

This matter came to be heard on the Second and Final Application for Compensation of Professional Services Rendered to Squirrels Research Labs LLC For the Period January 31, 2022 Through August 26, 2022 (the "Application")[2]; the Court (a) having reviewed the Application; (b) having read the statements of CliftonLarsonAllen LLP regarding the relief requested in the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

Application; and (c) no objections to the Application having been filed; the Court finds that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the Application was just and proper, and (iv) the fees and expenses requested by the Applicant pursuant to the Application were beneficial to the Debtor's estate and are reasonable and necessary expenses of the Debtor's estate. The Court concludes that the Application is well taken and HEREBY ORDERS THAT:

1. The Application is GRANTED as set forth herein.

2. Any terms not specifically defined herein shall have the same meaning as defined in the Application.

3. Proper notice was given.

4. Pursuant to 11 U.S.C. §§ 330 and 331, the Court hereby approves and awards the Applicant, on a final basis, fees for the period January 31, 2022, through May 31, 2022, in the total amount of $8,422.00; and reimbursement of expenses in the total amount of $476.09 for the same period.

5. Pursuant to 11 U.S.C. §§ 330 and 331, the Court hereby approves and awards, on a final basis, fees for the Second Interim Period in the amount of $2,787.50 and expenses in the amount of $139.38 for the same period

6. The Court approves and authorizes the Debtor to pay, on a final basis, unpaid fees and expenses incurred during the Second Interim Period.

7. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

8. This Order shall be effective immediately upon entry.

### #

SUBMITTED BY:

/s/ *Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
Brouse McDowell, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for the Debtors
and Debtors-in-Possession*
1511527