# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

## CERTIFICATE OF SERVICE

I, Julie K. Zurn, hereby certify that on November 23, 2022, a true and correct copy of the *Order Allowing Second and Final Application of CliftonLarsonAllen LLP as Accountants for the Debtors, for Allowance of Compensation and Professional Services Rendered to Debtor, Squirrels Research Labs LLC for the Period January 31, 2022 Through August 26, 2022* was served via the court's Electronic Case Filing System on the entities and individuals who are listed on the court's Electronic Mail Notice List:

    John C. Cannizzaro on behalf of Interested Party Instantiation LLC at John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

    Nicholas Paul Capotosto on behalf of Plaintiff Squirrels Research Labs LLC at ncapotosto@brouse.com, tpalcic@brouse.com

    Christopher Paul Combest on behalf of Creditor Avnet, Inc. at christopher.combest@quarles.com

    John G. Farnan on behalf of Creditor Cincinnati Insurance Company at jfarnan@westonhurd.com

    Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company at rgoff@westonhurd.com, jroberts@westonhurd.com

    Steven Heimberger on behalf of Interested Party SCEB, LLC at sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

Jeannie Kim on behalf of Interested Party Instantiation LLC at
JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at
mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd. at
dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at
fschwieg@schwieglaw.com

Bryan Sisto on behalf of Creditor Carl Forsell at bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank at
rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at
jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at
jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at
kate.m.bradley@usdoj.gov

And by regular U.S. Mail on November 29, 2022, on the following:

| | | |
|---|---|---|
| Ohio Power Co. d/b/a AEP Ohio<br>Attn: Dwight Snowden<br>1 Riverside Plaza, 13th Floor<br>Columbus, OH 43215 | Andrew Waters<br>6653 Main Street<br>Williamsville, NY 14221<br>**UNDELIVERABLE** | Bittware/Molex LLC<br>Attn: Tricia McCoy<br>2222 Wellington Ct<br>Lisle, IL 60532 |
| CliftonLarsonAllen LLP<br>220 S. 6th Street, Suite 300<br>Minneapolis MN 55402-1436 | CT Data LLC<br>133 River Road<br>Mystic, CT 06355 | Donald Ruffatto<br>420 Fairview Ave, Apt. 107<br>Arcadia, CA 91007<br>**UNDELIVERABLE** |
| Everhart Glass Co., Inc.<br>Attn: Linda Monigold<br>207 Ninth St., SW<br>Canton, OH 44702 | Everstream<br>1228 Euclid Ave #250<br>Cleveland, OH 44115 | FedEx Corporate Services Inc.<br>3965 Airways Blvd., Module G, 3rd FL<br>Memphis, TN 38116-5017 |
| Hailu Looyestein<br>Schout Coxstraat 1<br>5421GJ Gemert<br>**NETHERLANDS** | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Group 6<br>1240 E. Ninth Street, Room 493<br>Cleveland, OH 44199 |
| IPS Assembly Corp.<br>Attn: Perry Sutariya<br>12077 Merriman Rd<br>Livonia, MI 48150 | Jason Price<br>67 Bartram Trail<br>Brunswick, GA 31523 | Jose A. Rubio<br>15925 Hopper Lane<br>San Diego, CA 92127 |
| Mark D'Aria<br>165 Old Field Rd.<br>Setauket, NY 11733-1639 | Metal Masters<br>Attn: Bret Kettlewell<br>125 Williams Dr<br>Dover, OH 44622 | David Chase, et al.<br>c/o Michael Maranda<br>293 Durkee Lane<br>East Patchogue, NY 11772 |
| Office of the U.S. Trustee<br>201 Superior Ave. East, Suite 441<br>H.M. Metzenbaum US Courthouse<br>Cleveland, OH 44114-1234 | Office of U.S. Attorney<br>Attn: Bankruptcy Section<br>Carl B. Stokes U.S. Court House<br>801 W. Superior Avenue, Ste 400<br>Cleveland, OH 44113 | Ohio Attorney General<br>Collections Enforcement Section<br>Attn: Bankruptcy Unit<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |
| Ohio Bureau of Workers' Compensation<br>Attn: Law Section Bankruptcy Unit<br>PO Box 15567<br>Columbus, OH 43215-0567 | Ohio Department of Job & Family Svcs<br>Attn: Legal Support-Bankruptcy<br>PO Box 182830<br>Columbus, OH 43218-2830 | Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 |
| Phillippe Germain<br>102 W. Service Rd #2153466<br>Champlain, NY 12919 | Sam Adams<br>3417 Bush Street<br>Stevens Point, WI 54481 | Samtec<br>520 Park E. Blvd.<br>New Albany, IN 47150 |

