IT IS SO ORDERED.

Dated:  December 28, 2022



Tiiara N.A. Patton
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.*[1] | ) | Case No. 21- 61491 |
| | ) | (*Jointly Administered*) |
| Debtors. | ) | |
| | ) | Judge Tiiara N.A. Patton |

### ORDER GRANTING MOTION OF SQUIRRELS RESEARCH LABS LLC
### FOR ENTRY OF AN ORDER APPROVING COMPROMISE
### AND SETTLEMENT WITH FLEUR DE LIS DEVELOPMENT LLC,
### ROCCO PIACENTINO, AND CYNTHIA HEINZ

Upon consideration of the *Motion of Squirrels Research Labs LLC For Entry of an Order Approving Compromise and Settlement with Fleur de Lis Development LLC, Rocco Piacentino, and Cynthia Heinz* pursuant to Bankruptcy Rule 9019 (the "Motion"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 & 1409; that notice of the Motion was just and proper; no

---

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

objections to the Motion having been filed; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

3. The terms of the Settlement Agreement are hereby summarized as follows: (a) Upon entry of this Order, SQRL and the Defendants shall file the Stipulated Dismissal Entry and the Defendants shall withdraw the Claim.

4. The Settlement Agreement is hereby approved in its entirety, and the failure to specifically describe or include herein any particular provision in the Settlement Agreement shall not diminish or impair the effectiveness of any such provision. The Settlement Agreement shall be fully binding on and effective as to each and all the Parties thereto.

5. The parties to the Settlement Agreement are authorized and directed to execute, deliver, implement, and fully perform any and all obligations and to take any and all actions reasonably necessary or appropriate to consummate, complete, execute, and implement the Settlement Agreement in accordance with the terms and conditions therein without the need for further approval or relief from this Court.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

### #

SUBMITTED BY:

/s/ *Julie K. Zurn*
Marc Merklin (0018195)
Nicholas Capotosto (0076436)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
ncapotosto@brouse.com
jzurn@brouse.com

*Counsel for Squirrels Research Labs LLC*