

U.S. Department of Justice
Office of the United States Trustee
Ohio and Michigan, Region 9

# TRANSMITTAL OF QUARTERLY POST CONFIRMATION REPORT

In re: Squirrels Research Labs, LLC,  : Case No. 21-61491
 :
 : Chapter 11
 :
Debtors(s)  : Judge Tiiara N.A. Patton

Debtor, affirms that:

1. The attached *Chapter 11 Post Confirmation Report* for the quarter ended December 31, 2022, which includes the Total Disbursement for Quarter, the Summary of Amounts Distributed Under the Plan, and the Summary of Status of Consummation of Plan has been reviewed and the report as prepared fairly and accurately reflects the debtor's complete disbursement/distribution activity and status for the period stated.

2. The individual responsible for preparing the attached report was David A Stanfill whose title is President. Any questions regarding the attached report should be directed to David Stanfill at telephone number 855-207-0927.

3. The debtor is in compliance with the provisions of the confirmed Chapter 11 Plan except as listed below *(Attach additional documentation if necessary)*:
N/A

4. The undersigned is authorized to file this report on behalf of the debtor.

It is certified hereby, under penalty of perjury, that the information provided herein is true and correct to the best of my knowledge and belief.

Dated: 01/17/2023

Debtor
By: *[signature]*
Signature

David A Stanfill
Typed or printed name

President
Title

| In re: Squirrels Research Labs, LLC, | **Post-Confirmation Status Report** Quarter |
|---|---|
| Debtor | Ending: December 31, 2022 |
| Chapter 11 Case No: 21-61491 | |

| Attorney/Professional - Name, Address, Phone, FAX & Email:<br>Brouse McDowell attn: Julie Zurn<br>338 S Main St Suite 500 Akron, OH 44311<br>(330) 434-7459 | Person responsible for report: Name, Address, Phone, FAX & Email:<br>David A Stanfill<br>121 Wilbur Dr NE<br>North Canton, Ohio 44720<br>855-207-0927 |
|---|---|

### SUMMARY OF DISBURSEMENTS MADE DURING THE QUARTER

| Disbursements made under the Plan: | Payments to Professionals: | $76,691.00 |
|---|---|---|
| | Payments to Secured Creditors: | $ 0 |
| | Payments to Priority Creditors: | $ 0 |
| | Payments to Unsecured Creditors: | $ |
| | Payments to Equity: | $ 0 |
| | All other plan payments: | $ 0 |
| | TOTAL OF PLAN PAYMENTS: | $ 76,691.00 |
| Disbursements from Operations: | | $ |
| **TOTAL ALL DISBURSEMENTS** | | $ 76,691.00 |

| Date Order was entered confirming plan? | 8/26/2022 |
|---|---|
| Who is the Disbursing Agent (if any)? | Squirrels Research Labs LLC |
| Current with Plan Payments? Why not? | Yes |
| Projected date for final decree? | Unknown at this time |
| What needs to be achieved before a final decree will be sought (attach a separate sheet if necessary)? | Final insurance settlement from 7/15/21 fire. |
| Provide a narrative of events that impact upon the ability to perform under the reorganization plan or other significant events that occurred during the reporting period (attach a separate sheet if necessary). | Operations terminated as of 8/27/21 and company to wind down. |
| Date last U.S. Trustee fee paid? | N/A |
| Amount Paid? | $ N/A |

**I declare under penalty of perjury that the information contained in the document is true, complete and correct.**

12/31/2022

Date

Signature of person responsible for this report

*This report is to be filed with the U.S. Bankruptcy Court quarterly until a final decree is entered. You may be required to file additional reports with the Bankruptcy Court.*

Form 9