# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.*[1] | ) | Case No. 21- 61491 |
| | ) | |
| Debtors. | ) | (*Jointly Administered*) |
| | ) | |
| | ) | Judge Tiiara N.A. Patton |
| | ) | |

### MOTION OF SQUIRRELS RESEARCH LABS LLC AND THE MIDWEST DATA COMPANY LLC FOR ENTRY OF AN ORDER APPROVING COMPROMISE AND SETTLEMENT WITH CINCINNATI INSURANCE COMPANY

Squirrels Research Labs LLC ("SQRL") and The Midwest Data Company LLC ("MWDC", collectively with SQRL, the "Debtors"), by and through undersigned counsel, hereby submit this motion (the "Motion") for the entry of an order, pursuant to Section 105 of Title 11 of the United States Bankruptcy Code ("Bankruptcy Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedure, to approve the settlement of a controversy between Debtors and Cincinnati Insurance Company (the "Defendant"). In support of this Motion, Debtors respectfully state the following:

### JURISDICTION & VENUE

1. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 & 1334(b). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 & 1409. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

---

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

# BACKGROUND

2. On November 23, 2021 (the "Petition Date") SQRL filed a voluntary petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code in the U.S. Bankruptcy Court for the Northern District of Ohio (the "Bankruptcy Court"). SQRL's case was jointly administered for procedural purposes with the Subchapter V case of The Midwest Data Company LLC under Case No. 21-61491.

3. As noted in SQRL's Amended Plan of Liquidation [Docket #237] confirmed by Order of the Bankruptcy Court [Docket #269] (the "Confirmation Order") and in MWDC's Plan of Reorganization [Docket #170] confirmed by Order of the Bankruptcy Court [Docket #223], there was an industrial fire on July 15, 2021 (the "Fire") at the Debtors' 8050 Freedom Ave SW, North Canton, OH 44720 location (the "Facility"). As a result of the Fire, Debtors' suffered damages from an interruption to business operations and damages to property of SQRL, and certain computer equipment and systems, owned by clientele of the Debtors, which were located on-site at the Facility were damaged (the "Claim"). The clientele whose property was damaged in the fire include: JS Mining and Alignment Engine. Based on its records, Debtors estimate the approximate replacement value of the damaged property owned by JS Mining to have been $133,597.28 and the approximate replacement value of the damaged property owned by Alignment Engine to have been $222,722.27.

4. At the time the Confirmation Order was entered, the Claim remained pending with Defendant. Pursuant to the confirmed plans, MWDC, as reorganized debtor, has the authority to resolve disputed claims without Court approval, while SQRL, as the Liquidating Debtor (as defined in the Amended Plan of Liquidation), has the authority to resolve disputed

claims or causes of action with Court approval and compliance with the Federal Rule of Bankruptcy Procedure 9019.

5. After the Confirmation Order was entered, on or about July 14, 2023, Debtors sued the Defendant in the Stark County Court of Common Pleas Case Number 2023CV01239 asserting counts for: (1) Breach of Contract, (2) Declaratory Judgment, and (3) Bad Faith Claims Handling (the "Litigation") relating to coverage for physical damage and business interruption from the Fire at the Facility under that certain CGL and GL Policy No. EPP 057 45 07 (the "Policy").

6. In the Litigation, Debtors asserted the Claim for failure to provide coverage or reimbursement under the Policy for damage to their own property, for equipment and systems owned by the Debtors' clientele, and for their business interruption. Defendant asserts that the proof or documentation related to such losses was speculative and not sufficient to sustain the Claim. The Stark County Court of Common Pleas referred the matter to mediation.

7. Through efforts at mediation, the Debtors and the Defendant reached a resolution, subject to this Court's approval, that fully and finally resolves the Litigation, the Claim, and any and all other disputes, controversies, or causes of action related to the Litigation or the Claim on the terms summarized herein and more fully set forth in the Settlement Agreement and Mutual Release attached hereto as **Exhibit A** (the "Settlement Agreement").

8. In summary, under the Settlement Agreement, Defendant agrees to pay $232,500 (the "Settlement Amount") to the Debtors, representing $175,000 for third party claims, $40,000 for business interruption, and $17,500 for damage to SQRL Property, and Debtors agree to dismiss all claims in the Litigation, and to the withdrawal of the lawsuit in Stark County Court of Common Pleas with prejudice. The Settlement Amount is to be paid by Defendant to Debtors'

3

counsel for further disbursement pursuant to an Order of this Court. Debtors propose to allocate the Settlement Amount as follows: $175,000 to be disbursed from Debtors' counsel to JS Mining and Alignment Engine, pro rata on the basis of the replacement value of their property in Debtors' possession at the time of the Fire, and $17,500 to the SQRL's Fund (as defined in the Amended Plan of Liquidation) representing the physical damage to SQRL's property. Finally, the $40,000 attributable to damages for business interruption shall be paid $15,000 to the SQRL's Fund and $25,000 to MWDC.

