# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Squirrels Research Labs LLC, et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 21-61491<br><br>*(Jointly Administered)*<br><br>Judge Tiiara N.A. Patton |

## CORRECTED
## NOTICE OF HEARING FOR
## MOTION OF SQUIRRELS RESEARCH LABS LLC AND
## THE MIDWEST DATA COMPANY LLC FOR ENTRY OF AN
## ORDER APPROVING COMPROMISE AND SETTLEMENT
## WITH CINCINNATI INSURANCE COMPANY

**PLEASE TAKE NOTICE that on April 9, 2024,** Debtors filed the MOTION OF SQUIRRELS RESEARCH LABS LLC AND THE MIDWEST DATA COMPANY LLC FOR ENTRY OF AN ORDER APPROVING COMPROMISE AND SETTLEMENT WITH CINCINNATI INSURANCE COMPANY (Docket No. 323) (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion at a hearing, then on or before **MAY 1, 2024**, you or your attorney must:

File with the Court an objection/response at:

U.S. Bankruptcy Court
Ralph Regula Federal Building and U.S. Courthouse
401 McKinley Avenue, SW
Canton, Ohio 44702

If you mail your objection/response to the Court, you must mail it early enough so the Court will **receive** it on or before the date stated above.

Mail a copy of your response to:

>Julie K. Zurn
>Brouse McDowell LPA
>388 S. Main Street, Suite 500
>Akron, Ohio 44311
>*Counsel for Debtors*

Please take further notice that a hearing on the Motion will be held on May 21, 2024 at 11:00 a.m. prevailing Eastern Time (the "Hearing"), or as soon as thereafter as this matter may be heard, before the Honorable Tiiara N.A. Patton. The Hearing will be conducted both (i) in person at the Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Avenue, SW, Canton, Ohio 44702, and (ii) via the Zoom® Video Communications application ("Zoom"). Unless otherwise ordered by the Court, any party who will not be presenting evidence or argument may request to appear virtually via Zoom. Parties must pre-register by emailing Evelyn Ross, Judge Patton's Courtroom Deputy, at PattonZoom_Registration@ohnb.uscourts.gov by no later than 4:00 p.m. three (3) business days prior to the scheduled hearing. The hearing registration email must include the following information: (a) case name and case number; (b) hearing date and time(s); (c) participant's name, address, and telephone number; and (d) name of party/parties whom participant represents.

All participants appearing by Zoom shall comply with *Judge Patton's Procedures for Appearing via Zoom® Video Communications (Effective August 21, 2023)*, which can be found on the Court's website. Persons without video conferencing capabilities must immediately contact Evelyn Ross, Judge Patton's Courtroom Deputy, at (330) 742-0950 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the scheduled hearing date. The hearing may be continued from time to time until completed without further notice except as announced in open court.

| | |
|---|---|
| Dated: April 10, 2024 | */s/ Julie K. Zurn*<br>Julie K. Zurn (0066391)<br>Brouse McDowell LPA<br>388 S. Main Street, Suite 500<br>Akron, Ohio 44311<br>330-535-5711<br>*Counsel for Squirrels Research Labs LLC*<br>*and The Midwest Data Company LLC* |

2

# CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2024, a true and correct copy of the **CORRECTED NOTICE OF HEARING FOR MOTION OF SQUIRRELS RESEARCH LABS LLC AND THE MIDWEST DATA COMPANY LLC FOR ENTRY OF AN ORDER APPROVING COMPROMISE AND SETTLEMENT WITH CINCINNATI INSURANCE COMPANY**, was served via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

John C. Cannizzaro on behalf of Interested Party Instantiation LLC at
John.Cannizzaro@icemiller.com, Kelli.Bates@icemiller.com

Nicholas Paul Capotosto on behalf of Debtor Squirrels Research Labs LLC at
ncapotosto@brouse.com, tpalcic@brouse.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc. at christopher.combest@quarles.com

