IT IS SO ORDERED.

Dated: May 7, 2024



Tiiara N.A. Patton
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Squirrels Research Labs LLC, et al., | Case No. 21-61491(TNAP) |
| Debtor. | Judge Tiiara N.A. Patton |

### ORDER DIRECTING SECOND FOUNDATION MINING LLC
### TO CURE CERTAIN FILING DEFICIENCIES
### AND TO SHOW CAUSE WHY ITS OBJECTION SHOULD
### NOT BE STRICKEN BY FRIDAY, MAY 17, 2024

The matter before the Court is Second Foundation Mining LLC's ("Second Foundation") *Objection of Second Foundation Mining LLC, to the Settlement Agreement and Mutual Release Filed by Debtor Squirrels Research Labs, LLC* (ECF Docket No. 327) (the "Objection") objecting to the *Motion of Squirrels Research Labs LLC and the Midwest Data Company LLC for Entry of an Order Approving Compromise and Settlement with Cincinnati Insurance Company* (ECF Docket No. 323) filed by Squirrels Research Labs, LLC and Midwest Data Company LLC (collectively "Debtors"). Rule 9013-3 of the Local Rules for the United States Bankruptcy Court for the Northern District ("Local Bankruptcy Rule") provides in pertinent part

that a certificate of service shall be appended to and served with any document tendered for filing which is required to be served; and shall (i) "state the date and method of service," and (ii) "identify, by name and address, each entity served." The certificate of service for the Objection is deficient as it does not comply with Local Bankruptcy Rule 9013-3. Additionally, the Objection was submitted by Robert Oxsen, CEO of Second Foundation, who is not an attorney, on behalf of Second Foundation. It is well-settled that corporations, partnerships, organizations, or other legal entities may not proceed *pro se* in federal court. The United States Supreme Court has observed that "[i]t has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel." Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 202 (1993) (citing cases).

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Second Foundation Mining LLC shall cure the filing deficiencies outlined in this Order by **Friday, May 17, 2024**.

2. Second Foundation Mining LLC shall file on or before **Friday, May 17, 2024**, with the Court an appropriate pleading to show cause why the *Objection of Second Foundation Mining LLC, to the Settlement Agreement and Mutual Release Filed by Debtor Squirrels Research Labs, LLC* (ECF Docket No. 327) should not be stricken based on the Objection not being filed by licensed counsel on behalf of Second Foundation.

# # #