Northern District Of Ohio
United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

**Case No. 21−61491−tnap**

**In re:**

| | |
|---|---|
| Squirrels Research Labs LLC<br>8050 Freedom Avenue NW<br>North Canton, OH 44720 | The Midwest Data Company LLC<br>8050 Freedom Avenue NW<br>8050 Freedom Avenue NW<br>North Canton, OH 44720 |

**Social Security No.:**

**Employer's Tax I.D. No.:**
83−0829310                              84−3221213

**NOTICE OF HEARING**

Rescheduled Time to 1:00 p.m.

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
May 21, 2024 at 1:00 p.m.
Ralph Regula U.S. Courthouse

To consider and act upon the following matters:

**Dated:** May 8, 2024                                                                                          For the Court
Form ohnb187                                                                                                   Josiah C. Sell, Clerk