IT IS SO ORDERED.

Dated: May 17, 2024



Tiiara N.A. Patton
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.*[1] | ) | Case No. 21-61491 |
| | ) | |
| Debtors. | ) | *(Jointly Administered)* |
| | ) | |
| | | Judge Tiiara N.A. Patton |

## ORDER APPROVING MOTION OF SQUIRRELS RESEARCH LABS LLC AND THE MIDWEST DATA COMPANY LLC TO LIMIT SERVICE OF THEIR SECOND REPLY IN SUPPORT OF THEIR MOTION FOR ENTRY OF AN ORDER APPROVING COMPROMISE AND SETTLEMENT WITH CINCINNATI INSURANCE COMPANY[2]

This matter having come before the Court upon the Debtors' Motion to Limit Service of their Second Reply in Support of their Motion for Entry of an Order Approving Compromise and

---

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

[2] All capitalized terms used in this Order and not otherwise defined herein shall have the meanings as set forth in the Motion.

Settlement with Cincinnati Insurance Company (the "Motion"); the Court having reviewed the Motion, finds it to be well taken; therefore, it is hereby adjudged, decreed, and

**ORDERED** that the Motion is granted as set forth herein; and it is further

**ORDERED** that service of the Second Reply in Support of their Motion for Entry of an Order Approving Compromise and Settlement with Cincinnati Insurance Company upon Paul Billinger, by email to paul.billinger@toreaconsulting.com, and by regular mail to Torea Consulting, ATTN: Paul Billinger, 1 Bow Street, Stouffville, ON L4A 1Z3, Canada, and all the parties listed on the Court's Electronic Mail Notice List, including the United States Trustee, is appropriate and adequate service and provides fair and reasonable notice of the Reply. No further service of the Reply is required.

**IT IS SO ORDERED.**

# # #

Submitted by:

*/s/ Julie K. Zurn*
Marc Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for Squirrels Research Labs LLC and*
*The Midwest Data Company LLC*


**NOTICE PARTIES:**

Via ECF:

    John C. Cannizzaro on behalf of Interested Party Instantiation LLC at John.Cannizzaro@icemiller.com, Kelli.Bates@icemiller.com

    Nicholas Paul Capotosto on behalf of Debtor Squirrels Research Labs LLC at ncapotosto@brouse.com, tpalcic@brouse.com

    Christopher Paul Combest on behalf of Creditor Avnet, Inc. at christopher.combest@quarles.com

    Jack B. Cooper on behalf of Defendant Squirrels LLC at jcooper@milliganpusateri.com

    Jack B. Cooper on behalf of Defendant Andrew Gould at jcooper@milliganpusateri.com

    Jack B. Cooper on behalf of Defendant David Stanfill at jcooper@milliganpusateri.com

    Jack B. Cooper on behalf of Defendant Jessica Gritzan at jcooper@milliganpusateri.com

    Jack B. Cooper on behalf of Defendant Kyle Slutz at jcooper@milliganpusateri.com

    Jack B. Cooper on behalf of Defendant Sidney Keith at jcooper@milliganpusateri.com

    John G. Farnan on behalf of Creditor Cincinnati Insurance Company at jfarnan@westonhurd.com

    Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company at rgoff@westonhurd.com, cvadino@westonhurd.com

Steven Heimberger on behalf of Interested Party SCEB, LLC at
sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at
JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at
mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

Marc Merklin on behalf of Plaintiff Squirrels Research Labs LLC at
mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA at
dneumann@meyersroman.com, docket@meyersroman.com; mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd. at
dneumann@meyersroman.com, docket@meyersroman.com; mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Fleur-de-Lis Development, LLC at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Plaintiff Frederic P Schwieg at fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com, OH84@ecfcbis.com

Bryan Sisto on behalf of Creditor Carl Forsell at bsisto@fbtlaw.com

4

21-61491-tnap    Doc 339    FILED 05/17/24    ENTERED 05/17/24 15:37:51    Page 4 of 5

Richard J. Thomas on behalf of Creditor Premier Bank at rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at jzurn@brouse.com, tpalcic@brouse.com;ckeblesh@brouse.com

Julie K. Zurn on behalf of Debtor The Midwest Data Company LLC at jzurn@brouse.com, tpalcic@brouse.com;ckeblesh@brouse.com

Julie K. Zurn on behalf of Plaintiff Squirrels Research Labs LLC at jzurn@brouse.com, tpalcic@brouse.com;ckeblesh@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at kate.m.bradley@usdoj.gov


And by email to: Paul.billinger@toreaconsulting.com

And By Regular U.S. Mail to

Torea Consulting
Attn: Paul Billinger
1 Bow Street
Stouffville, ON L4A 1Z3
Canada