In re:                                                                            Case No. 21-61491-tnap
Squirrels Research Labs LLC                                       Chapter 11
The Midwest Data Company LLC
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0647-6                            User: lbald                                  Page 1 of 3
Date Rcvd: May 17, 2024                    Form ID: pdf810                         Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Squirrels Research Labs LLC, The Midwest Data Company LLC, 8050 Freedom Avenue NW, North Canton, OH 44720-6912 |
| aty | + | Brouse McDowell, 388 South Main Street, Suite 500, Akron, OH 44311-4419 |
| aty | + | Brouse McDowell, LPA, 388 S. Main Street, Suite 500, Akron, OH 44311-4419 |
| aty | + | Jason R. Schendel, Sheppard, Mullin, Richter & Hampton LLP, Four Embardadero Center, Seventeenth Floor, San Francisco, CA 94111-4106 |
| cr | + | Avnet, Inc., c/o Christopher Combest, Quarles & Brady LLP, 300 N. LaSalle Street, Suite 4000 Chicago, IL 60654-5427 |
| cr | | Better PC, LLC, c/o Christopher J. Niekamp, Esq., Buckingham, Doolittle & Burroughs, Suite 300, Akron, OH 443338398 |
| acc | + | CliftonLarsonAllen LLP, 388 S Main St, Ste 420, Akron, OH 44311-4407 |
| cr | + | Fleur-de-Lis Development, LLC, c/o Gina Piacentino, 88 E. Broad, Suite 1560, Columbus, OH 43215-3178 |
| fa | + | Inglewood Associates LLC, 9242 Headlands Road, Mentor, OH 44060-1026 |
| cr | + | Premier Bank, 1111 Superior Ave., E., Suite 1111, Cleveland, OH 44114-2568 |
| intp | + | SCEB, LLC, 18 Monument Drive, Stafford, VA 22554-8508 |
| cr | + | Second Foundation Mining LLC, Robert Oxsen, CEO, 3326 Corinthian Ln, Auburn, CA 95603-9066 |
| | | Torea Consulting, Attn: Paul Billinger, 1 Bow Street, Stouffville, ON L4A 1Z3, CANADA |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bwclegalbankruptcy@bwc.ohio.gov | May 17 2024 20:32:00 | Ohio Bureau of Workers Compensation, Attn: Law Section Bankruptcy Unit, PO Box 15567, Columbus, OH 43215 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carl Forsell |
| cr | | Cincinnati Insurance Company |
| cr | | Envista Forensics, LLC d/b/a AREPA |
| intp | | Instantiation LLC |
| intp | | Ohio Power Company dba American Electric Power |
| intp | | Paul Billinger |
| cr | | Torea Consulting Ltd. |

