IT IS ORDERED as set forth below:



Date: May 23, 2024

Tiiara N.A. Patton
U.S. Bankruptcy Court Judge
Signed as Revised by the Court

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.*[1] | ) | Case No. 21-61491 |
| | ) | |
| Debtors. | ) | Judge Tiiara N.A. Patton |
| | ) | |

**ORDER APPROVING COMPROMISE AND SETTLEMENT BETWEEN THE DEBTORS AND CINCINNATI INSURANCE COMPANY[2]**

This is before the Court upon the Debtors' Motion for Entry of an Order Approving Compromise and Settlement with Cincinnati Insurance Company (the "Motion"), the objection to the Motion filed by SF Mining Company [Docket #327] ("SF Mining Objection"), and the objection to the Motion filed by Paul Billinger [Docket #332] (the "Billinger Objection," and

---

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

[2] All capitalized terms used in this Order and not otherwise defined herein shall have the meanings as set forth in the Motion.

together with the SF Mining Objection, the "Objections"). The Court held a hearing on May 21, 2024. Appearing at the hearing were Julie K. Zurn, counsel for Debtors, David Stanfill, representative of the Debtors, Fred Schwieg, Subchapter V Trustee, Kate Bradley, trial attorney for the U.S. Trustee, and Paul Billinger. The Court having reviewed the Motion, and having heard statements at the hearing on May 21, 2024, makes the following findings: the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b); this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; notice of the Motion was proper and sufficient under the circumstances; and upon consideration of the relevant factors to be utilized in determining whether a proposed settlement is fair and reasonable – namely, the probability of success; difficulties, if any, in collecting any judgment; the complexities involved, including the attendant expense, inconvenience, and delay; and the interest of creditors – it appears to the Court that the settlement with Cincinnati Insurance Company is fair and equitable, rising above the "lowest point in the range of reasonableness", that the relief sought in the Motion is in the best interest of all parties, and that the legal and factual bases set forth in the Motion establish just cause for the approval of the settlement with Cincinnati Insurance Company; therefore, it is hereby adjudged, decreed, and

**ORDERED** that the Motion is granted with respect to the request for approval of the Compromise and Settlement with Cincinnati Insurance Company and the Objections are overruled; and it is further ordered as follows:

1. ~~The Settlement is approved in its entirety, and Debtors are authorized to perform in accordance with the terms thereof, as well as with the terms of this Order;~~
2. *The Motion is granted as set forth herein;*
3. *The Settlement Agreement, attached to the Motion as an exhibit, is approved;*
4. The Settlement Payment (as defined in the Settlement Agreement attached to the Motion) shall be paid by Cincinnati Insurance Company to Debtor's counsel's IOLTA

2

pending further order from the Court as to the allocation of the Settlement Payment between Squirrels Research Labs LLC and The Midwest Data Company LLC;

3. Debtors shall submit supplemental briefing and support for the proposed allocation of the Settlement Payment on or before **June 21, 2024**. *The supplemental briefing may include, but is not limited to, declarations, affidavits and documentary evidence*;

4. *Any responses to Debtors' supplemental briefing may be filed on or before **June 28, 2024**;* and

5. A hearing on the Allocation of the Settlement Payment shall be held on **July 16, 2024 at 11:00 a.m. prevailing Eastern Time** (the "Hearing"), or as soon thereafter as this matter may be heard, before the Honorable Tiiara N.A. Patton. The Hearing will be conducted both (i) in person at the Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Avenue, SW, Canton, Ohio 44702, and (ii) via the Zoom® Video Communications application ("Zoom"). Unless otherwise ordered by the Court, any party who will not be presenting evidence or argument may request to appear virtually via Zoom. Parties must pre-register by emailing Evelyn Ross, Judge Patton's Courtroom Deputy, at PattonZoom_Registration@ohnb.uscourts.gov by no later than 4:00 p.m. three (3) business days prior to the scheduled hearing. The hearing registration email must include the following information: (a) case name and case number; (b) hearing date and time(s); (c) participant's name, address, and telephone number; and (d) name of party/parties whom participant represents. All participants appearing by Zoom shall comply with *Judge Patton's Procedures for Appearing via Zoom® Video Communications (Effective August 21, 2023)*, which can be found on the Court's website. Persons without video conferencing capabilities must immediately contact Evelyn Ross, Judge Patton's Courtroom Deputy, at (330) 742-0950 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3)

hearing may be continued from time to time until completed without further notice except as announced in open court.

