In re:                                                                            Case No. 21-61491-tnap

Squirrels Research Labs LLC                                 Chapter 11

The Midwest Data Company LLC

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0647-6 | User: lbald | Page 1 of 6 |
| Date Rcvd: May 23, 2024 | Form ID: pdf755 | Total Noticed: 155 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++            Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##            Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Squirrels Research Labs LLC, The Midwest Data Company LLC, 8050 Freedom Avenue NW, North Canton, OH 44720-6912 |
| aty | + | Brouse McDowell, 388 South Main Street, Suite 500, Akron, OH 44311-4419 |
| aty | + | Brouse McDowell, LPA, 388 S. Main Street, Suite 500, Akron, OH 44311-4419 |
| aty | + | Jason R. Schendel, Sheppard, Mullin, Richter & Hampton LLP, Four Embardadero Center, Seventeenth Floor, San Francisco, CA 94111-4106 |
| cr | + | Avnet, Inc., c/o Christopher Combest, Quarles & Brady LLP, 300 N. LaSalle Street, Suite 4000 Chicago, IL 60654-5427 |
| cr | | Better PC, LLC, c/o Christopher J. Niekamp, Esq., Buckingham, Doolittle & Burroughs, Suite 300, Akron, OH 443338398 |
| acc | + | CliftonLarsonAllen LLP, 388 S Main St, Ste 420, Akron, OH 44311-4407 |
| cr | + | Fleur-de-Lis Development, LLC, c/o Gina Piacentino, 88 E. Broad, Suite 1560, Columbus, OH 43215-3178 |
| fa | + | Inglewood Associates LLC, 9242 Headlands Road, Mentor, OH 44060-1026 |
| cr | + | Premier Bank, 1111 Superior Ave., E., Suite 1111, Cleveland, OH 44114-2568 |
| intp | + | SCEB, LLC, 18 Monument Drive, Stafford, VA 22554-8508 |
| cr | | Second Foundation Mining LLC, Robert Oxsen, CEO, 3326 Corinthian Ln, Auburn, CA 95603-9066 |
| 27135852 | + | AEP Energy Inc, 225 W Wacker Dr Ste 600, Chicago, IL 60606-1280 |
| 27110771 | + | Aaron Holquin, 2046 Jamison Pl, Santa Clara, CA 95051-2240 |
| 27110772 | | Aaron Reimer, PMB-AR113422, Sumas, WA 98295-9674 |
| 27110773 | + | Alton Hare, 1200 17th St NW, Washington, DC 20036-3006 |
| 27110774 | + | Amanda McConnell, 191 E. 28th Street, Dover, OH 44622-9502 |
| 27110775 | + | Andrew Gould, 4812 Wildflower Drive, North Canton, OH 44720-1174 |
| 27110776 | + | Andrew Waters, 6653 Main Street, Williamsville, NY 14221-5906 |
| 27110779 | + | Avnet Inc., 5400 Prairie Stone Pkwy, Hoffman Estates, IL 60192-3721 |
| 27110777 | + | Avnet Inc., Attn: Dennis Losik, 5400 Prairie Stone Pkwy, Hoffman Estates, IL 60192-3721 |
| 27110780 | + | Ben George, 5464 Lake Ave, Orchard Park, NY 14127-1057 |
| 27110781 | + | BittWare/Molex Inc., 2222 Wellington Court, Lisle, IL 60532-1682 |
| 27159444 | + | Bittware Inc, Tricia Mccoy, 2222 Wellington Ct, Lisle, IL 60532-3831 |
| 27110782 | + | Bittware/Molex LLC, 2222 Wellington Ct, Lisle, IL 60532-3831 |
| 27110783 | + | Bradley Conn, 51 Maple Avenue, Locust Valley, NY 11560-2006 |
| 27110784 | | Bradon Pen, 56 Varcoe Rd, Courtice, ON L1E 1S5, CANADA |
| 27110785 | + | Brandon Osbourne, 151 Mary Ellen Drive, Charleston, SC 29403-3355 |
| 27110786 | | Brett Mashford, 35 Oakmoss Dr, SPRINGFIELD LAKES, QLD 4300, AUSTRALIA |
| 27110787 | + | Brian Fiducci, 24463 Norelius Ave, Round Lake, IL 60073-1419 |
| 27110788 | + | Brian Klinger, 4018 Shelby Row, Sugar Land, TX 77479-1751 |
| 27110794 | + | CT Data LLC, 133 River Road, Mystic, CT 06355-1815 |
| 27110789 | + | Carl Forsell, c/o James E.P. Sisto, Schuerger Law Group, 1001 Kingsmill Parkway, Columbus, OH 43229-1129 |
| 27110790 | + | Chad Clark, 876 Jefferson St, Menasha, WI 54952-2452 |
| 27126510 | | Christophe TOUZET, 32 Rouillon, SAINT GERMAIN EN COGLES, 35133 |
| 27110791 | + | Cincinnati Insurance, 417 Anderson Ferry Rd, Suite 3, Cincinnati, OH 45238-5286 |
| 27110792 | + | Clarence Smith, 3290 Double Creek Dr N., Apt 301, Plainfield, IN 46168-5586 |
| 27110793 | + | CliftonLarsonAllen LLP, Attn: Daniel Riemenschneider, 4334 Munson St., NW, Canton, OH 44718-3674 |
| 27150935 | | CliftonLarsonAllen, LLP, 220 S 6th St # 300, Minneapolis, 55402-1436 |
| 27110795 | + | Culligan of Canton, 4810 Southway St., SW, Canton, OH 44706-1965 |

