UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| In re: | ) | Case No. 21-61491 |
|---|---|---|
| SQUIRRELS RESEARCH LABS, LLC, *et al.* | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | Judge Russ Kendig |

## NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

PLEASE TAKE NOTICE that David M. Neumann, Esq. of the law firm of Meyers, Roman, Friedberg & Lewis hereby withdraws as counsel for Creditor, Torea Consulting, Ltd.

Respectfully submitted,

*/s/ David M. Neumann*
David M. Neumann (OBR #0068747)
MEYERS ROMAN FRIEDBERG &
LEWIS LPA
28601 Chagrin Boulevard, Suite 600
Cleveland, OH 44122
Phone: (216) 831-0042
Fax: (216) 831-0542
e-mail: dneumann@meyersroman.com
sheasley@meyersroman.com

*Attorney for Torea Consulting, Ltd.*

# CERTIFICATE OF SERVICE

I hereby certified that a copy of the foregoing was served this 31st day of May 2024 via the Court's electronic filing system upon the following:

- John C. Cannizzaro    John.Cannizzaro@icemiller.com, Kelli.Bates@icemiller.com
- Nicholas Paul Capotosto    ncapotosto@brouse.com, tpalcic@brouse.com
- Christopher Paul Combest    christopher.combest@quarles.com
- Jack B. Cooper    jcooper@milliganpusateri.com
- John G. Farnan    jfarnan@westonhurd.com
- Robert E. Goff    rgoff@westonhurd.com, cvadino@westonhurd.com
- Steven Heimberger    sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com
- Jeannie Kim    JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com
- Marc Merklin    mmerklin@brouse.com, mmiller@brouse.com
- Christopher Niekamp    cniekamp@bdblaw.com
- Matthew T. Schaeffer    mschaeffer@baileycav.com, lpatterson@baileycav.com
- Paul J. Schumacher    pschumacher@dmclaw.com, tgross@dmclaw.com
- Frederic P. Schwieg    fschwieg@schwieglaw.com
- Frederic P. Schwieg    fschwieg@schwieglaw.com, OH84@ecfcbis.com
- Bryan Sisto    bsisto@fbtlaw.com
- Richard J. Thomas    rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com
- United States Trustee    (Registered address)@usdoj.gov
- Joshua Ryan Vaughan    jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com
- Julie K. Zurn    jzurn@brouse.com, ckeblesh@brouse.com
- Kate M. Bradley ust44    kate.m.bradley@usdoj.gov

Via Regular U.S. Mail:

Brouse McDowell
388 South Main Street
Suite 500
Akron, OH 44311-4407

CliftonLarsonAllen LLP
388 S Main St
Ste 420
Akron, OH 44311

Inglewood Associates LLC
9242 Headlands Road
Mentor, OH 44060

Jason R. Schendel
Sheppard, Mullin, Richter & Hampton LLP
Four Embardadero Center
Seventeenth Floor
San Francisco, CA 94111

Second Foundation Mining LLC
Robert Oxsen, CEO
3326 Corinthian Ln
Auburn, CA 95603

Brittany P Stephen
Bailey Cavalieri LLC
10 West Broad St
Ste 2100
Columbus, OH 43215

Paul Billinger
1 Bow Street
Stouffville, ON L4A 1Z3

> */s/ David M. Neumann*
> *Attorney for Torea Consulting, Ltd.*