# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| IN RE: | CASE NO: 21-61491 |
|---|---|
| Squirrels Research Labs LLC, et al.<br>The Midwest Data Company LLC | **DECLARATION OF MAILING<br>CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 341 |

On 6/4/2024, I did cause a copy of the following documents, described below,

Order Approving Compromise and Settlement Between the Debtors and Cincinnati Insurance Company ECF Docket Reference No. 341

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/4/2024

/s/ Julie K. Zurn
Julie K. Zurn  0066391

Brouse McDowell, LPA
388 S. Main Street, Suite 500
Akron, OH  44311
330 535 5711
mmiller@brouse.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| IN RE: | CASE NO: 21-61491 |
|---|---|
| Squirrels Research Labs LLC, et al.<br>The Midwest Data Company LLC | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 341 |

On 6/4/2024, a copy of the following documents, described below,

Order Approving Compromise and Settlement Between the Debtors and Cincinnati Insurance Company ECF Docket Reference No. 341

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/4/2024

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Julie K. Zurn
Brouse McDowell, LPA
388 S. Main Street, Suite 500
Akron, OH  44311

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| OHIO POWER CO. D/B/A AEP OHIO<br>ATTN: DWIGHT SNOWDEN<br>1 RIVERSIDE PLAZA, 13TH FLOOR<br>COLUMBUS, OH 43215 | CLIFTONLARSONALLEN LLP<br>220 S. 6TH STREET, SUITE 300<br>MINNEAPOLIS MN 55402-1436 | EVERHART GLASS CO., INC.<br>ATTN: LINDA MONIGOLD<br>207 NINTH ST., SW<br>CANTON, OH 44702 |
| INTERNATIONAL<br>HAILU LOOYESTEIN<br>SCHOUT COXSTRAAT 1<br>5421GJ GEMERT<br>NETHERLANDS | IPS ASSEMBLY CORP.<br>ATTN: PERRY SUTARIYA<br>12077 MERRIMAN RD<br>LIVONIA, MI 48150 | MARK D'ARIA<br>165 OLD FIELD RD.<br>SETAUKET, NY 11733-1639 |
| OFFICE OF THE U.S. TRUSTEE<br>201 SUPERIOR AVE. EAST, SUITE 441<br>H.M. METZENBAUM US COURTHOUSE<br>CLEVELAND, OH 44114-1234 | OHIO BUREAU OF WORKERS' COMPENSATION<br>ATTN: LAW SECTION BANKRUPTCY UNIT<br>PO BOX 15567<br>COLUMBUS, OH 43215-0567 | PHILLIPPE GERMAIN<br>102 W. SERVICE RD #2153466<br>CHAMPLAIN, NY 12919 |
| CT DATA LLC<br>133 RIVER ROAD<br>MYSTIC, CT 06355 | EVERSTREAM<br>1228 EUCLID AVE #250<br>CLEVELAND, OH 44115 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| JASON PRICE<br>67 BARTRAM TRAIL<br>BRUNSWICK, GA 31523 | METAL MASTERS<br>ATTN: BRET KETTLEWELL<br>125 WILLIAMS DR<br>DOVER, OH 44622 | OFFICE OF U.S. ATTORNEY<br>ATTN: BANKRUPTCY SECTION<br>CARL B. STOKES U.S. COURT HOUSE<br>801 W. SUPERIOR AVENUE, STE 400<br>CLEVELAND, OH 44113 |
