**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Tiiara N.A. Patton |

**<u>SUPPLEMENTAL CERTIFICATE OF SERVICE</u>**

I, Julie K. Zurn, hereby certify that on June 4, 2024, a true and correct copy of the following:

1. Order Approving Compromise and Settlement Between the Debtors and Cincinnati Insurance Company was also sent via email to:

    Artem Pylypchuk at articicejuice@gmail.com
    Jose Nunez at admin@croxmoon.com
    Michael Erceg at michael.erceg@gmail.com
    Spencer Gabriel Singh at spencersingh96@gmail.com
    Todd Dallimore at tdallimore@start.ca
    Yannick Vergult at yannick.vergult@gmail.com
    Henrik Gustafsson at henrik@virtualduck.net
    Ruben Sousa at sousa.ruben2@gmail.com
    Robin Wolf at robin.90@hotmail.de
    Donald Ruffatto at Druffato@gmail.com
    Jordan Kupersmith at jordankupersmith@gmail.com
    Scott Chen at madam.ng16@gmail.com
    Mohamed Kazem at nabilkazem@mail.com
    Tim Bredemus at tcbred@gmail.com
    David Burlington at dburlington@yahoo.com

Dated: June 4, 2024                                     Respectfully submitted,

                                                                   */s/ Julie K. Zurn*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for the Debtor
and Debtor-in-Possession*