IN THE COURT OF COMMON PLEAS
STARK COUNTY, OHIO

| | | |
|---|---|---|
| Midwest Data Co., et al. | ) | Case No. 2023 CV 01239 |
| Plaintiffs | ) ) ) | JUDGE FARMER |
| vs. | ) ) | |
| Cincinnati Insurance Co. Defendant | ) ) ) | REPORT OF MEDIATION |

A mediation conference took place on March 7, 2024. The result of this conference is a contingent settlement between the parties on the following terms:

Defendant Cincinnati will pay the sum of $232,500 to settle Plaintiffs' claims. In exchange for this payment, Cincinnati Insurance Company will obtain a full and final release of all claims related to the fire that occurred on July 15, 2021.

The agreement to resolve on these terms shall be reflected in a settlement agreement to be attached as an exhibit to a motion seeking approval of the Bankruptcy Court, wherein the allocation of the settlement proceeds, to wit: $175,000 for third-party claims; $40,000 for business interruption; and $17,500 for SQRL property damage, will be articulated.

The contingency to this settlement is bankruptcy court approval.

Court costs will be paid by the Defendant. Assuming the contingency occurs, this case will be dismissed with prejudice. The final entry and release will be prepared by defense counsel.

The parties hereby agree that, after bankruptcy court approval, Plaintiffs will execute a standard release or releases of all claims.

The Court will retain jurisdiction over the terms of this settlement.

_____
Cortney Morgan, Mediator