FILED

2024 JUN 27  PM 4:43

**Page 98**

1   Paul, were you personally trying to solve this,
2   like work this out?
3  A  Yes.  I actually reached out to a colleague of
4   mine at one point and asked if we could borrow
5   the cryptocurrency to pay him and SQRL would
6   pay them back later.  He actually agreed to do
7   that, but then was unable to because the
8   exchange on which his cryptocurrency was held
9   and, in fact, some of our cryptocurrency was
10  held at one time, well, or a payment to us was
11  held at one time had actually been hacked and
12  was locked from a period of time from April for
13  several weeks which, again, not Torea's fault
14  in any way, but we were making efforts to try
15  to find the solution.
16      As I mentioned, I paid a 24 Ethereum
17  deposit from my own personal cryptocurrency,
18  which is not a significant reserve.  I think
19  that was probably most of my cryptocurrency at
20  the time.  You know, we were trying to get it
21  resolved.
22  Q  And who was this third-party you were reaching
23  out to borrow Ethereum from them?
24  A  David Jimenez.
25  Q  Is David Jimenez involved at all with Squirrels

**Page 99**

1   or Midwest in terms of an ownership interest?
2  A  Yes.  He's a shareholder.
3  Q  In which entity?
4  A  Both.
5  Q  Give me one second here.
6      - - - -
7      (Plaintiff's Exhibit 9 was marked.)
8      - - - -
9  Q  So let's look at Exhibit 9, which is an e-mail
10  string from May 18, 2021.
11  A  Yes.
12  Q  If you can give me a second, I need to scroll
13  down.  It's SQRL TOR0350 it starts.  Okay.  I'm
14  expanding Exhibit 9.
15      Okay.  So this is an e-mail string.  So
16  take a minute and look it over.  Obviously I
17  would suggest you start on the second page and
18  read them in chronological order, please.
19  A  Yes.
20  Q  So these are e-mails from Amanda McConnell to
21  Paul Billinger, right?
22  A  Yes.
23  Q  Dated May 12 they start, 2021.  You see that?
24  A  Yes.
25  Q  So Amanda was the person that you mentioned

**Page 100**

1   earlier that I think you had delegated to
2   negotiate with Paul Billinger, right?
3  A  Yes.  I would clarify that delegated to, you
4   know, deal with the financial part, negotiate
5   -- delegated to negotiate within the bounds of
6   trying to negotiate a solution to get Paul
7   paid.
8      You'll note that this was 30 days,
9   approximately 30 days from the date of the
10  original sale agreement that will trigger
11  things in our system that says, hey, this needs
12  to get paid.
13  Q  Right.
14      Okay.  Was it paid in May of 2021?
15  A  It was attempted to be.  It was not though.
16  Our payment was refused.
17  Q  Okay.  Tell me about that.  So tell me about
18  your attempt.
19  A  So, again, there is a game of telephone going
20  on here which, hindsight is 2020, regrettable.
21  But I had communicated to Amanda that, hey,
22  we've not been able to get the Ethereum.  The
23  Ethereum USD conversion has gone way up.  We
24  don't actually have the funds to buy that much
25  Ethereum.  Why don't you reach out to Paul and

**Page 101**

1   see if we can just pay him in USD, negotiate
2   some USD price and get this resolved.
3      Because, again, internally, management
4   side, this has crossed 30 day payment terms
5   that are in most industries considered
6   customary as -- in almost every industry a
7   transaction -- a payment within 30 days is
8   considered good faith and, you know, reasonable
9   terms.  I understand it may not have been
10  Paul's expectation, but internal to our
11  processes that's pretty normal.
12      So I asked Amanda to reach out, highlight
13  the 24 Ethereum had been paid.  See if Paul
14  would agree to take payment in USD at the USD
15  value of the boards that we had agreed to try
16  to get this resolved.
17      Obviously I directed her to try to get
18  that payment in U.S. dollars as the best
19  outcome of the situation and as a starting
20  point for trying to get that resolved.
21  Q  Well, right.  It would be the best outcome for
22  your company, not Torea, right, because it
23  needed it in Ethereum, right?
24  A  Sure.  And Amanda, it does appear in that
25  acknowledged that, you know, our circumstances

26 (Pages 98 - 101)

Page 102

1   had made it un tenuous, untenable and
2   inequitable I believe is the term that she
3   later uses, but to make that payment in
4   Ethereum.  It was going to cost us tremendously
5   more and we weren't in a position where we
6   actually could do that and so -- but having
7   already transacted based on the purchase, we
8   needed to find a solution.
9  Q  Well, let's break that down a little bit
10   though.
11      Because you took on that risk when you
12   agreed to buy the cards for Ethereum, right?
13 A  Yes.  There's an argument that we took on that
14   risk.
15 Q  Exactly.  Thank you.
16      Okay.  So let me ask you about this top
17   e-mail on 350.
18      Did you review this e-mail before Amanda
19   sent it?
20 A  The 350?  I don't know that I reviewed this
21   e-mail.  I don't recall if I reviewed this
22   specific e-mail.
23      I certainly -- I recall some discussions
24   around some of the points in it.  I don't
25   recall if I reviewed it word for word at any

Page 103

1   point.
2  Q  Okay.  So I want you to take a minute and
3   review that e-mail at the top and then I'm
4   going to ask you some questions.
5  A  Yes.  Go ahead.
6  Q  Well, give me a second here.
7  A  No problem.
8  Q  So do you approve of all of the -- do you
9   approve the content of this e-mail?
10      MS. ZURN:  Objection.  You can
11   answer.
12 A  Are you asking if I at this immediate moment
13   approve the contents of -- I'm not sure I
14   understand the question.
15 Q  Okay.  So you didn't review this e-mail
16   verbatim before it was sent out, right?
17 A  No.  I don't believe so.  But, again, I don't
18   specifically recall.
19 Q  Okay.  Did you talk to Amanda about what should
20   be put in this e-mail?
21 A  We certainly had conversations about the
22   various facts of the matter here.
23 Q  Did you talk to Amanda about -- I'm sorry,
24   David.  I do apologize.  Go ahead.
25 A  No problem.

Page 104

1      We certainly had conversations about the
2   matter in general and in those conversations
3   these various points that Amanda makes here in
4   a less than eloquent way were certainly
5   discussed.
6  Q  Did you discuss the threat that's in the middle
7   of this e-mail?
8  A  It was discussed as I would say in a matter of
9   -- let me phrase this.
10      Amanda was particularly passionate about
11   the dealings with Torea having been the party
12   that was subject to all of the disagreements
13   over the past two months and had, on a personal
14   basis that was not necessarily representative
15   of the company, or I should say explicitly not
16   representative of the company, had certain
17   feelings about this transaction that led her to
18   feel and to advocate for a more aggressive
19   treatment of this discussion.
20 Q  And what is your understanding of the threat I
21   just referred to?
22 A  I believe you're referring to the notice that
23   our contract allows boards for which hosting
24   hasn't been paid to be repossessed by the
25   hosting company.

Page 105

1  Q  Oh.  That's a second threat.
2      Do you see the threat about the IRS?
3  A  I do see that was in there that they were
4   referring to --
5  Q  I'm sorry.  I cut you off again.  So that's two
6   threats, right?
7      MS. ZURN:  Objection.
8  A  I would not -- you know, I can't term whether
9   they're threats or not.  They're certainly
10   statements made in an adversarial tone.
11 Q  Yes.
12 A  And that was a direct response to the
13   adversarial responses that were reflected from
14   Mr. Billinger.  My read of these e-mails is
15   that Amanda initially reached out very
16   cordially to try to start a negotiation and she
17   got very curt and uncooperative responses and
18   so this led to the last e-mail she sent here.
19 Q  Okay.  The e-mail is also untrue, right?
20   There's something big in there that's not true,
21   right?
22      MS. ZURN:  Objection.
23 A  Would you be more specific as to what you're
24   referring to?
25 Q  Sure.

27 (Pages 102 - 105)

---

**Page 106**

1    So the second last line, well, third last
2  line, "Further, since more than 60 days has
3  lapsed since the last hosting payment was made,
4  SQRL has lawful possession of the FK33 boards."
5    Do you see that?
6  A  Yes.
7  Q  Okay. So the FK33 boards. Is that all 267
8  cards?
9  A  I don't have a way of knowing whether that was
10  referring to all boards or not.
11  Q  Well, do you see the problem with that?
12  A  Well, let me elaborate here. There are
13  problems with that statement, but if you can
14  ask your specific questions, I will answer
15  them.
16  Q  Okay. What's the first problem you notice
17  about that statement?
18  A  The issue that I'm aware of of that statement,
19  which I wouldn't say is a problem with the
20  statement itself, it's a matter of fact that I
21  became aware of later and at this time I
22  certainly didn't realize which was that
23  Mr. Billinger had never actually signed a
24  hosting agreement with Midwest Data Company
25  that contained the terms. Even though this was

**Page 107**

1  our standard agreement with all customers, he
2  had refused to sign that agreement, unbeknownst
3  to me.
4  Q  Okay. What's the second problem you notice
5  about this sentence?
6  A  That's the only item that I know specific about
7  this sentence is that issue.
8  Q  So you would agree with me that sentence that
9  starts, "Further, since more than 60 days have
10  lapsed", that the FK33 boards refers to the
11  Torea cards, right?
12    MS. ZURN:  Objection.
13  Q  You can answer.
14  A  I am not -- you know, I'm not fully sure again.
15  You know, this is not my e-mail. This is based
16  on points that were discussed internally.
17    If I was reading that statement, I would
18  believe that it was referring to the Torea
19  FK33's.
20  Q  Right.
21    And that statement there is not true as
22  of May 18, 2021, is it?
23  A  It is -- I understand what you are asking in
24  this regard. SQRL's possession of any FK33
25  boards wasn't actually a matter of course. It

**Page 108**

1  may have been in care of or in custody of the
2  boards, but it was not necessarily in
3  possession of them from a title standpoint.
4  Q  Right.
5    Because all of those boards had already
6  been sold to third-parties by then, right?
7  A  Correct.
8  Q  Okay. Because you sold the boards on April 13
9  and April 15. We talked about that, right?
10  A  Yeah. That is our belief from the
11  documentation we have, that they were used to
12  fulfill those sales.
13  Q  All right. So Squirrels sold boards that it
14  did not own, right?
15  A  It did own them from its -- it had the
16  perspective that it did own them. There was a
17  completed sale agreement and it was a matter of
18  payment terms that was at dispute.
19  Q  So you think that Squirrels owned these cards
20  that it had not paid in full for? That's your
21  testimony?
22  A  That's a regular business transaction. If I
23  purchased anything -- if I purchased these
24  boards from a vendor, I would own them the
25  moment we took possession, irrespective of when

**Page 109**

1  we made payment.
2  Q  And then you could then sell them to a
3  third-party whenever you wanted to even though
4  you hadn't paid for them?
5  A  That's correct. Unless there was some security
6  agreement barring it.
7  Q  Do you consider that bad faith to sell
8  something you haven't paid in full for?
9  A  I mean in this case the implication was that we
10  were purchasing the Torea boards in order to
11  resolve the ongoing rental situation. The
12  rental situation being for the benefit of a
13  third-party customer and the purchase being the
14  culmination of that rental into a transfer to
15  that third-party customer. So the transaction
16  made logical sense. The timing and
17  communication matters are what has compounded
18  this.
19  Q  How much did you sell the Torea boards for?
20  A  Again, I can't speak to the specific path of
21  the Torea boards other than what we are
22  believing to be the case from the
23  documentation, but I would have to find that
24  purchase agreement to see exactly what the
25  transaction price was.

