FILED

2024 JUN 27  PM 4:43

**found** 110:18
**four** 16:2 118:3
**fpda** 95:12
**fpga** 20:4 27:6
  34:8 61:5
**frame** 52:7
**frankly** 97:19
  131:16
**freedom** 10:23
  55:16,19 58:6
**frequently**
  38:12
**fresh** 67:11
**friedberg** 2:3
**friendly** 42:23
  43:2
**front** 29:9 49:4
  97:8 110:19
  123:10 124:18
  128:23
**frustrated** 48:6
**frustrations**
  50:12
**fulfill** 64:22
  69:7 108:12
**fulfilled** 67:5
  67:14 132:18
  132:20
**full** 9:14 49:14
  83:20 84:20
  95:14 96:3
  108:20 109:8
  128:9 134:1
**fully** 23:7
  107:14 127:12

**funds** 50:2
  83:24 84:19
  86:2,24 90:8
  96:11 100:24
  126:3,17
  127:18
**fungible** 129:8
  129:18
**further** 12:23
  36:14,14 41:4
  94:21 106:2
  107:9 118:12
  119:3 133:19
  135:14
**future** 51:7,12

**g**

**g** 9:25 15:20,21
**gained** 88:23
**game** 100:19
**games** 17:18
**gather** 129:3
**general** 14:3
  67:19 104:2
  128:24
**generally** 19:21
  26:11 28:10
  29:16 30:13
  42:21,21 55:7
  59:21 68:22
  70:7 71:6,8
  114:8
**generate**
  119:22
**generated** 42:4

**gentleman** 24:2
  25:14 27:20
  69:19 88:14
**genuinely**
  65:22
**getting** 7:13
  20:11 42:3
  50:2,18 85:15
  87:12 127:9
**give** 4:16 9:21
  21:5 39:21
  63:20 65:21
  66:15 92:2
  97:5 99:5,12
  103:6 110:11
  129:21 130:3
**given** 54:10
  61:12 66:11
  73:13 135:8,12
**giving** 93:4
  122:21
**glad** 64:17
**glance** 81:10
**global** 127:12
**go** 5:16 7:13
  9:11 10:4,6,8
  10:14,21 12:24
  15:19 18:2
  39:6 42:15
  44:13 61:24
  62:10 65:9
  78:2 82:8 85:2
  90:21 103:5,24
  116:20 120:16
  121:25 122:2

  123:2 127:25
  131:15 133:21
**goals** 67:8
**goes** 6:9 78:10
  97:24
**going** 4:11 5:11
  5:15,16,17
  6:12,18 9:17
  12:20 14:20
  17:18 20:2
  29:6 32:12
  33:4,18,19
  35:11 44:11
  46:12 49:9
  50:24 61:18
  74:11,12,15
  78:3,22,25
  79:3 80:16
  81:11 84:4
  85:22 91:1
  93:8 97:23
  100:19 102:4
  103:4 112:21
  118:2,18 127:8
  131:13,14
**good** 4:8 15:22
  28:16 39:22
  46:24 47:11,24
  50:1 51:24
  52:1 53:12,16
  55:14,22 57:2
  69:24 74:14
  90:15 101:8
  111:10 115:25
  128:17 129:21

132:21
**gotten**  35:24
**gpd**  15:13
**gpu**  15:16 81:4
  85:11
**gpus**  23:12
**grab**  80:16
**great**  57:4
  124:6 131:15
**greatest**  18:19
**greg**  24:2,9,10
  120:6,9,10,16
  120:20 122:21
  122:23
**greg's**  24:11,15
**grind**  96:5
**gritzan**  19:11
  70:23,24
**ground**  5:16
**group**  15:7
  23:5
**guess**  22:25
  113:17
**guessing**  58:9

**h**

**h**  15:21
**haas**  116:1
**hacked**  98:11
**half**  116:8
**hand**  71:9
  74:23 75:12
  76:5 112:10
  113:12 135:20
**handle**  48:14
  48:14

**handled**  50:25
**handling**  52:24
**hands**  37:19
  56:22 80:20
**happen**  43:16
  87:7 97:20
  132:9
**happened**  59:1
  71:15 95:17
  97:8 119:14
**happening**
  59:22 132:5,7
**happy**  62:10
  119:24 133:23
**hard**  21:4
  65:21 75:3
**hardware**
  13:15,16 21:22
  22:4 28:13,17
  28:20,21 31:4
  33:8,25 34:1,2
  34:3,6,7 56:4
  56:11,17,20
  61:20,21 64:23
  65:7 66:14
  67:21,21,25
  95:12 118:7,14
  118:19 119:21
  122:5 123:13
**hash**  32:21
**hashes**  32:23
**hashing**  85:16
**hashrate**  32:8
  32:13,25 34:20
  35:3

**he'll**  73:20
**heads**  5:24
**hears**  77:11
**heart**  58:9
**heasley**  2:3 3:3
  4:9,21,25 5:10
  5:14 7:12,22
  7:25 8:11,12
  12:20 14:23
  16:19 17:15
  20:8,16 26:3,7
  44:2,5,15
  45:15,21 73:25
  80:25 81:1
  86:7,11 93:23
  93:24 113:9
  115:17 125:13
  128:14,17
  130:19 133:14
  133:24 134:6
**heat**  57:17,20
  58:1,3,4,23
  116:15
**heavily**  37:19
  61:8
**held**  13:23
  86:24 98:8,10
  98:11
**help**  27:9 32:9
  113:2 117:11
**helpful**  6:6
**helps**  74:16
**hereinafter**  4:4
**hereunto**
  135:19

**hey**  42:16 94:9
  100:11,21
**hi**  76:7
**high**  21:22
  42:25,25 62:16
  96:17 111:21
  130:7,10
**highest**  10:24
**highlight**  78:8
  101:12
**hindsight**
  100:20
**historical**  122:3
  130:12
**history**  114:5
**hit**  51:21
**hoarder**  15:13
  15:16 81:5
  85:11
**hold**  11:5,20
  31:9 38:23
  39:16,18 86:17
  130:19
**holding**  41:12
  63:1
**home**  9:23
  10:16,19 87:18
**hope**  91:6
**hoped**  91:15
**hopefully**  74:16
  86:4,8
**host**  17:24 18:5
  19:13 30:6
  34:23

hosted  20:1,2
21:2,6 22:3
84:10 133:1
hosting  20:21
21:3 56:4,10
62:18,23,24
63:3 104:23,25
106:3,24
hosts  17:22
20:19
hot  57:17 59:12
hour  94:19
housed  55:11
55:12
hundreds
60:22

**i**

idea  18:19
34:19
identified
59:17
identifies  59:20
identify  26:4
131:13
immediate  32:7
62:5 93:15
103:12
immediately
12:18 26:2
32:3 34:19
49:18 83:21
87:2,4 111:16
impede  7:4
implication
109:9

important  78:9
importantly
61:7
impression
37:24 38:12
52:18 128:24
inches  56:25,25
56:25
inclination
63:20 93:5
97:22
include  63:7
including
127:13
incorrect  33:22
117:4
incorrectly
11:25
increasing
43:13
incredibly
37:14
incurred
116:10
index  3:1
indicate  36:22
45:19
indicated  36:23
indicates  72:6
indication
113:7
individual
32:20 60:22
61:3

individually
5:3 64:16
induce  32:4,9
33:25 34:16
industries
101:5
industry  20:23
101:6
inequitable
54:10 102:2
information
9:12 19:21
67:10 72:3
73:12,14 112:9
131:3
informed  58:19
infrastructure
21:10 25:1,6
25:13
inherently  70:2
initial  33:7
35:20 36:5,8
36:15 42:14
43:4 47:18
54:4 68:9
77:23 79:22
81:3
initially  23:11
38:2 39:25
47:5 105:15
119:8 121:5
inlet  57:14
inquire  8:5
inquiring  16:16

insisted  38:17
instance  56:16
71:5
instant  34:20
46:4
instantly  45:25
insufficient
91:20
insulation  60:4
insurance  60:9
60:10
integral  57:25
intended  8:5
32:2,6,7 33:24
intensity  43:1
intention  40:19
40:20 51:24
intentionally
73:17
interacting
94:22
interaction
31:2 35:10,14
interactions
30:20,21 96:16
interest  26:20
99:1 127:13
interested  16:5
16:6 65:4
135:18
interesting
119:2
intermixed
129:8

internal  67:2
101:10 133:1
internally
52:17 101:3
107:16 132:2
interrupt  4:22
interrupting
39:22 121:9
122:1
intersected
58:23
intervene  48:11
introduced
65:1,1
introduction
120:7,10
inventory
68:12
inventorying
34:4
investigated
60:7
investigation
60:1,11
invoice  29:15
29:18,21 30:3
68:21 72:17,17
72:20,23
invoices  68:13
112:8
involve  123:13
involved  23:24
24:2,6 54:2
60:13 73:23
96:18 98:25

