Exhibit 2 to Objection

FILED

## Paul Billinger

2024 JUN 27 PM 4:43

| | |
|---|---|
| **From:** | Paul Billinger <paul.billinger@toreaconsulting.com> |
| **Sent:** | June 3, 2024 10:09 AM |
| **To:** | 'KATE.M.BRADLEY@usdoj.gov' |
| **Cc:** | 'Fred Schwieg'; 'Zurn, Julie Kaplan' |
| **Subject:** | RE: New Evidence Fraudulent Transfer Cases  Squirrels Research Labs LLC and The Midwest Data Company LLC (21-61491) |



Whistleblower leak:
https://tinyurl.com/4kfn4fdh

(best evidence nearer the end of conversation)

---

**From:** Paul Billinger <paul.billinger@toreaconsulting.com>
**Sent:** June 3, 2024 9:48 AM
**To:** 'KATE.M.BRADLEY@usdoj.gov' <KATE.M.BRADLEY@usdoj.gov>
**Cc:** 'Fred Schwieg' <fschwieg@schwieglaw.com>; 'Zurn, Julie Kaplan' <jzurn@brouse.com>
**Subject:** RE: New Evidence Fraudulent Transfer Cases Squirrels Research Labs LLC and The Midwest Data Company LLC (21-61491)

To be clear, this is not a case of people getting over their heads or exercising poor judgement. This is a conspiracy to methodically and deliberately con and defraud multiple parties for multi-million dollar damages.
I have the evidence to back up these assertions (**whistleblower Telegram leak below**). These crimes, in addition to the 18 U.S.C. § 3057 Bankruptcy Frauds previously identified, must compel you to action. The data leak contains evidence of an elaborate con (worthy of a Hollywood movie script), which should be taken into consideration with evidence previously provided.

I believe that we are approaching sufficient evidence to secure criminal convictions, maybe even a RICO case with additional probing and coordination with the ongoing Maranda FBI investigation. I am unsure how we can use this information to secure the return of funds to the unsecured creditors. Hopefully, with your knowledge and expertise you can find a path. Maybe a plea deal could include return of embezzled assets in return for a reduced sentence. These individuals will not fair well in penitentiary, so will be anxious to mitigate their time. Act quickly, as additional spoilation is likely to occur when Mr. Stanfill frantically tries to front run this.

There are some wallets mentioned in the leaked documents. You may be able to trace funds flowing through associated wallets. Also, the Telegram chat should continue on beyond the scope of the leak, so you may be able to subpoena the records in their entirety. Also, you can use DOJ authority to acquire any suppressed records that have survived spoilation. Additional evidence will reside in Slack, email, shipping records, accounting records, crypto exchange statements, crypto wallet transactions, phone records, and security camera footage.

Please note that spoilation has already occurred. "Deleted User" is Mr. Stanfill. He attempted to destroy all the evidence, but fortunately deleting a User Id does not delete that conversation history of the other parties. The pictures posted by Deleted User establish that this is in fact, Mr. Stanfill.

Following is evidence of a conspiracy to con investors out of **$155 million USD** (follow the link provided to access the complete data leak archive). There is much technical language. I'll provide a short summary, but even a non-technical person will be able to recognize the con.

1. Mr. Stanfill approaches investors for large cash injections based on claims that he has invented a crypto mining machine that is >30x more profitable than any in existence.
2. Mr. Stanfill sets up demonstrations in North Canton, OH. He does not actually have the claimed product so conspires with 2 accomplices to create fictitious results.
3. Mr. Stanfill solders a Radio Frequency chip onto his development board, taking elaborate methodical precautions to conceal it.
4. Mr. Stanfill's accomplices set up a hidden GPU farm that performs actual work to be presented as work performed by the development board.
5. Mr. Stanfill's accomplices write software to bridge the GPU farm work product to the development board, obfuscating in order to deceive the investors.
6. All conspirators conspire to conceal their deception by anticipating due diligence efforts of the investors and undertaking deliberate premediated actions to thwart them.
7. Mr. Stanfill attempts to obtain $55 million USD <u>FROM EACH INVESTOR</u>, apparently without disclosing to the other parties who each believe they are purchasing the entire stock.
8. The conspirators demonstrate disdain and contempt for the investors that they are attempting to partner with. They have absolutely no reservations or remorse.

