IT IS SO ORDERED.

Dated:  July 12, 2024



Tiiara N.A. Patton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**Squirrels Research Labs LLC and The Midwest Data Company LLC,**<br><br>Debtors. | Chapter 11<br><br>Case No. 21-61491 (TNAP)<br><br>Judge Tiiara N.A. Patton |

**ORDER STRIKING THE OBJECTION OF SECOND
FOUNDATION MINING LLC, TO THE SETTLEMENT AGREEMENT
AND MUTUAL RELEASE FILED BY DEBTOR SQUIRRELS
<u>RESEARCH LABS, LLC (DOC. 323)</u>**

On April 9, 2024, Squirrels Research Labs LLC and The Midwest Data Company LLC ("<u>Debtors</u>") filed the *Motion of Squirrels Research Labs LLC and the Midwest Data Company LLC for Entry of an Order Approving Compromise and Settlement with Cincinnati Insurance Company* (ECF Docket No. 323), requesting entry of an order approving the settlement of a controversy between Debtors and Cincinnati Insurance Company. On April 26, 2024, the *Objection of Second Foundation Mining LLC, to the Settlement Agreement and Mutual Release*

*Filed by Debtor Squirrels Research Labs, LLC (Doc. 323)* (ECF Docket No. 327) (the "Objection") was filed by Robert Oxsen, who identifies himself as CEO of Second Foundation Mining LLC.

On May 7, 2024, the Court entered the *Order Directing Second Foundation Mining LLC to Cure Certain Filing Deficiencies and to Show Cause Why Its Objection Should Not Be Stricken by Friday, May 17, 2024* (ECF Docket No. 330) (the "Show Cause Order"). In the Show Cause Order, the Court noted that "[t]he certificate of service for the Objection is deficient as it does not comply with Local Bankruptcy Rule 9013-3." The Court also noted that "the Objection was submitted by Robert Oxsen, CEO of Second Foundation, who is not an attorney, on behalf of Second Foundation," and "'that a corporation may appear in the federal courts only through licensed counsel.' Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 202 (1993) (citing cases)." The Court directed Second Foundation Mining LLC to cure the filing deficiency by Friday, May 17, 2024, and also to file an appropriate pleading to show cause why the Objection should not be stricken for not being filed by an attorney. To date, Second Foundation Mining LLC has failed to cure the deficiency or to file any pleading. Accordingly, upon review of the record and Second Foundation Mining LLC's failure either to cure the noted deficiency or plead and show cause as directed; therefore,

**IT IS HEREBY ORDERED THAT:**

1. Cause has not been shown by either Mr. Oxsen or Second Foundation Mining LLC; therefore, The *Objection of Second Foundation Mining LLC, to the Settlement Agreement and Mutual Release Filed by Debtor Squirrels Research Labs, LLC (Doc. 323)* (ECF Docket No. 327) is stricken.

# # #