# United States Bankruptcy Court
## Northern District Of Ohio
### Notice of Filing Deficiency

**To:** Paul Billinger  **Case Number:** 21−61491−tnap

**Debtor(s):** Squirrels Research Labs LLC  **Judge:** TIIARA N.A. PATTON
  The Midwest Data Company LLC

Re: Motions/Pleadings/Filings for Judge's Consideration
  Motion for Reconsideration

**The following deficiency must be corrected within 3 days from the date of this notice, or the matter may be referred to the Judge for further consideration.**

- ☐ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☐ Request for Summons ☐ See Comments.
- ☐ Affidavit is invalid. Need ☐ Notary Seal/Stamp ☐ Signature ☐ County/State ☐ See Comments.
- ☐ Attachments missing or incorrectly filed.
- ☐ Case ☐ Closed ☐ Dismissed ☐ Number incorrect ☐ Transferred ☐ Caption Incorrect.
- ☐ Certificate of service indicating name and address of parties served and date of service required.
- ☐ Exhibit A not attached.
- ☐ Form B121 required.
- ☐ Hearing information ☐ Not fully reflected in order ☐ No Hearing notice ☐ Incorrect Hearing time/date.
- ☐ Signature Declaration missing.
- ☐ /S/ Signature required for ☐ Attorney ☐ Debtor ☐ Creditor.
- ☐ Incorrect PDF Attached.
- ☐ No Means Testing Form
- ☒ Other. See Comments/Instructions.

**Comments/Instructions:**
1) Notice of motion required; 2) All proposed orders must be submitted electronically at the time of filing of the motion, application or other pleading seeking relief from the court.

Deputy Clerk: **/s/ Lynn Baldwin**
Date: **7/26/2024**
Form ohnb141