United States Bankruptcy Court
Northern District of Ohio

In re:     Case No. 21-61491-tnap
Squirrels Research Labs LLC     Chapter 11
The Midwest Data Company LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0647-6     User: lbald     Page 1 of 3
Date Rcvd: Jul 26, 2024     Form ID: 141     Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Paul Billinger |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 28, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan Sisto | on behalf of Creditor Carl Forsell bsisto@fbtlaw.com |
| Christopher Niekamp | on behalf of Creditor Better PC LLC cniekamp@bdblaw.com |
| Christopher Paul Combest | on behalf of Creditor Avnet Inc. christopher.combest@quarles.com |
| David M. Neumann | on behalf of Creditor Envista Forensics LLC d/b/a AREPA dneumann@meyersroman.com, docket@meyersroman.com;mnowak@meyersroman.com |
| Frederic P. Schwieg | fschwieg@schwieglaw.com OH84@ecfcbis.com |
| Frederic P. Schwieg | on behalf of Plaintiff Frederic P Schwieg fschwieg@schwieglaw.com OH84@ecfcbis.com |
| Frederic P. Schwieg | on behalf of Trustee Frederic P. Schwieg fschwieg@schwieglaw.com OH84@ecfcbis.com |

| | |
|---|---|
| Jack B. Cooper | on behalf of Defendant Sidney Keith jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant Kyle Slutz jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant Jessica Gritzan jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant David Stanfill jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant Andrew Gould jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant Squirrels LLC jcooper@milliganpusateri.com |
| Jeannie Kim | on behalf of Interested Party Instantiation LLC JeKim@sheppardmullin.com dgatmen@sheppardmullin.com |
| John C. Cannizzaro | on behalf of Interested Party Instantiation LLC John.Cannizzaro@icemiller.com Kelli.Bates@icemiller.com |
| John G. Farnan | on behalf of Creditor Cincinnati Insurance Company jfarnan@westonhurd.com |
| Joshua Ryan Vaughan | on behalf of Creditor Ohio Bureau of Workers Compensation jvaughan@amer-collect.com SAllman@AMER-COLLECT.COM;HouliECF@aol.com |
| Julie K. Zurn | on behalf of Attorney Brouse McDowell LPA jzurn@brouse.com, ckeblesh@brouse.com |
| Julie K. Zurn | on behalf of Debtor Squirrels Research Labs LLC jzurn@brouse.com ckeblesh@brouse.com |
| Julie K. Zurn | on behalf of Debtor The Midwest Data Company LLC jzurn@brouse.com ckeblesh@brouse.com |
| Julie K. Zurn | on behalf of Plaintiff Squirrels Research Labs LLC jzurn@brouse.com ckeblesh@brouse.com |
| Kate M. Bradley ust44 | on behalf of U.S. Trustee United States Trustee kate.m.bradley@usdoj.gov |
| Marc Merklin | on behalf of Debtor Squirrels Research Labs LLC mmerklin@brouse.com mmiller@brouse.com |
| Marc Merklin | on behalf of Plaintiff Squirrels Research Labs LLC mmerklin@brouse.com mmiller@brouse.com |
| Matthew T. Schaeffer | on behalf of Defendant Fleur-de-Lis Development LLC mschaeffer@baileycav.com, lpatterson@baileycav.com |
| Matthew T. Schaeffer | on behalf of Defendant Cynthia Heinz mschaeffer@baileycav.com lpatterson@baileycav.com |
| Matthew T. Schaeffer | on behalf of Defendant Rocco Piacentino mschaeffer@baileycav.com lpatterson@baileycav.com |
| Matthew T. Schaeffer | on behalf of Creditor Fleur-de-Lis Development LLC mschaeffer@baileycav.com, lpatterson@baileycav.com |
| Nicholas Paul Capotosto | on behalf of Debtor Squirrels Research Labs LLC ncapotosto@brouse.com tpalcic@brouse.com |
| Nicholas Paul Capotosto | on behalf of Plaintiff Squirrels Research Labs LLC ncapotosto@brouse.com tpalcic@brouse.com |
| Paul J. Schumacher | on behalf of Interested Party Ohio Power Company dba American Electric Power pschumacher@dmclaw.com tgross@dmclaw.com |
| Richard J. Thomas | on behalf of Creditor Premier Bank rthomas@hendersoncovington.com dciambotti@hendersoncovington.com |
| Robert E. Goff, Jr. | on behalf of Creditor Cincinnati Insurance Company rgoff@westonhurd.com cvadino@westonhurd.com |
| Steven Heimberger | on behalf of Interested Party SCEB LLC sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com |

# United States Bankruptcy Court
## Northern District Of Ohio
### Notice of Filing Deficiency

**To:** Paul Billinger  **Case Number:** 21−61491−tnap

**Debtor(s):** Squirrels Research Labs LLC  **Judge:** TIIARA N.A. PATTON
The Midwest Data Company LLC

**Re:** Motions/Pleadings/Filings for Judge's Consideration
Motion for Reconsideration

**The following deficiency must be corrected within 3 days from the date of this notice, or the matter may be referred to the Judge for further consideration.**

- ☐ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☐ Request for Summons ☐ See Comments.
- ☐ Affidavit is invalid. Need ☐ Notary Seal/Stamp ☐ Signature ☐ County/State ☐ See Comments.
- ☐ Attachments missing or incorrectly filed.
- ☐ Case ☐ Closed ☐ Dismissed ☐ Number incorrect ☐ Transferred ☐ Caption Incorrect.
- ☐ Certificate of service indicating name and address of parties served and date of service required.
- ☐ Exhibit A not attached.
- ☐ Form B121 required.
- ☐ Hearing information ☐ Not fully reflected in order ☐ No Hearing notice ☐ Incorrect Hearing time/date.
- ☐ Signature Declaration missing.
- ☐ /S/ Signature required for ☐ Attorney ☐ Debtor ☐ Creditor.
- ☐ Incorrect PDF Attached.
- ☐ No Means Testing Form
- ☒ Other. See Comments/Instructions.

**Comments/Instructions:**
1) Notice of motion required; 2) All proposed orders must be submitted electronically at the time of filing of the motion, application or other pleading seeking relief from the court.

Deputy Clerk: **/s/ Lynn Baldwin**
Date: **7/26/2024**
Form ohnb141