FILED

2024 JUL 29 PM 12:31

UNITED STATES BANKRUPTCY
COURT NORTHERN DISTRICT OF
OHIO EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 21-61491 |
| | ) | |
| Squirrels Research Labs LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Tiiara N.A. Patton |

### NOTICE OF MOTION FOR RECONSIDERATON OF THE ORDER APPROVING ALLOCATION OF PROCEEDS OF COMPROMISE AND SETTLEMENT BETWEEN DEBTORS AND CINCINNATI INSURANCE COMPANY (DOC. 359)

Party in Interest Paul Billinger has filed papers with this Court, a *Motion for Reconsideration to Order Approving Allocation of Proceeds of Compromise and Settlement Between Debtors and Cincinnati Insurance Company*.

Pursuant to Local Rule 9013-1(b), if you do not want the court to grant the motion, or if you want the court to consider your views on the motion, then on or before August 9, 2024, you or your attorney must file with the court a written response explaining your position at:

United States Bankruptcy Court
Office of the Clerk
Ralph Regula Federal Building and U.S. Courthouse
401 McKinley Avenue, SW
Canton, Ohio 44702

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy to the undersigned party of interest:

Paul Billinger
1 Bow Street, Stouffville ON L4A 1Z3
paul.billinger@toreaconsulting.com

Dated: July 26th, 2024

Respectfully submitted,

_____
Paul Billinger
E-Mail:
paul.billinger@toreaconsulting.com