UNITED STATES BANKRUPTCY
COURT NORTHERN DISTRICT OF
OHIO EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, | ) | Case No. 21-61491 |
| | ) | |
| Debtor. | ) | Judge Tiiara N.A. Patton |

**NOTICE OF HEARING FOR RECONSIDERATON OF THE ORDER
APPROVING ALLOCATION OF PROCEEDS OF COMPROMISE
AND SETTLEMENT BETWEEN DEBTORS AND CINCINNATI
INSURANCE COMPANY (DOC. 359)**

PLEASE TAKE NOTICE that on Jul 26, 2024 Paul Billinger filed the Motion for Reconsideration to Order Approving Allocation of Proceeds of Compromise and Settlement Between Debtors and Cincinnati Insurance Company (Docket No. 360) (the "Motion" or "Application").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, then on or before August 14, 2024, you or your attorney must:

File with the Court an objection/response at:

U.S. Bankruptcy Court
Ralph Regula Federal Building and U.S. Courthouse
401 McKinley Avenue, SW
Canton, Ohio 44702

If you mail your objection/response to the Court, you must mail it early enough so the Court will receive it on or before the date stated above.

Mail a copy of your response to:

Paul Billinger
1 Bow Street, Stouffville ON L4A 1Z3
paul.billinger@torcaconsulting.com

Please take further notice that a hearing on the Motion will be held on September 3, 2024 at 11:00 a.m. prevailing Eastern Time (the "Hearing"), or as soon as thereafter as this matter may

be heard, before the Honorable Tiiara N.A. Patton. The Hearing will be conducted both (i) in person at the Ralph Regula Federal Building & U.S. Courthouse, 401 McKinley Avenue SW, Canton, Ohio 44702, and (ii) via the Zoom® Video Communications application ("Zoom"). Unless otherwise ordered by the Court, any party who will not be presenting evidence or argument may request to appear virtually via Zoom. Parties must pre-register by emailing Evelyn Ross, Judge Patton's Courtroom Deputy, at PattonZoom_Registration@ohnb.uscourts.gov by no later than 4:00 p.m. three (3) business days prior to the scheduled hearing. The hearing registration email must include the following information: (a) case name and case number; (b) hearing date and time(s); (c) participant's name, address, and telephone number; and (d) name of party/parties whom participant represents.

All participants appearing by Zoom shall comply with Judge Patton's Procedures for Appearing via Zoom® Video Communications (Effective August 21, 2023), which can be found on the Court's website. Persons without video conferencing capabilities must immediately contact Evelyn Ross, Judge Patton's Courtroom Deputy, at (330) 742-0950 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the scheduled hearing date. The hearing may be continued from time to time until completed without further notice except as announced in open court.

Dated: July 30th, 2024

                                                   Paul Billinger
                                                   1 Bow Street, Stouffville ON L4A 1Z3
                                                 289-612-4144
                                                 paul.billinger@torcaconsulting.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Hearing for Reconsideration of the Order Approving Allocation of Proceeds of Compromise and Settlement Between Debtors and Cincinnati Insurance Company was served by fax on July 31, 2024, as permitted by the Court.

    With an emailed copy to Julie K. Zurn on July 31, 2024:
    Julie K. Zurn
    Brouse McDowell LPA
    388 S. Main Street, Suite 500
    Akron, Ohio 44311
    jzurn@brouse.com

_____
Paul Billinger