**IT IS SO ORDERED.**

**Dated: August 2, 2024**



**Tiiara N.A. Patton**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 21-61491 |
| | ) | |
| Squirrels Research Labs LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Tiiara N.A. Patton |

### ORDER APPROVING MOTION OF PAUL BILLINGER TO LIMIT SERVICE OF THEIR MOTION FOR RECONSIDERATON OF THE ORDER APPROVING ALLOCATION OF PROCEEDS OF COMPROMISE AND SETTLEMENT BETWEEN DEBTORS AND CINCINNATI INSURANCE COMPANY

This matter having come before the Court upon Paul Billinger's Motion to Limit Service of their Motion for Reconsideration to Order Approving Allocation of Proceeds of Compromise and Settlement Between Debtors and Cincinnati Insurance Company (the "Motion"); the Court having reviewed the Motion, finds it to be well taken; therefore, it is hereby adjudged, decreed, and

**ORDERED** that the Motion is granted as set forth herein; and it is further

**ORDERED** that service of the Motion for Reconsideration to Order Approving Allocation of Proceeds of Compromise and Settlement Between Debtors and Cincinnati Insurance Company, by email to Debtors' Counsel Julie K. Zurn at jzurn@brousc.com is appropriate and adequate service and provides fair and reasonable notice of the Motion. No further service of the Motion is required.

IT IS SO ORDERED.

# # #

Dated: July 26th, 2024

Respectfully submitted,

Paul Billinger
E-Mail: paul.billinger@toreaconsulting.com

NOTICE PARTIES:

Via email:

    Julie K. Zurn
    Brouse McDowell LPA
    388 S. Main Street, Suite 500
    Akron, Ohio 44311
    jzurn@brouse.com