UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.*[1] | ) | Case No. 21- 61491 |
| | ) | |
| Debtors. | ) | (*Jointly Administered*) |
| | ) | |
| | ) | Judge Tiiara N.A. Patton |
| | ) | |

**OBJECTION TO MOTION FOR RECONSIDERATION OF PAUL BILLINGER TO THE ORDER APPROVING ALLOCATION OF PROCEEDS OF COMPROMISE AND SETTLEMENT BETWEEN DEBTORS AND CINCINNATI INSURANCE COMPANY (DOC. 359) [DOCKET No. 360]**

Squirrels Research Labs LLC ("SQRL") and The Midwest Data Company LLC ("MWDC", collectively with SQRL, the "Debtors"), by and through undersigned counsel, hereby submit this objection (the "Objection") to the Motion for Reconsideration of Paul Billinger to the Order Approving Allocation of Proceeds of Compromise and Settlement Between Debtors and Cincinnati Insurance Company (Doc. 359) [Docket No. 360] (the "Motion for Reconsideration"). In support of their Objection, Debtors respectfully state the following:

1. On July 24, 2024, the Court entered its Order Approving Allocation of Proceeds of Compromise and Settlement Between Debtors and Cincinnati Insurance Company (the "Order") denying Paul Billinger's objections, docket nos. 349, 354, approving the allocation of proceeds as set forth in the Motion of Squirrels Research Labs LLC and The Midwest Data Company LLC for Entry of an Order Approving Compromise and Settlement with Cincinnati Insurance Company (the "Compromise Motion"), docket no. 323, and authorizing Debtors to

---

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

distribute the proceeds of the settlement as set forth in the Compromise Motion, as well as with the terms of its Order.

2. On July 26, 2024, Billinger filed his Motion for Reconsideration, without citation to authority or a basis in the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure for the reconsideration of this Court's Order, requesting the Court withdraw its Order.

3. Presumably Mr. Billinger is seeking relief under rule 59 of the Federal Rules of Civil Procedure, made applicable here by Federal Rule of Bankruptcy Procedure 9023. Relief under Rule 59 is reserved for extraordinary circumstances not present in this case. In determining whether to grant such extraordinary relief, courts must consider the "interest of protecting the finality of judgments and the expeditious termination of litigation." *Leisure Caviar, LLC v. United States Fish & Wildlife Serv.*, 616 F.3d 612, 615-616 (6th Cir. 2010). In this Circuit, courts may only alter a judgment under Rule 59 based on (1) a clear error of law; (2) newly discovered evidence; (3) an intervening change in controlling law; or (4) a need to prevent manifest injustice." *Nolfi v. Ohio Kentucky Oil Corp.*, 675 F.3d 538, 551-52 (6th Cir. 2012). A Rule 59(e) motion is not properly used as a vehicle to re-hash old arguments or to advance positions that could have been argued earlier but were not. *Sault Ste. Marie Tribe of Chippewa Indians v. Engler*, 146 F.3d 367, 374 (6th Cir. 1998).

4. Billinger fails to state a ground for relief under any of the four categories noted above, and instead addresses points previously raised in the Debtors' Second Reply in Support of Motion of Squirrels Research Labs LLC and The Midwest Data Company LLC for Entry of an Order Approving Compromise and Settlement with Cincinnati Insurance Company, Docket no. 338, and the Debtors' Supplemental Brief in Support of Allocation of Insurance Proceeds, Docket no. 347, and addressed fully, completely, and correctly by the Court in its Order. There is

no basis for granting the Motion for Reconsideration, and the Debtors respectfully request the Court deny the Motion for Reconsideration.

  WHEREFORE, SQRL respectfully requests this Court deny the Motion for Reconsideration and grant such other and further relief as the Court deems appropriate.

| | |
|---|---|
| Dated: August 14, 2024 | Respectfully submitted, |

*/s/ Julie K. Zurn*
Marc Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Counsel for Squirrels Research Labs LLC and The Midwest Data Company LLC*

3

# CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2024, a true and correct copy of the **OBJECTION TO MOTION FOR RECONSIDERATION OF PAUL BILLINGER TO THE ORDER APPROVING ALLOCATION OF PROCEEDS OF COMPROMISE AND SETTLEMENT BETWEEN DEBTORS AND CINCINNATI INSURANCE COMPANY (DOC. 359) [DOCKET No. 360]** was served via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

John C. Cannizzaro on behalf of Interested Party Instantiation LLC at
John.Cannizzaro@icemiller.com, Kelli.Bates@icemiller.com

Nicholas Paul Capotosto on behalf of Debtor Squirrels Research Labs LLC at
ncapotosto@brouse.com, tpalcic@brouse.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc. at christopher.combest@quarles.com

Jack B. Cooper on behalf of Defendant Squirrels LLC at jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant Andrew Gould at jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant David Stanfill at jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant Jessica Gritzan at jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant Kyle Slutz at jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant Sidney Keith at jcooper@milliganpusateri.com

John G. Farnan on behalf of Creditor Cincinnati Insurance Company at
jfarnan@westonhurd.com

Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company at
rgoff@westonhurd.com, cvadino@westonhurd.com

Steven Heimberger on behalf of Interested Party SCEB, LLC at
sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at
JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at
mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

Marc Merklin on behalf of Plaintiff Squirrels Research Labs LLC at
mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA at
dneumann@meyersroman.com, docket@meyersroman.com; mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd. at
dneumann@meyersroman.com, docket@meyersroman.com; mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Fleur-de-Lis Development, LLC at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino at
mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Plaintiff Frederic P Schwieg at fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com, OH84@ecfcbis.com

Bryan Sisto on behalf of Creditor Carl Forsell at bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank at rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at
jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

5

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at
jzurn@brouse.com, tpalcic@brouse.com;ckeblesh@brouse.com

Julie K. Zurn on behalf of Debtor The Midwest Data Company LLC at
jzurn@brouse.com, tpalcic@brouse.com;ckeblesh@brouse.com

Julie K. Zurn on behalf of Plaintiff Squirrels Research Labs LLC at
jzurn@brouse.com, tpalcic@brouse.com;ckeblesh@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at
kate.m.bradley@usdoj.gov

And by email to: paul.billinger@toreaconsulting.com

*/s/ Julie K. Zurn*
Julie K. Zurn (0066391)
*Counsel for Squirrels Research Labs LLC*
*and the Midwest Data Company LLC*

1824825.3