**IT IS SO ORDERED.**

**Dated: September 9, 2024**



**Tiiara N.A. Patton**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| | **Case No. 21-61491 (TNAP)** |
| **Squirrels Research Labs LLC and The Midwest Data Company LLC,** | **Judge Tiiara N.A. Patton** |
| **Debtors.** | |

### ORDER DENYING MOTION FOR RECONSIDERATION OF PAUL BILLINGER TO THE ORDER APPROVING ALLOCATION OF PROCEEDS OF COMPROMISE AND SETTLEMENT BETWEEN DEBTORS AND CINCINNATI INSURANCE COMPANY

This matter came before the Court on September 4, 2024 (the "Hearing") on the

*Motion for Reconsideration of Paul Billinger to the Order Approving Allocation of Proceeds of*

*Compromise and Settlement Between Debtors and Cincinnati Insurance Company* (ECF Docket

No. 360) (the "Motion") filed by Paul Billinger ("Mr. Billinger"). In the Motion, Mr. Billinger

requested the Court to reconsider the relief granted in *Order Approving Allocation Of Proceeds Of*

*Compromise And Settlement Between Debtors And Cincinnati Insurance Company* (ECF Docket

No. 359). Squirrels Research Labs LLC and The Midwest Data Company LLC ("Debtors") filed the *Objection to Motion for Reconsideration of Paul Billinger to the Order Approving Allocation of Proceeds of Compromise and Settlement Between Debtors and Cincinnati Insurance Company* (ECF Docket No. 376), and then Mr. Billinger filed the *Reply to Objection to Motion for Reconsideration of Paul Billinger to the Order Approving Allocation of Proceeds of Compromise and Settlement Between Debtors and Cincinnati Insurance Company* (ECF Docket No. 377). The Court reviewed all the pleadings and heard argument from the parties at the Hearing. For the reasons stated on the record,

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1.      The *Motion for Reconsideration of Paul Billinger to the Order Approving Allocation of Proceeds of Compromise and Settlement Between Debtors and Cincinnati Insurance Company* (ECF Docket No. 360) is **DENIED**, and the *Objection to Motion for Reconsideration of Paul Billinger to the Order Approving Allocation of Proceeds of Compromise and Settlement Between Debtors and Cincinnati Insurance Company Filed by Squirrels Research Labs LLC* is sustained.

# # #