# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 21-61491 (TNAP) |
| | ) | |
| Squirrels Research Labs LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Tiiara N.A. Patton |

## NOTICE OF SUBSTITUTION OF COUNSEL

The undersigned hereby gives notice of her substitution as counsel for Andrew R. Vara, United States Trustee for Region 9, replacing Kate M. Bradley.

    Respectfully submitted,

    **ANNDREW R. VARA**
    **UNITED STATES TRUSTEE**
    **REGIONS 3 & 9**

By:     */s/ Lauren C. Schoenewald*
    Lauren C. Schoenewald (0097694)
    Trial Attorney
    United States Department of Justice
    Office of the United States Trustee
    201 Superior Avenue East, Suite 441
    Cleveland, Ohio 44114
    Phone: (216) 522-7810
    Email: Lauren.Schoenewald@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, a true and correct copy of the foregoing *Notice of Substitution of Counsel* was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- John C. Cannizzaro    John.Cannizzaro@icemiller.com, Kelli.Bates@icemiller.com
- Nicholas Paul Capotosto    nick.capotosto@dinsmore.com, theresa.palcic@dinsmore.com
- Christopher Paul Combest    christopher.combest@quarles.com
- Jack B. Cooper    jcooper@milliganpusateri.com
- John G. Farnan    jfarnan@westonhurd.com
- Robert E. Goff    rgoff@westonhurd.com, cvadino@westonhurd.com
- Steven Heimberger    sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com
- Jeannie Kim    JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com
- Marc Merklin    mmerklin@ralaw.com, dignasiak@ralaw.com
- David M. Neumann    dneumann@meyersroman.com, docket@meyersroman.com;mnowak@meyersroman.com
- Christopher Niekamp    cniekamp@bdblaw.com
- Matthew T. Schaeffer    mschaeffer@baileycav.com, lpatterson@baileycav.com
- Paul J. Schumacher    pschumacher@dmclaw.com, tgross@dmclaw.com
- Frederic P. Schwieg    fschwieg@schwieglaw.com
- Frederic P. Schwieg    fschwieg@schwieglaw.com, OH84@ecfcbis.com
- Bryan Sisto    bsisto@fbtlaw.com
- Richard J. Thomas    rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com
- United States Trustee    (Registered address)@usdoj.gov
- Joshua Ryan Vaughan    jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com
- Julie K. Zurn    jzurn@ralaw.com, llawrence@ralaw.com;skenna@ralaw.com
- Kate M. Bradley ust44    kate.m.bradley@usdoj.gov

And by regular U.S. Mail, postage prepaid, on:

CliftonLarsonAllen LLP
388 S Main St
Ste 420
Akron, OH 44311

Inglewood Associates LLC
9242 Headlands Road
Mentor, OH 44060

Jason R. Schendel
Sheppard, Mullin, Richter & Hampton LLP
Four Embardadero Center
Seventeenth Floor
San Francisco, CA 94111

Second Foundation Mining LLC
Robert Oxsen, CEO
3326 Corinthian Ln
Auburn, CA 95603

Brittany P Stephen
Bailey Cavalieri LLC
10 West Broad St
Ste 2100
Columbus, OH 43215

                By:   */s/ Lauren C. Schoenewald*
                      Lauren C. Schoenewald (0097694)
                      Trial Attorney
                      United States Department of Justice
                      Office of the United States Trustee
                      201 Superior Avenue East, Suite 441
                      Cleveland, Ohio 44114
                      Phone: (216) 522-7810
                      Email: Lauren.Schoenewald@usdoj.gov