Steven Turnshek
13 Krist Glen Dr
Swissvale, PA 15218
**UNDELIVERABLE**

Michael Maranda LLC
c/o Kara Dodson, Esq., Soles Law Offices
6545 Market Avenue, N
N. Canton, OH 44721

Michael Maranda
293 Durkee Lane
East Patchogue, NY 11772

TTI, Inc. c/o Commercial Collections Consultants
16830 Ventura Blvd., Suite 620
Encino, CA 91436-9143

Aaron Reimer
PMB-AR113422
Sumas, WA 98295-9674
**UNDELIVERABLE**

Andrew Gould
4812 Wildflower Drive
North Canton, OH 44720

Bradon Pen
56 Varcoe Rd
Courtice, ON L1E 1S5
**CANADA**

Brian Fiducci
24463 Norelius Ave
Round Lake, IL 60073

Chad Clark
876 Jefferson St
Menasha, WI 54952

Trevor Steinle
24106 SE 42nd St
Sammamish, WA 98029

Instantiation LLC
c/o Jason R. Schendel
Sheppard, Mullin, Richter & Hampton LLP
4 Embarcadero Center, 17th Flr
San Francisco, CA 94111

Gregory Almedia
240 Old Foamy Rd.
Cleburne, TX 76033

A.G. Adjustments, Ltd.
740 Walt Whitman Rd
Melville, NY 11747

Alton Hare
1200 17th St NW
Washington, DC 20036
**UNDELIVERABLE**

Ben George
5464 Lake Ave
Orchard Park, NY 14127

Brandon Osbourne
1614 Euclid Ave., Apt. 36
Miami Beach, FL 33139-7783
**UNDELIVERABLE**

Brian Klinger
4018 Shelby Row
Sugar Land, TX 77479

Cincinnati Insurance
PO Box 145496
Cincinnati, OH 45250-5496

William Paden
205 Plains Rd
Westford, VT 05494

Internal Revenue Service
Attn: Deputy Director
1240 E. Ninth Street
Cleveland, OH 44199

Aaron Holquin
2046 Jamison Pl
Santa Clara, CA 95051

Amanda McConnell
191 E. 28th Street
Dover, OH 44622

Bradley Conn
51 Maple Avenue
Locust Valley, NY 11560

Brett Mashford
35 Oakmoss Dr
SPRINGFIELD LAKES, QLD 4300
**AUSTRALIA**

Carl Forsell
c/o James E.P. Sisto
Schuerger Law Group
1001 Kingsmill Parkway
Columbus, OH 43229

Cincinnati Insurance
6200 S. Gilmore Rd
Fairfield, OH 45014-5141

Daniel Hajdu
Graslaan 111
6833CG Arnhem
**NETHERLANDS**

Clarence Smith
3290 Double Creek Dr N., Apt 301
Plainfield, IN 46168

Culligan of Canton
4810 Southway St., SW
Canton, OH 44706

Darry Kurpisz
14635 22nd Ave SW
Burien, WA 98166

Daniel Russo
120 High Farms Rd
Glen Head, NY 11545

Darien Lyons
123 James Ter.
Rahway, NJ 07065-2409

Dustin Hooper
20063 W. Jackson St.
Buckeye, AZ 85326-2777

David Reynolds
6046 Jerusalem Drive
Cicero, NY 13039

David Stanfill
772 Treat Blvd.
Tallmadge, OH 44278

George D. Jimenez
9396 Broadland Street, NW
Massillon, OH 44646

Fabrizio Simonetti
8 Via Sant' Jacopo in Acquaviva
Livorno, LI 57127
**ITALY**

Fernando Molina
5275 SW 146 AVE
Miami, FL 33175

GS1 US, Inc.
300 Princeton South Corporate Center
Ewing Township, NJ 08628

Gilbert Rodriguez
PO Box 1535
Fabens, TX 79838-1535

GS 8100, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Horizon Supply Group
Attn: Jeff Habbyshaw
3691 Honors Way
Howell, MI 48843

Heather Bradley
1213 N. Chapel Street
Louisville, OH 44641

Henry Ryan
228 Cranbury Road
Princeton Junction, NJ 08550

James Holodnak
2910 16th Street, NW
Canton, OH 44708

Isaac Gabriel
Quarles and Brady
One Renissaince Sq
Two North Central Ave
Phoenix, AZ 85004