9. The Debtors having analyzed and considered (a) causes of action against Defendant in the Litigation, (b) the defenses asserted by Defendant therein, (c) the Claim, and (d) the time, cost, and uncertainty of litigation, believe that the Settlement Agreement is fair and reasonable and in the best interest of the bankruptcy estate. Furthermore, the Settlement Agreement was negotiated in good faith and at arms-length, and the settlement is within the range of reasonableness considering the likely expense associated with litigation and proof of the Claim. Accordingly, Debtors asks this Court to approve the Settlement Agreement pursuant to Bankruptcy Rule 9019(a).

## **STATEMENT OF LAW**

10. Compromises and settlements are a normal part of the bankruptcy process. *Protective Comm. for Indep. Stockholders of TMT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414, 425 (1968) (citing *Case v. Los Angeles Lumber Prods. Co.*, 308 U.S. 106, 130 (1939)). The structure and provisions of the Bankruptcy Code promote negotiation and settlement for the benefit of creditors in accordance with "the policy of the law generally [which is] to encourage settlements." *In re Jackson Brewing Co.*, 624 F.2d 599 (5th Cir. 1980). Resolution of claims through settlement furthers the goal of bankruptcy administration to liquidate estate assets as

rapidly as possible "consistent with obtaining the best of fruitless litigation." *In re Carla Leather, Inc.*, 44 B.R. 457, 471 (Bankr. S.D.N.Y. 1984), *aff'd*, 50 B.R. 764 (S.D.N.Y. 1985).

11. Bankruptcy Rule 9019(a) permits this Court to approve settlements. Bankruptcy Rule 9019 provides:

> (a) On motion by the trustee and after notice and a hearing the court may approve a compromise or settlement. Notice shall be given to creditors, the United States trustee, the debtor, and indenture trustees as provided in Rule 2002 and to any other entity as the court may direct.

12. Neither Bankruptcy Rule 9019 nor any section of the Bankruptcy Code explicitly sets forth the standards by which a court is to evaluate a proposed settlement for approval. However, the standards for approval of settlements in bankruptcy cases are well established by caselaw and focus upon whether the proposed settlement is reasonable and in the best interests of creditors.

13. When reviewing settlements, this Court is not required "to decide the numerous questions of law and fact raised by [parties]." *In re W.T. Grant Co.*, 699 F.2d 599, 608 (2d Cir. 1983), *cert. denied sub. nom. Cossoff v. Rodman,* 464 U.S. 822. "Instead, the Court will … canvass the issues and see if the settlement falls below the lowest point in the range of reasonableness." *In re Lawrence & Erasquin, Inc.*, 124 B.R. 37, 38 (Bankr. N.D. Ohio 1990); *see In re Purofied Down Prods. Corp.*, 150 B.R. 519, 522-23 (S.D.N.Y. 1993); *In re Crowthers McCall Pattern, Inc.*, 120 B.R. 279, 287 (Bankr. S.D.N.Y. 1990); *Carla Leather*, 44 B.R. at 470. The assessment of a settlement only requires identification of the issues in controversy "so that the Court can make an informed decision on the reasonableness of the settlement." *Lawrence*, 124 B.R. at 38.

14.     In considering a proposed settlement, a court is guided by a lenient standard consistent with the theory that "little would be saved by the settlement process if bankruptcy courts [had to conduct] … an exhaustive investigation and determination of the underlying claims in order to approve a settlement." *Purofied Down Prods.*, 150 B.R. at 522-23. In *Carla Leather*, the court explained the policy underlying the abbreviated review of settlements under Rule 9019 as follows:

> The very uncertainties of outcome in litigation, as well as the avoidance of wasteful litigation and expense, lay behind the Congressional infusion of a power to compromise … This could hardly be achieved if the test on hearing for approval meant establishing success or failure to certainty.