Jack B. Cooper on behalf of Defendant Squirrels LLC at jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant Andrew Gould at jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant David Stanfill at jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant Jessica Gritzan at jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant Kyle Slutz at jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant Sidney Keith at jcooper@milliganpusateri.com

John G. Farnan on behalf of Creditor Cincinnati Insurance Company at
jfarnan@westonhurd.com

Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company at
rgoff@westonhurd.com, cvadino@westonhurd.com

Steven Heimberger on behalf of Interested Party SCEB, LLC at
sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at
JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at
mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

Marc Merklin on behalf of Plaintiff Squirrels Research Labs LLC at
mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA at
dneumann@meyersroman.com, docket@meyersroman.com; mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd. at
dneumann@meyersroman.com, docket@meyersroman.com; mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Fleur-de-Lis Development, LLC at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Plaintiff Frederic P Schwieg at fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com, OH84@ecfcbis.com

Bryan Sisto on behalf of Creditor Carl Forsell at bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank at rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at
jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at
jzurn@brouse.com, tpalcic@brouse.com;ckeblesh@brouse.com

Julie K. Zurn on behalf of Debtor The Midwest Data Company LLC at
jzurn@brouse.com, tpalcic@brouse.com;ckeblesh@brouse.com

Julie K. Zurn on behalf of Plaintiff Squirrels Research Labs LLC at
jzurn@brouse.com, tpalcic@brouse.com;ckeblesh@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at
kate.m.bradley@usdoj.gov

And by regular U.S. Mail, postage prepaid, on the following:

Ohio Power Co. d/b/a AEP Ohio
Attn: Dwight Snowden
1 Riverside Plaza, 13th Floor
Columbus, OH 43215

Andrew Waters
6653 Main Street
Williamsville, NY 14221
**UNDELIVERABLE**

Bittware/Molex LLC
Attn: Tricia McCoy
2222 Wellington Ct
Lisle, IL 60532

CliftonLarsonAllen LLP
220 S. 6th Street, Suite 300
Minneapolis MN 55402-1436

CT Data LLC
133 River Road
Mystic, CT 06355

Donald Ruffatto
420 Fairview Ave, Apt. 107
Arcadia, CA 91007
**UNDELIVERABLE**

Everhart Glass Co., Inc.
Attn: Linda Monigold
207 Ninth St., SW
PO Box 20645
Canton, OH 44701

Everstream
1228 Euclid Ave #250
Cleveland, OH 44115

FedEx Corporate Services Inc.
3965 Airways Blvd., Module G, 3rd FL
Memphis, TN 38116-5017

Hailu Looyestein
Schout Coxstraat 1
5421GJ Gemert
**NETHERLANDS**

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Group 6
1240 E. Ninth Street, Room 493
Cleveland, OH 44199

IPS Assembly Corp.
Attn: Perry Sutariya
12077 Merriman Rd
Livonia, MI 48150

Jason Price
67 Bartram Trail
Brunswick, GA 31523

Jose A. Rubio
15925 Hopper Lane
San Diego, CA 92127

Mark D'Aria
165 Old Field Rd.
Setauket, NY 11733-1639

Metal Masters
Attn: Bret Kettlewell
125 Williams Dr
Dover, OH 44622

David Chase, et al.
c/o Michael Maranda
293 Durkee Lane
East Patchogue, NY 11772

5

Office of the U.S. Trustee
201 Superior Ave. East, Suite 441
H.M. Metzenbaum US Courthouse
Cleveland, OH 44114-1234

Office of U.S. Attorney
Attn: Bankruptcy Section
Carl B. Stokes U.S. Court House
801 W. Superior Avenue, Ste 400
Cleveland, OH 44113

Ohio Attorney General
Collections Enforcement Section
Attn: Bankruptcy Unit
30 E. Broad Street, 14th Floor
Columbus, OH 43215

Ohio Bureau of Workers' Compensation
Attn: Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567

Ohio Department of Job & Family Svcs
Attn: Legal Support-Bankruptcy
PO Box 182830
Columbus, OH 43218-2830