TOTAL: 7 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan Sisto | on behalf of Creditor Carl Forsell bsisto@fbtlaw.com |
| Christopher Niekamp | on behalf of Creditor Better PC LLC cniekamp@bdblaw.com |
| Christopher Paul Combest | on behalf of Creditor Avnet Inc. christopher.combest@quarles.com |
| David M. Neumann | on behalf of Creditor Torea Consulting Ltd. dneumann@meyersroman.com docket@meyersroman.com;mnowak@meyersroman.com |
| David M. Neumann | on behalf of Creditor Envista Forensics LLC d/b/a AREPA dneumann@meyersroman.com, docket@meyersroman.com;mnowak@meyersroman.com |
| Frederic P. Schwieg | on behalf of Trustee Frederic P. Schwieg fschwieg@schwieglaw.com OH84@ecfcbis.com |
| Frederic P. Schwieg | fschwieg@schwieglaw.com OH84@ecfcbis.com |
| Frederic P. Schwieg | on behalf of Plaintiff Frederic P Schwieg fschwieg@schwieglaw.com OH84@ecfcbis.com |
| Jack B. Cooper | on behalf of Defendant Squirrels LLC jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant Sidney Keith jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant Kyle Slutz jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant Jessica Gritzan jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant David Stanfill jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant Andrew Gould jcooper@milliganpusateri.com |
| Jeannie Kim | on behalf of Interested Party Instantiation LLC JeKim@sheppardmullin.com dgatmen@sheppardmullin.com |
| John C. Cannizzaro | on behalf of Interested Party Instantiation LLC John.Cannizzaro@icemiller.com Kelli.Bates@icemiller.com |
| John G. Farnan | on behalf of Creditor Cincinnati Insurance Company jfarnan@westonhurd.com |
| Joshua Ryan Vaughan | on behalf of Creditor Ohio Bureau of Workers Compensation jvaughan@amer-collect.com SAllman@AMER-COLLECT.COM;HouliECF@aol.com |
| Julie K. Zurn | on behalf of Plaintiff Squirrels Research Labs LLC jzurn@brouse.com tpalcic@brouse.com;ckeblesh@brouse.com |
| Julie K. Zurn | on behalf of Debtor The Midwest Data Company LLC jzurn@brouse.com tpalcic@brouse.com;ckeblesh@brouse.com |
| Julie K. Zurn | on behalf of Attorney Brouse McDowell LPA jzurn@brouse.com, tpalcic@brouse.com;ckeblesh@brouse.com |

Julie K. Zurn
    on behalf of Debtor Squirrels Research Labs LLC jzurn@brouse.com tpalcic@brouse.com;ckeblesh@brouse.com

Kate M. Bradley ust44
    on behalf of U.S. Trustee United States Trustee kate.m.bradley@usdoj.gov

Marc Merklin
    on behalf of Debtor Squirrels Research Labs LLC mmerklin@brouse.com tpalcic@brouse.com;mmiller@brouse.com

Marc Merklin
    on behalf of Plaintiff Squirrels Research Labs LLC mmerklin@brouse.com tpalcic@brouse.com;mmiller@brouse.com

Matthew T. Schaeffer
    on behalf of Defendant Fleur-de-Lis Development LLC mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer
    on behalf of Defendant Rocco Piacentino mschaeffer@baileycav.com lpatterson@baileycav.com

Matthew T. Schaeffer
    on behalf of Creditor Fleur-de-Lis Development LLC mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer
    on behalf of Defendant Cynthia Heinz mschaeffer@baileycav.com lpatterson@baileycav.com

Nicholas Paul Capotosto
    on behalf of Debtor Squirrels Research Labs LLC ncapotosto@brouse.com tpalcic@brouse.com

Nicholas Paul Capotosto
    on behalf of Plaintiff Squirrels Research Labs LLC ncapotosto@brouse.com tpalcic@brouse.com

Paul J. Schumacher
    on behalf of Interested Party Ohio Power Company dba American Electric Power pschumacher@dmclaw.com tgross@dmclaw.com

Richard J. Thomas
    on behalf of Creditor Premier Bank rthomas@hendersoncovington.com dciambotti@hendersoncovington.com

Robert E. Goff, Jr.
    on behalf of Creditor Cincinnati Insurance Company rgoff@westonhurd.com cvadino@westonhurd.com

Steven Heimberger
    on behalf of Interested Party SCEB LLC sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

TOTAL: 35

IT IS SO ORDERED.

Dated:  May 17, 2024



Tiiara N.A. Patton
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.*[1] | ) | Case No. 21-61491 |
| | ) | |
| Debtors. | ) | *(Jointly Administered)* |
| | ) | |
| | | Judge Tiiara N.A. Patton |

### ORDER APPROVING MOTION OF SQUIRRELS RESEARCH LABS LLC AND THE MIDWEST DATA COMPANY LLC TO LIMIT SERVICE OF THEIR SECOND REPLY IN SUPPORT OF THEIR MOTION FOR ENTRY OF AN ORDER APPROVING COMPROMISE AND SETTLEMENT WITH CINCINNATI INSURANCE COMPANY[2]

This matter having come before the Court upon the Debtors' Motion to Limit Service of

their Second Reply in Support of their Motion for Entry of an Order Approving Compromise and

---

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

[2] All capitalized terms used in this Order and not otherwise defined herein shall have the meanings as set forth in the Motion.