5. The Court shall retain jurisdiction over any and all disputes arising under or otherwise relating to the terms of this Order or the Settlement.

# # #

Submitted by:

*/s/ Julie K. Zurn*
Marc Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for Squirrels Research Labs LLC and*
*The Midwest Data Company LLC*

**NOTICE PARTIES:**

Via ECF:

    Paul Billinger

    John C. Cannizzaro on behalf of Interested Party Instantiation LLC at
    John.Cannizzaro@icemiller.com, Kelli.Bates@icemiller.com

    Nicholas Paul Capotosto on behalf of Debtor Squirrels Research Labs LLC at
    ncapotosto@brouse.com, tpalcic@brouse.com

    Christopher Paul Combest on behalf of Creditor Avnet, Inc. at christopher.combest@quarles.com

    Jack B. Cooper on behalf of Defendant Squirrels LLC at jcooper@milliganpusateri.com

    Jack B. Cooper on behalf of Defendant Andrew Gould at jcooper@milliganpusateri.com

    Jack B. Cooper on behalf of Defendant David Stanfill at jcooper@milliganpusateri.com

    Jack B. Cooper on behalf of Defendant Jessica Gritzan at jcooper@milliganpusateri.com

    Jack B. Cooper on behalf of Defendant Kyle Slutz at jcooper@milliganpusateri.com

    Jack B. Cooper on behalf of Defendant Sidney Keith at jcooper@milliganpusateri.com

    John G. Farnan on behalf of Creditor Cincinnati Insurance Company at
    jfarnan@westonhurd.com

    Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company at

rgoff@westonhurd.com, cvadino@westonhurd.com

Steven Heimberger on behalf of Interested Party SCEB, LLC at sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

Marc Merklin on behalf of Plaintiff Squirrels Research Labs LLC at mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA at dneumann@meyersroman.com, docket@meyersroman.com; mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd. at dneumann@meyersroman.com, docket@meyersroman.com; mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC at mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Fleur-de-Lis Development, LLC at mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz at mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino at mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Plaintiff Frederic P Schwieg at fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com, OH84@ecfcbis.com

Bryan Sisto on behalf of Creditor Carl Forsell at bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank at rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at jzurn@brouse.com, tpalcic@brouse.com;ckeblesh@brouse.com

Julie K. Zurn on behalf of Debtor The Midwest Data Company LLC at jzurn@brouse.com, tpalcic@brouse.com;ckeblesh@brouse.com

Julie K. Zurn on behalf of Plaintiff Squirrels Research Labs LLC at jzurn@brouse.com, tpalcic@brouse.com;ckeblesh@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at kate.m.bradley@usdoj.gov

And by regular U.S. Mail, postage prepaid, on the following:

Ohio Power Co. d/b/a AEP Ohio
Attn: Dwight Snowden
1 Riverside Plaza, 13th Floor
Columbus, OH 43215

CliftonLarsonAllen LLP
220 S. 6th Street, Suite 300
Minneapolis MN 55402-1436

Everhart Glass Co., Inc.
Attn: Linda Monigold
207 Ninth St., SW
PO Box 20645
Canton, OH 44701

Hailu Looyestein
Schout Coxstraat 1
5421GJ Gemert
**NETHERLANDS**

IPS Assembly Corp.
Attn: Perry Sutariya
12077 Merriman Rd
Livonia, MI 48150

Andrew Waters
6653 Main Street
Williamsville, NY 14221
**UNDELIVERABLE**

CT Data LLC
133 River Road
Mystic, CT 06355

Everstream
1228 Euclid Ave #250
Cleveland, OH 44115

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jason Price
67 Bartram Trail
Brunswick, GA 31523

Bittware/Molex LLC
Attn: Tricia McCoy
2222 Wellington Ct
Lisle, IL 60532

Donald Ruffatto
420 Fairview Ave, Apt. 107
Arcadia, CA 91007
**UNDELIVERABLE**

FedEx Corporate Services Inc.
3965 Airways Blvd., Module G, 3rd FL
Memphis, TN 38116-5017