| | | |
|---|---|---|
| 27110796 | | Daniel Hajdu, Graslaan 111, 6833CG Arnhem, NETHERLANDS |
| 27110797 | + | Daniel Russo, 120 High Farms Rd, Glen Head, NY 11545-2227 |
| 27110799 | + | Darry Kurpisz, 14635 22nd Ave SW, Burien, WA 98166-1609 |
| 27110800 | + | David Chase, et al., c/o Michael Maranda, 38 Oaklawn Ave, Farmingville, NY 11738-2523 |
| 27110801 | + | David Reynolds, 6046 Jerusalem Drive, Cicero, NY 13039-8885 |
| 27110802 | + | David Stanfill, 772 Treat Blvd., Tallmadge, OH 44278-2634 |
| 27110803 | + | Donald Ruffatto, 420 Fairview Ave, Arcadia, CA 91007-6806 |
| 27110804 | + | Dustin Hooper, 11885 W. McDowell Rd, Avondale, AZ 85392-5188 |
| 27135853 | + | Envista Forensics LLC, dba AREPA, 111 Deer Lake Rd, Ste 100, Deerfield, IL 60015-4943 |
| 27110805 | + | Everhart Glass Co., Inc., Attn: Linda Monigold, 207 Ninth St., SW, PO Box 20645, Canton, OH 44701-0645 |
| 27110806 | + | Everstream, 1228 Euclid Ave #250, Cleveland, OH 44115-1831 |
| 27155871 | | Fabrizio Simonetti, 8 Via Sant Jacpo in Acquaviva, Livorno, Italy 57127 |
| 27110807 | | Fabrizio Simonetti, Via Gozzer N 2A, 57128 Livorno, ITALY |
| 27165136 | | Fedex Corporate Services Inc, 3965 Airways Blvd, Module G, 3rd Floor, Memphis, TN 38116-5017 |
| 27110809 | + | Fernando Molina, 5275 SW 146 AVE, Miami, FL 33175-5707 |
| 27175436 | + | Fleur-de-Lis Development LLC, c/o Matthew T. Schaeffer/Jameel S. Turne, 10 West Broad Street, Suite 2100, Columbus, OH 43215-3455 |
| 27110812 | + | GS 8100, LLC, 6610 Chatsworth Street, NW, Canton, OH 44718-3849 |
| 27110813 | | GS1 US, Inc., 300 Princeton South Corporate Center, Ewing Township, NJ 08628 |
| 27140577 | + | Gabriel M Boutin, 48 Cascade st, Essex Jct, VT 05452-4126 |
| 27165286 | + | Gail O'Connell, 8960 Ringview Dr, Mechanicsville, VA 23116-2972 |
| 27110810 | + | George D. Jimenez, 9396 Broadland Street, NW, Massillon, OH 44646-9120 |
| 27110811 | | Gilbert Rodriguez, 1340 Camp Street, Fabens, TX 79838 |
| 27162170 | + | Gregory Almeida, 240 Old Foamy Rd, Cleburne, TX 76033-8845 |
| 27110814 | | Hailu Looyestein, Schout Coxstraat 1, 5421GJ Gemert, NETHERLANDS |
| 27110815 | + | Heather Bradley, 1213 N. Chapel Street, Louisville, OH 44641-1007 |
| 27110816 | + | Henry Ryan, 228 Cranbury Road, Princeton Junction, NJ 08550-2801 |
| 27110817 | + | Horizon Supply Group, Attn: Jeff Habbyshaw, 3691 Honors Way, Howell, MI 48843-7498 |
| 27110821 | + | IPS Assembly Corp., Attn: Perry Sutariya, 12077 Merriman Rd, Livonia, MI 48150-1912 |
| 27110818 | + | Instantiation, LLC, Attn: Sam Cassatt, 434 Dorado Beach E, Dorado PR 00646-2225 |
| 27110822 | + | Isaac Gabriel, Quarles and Brady, One Renissaince Sq, Two North Central Ave, Phoenix, AZ 85004-2391 |
| 27110823 | + | Israel Garcia, 615 Oak Hollow Dr, Newberg, OR 97132-7475 |
| 27110827 | + | JC Pack, 628 1/2 E San Ysidro Blvd 292, San Ysidro, CA 92173-3149 |
| 27110824 | + | James Holodnak, 2910 16th Street, NW, Canton, OH 44708-3006 |
| 27110825 | + | Jason Price, 67 Bartram Trail, Brunswick, GA 31523-7911 |
| 27110826 | + | Jason R. Schendel, Jeannie Kim, Sheppard, Ullin, Richter & Hampton LLP, Four Embarcadero Center, 17th Flr, San Francisco, CA 94111-4158 |
| 27110828 | | Jean Viljoen, 5 Cape Willow, Hermanus, Western Cape, 7200, SOUTH AFRICA |
| 27110829 | + | Jeffrey Cordell, 17517 NW Ashland Drive, Portland, OR 97229-3371 |
| 27137812 | | Joaquim Ginesta, 6. 4r1r Emili Grahit, Giroma, Spain 17002 |
| 27134496 | | Joaquim Ginesta, Emili Grahit 6, 4r 1r, 17002 GIRONA, SPAIN, Emili Grahit 6, 4r 1r, 17002, GIRONA, SP |
| 27110831 | | Joaquim Ginesta, Emili Grahit 6, 4r 1r, 17002 Girona, SPAIN |
| 27343770 | + | Jonathan Hulecki, 4568 Church Point Place, Virginia Beach, VA 23455-4363 |
| 27110832 | + | Jordan Kupersmith, 888 N. Quincy St, Arlington, VA 22203-2070 |
| 27110833 | + | Jose A. Rubio, 15925 Hopper Lane, San Diego, CA 92127-6180 |
| 27110834 | + | Josh Luoni, 808 8th St, Fairmont, WV 26554-2561 |
| 27110835 | + | Joshua Harris, 209 N. Horner Blvd., Sanford, NC 27330-3913 |
| 27165288 | + | Justin O'Connell, 15712 Whirland Dr, Midlothian, VA 23112-5255 |
| 27110838 | + | Kyle Slutz, 1116 W. Nimisila Road, Clinton, OH 44216-8900 |
| 27110839 | + | Kyle Tricarico, 5464 Lake Ave, Orchard Park, NY 14127-1057 |
| 27110840 | | Luco Gilardi, Ul. Slivnitsa 188, Sofia 1202, BULGARIA |
| 27110841 | + | Mario Fortier, 10 Orchard Lane, Chelmsford, MA 01824-1324 |
| 27110842 | | Marius Nastasenko, Taikos g. 148, Vilnius, Vilniaus Apskritis 5227, LITHUANIA |
| 27110843 | + | Mark D'Aria, 165 Quaker Path, East Setauket, NY 11733-2239 |
| 27110844 | + | Mark Veon, 2547 S. 3rd Street, Milwaukee, WI 53207-1407 |
| 27110845 | + | Metal Masters, Attn: Bret Kettlewell, 125 Williams Dr, Dover, OH 44622-7662 |
| 27161274 | + | Michael A. Steel, Esq., 2725 Abington Rd., Suite 200A, Akron 44333-4058 |
| 27110846 | + | Michael Dai, 43174 Christy Street, Fremont, CA 94538-3170 |
| 27110847 | + | Michael Rampton, 6222 12th Street, North, Arlington, VA 22205-1721 |
| 27110848 | + | Michael Riley, 2506 SW 23rd Cranbrook Dr, Boynton Beach, FL 33436-5708 |
| 27110849 | + | Michael Robinson, 103 Hunters Ct, Forest, VA 24551-1407 |
| 27110850 | + | Michael Walker, Associate General Counsel, Avnet Inc., 2211 S. 47th Street, Phoenix, AZ 85034-6403 |
| 27110851 | + | Miguel Chacon, 120 NW 6th Ave, Miami, FL 33128-1525 |
| 27110852 | | Mohamed Kazem, 27 Orwell Street, Potts Point, SYDNEY, NSW 2011, AUSTRALIA |