| OHIO DEPARTMENT OF JOB & FAMILY SVCS<br>ATTN: LEGAL SUPPORT-BANKRUPTCY<br>PO BOX 182830<br>COLUMBUS, OH 43218-2830 | SAM ADAMS<br>3417 BUSH STREET<br>STEVENS POINT, WI 54481 | TREVOR STEINLE<br>24106 SE 42ND ST<br>SAMMAMISH, WA 98029 |
| BITTWARE/MOLEX LLC<br>ATTN: TRICIA MCCOY<br>2222 WELLINGTON CT<br>LISLE, IL 60532 | FEDEX CORPORATE SERVICES INC.<br>3965 AIRWAYS BLVD., MODULE G, 3RD FL<br>MEMPHIS, TN 38116-5017 | INTERNAL REVENUE SERVICE<br>INSOLVENCY GROUP 6<br>1240 E. NINTH STREET, ROOM 493<br>CLEVELAND, OH 44199 |
| JOSE A. RUBIO<br>15925 HOPPER LANE<br>SAN DIEGO, CA 92127 | DAVID CHASE, ET AL.<br>C/O MICHAEL MARANDA<br>293 DURKEE LANE<br>EAST PATCHOGUE, NY 11772 | OHIO ATTORNEY GENERAL<br>COLLECTIONS ENFORCEMENT SECTION<br>ATTN: BANKRUPTCY UNIT<br>30 E. BROAD STREET, 14TH FLOOR<br>COLUMBUS, OH 43215 |
| OHIO DEPARTMENT OF TAXATION<br>ATTN: BANKRUPTCY DIVISION<br>PO BOX 530<br>COLUMBUS, OH 43216-0530 | SAMTEC<br>520 PARK E. BLVD.<br>NEW ALBANY, IN 47150 | WILLIAM PADEN<br>205 PLAINS RD<br>WESTFORD, VT 05494 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MICHAEL MARANDA LLC<br>C/O KARA DODSON, ESQ., SOLES LAW OFFICES<br>6545 MARKET AVENUE, N<br>N. CANTON, OH 44721 | MICHAEL MARANDA<br>293 DURKEE LANE<br>EAST PATCHOGUE, NY 11772 | TTI, INC. C/O COMMERCIAL COLLECTIONS CONSULTANTS<br>16830 VENTURA BLVD., SUITE 620<br>ENCINO, CA 91436-9143 |
| ANDREW GOULD<br>4812 WILDFLOWER DRIVE<br>NORTH CANTON, OH 44720 | CANADA<br>BRADON PEN<br>56 VARCOE RD<br>COURTICE, ON L1E 1S5<br>CANADA | BRIAN FIDUCCI<br>24463 NORELIUS AVE<br>ROUND LAKE, IL 60073 |
| CHAD CLARK<br>876 JEFFERSON ST<br>MENASHA, WI 54952 | CLARENGE SMITH<br>3290 DOUBLE CREEK DR N., APT 301<br>PLAINFIELD, IN 46168 | DANIEL RUSSO<br>120 HIGH FARMS RD<br>GLEN HEAD, NY 11545 |
| INSTANTIATION LLC<br>C/O JASON R. SCHENDEL<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>4 EMBARCADERO CENTER, 17TH FLR<br>SAN FRANCISCO, CA 94111 | A.G. ADJUSTMENTS, LTD.<br>740 WALT WHITMAN RD<br>MELVILLE, NY 11747 | BEN GEORGE<br>5464 LAKE AVE<br>ORCHARD PARK, NY 14127 |
| BRIAN KLINGER<br>4018 SHELBY ROW<br>SUGAR LAND, TX 77479 | CINCINNATI INSURANCE<br>PO BOX 145496<br>CINCINNATI, OH 45250-5496 | CULLIGAN OF CANTON<br>4810 SOUTHWAY ST., SW<br>CANTON, OH 44706 |
| DARIEN LYONS<br>123 JAMES TER.<br>RAHWAY, NJ 07065-2409 | DAVID STANFILL<br>772 TREAT BLVD.<br>TALLMADGE, OH 44278 | INTERNAL REVENUE SERVICE<br>ATTN: DEPUTY DIRECTOR<br>1240 E. NINTH STREET<br>CLEVELAND, OH 44199 |
| AARON HOLQUIN<br>2046 JAMISON PL<br>SANTA CLARA, CA 95051 | AMANDA MCCONNELL<br>191 E. 28TH STREET<br>DOVER, OH 44622 | BRADLEY CONN<br>51 MAPLE AVENUE<br>LOCUST VALLEY, NY 11560 |