28 (Pages 106 - 109)

| Page 110 |
|---|
1 Q  And were you paid in Ethereum, U.S. dollars,
2    Bitcoin?  How where you paid for the boards?
3 A  I don't actually know the answer to that for
4    that specific transaction.  We certainly
5    accepted payments in -- and they were always
6    enumerated in U.S. dollars, regardless of the
7    mechanism of transfer.  And those payments were
8    also received on payment terms commensurate
9    with B&B business.
10 Q  Let's look at what I believe is one of the
11    Purchase Agreements, so give me one second to
12    locate it.
13            - - - - -
14    (Plaintiff's Exhibit 16 was marked.)
15            - - - - -
16 Q  Exhibit 16.  I will attempt to scroll down to
17    without making everyone dizzy.
18        Have you found Exhibit 16?
19 A  Yes.  I have Exhibit 16 in front of me.
20 Q  Okay.  Is this the agreement you were referring
21    to whereby Squirrels Research Labs sold 400
22    cards to Michael Maranda, LLC?
23 A  Yes.  This appears to be that agreement dated
24    April 13, 2021 that references those 400 cards.
25 Q  Did you negotiate the terms of this agreement

| Page 111 |
|---|
1    with Michael Maranda?
2 A  Yes.  I would have been the primary party
3    responsible for that transaction.
4 Q  And at the time you negotiated this deal, was
5    Michael Maranda a member of Squirrels?
6 A  No, he was not.  I do not believe so.
7 Q  When did Michael Maranda become a member of
8    Squirrels?
9 A  I believe that was in May of 2021.
10 Q  Very good.
11        And so on page 3 of that agreement it
12    says that the cards were sold for $1,000 per
13    unit?
14 A  That is correct.
15 Q  Did Mr. Maranda pay for those cards
16    immediately?
17 A  I don't believe so.  This speaks to the
18    statements I made earlier about the irregular
19    nature of Mr. Maranda's transactions and the
20    lack of one to one payments corresponding to
21    purchase orders with a high volume occurring.
22 Q  Would you have any record of when Mr. Maranda
23    paid Squirrels for these cards?
24 A  I would be able to check the records and try to
25    determine that.  Again, what I'm referring

| Page 112 |
|---|
1    is Mr. Maranda paid multiple Purchase
2    Agreements and multiple purchases via
3    non-standard processes of Purchase Agreements
4    at the same time amounting to significant
5    dollar amounts, you know, multiple millions of
6    dollars.  And so there were some lump payments
7    that were then later determined by Maranda to
8    be applied against certain invoices or
9    purchases.  So I don't have that information in
10    hand, but there is the possibility that we have
11    records that could trace back which exact
12    payment would have been encompassed here.
13 Q  I will respectfully ask you to try to find that
14    document and the documents related to the
15    April 15 sale and when payments were received
16    for those sales.
17 A  Yes.
18            - - - - -
19    (Plaintiff's Exhibit 14 was marked.)
20            - - - - -
21 Q  I'm going to ask you a couple questions about
22    Exhibit 14.
23 A  Okay.
24 Q  So this document is an Official Form 201.
25        Do you see that?

| Page 113 |
|---|
1 A  Yes.
2 Q  Did you help put this together?
3 A  Yes.  I participated in it, as I would have had
4    to in the construction of it.
5 Q  If you look back to page 10 of 29.
6        MS. ZURN:  Are you referring to
7    the indication by the docket entry?  Are you
8    referring to 21-61491, docket 1?
9        MR. HEASLEY:  Yes.
10 Q  So do you see that?  So Michael Maranda's name
11    is listed as one of the members of Squirrels
12    Research Labs, LLC at the bottom-right-hand
13    corner of that page, right?
14 A  Yes.
15 Q  And flipping two pages forward, page 12 of 19
16    of document number 1, Mr. Maranda's 12,000 I
17    would guess membership units are listed there?
18 A  Yes.
19 Q  And would there be some type of membership
20    agreement that was associated with him
21    purchasing these units?
22 A  Yes.  There would be.
23 Q  And you said based on your recollection that
24    would have been in May of 2021?
25 A  Yes.  He, to my knowledge, purchased those

29 (Pages 110 - 113)

| Page 114 |
|---|
| 1   units in either two or three transactions. |
| 2  Q   And how do you recall that date? It seems |
| 3      pretty specific that you would remember May of |
| 4      2021. |
| 5  A   Well, certainly I've had to review the history |
| 6      of memberships relative to all of the |
| 7      bankruptcy proceedings and documents, so that's |
| 8      generally why I recall that date. |
| 9      - - - - - |
| 10     (Plaintiff's Exhibit 22 was marked.) |
| 11     - - - - - |
| 12  Q   Let's look at Exhibit 22, which I'm not sure if |
| 13      I printed an extra page, but the second page of |
| 14      that document for sure it appears is the |
| 15      Squirrels Plan of Liquidation dated |
| 16      February 21, 2022. |
| 17         Do you see the second page of that |
| 18      exhibit? |
| 19  A   Yes. So can I confirm that the first page |
| 20      present on this exhibit, the Berkshire Bank as |
| 21      documented is unrelated and a clerical -- |
| 22  Q   It is. I'm not even sure -- we will pull that |
| 23      out and discard it. It's a public document, so |
| 24      I'm not too concerned, but it's definitely not |
| 25      part of this exhibit and I apologize for the |

| Page 115 |
|---|
| 1      confusion. |
| 2  A   No problem. I just wanted to make sure it was |
| 3      not a matter I needed to be familiar with. |
| 4  Q   Thank you for that and I do apologize to |
| 5      everyone. |
| 6         So page 2 of Exhibit 22 is the plan. |
| 7      Have you reviewed this plan prior to it being |
| 8      filed? I don't want to know what you talked |
| 9      about with your counsel, but did you review it |
| 10      before it was filed? |
| 11  A   Yes. I've certainly reviewed this plan in |
| 12      depth as I've got my signature either on it or |
| 13      related to it. |
| 14  Q   Okay. If you can turn to page 8 of 26? |
| 15         MS. ZURN: It's not a complete |
| 16      copy of the plan, correct? |
| 17         MR. HEASLEY: Correct. |
| 18  Q   Do you see page 8, sir? |
| 19  A   Yes. |
| 20  Q   Item C? |
| 21  A   Yes. |
| 22  Q   Can you explain that to me? |
| 23  A   So for clarification, can you read the first |
| 24      five words or so so I know which section? |
| 25  Q   Very good. |

| Page 116 |
|---|
| 1         "Transfer of HAAS CNC machine to Debtor's |
| 2      President", which I think is you, right? |
| 3  A   Yes. |
| 4  Q   Can you tell me about this? |
| 5  A   Yes. So on that date, July 13, 2020, I had |
| 6      expenses. We had done a large build-out within |
| 7      Squirrels Research Labs in the first -- let's |
| 8      just say first half of 2020. And during that |
| 9      build-out there were regular, reimbursable |
| 10      expenses that I incurred for equipment or |
| 11      supplies on behalf of the company. |
| 12         And at that point in July, I needed those |
| 13      reimbursements paid and I elected to take |
| 14      payment in the form of the CNC machine that the |
| 15      SQRL had for heat sink and thermal prototyping |
| 16      in lieu of a cash payment, which was to the |
| 17      benefit of the company and not challenging its |
| 18      cash at that time and obtaining a premium for |
| 19      the machine. |
| 20  Q   How did you go about determining the $31,000 |
| 21      figure? |
| 22  A   I believe it was the exact amount that SQRL had |
| 23      purchased the machine for earlier in the year. |
| 24  Q   So it didn't take into account any depreciation |
| 25      or anything related to that machine? |

| Page 117 |
|---|
| 1  A   No. I mean upon looking at this only, because |
| 2      I've recently looked at this transaction, there |
| 3      may have been a $600 difference. And I'm not |
| 4      sure whether that difference is an incorrect |
| 5      value here in the plan or the difference is |
| 6      reflected in my transfer versus the purchase, |
| 7      but I do know that there's a 31,600 value that |
| 8      was present at one point, but there was no |
| 9      explicit conclusion of any depreciation or |
| 10      other documents. This was meant to be a |
| 11      concession to the company to help the company's |
| 12      cash flow. |
| 13  Q   Let me ask you about item D which starts with, |
| 14      "Debtor is evaluating." |
| 15  A   Yes. |
| 16  Q   Have you had an opportunity to read through |
| 17      that like today, like as we sit here? I don't |
| 18      want to rush you. |
| 19  A   Yes. I'm familiar with this clause and |
| 20      statement. |
| 21  Q   What does this refer to? |
| 22  A   Certainly in reviewing as the Debtor and the |
| 23      liquidating debtor proposed in this plan, my |
| 24      job is to maximize the recovery for all of the |
| 25      creditors in this case and I take that |

| | Page 118 | | Page 120 |
|---|---|---|---|

Page 118

1  seriously. And within regards to that, I
2  reviewed many, many transactions going back on
3  the one year, two year, four year as well as
4  the 90-day time periods that I've come to
5  understand relate to the bankruptcy, and one of
6  the items we've looked at is whether any
7  purchases or, in this case, sales of hardware
8  occurred for less than reasonably equivalent
9  value. And it was noted that some of the
10  transactions to MMLC certainly have price
11  points that could be -- you know, deserved
12  further scrutiny, as they could be lower than
13  reasonably equivalent value in the market for
14  the hardware.
15      And then also it is blatantly apparent
16  that some of the Torea purchases were made in
17  times of need of the company and were made for
18  considerable less value than the going price of
19  that hardware. And so we've noted here that
20  those certainly have to be looked at.
21  Q  Okay. So blatantly obvious. That's pretty
22  strong words, so let's talk about that.
23      So, first of all, which transactions are
24  you referring to of Torea?
25  A  I would refer to the transactions in which