121:7 122:23
involvement
48:13
involving  38:10
64:25
irregular
111:18
irreplaceable
61:7
irrespective
108:25
irs  105:2
isolating  59:14
issue  38:6,10
38:22 40:10,12
40:13,13 52:13
86:4,13 87:15
87:23 88:2,11
88:12 92:16
97:1,25 106:18
107:7 132:11
issues  15:17
87:11 92:25
93:1 97:17
125:5,7 131:16
132:11 133:12
item  107:6
115:20 117:13
items  118:6

**j**

jeff  126:1
jessica  19:10
70:23,24
jimenez  98:24
98:25

job  12:6,10
13:12 14:1
24:15 42:23
117:24
joins  15:6
js  23:5
judge  17:17
julie  2:8 7:13
7:25 73:8
133:11,19
july  58:11,13
116:5,12 119:3
120:3,6 124:10
135:24
june  125:22
jzurn  2:10

**k**

keep  57:12,22
69:25 88:12
90:25 121:9
kent  11:2,12,16
kept  19:22
kind  14:11
19:16,24 21:7
56:25 57:10,11
74:13 87:13,14
131:25
king  35:17,23
36:1 44:16,17
45:3 52:23
75:1,15
kitten  30:4,6
knew  86:24
92:4

know  5:5 6:13
7:19 9:8,17
14:9 15:10
18:16 20:11
21:2 22:21
23:19,19 24:13
25:14 26:9,11
27:20,22,22
28:2,4,12,17,19
28:20 29:8,13
29:24 43:17
48:10 49:5
50:17 51:13
53:22 54:14
55:3,10,18,25
58:9 59:18
60:7,11,20
62:16,21 63:12
63:21 65:25
66:11 68:20
71:19 72:2,22
73:3 74:14
79:20,25 81:21
83:3,13 88:20
89:8 92:13,16
93:7,9 97:3,19
98:20 100:4
101:8,25
102:20 105:8
107:6,14,15
110:3 112:5
115:8,24 117:7
118:11 122:6
123:4,23 124:5
124:6,7,19

126:2 127:5,25
127:25 128:22
128:23 129:5
129:22
**knowing**  30:24
106:9
**knowledge**
19:19 24:14
37:6 60:23
62:25 63:6
92:7 113:25
130:12
**known**  15:4
65:2

**l**

**l**  9:16,16,24,25
9:25
**laboratory**  8:1
8:9
**labs**  1:4,10,14
8:4,11,14
10:18,22 11:25
13:9,10,17
16:14 17:1
18:14,17 21:12
21:19,21 22:1
22:4,9,12,18
23:11 24:20,23
25:4,18 28:11
28:13,15 29:15
31:1 62:24
69:4,5,13 90:3
110:21 113:12
116:7 119:13

**lack**  111:20
**lane**  70:8
**lapsed**  106:3
107:10
**large**  22:25
34:16 39:18
43:23 58:1
78:18 93:11
116:6
**larger**  31:3
60:5
**largest**  32:2
**late**  38:7 46:18
46:18,20 52:6
70:16,17
126:12
**lawful**  4:1
106:4
**lawyer**  53:13
53:24,25 126:2
**lawyers**  54:2
124:4
**lay**  30:14
**layman's**  25:7
**lead**  32:5 34:8
61:13
**leaning**  15:19
**learn**  39:6
**lease**  10:20
21:13
**leased**  21:14
**leasing**  21:17
**leaving**  24:1
**led**  92:11
104:17 105:18

**left**  9:18,19
22:5 48:13
95:13,15
120:14 131:10
**legal**  53:15
93:11
**letter**  15:20,22
122:19
**letters**  35:11
**letting**  124:6
**level**  10:24
96:18 122:9,12
128:13
**lewis**  2:3
**lieu**  116:16
**likely**  43:23
63:20 120:13
121:5,6
**lims**  36:3 77:9
**line**  35:21 36:9
38:2 85:19
106:1,2 124:9
**linear**  129:14
**lines**  51:8,10
67:1 69:17
**liquid**  21:8
25:9,13 57:14
57:15,15,17,20
59:8
**liquidating**
117:23
**liquidation**
114:15
**list**  19:16
133:10 134:1

**listed**  113:11
113:17 130:21
133:6,6
**literal**  32:15
**little**  17:20
20:18 25:21
27:16 29:24
31:11 35:7
38:5 55:9
65:19 75:3
76:3 80:25
81:11 90:19
93:7 97:23
102:9 128:15
131:16
**lived**  130:11
**llc**  1:4,10,15 8:4
8:8,11,14,17
12:2,6,8,14,19
13:5,6,6,8
16:14,15
110:22 113:12
**locate**  110:12
**location**  10:22
20:23 55:24
**locations**  10:6
10:8
**locked**  98:12
**logical**  109:16
**long**  12:8 15:24
**longer**  45:19
88:1
**look**  29:9 80:14
99:9,16 110:10
113:5 114:12

120:3 125:21
127:25 131:24
134:3
**looked**   117:2
118:6,20
124:13
**looking**   9:19
42:25 117:1
124:14
**looks**   30:8
**loss**   62:13,16
**losses**   54:15
**lot**   16:4 23:20
25:10 43:25
59:10 61:23
68:13 96:6,7
**loud**   5:19,20
**love**   63:12
**low**   30:5
**lower**   118:12
128:20 129:1
**luck**   90:17
**lump**   112:6

**m**

**m**   9:25
**machine**   116:1
116:14,19,23
116:25
**machines**   37:18
91:5 94:20
**made**   13:17
36:10,11,14
37:7 47:12,18
47:20,20 48:19
49:25 50:3

51:11,14,22
52:10,19,25
53:17 54:1,24
55:2 65:5,6
69:24 72:22
76:16 78:5,21
79:25 82:1
83:20 88:16
91:16 95:18
102:1 105:10
106:3 109:1,16
111:18 118:16
118:17 120:7
120:10 123:8
130:8,15
**magnitude**
62:11
**mail**   42:17 99:9
99:15 102:17
102:18,21,22
103:3,9,15,20
104:7 105:18
105:19 107:15
120:11 125:22
127:23 134:4
**mails**   71:14
97:7 99:20
105:14 130:9
**main**   25:10
**maintained**
56:7
**maintenance**
56:8,19
**major**   11:3
93:6

**majority**   66:14
66:18
**make**   5:25 6:21
7:2 16:20
34:12 36:20
43:3,16 47:16
48:11 49:20
50:8,10,13
51:2,15,17,22
52:5,10,16
53:1 54:15
55:1 73:9 77:5
77:25 79:11
80:5,24 91:9
92:9,15 102:3
115:2 127:17
129:18
**makes**   18:10
104:3
**making**   53:25
59:15 98:14
110:17 121:9
127:11,15
**manage**   87:9
**managed**   23:23
**management**
101:3
**managing**
23:25 96:6
**manifolds**
25:12
**manner**   37:8
46:14,17 47:14
47:23 49:15
52:9

**manufactured**
22:5
**manufacturing**
60:21
**maranda**   25:14
25:16,17,19
26:10,20 27:7
27:15 31:22
63:24 64:2,12
66:15,19 67:14
68:8 69:8,15
69:16 70:9,20
70:22 71:17
110:22 111:1,5
111:7,15,22
112:1,7
**maranda's**
65:14 67:16,17
111:19 113:10
113:16
**march**   1:11
26:1,13 34:15
75:4 76:2,6
77:18 79:19
**marked**   3:5
29:4 74:9
80:12 99:7
110:14 112:19
114:10 125:19
131:19
**market**   21:25
36:23 38:13
40:18 43:10
47:10 54:12
76:23 77:25

78:5 91:24
118:13 119:10
121:20,25
**marketed**
  21:21
**master's**  11:10
**material**  28:23
  60:6
**materials**  61:22
**math**  41:9,11
**matter**  4:10
  33:7 53:9,13
  54:13 73:10
  81:3 103:22
  104:2,8 106:20
  107:25 108:17
  115:3
**matters**  5:4
  28:22 96:20
  109:17
**maximize**
  117:24
**maximized**
  47:9
**mcconnell**
  52:24 99:20
**mcdowell**  2:8
**mdc**  62:23
**mean**  8:13,16
  25:5 32:14
  38:11 46:17
  50:6,21 53:10
  53:11 54:6
  69:12 73:6
  84:9,15 85:21