Some excerpts, but the entire data leak should be reviewed for context and additional supporting evidence:

**Deleted Account**                                                                01:44
Ok.

DJ Dave investor looking to maybe buy all board stock       01:44

Three way bidding war for $55M in HBM boards                01:44

**OhGodABird**                                                                     01:45
Is everyone interested in the ETH bitstream, or is someone in just for the hardware itself?

**Deleted Account**                                                                01:45
Seems for $155M we could probably build quite a bit of insane hardware

My main concerns are:                                                              21:35
1. The not quite inconspicuous receiver patched onto the dev board

Main risk scenarios are:                                                           21:39
1. Question patch on dev board. I added thermal grease over chips to be sure no picture would identify the RF chip

**Deleted Account**                                                                21:49
Mitigation technique 1: it is possible for me to construct a mobile relay carried on my person that can employ a cell uplink

Details in this whistleblower leak:
*<< link omitted as it may not pass email filter. I will send via separate email, but you may not receive it >>*
Note: the Zip file contains a Telegram chat extract and contains no unsafe files or executables.

While the conspirators were initially united in their pursuit by greed, relationships soon broke done over how to divide the spoils (as per sources outside the data dump).
The following relationships turned hostile

1. David Stanfill – Michael Maranda
2. David Stanfill – Richard Aerton
3. Daniel Meszaros (OhGodABird) – Richard Aerton

This breakdown may explain the emergence of this data leak; it appears to originate from Richard Aerton.
Given the animosity, Aerton may be amenable to a plea deal in exchange for testimony against the others.

Mr. Stanfill is revealed as a criminal mastermind who is adept at persuasion and social engineering. He may have used these skills against Brouse to deceive them into preparing the fraudulent bankruptcy filings.

The conspirators are self-styled Spartans and Stanfill fancies himself as a biblical Gideon, but their deeds indicate that more accurately they are servants of Mammon.

Regards,
Paul Billinger

---

**From:** Paul Billinger <paul.billinger@toreaconsulting.com>
**Sent:** May 6, 2024 12:38 PM
**To:** 'Fred Schwieg' <fschwieg@schwieglaw.com>
**Cc:** 'KATE.M.BRADLEY@usdoj.gov' <KATE.M.BRADLEY@usdoj.gov>
**Subject:** New Evidence Fraudulent Transfer Cases Squirrels Research Labs LLC and The Midwest Data Company LLC (21-61491)

Will it help your cases to establish a extensive web of interconnected related frauds?

In addition to the compelling and substantial evidence that I have previously provided, there is additional evidence of fraud and securities fraud where David Stanfill presented falsified results while soliciting investments. In non-technical language, he presented work as being done by equipment he designed and sold, when in fact he had prepared other equipment to spoof the results.
Here is where he admits it:



9:18

octopus

**GPUHoarder**

Christophe,

There is an aspect of our work together so far that I fe[el] uncomfortable with, and in discussing with our technical team we feel ethically obliged to be clear on. We had indicated prior to your visit that the ICM3S module was not yet ready, and we would be able to demo 750MH on the FK, but not necessarily 2GH on ICM3S. At your teams' behest I personally spent all night putting a patch on the PMIC controller to pull enable high despite unbiased temperature monitor warnings, and force the power supply to run regardless of any issues. We additionally cut corners on the mine[r] and bitstream, FPGA<-> host driver, and made some short term optimizations, including synthesizing into th[e] bitstream (which took about 10 hours to build overnig[ht] on our fastest machine) specific shortcuts / optimizations pre-compiled for the specific DAG activ[e] during your visit. We pushed very hard to be able to demonstrate 2GH for your investor onsite, including bypassing safety shutdowns and running the chip

4

More evidence is available as well as witness testimony.

Some of the victims are gathered on Discord. Do you need any Expert Witnesses or victim witnesses?

https://discord.com/channels/439880012183896075/517993952276774914

Also, pay attention to the Objections and Replies that are being filed. The companies claiming the bulk of the insurance proceeds have now been revealed to be related entitles under the influence of David Stanfill.