Israel Garcia
615 Oak Hollow Dr
Newberg, OR 97132

Jeffrey Cordell
17517 NW Ashland Drive
Portland, OR 97229

JC Pack
199 Virginia Ave., #292
San Ysidro, CA 92173-2717

Jean Viljoen
5 Cape Willow
Hermanus, Western Cape
7200   **SOUTH AFRICA**

Jonathan Hulecki
10505 Ciwberry Ct
Vienna, VA 22182

Jessica Gritzan
1280 Linwood Ave SW
North Canton, OH 44720

Joaquim Ginesta
Emili Grahit 6, 4r 1r
17002 GIRONA, **SPAIN**

Joshua Harris
209 N. Horner Blvd.
Sanford, NC 27330

Jordan Kupersmith
888 N. Quincy St
Arlington, VA 22203
**UNDELIVERABLE**

JPMorgan Chase Bank
1111 Polaris Pkwy
Columbus, OH 43240

Kyle Tricarico
5464 Lake Ave
Orchard Park, NY 14127

Marius Nastasenko
Taikos g. 148
Vilnius, Vilniaus Apskritis 5227
**LITHUANIA   UNDELIVERABLE**

Michael Rampton
6222 12th Street, North
Arlington, VA 22205

Naoaki Kita
Kigoshimachi
Kanazawa-shi
Ishikawaken 920-0203
**JAPAN   UNDELIVERABLE**

NJEB Partners
c/o Melissa Giberson, Vorys, Sater,
Seymour & Pease LLP
52 East Gay St.
Columbus, OH 43215 10001

Pat Clay
72 Baker Dr
Gansevoort, NY 12831

Peter Ensor
Powerstown House
Clonee, Dublin
D15 YH52
**IRELAND**

Josh Luoni
808 8th St
Fairmont, WV 26554

Kimble Companies
3596 SR 39 NW
Dover, OH 44622

Luco Gilardi
Ul. Slivnitsa 188
Sofia 1202
**BULGARIA**

Mark Veon
2547 S. 3rd Street
Milwaukee, WI 53207

Michael Riley
2506 SW 23rd Cranbrook Dr
Boynton Beach, FL 33436

Miguel Chacon
120 NW 6th Ave
Miami, FL 33128

Nick Yarosz
3019 Ellington Dr
Summerville, SC 29485

One Haines Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Patrick Nadeau
311 Andrews Rd
Wolcott, CT 06716

Kyle Slutz
1116 W. Nimisila Road
Clinton, OH 44216

Mario Fortier
10 Orchard Lane
Chelmsford, MA 01824

Michael Dai
43174 Christy Street
Fremont, CA 94538

Michael Robinson
103 Hunters Ct
Forest, VA 24551

Mohamed Kazem
27 Orwell Street
Potts Point
SYDNEY, NSW 2011
**AUSTRALIA**
**UNDELIVERABLE**

Nicolas Rochon
4278 Beausoleil
Terrebonne QC J6V 1G1
**CANADA**

One Skymax Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Christophe Touzet
32 Rouillon
Saint Germain En Cogles 35133
**FRANCE**