44 B.R. at 470; *see also Purofied Down Prods*, 150 B.R. at 522-23.

15.     In evaluating a settlement's propriety, this Court need not conduct a trial or even a "mini-trial" on the merits to actually resolve the exact factual and legal issues. Rather, this Court should simply consider whether against the background of those issues, the settlement is reasonable. *Newman v. Stein*, 464 F.2d 689, 692 (2d Cir. 1972), *cert. denied sub nom. Benson v. Newman*, 409 U.S. 1039 (1972); *see also In re Int'l Distribution Ctrs. Inc.*, 103 B.R. 420, 423 (S.D.N.Y. 1991); *In re Drexel Burnham Lambert Group, Inc.*, 134 B.R. 493, 496-97 (Bankr. S.D.N.Y. 1991) (hereinafter "*Drexel I*"). In so doing, this Court may consider the settlement in the context of its familiarity with the history of the case, the complexity of the claims alleged, the parties, and the context in which the claims and the settlement arose. *See Anderson*, 390 U.S. at 444; *Purofied Down Prods.*, 150 B.R. at 524; *Int'l Distribution Ctrs.*, 103 B.R. at 423.

16.     The settlement evaluation process is not designed to substitute this Court's judgment for that of the trustee or debtor in possession. *See Carla Leather*, 44 B.R. at 465. While this Court is not expected to "rubber stamp" the proposed settlement, *In re Ionosphere*

6

*Clubs, Inc.*, 156 B.R. 414, 426 (S.D.N.Y. 1993), this Court should give considerable weight to the parties informed judgment that a compromise is fair and equitable. *See Anderson*, 390 U.S. at 444; *Int'l Distribution Ctrs.*, 103 B.R. at 423; *Drexel I*, 134 B.R. at 496; *Carla Leather*, 44 B.R. at 472.

17. This Court is bestowed with broad discretion to approve settlements that fall within the range of reasonableness. *Purofied Down Prods.*, 150 B.R. at 523; *In re Texaco, Inc.*, 84 B.R. 893, 901 (Bankr. S.D.N.Y. 1988). The proposed settlement need not be ideal, but merely above the lowest in the range of reasonableness under the circumstances. *See W.T. Grant*, 699 F.2d at 613-14; *Newman*, 464 F.2d at 693; *Purofied Down Prods.*, 150 B.R. at 523-24 (district court affirmed approval of a settlement that although not ideal, "did not fall below the lowest point in the range of reasonableness"). This concept of "range of reasonableness" recognizes "the uncertainties of law and fact in any particular case and the concomitant risks and costs necessarily inherent to taking any litigation to completion." *Newman*, 464 F.2d at 693.

18. In deciding whether a settlement should be approved, courts have reviewed proposed settlements based upon a consideration of some or all of the following factors:

> (i) the probability of success in litigation;
> (ii) the difficulties, if any, in collecting any judgment that might be rendered;
> (iii) the complexity of the litigation involved and the expense, inconvenience, and delay attendant to the litigation; and
> (iv) the paramount interests of the creditors with proper deference to their reasonable views.

*Lawrence*, 124 B.R. at 38 (citing *In re Bell & Beckwith*, 93 B.R. 569, 574 (Bankr. N.D. Ohio 1988)); *see also In re Parkview Hospital-Osteopathic Med. Ctr.*, 211 B.R. 603, 608 (Bankr. N.D. Ohio 1997).

## CONSIDERATION OF THE FACTORS

19. The Settlement Agreement is fair, reasonable, and in the best interest of the estate. In comparison, without settlement, the estate would incur substantial time and expense litigating the disputed factual and legal issues raised in the Litigation. The factual issues are heavily disputed. Expert discovery and testimony would likely be required to prove the extent of damages to physical property and for business interruption. The cost and expense of the needs of continued litigation would be required to be borne by the liquidating estate in the absence of a settlement.

20. Although SQRL is confident that its Claim has merit and that it would ultimately prevail in the Litigation, SQRL believes that the time, expense, inherent risks associated with litigating its Claim, support SQRL's decision to reach the resolution described above. SQRL believes that the Settlement Agreement is reasonable and in the best interest of the estate.

## CONCLUSION

WHEREFORE, SQRL respectfully asks this Court to enter the Order, attached as **Exhibit B**, granting the relief sought herein and granting such other and further relief as the Court deems appropriate.