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

Phillippe Germain
102 W. Service Rd #2153466
Champlain, NY 12919

Sam Adams
3417 Bush Street
Stevens Point, WI 54481

Samtec
520 Park E. Blvd.
New Albany, IN 47150

Steven Turnshek
13 Krist Glen Dr
Swissvale, PA 15218
**UNDELIVERABLE**

Trevor Steinle
24106 SE 42nd St
Sammamish, WA 98029

William Paden
205 Plains Rd
Westford, VT 05494

Michael Maranda LLC
c/o Kara Dodson, Esq., Soles Law Offices
6545 Market Avenue, N
N. Canton, OH 44721

Instantiation LLC
c/o Jason R. Schendel
Sheppard, Mullin, Richter & Hampton LLP
4 Embarcadero Center, 17th Flr
San Francisco, CA 94111

Internal Revenue Service
Attn: Deputy Director
1240 E. Ninth Street
Cleveland, OH 44199

Michael Maranda
293 Durkee Lane
East Patchogue, NY 11772

A.G. Adjustments, Ltd.
740 Walt Whitman Rd
Melville, NY 11747

Aaron Holquin
2046 Jamison Pl
Santa Clara, CA 95051

TTI, Inc. c/o Commercial Collections Consultants
16830 Ventura Blvd., Suite 620
Encino, CA 91436-9143

Alton Hare
1200 17th St NW
Washington, DC 20036
**UNDELIVERABLE**

Amanda McConnell
191 E. 28th Street
Dover, OH 44622

Aaron Reimer
PMB-AR113422
Sumas, WA 98295-9674
**UNDELIVERABLE**

Ben George
5464 Lake Ave
Orchard Park, NY 14127

Bradley Conn
51 Maple Avenue
Locust Valley, NY 11560

Andrew Gould
4812 Wildflower Drive
North Canton, OH 44720

Brandon Osbourne
1614 Euclid Ave., Apt. 36
Miami Beach, FL 33139-7783
**UNDELIVERABLE**

Brett Mashford
35 Oakmoss Dr
SPRINGFIELD LAKES, QLD 4300
**AUSTRALIA**

Bradon Pen
56 Varcoe Rd
Courtice, ON L1E 1S5
**CANADA**

Brian Klinger
4018 Shelby Row
Sugar Land, TX 77479

Carl Forsell
c/o James E.P. Sisto
Schuerger Law Group
1001 Kingsmill Parkway
Columbus, OH 43229

Brian Fiducci
24463 Norelius Ave
Round Lake, IL 60073

Cincinnati Insurance
PO Box 145496
Cincinnati, OH 45250-5496

Cincinnati Insurance
6200 S. Gilmore Rd
Fairfield, OH 45014-5141

Chad Clark
876 Jefferson St
Menasha, WI 54952

Culligan of Canton
4810 Southway St., SW
Canton, OH 44706

Daniel Hajdu
Graslaan 111
6833CG Arnhem
**NETHERLANDS**

Clarence Smith
3290 Double Creek Dr N., Apt 301
Plainfield, IN 46168

Darien Lyons
123 James Ter.
Rahway, NJ 07065-2409

Darry Kurpisz
14635 22nd Ave SW
Burien, WA 98166

Daniel Russo
120 High Farms Rd
Glen Head, NY 11545

David Stanfill
772 Treat Blvd.
Tallmadge, OH 44278

Dustin Hooper
20063 W. Jackson St.
Buckeye, AZ 85326-2777

David Reynolds
6046 Jerusalem Drive
Cicero, NY 13039

Fernando Molina
5275 SW 146 AVE
Miami, FL 33175

George D. Jimenez
9396 Broadland Street, NW
Massillon, OH 44646

Fabrizio Simonetti
8 Via Sant' Jacopo in Acquaviva
Livorno, LI 57127
**ITALY**

GS 8100, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

GS1 US, Inc.
300 Princeton South Corporate Center
Ewing Township, NJ 08628

Gilbert Rodriguez
PO Box 1535
Fabens, TX 79838-1535

Henry Ryan
228 Cranbury Road
Princeton Junction, NJ 08550

Horizon Supply Group
Attn: Jeff Habbyshaw
3691 Honors Way
Howell, MI 48843

Heather Bradley
1213 N. Chapel Street
Louisville, OH 44641

Isaac Gabriel
Quarles and Brady
One Renissaince Sq
Two North Central Ave
Phoenix, AZ 85004