Settlement with Cincinnati Insurance Company (the "Motion"); the Court having reviewed the Motion, finds it to be well taken; therefore, it is hereby adjudged, decreed, and

**ORDERED** that the Motion is granted as set forth herein; and it is further

**ORDERED** that service of the Second Reply in Support of their Motion for Entry of an Order Approving Compromise and Settlement with Cincinnati Insurance Company upon Paul Billinger, by email to paul.billinger@toreaconsulting.com, and by regular mail to Torea Consulting, ATTN: Paul Billinger, 1 Bow Street, Stouffville, ON L4A 1Z3, Canada, and all the parties listed on the Court's Electronic Mail Notice List, including the United States Trustee, is appropriate and adequate service and provides fair and reasonable notice of the Reply. No further service of the Reply is required.

**IT IS SO ORDERED.**

# # #

Submitted by:

*/s/ Julie K. Zurn*
Marc Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for Squirrels Research Labs LLC and
The Midwest Data Company LLC*

**NOTICE PARTIES:**

Via ECF:

    John C. Cannizzaro on behalf of Interested Party Instantiation LLC at John.Cannizzaro@icemiller.com, Kelli.Bates@icemiller.com

    Nicholas Paul Capotosto on behalf of Debtor Squirrels Research Labs LLC at ncapotosto@brouse.com, tpalcic@brouse.com

    Christopher Paul Combest on behalf of Creditor Avnet, Inc. at christopher.combest@quarles.com

    Jack B. Cooper on behalf of Defendant Squirrels LLC at jcooper@milliganpusateri.com

    Jack B. Cooper on behalf of Defendant Andrew Gould at jcooper@milliganpusateri.com

    Jack B. Cooper on behalf of Defendant David Stanfill at jcooper@milliganpusateri.com

    Jack B. Cooper on behalf of Defendant Jessica Gritzan at jcooper@milliganpusateri.com

    Jack B. Cooper on behalf of Defendant Kyle Slutz at jcooper@milliganpusateri.com

    Jack B. Cooper on behalf of Defendant Sidney Keith at jcooper@milliganpusateri.com

    John G. Farnan on behalf of Creditor Cincinnati Insurance Company at jfarnan@westonhurd.com

    Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company at rgoff@westonhurd.com, cvadino@westonhurd.com

Steven Heimberger on behalf of Interested Party SCEB, LLC at
sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at
JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at
mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

Marc Merklin on behalf of Plaintiff Squirrels Research Labs LLC at
mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA at
dneumann@meyersroman.com, docket@meyersroman.com; mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd. at
dneumann@meyersroman.com, docket@meyersroman.com; mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Fleur-de-Lis Development, LLC at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Plaintiff Frederic P Schwieg at fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com, OH84@ecfcbis.com

Bryan Sisto on behalf of Creditor Carl Forsell at bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank at rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at jzurn@brouse.com, tpalcic@brouse.com;ckeblesh@brouse.com

Julie K. Zurn on behalf of Debtor The Midwest Data Company LLC at jzurn@brouse.com, tpalcic@brouse.com;ckeblesh@brouse.com

Julie K. Zurn on behalf of Plaintiff Squirrels Research Labs LLC at jzurn@brouse.com, tpalcic@brouse.com;ckeblesh@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at kate.m.bradley@usdoj.gov

And by email to: Paul.billinger@toreaconsulting.com

And By Regular U.S. Mail to

Torea Consulting
Attn: Paul Billinger
1 Bow Street
Stouffville, ON L4A 1Z3
Canada