Internal Revenue Service
Insolvency Group 6
1240 E. Ninth Street, Room 493
Cleveland, OH 44199

Jose A. Rubio
15925 Hopper Lane
San Diego, CA 92127

| | | |
|---|---|---|
| Mark D'Aria<br>165 Old Field Rd.<br>Setauket, NY 11733-1639 | Metal Masters<br>Attn: Bret Kettlewell<br>125 Williams Dr<br>Dover, OH 44622 | David Chase, et al.<br>c/o Michael Maranda<br>293 Durkee Lane<br>East Patchogue, NY 11772 |
| Office of the U.S. Trustee<br>201 Superior Ave. East, Suite 441<br>H.M. Metzenbaum US Courthouse<br>Cleveland, OH 44114-1234 | Office of U.S. Attorney<br>Attn: Bankruptcy Section<br>Carl B. Stokes U.S. Court House<br>801 W. Superior Avenue, Ste 400 | Ohio Attorney General<br>Collections Enforcement Section<br>Attn: Bankruptcy Unit<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |
| Ohio Bureau of Workers' Compensation<br>Attn: Law Section Bankruptcy Unit<br>PO Box 15567 | Ohio Department of Job & Family Svcs<br>Attn: Legal Support-Bankruptcy<br>PO Box 182830 | Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 |
| Phillippe Germain<br>102 W. Service Rd #2153466<br>Champlain, NY 12919 | Sam Adams<br>3417 Bush Street<br>Stevens Point, WI 54481 | Samtec<br>520 Park E. Blvd.<br>New Albany, IN 47150 |
| Steven Turnshek<br>13 Krist Glen Dr<br>Swissvale, PA 15218<br>**UNDELIVERABLE** | Trevor Steinle<br>24106 SE 42nd St<br>Sammamish, WA 98029 | William Paden<br>205 Plains Rd<br>Westford, VT 05494 |
| Michael Maranda LLC<br>c/o Kara Dodson, Esq., Soles Law Offices<br>6545 Market Avenue, N<br>N. Canton, OH 44721 | Instantiation LLC<br>c/o Jason R. Schendel<br>Sheppard, Mullin, Richter & Hampton LLP<br>4 Embarcadero Center, 17th Flr<br>San Francisco, CA 94111 | Internal Revenue Service<br>Attn: Deputy Director<br>1240 E. Ninth Street<br>Cleveland, OH 44199 |
| Michael Maranda<br>293 Durkee Lane<br>East Patchogue, NY 11772 | A.G. Adjustments, Ltd.<br>740 Walt Whitman Rd<br>Melville, NY 11747 | Aaron Holquin<br>2046 Jamison Pl<br>Santa Clara, CA 95051 |
| TTI, Inc. c/o Commercial Collections Consultants<br>16830 Ventura Blvd., Suite 620<br>Encino, CA 91436-9143 | Alton Hare<br>1200 17th St NW<br>Washington, DC 20036<br>**UNDELIVERABLE** | Amanda McConnell<br>191 E. 28th Street<br>Dover, OH 44622 |

Aaron Reimer
PMB-AR113422
Sumas, WA 98295-9674
**UNDELIVERABLE**

Andrew Gould
4812 Wildflower Drive
North Canton, OH 44720

Bradon Pen
56 Varcoe Rd
Courtice, ON L1E 1S5
**CANADA**

Brian Fiducci
24463 Norelius Ave
Round Lake, IL 60073

Chad Clark
876 Jefferson St
Menasha, WI 54952

Clarence Smith
3290 Double Creek Dr N., Apt 301
Plainfield, IN 46168

Daniel Russo
120 High Farms Rd
Glen Head, NY 11545

David Reynolds
6046 Jerusalem Drive
Cicero, NY 13039

Fabrizio Simonetti
8 Via Sant' Jacopo in Acquaviva
Livorno, LI 57127
**ITALY**

Ben George
5464 Lake Ave
Orchard Park, NY 14127

Brandon Osbourne
1614 Euclid Ave., Apt. 36
Miami Beach, FL 33139-7783
**UNDELIVERABLE**