| | | |
|---|---|---|
| 27110856 | + | NJEB Partners, 244 5th Avenue, Ste 1253, New York, NY 10001-7604 |
| 27161592 | + | NJEB Partners LLC, c/o Melissa S. Giberson, Vorys, Sater, Seymour and Pease LLP, 52 East Gay Street, Columbus, OH 43215-3161 |
| 27110853 | | Naoaki Kita, Kigoshimachi, Kanazawa-shi, Ishikawaken 920-0203, JAPAN |
| 27110854 | + | Nick Yarosz, 3019 Ellington Dr, Summerville, SC 29485-6319 |
| 27110855 | | Nicolas Rochon, 4278 Beausoleil, Terrebonne QC J6V 1G1, CANADA |
| 27110862 | + | One Haines Company, LLC, 6610 Chatsworth Street, NW, Canton, OH 44718-3849 |
| 27110863 | + | One Skymax Company, LLC, 6610 Chatsworth Street, NW, Canton, OH 44718-3849 |
| 27110864 | + | Pat Clay, 72 Baker Dr, Gansevoort, NY 12831-2444 |
| 27110865 | + | Patrick Nadeau, 311 Andrews Rd, Wolcott, CT 06716-1048 |
| 27110866 | + | Paul Kelsey, 1583 E. Primrose Lane, Layton, UT 84040-1202 |
| 27110867 | | Peter Ensor, Powerstown House, Clonee, Dublin, D15 YH52, IRELAND |
| 27110868 | + | Phillippe Germain, 102 W. Service Rd #2153466, Champlain, NY 12919-4440 |
| 27245902 | + | ProTech Security, PO Box 35034, Canton, OH 44735-5034 |
| 27110870 | + | R. Scott Heasley, Meyers, Roman, Friedberg & Lewis, 28601 Chagrin Blvd., Suite 600, Cleveland, OH 44122-4557 |
| 27110871 | | Rajesh Bhakar, Sector 9d/204, 2nd Flr Akarti Apartment, Jaipur, Rajasthan 302021, INDIA |
| 27110872 | | Raymond Wodarczyk, Kinzigstra e 28, 10247 Berlin, GERMANY |
| 27110873 | + | Richard Bergstrom, 30107 Mountain View Dr, Hayward, CA 94544-6719 |
| 27110874 | + | Richard Weeks, 4199 Defoors Farm Dr, Powder Springs, GA 30127-4078 |
| 27110875 | | Robin Wolf, Fasangasse 49, Vienna, Wien 1030, AUSTRIA |
| 27110876 | | Ruben Sousa, Av. D. Jo o II, n 34, 1998-031 Lisboa, PORTUGAL |
| 27110878 | + | Sam Adams, 3417 Bush Street, Stevens Point, WI 54481-4993 |
| 27110879 | | Samtec, 20 Park E. Blvd., New Albany, IN 47150 |
| 27110880 | + | Scott Chen, 4058 Case St, Elmhurst, NY 11373-1614 |
| 27110881 | + | Seth Stanfill, 1515 24th Street, NW, Canton, OH 44709-3411 |
| 27110882 | + | Squirrels LLC, 121 Wilbur Drive NE, North Canton, OH 44720-1641 |
| 27110883 | | Stefano Chiesa, Via III Novembre 41, 38026 Fucine Trentino, ITALY |
| 27122739 | + | Stephen A. Eckinger, 1611 North Main Street, Suite A, North Canton, OH 44720-8632 |
| 27143204 | + | TTI, Inc. C/O Commercial Collection Consultants, 16830 Ventura Boulevard, Suite 620, Encino, CA 91436-1727 |
| 27110886 | + | Tim Bredemus, 9757 Union Terrace Ln N, Maple Grove, MN 55369-3728 |
| 27110887 | + | Tommy DeFreitas, 14114 N. Wind Cave Ct, Conroe, TX 77384-5618 |
| 27110888 | | TorEA Consulting, Attn: Paul Billinger, 1 Bow Street, Stouffville, ON L4A 1Z3, CANADA |
| 27146593 | | TorEA Consulting LTD, 1 BOW STREET, STOUFFVILLE ON L4A 1Z3 |
| 27110889 | + | Trevor Steinle, 24106 SE 42nd St, Sammamish, WA 98029-6414 |
| 27110891 | + | Tri Ho, 1180 N. Cherry Way, Anaheim, CA 92801-2023 |
| 27110892 | + | Troy Keplinger, 1730 E. Park St, Enid, OK 73701-6318 |
| 27110893 | + | U.S. Small Business Administration, District Counsel, 1350 Euclid Ave, Suite 211, Cleveland, OH 44115-1815 |
| 27110895 | | Welbour Espartero, 46 6th Ave NE, Swift Current, SK S9H 2L7, CANADA |
| 27110896 | + | William Paden, 205 Plains Rd, Westford, VT 05494-9630 |
| 27133992 | | chiesa stefano, 41, via III novembre fucine tn italy 380, 41, via III novembre fucine tn italy 380 |

TOTAL: 141

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 27110770 | + Email/Text: frank.abrignani@agaltd.com | May 23 2024 20:35:00 | A.G. Adjustments, Ltd., 740 Walt Whitman Rd, Melville, NY 11747-2212 |
| 27110778 | + Email/Text: Mary.pacini@avnet.com | May 23 2024 20:35:00 | Avnet Inc., 2211 South 47th Street, Phoenix, AZ 85034-6403 |
| 27110808 | ^ MEBN | May 23 2024 20:28:49 | FedEx, PO Box 371461, Pittsburgh, PA 15250-7461 |
| 27165136 | ^ MEBN | May 23 2024 20:30:15 | Fedex Corporate Services Inc, 3965 Airways Blvd, Module G, 3rd Floor, Memphis, TN 38116-5017 |
| 27110820 | + Email/Text: sbse.cio.bnc.mail@irs.gov | May 23 2024 20:35:00 | Internal Revenue Service, Insolvency Group 6, 1240 E. Ninth Street, Room 493, Cleveland, OH 44199-9941 |
| 27110836 | Email/PDF: ais.chase.ebn@aisinfo.com | May 23 2024 20:41:55 | JPMorgan Chase Bank, 1111 Polaris Pkwy, Columbus, OH 43240 |
| 27110837 | + Email/Text: dcottrill@kimblecompanies.com | May 23 2024 20:36:00 | Kimble Recycling & Disposal, Inc., 3596 SR 39, |