| INTERNATIONAL<br>BRETT MASHFORD<br>35 OAKMOSS DR<br>SPRINGFIELD LAKES, QLD 4300<br>AUSTRALIA | CARL FORSELL<br>C/O JAMES E.P. SISTO<br>SCHUERGER LAW GROUP<br>1001 KINGSMILL PARKWAY<br>COLUMBUS, OH 43229 | CINCINNATI INSURANCE<br>6200 S. GILMORE RD<br>FAIRFIELD, OH 45014-5141 |
| INTERNATIONAL<br>DANIEL HAJDU<br>GRASLAAN 111<br>6833CG ARNHEM<br>NETHERLANDS | DARRY KURPISZ<br>14635 22ND AVE SW<br>BURIEN, WA 98166 | DUSTIN HOOPER<br>20063 W. JACKSON ST.<br>BUCKEYE, AZ 85326-2777 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| DAVID REYNOLDS<br>6046 JERUSALEM DRIVE<br>CICERO, NY 13039 | INTERNATIONAL<br>FABRIZIO SIMONETTI<br>8 VIA SANT' JACOPO IN ACQUAVIVA<br>LIVORNO, LI 57127<br>ITALY | GILBERT RODRIGUEZ<br>PO BOX 1535<br>FABENS, TX 79838-1535 |
| HEATHER BRADLEY<br>1213 N. CHAPEL STREET<br>LOUISVILLE, OH 44641 | ISAAC GABRIEL<br>QUARLES AND BRADY<br>ONE RENISSAINCE SQ<br>TWO NORTH CENTRAL AVE<br>PHOENIX, AZ 85004 | JC PACK<br>199 VIRGINIA AVE., #292<br>SAN YSIDRO, CA 92173-2717 |
| JESSICA GRITZAN<br>2256 E PARK DR.<br>UNIONTOWN, OH 44685 | JPMORGAN CHASE BANK<br>1111 POLARIS PKWY<br>COLUMBUS, OH 43240 | KYLE TRICARICO<br>5464 LAKE AVE<br>ORCHARD PARK, NY 14127 |
| FERNANDO MOLINA<br>5275 SW 146 AVE<br>MIAMI, FL 33175 | GS 8100, LLC<br>6610 CHATSWORTH STREET, NW<br>CANTON, OH 44718 | HENRY RYAN<br>228 CRANBURY ROAD<br>PRINCETON JUNCTION, NJ 08550 |
| ISRAEL GARCIA<br>615 OAK HOLLOW DR<br>NEWBERG, OR 97132 | INTERNATIONAL<br>JEAN VILJOEN<br>5 CAPE WILLOW<br>HERMANUS, WESTERN CAPE 7200<br>SOUTH AFRICA | JOAQUIM GINESTA<br>EMILI GRAHIT 6, 4R 1R<br>17002 GIRONA, SPAIN |
| JOSH LUONI<br>808 8TH ST<br>FAIRMONT, WV 26554 | KIMBLE COMPANIES<br>3596 SR 39 NW<br>DOVER, OH 44622 | INTERNATIONAL<br>LUCO GILARDI<br>UL. SLIVNITSA 188<br>SOFIA 1202<br>BULGARIA |
| MARK VEON<br>2547 S. 3RD STREET<br>MILWAUKEE, WI 53207 | GEORGE D. JIMENEZ<br>9396 BROADLAND STREET, NW<br>MASSILLON, OH 44646 | GS1 US, INC.<br>300 PRINCETON SOUTH CORPORATE CENTER<br>EWING TOWNSHIP, NJ 08628 |
| HORIZON SUPPLY GROUP<br>ATTN: JEFF HABBYSHAW<br>3691 HONORS WAY<br>HOWELL, MI 48843 | JAMES HOLODNAK<br>2910 16TH STREET, NW<br>CANTON, OH 44708 | JEFFREY CORDELL<br>17517 NW ASHLAND DRIVE<br>PORTLAND, OR 97229 |
| JOSHUA HARRIS<br>209 N. HORNER BLVD.<br>SANFORD, NC 27330 | KYLE SLUTZ<br>1116 W. NIMISILA ROAD<br>CLINTON, OH 44216 | MARIO FORTIER<br>10 ORCHARD LANE<br>CHELMSFORD, MA 01824 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MICHAEL DAI<br>43174 CHRISTY STREET<br>FREMONT, CA 94538 | MICHAEL RAMPTON<br>6222 12TH STREET, NORTH<br>ARLINGTON, VA 22205 | NJEB PARTNERS<br>C/O MELISSA GIBERSON, VORYS, SATER,<br>SEYMOUR & PEASE LLP<br>52 EAST GAY ST.<br>COLUMBUS, OH 43215-10001 |