Page 120

1  Q  Okay. Well, let's be real specific then about
2  this since you're referring back to Exhibit 1.
3  Let's look at the July 23, 2020 deal.
4      So who was the third-party that set this
5  up?
6  A  The July 23, 2020 deal, Greg Almeda was the
7  party that made that introduction on behalf of
8  PBI.
9  Q  Greg Almeda, okay.
10      So Greg Almeda made the introduction.
11  Did he do that in e-mail, Discord? How did
12  that come about?
13  A  He likely did it on Discord. I believe he was
14  still on-site in Ohio. I don't think he left
15  until August of 2020.
16  Q  So Greg -- I'm sorry. Go ahead.
17  A  I just want to clarify that that's my
18  recollection. I don't specifically remember
19  exactly when he was on-site.
20  Q  Okay. So Greg Almeda brokers this deal and
21  says that Paul Billinger wants to buy 30 of
22  these cards, right?
23  A  Yeah. 30 of the boxes.
24  Q  30 of the boxes. Fine.
25      And then he brokers this deal and says he

Page 119

1  April -- I believe Exhibit 1 represents
2  April 16 of 2020 has an interesting rate. And,
3  further, in July of 2020 has the same rate.
4      That rate of $2,000 per 5 FK complete
5  mining box, you can note that that price,
6  basically 2,000 divided by 5, would come to
7  I believe $400 per board. These boards
8  regularly were initially released at over
9  $2,000 and regularly sold and regularly traded
10  on the secondhand market right now for as much
11  as $1,500. These were sold at a substantial
12  discount out of cash flow needs on Squirrels
13  Research Labs' side.
14  Q  Okay. So what happened?
15  A  In those transactions -- those transactions, I
16  will say, actually neither of those
17  transactions was negotiated by me. They were
18  negotiated on SQRL's behalf by different
19  parties who I had been in communication with
20  about whether anyone wanted to buy any boards
21  because we needed to sell some hardware that we
22  had or were operating in order to generate cash
23  flow. In both cases the third-parties brought
24  Torea to the table who was always happy to
25  scoop up a deal.

Page 121

1  wants to buy these for this amount. Then at
2  that point Squirrels can either take that deal
3  or say we want more, right?
4  A  Correct. We certainly would have asked for
5  more initially and certainly likely, again, I
6  don't recall the specifics at this time, likely
7  would have involved some amount of negotiation
8  to get to this price point.
9  Q  Okay. I keep interrupting you so I was going
10  sure that you're done.
11      So there was some negotiation back and
12  forth specifically related to these boxes. Do
13  you recall the details of the negotiations?
14  A  I'm afraid that I don't.
15  Q  But at some point Squirrels had to agree to
16  sell these boxes for that price, right?
17  A  Yes. Certainly we at some point agreed to
18  these sales.
19  Q  So if Squirrels decided to sell boxes to Paul
20  Billinger for blatantly below market value,
21  that would be Squirrels problem, right?
22  A  I'm not a bankruptcy attorney, so I can't speak
23  to that.
24  Q  Well, you said blatantly obvious that it was
25  below market value. So -- go ahead.

31 (Pages 118 - 121)

Page 122

1  A  Sorry. I apologize for interrupting you.
2  Q  Please, go ahead.
3  A  Yes. In a historical view, those boards were
4     sold at a value that was not commensurate with
5     the normal sale value of that hardware at any
6     other point in the business. You know, it was
7     certainly a sale that was done in a time where
8     cash flow was urgently required and done under
9     some level of duress.
10 Q  I'm sorry. You said this was not a time that
11    you were under duress or you were?
12 A  It was done at a time that was under some level
13    of cash flow duress.
14 Q  Okay. And it says right here on page SQRL
15    TOR006, there's a notation, "Paid."
16       So Paul Billinger paid for these boxes,
17    right?
18 A  Yes.
19 Q  So in terms of letter D here that you're
20    evaluating various sales, would you talk to
21    Greg Almeda about giving you money related to
22    those sales?
23 A  No. Greg Almeda was not the party involved in
24    the financial transaction. He simply connected
25    the desired buyer or seller and buyer, I

Page 123

1     suppose.
2  Q  So in evaluating this deal you would go back to
3     Paul Billinger related to this deal?
4  A  You know, I'll repeat. I am not a bankruptcy
5     attorney.
6  Q  Sure.
7  A  My understanding of the situation is -- and,
8     again, there's no definitive statement made
9     here in section D. It is only for the
10    transparent putting it in front of all
11    creditors that we are aware of transactions
12    that are outside of the normal value for
13    hardware that involve these two parties in our
14    review of records. And because we want to be
15    transparent to all creditors who are also
16    reviewing these transactions and are also
17    coming to us and asking for these details that,
18    yes, we are aware of these and they are being
19    evaluated. That would be the extent of my
20    understanding.
21       And I certainly have been advised that we
22    need to evaluate them, but I am not any expert
23    who can state as to, you know, what the
24    ultimate determination of evaluating these
25    would be.

Page 124

1  Q  And that's fine.
2       And let me just remind you and, please,
3     I beg of you, do not tell me anything you were
4     advised when you talked to your lawyers. I
5     don't want to know anything about that. And
6     you're doing great. I'm just letting you know
7     as a courtesy. I don't want to know anything
8     about that.
9       To round out this line of questioning,
10    you mentioned the July 23, 2020 transaction
11    that we just talked about. Were there other
12    transactions? I think you may have alluded to
13    other transactions that you looked at.
14 A  Well, I'm looking at the very first page of
15    Exhibit 1 which references an April 16, 2020
16    transaction at the same rate. And I'm also
17    aware of a transaction in February of 2021,
18    although I don't have it in front of me. I
19    don't know the purchase price or rate of that
20    transaction, but I am aware that there was
21    another Torea transaction that occurred in
22    February of 2021.
23 Q  And the April 2020 transaction, was that again
24    during a period when Squirrels was having
25    financial problems?

Page 125

1  A  I don't actually recall the circumstances of
2     that transaction.
3  Q  What about the February 2021? Is that a period
4     of time when Squirrels was having financial
5     issues?
6  A  February 2021 I would not explicitly say that
7     Squirrels was having financial issues, but I
8     would draw that we were working on that deal
9     with Avnet that is referenced in some of the
10    other documents and were working on putting
11    together the capital to meet that minimal order
12    requirement.
13       MR. HEASLEY: Okay. I would like
14    to take another break, probably about ten
15    minutes this time and then when we'll
16    reconvene.
17       (Recess taken.)
18       - - - - -
19    (Plaintiff's Exhibit 11 was marked.)
20       - - - - -
21 Q  Let's look at Exhibit 11.
22       Exhibit 11 is an e-mail dated June 7,
23    2021 from you to Paul?
24 A  Yes.
25 Q  Do you see that?

32 (Pages 122 - 125)

| Page 126 |
|---|
| 1  And Jeff Willis is copied. He's your |
| 2  lawyer. I don't want to know anything about |
| 3  that. But it talks about you depositing funds |
| 4  into a public wallet. |
| 5  Do you see that? |
| 6 A  Yes. |
| 7 Q  How much was deposited into the wallet? |
| 8 A  Whatever the remainder amount is, it might have |
| 9  been slightly more, but it was at least the |
| 10  remainder amount of the 160.2 less the 24 that |
| 11  had been paid. |
| 12 Q  Okay. What about the late rental payments that |
| 13  you had agreed to pay? Are they being |
| 14  accounted for there? |
| 15 A  Not in this transaction. This was specifically |
| 16  to resolve the board purchase. |
| 17 Q  Are those funds still parked in that account? |
| 18 A  No, they are not. |
| 19 Q  When did they come out? |
| 20 A  I don't recall the exact date, but they were |
| 21  removed with notice to Mr. Billinger from |
| 22  counsel. |
| 23 Q  Why were they removed? |
| 24 A  It had become two factors. One, it had become |
| 25  apparent that Mr. Billinger was not accepting |

| Page 128 |
|---|
| 1  began trying to accumulate the Ethereum. Once |
| 2  it became apparently that Mr. Billinger was not |
| 3  accepting payment in USDT, we did try to begin |
| 4  accumulating Ethereum, and we had different |
| 5  mechanisms of doing that. Redirecting Ethereum |
| 6  from transactions that had been purchased by |
| 7  other customers in cryptocurrency, as well as |
| 8  direct purchases of Ethereum. So it was a |
| 9  variety of sources that put the full amount in |
| 10  there. |
| 11 Q  At the time you purchased that Ethereum was the |
| 12  U.S. dollar equivalent of Ethereum at a |
| 13  different level than it had been previously? |
| 14  MS. ZURN: Mr. Heasley, you |
| 15  broke up a little bit. I'm sorry. Could you |
| 16  say that again. |
| 17  MR. HEASLEY: Very good. |
| 18 Q  So at the time -- you mentioned purchasing |
| 19  Ethereum. At the time you purchased the |
| 20  Ethereum, was the USD equivalent lower than it |
| 21  had previously been? |
| 22 A  You know, without having those specific figures |
| 23  in front of me, I don't know exactly. But my |
| 24  general impression was, yes, the price |
| 25  fluctuates day-to-day, so it was certainly |