96:2 109:9
117:1 130:23
**meaning**  83:18
  129:13
**means**  73:17
**meant**  40:21
  43:1 85:23
  117:10
**mechanism**
  39:2 59:22,24
  68:11 86:19
  110:7
**mechanisms**
  128:5
**medium**  6:11
  31:8 42:19
**meet**  125:11
**meeting**  5:9 9:1
  25:22,22,24
**meetings**  71:13
**melted**  60:4
**member**  35:17
  70:12 111:5,7
**members**
  113:11
**membership**
  113:17,19
**memberships**
  114:6
**mentioned**
  18:25 26:11
  27:18 33:5
  42:11 43:8
  44:16 45:1
  57:5 62:2 68:4

83:12 86:15
98:16 99:25
124:10 128:18
**merged**  13:7
**message**  42:17
  46:2 76:6 78:3
  80:15 81:7
  82:5,7 84:1
  85:10 87:17
  90:21 94:9,13
  94:13 95:19,23
  127:2
**messages**  14:13
  15:3 36:13
  45:12,13,24
  75:7 76:2
  89:22 90:22
  93:15,20 94:2
  94:3 95:3,7
**messaging**  14:5
  14:10,11,12
  42:3 45:25
  80:21 85:5
**met**  25:19
**method**  49:9
**methods**  57:22
**meyers**  2:3
**meyersroman...**
  2:5
**mezzazaras**
  23:22
**michael**  25:14
  25:16,17,19
  26:10 63:24
  64:2,12 65:14

66:15,19 67:14
70:9,19,22
71:16 110:22
111:1,5,7
113:10
**michael's**  71:5
**microchips**
  26:18,25
**mid**  82:18 84:2
  84:14,15,21
**middle**  82:6
  104:6
**midnight**  37:16
**midwest**  7:18
  7:20,21,23 8:8
  8:16,16 10:14
  10:14,15 13:18
  13:20,23,24
  14:2 16:15
  17:3,20 18:7,9
  18:11,12,15,17
  18:23 19:1,4
  19:12,16,25
  20:1,18,25
  21:14 22:3
  24:9,21 25:4
  33:9,18 61:24
  62:5 63:2
  69:13 99:1
  106:24
**midwest's**  14:4
  62:1,3
**millions**  32:22
  112:5

mindset  93:7
mine  22:7
  58:19 98:4
mined  22:9,19
  23:11
miners  15:11
minimal  125:11
minimum
  26:21 27:5,9
  31:24 32:1
  34:12
mining  17:23
  21:25 22:17,21
  22:24 23:5,9
  23:14,20,25
  24:7 25:2
  28:25 30:4,7
  56:21,23,23,24
  65:3 82:9
  119:5
minute  4:22
  20:12 39:17
  52:2 74:3
  99:16 103:2
  127:17
minutes  20:9
  44:3,7,10
  58:17 74:5
  125:15 133:21
miscommuni...
  97:12
misleading
  33:23
mit  11:14,19

mmlc  118:10
model  61:19
moment  23:8
  51:3 103:12
  108:25
money  78:13
  78:18 122:21
  131:3,4,9
month  53:18
months  53:6
  104:13
motion  4:23
move  48:18
  56:19 66:2
  87:19 127:21
moved  43:16
  55:24 129:12
mr.heasley  4:7
multiple  10:6
  21:7 53:24
  62:9 112:1,2,5
multiply  32:18
myriad  60:22

**n**

n  1:18 9:16
  135:3,23
name  4:8 9:14
  9:15 15:1,2,13
  15:15 23:24
  24:9,11 75:15
  88:10,13,14
  113:10
named  24:2,10
  25:14 27:20

names  14:17
  19:8 23:7
  71:20,24
napkin  13:5
naturally  42:4
nature  30:17
  37:12 38:16
  47:3 54:10
  71:1 75:22
  83:5 111:19
near  51:6,11
nearly  29:25
necessarily
  15:9 104:14
  108:2
necessary
  17:17 133:17
need  12:24
  41:17 99:12
  118:17 123:22
needed  9:8
  26:17 36:24
  39:20 56:19
  67:6,7 83:25
  95:15 96:18
  101:23 102:8
  115:3 116:12
  119:21 132:9
needs  17:24
  100:11 119:12
negotiate  16:9
  36:15 48:16
  71:3 75:16,21
  100:2,4,5,6
  101:1 110:25

negotiated
  16:23,25 17:2
  36:18 48:25
  49:16 71:6,7
  79:2,6 111:4
  119:17,18
negotiating
  27:3 31:23
  70:20
negotiation
  43:1 78:20
  79:6 105:16
  121:7,11
negotiations
  36:20 42:21
  71:10,11,15
  121:13
neither  119:16
network  25:9
networks  80:7
never  13:22
  55:3 56:4
  106:23
new  31:25
  34:21
nice  5:23
noise  95:14
nomenclature
  58:4
non  13:21
  112:3
normal  22:15
  101:11 122:5
  123:12

| | | | |
|---|---|---|---|
| **normally** 68:15 68:23 | 16:11 17:8 23:10 24:4 | **office** 10:4 44:23 135:20 | 96:25 99:13,15 100:14,17 |
| **notary** 1:18 135:3,23 | 53:19,21 54:19 62:20 89:24 | **officer** 13:24 19:10 | 102:16 103:2 103:15,19 |
| **notation** 5:25 8:15 122:15 | 103:10 105:7 105:22 107:12 | **officers** 19:3,7 19:8 | 105:19 106:7 106:16 107:4 |
| **note** 16:20 67:12,12 74:19 100:8 119:5 132:13,15 | **obtain** 11:7 **obtaining** 116:18 **obvious** 118:21 121:24 | **official** 112:24 **oh** 26:7 47:2 81:1 105:1 **ohio** 1:19 2:5 | 108:8 110:20 112:23 115:14 118:21 119:14 120:1,9,20 |
| **noted** 68:6 118:9,19 127:1 | **obviously** 5:24 44:22 99:16 101:17 | 2:10 9:25 120:14 135:1,4 135:21,24 | 121:9 122:14 125:13 126:12 129:3 131:12 |
| **notes** 133:25 134:3 | **occasionally** 24:20 | **okay** 6:7 8:7,12 8:14,17 10:4,8 | 132:10 133:9 134:4 |
| **notice** 94:5 104:22 106:16 107:4 126:21 | **occur** 6:11 68:9 **occurred** 65:8 65:10,16 72:7 | 14:23 17:15 18:25 20:13 21:19 27:15 | **once** 29:7 128:1 133:16 **ones** 31:6 63:12 |
| **number** 18:19 28:23,24 32:22 33:1 53:23 62:21 63:1 | 72:12 96:16 97:3,7 118:8 124:21 | 29:6 33:12 35:12 38:10 45:11,21 46:11 46:18 48:19,24 | **ongoing** 109:11 **online** 11:13,18 25:23 **open** 91:23 |
| 64:5,21 93:19 113:16 | **occurring** 111:21 **offer** 32:2,7 | 52:2,5,21 53:20 54:17,23 | **opened** 73:15 **operate** 50:1 |
| **numbers** 32:18 67:21 | 34:18,19 35:4 35:25 36:10 | 64:2,14,24 71:4,16 72:14 | 51:23 **operated** 23:23 |
| **numerous** 61:2 129:16 | 43:4,5 54:4 75:19 | 73:6,25 74:5,6 77:9 78:24 | **operates** 56:14 56:15 |
| **o** | **offered** 11:18 **offers** 53:17,25 | 82:3,13,20 83:11,18 84:14 | **operating** 19:6 25:2 34:24 |
| **o** 15:21 27:19 **oath** 44:9 | 54:1,3 **offhand** 71:21 | 84:24 85:1 86:1 89:5,19 | 38:24 91:19 119:22 |
| **object** 12:21 16:20 | 79:21 | 90:19 91:3,9 92:23 93:8,13 | **operation** 14:4 28:14 38:17 |
| **objection** 10:3 10:9 14:14,19 14:25 15:25 | | 95:2,25 96:13 | 39:20 56:5,6 |