Regards,
Paul Billinger

---

**From:** Paul Billinger <paul.billinger@toreaconsulting.com>
**Sent:** April 9, 2024 2:47 PM
**To:** 'Fred Schwieg' <fschwieg@schwieglaw.com>
**Cc:** 'KATE.M.BRADLEY@usdoj.gov' <KATE.M.BRADLEY@usdoj.gov>
**Subject:** RE: Insurance Settlement Squirrels Research Labs LLC and The Midwest Data Company LLC (21-61491)

I previously recommended to the US Trustee that MWDC be joined into the SQRL bankruptcy and liquidated based on the evidence of false filings and other malfeasance that I presented. I hope that this new information will be taking into account in this regard.

Regards,
Paul Billinger

---

**From:** Fred Schwieg <fschwieg@schwieglaw.com>
**Sent:** April 9, 2024 2:39 PM
**To:** Paul Billinger <paul.billinger@toreaconsulting.com>
**Cc:** KATE.M.BRADLEY@usdoj.gov
**Subject:** Re: Insurance Settlement Squirrels Research Labs LLC and The Midwest Data Company LLC (21-61491)

It's not my decision per the plan. You need to talk to counsel
Sent from my phone
Frederic P Schwieg, Esq.
Attorney at Law
19883 Detroit Rd #239
Rocky River OH 44116
(440) 499-4506

> On Apr 9, 2024, at 2:34 PM, Paul Billinger <paul.billinger@toreaconsulting.com> wrote:
>
> The fire insurance settlement order filed today is concerning. The order was granted without any notice or chance to influence the outcome. As per the evidence I previously provided, MWDC is a façade only and all actual business was run through SQRL.

The concern is that the majority of the settlement amount is being siphoned into MWDC (which really should be liquidated) at the expense of SQRL's creditors. As you may recall, MWDC was set up by Mr. Stanfill to be insulted from creditors in preparation for his exit scam.

In this excerpt from the order, you can see that MWDC shareholders have secured the bulk of the settlement, to the detriment of the SQRL creditors, in the absence of any reasonable justification.

I hope that you will take action to rectify this injustice. Even though the amount is relatively small, it is a matter of principal. The full amount recovered should flow to SQRL creditors. The MWDC stakeholders are using complex financial engineering in order to continue plundering the assets that are rightfully the SQRL creditor's.

Regards,
Paul Billinger

---

**From:** Paul Billinger <paul.billinger@toreaconsulting.com>
**Sent:** March 21, 2024 9:44 AM
**To:** 'Kate.M.Bradley@usdoj.gov' <Kate.M.Bradley@usdoj.gov>
**Cc:** 'Fred Schwieg' <fschwieg@schwieglaw.com>
**Subject:** FW: Outstanding Discovery Documents Squirrels Research Labs LLC and The Midwest Data Company LLC (21-61491)

I've been stonewalled for years on my Discovery request. If we can obtain the financial documents and all the exchange account transactions then we should be able to trace the transactions on-chain and identify recoverable assets. The beneficial owner information of the accounts from Nexo, Coinbase, Biki, Binance, etc. will provide additional evidence of comingling with Mr. Stanfill's personal assets and business entities.

In regard to the falsified Form 201, the transcript that I provided contains testimony from Mr. Stanfill indicating that he had the TorEA debt on his accounting books prior to the bankruptcy. This was omitted from the form. He also admitted during testimony that he had profit sharing agreements in place with other entities. These known unpaid debts were also omitted.

You might want to coordinate with the FBI investigation into Michael Maranda, which is dealing with related issues locating assets.

Regards,
Paul Billinger TorEA Consulting Ltd.

---

**From:** Paul Billinger <paul.billinger@toreaconsulting.com>
**Sent:** March 14, 2024 5:17 AM
**To:** 'Zurn, Julie Kaplan' <jzurn@brouse.com>
**Subject:** Outstanding Discovery Documents

I still haven't received most of the Discovery requested. Please explain the delay.

21-61491-tnap    Doc 353    FILED 06/27/24    ENTERED 06/28/24 08:23:57    Page 6 of 7

SQRL TOR0569 is the last document that I received. Most of what I did receive was multiple copies of the same documents.

As a reminder, here are the must important of the outstanding items:
1. Performance Report
2. Wallets, beneficial owners, accounts, and transaction history for mined Ethereum, Escrow, and other transactions related to my cards while rented by SQRL and also relating to any partial payments

 Virus-free.www.avg.com