R. Scott Heasley
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122

| | | |
|---|---|---|
| Rajesh Bhakar<br>Sector 9d/204, 2nd Flr Akarti Apartment<br>Jaipur<br>Rajasthan 302021 **INDIA**<br>***UNDELIVERABLE*** | Premier Bank<br>c/o Atty. Richard Thomas<br>6 Federal Plaza Central, Suite 1300<br>Youngstown, OH 44503 | Richard Bergstrom<br>30107 Mountain View Dr<br>Hayward, CA 94544 |
| Richard Weeks<br>4199 Defoors Farm Dr<br>Powder Springs, GA 30127 | Raymond Wodarczyk<br>Kinzigstraaˆšà¼e 28<br>10247 Berlin **GERMANY**<br>***UNDELIVERABLE*** | Seth Stanfill<br>1515 24th Street, NW<br>Canton, OH 44709 |
| Ryan Marfone<br>98 N. Hawkhurst Cir<br>The Woodlands, TX 77354 | Robin Wolf<br>Fasangasse 49, Vienna<br>Wien 1030 **AUSTRIA**<br>***UNDELIVERABLE*** | Thom Kuznia<br>5733 York Ave. S.<br>Edina, MN 55410 |
| Squirrels LLC<br>121 Wilbur Drive NE<br>North Canton, OH 44720 | Scott Chen<br>4058 Case St<br>Elmhurst, NY 11373<br>***UNDELIVERABLE*** | U.S. Small Business Administration<br>District Counsel<br>1350 Euclid Ave, Suite 211<br>Cleveland, OH 44115 |
| Tim Bredemus<br>9757 Union Terrace Ln N<br>Maple Grove, MN 55369<br>***UNDELIVERABLE*** | Stefano Chiesa<br>41, Via III Novembre<br>Fucine Tn 38026<br>**ITALY** | Jack Cooper<br>4684 Douglas Circle NW<br>Canton, OH 44735 |
| Tri Ho<br>1180 N. Cherry Way<br>Anaheim, CA 92801 | Tommy DeFreitas<br>14114 N. Wind Cave Ct<br>Conroe, TX 77384 | Pascal Peters<br>P.H.J.J. Peters Holding B.V.<br>Parklaan 6<br>Oss, Noord Brabant 5345 BV<br>**NETHERLANDS** |
| Uline<br>12575 Uline Dr<br>Pleasant Prairie, WI 53138 | Troy Keplinger<br>1730 E. Park St<br>Enid, OK 73701 | Dean Givens<br>170 Glad Spring Dr.<br>Lexington, SC 29072 |
| Welbour Espartero<br>46 6th Ave NE<br>Swift Current, SK S9H 2L7<br>**CANADA** | ProTech Security<br>PO Box 35034<br>Canton, OH 44735 | Everett Fominyen<br>6733 N. 105th Ave.<br>Omaha, NE 68122 |
| Jeffrey Willis<br>987 S. High Street<br>Columbus, OH 43206 | Bill Gallagher<br>591 Lantern Way<br>Aurora, OH 44202 | Jason Rettburg<br>670 Robinhood Dr.<br>Aurora, OH 44202 |

| | | |
|---|---|---|
| Tim Robinson<br>2376 Burg Street<br>Granville, OH 43023 | Enrique Espinosa<br>4009 Old Bridgeview Ln<br>Charleston, SC 29403 | Sidney Keith<br>8127 Larkspur Ave NW<br>North Canton, OH 44720 |
| Elloit Boutin<br>9400 E. Lincoln St. Apartments<br>Unit 409<br>Wichita, Kansas 67207 | Gail O'Connell<br>8960 Ringview Dr.<br>Mechanicsville, VA 23116 | Tulip<br>5464 Lake Ave<br>Orchard Park, NY 14127 |
| Gabriel and Andrew Boutin<br>48 Cascade St.<br>Essex Junction, VT 05452-0545 | Justin O'Connell<br>15712 Whirland Dr.<br>Midlothian, VA 23112 | William Sweeney<br>10 Westedge St., Unit 725<br>Charleston, SC 29403 |
| Jon Bulger<br>5169 Freeman Rd.<br>Orchard Park, NY 14127 | Stephen Allison<br>18 Monument Dr.<br>Stafford, VA 22554 | Squirrels 401(k) & Profit-Sharing Plan<br>c/o Plan Sponsor, Squirrels, LLC<br>121 Wilbur Drive, NE<br>North Canton, OH 44720 |

Matteo Trinca
Lania Geo Ltd.
10 Zahesi Territory, Svimon Shotadze
Tbilisi, T'bilisi 0178  **GEORGIA**
*UNDELIVERABLE*

And by email on November 29, 2022, on the following:

Ruben Sousa at sousa.ruben2@gmail.com
Robin Wolf at robin.90@hotmail.de
Donald Ruffatto at Druffato@gmail.com
Jordan Kupersmith at jordankupersmith@gmail.com
Scott Chen at madam.ng16@gmail.com
Mohamed Kazem at nabilkazem@mail.com
Tim Bredemus at tcbred@gmail.com

Dated: November 29, 2022					Respectfully submitted,

					<u>/s/ *Julie K. Zurn*</u>
					Marc B. Merklin (0018195)
					Julie K. Zurn (0066391)
					BROUSE McDOWELL, LPA
					388 S. Main Street, Suite 500
					Akron, Ohio 44311
					Telephone: (330) 535-5711
					Facsimile: (330) 253-8601
					mmerklin@brouse.com
					jzurn@brouse.com

					*Counsel for the Debtor and*
					*Debtor-in-Possession*

[1536810]