Dated: April 9, 2024

Respectfully submitted,

*/s/ Julie K. Zurn*
Marc Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com
*Counsel for Squirrels Research Labs LLC and The Midwest Data Company LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2024, a true and correct copy of the **MOTION OF SQUIRRELS RESEARCH LABS LLC AND THE MIDWEST DATA COMPANY LLC FOR ENTRY OF AN ORDER APPROVING COMPROMISE AND SETTLEMENT WITH CINCINNATI INSURANCE COMPANY**, was served via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

John C. Cannizzaro on behalf of Interested Party Instantiation LLC at John.Cannizzaro@icemiller.com, Kelli.Bates@icemiller.com

Nicholas Paul Capotosto on behalf of Debtor Squirrels Research Labs LLC at ncapotosto@brouse.com, tpalcic@brouse.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc. at christopher.combest@quarles.com

Jack B. Cooper on behalf of Defendant Squirrels LLC at jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant Andrew Gould at jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant David Stanfill at jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant Jessica Gritzan at jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant Kyle Slutz at jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant Sidney Keith at jcooper@milliganpusateri.com

John G. Farnan on behalf of Creditor Cincinnati Insurance Company at jfarnan@westonhurd.com

Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company at rgoff@westonhurd.com, cvadino@westonhurd.com

Steven Heimberger on behalf of Interested Party SCEB, LLC at sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at
mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

Marc Merklin on behalf of Plaintiff Squirrels Research Labs LLC at
mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA at
dneumann@meyersroman.com, docket@meyersroman.com; mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd. at
dneumann@meyersroman.com, docket@meyersroman.com; mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Fleur-de-Lis Development, LLC at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Plaintiff Frederic P Schwieg at fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com, OH84@ecfcbis.com

Bryan Sisto on behalf of Creditor Carl Forsell at bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank at rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at
jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at
jzurn@brouse.com, tpalcic@brouse.com;ckeblesh@brouse.com

Julie K. Zurn on behalf of Debtor The Midwest Data Company LLC at
jzurn@brouse.com, tpalcic@brouse.com;ckeblesh@brouse.com

Julie K. Zurn on behalf of Plaintiff Squirrels Research Labs LLC at
jzurn@brouse.com, tpalcic@brouse.com;ckeblesh@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at
kate.m.bradley@usdoj.gov

And by regular U.S. Mail, postage prepaid, on the following:

| | | |
|---|---|---|
| Ohio Power Co. d/b/a AEP Ohio<br>Attn: Dwight Snowden<br>1 Riverside Plaza, 13th Floor<br>Columbus, OH 43215 | Andrew Waters<br>6653 Main Street<br>Williamsville, NY 14221<br>**UNDELIVERABLE** | Bittware/Molex LLC<br>Attn: Tricia McCoy<br>2222 Wellington Ct<br>Lisle, IL 60532 |
| CliftonLarsonAllen LLP<br>220 S. 6th Street, Suite 300<br>Minneapolis MN 55402-1436 | CT Data LLC<br>133 River Road<br>Mystic, CT 06355 | Donald Ruffatto<br>420 Fairview Ave, Apt. 107<br>Arcadia, CA 91007<br>**UNDELIVERABLE** |
| Everhart Glass Co., Inc.<br>Attn: Linda Monigold<br>207 Ninth St., SW<br>PO Box 20645<br>Canton, OH 44701 | Everstream<br>1228 Euclid Ave #250<br>Cleveland, OH 44115 | FedEx Corporate Services Inc.<br>3965 Airways Blvd., Module G, 3rd FL<br>Memphis, TN 38116-5017 |
| Hailu Looyestein<br>Schout Coxstraat 1<br>5421GJ Gemert<br>**NETHERLANDS** | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Group 6<br>1240 E. Ninth Street, Room 493<br>Cleveland, OH 44199 |
| IPS Assembly Corp.<br>Attn: Perry Sutariya<br>12077 Merriman Rd<br>Livonia, MI 48150 | Jason Price<br>67 Bartram Trail<br>Brunswick, GA 31523 | Jose A. Rubio<br>15925 Hopper Lane<br>San Diego, CA 92127 |
| Mark D'Aria<br>165 Old Field Rd.<br>Setauket, NY 11733-1639 | Metal Masters<br>Attn: Bret Kettlewell<br>125 Williams Dr<br>Dover, OH 44622 | David Chase, et al.<br>c/o Michael Maranda<br>293 Durkee Lane<br>East Patchogue, NY 11772 |