JC Pack
199 Virginia Ave., #292
San Ysidro, CA 92173-2717

Jessica Gritzan
1280 Linwood Ave SW
North Canton, OH 44720

Jordan Kupersmith
888 N. Quincy St
Arlington, VA 22203
**UNDELIVERABLE**

JPMorgan Chase Bank
1111 Polaris Pkwy
Columbus, OH 43240

Kyle Tricarico
5464 Lake Ave
Orchard Park, NY 14127

Marius Nastasenko
Taikos g. 148
Vilnius, Vilniaus Apskritis 5227
**LITHUANIA**
*UNDELIVERABLE*

Michael Rampton
6222 12th Street, North
Arlington, VA 22205

Israel Garcia
615 Oak Hollow Dr
Newberg, OR 97132

Jean Viljoen
5 Cape Willow
Hermanus, Western Cape
7200
**SOUTH AFRICA**

Joaquim Ginesta
Emili Grahit 6, 4r 1r
17002 GIRONA, **SPAIN**

Josh Luoni
808 8th St
Fairmont, WV 26554

Kimble Companies
3596 SR 39 NW
Dover, OH 44622

Luco Gilardi
Ul. Slivnitsa 188
Sofia 1202
**BULGARIA**

Mark Veon
2547 S. 3rd Street
Milwaukee, WI 53207

Michael Riley
2506 SW 23rd Cranbrook Dr
Boynton Beach, FL 33436

Miguel Chacon
120 NW 6th Ave
Miami, FL 33128

James Holodnak
2910 16th Street, NW
Canton, OH 44708

Jeffrey Cordell
17517 NW Ashland Drive
Portland, OR 97229

Jonathan Hulecki
4568 Church Point Place
Virginia Beach, VA 23455

Joshua Harris
209 N. Horner Blvd.
Sanford, NC 27330

Kyle Slutz
1116 W. Nimisila Road
Clinton, OH 44216

Mario Fortier
10 Orchard Lane
Chelmsford, MA 01824

Michael Dai
43174 Christy Street
Fremont, CA 94538

Michael Robinson
103 Hunters Ct
Forest, VA 24551

Mohamed Kazem
27 Orwell Street
Potts Point
SYDNEY, NSW 2011
**AUSTRALIA**
*UNDELIVERABLE*

Naoaki Kita
Kigoshimachi
Kanazawa-shi
Ishikawaken 920-0203
**JAPAN** *UNDELIVERABLE*

NJEB Partners
c/o Melissa Giberson, Vorys, Sater, Seymour & Pease LLP
52 East Gay St.
Columbus, OH 43215 10001

Pat Clay
72 Baker Dr
Gansevoort, NY 12831

Peter Ensor
Powerstown House
Clonee, Dublin
D15 YH52
**IRELAND**

Rajesh Bhakar
Sector 9d/204, 2nd Flr Akarti Apartment
Jaipur
Rajasthan 302021
**INDIA**

Richard Weeks
4199 Defoors Farm Dr
Powder Springs, GA 30127

Ryan Marfone
98 N. Hawkhurst Cir
The Woodlands, TX 77354

Squirrels LLC
121 Wilbur Drive NE
North Canton, OH 44720

Tim Bredemus
9757 Union Terrace Ln N
Maple Grove, MN 55369
*UNDELIVERABLE*

Nick Yarosz
3019 Ellington Dr
Summerville, SC 29485

One Haines Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Patrick Nadeau
311 Andrews Rd
Wolcott, CT 06716

Premier Bank
c/o Atty. Richard Thomas
6 Federal Plaza Central, Suite 1300
Youngstown, OH 44503