Brian Klinger
4018 Shelby Row
Sugar Land, TX 77479

Cincinnati Insurance
PO Box 145496
Cincinnati, OH 45250-5496

Culligan of Canton
4810 Southway St., SW
Canton, OH 44706

Darien Lyons
123 James Ter.
Rahway, NJ 07065-2409

David Stanfill
772 Treat Blvd.
Tallmadge, OH 44278

Fernando Molina
5275 SW 146 AVE
Miami, FL 33175

GS 8100, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Bradley Conn
51 Maple Avenue
Locust Valley, NY 11560

Brett Mashford
35 Oakmoss Dr
SPRINGFIELD LAKES, QLD 4300
**AUSTRALIA**

Carl Forsell
c/o James E.P. Sisto
Schuerger Law Group
1001 Kingsmill Parkway
Columbus, OH 43229

Cincinnati Insurance
6200 S. Gilmore Rd
Fairfield, OH 45014-5141

Daniel Hajdu
Graslaan 111
6833CG Arnhem
**NETHERLANDS**

Darry Kurpisz
14635 22nd Ave SW
Burien, WA 98166

Dustin Hooper
20063 W. Jackson St.
Buckeye, AZ 85326-2777

George D. Jimenez
9396 Broadland Street, NW
Massillon, OH 44646

GS1 US, Inc.
300 Princeton South Corporate Center
Ewing Township, NJ 08628

9

Gilbert Rodriguez
PO Box 1535
Fabens, TX 79838-1535

Henry Ryan
228 Cranbury Road
Princeton Junction, NJ 08550

Horizon Supply Group
Attn: Jeff Habbyshaw
3691 Honors Way
Howell, MI 48843

Heather Bradley
1213 N. Chapel Street
Louisville, OH 44641

Israel Garcia
615 Oak Hollow Dr
Newberg, OR 97132

James Holodnak
2910 16th Street, NW
Canton, OH 44708

Isaac Gabriel
Quarles and Brady
One Renissaince Sq
Two North Central Ave
Phoenix, AZ 85004

Jean Viljoen
5 Cape Willow
Hermanus, Western Cape
7200
**SOUTH AFRICA**

Jeffrey Cordell
17517 NW Ashland Drive
Portland, OR 97229

JC Pack
199 Virginia Ave., #292
San Ysidro, CA 92173-2717

Joaquim Ginesta
Emili Grahit 6, 4r 1r
17002 GIRONA, **SPAIN**

Jonathan Hulecki
4568 Church Point Place
Virginia Beach, VA 23455

Jessica Gritzan
1280 Linwood Ave SW
North Canton, OH 44720

Josh Luoni
808 8th St
Fairmont, WV 26554

Joshua Harris
209 N. Horner Blvd.
Sanford, NC 27330

Jordan Kupersmith
888 N. Quincy St
Arlington, VA 22203
**UNDELIVERABLE**

Kimble Companies
3596 SR 39 NW
Dover, OH 44622

Kyle Slutz
1116 W. Nimisila Road
Clinton, OH 44216

JPMorgan Chase Bank
1111 Polaris Pkwy
Columbus, OH 43240

Luco Gilardi
Ul. Slivnitsa 188
Sofia 1202
**BULGARIA**

Mario Fortier
10 Orchard Lane
Chelmsford, MA 01824

Kyle Tricarico
5464 Lake Ave
Orchard Park, NY 14127

Mark Veon
2547 S. 3rd Street
Milwaukee, WI 53207

Michael Dai
43174 Christy Street
Fremont, CA 94538

Marius Nastasenko
Taikos g. 148
Vilnius, Vilniaus Apskritis
5227
**LITHUANIA**

Michael Riley
2506 SW 23rd Cranbrook Dr
Boynton Beach, FL 33436

Michael Robinson
103 Hunters Ct
Forest, VA 24551

10

21-61491-tnap    Doc 341    FILED 05/23/24    ENTERED 05/23/24 16:05:32    Page 10 of 14

Michael Rampton
6222 12th Street, North
Arlington, VA 22205

Naoaki Kita
Kigoshimachi
Kanazawa-shi
Ishikawaken 920-0203
**JAPAN**

NJEB Partners
c/o Melissa Giberson, Vorys,
Sater, Seymour & Pease LLP
52 East Gay St.
Columbus, OH 43215 10001