| Recip ID | Bypass/Method | Details | Date/Time | Address |
|---|---|---|---|---|
| | | | | NW, Dover, OH 44622-7232 |
| 27110859 | | Email/Text: bwclegalbankruptcy@bwc.ohio.gov | May 23 2024 20:35:00 | Ohio Bureau of Workers' Compensation, Attn: Law Section Bankruptcy Unit, PO Box 15567, Columbus, OH 43215-0567 |
| 27110858 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | May 23 2024 20:36:00 | Ohio Attorney General, Collections Enforcement Section, Attn: Bankruptcy Unit, 30 E. Broad Street, 14th Floor, Columbus, OH 43215-3414 |
| 27110860 | | Email/Text: uibankruptcy@jfs.ohio.gov | May 23 2024 20:36:00 | Ohio Department of Job & Family Svcs, Attn: Legal Support-Bankruptcy, PO Box 182830, Columbus, OH 43218-2830 |
| 27110861 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | May 23 2024 20:36:00 | Ohio Department of Taxation, Attn: Bankruptcy Division, PO Box 530, Columbus, OH 43216-0530 |
| 27159723 | + | Email/Text: AEPBankruptcy@aep.com | May 23 2024 20:35:00 | Ohio Power Company d/b/a AEP Ohio, ATTN: Dwight C Snowden, 1 Riverside Plaza 13th Floor, Columbus, OH 43215-2355 |
| 27110869 | + | Email/Text: ffbcollectiondepartment@first-fed.com | May 23 2024 20:36:00 | Premier Bank, PO Box 248, Defiance, OH 43512-0248 |
| 27110857 | | Email/Text: USAOHN.BankruptcyCle@usdoj.gov | May 23 2024 20:34:00 | Office of U.S. Attorney, Attn: Bankruptcy Section, Carl B. Stokes U.S. Court House, 801 W. Superior Avenue, Ste 400, Cleveland, OH 44113 |
| 27110894 | + | Email/Text: arbankruptcy@uline.com | May 23 2024 20:36:00 | Uline, 12575 Uline Dr, Pleasant Prairie, WI 53158-3686 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carl Forsell |
| cr | | Cincinnati Insurance Company |
| cr | | Envista Forensics, LLC d/b/a AREPA |
| intp | | Instantiation LLC |
| intp | | Ohio Power Company dba American Electric Power |
| intp | | Paul Billinger |
| cr | | Torea Consulting Ltd. |
| 27134195 | | Hailu Looyestein, 1 Schout Coxstraat, Gemert Noord-Brxant 5421GJ |
| 27159308 | | Michael Maranda LLC, 6545 Market Avenue North, Nor |
| 27139009 | | Nicolas Rochon-Girard, 4278 rue Beausoleil Terrebonne Qubec J6V, 4278 rue beausoleil Terrebonne Qubec J6V |
| 27133288 | | Premier Bank, 1111 Superior Ave., East, Suite 1111 |
| cr | *P++ | OHIO BUREAU OF WORKERS' COMPENSATION, PO BOX 15567, COLUMBUS OH 43215-0567, address filed with court:, Ohio Bureau of Workers Compensation, Attn: Law Section Bankruptcy Unit, PO Box 15567, Columbus, OH 43215 |
| 27110819 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 27110890 | *+ | Trevor Steinle, 24106 SE 42nd St, Sammamish, WA 98029-6414 |
| 27127101 | *+ | ULINE, 12575 ULINE DRIVE, PLEASANT PRAIRIE, WI 53158-3686 |
| 27110798 | ##+ | Darien Lyons, 45 Elvin Street, Staten Island, NY 10314-4050 |
| 27134726 | ##+ | Elliot Boutin, 9400 e lincoln st apt 409, Wichita, KS 67207-3556 |
| 27110830 | ##+ | Jessica Gritzan, 1280 Linwood Ave SW, North Canton, OH 44720-3473 |
| 27110877 | ##+ | Ryan Marfone, 98 N. Hawkhurst Cir, The Woodlands, TX 77354-3287 |
| 27110884 | ##+ | Steven Turnshek, 13 Krist Glen Dr, Swissvale, PA 15218-1927 |
| 27110885 | ##+ | Thom Kuznia, 5733 York Ave S, Edina, MN 55410-2642 |

TOTAL: 11 Undeliverable, 4 Duplicate, 6 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan Sisto | on behalf of Creditor Carl Forsell bsisto@fbtlaw.com |
| Christopher Niekamp | on behalf of Creditor Better PC LLC cniekamp@bdblaw.com |
| Christopher Paul Combest | on behalf of Creditor Avnet Inc. christopher.combest@quarles.com |
| David M. Neumann | on behalf of Creditor Torea Consulting Ltd. dneumann@meyersroman.com docket@meyersroman.com;mnowak@meyersroman.com |
| David M. Neumann | on behalf of Creditor Envista Forensics LLC d/b/a AREPA dneumann@meyersroman.com, docket@meyersroman.com;mnowak@meyersroman.com |
| Frederic P. Schwieg | on behalf of Trustee Frederic P. Schwieg fschwieg@schwieglaw.com OH84@ecfcbis.com |
| Frederic P. Schwieg | fschwieg@schwieglaw.com OH84@ecfcbis.com |
| Frederic P. Schwieg | on behalf of Plaintiff Frederic P Schwieg fschwieg@schwieglaw.com OH84@ecfcbis.com |
| Jack B. Cooper | on behalf of Defendant Squirrels LLC jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant Sidney Keith jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant Kyle Slutz jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant Jessica Gritzan jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant David Stanfill jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant Andrew Gould jcooper@milliganpusateri.com |
| Jeannie Kim | on behalf of Interested Party Instantiation LLC JeKim@sheppardmullin.com dgatmen@sheppardmullin.com |
| John C. Cannizzaro | on behalf of Interested Party Instantiation LLC John.Cannizzaro@icemiller.com Kelli.Bates@icemiller.com |
| John G. Farnan | on behalf of Creditor Cincinnati Insurance Company jfarnan@westonhurd.com |
| Joshua Ryan Vaughan | on behalf of Creditor Ohio Bureau of Workers Compensation jvaughan@amer-collect.com SAllman@AMER-COLLECT.COM;HouliECF@aol.com |
| Julie K. Zurn | on behalf of Plaintiff Squirrels Research Labs LLC jzurn@brouse.com ckeblesh@brouse.com |
| Julie K. Zurn | on behalf of Debtor The Midwest Data Company LLC jzurn@brouse.com ckeblesh@brouse.com |