| PAT CLAY<br>72 BAKER DR<br>GANSEVOORT, NY 12831 | INTERNATIONAL<br>PETER ENSOR<br>POWERSTOWN HOUSE<br>CLONEE, DUBLIN<br>D15 YH52<br>IRELAND | INTERNATIONAL<br>RAJESH BHAKAR<br>SECTOR 9D/204, 2ND FLR AKARTI APARTMEN<br>JAIPUR<br>RAJASTHAN 302021<br>INDIA |
| RICHARD WEEKS<br>4199 DEFOORS FARM DR<br>POWDER SPRINGS, GA 30127 | SQUIRRELS LLC<br>121 WILBUR DRIVE NE<br>NORTH CANTON, OH 44720 | MICHAEL RILEY<br>2506 SW 23RD CRANBROOK DR<br>BOYNTON BEACH, FL 33436 |
| NICK YAROSZ<br>3019 ELLINGTON DR<br>SUMMERVILLE, SC 29485 | ONE HAINES COMPANY, LLC<br>6610 CHATSWORTH STREET, NW<br>CANTON, OH 44718 | PATRICK NADEAU<br>311 ANDREWS RD<br>WOLCOTT, CT 06716 |
| PREMIER BANK<br>C/O ATTY. RICHARD THOMAS<br>6 FEDERAL PLAZA CENTRAL, SUITE 1300<br>YOUNGSTOWN, OH 44503 | INTERNATIONAL<br>STEFANO CHIESA<br>41, VIA III NOVEMBRE<br>FUCINE TN 38026<br>ITALY | MICHAEL ROBINSON<br>103 HUNTERS CT<br>FOREST, VA 24551 |
| CANADA<br>NICOLAS ROCHON<br>4278 BEAUSOLEIL<br>TERREBONNE QC J6V 1G1<br>CANADA | ONE SKYMAX COMPANY, LLC<br>6610 CHATSWORTH STREET, NW<br>CANTON, OH 44718 | INTERNATIONAL<br>CHRISTOPHE TOUZET<br>32 ROUILLON<br>SAINT GERMAIN EN COGLES 35133<br>FRANCE |
| R. SCOTT HEASLEY<br>MEYERS, ROMAN, FRIEDBERG & LEWIS<br>28601 CHAGRIN BLVD., SUITE 600<br>CLEVELAND, OH 44122 | RICHARD BERGSTROM<br>30107 MOUNTAIN VIEW DR<br>HAYWARD, CA 94544 | SETH STANFILL<br>1515 24TH STREET, NW<br>CANTON, OH 44709 |
| THOM KUZNIA<br>5801 DREW AVE. S<br>EDINA, MN 55410-2761 | TOREA CONSULTING<br>C/O DAVID M. NEUMANN<br>MEYERS ROMAN FRIEDBERG & LEWIS LPA<br>28601 CHAGRIN BLVD., SUITE 600<br>CLEVELAND, OH 44122 | TRI HO<br>1180 N. CHERRY WAY<br>ANAHEIM, CA 92801 |
| ULINE<br>12575 ULINE DR<br>PLEASANT PRAIRIE, WI 53138 | CANADA<br>WELBOUR ESPARTERO<br>46 6TH AVE NE<br>SWIFT CURRENT, SK S9H 2L7<br>CANADA | ROBERT OXSEN<br>12795 LOWHILLS RD<br>NEVADA CITY, CA 95959-9074 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| JAMES SOLDI<br>2208B CLARK LN<br>REDONDO BEACH, CA 90278-4304 | CANADA<br>LANCE COLTON<br>301-10140 150 ST NW<br>EDMONTON, AB T5P 1P1<br>CANADA | JASON PALMER<br>6559 ARGONNE BLVD.<br>NEW ORLEANS, LA 70124 |
| TOMMY DEFREITAS<br>14114 N. WIND CAVE CT<br>CONROE, TX 77384 | TROY KEPLINGER<br>1730 E. PARK ST<br>ENID, OK 73701 | MARCO MENDOZA<br>29407 PYRITE ST<br>MENIFEE, CA 92584 |
| ADITYA CHAUHAN<br>510 ROOSEVELT ST.<br>ROSELLE PARK, NJ 07204-1512 | CANADA<br>AARON STRATING<br>411B VANCOUVER ST<br>VICTORIA, BC V8V 3T4<br>CANADA | BARRY GLUNTZ<br>2350 WINFIELD AVE<br>ROCKY RIVER, OH 44116 |
| BILL GALLAGHER<br>591 LANTERN WAY<br>AURORA, OH 44202 | U.S. SMALL BUSINESS ADMINISTRATION<br>DISTRICT COUNSEL<br>1350 EUCLID AVE, SUITE 211<br>CLEVELAND, OH 44115 | ROBERT RENNA<br>48 SAMANTHA DR<br>MORGANVILLE, NJ 07751-4006 |