| Page 127 |
|---|
| 1  the escrow payment and, as noted in this |
| 2  message, nothing about taking that payment |
| 3  would have prevented him from having other |
| 4  claims, et cetera. |
| 5  I don't know why he refused to take that |
| 6  payment. I would have taken that payment. But |
| 7  he refused to. And it became apparent he was |
| 8  going to continue to refuse to and the |
| 9  financial circumstances of SQRL were getting |
| 10  tighter to where it would be having |
| 11  difficulties making its payment to Avnet, who |
| 12  SQRL fully was in belief has a global blanket |
| 13  security interest on all its assets, including |
| 14  cash and cash equivalents and these |
| 15  cryptocurrencies. And so without making any |
| 16  statements of the type you advised me not to |
| 17  make a minute ago, I will say that it was |
| 18  expected that if we did not use the funds to |
| 19  pay our payment to Avnet and fell into default, |
| 20  that they would have been forfeited to Avnet |
| 21  anyway, and so the best tactical move was to |
| 22  try to prevent a default and stay in business. |
| 23 Q  So how soon before this e-mail was sent did you |
| 24  purchase the Ethereum? |
| 25 A  I would have to go look. You know, I know we |

| Page 129 |
|---|
| 1  lower than it had been at some point in the |
| 2  past. |
| 3 Q  Okay. So could you please gather documents |
| 4  related to those purchases of Ethereum so I |
| 5  know how much you spent in U.S. dollars to |
| 6  purchase that Ethereum? |
| 7 A  We can attempt to do so. But, again, these are |
| 8  fungible currencies intermixed in accounts. It |
| 9  may be -- without reviewing the records, I |
| 10  can't say at this point whether it is possible |
| 11  to determine the exact Ethereum tokens that |
| 12  were moved in and whether they were -- whether |
| 13  there's -- you understand my meaning, but |
| 14  whether there is a straight linear path from |
| 15  purchase to wallet to transferring to escrow |
| 16  account or whether there are numerous |
| 17  transactions through the Ethereum accounts with |
| 18  the fungible tokens that would make it |
| 19  difficult to determine exactly which units of |
| 20  Ethereum applied here. |
| 21 Q  Very good. If you could give it a try, I would |
| 22  appreciate it, because I would like to know the |
| 23  U.S. dollar equivalent for at least some of the |
| 24  Ethereum you purchased. Because you said you |
| 25  didn't purchase it earlier because it was |

33 (Pages 126 - 129)

| | |
|---|---|

**Page 130**

1  prohibitively expensive to the point you felt
2  it would be unfair for you to have to pay that.
3  So can you give it a try and see if you can
4  figure out how much you had to pay for the
5  Ethereum that was in this wallet?
6  A  Certainly.  And I'm certainly aware that
7  Ethereum briefly spiked to a very high dollar
8  amount in the time that we had made those
9  e-mails about it being prohibitively expensive
10  and that that very high dollar amount was
11  short-lived.  And so certainly the -- just my
12  historical knowledge of the Ethereum prices is
13  that Ethereum was more commensurate where it
14  had been on a regular basis for some time and
15  at the time the sale was made in the subsequent
16  weeks, so.
17        MS. ZURN:  I apologize.  My
18  daughter is calling me.  I apologize.
19        MR. HEASLEY:  Hold on.  Wait a
20  second.
21  Q  So in terms of this wallet that's listed in
22  Exhibit 11, that's a public wallet, right?
23  A  Yes.  I mean all Ethereum wallets are
24  ostensibly public, but this wallet was created
25  for the purpose of putting this cryptocurrency

**Page 131**

1  into it.
2  Q  So since it's a public wallet, would you be
3  able to have information on when the money went
4  in, money went out, detail of that?
5  A  Yeah.  Certainly anyone familiar with the
6  Ethereum ecosystem would be able to also see
7  that.
8  Q  Could you please pull a report of that type for
9  me, please, to show when the money came in and
10  when it left?
11  A  Yes.
12  Q  Okay.  Thank you.
13        Very quickly we are going to identify
14  Exhibits 12 and 13 briefly.  We're not going to
15  go into them in any great depth today based on
16  a little bit of timing issues, quite frankly,
17  for me as well.
18        - - - - -
19  (Plaintiff's Exhibits 12 and 13 were marked.)
20        - - - - -
21  Q  So Exhibit 11, excuse me, Exhibit 12, it
22  appears to me to be some type of printout of a
23  spreadsheet.
24        Can you tell me -- look that document
25  over and tell me what kind of report that is?

**Page 132**

1  A  Yes.  This is the document I alluded to before.
2  I believe internally I had called this
3  allocation in production, and it was basically
4  a spreadsheet to enumerate all of the various
5  transactions that were happening at the time
6  and supply orders for different types of chips
7  that were happening at the time in order to
8  basically plan production and plan what
9  additional procurement needed to happen.
10  Q  Okay.  And does this relate in any way to Torea
11  or a side issue with production issues?
12  A  This relates to Torea and it was produced
13  explicitly because there's a note in this sheet
14  which, again, it's unfortunate when you
15  reproduce on paper, but there is a note around
16  one of the specific orders, 400 which we had
17  referenced prior, and that that order being
18  fulfilled via FK SQRL and PBI buy back, 267
19  less 40 sold ultimately, balance due to be
20  fulfilled in the next 2400 is I believe the --
21  Q  Very good.
22        And then Exhibit 13.  Can you tell me
23  what Exhibit 13 is?
24  A  Yes.  Exhibit 13 is a spreadsheet that I became
25  aware of that was used by primarily Fiona for

**Page 133**

1  internal tracking of hosted equipment accounts
2  and customers.
3  Q  So this is a report related to the 267 Torea
4  cards?
5  A  Yes.  There are two counts.  The 225 and the 42
6  listed as being the Torea cards that are listed
7  on this document.  And, then again, that's why
8  it was responsive to the query.
9  Q  Okay.  All right.  So we will put together a
10  list of the documents I've requested today for
11  you and Julie.  I do appreciate your patience
12  today with some technical issues, so we will
13  send some additional requests.
14        MR. HEASLEY:  We'll adjourn the
15  exam for the time being and with the right to
16  reopen it once we review those documents.  It
17  may or may not be necessary depending on the
18  documents.
19        So anything further, Julie?
20        MS. ZURN:  No.  That's fine.  If
21  you want to take two minutes to go over the
22  documents, the additional documents that you're
23  asking for now, I would be happy to do that.
24        MR. HEASLEY:  I actually want to
25  review the video and my notes to be sure I have

34 (Pages 130 - 133)

Page 134

```
 1    a full list, so I don't want to rush through
 2    it.  So it's on me, not you.  But I would like
 3    to just look over my notes and we'll send you
 4    an e-mail with detail, if that's okay.
 5             MS. ZURN:   Sure.
 6             MR. HEASLEY:  Well, thank you
 7    again, Mr. Stanfill.  I appreciate it and we'll
 8    be in touch down the road.
 9         (Off the record at 5:00 p.m.)
10            - - - - -
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 135