[operational - passed]  Page 25

operational 34:10

opine 12:25

opportunities 62:4

opportunity 117:16

order 12:24 26:21 27:5,9 27:13 32:1,4,9 34:3,6,7,12,16 62:11 64:2,3,3 64:5,6 66:20 67:6,13,23 68:14,20 69:25 99:18 109:10 119:22 125:11 132:7,17

ordered 33:8

orders 61:9 63:24 66:20,22 67:3,5,16,18,20 67:24 68:17,18 69:3,7,22 72:7 94:21 111:21 132:6,16

ordinary 68:11 68:22

original 92:12 100:10

originally 63:8

originate 59:25 60:2

originated 68:7

ostensibly 130:24

outcome 101:19,21

outlet 57:15

outset 40:7

outside 60:11 68:10 69:17 123:12

outstanding 91:10

overnight 94:19

overseeing 14:3

owed 41:14 46:22 82:13 83:1,4 86:3

owing 47:1 91:11

own 50:8 56:15 56:16,17 69:10 69:11 78:21 81:15 98:17 108:14,15,16 108:24

owned 56:6 63:8,11 108:19

owner 13:25

ownership 99:1

**p**

p 15:21

p.m. 1:20 134:9

p.o.'s 68:13 69:22

page 3:2 75:10 82:8 85:7 93:18,23,25,25 99:17 111:11 113:5,13,15 114:13,13,17 114:19 115:6 115:14,18 122:14 124:14

pages 113:15

paid 38:18,21 41:6,15 46:19 50:18,19,23 54:18,25 79:20 80:8 82:14 96:3 97:13 98:16 100:7,12 100:14 101:13 104:24 108:20 109:4,8 110:1 110:2 111:23 112:1 116:13 122:15,16 126:11

pair 57:13

palmeda 24:12

pandemic 26:2 60:24

paper 75:11 76:5 132:15

parked 126:17

part 26:16 27:3 28:14 31:25 57:25 63:19 64:8,9,11

67:21 78:11 100:4 114:25

partially 63:25 67:14

participated 113:3

particular 38:16 40:3 50:5 67:23

particularly 104:10

parties 15:10 19:14,18 33:8 33:16 39:11 60:13 64:25 65:4 66:8 69:2 70:24 71:18,19 95:8 108:6 119:19,23 123:13

partner 69:9 70:3

partners 70:4

parts 23:17 59:13

party 17:24,24 23:22 26:19 27:8 98:22 104:11 109:3 109:13,15 111:2 120:4,7 122:23 135:17

passed 41:11 50:11

21-61491-tnap   Doc 352   FILED 06/27/24   ENTERED 06/28/24 08:20:36   Page 10 of 25

passing 96:9
passionate 104:10
passive 58:3
past 23:23 83:13 104:13 129:2
path 109:20 129:14
patience 20:17 133:11
paul 27:20,24 28:1,2,7 30:2 30:20 31:3 35:9 39:23 46:7,12 48:20 52:12 54:17 66:1 75:2,23 76:7 77:4 78:4 85:13 92:21 93:1,5 94:9,25 95:18,23 96:2 96:13,16 97:1 97:5,10,13 98:1 99:21 100:2,6,25 101:13 120:21 121:19 122:16 123:3 125:23
paul's 30:21 79:9 101:10
pay 34:17 37:20 42:2 46:13 47:8 49:9,14,19

52:3,15 54:25 78:12,14,18,25 82:21,24 83:8 83:19 84:20 89:20 90:5,12 97:16 98:5,6 101:1 111:15 126:13 127:19 130:2,4
paying 15:11 85:22 86:14,25 87:8
payment 35:2 35:19,20 37:23 41:2,5,18,19 46:23 47:7,16 47:18,19 49:11 49:24 50:3,9 50:10 51:2,6 51:11,17,22 52:6,10 53:2 53:25 54:1,3,9 54:15 68:21 76:17 77:5 78:7,14 79:8 79:25 80:5 83:20 87:5,16 88:16 91:10 93:13 97:2 98:10 100:16 101:4,7,14,18 102:3 106:3 108:18 109:1 110:8 112:12 116:14,16

127:1,2,6,6,11 127:19 128:3
payments 35:9 37:7,11 38:4,7 38:9 40:24 47:22 49:20,23 51:15 54:4 68:18,20 69:4 69:22 79:11,16 110:5,7 111:20 112:6,15 126:12
pbi 35:11,15,18 36:23 37:22 38:15 39:24 75:1 77:4 82:5 85:13 93:19 94:2 120:8 132:18
pci 60:3
pencil 65:24
people 16:4 18:22 30:14,16 58:24 71:25
percent 41:25
perfectly 32:6
perform 18:12
performance 21:23
period 18:24 31:22 35:3 41:12 53:18 73:22 98:12 124:24 125:3

periods 38:8 118:4
person 25:19 25:22 42:23 44:1 52:21 70:9 71:12,13 71:14,14 99:25
personal 17:12 17:14 50:7 98:17 104:13
personally 16:16,17 17:6 27:22 28:19 47:16 50:8 52:16,20 54:21 64:14 75:23 98:1
perspective 40:8,15 41:14 108:16
phrase 85:21 104:9
physical 25:1,5 25:8 56:18
physically 37:17 56:1 64:23 65:7 66:2
picked 64:23
piece 56:17 66:3 75:11
pipe 57:14,15
pivot 74:4
place 19:17 63:15 73:21

81:19 135:15
**placed**  61:10
**plaintiff**  1:5,16
  2:2 4:2
**plaintiff's**  29:4
  74:9 80:12
  99:7 110:14
  112:19 114:10
  125:19 131:19
**plan**  27:12
  114:15 115:6,7
  115:11,16
  117:5,23 132:8
  132:8
**plate**  43:6
**platform**  45:24
**play**  17:18
**please**  5:20
  6:13 9:13 13:2
  14:24 60:19
  95:5,5 99:18
  122:2 124:2
  129:3 131:8,9
**plus**  41:22 82:9
  82:13,25
**po**  67:13
**point**  21:14
  31:9,14 36:21
  40:2,3,4 43:15
  47:25 48:12
  60:24 69:9
  73:9 82:14
  83:3 87:18
  91:19 94:17,24
  96:5 98:4

101:20 103:1
  116:12 117:8
  121:2,8,15,17
  122:6 129:1,10
  130:1
**points**  102:24
  104:3 107:16
  118:11
**policy**  46:3,5
**portion**  26:21
  43:8,24 61:6,8
  78:12
**position**  92:14
  102:5
**positive**  35:24
**possession**
  106:4 107:24
  108:3,25
**possibility**
  112:10
**possible**  77:10
  85:14 96:12
  129:10
**posting**  14:4
**potential**  27:8
**potentially**
  61:14
**power**  33:2
  59:13 60:3,3
**pre**  26:2
**precursor**
  93:11
**predominant**
  40:4

**preference**
  79:10
**preliminary**
  11:9,12
**premature**
  68:17
**premium**
  116:18
**preparation**
  8:25
**prepare**  8:19
**presence**  15:4
  135:9
**present**  10:18
  12:7 17:14
  35:23 67:11
  114:20 117:8
**president**  19:1
  116:2
**pretty**  47:22
  74:18 101:11
  114:3 118:21
**prevent**  127:22
**prevented**
  127:3
**previous**  31:21
  43:8 45:1
**previously**
  128:13,21
**price**  36:24
  41:13 49:1,3,5
  49:6,7 71:5
  101:2 109:25
  118:10,18
  119:5 121:8,16

124:19 128:24
**priced**  80:8
**prices**  130:12
**primarily**
  10:15,19 12:11
  13:13 20:1,4
  24:22 37:25
  38:24 44:19
  45:2,9 63:2
  68:11 70:24
  71:2 132:25
**primary**  10:22
  21:24 22:24
  60:12 61:5
  111:2
**print**  74:13
  76:4
**printed**  95:21
  114:13
**printer**  135:11
**printout**
  131:22
**prior**  7:1 8:23
  10:20 12:14,18
  13:4 15:1
  23:25 54:1
  55:11,23 77:18
  115:7 132:17
**probably**  5:25
  73:15 98:19
  125:14
**problem**  18:3
  26:8 44:15
  73:5,16 84:6
  86:12 103:7,25

106:11,16,19
107:4 115:2
121:21
**problematic**
38:16
**problems** 20:10
60:15,17,18,19
61:15,17,25
106:13 124:25
**procedure** 4:3
**procedures**
59:5
**proceed** 38:4
**proceedings**
114:7
**process** 31:23
33:10 67:9
68:11 69:11,15
69:18,25 96:4
**processes**
101:11 112:3
**processing**
17:22 57:12,19
**procure** 66:21
**procurement**
132:9
**produce** 12:13
37:18 73:16
**produced**
36:13 66:14
132:12
**product** 68:2
**production**
37:16 43:25
48:9 66:25

67:8 132:3,8
132:11
**products** 20:3
**profession**
11:21
**profit** 23:1,2,4
23:6
**profits** 76:16
**prohibitively**
130:1,9
**projects** 96:1
**promises** 50:13
**prompt** 38:9
**promptly** 47:18
50:25
**proposal** 36:8
**propose** 35:18
35:19
**proposed**
117:23
**protocols** 15:8
15:12
**prototyping**
116:15
**provide** 21:16
72:11 87:4
**provided** 19:20
45:17 63:19
**providing** 33:1
41:18
**prudent** 71:7,8
**public** 1:18
114:23 126:4
130:22,24
131:2 135:3,23