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>201 Superior Ave. East, Suite 441<br>H.M. Metzenbaum US Courthouse<br>Cleveland, OH 44114-1234 | Office of U.S. Attorney<br>Attn: Bankruptcy Section<br>Carl B. Stokes U.S. Court House<br>801 W. Superior Avenue, Ste 400<br>Cleveland, OH 44113 | Ohio Attorney General<br>Collections Enforcement Section<br>Attn: Bankruptcy Unit<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |
| Ohio Bureau of Workers' Compensation<br>Attn: Law Section Bankruptcy Unit<br>PO Box 15567<br>Columbus, OH 43215-0567 | Ohio Department of Job & Family Svcs<br>Attn: Legal Support-Bankruptcy<br>PO Box 182830<br>Columbus, OH 43218-2830 | Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 |
| Phillippe Germain<br>102 W. Service Rd #2153466<br>Champlain, NY 12919 | Sam Adams<br>3417 Bush Street<br>Stevens Point, WI 54481 | Samtec<br>520 Park E. Blvd.<br>New Albany, IN 47150 |
| Steven Turnshek<br>13 Krist Glen Dr<br>Swissvale, PA 15218<br>**UNDELIVERABLE** | Trevor Steinle<br>24106 SE 42nd St<br>Sammamish, WA 98029 | William Paden<br>205 Plains Rd<br>Westford, VT 05494 |
| Michael Maranda LLC<br>c/o Kara Dodson, Esq., Soles Law Offices<br>6545 Market Avenue, N<br>N. Canton, OH 44721 | Instantiation LLC<br>c/o Jason R. Schendel<br>Sheppard, Mullin, Richter & Hampton LLP<br>4 Embarcadero Center, 17th Flr<br>San Francisco, CA 94111 | Internal Revenue Service<br>Attn: Deputy Director<br>1240 E. Ninth Street<br>Cleveland, OH 44199 |
| Michael Maranda<br>293 Durkee Lane<br>East Patchogue, NY 11772 | A.G. Adjustments, Ltd.<br>740 Walt Whitman Rd<br>Melville, NY 11747 | Aaron Holquin<br>2046 Jamison Pl<br>Santa Clara, CA 95051 |
| TTI, Inc. c/o Commercial Collections Consultants<br>16830 Ventura Blvd., Suite 620<br>Encino, CA 91436-9143 | Alton Hare<br>1200 17th St NW<br>Washington, DC 20036<br>**UNDELIVERABLE** | Amanda McConnell<br>191 E. 28th Street<br>Dover, OH 44622 |
| Aaron Reimer<br>PMB-AR113422<br>Sumas, WA 98295-9674<br>**UNDELIVERABLE** | Ben George<br>5464 Lake Ave<br>Orchard Park, NY 14127 | Bradley Conn<br>51 Maple Avenue<br>Locust Valley, NY 11560 |

Andrew Gould
4812 Wildflower Drive
North Canton, OH 44720

Brandon Osbourne
1614 Euclid Ave., Apt. 36
Miami Beach, FL 33139-7783
**UNDELIVERABLE**

Brett Mashford
35 Oakmoss Dr
SPRINGFIELD LAKES, QLD 4300
**AUSTRALIA**

Bradon Pen
56 Varcoe Rd
Courtice, ON L1E 1S5
**CANADA**

Brian Klinger
4018 Shelby Row
Sugar Land, TX 77479

Carl Forsell
c/o James E.P. Sisto
Schuerger Law Group
1001 Kingsmill Parkway
Columbus, OH 43229