Raymond Wodarczyk
Kinzigstraậšüe 28
10247 Berlin  **GERMANY**
*UNDELIVERABLE*

Robin Wolf
Fasangasse 49
Vienna. Wien 1030   **AUSTRIA**
*UNDELIVERABLE*

Scott Chen
4058 Case St
Elmhurst, NY 11373
*UNDELIVERABLE*

Stefano Chiesa
41, Via III Novembre
Fucine Tn 38026
 **ITALY**

Tommy DeFreitas
14114 N. Wind Cave Ct
Conroe, TX 77384

Nicolas Rochon
4278 Beausoleil
Terrebonne QC J6V 1G1
**CANADA**

One Skymax Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Christophe Touzet
32 Rouillon
Saint Germain En Cogles 35133
**FRANCE**

R. Scott Heasley
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122

Richard Bergstrom
30107 Mountain View Dr
Hayward, CA 94544

Seth Stanfill
1515 24th Street, NW
Canton, OH 44709

Thom Kuznia
5801 Drew Ave. S
Edina, MN 55410-2761

TorEA Consulting
c/o David M. Neumann
Meyers Roman Friedberg & Lewis LPA
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122

U.S. Small Business Administration
District Counsel
1350 Euclid Ave, Suite 211
Cleveland, OH 44115

Tri Ho
1180 N. Cherry Way
Anaheim, CA 92801

Troy Keplinger
1730 E. Park St
Enid, OK 73701

Robert Renna
48 Samantha Dr
Morganville, NJ 07751-4006

Uline
12575 Uline Dr
Pleasant Prairie, WI 53138

Marco Mendoza
29407 Pyrite St
Menifee, CA 92584

Richard Hall
61 Falkirk Avenue
Wellington, WGN 6022
**NEW ZEALAND**

Welbour Espartero
46 6th Ave NE
Swift Current, SK S9H 2L7
**CANADA**

Aditya Chauhan
510 Roosevelt St.
Roselle Park, NJ 07204-1512

Andrew Wolf
1960 SW Old Sheridan Rd
McMinnville, OR 97128-8686

Robert Oxsen
12795 Lowhills Rd
Nevada City, CA 95959-9074

Aaron Strating
411B Vancouver St
Victoria, BC V8v 3t4
**CANADA**

Richard Ramazinski
1000 Flower Drive, STE LKS 2035
Glendale, CA 91201

Arran Gracie
221 Southwest Alder Street
Portland, OR 97204
**UNDELIVERABLE**

Fabian Delmotte
Rue de Favence 29
Nandrin, -- 4550
**BELGUIM**
**UNDELIVERABLE**

Matthew Peterson
3390 Stratford Rd NE
Unit 516
Atlanta, GA 30326
**UNDELIVERABLE**

James Soldi
2208B Clark Ln
Redondo Beach, CA 90278-4304

Barry Gluntz
2350 Winfield Ave
Rocky River, OH 44116

Jack Cooper
4684 Douglas Circle NW
Canton, OH 44735

Lance Colton
301-10140 150 St NW
Edmonton, AB T5P 1P1
**CANADA**

David Burlington
38 Bryant St APT 804
San Francisco, CA 94105-6119
**UNDELIVERABLE**

Pascal Peters
P.H.J.J. Peters Holding B.V.
Parklaan 6
Oss, Noord Brabant 5345 BV
**NETHERLANDS**

Jason Palmer
6559 Argonne Blvd.
New Orleans, LA 70124

Matteo Trinca
Lania Geo  Ltd.
10 Zahesi Territory  Svimon
Shotadze Tbilisi, T'bilisi 0178
**GEORGIA**
**UNDELIVERABLE**