Pat Clay
72 Baker Dr
Gansevoort, NY 12831

Peter Ensor
Powerstown House
Clonee, Dublin
D15 YH52
**IRELAND**

Rajesh Bhakar
Sector 9d/204, 2nd Flr Akarti
Apartment
Jaipur
Rajasthan 302021

Richard Weeks
4199 Defoors Farm Dr
Powder Springs, GA 30127

Ryan Marfone
98 N. Hawkhurst Cir
The Woodlands, TX 77354

Squirrels LLC
121 Wilbur Drive NE
North Canton, OH 44720

Miguel Chacon
120 NW 6th Ave
Miami, FL 33128

Nick Yarosz
3019 Ellington Dr
Summerville, SC 29485

One Haines Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Patrick Nadeau
311 Andrews Rd
Wolcott, CT 06716

Premier Bank
c/o Atty. Richard Thomas
6 Federal Plaza Central, Suite 1300
Youngstown, OH 44503

Raymond Wodarczyk
KinzigstraâˆšÃ¼e 28
10247 Berlin  **GERMANY**
**UNDELIVERABLE**

Robin Wolf
Fasangasse 49
Vienna. Wien 1030
**AUSTRIA**
**UNDELIVERABLE**

Scott Chen
4058 Case St
Elmhurst, NY 11373
**UNDELIVERABLE**

Stefano Chiesa
41, Via III Novembre
Fucine Tn 38026
 **ITALY**

Mohamed Kazem
27 Orwell Street
Potts Point
SYDNEY, NSW 2011
**AUSTRALIA**

Nicolas Rochon
4278 Beausoleil
Terrebonne QC J6V 1G1
**CANADA**

One Skymax Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Christophe Touzet
32 Rouillon
Saint Germain En Cogles 35133
**FRANCE**

R. Scott Heasley
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122

Richard Bergstrom
30107 Mountain View Dr
Hayward, CA 94544

Seth Stanfill
1515 24th Street, NW
Canton, OH 44709

Thom Kuznia
5801 Drew Ave. S
Edina, MN 55410-2761

TorEA Consulting
c/o David M. Neumann
Meyers Roman Friedberg & Lewis LPA
28601 Chagrin Blvd., Suite 600

Tim Bredemus
9757 Union Terrace Ln N
Maple Grove, MN 55369
**UNDELIVERABLE**

Tri Ho
1180 N. Cherry Way
Anaheim, CA 92801

Uline
12575 Uline Dr
Pleasant Prairie, WI 53138

Welbour Espartero
46 6th Ave NE
Swift Current, SK S9H 2L7
**CANADA**

Robert Oxsen
12795 Lowhills Rd
Nevada City, CA 95959-9074

Arran Gracie
221 Southwest Alder Street
Portland, OR 97204
**UNDELIVERABLE**

James Soldi
2208B Clark Ln
Redondo Beach, CA 90278-4304

Lance Colton
301-10140 150 St NW
Edmonton, AB T5P 1P1
**CANADA**

Tommy DeFreitas
14114 N. Wind Cave Ct
Conroe, TX 77384

Troy Keplinger
1730 E. Park St
Enid, OK 73701

Marco Mendoza
29407 Pyrite St
Menifee, CA 92584

Aditya Chauhan
510 Roosevelt St.
Roselle Park, NJ 07204-1512

Aaron Strating
411B Vancouver St
Victoria, BC V8v 3t4
**CANADA**

Fabian Delmotte
Rue de Favence 29
Nandrin, -- 4550
**BELGUIM**
**UNDELIVERABLE**

Barry Gluntz
2350 Winfield Ave
Rocky River, OH 44116

David Burlington
38 Bryant St APT 804
San Francisco, CA 94105-6119
**UNDELIVERABLE**

U.S. Small Business
Administration
District Counsel
1350 Euclid Ave, Suite 211
Cleveland, OH 44115

Robert Renna
48 Samantha Dr
Morganville, NJ 07751-4006

Richard Hall
61 Falkirk Avenue
Wellington, WGN 6022
**NEW ZEALAND**

Andrew Wolf
1960 SW Old Sheridan Rd
McMinnville, OR 97128-8686

Richard Ramazinski
1000 Flower Drive, STE LKS 2035
Glendale, CA 91201

Matthew Peterson
3390 Stratford Rd NE
Unit 516
Atlanta, GA 30326
**UNDELIVERABLE**