| | |
|---|---|
| Julie K. Zurn | on behalf of Attorney Brouse McDowell LPA jzurn@brouse.com, ckeblesh@brouse.com |
| Julie K. Zurn | on behalf of Debtor Squirrels Research Labs LLC jzurn@brouse.com ckeblesh@brouse.com |
| Kate M. Bradley ust44 | on behalf of U.S. Trustee United States Trustee kate.m.bradley@usdoj.gov |
| Marc Merklin | on behalf of Debtor Squirrels Research Labs LLC mmerklin@brouse.com mmiller@brouse.com |
| Marc Merklin | on behalf of Plaintiff Squirrels Research Labs LLC mmerklin@brouse.com mmiller@brouse.com |
| Matthew T. Schaeffer | on behalf of Defendant Fleur-de-Lis Development LLC mschaeffer@baileycav.com, lpatterson@baileycav.com |
| Matthew T. Schaeffer | on behalf of Defendant Rocco Piacentino mschaeffer@baileycav.com lpatterson@baileycav.com |
| Matthew T. Schaeffer | on behalf of Creditor Fleur-de-Lis Development LLC mschaeffer@baileycav.com, lpatterson@baileycav.com |
| Matthew T. Schaeffer | on behalf of Defendant Cynthia Heinz mschaeffer@baileycav.com lpatterson@baileycav.com |
| Nicholas Paul Capotosto | on behalf of Debtor Squirrels Research Labs LLC ncapotosto@brouse.com tpalcic@brouse.com |
| Nicholas Paul Capotosto | on behalf of Plaintiff Squirrels Research Labs LLC ncapotosto@brouse.com tpalcic@brouse.com |
| Paul J. Schumacher | on behalf of Interested Party Ohio Power Company dba American Electric Power pschumacher@dmclaw.com tgross@dmclaw.com |
| Richard J. Thomas | on behalf of Creditor Premier Bank rthomas@hendersoncovington.com dciambotti@hendersoncovington.com |
| Robert E. Goff, Jr. | on behalf of Creditor Cincinnati Insurance Company rgoff@westonhurd.com cvadino@westonhurd.com |
| Steven Heimberger | on behalf of Interested Party SCEB LLC sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com |

TOTAL: 35

IT IS ORDERED as set forth below:



Date: May 23, 2024

Tiiara N.A. Patton
U.S. Bankruptcy Court Judge
Signed as Revised by the Court

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.*[1] | ) | Case No. 21-61491 |
| | ) | |
| Debtors. | ) | Judge Tiiara N.A. Patton |
| | ) | |

## ORDER APPROVING COMPROMISE AND SETTLEMENT BETWEEN THE DEBTORS AND CINCINNATI INSURANCE COMPANY[2]

This is before the Court upon the Debtors' Motion for Entry of an Order Approving Compromise and Settlement with Cincinnati Insurance Company (the "Motion"), the objection to the Motion filed by SF Mining Company [Docket #327] ("SF Mining Objection"), and the objection to the Motion filed by Paul Billinger [Docket #332] (the "Billinger Objection," and

---

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

[2] All capitalized terms used in this Order and not otherwise defined herein shall have the meanings as set forth in the Motion.

together with the SF Mining Objection, the "Objections"). The Court held a hearing on May 21, 2024. Appearing at the hearing were Julie K. Zurn, counsel for Debtors, David Stanfill, representative of the Debtors, Fred Schwieg, Subchapter V Trustee, Kate Bradley, trial attorney for the U.S. Trustee, and Paul Billinger. The Court having reviewed the Motion, and having heard statements at the hearing on May 21, 2024, makes the following findings: the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b); this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; notice of the Motion was proper and sufficient under the circumstances; and upon consideration of the relevant factors to be utilized in determining whether a proposed settlement is fair and reasonable – namely, the probability of success; difficulties, if any, in collecting any judgment; the complexities involved, including the attendant expense, inconvenience, and delay; and the interest of creditors – it appears to the Court that the settlement with Cincinnati Insurance Company is fair and equitable, rising above the "lowest point in the range of reasonableness", that the relief sought in the Motion is in the best interest of all parties, and that the legal and factual bases set forth in the Motion establish just cause for the approval of the settlement with Cincinnati Insurance Company; therefore, it is hereby adjudged, decreed, and

**ORDERED** that the Motion is granted with respect to the request for approval of the Compromise and Settlement with Cincinnati Insurance Company and the Objections are overruled; and it is further ordered as follows:

1. ~~The Settlement is approved in its entirety, and Debtors are authorized to perform in accordance with the terms thereof, as well as with the terms of this Order;~~

2. *The Motion is granted as set forth herein;*

3. *The Settlement Agreement, attached to the Motion as an exhibit, is approved;*

4. The Settlement Payment (as defined in the Settlement Agreement attached to the Motion) shall be paid by Cincinnati Insurance Company to Debtor's counsel's IOLTA

2

pending further order from the Court as to the allocation of the Settlement Payment between Squirrels Research Labs LLC and The Midwest Data Company LLC;

3. Debtors shall submit supplemental briefing and support for the proposed allocation of the Settlement Payment on or before **June 21, 2024**. *The supplemental briefing may include, but is not limited to, declarations, affidavits and documentary evidence*;

4. *Any responses to Debtors' supplemental briefing may be filed on or before **June 28, 2024**;* and

5. A hearing on the Allocation of the Settlement Payment shall be held on **July 16, 2024 at 11:00 a.m. prevailing Eastern Time** (the "Hearing"), or as soon thereafter as this matter may be heard, before the Honorable Tiiara N.A. Patton. The Hearing will be conducted both (i) in person at the Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Avenue, SW, Canton, Ohio 44702, and (ii) via the Zoom® Video Communications application ("Zoom"). Unless otherwise ordered by the Court, any party who will not be presenting evidence or argument may request to appear virtually via Zoom. Parties must pre-register by emailing Evelyn Ross, Judge Patton's Courtroom Deputy, at PattonZoom_Registration@ohnb.uscourts.gov by no later than 4:00 p.m. three (3) business days prior to the scheduled hearing. The hearing registration email must include the following information: (a) case name and case number; (b) hearing date and time(s); (c) participant's name, address, and telephone number; and (d) name of party/parties whom participant represents. All participants appearing by Zoom shall comply with *Judge Patton's Procedures for Appearing via Zoom® Video Communications (Effective August 21, 2023)*, which can be found on the Court's website. Persons without video conferencing capabilities must immediately contact Evelyn Ross, Judge Patton's Courtroom Deputy, at (330) 742-0950 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3)

hearing may be continued from time to time until completed without further notice except as announced in open court.

5. The Court shall retain jurisdiction over any and all disputes arising under or otherwise relating to the terms of this Order or the Settlement.