| INTERNATIONAL<br>RICHARD HALL<br>61 FALKIRK AVENUE<br>WELLINGTON, WGN 6022<br>NEW ZEALAND | ANDREW WOLF<br>1960 SW OLD SHERIDAN RD<br>MCMINNVILLE, OR 97128-8686 | RICHARD RAMAZINSKI<br>1000 FLOWER DRIVE, STE LKS 2035<br>GLENDALE, CA 91201 |
| JACK COOPER<br>4684 DOUGLAS CIRCLE NW<br>CANTON, OH 44735 | INTERNATIONAL<br>PASCAL PETERS<br>P.H.J.J. PETERS HOLDING B.V.<br>PARKLAAN 6<br>OSS, NOORD BRABANT 5345 BV<br>NETHERLANDS | DEAN GIVENS<br>170 GLAD SPRING DR.<br>LEXINGTON, SC 29072 |
| EVERETT FOMINYEN<br>6733 N. 105TH AVE.<br>OMAHA, NE 68122 | JEFFREY WILLIS<br>987 S. HIGH STREET<br>COLUMBUS, OH 43206 | ENRIQUE ESPINOSA<br>4009 OLD BRIDGEVIEW LN<br>CHARLESTON, SC 29403 |
| JASON RETTBURG<br>670 ROBINHOOD DR.<br>AURORA, OH 44202 | TIM ROBINSON<br>2376 BURG STREET<br>GRANVILLE, OH 43023 | GAIL O'CONNELL<br>8960 RINGVIEW DR.<br>MECHANICSVILLE, VA 23116 |
| SIDNEY KEITH<br>10848 MOGADORE AVE NW<br>UNIONTOWN, OH 44685 | ELLOIT BOUTIN<br>5-1/2 EVERETT ST.<br>DOVER, NH 03820-3134 | JUSTIN O'CONNELL<br>15712 WHIRLAND DR.<br>MIDLOTHIAN, VA 23112 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ENVISTA FORENSICS LLC, DBA AREPA<br>C/O DAVID M. NEUMANN<br>MEYERS ROMAN FRIEDBERG & LEWIS LPA<br>28601 CHAGRIN BLVD., SUITE 600<br>CLEVELAND, OH 44122 | GABRIEL AND ANDREW BOUTIN<br>48 CASCADE ST.<br>ESSEX JUNCTION, VT 05452-0545 | TULIP<br>5464 LAKE AVE<br>ORCHARD PARK, NY 14127 |
| GREGORY ALMEDIA<br>240 OLD FOAMY RD.<br>CLEBURNE, TX 76033 | JON BULGER<br>5169 FREEMAN RD.<br>ORCHARD PARK, NY 14127 | WILLIAM SWEENEY<br>10 WESTEDGE ST., UNIT 725<br>CHARLESTON, SC 29403 |
| SQUIRRELS 401(K) & PROFIT-SHARING PLAN<br>C/O PLAN SPONSOR, SQUIRRELS, LLC<br>121 WILBUR DRIVE, NE<br>NORTH CANTON, OH 44720 | STEPHEN ALLISON<br>18 MONUMENT DR.<br>STAFFORD, VA 22554 | PROTECH SECURITY<br>PO BOX 35034<br>CANTON, OH 44735 |
| SCEB LLC<br>ATTN: STEPHEN ALLISON<br>18 MONUMENT DR.<br>STAFFORD, VA 22554 | AVNET INC.<br>ATTN: DENNIS LOSIK<br>5400 PRAIRIE STONE PKWY<br>HOFFMAN ESTATES, IL 60192 | AVNET INC.<br>C/O MICHAEL WALKER, GENERAL COUNSEL<br>2211 S. 47TH STREET<br>PHOENIX, AZ 85034 |
| AVNET INC.<br>5400 PRAIRIE STONE PKWY<br>HOFFMAN ESTATES, IL 60192 | JEFF SCHUGART<br>13918 BOND STREET<br>OVERLAND PARK, KS 66221 | SF MINING LLC<br>12795 LOWHILLS RD.<br>NEVADA CITY, CA 95959 |
| INSTANTIATION, LLC<br>ATTN: SAM CASSATT<br>434 DORADO BEACH E<br>DORADO, PUERTA RICO 00646 | ALIGNMENT ENGINE, INC.<br>8050 FREEDOM AVE NW, UNIT B<br>NORTH CANTON, OH 44720 | JS MINING<br>JEFF SCHUGART<br>13918 BOND STREET<br>OVERLAND PARK, KS 66221 |