```
 1   THE STATE OF OHIO,  )   SS:
     COUNTY OF CUYAHOGA.  )
 2
 3      I, Aimee N. Szinte, a Notary Public within and
 4   for the State of Ohio, duly commissioned and
 5   qualified, do hereby certify that DAVID STANFILL,
 6   was first duly sworn to testify the truth, the
 7   whole truth and nothing but the truth in the cause
 8   aforesaid; that the testimony then given by him was
 9   by me reduced to stenotypy in the presence of said
10   witness, afterwards transcribed on a
11   computer/printer, and that the foregoing is a true
12   and correct transcript of the testimony so given by
13   him as aforesaid.
14      I do further certify that this deposition
15   was taken at the time and place in the foregoing
16   caption specified, that I am not a relative,
17   counsel or attorney of either party, or otherwise
18   interested in the events of this action.
19      IN WITNESS WHEREOF, I have hereunto set my
20   hand and affixed my seal of office at Cleveland,
21   Ohio on this 6th day of September, 2023.
22
23       Aimee Szinte
24       Aimee N. Szinte, Notary Public
         within and for the State of Ohio
         My Commission expires July 17, 2028.
25
```

35 (Pages 134 - 135)

**Veritext Legal Solutions**

www.veritext.com                                          888-391-3376

| & | | | |
|---|---|---|---|
| **&**  2:3 | 131:14,19 | **200**  62:12,17 | **22**  3:10 114:10 |
| **0** | 132:22,23,24 | **2004**  1:2,10,14 | 114:12 115:6 |
| | **131**  3:8,9 | 3:1 4:6 8:19 | **225**  133:5 |
| **0.6**  82:8 | **134**  4:23 | 9:3 17:10 | **23**  120:3,6 |
| **0.85**  77:5 | **13th**  65:16 | **2008**  11:2 | 124:10 |
| **1** | **14**  3:9 92:6 | **201**  112:24 | **24**  3:6 50:3 |
| | 112:19,22 | **2012**  12:9 | 86:2 98:16 |
| **1**  3:6 29:4,8 | **15**  18:20 58:11 | **2018**  22:2 | 101:13 126:10 |
| 31:13 113:8,16 | 58:13 65:12 | **2019**  18:8 | **2400**  132:20 |
| 119:1 120:2 | 71:18 72:1,8 | **2020**  29:18 | **26**  115:14 |
| 124:15 | 72:13,15 73:1 | 30:18 89:12,15 | **267**  28:23,25 |
| **1,000**  111:12 | 108:9 112:15 | 100:20 116:5,8 | 37:5 48:22 |
| **1,500**  119:11 | **15th**  65:11 | 119:2,3 120:3 | 49:14,21 55:10 |
| **10**  18:20 41:25 | **16**  3:10 29:18 | 120:6,15 | 55:23 56:2 |
| 113:5 | 30:18 110:14 | 124:10,15,23 | 63:4,17 64:11 |
| **10,000**  21:18 | 110:16,18,19 | **2021**  26:1,13 | 66:7 67:15 |
| **100**  62:11,11,17 | 119:2 124:15 | 34:15 58:13 | 75:8 76:15 |
| **11**  3:8 125:19 | **160.2**  82:9,11 | 65:12,17 70:18 | 77:15 81:24 |
| 125:21,22 | 82:24 83:9,19 | 72:1,16 73:1 | 83:9 106:7 |
| 130:22 131:21 | 85:22 126:10 | 75:4 76:6 | 132:18 133:3 |
| **110**  3:10 | **1600**  2:9 | 89:17 91:10 | **28410**  135:22 |
| **112**  3:9 | **17**  93:18,23 | 99:10,23 | **28601**  2:4 |
| **114**  3:10 | 135:24 | 100:14 107:22 | **29**  3:6 113:5 |
| **12**  3:8 81:8,15 | **18**  99:10 | 110:24 111:9 | **2:35**  44:7 |
| 81:18,22 82:2 | 107:22 | 113:24 114:4 | **3** |
| 82:3 83:18 | **19**  113:15 | 124:17,22 | |
| 94:19 99:23 | **1:30**  1:20 | 125:3,6,23 | **3**  3:6 74:9,12 |
| 113:15 131:14 | **2** | **2022**  1:11 | 74:19 111:11 |
| 131:19,21 | | 89:17 114:16 | **3.50**  35:20 36:6 |
| **12,000**  113:16 | **2**  1:11 56:25 | **2023**  135:21 | 36:17 41:9,10 |
| **125**  3:8 | 75:4 115:6 | **2028**  135:24 | 42:13,16,20 |
| **12th**  49:6 | **2,000**  119:4,6,9 | **21**  91:10 | 47:13 76:15,20 |
| **13**  3:9 65:17 | **20**  18:20,22 | 114:16 | 77:1,24 |
| 71:17 108:8 | 85:8,10 87:17 | **21-61491**  1:6 | **3.85**  42:2 |
| 110:24 116:5 | 90:22 | 113:8 | **30**  30:9 100:8,9 |
| | | | 101:4,7 120:21 |

**[30 – addressed]**                                                    Page 2

|  |  |  |  |
| --- | --- | --- | --- |
| 120:23,24 | **7** | accepting | acronym  11:15 |
| **31,000**  116:20 | **7**  125:22 | 126:25 128:3 | acting  69:8 |
| **31,600**  117:7 | **772**  9:24 | access  45:20 | action  135:18 |
| **341**  5:9 | **8** | 88:8,24 90:24 | active  18:23 |
| **35**  41:11,14,17 | **8**  115:14,18 | 91:4 | 19:10 37:16 |
| **350**  102:17,20 | **80**  3:7 | accommodate | 58:4 |
| **363**  10:21 | **8050**  10:23 | 41:3,16 | actively  18:22 |
| **3:25**  74:6 | 55:16 58:6 | accomplish | 94:18 |
| **4** | **9** | 48:10 | activity  48:9 |
| **4**  3:3,7 56:25 | **9**  3:7 99:7,9,14 | account  14:16 | actually  4:13 |
| 76:2,6 77:18 | **90**  118:4 | 45:13,20,23 | 59:9 64:17 |
| 80:12,14,16,20 | **99**  3:7 | 92:5 116:24 | 74:2 95:22,22 |
| **4.7.**  78:4 | **a** | 126:17 129:16 | 98:3,6,11 |
| **40**  132:19 | **ability**  7:5 | accounted | 100:24 102:6 |
| **400**  64:6,12 | **able**  39:10,10 | 126:14 | 106:23 107:25 |
| 67:13 110:21 | 39:11 76:25 | accounts  129:8 | 110:3 119:16 |
| 110:24 119:7 | 87:1 90:7 | 129:17 133:1 | 125:1 133:24 |
| 132:16 | 100:22 111:24 | accumulate | addition  6:2 |
| **42**  133:5 | 131:3,6 | 128:1 | 53:25 66:17 |
| **44114**  2:10 | **above**  1:20 | accumulated | 92:15 |
| **44122**  2:5 | **absolutely**  47:2 | 39:10 | additional  32:4 |
| **44278**  9:25 | 97:11 | accumulating | 33:25 34:13 |
| **45**  58:17 | **accelerator** | 128:4 | 36:21 51:5 |
| **5** | 20:4,6 | accumulation | 64:22 66:21,22 |
| **5**  119:4,6 | **accelerators** | 41:23 | 72:10 92:11 |
| **5:00**  134:9 | 21:24 30:7,12 | accurate  33:9 | 132:9 133:13 |
| **6** | 30:13 | 33:11 | 133:22 |
| **6**  56:25 | **accept**  49:2 | achieving  32:1 | additionally |
| **60**  106:2 107:9 | 76:25 | acknowledge | 69:1 |
| **60,000**  29:21 | **acceptance** | 8:15 | address  9:23 |
| **600**  2:4,9 117:3 | 36:15 | acknowledged | 10:1 17:16 |
| **6th**  135:21 | **accepted**  36:11 | 36:25 101:25 | 55:15,17 85:16 |
|  | 43:5 78:20 | acquired  13:6 | addressed |
|  | 110:5 | acquiring | 97:18 |
|  |  | 52:14 |  |

| | | | |
|---|---|---|---|
| **addresses** 55:19 | **agent** 24:8 | **ahead** 18:2 | **amazon** 56:15 |
| **adjourn** 133:14 | **agents** 18:13 | 39:6 44:13 | **amiable** 76:23 |
| **adjust** 43:10 92:24 | **aggravated** 48:5 | 65:9 68:18 78:2 85:2 | **amicable** 40:18 43:12 |
| **adjusted** 76:24 | **aggressive** 69:19,20 70:9 | 103:5,24 120:16 121:25 | **amount** 18:9 22:23 26:17 |
| **adjusting** 76:23 | 96:7 104:18 | 122:2 | 28:19 29:21 |
| **adjustments** 76:16 77:25 | **ago** 39:17 52:2 127:17 | **ahold** 78:19 **aimee** 1:18 5:17 | 33:2 37:25 38:1 40:11,12 |
| **advance** 76:16 | **agree** 82:16 | 5:25 6:7 57:2 | 40:13,16,17 |
| **advanced** 11:5 11:7 | 101:14 107:8 121:15 | 135:3,23 **air** 21:8 57:23 | 41:4 43:12 46:21,25 50:15 |
| **advantage** 40:20 46:7,11 | **agreed** 37:20 41:10 47:5 | 58:2 **allocation** | 62:25 76:11 79:21 80:2 |
| 46:15,19 47:10 | 49:12 82:20,24 | 132:3 | 82:10,13 84:20 |
| **adversarial** 105:10,13 | 90:12 98:6 101:15 102:12 | **allocations** 66:25 | 86:21 91:11 116:22 121:1,7 |
| **advise** 12:11 | 121:17 126:13 | **allow** 69:16 | 126:8,10 128:9 |
| **advised** 49:17 123:21 124:4 | **agreement** 19:6 23:4 27:3,4 | **allowed** 69:20 69:23 | 130:8,10 **amounting** |
| 127:16 | 40:8 47:12 | **allows** 104:23 | 112:4 |
| **advocate** 104:18 | 48:15 50:22 55:11 100:10 | **alluded** 76:22 84:1 124:12 | **amounts** 112:5 **answer** 5:19,20 |
| **affixed** 135:20 | 106:24 107:1,2 108:17 109:6 | 132:1 **almeda** 120:6,9 | 6:5,25 7:5 10:10 13:2 |
| **aforemention...** 92:2 | 109:24 110:20 110:23,25 | 120:10,20 122:21,23 | 14:15,20,24 16:1 17:9 |
| **aforesaid** 135:8 135:13 | 111:11 113:20 **agreements** | **amanda** 52:23 76:10 96:14,20 | 22:11,24 24:5 45:1,16 46:6 |
| **afraid** 121:14 | 22:20,21 23:1 | 97:4,4 99:20 | 50:20 51:13 |