**pull** 73:1
114:22 131:8
**purchase** 26:17
27:8 30:2,25
31:24 33:25
34:13,21 49:14
50:15 67:20
69:3 71:1 79:3
79:5 81:14
90:8 92:1,10
92:15 102:7
109:13,24
110:11 111:21
112:1,3 117:6
124:19 126:16
127:24 129:6
129:15,25
**purchased**
28:18,20,20
30:3,4,8 64:1
66:15,19 71:25
108:23,23
113:25 116:23
128:6,11,19
129:24
**purchases** 31:4
32:4 34:17
65:6 72:21
112:2,9 118:7
118:16 128:8
129:4
**purchasing**
26:21 33:17
49:20 65:5
87:10 92:4

109:10 113:21
128:18
**purpose** 130:25
**purposes** 38:20
**pursuant** 1:16
4:2,23 22:20
**put** 9:21 27:6
48:17 59:10
78:22 92:13
103:20 113:2
128:9 133:9
**putting** 123:10
125:10 130:25

**q**

**qualified** 135:5
**qualify** 12:24
**quantity** 26:22
27:5,9,10,13
31:24 32:1
34:13
**query** 133:8
**question** 6:4,6
6:19,20 7:1
13:2,4 14:24
18:10 24:5
26:4 33:13
45:16 62:15
75:14 103:14
**questioning**
124:9
**questions** 4:12
6:4,13,14 7:5
16:20 31:12
42:9 67:19
74:1,12 103:4

106:14 112:21
**quick** 74:3
**quickly** 86:16
96:12 131:13
**quite** 32:15
41:13 131:16

**r**

**r** 15:21,21
27:19
**radar** 43:18
**ran** 56:5
**rapid** 68:10
**rarely** 94:17
**rate** 80:9 88:25
90:10 119:2,3
119:4 124:16
124:19
**rates** 54:12
**rather** 41:7
68:2 86:23
**raw** 61:22
**reach** 27:9 67:7
96:25 97:4
100:25 101:12
**reached** 35:8
48:15 51:19
98:3 105:15
**reaching** 27:13
98:22
**read** 30:9 76:4
76:4 84:7 85:5
86:9 99:18
105:14 115:23
117:16

**reading** 107:17
**reads** 82:8
**ready** 84:19
88:8
**real** 120:1
**realize** 106:22
**realizing** 96:10
**really** 18:20
65:21 66:3
78:17 83:12
**reasonable**
34:25 101:8
**reasonably**
118:8,13
**reasons** 56:20
62:8
**reboot** 18:6
**recall** 11:22
17:4 19:5,9
22:23 23:8,24
28:6,8,10
30:25 35:15
50:16,22,24
51:1,3,9,19
53:23 64:15
70:15 71:20
79:16,18,21
83:16 88:10
102:21,23,25
103:18 114:2,8
121:6,13 125:1
126:20
**receive** 11:1
**received** 66:19
67:3,4 68:22

69:2 110:8
112:15
**receiving** 8:24
66:23 92:7
**recently** 117:2
**recess** 20:15
44:8 74:7
125:17
**recognize**
29:14,16
**recollection**
36:5 44:22
113:23 120:18
**reconciled**
46:22
**reconvene**
125:16
**record** 4:12
20:14,16 39:7
64:18,19 71:21
78:23 111:22
134:9
**recorded** 4:15
**recording** 4:13
**records** 13:1
17:11 64:9
67:2 71:23
111:24 112:11
123:14 129:9
**recovery**
117:24
**redirecting**
128:5
**reduce** 62:3

**reduced** 135:9
**reevaluation**
61:19
**refer** 32:25
35:12 39:24
63:22 117:21
118:25
**reference** 78:3
**referenced** 8:22
31:22 45:2
72:6 78:4
125:9 132:17
**references**
110:24 124:15
**referred** 104:21
**referring** 7:20
7:21 33:1
39:15 68:5
104:22 105:4
105:24 106:10
107:18 110:20
111:25 113:6,8
118:24 120:2
**refers** 107:10
**reflect** 40:17
43:13 77:6
**reflected** 41:22
105:13 117:6
**refresh** 44:21
**refuse** 127:8
**refused** 100:16
107:2 127:5,7
**regard** 107:24
**regarding** 35:9
50:14 67:17

81:13
**regardless**
110:6
**regards** 37:21
47:17 54:11
82:19 118:1
**regrettable**
100:20
**regular** 35:18
39:2 56:9
96:19 108:22
116:9 130:14
**regularly** 22:10
39:1,18 86:17
96:15 119:8,9
119:9
**reimbursable**
116:9
**reimburseme...**
116:13
**reiterated** 54:7
**rejected** 51:15
51:18
**relate** 118:5
132:10
**related** 11:20
13:15 16:9
18:23 31:13
37:24,25 46:25
47:1 49:20
73:7,13 77:20
79:11 112:14
115:13 116:25
121:12 122:21
123:3 129:4

133:3
**relates** 75:8
132:12
**relation** 84:11
**relationship**
30:23 35:18
**relative** 42:7
114:6 135:16
**relatively** 43:17
**relayed** 36:16
**released** 119:8
**remainder**
126:8,10
**remained** 88:7
**remember**
42:19 46:9
57:7 83:14
114:3 120:18
**remind** 45:17
55:18 124:2
**remotely** 1:19
**removed** 57:17
57:18 126:21
126:23
**removes** 57:20
**renegotiated**
38:13
**rent** 31:15,19
35:3 46:13,13
46:19,25 82:25
83:3,5,7 84:11
85:23
**rental** 35:9
37:7,11 55:11
79:11 82:10,13

82:19 109:11
109:12,14
126:12
**rentals** 47:17
79:1,1
**renting** 47:14
75:8 77:21
**reopen** 133:16
**repeat** 11:15
123:4
**repeated** 78:10
**repeating**
78:17
**rephrase** 20:2
33:13
**replacements**
56:8
**report** 59:18,19
131:8,25 133:3
**reporter** 5:17
57:3
**repossessed**
104:24
**represent** 4:9
42:5
**representations**
91:16
**representative**
1:15 4:24 7:8
7:14,17,23 8:2
8:8 12:22
14:22 104:14
104:16
**representing**
10:12 24:17

50:24
**represents**
119:1
**reproduce**
132:15
**request** 47:7,22
73:4,6
**requested**
49:11 54:5,6,7
133:10
**requests**
133:13
**require** 86:21
**required** 21:9
27:4 31:24
122:8
**requirement**
125:12
**research** 1:4,10
1:14 8:1,4,9,11
8:14 10:18,22
11:24 13:9,10
13:17 16:14
17:1,16 18:14
18:17 21:11,19
21:21 22:1,4,9
22:12,18 23:11
24:20,23 25:3
25:18 28:11,13
28:14 29:15
31:1 62:24
69:4,5,13 90:3
110:21 113:12
116:7 119:13

| | | | |
|---|---|---|---|
| **reserve** 98:18 | **returning** | 84:1,2,16,20,22 | **rules** 1:17 4:3 |
| **reserves** 56:16 | 58:16 | 84:24 87:13 | 5:16 |
| **resides** 24:13 | **returns** 57:20 | 89:2,6,9,12,13 | **run** 27:19 |
| **resolve** 53:12 | **review** 6:17 | 89:15,17,23 | 82:18 84:3,9 |
| 54:13 109:11 | 8:23 102:18 | 90:13 91:11,24 | **running** 25:8 |
| 126:16 | 103:3,15 114:5 | 92:1,21 93:15 | 37:16,17 45:23 |
| **resolved** 85:14 | 115:9 123:14 | 93:17 94:7,10 | 94:19 |
| 88:4 97:24 | 133:16,25 | 94:11,25 96:23 | **rush** 117:18 |
| 98:21 101:2,16 | **reviewed** | 97:14,25 99:21 | 134:1 |
| 101:20 | 102:20,21,25 | 100:2,13 | |
| **respect** 14:21 | 115:7,11 118:2 | 101:21,22,23 | **s** |
| **respectfully** | **reviewing** | 102:12 103:16 | **s** 9:16 |
| 112:13 | 117:22 123:16 | 105:6,19,21 | **safe** 58:23 |
| **respond** 90:7 | 129:9 | 107:11,20 | 59:15 |
| **responded** | **rewrite** 41:21 | 108:4,6,9,13,14 | **sake** 13:4 22:15 |
| 35:23 | **rewritten** 38:14 | 113:12,13 | **sale** 10:21 |
| **response** 35:24 | **richard** 23:23 | 116:2 119:10 | 32:10 34:2 |
| 58:25 79:23 | **right** 5:14 | 120:22 121:3 | 73:8,23 85:15 |
| 105:12 | 17:13 19:1,14 | 121:16,21 | 86:25 100:10 |
| **responses** 6:10 | 20:13 23:8 | 122:14,17 | 108:17 112:15 |
| 45:18 94:7,14 | 27:1 29:1 | 130:22 133:9 | 122:5,7 130:15 |
| 105:13,17 | 31:15 33:21 | 133:15 | **sales** 42:22,22 |
| **responsibility** | 35:5 37:3,5 | **risk** 62:16 | 65:1 66:17 |
| 25:11 | 38:7 42:13 | 102:11,14 | 69:2 70:1,3 |
| **responsible** | 47:13 48:2,22 | **road** 51:21 | 71:22 72:12 |
| 14:3 111:3 | 51:12,12 52:3 | 134:8 | 73:12 108:12 |
| **responsive** 72:9 | 58:7,13 60:15 | **role** 13:23 | 112:16 118:7 |
| 133:8 | 61:17 65:24 | 14:21 19:11 | 121:18 122:20 |
| **rest** 45:3 50:14 | 66:4,9 70:10 | **roman** 2:3 | 122:22 |
| 50:23 | 70:12 74:18 | **rooms** 58:21 | **satisfied** 63:25 |
| **restroom** 44:3 | 75:8 76:21 | **rough** 57:1 | 64:7,9 |
| **result** 61:1 | 77:16 78:25 | **round** 124:9 | **save** 29:11 |
| 62:13 92:9 | 80:22 81:5,16 | **router** 87:13 | 45:12 |
| **retention** 46:3 | 82:11,14,17,22 | **rule** 6:23,25 | **saved** 45:24 |
| 46:4 | 83:9,11,21 | | **saying** 46:9 |
| | | | 55:3 57:7 |