Brian Fiducci
24463 Norelius Ave
Round Lake, IL 60073

Cincinnati Insurance
PO Box 145496
Cincinnati, OH 45250-5496

Cincinnati Insurance
6200 S. Gilmore Rd
Fairfield, OH 45014-5141

Chad Clark
876 Jefferson St
Menasha, WI 54952

Culligan of Canton
4810 Southway St., SW
Canton, OH 44706

Daniel Hajdu
Graslaan 111
6833CG Arnhem
**NETHERLANDS**

Clarence Smith
3290 Double Creek Dr N., Apt 301
Plainfield, IN 46168

Darien Lyons
123 James Ter.
Rahway, NJ 07065-2409

Darry Kurpisz
14635 22nd Ave SW
Burien, WA 98166

Daniel Russo
120 High Farms Rd
Glen Head, NY 11545

David Stanfill
772 Treat Blvd.
Tallmadge, OH 44278

Dustin Hooper
20063 W. Jackson St.
Buckeye, AZ 85326-2777

David Reynolds
6046 Jerusalem Drive
Cicero, NY 13039

Fernando Molina
5275 SW 146 AVE
Miami, FL 33175

George D. Jimenez
9396 Broadland Street, NW
Massillon, OH 44646

Fabrizio Simonetti
8 Via Sant' Jacopo in Acquaviva
Livorno, LI 57127
**ITALY**

GS 8100, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

GS1 US, Inc.
300 Princeton South Corporate Center
Ewing Township, NJ 08628

Gilbert Rodriguez
PO Box 1535
Fabens, TX 79838-1535

Henry Ryan
228 Cranbury Road
Princeton Junction, NJ 08550

Horizon Supply Group
Attn: Jeff Habbyshaw
3691 Honors Way
Howell, MI 48843

| | | |
|---|---|---|
| Heather Bradley<br>1213 N. Chapel Street<br>Louisville, OH 44641 | Israel Garcia<br>615 Oak Hollow Dr<br>Newberg, OR 97132 | James Holodnak<br>2910 16th Street, NW<br>Canton, OH 44708 |
| Isaac Gabriel<br>Quarles and Brady<br>One Renissaince Sq<br>Two North Central Ave<br>Phoenix, AZ 85004 | Jean Viljoen<br>5 Cape Willow<br>Hermanus, Western Cape<br>7200<br>**SOUTH AFRICA** | Jeffrey Cordell<br>17517 NW Ashland Drive<br>Portland, OR 97229 |
| JC Pack<br>199 Virginia Ave., #292<br>San Ysidro, CA 92173-2717 | Joaquim Ginesta<br>Emili Grahit 6, 4r 1r<br>17002 GIRONA, **SPAIN** | Jonathan Hulecki<br>4568 Church Point Place<br>Virginia Beach, VA 23455 |
| Jessica Gritzan<br>1280 Linwood Ave SW<br>North Canton, OH 44720 | Josh Luoni<br>808 8th St<br>Fairmont, WV 26554 | Joshua Harris<br>209 N. Horner Blvd.<br>Sanford, NC 27330 |
| Jordan Kupersmith<br>888 N. Quincy St<br>Arlington, VA 22203<br>**UNDELIVERABLE** | Kimble Companies<br>3596 SR 39 NW<br>Dover, OH 44622 | Kyle Slutz<br>1116 W. Nimisila Road<br>Clinton, OH 44216 |
| JPMorgan Chase Bank<br>1111 Polaris Pkwy<br>Columbus, OH 43240 | Luco Gilardi<br>Ul. Slivnitsa 188<br>Sofia 1202<br>**BULGARIA** | Mario Fortier<br>10 Orchard Lane<br>Chelmsford, MA 01824 |
| Kyle Tricarico<br>5464 Lake Ave<br>Orchard Park, NY 14127 | Mark Veon<br>2547 S. 3rd Street<br>Milwaukee, WI 53207 | Michael Dai<br>43174 Christy Street<br>Fremont, CA 94538 |
| Marius Nastasenko<br>Taikos g. 148<br>Vilnius, Vilniaus Apskritis 5227<br>**LITHUANIA** *UNDELIVERABLE* | Michael Riley<br>2506 SW 23rd Cranbrook Dr<br>Boynton Beach, FL 33436 | Michael Robinson<br>103 Hunters Ct<br>Forest, VA 24551 |
| Michael Rampton<br>6222 12th Street, North<br>Arlington, VA 22205 | Miguel Chacon<br>120 NW 6th Ave<br>Miami, FL 33128 | Mohamed Kazem<br>27 Orwell Street<br>Potts Point<br>SYDNEY, NSW 2011<br>**AUSTRALIA** *UNDELIVERABLE* |

Naoaki Kita
Kigoshimachi
Kanazawa-shi
Ishikawaken 920-0203
**JAPAN    UNDELIVERABLE**

NJEB Partners
c/o Melissa Giberson, Vorys, Sater,
Seymour & Pease LLP
52 East Gay St.
Columbus, OH 43215 10001

Pat Clay
72 Baker Dr
Gansevoort, NY 12831

Peter Ensor
Powerstown House
Clonee, Dublin
D15 YH52
**IRELAND**

Rajesh Bhakar
Sector 9d/204, 2nd Flr Akarti
Apartment
Jaipur
Rajasthan 302021
**INDIA**

Richard Weeks
4199 Defoors Farm Dr
Powder Springs, GA 30127

Ryan Marfone
98 N. Hawkhurst Cir
The Woodlands, TX 77354

Squirrels LLC
121 Wilbur Drive NE
North Canton, OH 44720

Tim Bredemus
9757 Union Terrace Ln N
Maple Grove, MN 55369
**UNDELIVERABLE**

Nick Yarosz
3019 Ellington Dr
Summerville, SC 29485

One Haines Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Patrick Nadeau
311 Andrews Rd
Wolcott, CT 06716