Dean Givens
170 Glad Spring Dr.
Lexington, SC 29072

| | | |
|---|---|---|
| Haley Williams<br>518 Washington St.<br>Santa Cruz, CA 95060<br>**UNDELIVERABLE** | Bill Gallagher<br>591 Lantern Way<br>Aurora, OH 44202 | Everett Fominyen<br>6733 N. 105th Ave.<br>Omaha, NE 68122 |
| Jeffrey Willis<br>987 S. High Street<br>Columbus, OH 43206 | Enrique Espinosa<br>4009 Old Bridgeview Ln<br>Charleston, SC 29403 | Jason Rettburg<br>670 Robinhood Dr.<br>Aurora, OH 44202 |
| Tim Robinson<br>2376 Burg Street<br>Granville, OH 43023 | Gail O'Connell<br>8960 Ringview Dr.<br>Mechanicsville, VA 23116 | Sidney Keith<br>8127 Larkspur Ave NW<br>North Canton, OH 44720 |
| Elloit Boutin<br>9400 E. Lincoln Street<br>Apartments, Unit 409<br>Wichita, Kansas 67207 | Justin O'Connell<br>15712 Whirland Dr.<br>Midlothian, VA 23112 | Envista Forensics LLC, dba AREPA<br>c/o David M. Neumann<br>Meyers Roman Friedberg & Lewis LPA<br>28601 Chagrin Blvd., Suite 600 |
| Gabriel and Andrew Boutin<br>48 Cascade St.<br>Essex Junction, VT 05452-0545 | Tulip<br>5464 Lake Ave<br>Orchard Park, NY 14127 | Gregory Almedia<br>240 Old Foamy Rd.<br>Cleburne, TX 76033 |
| Jon Bulger<br>5169 Freeman Rd.<br>Orchard Park, NY 14127 | William Sweeney<br>10 Westedge St., Unit 725<br>Charleston, SC 29403 | Squirrels 401(k) & Profit-Sharing Plan<br>c/o Plan Sponsor, Squirrels, LLC<br>121 Wilbur Drive, NE<br>North Canton, OH 44720 |
| Stephen Allison<br>18 Monument Dr.<br>Stafford, VA 22554 | ProTech Security<br>PO Box 35034<br>Canton, OH 44735 | SCEB LLC<br>Attn: Stephen Allison<br>18 Monument Dr.<br>Stafford, VA 22554 |
| Avnet Inc.<br>Attn: Dennis Losik<br>5400 Prairie Stone Pkwy<br>Hoffman Estates, IL 60192 | Avnet Inc.<br>c/o Michael Walker, General Counsel<br>2211 S. 47th Street<br>Phoenix, AZ 85034 | Avnet Inc.<br>5400 Prairie Stone Pkwy<br>Hoffman Estates, IL 60192 |
| Jeff Schugart<br>13918 Bond Street<br>Overland Park, KS 66221 | SF Mining LLC<br>12795 Lowhills Rd.<br>Nevada City, CA 95959 | Instantiation, LLC<br>Attn: Sam Cassatt<br>434 Dorado Beach E<br>Dorado, **PUERTA RICO** 00646 |

Alignment Engine, Inc
8050 Freedom Ave NW, Unit B
North Canton, Ohio 44720

JS Mining
c/o Jeff Schugart
13918 Bond Street
Overland Park, Kansas 66221

And the following by email:

Artem Pylypchuk at articicejuice@gmail.com

Jose Nunez at admin@croxmoon.com

Michael Erceg at michael.erceg@gmail.com

Spencer Gabriel Singh at spencersingh96@gmail.com

Todd Dallimore at tdallimore@start.ca

Yannick Vergult at yannick.vergult@gmail.com

Henrik Gustafsson at henrik@virtualduck.net

Ruben Sousa at sousa.ruben2@gmail.com

Robin Wolf at robin.90@hotmail.de

Donald Ruffatto at Druffato@gmail.com

Jordan Kupersmith at jordankupersmith@gmail.com

Scott Chen at madam.ng16@gmail.com

Mohamed Kazem at nabilkazem@mail.com

Tim Bredemus at tcbred@gmail.com

David Burlington at dburlington@yahoo.com

*/s/ Julie K. Zurn*
Julie K. Zurn (0066391)

*Counsel for Squirrels Research Labs LLC
and Midwest Data Company LLC*