Jack Cooper
4684 Douglas Circle NW
Canton, OH 44735

Pascal Peters
P.H.J.J. Peters Holding B.V.
Parklaan 6
Oss, Noord Brabant 5345 BV
**NETHERLANDS**

Jason Palmer
6559 Argonne Blvd.
New Orleans, LA 70124

Haley Williams
518 Washington St.
Santa Cruz, CA 95060
**UNDELIVERABLE**

Jeffrey Willis
987 S. High Street
Columbus, OH 43206

Tim Robinson
2376 Burg Street
Granville, OH 43023

Elloit Boutin
9400 E. Lincoln Street Apartments, Unit 409
Wichita, Kansas 67207

Gabriel and Andrew Boutin
48 Cascade St.
Essex Junction, VT 05452-0545

Jon Bulger
5169 Freeman Rd.
Orchard Park, NY 14127

Stephen Allison
18 Monument Dr.
Stafford, VA 22554

Matteo Trinca
Lania Geo Ltd.
10 Zahesi Territory Svimon Shotadze Tbilisi, T'bilisi 0178
**GEORGIA**
**UNDELIVERABLE**

Bill Gallagher
591 Lantern Way
Aurora, OH 44202

Enrique Espinosa
4009 Old Bridgeview Ln
Charleston, SC 29403

Gail O'Connell
8960 Ringview Dr.
Mechanicsville, VA 23116

Justin O'Connell
15712 Whirland Dr.
Midlothian, VA 23112

Tulip
5464 Lake Ave
Orchard Park, NY 14127

William Sweeney
10 Westedge St., Unit 725
Charleston, SC 29403

ProTech Security
PO Box 35034
Canton, OH 44735

Dean Givens
170 Glad Spring Dr.
Lexington, SC 29072

Everett Fominyen
6733 N. 105th Ave.
Omaha, NE 68122

Jason Rettburg
670 Robinhood Dr.
Aurora, OH 44202

Sidney Keith
8127 Larkspur Ave NW
North Canton, OH 44720

Envista Forensics LLC, dba AREPA
c/o David M. Neumann
Meyers Roman Friedberg & Lewis LPA

Gregory Almedia
240 Old Foamy Rd.
Cleburne, TX 76033

Squirrels 401(k) & Profit-Sharing Plan
c/o Plan Sponsor, Squirrels, LLC
121 Wilbur Drive, NE
North Canton, OH 44720

SCEB LLC
Attn: Stephen Allison
18 Monument Dr.
Stafford, VA 22554

Avnet Inc.
Attn: Dennis Losik
5400 Prairie Stone Pkwy
Hoffman Estates, IL 60192

Avnet Inc.
c/o Michael Walker, General Counsel
2211 S. 47th Street
Phoenix, AZ 85034

Avnet Inc.
5400 Prairie Stone Pkwy
Hoffman Estates, IL 60192

Jeff Schugart
13918 Bond Street
Overland Park, KS 66221

SF Mining LLC
12795 Lowhills Rd.
Nevada City, CA 95959

Instantiation, LLC
Attn: Sam Cassatt
434 Dorado Beach E
Dorado, **PUERTA RICO** 00646

Alignment Engine, Inc
8050 Freedom Ave NW, Unit B
North Canton, Ohio 44720

JS Mining
c/o Jeff Schugart
13918 Bond Street
Overland Park, Kansas 66221

And the following by email:

- Artem Pylypchuk at articicejuice@gmail.com
- Jose Nunez at admin@croxmoon.com
- Michael Erceg at michael.erceg@gmail.com
- Spencer Gabriel Singh at spencersingh96@gmail.com
- Todd Dallimore at tdallimore@start.ca
- Yannick Vergult at yannick.vergult@gmail.com
- Henrik Gustafsson at henrik@virtualduck.net
- Ruben Sousa at sousa.ruben2@gmail.com
- Robin Wolf at robin.90@hotmail.de
- Donald Ruffatto at Druffato@gmail.com
- Jordan Kupersmith at jordankupersmith@gmail.com
- Scott Chen at madam.ng16@gmail.com
- Mohamed Kazem at nabilkazem@mail.com
- Tim Bredemus at tcbred@gmail.com
- David Burlington at dburlington@yahoo.com