# # #

4

Submitted by:

*/s/ Julie K. Zurn*
Marc Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for Squirrels Research Labs LLC and*
*The Midwest Data Company LLC*

**NOTICE PARTIES:**

Via ECF:

    Paul Billinger

    John C. Cannizzaro on behalf of Interested Party Instantiation LLC at
    John.Cannizzaro@icemiller.com, Kelli.Bates@icemiller.com

    Nicholas Paul Capotosto on behalf of Debtor Squirrels Research Labs LLC at
    ncapotosto@brouse.com, tpalcic@brouse.com

    Christopher Paul Combest on behalf of Creditor Avnet, Inc. at christopher.combest@quarles.com

    Jack B. Cooper on behalf of Defendant Squirrels LLC at jcooper@milliganpusateri.com

    Jack B. Cooper on behalf of Defendant Andrew Gould at jcooper@milliganpusateri.com

    Jack B. Cooper on behalf of Defendant David Stanfill at jcooper@milliganpusateri.com

    Jack B. Cooper on behalf of Defendant Jessica Gritzan at jcooper@milliganpusateri.com

    Jack B. Cooper on behalf of Defendant Kyle Slutz at jcooper@milliganpusateri.com

    Jack B. Cooper on behalf of Defendant Sidney Keith at jcooper@milliganpusateri.com

    John G. Farnan on behalf of Creditor Cincinnati Insurance Company at
    jfarnan@westonhurd.com

    Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company at

rgoff@westonhurd.com, cvadino@westonhurd.com

Steven Heimberger on behalf of Interested Party SCEB, LLC at
sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at
JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at
mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

Marc Merklin on behalf of Plaintiff Squirrels Research Labs LLC at
mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA at
dneumann@meyersroman.com, docket@meyersroman.com; mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd. at
dneumann@meyersroman.com, docket@meyersroman.com; mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Fleur-de-Lis Development, LLC at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Plaintiff Frederic P Schwieg at fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com, OH84@ecfcbis.com

Bryan Sisto on behalf of Creditor Carl Forsell at bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank at rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at jzurn@brouse.com, tpalcic@brouse.com;ckeblesh@brouse.com

Julie K. Zurn on behalf of Debtor The Midwest Data Company LLC at jzurn@brouse.com, tpalcic@brouse.com;ckeblesh@brouse.com

Julie K. Zurn on behalf of Plaintiff Squirrels Research Labs LLC at jzurn@brouse.com, tpalcic@brouse.com;ckeblesh@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at kate.m.bradley@usdoj.gov

And by regular U.S. Mail, postage prepaid, on the following:

Ohio Power Co. d/b/a AEP Ohio
Attn: Dwight Snowden
1 Riverside Plaza, 13th Floor
Columbus, OH 43215

CliftonLarsonAllen LLP
220 S. 6th Street, Suite 300
Minneapolis MN 55402-1436

Everhart Glass Co., Inc.
Attn: Linda Monigold
207 Ninth St., SW
PO Box 20645
Canton, OH 44701

Hailu Looyestein
Schout Coxstraat 1
5421GJ Gemert
**NETHERLANDS**

IPS Assembly Corp.
Attn: Perry Sutariya
12077 Merriman Rd
Livonia, MI 48150

Andrew Waters
6653 Main Street
Williamsville, NY 14221
**UNDELIVERABLE**

CT Data LLC
133 River Road
Mystic, CT 06355

Everstream
1228 Euclid Ave #250
Cleveland, OH 44115

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jason Price
67 Bartram Trail
Brunswick, GA 31523

Bittware/Molex LLC
Attn: Tricia McCoy
2222 Wellington Ct
Lisle, IL 60532

Donald Ruffatto
420 Fairview Ave, Apt. 107
Arcadia, CA 91007
**UNDELIVERABLE**

FedEx Corporate Services Inc.
3965 Airways Blvd., Module G, 3rd FL
Memphis, TN 38116-5017

Internal Revenue Service
Insolvency Group 6
1240 E. Ninth Street, Room 493
Cleveland, OH 44199

Jose A. Rubio
15925 Hopper Lane
San Diego, CA 92127

Mark D'Aria
165 Old Field Rd.
Setauket, NY 11733-1639

Metal Masters
Attn: Bret Kettlewell
125 Williams Dr
Dover, OH 44622

David Chase, et al.
c/o Michael Maranda
293 Durkee Lane
East Patchogue, NY 11772

Office of the U.S. Trustee
201 Superior Ave. East, Suite 441
H.M. Metzenbaum US Courthouse
Cleveland, OH 44114-1234
Ohio Bureau of Workers' Compensation
Attn: Law Section Bankruptcy Unit
PO Box 15567

Office of U.S. Attorney
Attn: Bankruptcy Section
Carl B. Stokes U.S. Court House
801 W. Superior Avenue, Ste 400
Ohio Department of Job & Family Svcs
Attn: Legal Support-Bankruptcy
PO Box 182830

Ohio Attorney General
Collections Enforcement Section
Attn: Bankruptcy Unit
30 E. Broad Street, 14th Floor
Columbus, OH 43215

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

Phillippe Germain
102 W. Service Rd #2153466
Champlain, NY 12919

Sam Adams
3417 Bush Street
Stevens Point, WI 54481

Samtec
520 Park E. Blvd.
New Albany, IN 47150

Steven Turnshek
13 Krist Glen Dr
Swissvale, PA 15218
**UNDELIVERABLE**

Trevor Steinle
24106 SE 42nd St
Sammamish, WA 98029

William Paden
205 Plains Rd
Westford, VT 05494

Michael Maranda LLC
c/o Kara Dodson, Esq., Soles Law Offices
6545 Market Avenue, N
N. Canton, OH 44721

Instantiation LLC
c/o Jason R. Schendel
Sheppard, Mullin, Richter & Hampton LLP
4 Embarcadero Center, 17th Flr
San Francisco, CA 94111

Internal Revenue Service
Attn: Deputy Director
1240 E. Ninth Street
Cleveland, OH 44199

Michael Maranda
293 Durkee Lane
East Patchogue, NY 11772

A.G. Adjustments, Ltd.
740 Walt Whitman Rd
Melville, NY 11747

Aaron Holquin
2046 Jamison Pl
Santa Clara, CA 95051

TTI, Inc. c/o Commercial Collections Consultants
16830 Ventura Blvd., Suite 620
Encino, CA 91436-9143

Alton Hare
1200 17th St NW
Washington, DC 20036
**UNDELIVERABLE**

Amanda McConnell
191 E. 28th Street
Dover, OH 44622

Aaron Reimer
PMB-AR113422
Sumas, WA 98295-9674
**UNDELIVERABLE**

Andrew Gould
4812 Wildflower Drive
North Canton, OH 44720

Bradon Pen
56 Varcoe Rd
Courtice, ON L1E 1S5
**CANADA**

Brian Fiducci
24463 Norelius Ave
Round Lake, IL 60073

Chad Clark
876 Jefferson St
Menasha, WI 54952

Clarence Smith
3290 Double Creek Dr N.,
Apt 301
Plainfield, IN 46168

Daniel Russo
120 High Farms Rd
Glen Head, NY 11545

David Reynolds
6046 Jerusalem Drive
Cicero, NY 13039

Fabrizio Simonetti
8 Via Sant' Jacopo in
Acquaviva
Livorno, LI 57127
**ITALY**

Ben George
5464 Lake Ave
Orchard Park, NY 14127

Brandon Osbourne
1614 Euclid Ave., Apt. 36
Miami Beach, FL 33139-7783
**UNDELIVERABLE**