| **aftermath** 93:15 | 23:2,6 56:10 63:2 69:2 71:1 | 99:25 100:21 101:12,24 | 53:3,20,22 54:20 55:25 |
| **afternoon** 4:8 | 71:3,7 110:11 | 102:18 103:19 | 62:15 70:22 |
| **age** 4:1 | 112:2,3 | 103:23 104:3 | 78:12 92:3,24 |
| **agenda** 10:13 | | 104:10 105:15 | 95:4 103:11 |

106:14 107:13
110:3
**answered**
11:25
**answering**  6:19
13:4
**answers**  6:9
**anticipate**  6:4
**anybody**  96:13
**anyway**  127:21
**apologize**  44:14
49:3,7 65:9
103:24 114:25
115:4 122:1
130:17,18
**app**  16:3
**apparent**  41:4
118:15 126:25
127:7
**apparently**
71:24 95:17
128:2
**appear**  38:8
101:24
**appearances**
2:1
**appeared**  38:3
59:25,25 60:2
**appears**  74:25
81:3 82:17
110:23 114:14
131:22
**applicable**  1:17
4:3

**application**
14:5,10,11,12
**applications**
46:1
**applied**  112:8
129:20
**apply**  68:19
**appreciate**
42:10 44:4
57:4 129:22
133:11 134:7
**approach**  35:1
**appropriate**
54:8
**approval**  43:14
**approve**  103:8
103:9,13
**approved**  38:2
40:15 42:12,13
42:14 78:7
**approving**
42:15
**approximately**
16:2 18:16
100:9
**april**  29:18
30:18 49:6
51:20 52:6
65:11,12,16,17
70:17 71:17,18
72:1,8,13,15
73:1 81:8,15
81:18,22 82:2
82:3 83:18
85:8,10 87:17

90:22 91:10
98:12 108:8,9
110:24 112:15
119:1,2 124:15
124:23
**arbitrary**  75:21
**area**  59:21,23
**areas**  21:9 89:4
**argued**  54:9
**argument**
102:13
**arranged**  77:10
**arrive**  61:14
**art**  5:13 20:20
20:22
**asked**  19:12
35:16,22 47:7
48:10,11 54:25
73:7 98:4
101:12 121:4
**asking**  16:12,12
51:14 54:18
103:12 107:23
123:17 133:23
**aspects**  37:23
**assessing**  67:3
**assets**  127:13
**assigned**  56:10
56:18 66:3
**assigning**  68:19
**assignment**
10:20 56:19
**assisted**  24:25
**associate**  65:2

**associated**
15:10 25:12
113:20
**associates**
64:18
**assume**  6:18
89:6
**assuming**  84:15
**attached**  57:25
**attempt**  41:20
51:22 52:10,25
52:25 54:13
90:17 100:18
110:16 129:7
**attempted**
38:13 48:16
51:17 52:5
100:15
**attempting**
51:23 78:9
**attempts**  36:14
47:21 51:15,21
53:1
**attention**  15:11
**attorney**
121:22 123:5
135:17
**attorneys**  9:2
**audio**  26:6,23
**august**  120:15
**authority**  75:16
75:18,20
**authorized**
78:13

| | | | |
|---|---|---|---|
| **available** 32:3 34:19 49:18 78:19 87:2 91:20,23,25 | 83:3,5,7 85:23 90:21 95:8 98:6 112:11 113:5 118:2 120:2 121:11 123:2 132:18 | **basis** 10:5 17:12 96:19 104:14 130:14 | 77:17 88:19 97:15 102:2 103:17 104:22 107:18 110:10 111:6,9,17 |
| **avenue** 2:9 10:23 55:17,20 58:7 | **background** 9:11 12:24 | **batch** 37:18 **bated** 39:4 **battle** 48:7 | 116:22 119:1,7 120:13 132:2 132:20 |
| **average** 31:6 | **backhand** 88:6 | **bear** 20:12 | **believed** 28:24 |
| **avnet** 26:16,18 26:25 27:3 31:23 34:12 125:9 127:11 127:19,20 | **backing** 66:16 **backlog** 34:9 **bad** 70:2 90:17 91:13 92:23 93:2 94:14,15 | **becoming** 54:2 **beg** 124:3 **began** 31:2 68:9,16 69:8 128:1 | 96:14 **believing** 109:22 **bend** 71:4 **benefit** 38:15 |
| **avoid** 78:14 | 109:7 | **beginning** 30:20 34:8 | 42:6 109:12 116:17 |
| **aware** 7:7 28:23 36:11 37:9 59:21 64:5 79:15 89:10 95:19 97:6 106:18,21 123:11,18 124:17,20 130:6 132:25 | **balance** 61:12 132:19 **balances** 39:19 **ballpark** 33:21 **bank** 86:20 92:5,10 114:20 **bankruptcy** 114:7 118:5 121:22 123:4 | 81:21 87:25 **behalf** 2:2,7 7:11 8:4 16:14 16:23,25 17:3 28:22 75:17 116:11 119:18 120:7 **belief** 97:17 108:10 127:12 | **benefited** 24:21 40:22 **berkshire** 114:20 **best** 6:10 24:14 66:6 101:18,21 127:21 **better** 31:11 |
| **awareness** 95:23 | **barring** 109:6 **base** 27:16 | **believe** 10:21 18:8 19:6,20 | 33:13 **beyond** 16:17 |
| **b** | **based** 20:4 38:13 75:7 | 24:12 26:13 30:19 33:11 | 17:10 36:20 69:9 |
| **b** 9:24 **b&b** 110:9 **bachelor's** 10:25 **back** 20:13,16 27:15 39:3 43:4 44:7 48:25 64:1 77:11 82:25 | 84:17 90:15 102:7 107:15 113:23 131:15 **basically** 47:7,9 97:13 119:6 132:3,8 | 36:25 39:15,25 40:1 44:19 46:24 47:17,19 49:24 50:3 58:11 62:7 65:10 66:24 70:17 72:8 73:10 75:1,25 | **big** 56:22,24 73:9 97:19 105:20 **bigger** 80:25 **bill** 88:13,16 90:6 |

**billing**  96:19
**billinger**  27:20
  30:2 35:1,4,12
  40:21 41:1,15
  48:2,16,20
  49:17 50:9,12
  50:13 51:1
  52:12 54:7
  75:2,24 76:1
  77:4 78:4 81:5
  85:13 87:5
  88:5 99:21
  100:2 105:14
  106:23 120:21
  121:20 122:16
  123:3 126:21
  126:25 128:2
**billinger's**
  47:21 66:1
**billions**  32:23
**bit**  17:20 20:18
  25:21 27:16
  29:24 35:7
  38:5 42:4 55:9
  69:8 80:25
  81:11 97:23
  102:9 128:15
  131:16
**bitcoin**  39:9
  110:2
**black**  82:21
**blanket**  127:12
**blast**  83:13
**blatantly**
  118:15,21

**billing**  121:20,24
**blip**  43:18
**block**  51:21
**blocked**  94:25
**board**  49:1,5,7
  49:8 57:13
  77:24 119:7
  126:16
**boards**  20:4,7
  21:22 31:25
  32:15,21 35:22
  49:8 56:1 60:3
  61:6,8 64:1,6
  64:10,16,21
  65:5 67:15
  68:1 81:14,16
  81:19 87:10
  90:16 101:15
  104:23 106:4,7
  106:10 107:10
  107:25 108:2,5
  108:8,13,24
  109:10,19,21
  110:2 119:7,20
  122:3
**borrow**  98:4,23
**bottom**  36:9
  74:20 75:11,12
  113:12
**boulevard**  2:4
  9:24
**bounds**  100:5
**box**  30:6 56:18
  119:5

**boxes**  30:5,9
  120:23,24
  121:12,16,19
  122:16
**break**  6:24 7:1
  20:9,11,20
  38:5 42:8 44:3
  44:10 46:6
  74:3,4 102:9
  125:14
**breakout**  60:3
**breaks**  6:23
**briefly**  130:7
  131:14
**bringing**  70:3
**broad**  89:3
**broke**  128:15
**brokers**  120:20
  120:25
**brought**  65:4
  70:1 119:23
**brouse**  2:8
**brouse.com**
  2:10
**build**  61:20,21
  61:22 67:7
  94:20 116:6,9
**building**  25:1,6
  55:20 58:20
  59:14 93:11
**built**  20:6 32:9
  34:2,6,7 66:20
**burned**  59:8
**business**  9:7
  10:1,11 14:4

  22:16 23:7
  28:10 38:24
  55:5,7 60:20
  61:19,20 62:1
  66:21 68:23,25
  70:23 71:2,8
  91:19 97:21
  108:22 110:9
  122:6 127:22
**busy**  48:9 93:3
  95:25
**buy**  26:25 27:4
  48:1,22 49:8
  81:19,24 82:24
  83:9 96:23
  97:14 100:24
  102:12 119:20
  120:21 121:1
  132:18
**buyer**  10:21
  122:25,25
**buying**  34:3

                c

**c**  115:20
**cables**  25:9,9
  60:3
**calculation**
  32:19,19,21
**calculations**
  32:16,16
**calendar**  10:13
**call**  7:9 26:14
  30:7,11,14,16
  32:18 48:20
  58:18 65:2,24

21-61491-tnap    Doc 351    FILED 06/27/24    ENTERED 06/28/24 08:18:08    Page 16 of 25

71:15 74:12
80:21
**called** 1:16 4:1
14:6 23:5 32:8
32:21 39:12
44:23 58:3
60:2 132:2
**calling** 130:18
**calls** 71:14
**capacity** 4:24
12:22 50:7
**capital** 125:11
**caption** 135:16
**card** 30:15
35:21 36:6,18
42:2,13 47:13
56:23,23,24
57:13,21 58:1
58:3 65:24,25
65:25 76:20
79:5
**cards** 29:1
30:15,17 31:15
31:20 37:3
46:13 47:1,15
48:1,22 49:15
49:21 55:9,10
55:24 56:21
57:6,8,11,13
62:6,11,12,17
62:18,25 63:4
63:6,8,9,10,10
63:11,17 66:7
71:16,17,25
72:5,18 73:2,7

73:13,23,23
75:8 77:5,15
77:17,21 79:3
79:12 81:24
82:25 83:9
96:23 102:12
106:8 107:11
108:19 110:22
110:24 111:12
111:15,23
120:22 133:4,6
**care** 108:1
**carried** 57:18
71:11
**carrier** 57:14
**case** 1:6 32:19
47:2 109:9,22
117:25 118:7
**cases** 32:23
34:4 119:23
**cash** 34:12 35:2
116:16,18
117:12 119:12
119:22 122:8
122:13 127:14
127:14
**catch** 94:21
**caught** 60:4
**cause** 59:17,20
95:4 135:7
**caused** 59:10
62:4
**cavity** 57:16
**center** 21:23

**centered** 55:5
**central** 61:6
**ceo** 13:11,13,24
14:2 19:1
**certain** 15:7
22:10 26:17
27:5 33:1
35:19 89:4
104:16 112:8
**certainly** 9:7
21:15 27:25
34:14 41:16
46:3 50:23
60:8 61:18
70:3 71:9,21
73:3 88:4
89:10 93:1,3
93:11 95:11
96:10 97:11,17
102:23 103:21
104:1,4 105:9
106:22 110:4
114:5 115:11
117:22 118:10
118:20 121:4,5
121:17 122:7