68:19 73:20 88:12
**says** 72:4 76:7 76:10 77:4,9 85:13 86:7,9 86:10 100:11 111:12 120:21 120:25 122:14
**scene** 59:14
**schedule** 9:8,9
**science** 11:4
**scoop** 119:25
**scope** 14:25 16:18 17:10 79:4
**scott** 2:3 4:9
**screen** 9:18 29:7 74:23 76:3 80:19
**scroll** 80:16 84:4,5 99:12 110:16
**scrutiny** 118:12
**seal** 135:20
**second** 11:15 31:10 32:24 33:3 75:10 82:7,7 99:5,12 99:17 103:6 105:1 106:1 107:4 110:11 114:13,17 130:20
**secondhand** 119:10

**section** 82:7 115:24 123:9
**secure** 59:16
**security** 4:17 109:5 127:13
**see** 5:23 15:6 29:19,22 31:10 33:4 34:20 45:13 64:18 74:21 75:3,5,6 75:13 76:2,8,9 76:13,18,25 77:2,7,12 85:4 85:17 86:5 90:25 91:7 93:18,21 94:2 94:11 99:23 101:1,13 105:2 105:3 106:5,11 109:24 112:25 113:10 114:17 115:18 125:25 126:5 130:3 131:6
**seeing** 95:21
**seemed** 16:4 34:25
**seems** 114:2
**seen** 36:12 59:18,19 86:22
**self** 59:7
**sell** 61:7,8,20 61:21 109:2,7 109:19 119:21 121:16,19

**seller** 122:25
**selling** 33:20 34:5,6
**send** 14:13 88:9 88:17,20 90:23 91:4 93:9 95:2 95:7 133:13 134:3
**sending** 86:1
**sense** 6:21 7:2 18:10 55:1,2 109:16
**sent** 29:13 83:15 88:19 102:19 103:16 105:18 127:23
**sentence** 90:25 107:5,7,8
**september** 135:21
**series** 4:11 6:3 6:12 85:4 94:2
**serious** 61:16
**seriously** 118:1
**server** 20:5 58:2,3 95:9,17
**servers** 19:23 95:10,11,13,16
**services** 56:15
**set** 1:20 49:18 87:12 120:4 135:19
**setting** 4:14
**setup** 57:10

**seven** 74:5 92:6
**several** 5:7 42:11 51:14 66:17 72:21 98:13
**shake** 5:24
**share** 29:7 95:9
**shared** 74:17 95:18
**shareholder** 25:18 99:2
**sharing** 23:1,2 23:4,6 31:10
**sheasley** 2:5
**sheet** 66:25 132:13
**shelf** 34:4,5
**shelves** 25:6,8
**shifted** 78:1,6
**shifts** 37:17 94:19
**ship** 63:14
**shipment** 56:12 60:18,19 61:15
**shipments** 61:12 62:3 67:4
**shipped** 28:21 61:11
**short** 8:15 53:3 61:11 130:11
**shortages** 61:2
**show** 29:6 56:21 131:9

21-61491-tnap    Doc 352    FILED 06/27/24    ENTERED 06/28/24 08:20:36    Page 17 of 25

showing 80:19
shut 59:13
side 50:3 52:24
68:8 92:6
97:15 101:4
119:13 132:11
sign 107:2
signature
115:12 135:22
signed 106:23
significant 20:9
61:1,4 67:16
98:18 112:4
significantly
18:18 90:9
silicon 61:2
66:21
similar 39:9
56:12,14
simple 32:17
40:22 41:9
simply 43:15
54:13 67:2
68:16 87:1
94:22 122:24
sink 58:1,3
116:15
sir 5:2 18:7
50:20 115:18
sit 63:17
117:17
site 43:24 45:4
120:14,19
sitting 37:15

situation 78:10
88:7 96:17
97:12 101:19
109:11,12
123:7
situations
22:10
sized 31:8
slack 45:9,11
45:12,13,20,22
slack's 46:2
slightly 92:24
126:9
slipping 92:12
92:14
slowly 15:19
small 21:6
22:14 30:5
43:17,17 63:1
74:14 76:4
smallest 31:6
smoke 58:20
59:3
software 12:12
13:16
sold 13:17 20:3
21:22 28:21
34:1 66:8 73:2
108:6,8,13
110:21 111:12
119:9,11 122:4
132:19
solution 48:11
57:11 98:15
100:6 102:8

solve 98:1
solved 93:8
somewhat
64:17
soon 50:14
77:10 85:14
90:23 91:4
127:23
soot 59:11
sorry 11:25
14:11 15:22
18:1,6 39:22
44:13 50:20
65:9 78:2 84:5
93:22 103:23
105:5 120:16
122:1,10
128:15
sort 16:5 44:21
46:4 48:17
sorted 86:4,8
sorting 8:21
sound 42:20
sounded 38:3
source 61:22
sources 64:7
128:9
space 21:3,10
21:14,17
speak 9:5 66:13
69:17 109:20
121:22
speaker 15:18
20:10

speakers 44:6
speaking 6:3
92:3
speaks 88:2
111:17
specific 10:2
31:18 41:8
50:22 56:11,17
63:10,12,14
64:6 66:3
67:20 68:2,14
68:20 70:25
72:4,5 88:11
102:22 105:23
106:14 107:6
109:20 110:4
114:3 120:1
128:22 132:16
specifically
64:16 103:18
120:18 121:12
126:15
specifics 37:9
121:6
specified
135:16
speed 68:24
spell 9:13 79:7
spelled 57:3
spent 129:5
spike 76:17
spiked 130:7
spirit 47:11
50:1

**spots** 59:12
**spreadsheet**
19:19 131:23
132:4,24
**spring** 70:16
**sqrl** 20:3 30:6
50:9 74:25
75:12 77:9
93:24 95:12
98:5 99:13
106:4 116:15
116:22 122:14
127:9,12
132:18
**sqrl's** 107:24
119:18
**square** 20:25
21:3,4,16,18
**squirrel** 7:15
8:1 55:12
**squirrels** 1:4,10
1:14 7:9 8:4,9
8:10,13,14
10:17,18,22
11:24 12:1,6,8
12:14,19 13:5
13:6,8,9,10,17
16:14,22,23
17:1 18:14,16
21:11,19,21
22:1,3,7,9,12
22:18 23:9,11
23:13,20 24:8
24:19,22 25:3
25:18 28:11,12

28:14,18 29:14
30:2,21 31:1,3
31:14,19 33:17
35:8 37:2
39:15 47:25
60:14 61:17,23
62:18,24 69:4
69:5,13 70:12
75:17 77:14,20
77:20 79:11
81:15,18,24
83:18 90:3
91:9 98:25
108:13,19
110:21 111:5,8
111:23 113:11
114:15 116:7
119:12 121:2
121:15,19,21
124:24 125:4,7
**ss** 135:1
**staff** 35:17 38:3
40:25 45:3
48:5 60:10,12
69:4 87:12
**stainless** 25:11
**stakes** 42:25
**stale** 9:13
**stamp** 74:19
**stance** 53:15
**stand** 20:7
62:16
**standard** 68:12
72:19 107:1
112:3