Premier Bank
c/o Atty. Richard Thomas
6 Federal Plaza Central, Suite 1300
Youngstown, OH 44503

Raymond Wodarczyk
Kinzigstraâˆšâ¼e 28
10247 Berlin  **GERMANY**
**UNDELIVERABLE**

Robin Wolf
Fasangasse 49
Vienna. Wien 1030   **AUSTRIA**
**UNDELIVERABLE**

Scott Chen
4058 Case St
Elmhurst, NY 11373
**UNDELIVERABLE**

Stefano Chiesa
41, Via III Novembre
Fucine Tn 38026
 **ITALY**

Tommy DeFreitas
14114 N. Wind Cave Ct
Conroe, TX 77384

Nicolas Rochon
4278 Beausoleil
Terrebonne QC J6V 1G1
**CANADA**

One Skymax Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Christophe Touzet
32 Rouillon
Saint Germain En Cogles 35133
**FRANCE**

R. Scott Heasley
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122

Richard Bergstrom
30107 Mountain View Dr
Hayward, CA 94544

Seth Stanfill
1515 24th Street, NW
Canton, OH 44709

Thom Kuznia
5801 Drew Ave. S
Edina, MN 55410-2761

TorEA Consulting
c/o David M. Neumann
Meyers Roman Friedberg & Lewis LPA
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122

U.S. Small Business Administration
District Counsel
1350 Euclid Ave, Suite 211
Cleveland, OH 44115

| | | |
|---|---|---|
| Tri Ho<br>1180 N. Cherry Way<br>Anaheim, CA 92801 | Troy Keplinger<br>1730 E. Park St<br>Enid, OK 73701 | Robert Renna<br>48 Samantha Dr<br>Morganville, NJ 07751-4006 |
| Uline<br>12575 Uline Dr<br>Pleasant Prairie, WI 53138 | Marco Mendoza<br>29407 Pyrite St<br>Menifee, CA 92584 | Richard Hall<br>61 Falkirk Avenue<br>Wellington, WGN 6022<br>**NEW ZEALAND** |
| Welbour Espartero<br>46 6th Ave NE<br>Swift Current, SK S9H 2L7<br>**CANADA** | Aditya Chauhan<br>510 Roosevelt St.<br>Roselle Park, NJ 07204-1512 | Andrew Wolf<br>1960 SW Old Sheridan Rd<br>McMinnville, OR 97128-8686 |
| Robert Oxsen<br>12795 Lowhills Rd<br>Nevada City, CA 95959-9074 | Aaron Strating<br>411B Vancouver St<br>Victoria, BC V8v 3t4<br>**CANADA** | Richard Ramazinski<br>1000 Flower Drive, STE LKS 2035<br>Glendale, CA 91201 |
| Arran Gracie<br>221 Southwest Alder Street<br>Portland, OR 97204<br>**UNDELIVERABLE** | Fabian Delmotte<br>Rue de Favence 29<br>Nandrin, -- 4550<br>**BELGUIM**<br>**UNDELIVERABLE** | Matthew Peterson<br>3390 Stratford Rd NE<br>Unit 516<br>Atlanta, GA 30326<br>**UNDELIVERABLE** |
| James Soldi<br>2208B Clark Ln<br>Redondo Beach, CA 90278-4304 | Barry Gluntz<br>2350 Winfield Ave<br>Rocky River, OH 44116 | Jack Cooper<br>4684 Douglas Circle NW<br>Canton, OH 44735 |
| Lance Colton<br>301-10140 150 St NW<br>Edmonton, AB T5P 1P1<br>**CANADA** | David Burlington<br>38 Bryant St APT 804<br>San Francisco, CA 94105-6119<br>**UNDELIVERABLE** | Pascal Peters<br>P.H.J.J. Peters Holding B.V.<br>Parklaan 6<br>Oss, Noord Brabant 5345 BV<br>**NETHERLANDS** |
| Jason Palmer<br>6559 Argonne Blvd.<br>New Orleans, LA 70124 | Matteo Trinca<br>Lania Geo  Ltd.<br>10 Zahesi Territory  Svimon<br>Shotadze Tbilisi, T'bilisi 0178<br>**GEORGIA**<br>**UNDELIVERABLE** | Dean Givens<br>170 Glad Spring Dr.<br>Lexington, SC 29072 |