Brian Klinger
4018 Shelby Row
Sugar Land, TX 77479

Cincinnati Insurance
PO Box 145496
Cincinnati, OH 45250-5496

Culligan of Canton
4810 Southway St., SW
Canton, OH 44706

Darien Lyons
123 James Ter.
Rahway, NJ 07065-2409

David Stanfill
772 Treat Blvd.
Tallmadge, OH 44278

Fernando Molina
5275 SW 146 AVE
Miami, FL 33175

GS 8100, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Bradley Conn
51 Maple Avenue
Locust Valley, NY 11560

Brett Mashford
35 Oakmoss Dr
SPRINGFIELD LAKES, QLD
4300
**AUSTRALIA**

Carl Forsell
c/o James E.P. Sisto
Schuerger Law Group
1001 Kingsmill Parkway
Columbus, OH 43229

Cincinnati Insurance
6200 S. Gilmore Rd
Fairfield, OH 45014-5141

Daniel Hajdu
Graslaan 111
6833CG Arnhem
**NETHERLANDS**

Darry Kurpisz
14635 22nd Ave SW
Burien, WA 98166

Dustin Hooper
20063 W. Jackson St.
Buckeye, AZ 85326-2777

George D. Jimenez
9396 Broadland Street, NW
Massillon, OH 44646

GS1 US, Inc.
300 Princeton South Corporate
Center
Ewing Township, NJ 08628

Gilbert Rodriguez
PO Box 1535
Fabens, TX 79838-1535

Henry Ryan
228 Cranbury Road
Princeton Junction, NJ 08550

Horizon Supply Group
Attn: Jeff Habbyshaw
3691 Honors Way
Howell, MI 48843

Heather Bradley
1213 N. Chapel Street
Louisville, OH 44641

Israel Garcia
615 Oak Hollow Dr
Newberg, OR 97132

James Holodnak
2910 16th Street, NW
Canton, OH 44708

Isaac Gabriel
Quarles and Brady
One Renissaince Sq
Two North Central Ave
Phoenix, AZ 85004

Jean Viljoen
5 Cape Willow
Hermanus, Western Cape
7200
**SOUTH AFRICA**

Jeffrey Cordell
17517 NW Ashland Drive
Portland, OR 97229

JC Pack
199 Virginia Ave., #292
San Ysidro, CA 92173-2717

Joaquim Ginesta
Emili Grahit 6, 4r 1r
17002 GIRONA, **SPAIN**

Jonathan Hulecki
4568 Church Point Place
Virginia Beach, VA 23455

Jessica Gritzan
1280 Linwood Ave SW
North Canton, OH 44720

Josh Luoni
808 8th St
Fairmont, WV 26554

Joshua Harris
209 N. Horner Blvd.
Sanford, NC 27330

Jordan Kupersmith
888 N. Quincy St
Arlington, VA 22203
**UNDELIVERABLE**

Kimble Companies
3596 SR 39 NW
Dover, OH 44622

Kyle Slutz
1116 W. Nimisila Road
Clinton, OH 44216

JPMorgan Chase Bank
1111 Polaris Pkwy
Columbus, OH 43240

Luco Gilardi
Ul. Slivnitsa 188
Sofia 1202
**BULGARIA**

Mario Fortier
10 Orchard Lane
Chelmsford, MA 01824

Kyle Tricarico
5464 Lake Ave
Orchard Park, NY 14127

Mark Veon
2547 S. 3rd Street
Milwaukee, WI 53207

Michael Dai
43174 Christy Street
Fremont, CA 94538

Marius Nastasenko
Taikos g. 148
Vilnius, Vilniaus Apskritis
5227
**LITHUANIA**

Michael Riley
2506 SW 23rd Cranbrook Dr
Boynton Beach, FL 33436

Michael Robinson
103 Hunters Ct
Forest, VA 24551

Michael Rampton
6222 12th Street, North
Arlington, VA 22205

Naoaki Kita
Kigoshimachi
Kanazawa-shi
Ishikawaken 920-0203
**JAPAN**

NJEB Partners
c/o Melissa Giberson, Vorys, Sater, Seymour & Pease LLP
52 East Gay St.
Columbus, OH 43215 10001

Pat Clay
72 Baker Dr
Gansevoort, NY 12831

Peter Ensor
Powerstown House
Clonee, Dublin
D15 YH52
**IRELAND**

Rajesh Bhakar
Sector 9d/204, 2nd Flr Akarti Apartment
Jaipur
Rajasthan 302021

Richard Weeks
4199 Defoors Farm Dr
Powder Springs, GA 30127

Ryan Marfone
98 N. Hawkhurst Cir
The Woodlands, TX 77354

Squirrels LLC
121 Wilbur Drive NE
North Canton, OH 44720

Miguel Chacon
120 NW 6th Ave
Miami, FL 33128

Nick Yarosz
3019 Ellington Dr
Summerville, SC 29485

One Haines Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Patrick Nadeau
311 Andrews Rd
Wolcott, CT 06716

Premier Bank
c/o Atty. Richard Thomas
6 Federal Plaza Central, Suite 1300
Youngstown, OH 44503

Raymond Wodarczyk
KinzigstraaˆšÃ¼e 28
10247 Berlin   **GERMANY**
**UNDELIVERABLE**

Robin Wolf
Fasangasse 49
Vienna. Wien 1030
**AUSTRIA**
**UNDELIVERABLE**

Scott Chen
4058 Case St
Elmhurst, NY 11373
**UNDELIVERABLE**

Stefano Chiesa
41, Via III Novembre
Fucine Tn 38026
 **ITALY**

Mohamed Kazem
27 Orwell Street
Potts Point
SYDNEY, NSW 2011
**AUSTRALIA**

Nicolas Rochon
4278 Beausoleil
Terrebonne QC J6V 1G1
**CANADA**

One Skymax Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Christophe Touzet
32 Rouillon
Saint Germain En Cogles 35133
**FRANCE**

R. Scott Heasley
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122

Richard Bergstrom
30107 Mountain View Dr
Hayward, CA 94544

Seth Stanfill
1515 24th Street, NW
Canton, OH 44709

Thom Kuznia
5801 Drew Ave. S
Edina, MN 55410-2761

TorEA Consulting
c/o David M. Neumann
Meyers Roman Friedberg & Lewis LPA
28601 Chagrin Blvd., Suite 600