123:21 128:25
130:6,6,11
131:5
**certificates**
11:20
**certified** 4:4
**certify** 135:5,14
**cetera** 67:22
127:4

**chagrin** 2:4
**chain** 34:9
**challenging**
116:17
**changed** 88:25
89:21
**changes** 78:7
**changing** 43:11
**channel** 15:7
69:9 70:3,4
**channels** 15:3
**charge** 23:13
23:15,18 70:20
**charges** 82:25
**chassis** 20:5
58:2
**chat** 14:9,12
74:25
**chatting** 94:18
**check** 72:22,24
87:24 94:23
111:24
**checks** 65:6
68:12
**chip** 67:4
**chips** 26:18
27:6 34:13
57:16,18 61:3
61:5 66:22
67:6 132:6
**chronological**
99:18
**churning** 18:21
**cincinnati**
60:10

circuit  21:22
circulated
  57:16
circumstances
  28:6,8 88:6
  101:25 125:1
  127:9
civil  4:3
claims  127:4
clarification
  115:23
clarify  4:22
  5:15 22:11
  62:23 73:20
  100:3 120:17
clarity  39:7,21
clause  117:19
clear  7:10 27:2
  32:7 86:21
clearly  78:5
  92:25
clerical  114:21
cleveland  2:10
  58:16 135:20
client  19:20
  27:18 68:12,14
  68:16 69:6,10
  90:24 91:4
  96:8
clients  56:5
close  87:22
  88:1 94:10
closed  57:16
  87:25 89:23
  90:6 96:2

closing  96:1
cloud  4:16
cnc  116:1,14
cold  57:15,20
colleague  27:7
  58:18 98:3
colleagues  9:8
combustible
  60:6
come  26:14
  44:7 48:4
  118:4 119:6
  120:12 126:19
coming  35:16
  58:20 86:25
  123:17
commencing
  1:20
commensurate
  47:23 110:8
  122:4 130:13
commission
  135:24
commissioned
  135:4
commitment
  91:17
committed
  61:11
common  60:23
  80:4,6
commonplace
  17:5
communicate
  42:18 44:20

52:12,22 75:19
75:19,23 92:20
96:13,15
communicated
  39:23,25 40:2
  40:7 42:19
  43:3,4,9 44:24
  92:25 100:21
communicating
  43:20 53:7,12
  81:12 96:14
communication
  44:1 52:16,17
  52:19 53:14
  73:14 75:25
  78:5 81:13
  88:5 96:21,22
  109:17 119:19
communicati...
  53:24
companies  12:3
  12:15,17
company  7:21
  7:24 8:8,17
  12:4,17 16:15
  18:1 21:14,20
  24:1,21 25:4
  27:19 60:9
  63:3 65:3
  69:14 101:22
  104:15,16,25
  106:24 116:11
  116:17 117:11
  118:17

company's
  117:11
compensated
  13:22
complete  30:4
  91:21,22 92:13
  93:13 96:22
  115:15 119:4
completed  17:6
  85:25 90:12,14
  108:17
completing
  51:25 85:15
complex  32:20
complications
  67:17 68:4
components
  60:23 61:3
compounded
  109:17
computational
  33:2
computer  4:15
  11:4 15:18
  19:23 135:11
computers
  19:24
computing
  21:23
concept  35:16
concerned
  114:24
concerns  59:11
concession
  117:11

21-61491-tnap    Doc 351    FILED 06/27/24   ENTERED 06/28/24 08:18:08    Page 18 of 25

conclude 96:11 97:16
conclusion 117:9
condition 47:10
conditions 36:23 38:14 40:18 43:11 67:22
confident 91:17
confirm 90:24 91:4 114:19
confirmation 76:11,15
confirmed 61:10
confused 65:19
confusion 115:1
connect 27:24
connected 26:9 28:7 122:24
connection 72:12
consider 109:7
considerable 118:18
considered 101:5,8
constantly 48:7
construction 113:4
consulting 4:9 27:19

consummated 44:18
contained 106:25
content 103:9
contents 97:7 103:13
context 66:16
continue 127:8
continued 49:25
continuing 60:25
contract 104:23
contractor 13:21 24:10,15 24:18,19,22
contracts 56:12
control 37:3 77:15,17
conversation 28:9
conversations 16:6 27:25 36:22 103:21 104:1,2
conversion 41:23 80:9 90:9 92:16 100:23
convert 41:17 87:4 90:23 91:3 92:8

converted 39:1 74:14
converting 22:15 39:3
coo 19:11
cool 57:12,22 93:9
cooled 21:8,9 57:7,9,21,23,24
cooling 21:8 25:9,12,13 59:8
cooperative 47:21
copied 126:1
copy 115:16
cordially 105:16
cords 30:16
cores 30:7,11
corner 113:13
corporate 7:8 7:14,17 8:1,7
correct 39:17 58:14 81:8,17 83:22 84:23 89:25 90:1 91:12 94:8,12 108:7 109:5 111:14 115:16 115:17 121:4 135:12
correctly 30:10 84:7

correspond 72:21,24
corresponden... 28:2
corresponding 111:20
cost 30:5 35:21 102:4
counsel 17:14 53:7 115:9 126:22 135:17
count 56:6,7 62:7
counter 70:24
counting 5:9
counts 133:5
county 135:1
couple 42:8 64:7 68:9 74:1 112:21
course 22:18 66:20 107:25
courses 11:13 11:18
court 5:17 57:3
courtesy 124:7
covered 56:9
create 87:9
created 61:16 69:3 72:20 130:24
creating 68:21
creditors 117:25 123:11 123:15

**crossed** 101:4
**crypto** 17:22
23:20
**cryptocurren...**
127:15
**cryptocurrency**
16:7,10,13
17:23 21:25
22:8,9,12,13,17
22:19,24 23:9
23:12,14,25
24:3 25:2
28:25 29:24
31:20 38:18,25
39:8,9,14,19
55:5 80:7,9
86:18,19 87:3
89:2,4 91:20
92:7,11 98:5,8
98:9,17,19
128:7 130:25
**cto** 12:7
**culminating**
67:9
**culmination**
109:14
**currencies**
39:13 129:8
**currency** 22:16
24:6,7 37:25
38:1,11 40:11
40:14 47:5
49:13
**current** 9:23
10:1 84:17

**currently** 10:15
11:23,24 12:1
12:4 24:13
**curt** 105:17
**custody** 108:1
**customary**
101:6
**customer** 21:24
25:17 28:12
31:8 56:11
72:4 87:8
88:10 109:13
109:15
**customers** 23:6
31:4 32:2
33:24 34:17,23
70:6 71:20
107:1 128:7
133:2
**cut** 6:10 18:1
26:23 50:21
105:5
**cuyahoga**
135:1

**d**

**d** 9:15,15,24,25
15:21 117:13
122:19 123:9
**daniel** 23:22
**data** 7:21,24
8:8,17 16:15
17:22 21:14,23
24:21 25:4
63:3 64:20
69:13 106:24

**date** 1:20 6:18
30:22 58:10
70:15 72:13
75:6 81:7
100:9 114:2,8
116:5 126:20
**dated** 29:18
75:3 99:23
110:23 114:15
125:22
**dates** 61:11
79:16,18 97:9
**daughter**
130:18
**david** 1:11,15
3:1 4:1,6 9:15
76:11 98:24,25
103:24 135:5
**day** 1:20 10:5,5
10:7,12 35:20
36:6,18,25
37:1 41:9,10
42:13,20 46:18
46:19 47:14,23
47:24 49:5,7
58:9,12 60:25
76:20 77:5,24
81:21 83:14,17
94:13,13,24
101:4 118:4
128:25,25
135:21
**days** 34:9 41:10
41:24 42:1
50:20 51:2

92:6 100:8,9
101:7 106:2
107:9
**deadline** 34:11
34:15
**deal** 26:15,17
31:23 34:11
35:19 36:9,17
38:12 40:15
41:21 42:7,11
42:12,14 43:2
43:21 44:17
45:14 47:8
48:6,19,24,25
54:24 59:5
77:22,23 79:4
81:19,23 82:1
82:4 83:11
85:25 87:21,22
88:17 89:23
90:13,14 94:10
96:2 97:19
100:4 111:4
119:25 120:3,6
120:20,25
121:2 123:2,3
125:8
**dealings** 28:10
104:11
**deals** 42:24
**debate** 48:17
**debtor** 1:7
12:22 14:21
17:11 45:19
117:14,22,23

debtor's  12:25
116:1
debtors  69:12
decent  30:22
decided  48:1
89:19 90:2,3
91:25 121:19
decision  91:21
dedicated  87:9
deeply  27:22
default  127:19
127:22
defendant  1:8
2:7 4:24
defined  67:25
definitely
114:24
definitive  81:19
123:8
definitively
63:22
degree  10:25
11:8 61:9
degrees  11:5
delay  33:19
50:2 78:14
94:22 97:18,20
delayed  93:7
97:23
delaying  87:15
87:16
delays  92:2
97:20
delegated
100:1,3,5

deleted  45:25
delivering
33:19
delivery  61:11
demand  54:8
denoted  33:2
department
59:4,11 60:8
depend  10:11
46:16 60:21
depending  10:6
133:17
depose  17:13
deposed  4:19
5:2,5
deposit  86:2
98:17
deposited
126:7
depositing
126:3
deposition  6:17
16:18 135:14
depreciation
116:24 117:9
depth  93:1
115:12 131:15
describe  20:24
57:10 61:15
description
30:1 67:21
deserved
118:11
design  13:14

designed  21:21
22:4,5
desire  97:16
desired  122:25
desk  37:15
despite  41:6
destroyed  62:6
62:14 63:4,7
detail  42:10
57:4 131:4
134:4
details  19:5
50:16 64:15
87:14 121:13
123:17
determination
123:24
determine  67:5
111:25 129:11
129:19
determined
54:14 62:8
112:7
determining
116:20
detriment
38:15
develop  15:9
development
13:15
difference
78:16 117:3,4
117:5
different  10:6
14:17 21:7,9

23:16,17 36:17
47:8 55:19,24
60:22 61:2
63:2 64:7
67:19,20 95:9
95:10,11
119:18 128:4
128:13 132:6
difficult  60:16
70:5,6 86:15
129:19
difficulties
127:11
difficulty  26:6
dimensions
56:22 57:1
dinner  58:16
dip  76:17
dipped  57:11
direct  18:11
21:17 35:10
69:10 73:11
92:6 105:12
128:8
directed  37:20
43:15 69:5
71:3 101:17
directing  13:14
17:9 68:16,17
direction  35:14
directives
48:14
directly  13:9
19:5 21:15
46:2 49:25

51:13 57:25
58:22 62:1,12
72:4 92:8 97:3
97:6
**disable** 95:2
**disagreement**
93:6
**disagreements**
40:4 69:11,14