**standpoint**
60:13 70:25
71:2,8 108:3
**stanfill** 1:11,15
3:1 4:1,6,8,18
8:3,13 9:15,16
9:17 12:21
13:3 14:20
31:13 44:9
45:16,22 73:20
74:11,17 134:7
135:5
**stanfill's** 12:23
**start** 6:5 16:22
18:1,7 22:1
23:9 27:17
85:11 99:17,23
105:16
**started** 18:8
20:12 28:3
**starting** 30:22
60:18 75:6
101:19
**starts** 99:13
107:9 117:13
**state** 1:19 4:12
11:2,12,16
12:25 24:13
123:23 135:1,4
135:24
**statement** 43:9
90:2 106:13,17
106:18,20
107:17,21
117:20 123:8

**statements**
33:22 44:12
105:10 111:18
127:16
**stating** 92:17
**stay** 127:22
**steam** 59:10
**steel** 25:11
**stemmed** 40:13
**stemming**
97:18
**stenotypy**
135:9
**step** 33:6,6,9
**stick** 41:1 92:18
**sticking** 40:3,4
**stink** 9:21
**stop** 31:10
**stored** 19:25
20:2
**storing** 19:17
**straight** 129:14
**strategy** 12:11
31:25
**string** 80:15,21
81:10 99:10,15
**strong** 118:22
**structure** 29:17
**structured** 47:9
**struggles** 62:5
**studied** 11:7
**studio** 13:5
**style** 58:3
**subcontractors**
18:13

subject  104:12
sublet  21:11
subsequent
  41:24 47:19
  60:25 130:15
substantial
  61:13 119:11
suddenly  67:20
suggest  63:23
  99:17
suggested
  26:19
suggests  64:20
  73:12
suite  2:4,9
sum  78:18
summarize
  33:4
superior  2:9
supervising
  23:13
supplier  26:18
supplies  116:11
supply  61:5
  132:6
support  13:16
  21:10 39:20
  66:22
supporting
  68:6
suppose  55:2
  123:1
supposed  52:21
sure  5:3 7:12
  12:23 26:7

33:14 40:1
48:21 50:16
59:15 64:11
67:18 81:1
84:6 88:15
91:17 94:7
101:24 103:13
105:25 107:14
114:12,14,22
115:2 117:4
121:10 123:6
133:25 134:5
surplus  56:7
surprised
  53:13
surrounding
  60:5
suspect  30:16
sworn  4:4
  135:6
syncs  58:4
system  19:16
  100:11
systems  20:7
  21:8 25:9,12
szinte  1:18
  135:3,23

---
t
---
t  9:16,25 27:19
table  119:24
tactical  127:21
tagged  56:1
  64:17
take  6:2,23,24
  20:8,11 31:7

33:5 34:8
35:25 44:3,7
46:7 74:3,3
86:22 92:5
99:16 101:14
103:2 116:13
116:24 117:25
121:2 125:14
127:5 133:21
taken  1:17,19
  20:15 44:8
  74:7 125:17
  127:6 135:15
talk  9:2 16:7
  26:19 55:9
  58:5 78:11
  85:10 90:19
  103:19,23
  118:22 122:20
talked  28:4
  108:9 115:8
  124:4,11
talking  20:18
  61:23 66:7,12
  87:21
talks  126:3
tallmadge  9:24
team  12:12
  35:8 37:20
  42:3 43:16,20
  43:24 48:13
  78:8
teams  23:16
tech  65:3

technical  16:5
  133:12
telephone
  25:24 26:10,14
  71:15 100:19
tell  15:17 25:5
  25:21 31:17
  35:7 39:5 51:5
  51:16 59:1,23
  60:19 63:16
  66:6 71:23
  81:10 100:17
  100:17 116:4
  124:3 131:24
  131:25 132:22
telling  51:1
ten  41:10,24
  42:1 125:14
tenant  58:19
tend  30:7
tender  47:13,16
tendered  50:15
tenuous  102:1
tenure  13:7
term  5:13 20:1
  20:20,21,22,24
  23:1 30:12,13
  32:11,14 35:20
  42:24 62:14
  70:10 102:2
  105:8
terms  20:23,25
  25:7 26:15,16
  27:4 30:22
  31:4 32:15

35:8,19 36:6
38:7 42:18
44:22 45:5
46:11 47:4,8
48:24 49:4,12
56:21 67:22
69:17,21 70:19
70:21 71:5
72:14 75:21
77:19,22 82:4
82:16 97:25
99:1 101:4,9
106:25 108:18
110:8,25
122:19 130:21
**testified** 4:5
78:24 82:20
**testify** 135:6
**testimony** 57:6
64:13 108:21
135:8,12
**texas** 24:14,25
**text** 14:9,12
42:17
**thank** 4:25 6:16
18:6 32:12
57:2 68:3 81:2
102:15 115:4
131:12 134:6
**thanks** 20:17
74:6 95:20
**theme** 78:17
**theories** 54:22
**thermal** 116:15

**thing** 5:19 6:9
61:24
**things** 9:9 15:8
16:5 18:20
25:7 42:8 55:4
56:9 68:13
71:1 94:20
96:6 100:11
**think** 5:12
18:25 26:5,5
26:23 27:1
30:1 33:15
36:1 40:6
44:24 46:16,21
51:19 57:5
60:16 63:13
70:10 73:19
87:24 91:13
93:19 94:14,15
96:1,5 98:18
100:1 108:19
116:2 120:14
124:12
**third** 17:24
19:14,18 26:19
33:8,16 66:8
69:2 71:18,19
98:22 106:1
108:6 109:3,13
109:15 119:23
120:4
**thought** 55:3
96:4
**thousands**
62:22

**threat** 104:6,20
105:1,2
**threats** 105:6,9
**three** 114:1
**thursday** 1:11
**tighter** 127:10
**time** 5:5 12:18
17:16 18:18
28:4 31:9,14
31:21 32:5
34:8 35:15,22
37:2,14 40:24
41:18,19 43:7
43:19,24 44:17
45:4,10 47:25
49:12,16,18
50:11 52:7,9
53:3,6 54:11
56:11 58:25
60:14 61:4
62:19,25 65:8
65:21 66:13
67:10 73:22
75:24 76:1
78:6 80:10
82:18 83:14,16
83:25 84:3,9
84:10 86:21
88:19,20,23
89:21,22 93:4
93:5 94:17,24
95:15,22 96:9
97:21 98:10,11
98:12,20
106:21 111:4

112:4 116:18
118:4 121:6
122:7,10,12
125:4,15
128:11,18,19
130:8,14,15
132:5,7 133:15
135:15
**timelines** 92:12
92:14
**timeliness**
37:11
**timely** 37:7
46:14,17 47:14
49:15 52:9
**times** 5:2 22:19
42:11 53:5,17
53:23 61:13
76:15 83:12
118:17
**timing** 37:23
38:7 40:11
90:18 109:16
131:16
**title** 12:6 72:1
108:3
**titled** 66:25
**today** 4:12 5:18
6:13 7:4 8:6,20
8:24 9:3,10
24:18 29:13
63:17 66:7
117:17 131:15
133:10,12