| | | |
|---|---|---|
| Haley Williams<br>518 Washington St.<br>Santa Cruz, CA 95060<br>**UNDELIVERABLE** | Bill Gallagher<br>591 Lantern Way<br>Aurora, OH 44202 | Everett Fominyen<br>6733 N. 105th Ave.<br>Omaha, NE 68122 |
| Jeffrey Willis<br>987 S. High Street<br>Columbus, OH 43206 | Enrique Espinosa<br>4009 Old Bridgeview Ln<br>Charleston, SC 29403 | Jason Rettburg<br>670 Robinhood Dr.<br>Aurora, OH 44202 |
| Tim Robinson<br>2376 Burg Street<br>Granville, OH 43023 | Gail O'Connell<br>8960 Ringview Dr.<br>Mechanicsville, VA 23116 | Sidney Keith<br>8127 Larkspur Ave NW<br>North Canton, OH 44720 |
| Elloit Boutin<br>9400 E. Lincoln Street Apartments, Unit 409<br>Wichita, Kansas 67207 | Justin O'Connell<br>15712 Whirland Dr.<br>Midlothian, VA 23112 | Envista Forensics LLC, dba AREPA<br>c/o David M. Neumann<br>Meyers Roman Friedberg & Lewis LPA<br>28601 Chagrin Blvd., Suite 600<br>Cleveland, OH 44122 |
| Gabriel and Andrew Boutin<br>48 Cascade St.<br>Essex Junction, VT 05452-0545 | Tulip<br>5464 Lake Ave<br>Orchard Park, NY 14127 | Gregory Almedia<br>240 Old Foamy Rd.<br>Cleburne, TX 76033 |
| Jon Bulger<br>5169 Freeman Rd.<br>Orchard Park, NY 14127 | William Sweeney<br>10 Westedge St., Unit 725<br>Charleston, SC 29403 | Squirrels 401(k) & Profit-Sharing Plan<br>c/o Plan Sponsor, Squirrels, LLC<br>121 Wilbur Drive, NE<br>North Canton, OH 44720 |
| Stephen Allison<br>18 Monument Dr.<br>Stafford, VA 22554 | ProTech Security<br>PO Box 35034<br>Canton, OH 44735 | SCEB LLC<br>Attn: Stephen Allison<br>18 Monument Dr.<br>Stafford, VA 22554 |
| Avnet Inc.<br>Attn: Dennis Losik<br>5400 Prairie Stone Pkwy<br>Hoffman Estates, IL 60192 | Avnet Inc.<br>c/o Michael Walker, General Counsel<br>2211 S. 47th Street<br>Phoenix, AZ 85034 | Avnet Inc.<br>5400 Prairie Stone Pkwy<br>Hoffman Estates, IL 60192 |
| Jeff Schugart<br>13918 Bond Street<br>Overland Park, KS 66221 | SF Mining LLC<br>12795 Lowhills Rd.<br>Nevada City, CA 95959 | Instantiation, LLC<br>Attn: Sam Cassatt<br>434 Dorado Beach E<br>Dorado, **PUERTA RICO** 00646 |

Alignment Engine, Inc  
8050 Freedom Ave NW, Unit B  
North Canton, Ohio 44720

JS Mining  
c/o Jeff Schugart  
13918 Bond Street  
Overland Park, Kansas 66221

And the following by email:

    Artem Pylypchuk at articicejuice@gmail.com  
    Jose Nunez at admin@croxmoon.com  
    Michael Erceg at michael.erceg@gmail.com  
    Spencer Gabriel Singh at spencersingh96@gmail.com  
    Todd Dallimore at tdallimore@start.ca  
    Yannick Vergult at yannick.vergult@gmail.com  
    Henrik Gustafsson at henrik@virtualduck.net  
    Ruben Sousa at sousa.ruben2@gmail.com  
    Robin Wolf at robin.90@hotmail.de  
    Donald Ruffatto at Druffato@gmail.com  
    Jordan Kupersmith at jordankupersmith@gmail.com  
    Scott Chen at madam.ng16@gmail.com  
    Mohamed Kazem at nabilkazem@mail.com  
    Tim Bredemus at tcbred@gmail.com  
    David Burlington at dburlington@yahoo.com

                                                                     */s/ Julie K. Zurn*  
                                                                       Julie K. Zurn (0066391)  
                                                                       *Counsel for Squirrels Research Labs LLC*  
                                                                       *and The Midwest Data Company LLC*

1824825.3