Tim Bredemus
9757 Union Terrace Ln N
Maple Grove, MN 55369
**UNDELIVERABLE**

Tri Ho
1180 N. Cherry Way
Anaheim, CA 92801

Uline
12575 Uline Dr
Pleasant Prairie, WI 53138

Welbour Espartero
46 6th Ave NE
Swift Current, SK S9H 2L7
**CANADA**

Robert Oxsen
12795 Lowhills Rd
Nevada City, CA 95959-9074

Arran Gracie
221 Southwest Alder Street
Portland, OR 97204
**UNDELIVERABLE**

James Soldi
2208B Clark Ln
Redondo Beach, CA 90278-4304

Lance Colton
301-10140 150 St NW
Edmonton, AB T5P 1P1
**CANADA**

Tommy DeFreitas
14114 N. Wind Cave Ct
Conroe, TX 77384

Troy Keplinger
1730 E. Park St
Enid, OK 73701

Marco Mendoza
29407 Pyrite St
Menifee, CA 92584

Aditya Chauhan
510 Roosevelt St.
Roselle Park, NJ 07204-1512

Aaron Strating
411B Vancouver St
Victoria, BC V8v 3t4
**CANADA**

Fabian Delmotte
Rue de Favence 29
Nandrin, -- 4550
**BELGUIM**
**UNDELIVERABLE**

Barry Gluntz
2350 Winfield Ave
Rocky River, OH 44116

David Burlington
38 Bryant St APT 804
San Francisco, CA 94105-6119
**UNDELIVERABLE**

U.S. Small Business
Administration
District Counsel
1350 Euclid Ave, Suite 211
Cleveland, OH 44115

Robert Renna
48 Samantha Dr
Morganville, NJ 07751-4006

Richard Hall
61 Falkirk Avenue
Wellington, WGN 6022
**NEW ZEALAND**

Andrew Wolf
1960 SW Old Sheridan Rd
McMinnville, OR 97128-8686

Richard Ramazinski
1000 Flower Drive, STE LKS 2035
Glendale, CA 91201

Matthew Peterson
3390 Stratford Rd NE
Unit 516
Atlanta, GA 30326
**UNDELIVERABLE**

Jack Cooper
4684 Douglas Circle NW
Canton, OH 44735

Pascal Peters
P.H.J.J. Peters Holding B.V.
Parklaan 6
Oss, Noord Brabant 5345 BV
**NETHERLANDS**

| | | |
|---|---|---|
| Jason Palmer<br>6559 Argonne Blvd.<br>New Orleans, LA 70124 | Matteo Trinca<br>Lania Geo Ltd.<br>10 Zahesi Territory Svimon<br>Shotadze Tbilisi, T'bilisi 0178<br>**GEORGIA**<br>**UNDELIVERABLE** | Dean Givens<br>170 Glad Spring Dr.<br>Lexington, SC 29072 |
| Haley Williams<br>518 Washington St.<br>Santa Cruz, CA 95060<br>**UNDELIVERABLE** | Bill Gallagher<br>591 Lantern Way<br>Aurora, OH 44202 | Everett Fominyen<br>6733 N. 105th Ave.<br>Omaha, NE 68122 |
| Jeffrey Willis<br>987 S. High Street<br>Columbus, OH 43206 | Enrique Espinosa<br>4009 Old Bridgeview Ln<br>Charleston, SC 29403 | Jason Rettburg<br>670 Robinhood Dr.<br>Aurora, OH 44202 |
| Tim Robinson<br>2376 Burg Street<br>Granville, OH 43023 | Gail O'Connell<br>8960 Ringview Dr.<br>Mechanicsville, VA 23116 | Sidney Keith<br>8127 Larkspur Ave NW<br>North Canton, OH 44720 |
| Elloit Boutin<br>9400 E. Lincoln Street<br>Apartments, Unit 409<br>Wichita, Kansas 67207 | Justin O'Connell<br>15712 Whirland Dr.<br>Midlothian, VA 23112 | Envista Forensics LLC, dba<br>AREPA<br>c/o David M. Neumann<br>Meyers Roman Friedberg &<br>Lewis LPA |
| Gabriel and Andrew Boutin<br>48 Cascade St.<br>Essex Junction, VT 05452-0545 | Tulip<br>5464 Lake Ave<br>Orchard Park, NY 14127 | Gregory Almedia<br>240 Old Foamy Rd.<br>Cleburne, TX 76033 |
| Jon Bulger<br>5169 Freeman Rd.<br>Orchard Park, NY 14127 | William Sweeney<br>10 Westedge St., Unit 725<br>Charleston, SC 29403 | Squirrels 401(k) & Profit-Sharing Plan<br>c/o Plan Sponsor, Squirrels, LLC<br>121 Wilbur Drive, NE<br>North Canton, OH 44720 |
| Stephen Allison<br>18 Monument Dr.<br>Stafford, VA 22554 | ProTech Security<br>PO Box 35034<br>Canton, OH 44735 | SCEB LLC<br>Attn: Stephen Allison<br>18 Monument Dr.<br>Stafford, VA 22554 |

Avnet Inc.
Attn: Dennis Losik
5400 Prairie Stone Pkwy
Hoffman Estates, IL 60192

Avnet Inc.
c/o Michael Walker, General Counsel
2211 S. 47th Street
Phoenix, AZ 85034

Avnet Inc.
5400 Prairie Stone Pkwy
Hoffman Estates, IL 60192

Jeff Schugart
13918 Bond Street
Overland Park, KS 66221

SF Mining LLC
12795 Lowhills Rd.
Nevada City, CA 95959

Instantiation, LLC
Attn: Sam Cassatt
434 Dorado Beach E
Dorado, **PUERTA RICO** 00646

Alignment Engine, Inc
8050 Freedom Ave NW, Unit B
North Canton, Ohio 44720

JS Mining
c/o Jeff Schugart
13918 Bond Street
Overland Park, Kansas 66221

And the following by email:

Artem Pylypchuk at articicejuice@gmail.com
Jose Nunez at admin@croxmoon.com
Michael Erceg at michael.erceg@gmail.com
Spencer Gabriel Singh at spencersingh96@gmail.com
Todd Dallimore at tdallimore@start.ca
Yannick Vergult at yannick.vergult@gmail.com
Henrik Gustafsson at henrik@virtualduck.net
Ruben Sousa at sousa.ruben2@gmail.com
Robin Wolf at robin.90@hotmail.de
Donald Ruffatto at Druffato@gmail.com
Jordan Kupersmith at jordankupersmith@gmail.com
Scott Chen at madam.ng16@gmail.com
Mohamed Kazem at nabilkazem@mail.com
Tim Bredemus at tcbred@gmail.com
David Burlington at dburlington@yahoo.com