104:12
**discard** 114:23
**discord** 14:6,8
14:13,16,18
15:6,13,15,24
16:7,10,24
17:1,2,7 27:24
27:25 28:3
36:3,12,19
44:18 45:6
74:25 80:15,21
81:4 89:22
94:18,22,25
95:6,6 120:11
120:13
**discount**
119:12
**discovered**
59:2,3,4
**discrepancy**
78:15
**discuss** 95:11
104:6
**discussed** 52:17
104:5,8 107:16

**discussing** 59:9
**discussion**
40:17 81:14
104:19
**discussions**
102:23
**display** 29:7
**dispute** 37:10
42:5 46:21,25
47:3,4 83:8
108:18
**disputed** 83:6,7
**disputes** 37:13
**distracting**
48:8 95:14
**divided** 119:6
**dizzy** 110:17
**docket** 113:7,8
**document**
21:15 64:8
66:24 67:1,13
72:6 95:21
112:14,24
113:16 114:14
114:23 131:24
132:1 133:7
**documentary**
79:22
**documentation**
108:11 109:23
**documented**
72:16 114:21
**documenting**
72:14

**documents**
8:21,23 36:12
62:9 63:18,23
68:7 70:25
72:9,10 73:4,7
112:14 114:7
117:10 125:10
129:3 133:10
133:16,18,22
133:22
**doing** 16:15,17
18:22 32:16
37:15 43:21
51:24 66:18
73:17 95:25
96:6 124:6
128:5
**dollar** 37:1
41:13,25 43:12
52:6 55:6 87:3
88:24 112:5
128:12 129:23
130:7,10
**dollars** 22:14
38:24 39:1,3
39:14 40:9,16
49:10 51:23
52:11,15 54:3
54:5 55:5 79:2
80:1,3,8 89:9
92:5 101:18
110:1,6 112:6
129:5
**domestic** 5:4

**door** 73:15
**doors** 58:21
**drastically**
88:25 89:21
**draw** 125:8
**drive** 87:17
**driven** 68:11
**due** 40:25 47:1
50:1 84:12
86:3 91:11
132:19
**duly** 4:4 135:4
135:6
**duplicative**
92:10
**duress** 122:9,11
122:13
**duties** 12:10
13:12 14:1
24:15

|  e  |
|-----|

**e** 9:25 15:21
27:19 42:17
71:14 97:7
99:9,15,20
102:17,18,21
102:22 103:3,9
103:15,20
104:7 105:14
105:18,19
107:15 120:11
125:22 127:23
130:9 134:4
**earlier** 57:5
63:13 65:20,23

| | | | |
|---|---|---|---|
| 76:22 78:24 | electrical 25:8 | equipment | 55:1 78:25 |
| 82:20 100:1 | 59:12 | 17:22,23 19:13 | 79:4,7,8 80:1,2 |
| 111:18 116:23 | electronic | 19:17,23,24 | 80:5 82:9,11 |
| 129:25 | 44:25 45:2,5 | 20:19 21:2,7 | 82:22,24 83:9 |
| early 51:20 | 45:23 | 22:3,4 25:2 | 83:19,24 84:18 |
| 52:6 70:17 | electronically | 30:1 32:3,5,9 | 85:22 86:2,16 |
| 88:17 | 43:22 71:12 | 34:24 37:18 | 86:17 87:4 |
| earnings 41:6,7 | electronics | 56:6 57:19 | 88:8,18,24 |
| 41:22 | 60:21 | 59:12 66:4 | 89:5,8,20,21 |
| easier 76:3 | elevated 90:9,9 | 116:10 133:1 | 90:5,8,12 |
| east 2:9 | eloquent 104:4 | equivalent 87:3 | 91:23,24 92:4 |
| eat 54:15 | employed | 118:8,13 | 98:16,23 |
| ecosystem | 11:23,24 12:1 | 128:12,20 | 100:22,23,25 |
| 131:6 | 12:5 13:8 | 129:23 | 101:13,23 |
| education | employee 13:19 | equivalents | 102:4,12 110:1 |
| 10:24 | 13:21 24:8 | 127:14 | 127:24 128:1,4 |
| effect 34:21 | employees 18:9 | escalated 96:17 | 128:5,8,11,12 |
| effected 61:9 | 18:11,14,17,20 | escalation 53:8 | 128:19,20 |
| 62:1,12 | encompassed | escrow 127:1 | 129:4,6,11,17 |
| effecting 61:2 | 21:5 68:1 | 129:15 | 129:20,24 |
| effectively 42:2 | 112:12 | esq 2:3,8 | 130:5,7,12,13 |
| effort 69:24 | engaging 16:13 | essentially | 130:23 131:6 |
| efforts 98:14 | engineering | 21:11 | evaluate |
| either 33:17 | 12:12 13:13,14 | et 67:22 127:4 | 123:22 |
| 52:23 57:24 | entirely 45:4 | eth 77:5 82:21 | evaluated |
| 84:15 85:15 | entities 24:17 | ethereum 38:18 | 123:19 |
| 96:19 114:1 | entity 7:11 8:5 | 38:19,21,23 | evaluating |
| 115:12 121:2 | 90:2 99:3 | 39:3,5,8,16 | 117:14 122:20 |
| 135:17 | entry 113:7 | 41:2,6,12,15,18 | 123:2,24 |
| elaborate 38:19 | enumerate | 41:22,24,25 | events 135:18 |
| 94:6 106:12 | 132:4 | 47:20,22 49:10 | eventually |
| elaboration | enumerated | 49:11 50:2,4,8 | 94:25 |
| 21:6 | 41:5 47:6 79:6 | 50:10 51:21 | everybody |
| elected 34:18 | 80:3 82:5 | 52:3,8,9,14 | 15:23 |
| 116:13 | 110:6 | 54:5,9,16,18,25 | |

exact  5:3 22:23
28:19 37:9
49:2 51:3,9
53:23 59:20
62:7,21 70:15
71:20 79:18,21
87:14 112:11
116:22 126:20
129:11
exactly  21:4
30:25 46:16
83:16 86:8,9
102:15 109:24
120:19 128:23
129:19
exam  1:2,10,14
3:1 8:19 9:3,4
9:6 133:15
examination
1:16 3:2 4:2,6
17:10 45:18
examined  4:5
example  39:12
91:13
excel  66:24
exceptions
22:14
exchange  54:11
77:14,18 81:4
86:20 88:25
98:8
exchanged
39:12
exclusively
22:13

excuse  131:21
executives  19:3
exhaust  57:19
exhibit  3:5,6,6
3:7,7,8,8,9,9,10
3:10 29:4,8
31:13 74:9,12
74:13,16,18,19
74:24 75:10
80:12,14,16,20
99:7,9,14
110:14,16,18
110:19 112:19
112:22 114:10
114:12,18,20
114:25 115:6
119:1 120:2
124:15 125:19
125:21,22
130:22 131:21
131:21 132:22
132:23,24
exhibits  8:22
8:24 63:19
74:5 131:14,19
existence  9:4,5
22:19
expanding
99:14
expectation
90:14 93:10
101:10
expectations
84:18

expected  41:5
42:1 88:2 92:9
127:18
expedited  39:2
expenses  116:6
116:10
expensive  61:6
130:1,9
expert  60:1
89:1,3 90:11
123:22
expires  135:24
explain  32:13
115:22
explained  62:9
94:1
explicit  8:25
21:13 27:6
72:3 75:20
117:9
explicitly  15:2
23:15 49:19
67:25 72:9,22
79:7 104:15
125:6 132:13
expressed
40:19 43:11
extent  43:14
123:19
extinguished
59:7
extra  4:16
114:13
extremely  93:3

eye  9:21
eyes  74:15

**f**

f  9:16
face  9:20
facility  34:25
37:17 55:13
57:8 58:18,22
58:24 59:5
87:11
fact  66:11
68:19 73:10
80:6 86:17
98:9 106:20
factors  126:24
facts  92:17,18
92:19,21
103:22
fair  29:12
faith  46:24
47:11,24 50:1
51:24 52:1
53:12 90:15
91:13 92:23
93:2 94:14,15
101:8 109:7
fall  18:8
falling  94:21
false  95:1
familiar  14:5
32:11 46:2
89:5 115:3
117:19 131:5
fans  57:24 58:2

**[far - forward]**                                             Page 15

**far**  14:9 70:22
  72:12 74:18
  76:12
**fashion**  40:21
**faster**  92:8
**fault**  78:21
  98:13
**february**
  114:16 124:17
  124:22 125:3,6
**feel**  21:1 104:18
**feelings**  104:17
**feet**  21:3,4,18
**fell**  17:20
  127:19
**felt**  47:11 48:6
  53:11 130:1
**fiat**  39:13
**field**  89:3 90:11
**fighting**  48:7
**figure**  37:1
  116:21 130:4
**figured**  4:14
**figures**  128:22
**filed**  115:8,10
**filings**  68:6
**final**  36:20 51:2
  51:5,11 77:19
**finalized**  36:9
  36:18 81:23
**finances**  13:1
  17:11
**financial**  52:24
  60:15,17 61:16
  61:25 62:5

  100:4 122:24
  124:25 125:4,7
  127:9
**find**  58:15
  98:15 102:8
  109:23 112:13
**fine**  17:19
  33:14 35:13
  40:23 79:24
  85:3,3 86:11
  88:15 92:19
  120:24 124:1
  133:20
**finish**  6:6 50:20
  88:16
**finite**  66:3
**fiona**  35:17
  36:1 42:16,20
  43:3 44:16,17
  45:2,7,14
  52:23 75:1,15
  77:9 96:19,25
  96:25 132:25
**fiona's**  36:13
**fire**  55:20,23
  58:5,6,15,23
  59:1,3,4,6,7,10
  59:11,17,20
  60:1,4,5,7,8,14
  62:2,6,19 63:5
  63:7 68:10
**first**  4:4 5:19
  24:9,16 25:21
  25:22,24 26:9
  28:4,8 30:25

  33:9 34:2 38:6
  51:16 75:7,14
  78:3 82:6,8
  88:13 95:22
  106:16 114:19
  115:23 116:7,8
  118:23 124:14
  135:6
**five**  20:9 30:4,6
  44:3,7 74:3
  115:24
**fixed**  44:6 80:9
**fixtures**  25:12
**fk**  119:4 132:18
**fk33**  106:4,7
  107:10,24
**fk33's**  107:19
**fkrl**  36:3
**flat**  76:20
**flipping**  113:15
**flow**  68:23
  117:12 119:12
  119:23 122:8
  122:13
**fluctuated**
  89:12,15,17
**fluctuates**  89:9
  128:25
**fluctuations**
  89:11
**focus**  95:15,16
**focused**  13:13
**follow**  42:9
  44:11 73:8

**following**  18:3
  27:11 60:24
  68:8
**follows**  4:5
**footage**  20:25
  21:16
**force**  58:2
  61:18
**forced**  53:14
**foregoing**
  135:11,15
**forest**  30:4,6
**forfeited**
  127:20
**forget**  49:2
  87:13
**form**  29:16
  46:14 72:19
  112:24 116:14
**formal**  59:18
  59:19
**format**  44:25
**formation**  12:9
  23:12,17
**formed**  22:2
**forms**  43:23
  71:13
**forth**  1:21
  48:25 95:8
  121:12
**forthcoming**
  8:2 51:6 93:14
**forward**  15:19
  48:18 113:15