| | | | |
|---|---|---|---|
| **today's** 16:18 | 52:3 53:8,14 | **transaction** | **transfer** 109:14 |
| **together** 73:1 | 55:10,23 56:2 | 51:25 64:22,24 | 110:7 116:1 |
| 83:25 96:11 | 63:4,8,11 64:1 | 64:25 65:10,14 | 117;6 |
| 113:2 125:11 | 64:10 67:15 | 72:15 75:17 | **transferring** |
| 133:9 | 68:1 73:2,23 | 80:7,10 86:14 | 129:15 |
| **tokens** 129:11 | 75:8 77:15,15 | 86:20,24 87:6 | **transfers** 78:21 |
| 129:18 | 77:20 81:20 | 90:6,15 91:21 | **transmitted** |
| **told** 36:10 52:2 | 88:18 89:20 | 91:22 92:10,12 | 39:11 |
| 69:6 92:21 | 101:22 104:11 | 93:14 96:12,23 | **transparent** |
| **tomorrow** 91:6 | 107:11,18 | 97:16 101:7 | 123:10,15 |
| 91:16,18 | 109:10,19,21 | 104:17 108:22 | **transparently** |
| **tone** 105:10 | 118:16,24 | 109:15,25 | 34:22 |
| **tonight** 86:4,8 | 119:24 124:21 | 110:4 111:3 | **treasury** 38:23 |
| **took** 11:13,18 | 132:10,12 | 117:2 122:24 | 39:16 |
| 20:20 35:4 | 133:3,6 | 124:10,16,17 | **treat** 9:24 |
| 37:2 44:10 | **torea's** 47:6 | 124:20,21,23 | **treated** 55:8 |
| 65:7 77:15 | 63:16 66:1 | 125:2 126:15 | 70:7 |
| 88:1 102:11,13 | 98:13 | **transactions** | **treatment** |
| 108:25 | **total** 28:19 | 16:9,13,23,25 | 104:19 |
| **tool** 65:3 | 62:13 | 17:2,6 33:5 | **tremendously** |
| **top** 81:7 85:12 | **touch** 27:7,16 | 64:19 66:9 | 102:4 |
| 102:16 103:3 | 134:8 | 68:7,9 69:1 | **trigger** 100:10 |
| **topic** 37:19 | **toward** 30:19 | 70:19,21 72:15 | **trillions** 32:23 |
| **topics** 95:10 | **trace** 112:11 | 73:2,21 96:7 | **trips** 71:14 |
| **tor0015** 75:12 | **tracking** 133:1 | 111:19 114:1 | **trouble** 52:13 |
| **tor0017** 93:24 | **trade** 22:7 35:2 | 118:2,10,23,25 | **true** 105:20 |
| **tor006** 122:15 | 40:22 | 119:15,15,17 | 107:21 135:11 |
| **tor0350** 99:13 | **traded** 22:12 | 123:11,16 | **truth** 135:6,7,7 |
| **torea** 4:9 27:18 | 119:9 | 124:12,13 | **truthfully** 7:6 |
| 28:11,17 31:3 | **trading** 22:11 | 128:6 129:17 | **try** 48:1 50:24 |
| 31:15,19 35:9 | **traditional** | 132:5 | 69:25 92:17 |
| 37:3 39:23 | 39:13 | **transcribed** | 98:14 101:15 |
| 41:1,1,2 42:3,6 | **transact** 79:8 | 135:10 | 101:17 105:16 |
| 43:10 46:8,12 | **transacted** 80:2 | **transcript** 6:17 | 111:24 112:13 |
| 46:15,19 48:2 | 80:5 102:7 | 135:12 | 127:22 128:3 |

129:21 130:3
**trying** 9:9,20
21:1 48:9 50:1
52:15 65:21
76:10 78:17
94:20,20 96:10
98:1,20 100:6
101:20 128:1
**tube** 57:19
**tubes** 59:9
**turn** 75:10
115:14
**turned** 34:10
**turns** 6:3
**two** 22:25
32:18 53:6,18
55:19 64:19
66:8 79:15
86:22 104:13
105:5 113:15
114:1 118:3
123:13 126:24
133:5,21
**type** 20:19 63:6
63:7,10,11
113:19 127:16
131:8,22
**types** 132:6
**typical** 56:23
56:24

**u**

**u** 15:21
**u.s.** 37:1 38:24
39:1,3,13 40:9
40:16 41:10,13

41:14,17,25
43:12 49:10
51:23 52:5,10
52:15 54:3,4
55:4,6 79:2
80:1,3,8 87:3
88:24 89:8
92:5 101:18
110:1,6 128:12
129:5,23
**uk** 44:19,21
**ultimate**
123:24
**ultimately** 49:1
54:12 87:25
132:19
**un** 102:1
**unable** 50:10
95:18,23 98:7
**unavailable**
76:12
**unbeknownst**
107:2
**uncompensated**
13:24 14:2
**uncooperative**
105:17
**under** 28:6
37:21,24 44:9
47:8 52:18
56:9 63:1
90:14 122:8,11
122:12
**underlying**
88:2 90:16

93:1
**undersigned**
1:18
**understand**
5:21 6:14 7:5
24:5 37:10
54:17,21,22
65:22 97:10,11
101:9 103:14
107:23 118:5
129:13
**understanding**
35:6 37:12,22
40:25 41:20
77:21,23 79:9
95:7 104:20
123:7,20
**understood**
6:19 26:24
50:11 65:20
**unexpected**
53:8
**unfair** 130:2
**unfortunate**
132:14
**unhappy** 37:22
**unit** 32:20
34:10 111:13
**units** 113:17,21
114:1 129:19
**university** 11:2
11:13,16
**unrelated**
86:14 114:21

**unsure** 38:4
**untenable**
102:1
**untrue** 105:19
**updates** 97:1,5
**upfront** 34:17
**upper** 71:9
**upset** 93:5
97:10
**urgently** 122:8
**usd** 41:7
100:23 101:1,2
101:14,14
128:20
**usdt** 86:15 87:1
87:2,8,16,18
88:23,24 90:23
91:3 128:3
**use** 14:13 15:24
16:3 20:21
35:11 41:8
49:9 62:14
87:1 88:13
127:18
**used** 14:16 15:2
20:1,20 30:12
30:13 32:11
45:5,8,9 50:8
51:4 57:22
64:21 108:11
132:25
**user** 14:17 15:1
15:2,13,15
**uses** 102:3

usually   33:2
96:20
utilized   25:3

**v**

v  9:15,24
value   41:19,23
55:6 89:8,20
90:16 101:15
117:5,7 118:9
118:13,18
121:20,25
122:4,5 123:12
variety   128:9
various   15:8
19:13,17 22:19
22:20 53:5
59:13 61:12
70:19 71:13
103:22 104:3
122:20 132:4
vary   18:18
vast   66:13,18
vendor   108:24
verbatim
103:16
version   95:21
versus   117:6
video   133:25
view   32:17
122:3
views   5:12
vision   29:11
volatile   41:13
volatility   54:12

volume   68:24
86:18 111:21
vpn   86:3,13
87:9,12,15,23
88:11,12
vs   1:6

**w**

wait   130:19
waiting   94:10
wallet   39:10
126:4,7 129:15
130:5,21,22,24
131:2
wallets   130:23
want   15:3,10
17:13 18:5
31:19 38:19
42:9 45:17
46:7 65:22
73:4,9 85:7
89:19 90:4
103:2 115:8
117:18 120:17
121:3 123:14
124:5,7 126:2
133:21,24
134:1
wanted   26:9,25
27:16 31:15
38:21 41:2,15
43:10 48:1
69:21,24 78:12
87:8 97:13
109:3 115:2
119:20

wants   120:21
121:1
warranty   56:8
watch   15:3
water   57:6,9,21
57:23
way   30:24
33:21 38:14
48:17 54:8
55:2,4 60:5
62:12 68:1
95:6 96:9
97:24 98:14
100:23 104:4
106:9 132:10
ways   5:13 39:8
we've   50:5 55:7
63:19 66:7,12
86:22 100:22
118:6,19
web   56:15
week   82:18
84:2,14,15,16
84:16,21,21
86:23
weekly   76:15
weeks   34:9
86:22 98:13
130:16
welcome   73:3
welding   25:10
25:10,11
went   41:25
43:5 58:22
59:14 64:12

69:11,15 71:16
71:17 131:3,4
whereof   135:19
white   82:21
wife   9:7
willing   35:2
49:2 54:15
72:25 77:25
willis   126:1
wind   27:11
windfall   42:6
90:17
window   72:8
wiring   25:8
wish   62:10
withheld   73:18
86:3
witness   73:24
135:10,19
woodmere   2:5
word   102:25,25
words   51:3,9
115:24 118:22
work   10:15,19
11:9,12 12:11
12:17 13:20,22
13:23 18:12,14
18:17 24:18,20
24:24 69:16
70:5,6 78:15
82:18 84:3
95:16 98:2
worked   12:8,15
12:19 13:5,18
23:16 24:19,21

**[worked - zurn's]**                                    Page 40

| | |
|---|---|
| 44:19 | 15:25 16:11 |
| **working**  12:14 | 17:8 23:10 |
| 13:8 26:15 | 24:4 26:3 44:2 |
| 41:3 44:17 | 44:13 45:15 |
| 50:17 76:17 | 53:19,21 54:19 |
| 91:5 94:9,19 | 62:20 73:19 |
| 125:8,10 | 80:24 81:2 |
| **works**  95:6 | 86:7 89:24 |
| **written**  45:17 | 93:22 103:10 |
| 65:6 | 105:7,22 |
| **wrong**  33:15 | 107:12 113:6 |
| | 115:15 128:14 |
| **x** | 130:17 133:20 |
| **xilinx**  27:5 | 134:5 |
| **y** | **zurn's**  14:25 |
| **yeah**  27:23 | |
| 38:8 73:3,10 | |
| 75:6 97:11 | |
| 108:10 120:23 | |
| 131:5 | |
| **year**  116:23 | |
| 118:3,3,3 | |
| **years**  5:7 16:2 | |
| 60:25 | |
| **yield**  77:19 | |
| **z** | |
| **zoom**  1:19 4:13 | |
| 4:15 5:24 6:11 | |
| 9:18 74:15 | |
| **zoomed**  74:18 | |
| **zooming**  29:12 | |
| **zurn**  2:8 4:21 | |
| 5:8,12 7:10,19 | |
| 8:3,10 10:3,9 | |
| 12:20 14:14,19 | |