# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE:<br>SQUIRRELS RESEARCH LABS LLC ET AL | CASE NO: 21-61491<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 394 |

On 9/12/2025, I did cause a copy of the following documents, described below,

Motion to Compromise ECF Docket Reference No. 394

Notice of Hearing on Motion to Compromise 395

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/12/2025

/s/ Frederic P Schwieg
Frederic P Schwieg  0030418

Attorney at Law
19885 Detroit Rd #239
Rocky River, OH  44116
440 499 4404
fschwieg@schwieglaw.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE:<br><br>SQUIRRELS RESEARCH LABS LLC ET AL | CASE NO: 21-61491<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 394 |

On 9/12/2025, a copy of the following documents, described below,

Motion to Compromise ECF Docket Reference No. 394

Notice of Hearing on Motion to Compromise 395

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/12/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Frederic P Schwieg
Attorney at Law
19885 Detroit Rd #239
Rocky River, OH  44116

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 21-61491<br>NORTHERN DISTRICT OF OHIO<br>FRI SEP 12 9-8-51 PST 2025 | AVNET INC<br>CO CHRISTOPHER COMBEST<br>QUARLES BRADY LLP<br>300 N LASALLE STREET<br>SUITE 4000<br>CHICAGO IL 60654-5427 | BETTER PC LLC<br>CO CHRISTOPHER J NIEKAMP ESQ<br>BUCKINGHAM DOOLITTLE BURROUGHS<br>SUITE 300<br>AKRON OH 443338398 |
| BROUSE MCDOWELL<br>388 SOUTH MAIN STREET<br>SUITE 500<br>AKRON OH 44311-4419 | BROUSE MCDOWELL LPA<br>388 S MAIN STREET SUITE 500<br>AKRON OH 44311-4419 | EXCLUDE<br>(U)CINCINNATI INSURANCE COMPANY |
| CLIFTONLARSONALLEN LLP<br>388 S MAIN ST<br>STE 420<br>AKRON OH 44311-4407 | EXCLUDE<br>(U)ENVISTA FORENSICS LLC DBA AREPA | FLEURDELIS DEVELOPMENT LLC<br>CO GINA PIACENTINO<br>88 E BROAD SUITE 1560<br>COLUMBUS OH 43215-3178 |
| INGLEWOOD ASSOCIATES LLC<br>9242 HEADLANDS ROAD<br>MENTOR OH 44060-1026 | EXCLUDE<br>(U)INSTANTIATION LLC | (P)OHIO BUREAU OF WORKERS COMPENSATION<br>PO BOX 15567<br>COLUMBUS OH 43215-0567 |
| EXCLUDE<br>(U)OHIO POWER COMPANY DBA AMERICAN ELECTRIC POW | PREMIER BANK<br>1111 SUPERIOR AVE E<br>SUITE 1111<br>CLEVELAND OH 44114-2568 | SCEB LLC<br>18 MONUMENT DRIVE<br>STAFFORD VA 22554-8508 |
| SECOND FOUNDATION MINING LLC<br>ROBERT OXSEN CEO<br>3326 CORINTHIAN LN<br>AUBURN CA 95603-9066 | DEBTOR<br>SQUIRRELS RESEARCH LABS LLC<br>8050 FREEDOM AVENUE NW<br>NORTH CANTON OH 44720-6912 | THE MIDWEST DATA COMPANY LLC<br>8050 FREEDOM AVENUE NW<br>8050 FREEDOM AVENUE NW<br>NORTH CANTON OH 44720-6912 |
| EXCLUDE<br>(U)TOREA CONSULTING LTD | EXCLUDE<br>UNITED STATES TRUSTEE<br>OFFICE OF THE US TRUSTEE<br>HM METZENBAUM US COURTHOUSE<br>201 SUPERIOR AVENUE EAST SUITE 441<br>CLEVELAND OH 44114-1234 | EXCLUDE<br>UNITED STATES BANKRUPTCY COURT<br>RALPH REGULA US COURTHOUSE<br>401 MCKINLEY AVENUE SW<br>CANTON OH 44702-1745 |
| AG ADJUSTMENTS LTD<br>740 WALT WHITMAN RD<br>MELVILLE NY 11747-2212 | AEP ENERGY INC<br>225 W WACKER DR STE 600<br>CHICAGO IL 60606-1280 | AARON HOLQUIN<br>2046 JAMISON PL<br>SANTA CLARA CA 95051-2240 |
| AARON REIMER<br>PMBAR113422<br>SUMAS WA 98295-9674 | ALTON HARE<br>1200 17TH ST NW<br>WASHINGTON DC 20036-3006 | AMANDA MCCONNELL<br>191 E 28TH STREET<br>DOVER OH 44622-9502 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ANDREW GOULD<br>4812 WILDFLOWER DRIVE<br>NORTH CANTON  OH 44720-1174 | ANDREW WATERS<br>34 GREENBRIAR DR<br>LANCASTER  NY 14086-1038 | ANDREW WATERS<br>6653 MAIN STREET<br>WILLIAMSVILLE  NY 14221-5906 |
| AVNET INC<br>2211 SOUTH 47TH STREET<br>PHOENIX  AZ 85034-6403 | AVNET INC<br>5400 PRAIRIE STONE PKWY<br>HOFFMAN ESTATES  IL 60192-3721 | AVNET INC<br>ATTN DENNIS LOSIK<br>5400 PRAIRIE STONE PKWY<br>HOFFMAN ESTATES  IL 60192-3721 |
| BEN GEORGE<br>5464 LAKE AVE<br>ORCHARD PARK  NY 14127-1057 | BITTWAREMOLEX INC<br>2222 WELLINGTON COURT<br>LISLE  IL 60532-1682 | BITTWARE INC<br>TRICIA MCCOY<br>2222 WELLINGTON CT<br>LISLE  IL 60532-3831 |
| BITTWAREMOLEX LLC<br>2222 WELLINGTON CT<br>LISLE  IL 60532-3831 | BRADLEY CONN<br>51 MAPLE AVENUE<br>LOCUST VALLEY  NY 11560-2006 | CANADA<br>BRADON PEN<br>56 VARCOE RD<br>COURTICE  ON L1E 1S5<br>CANADA |
| BRANDON OSBOURNE<br>151 MARY ELLEN DRIVE<br>CHARLESTON  SC 29403-3355 | INTERNATIONAL<br>BRETT MASHFORD<br>35 OAKMOSS DR<br>SPRINGFIELD LAKES  QLD 4300<br>AUSTRALIA | BRIAN FIDUCCI<br>24463 NORELIUS AVE<br>ROUND LAKE  IL 60073-1419 |
| BRIAN KLINGER<br>4018 SHELBY ROW<br>SUGAR LAND  TX 77479-1751 | CT DATA LLC<br>133 RIVER ROAD<br>MYSTIC  CT 06355-1815 | CARL FORSELL<br>CO JAMES EP SISTO<br>SCHUERGER LAW GROUP<br>1001 KINGSMILL PARKWAY<br>COLUMBUS  OH 43229-1129 |
| CHAD CLARK<br>876 JEFFERSON ST<br>MENASHA  WI 54952-2452 | CHRISTOPHE TOUZET<br>32 ROUILLON<br>SAINT GERMAIN EN COGLES  35133 | CINCINNATI INSURANCE<br>417 ANDERSON FERRY RD<br>SUITE 3<br>CINCINNATI  OH 45238-5286 |
| CLARENCE SMITH<br>3290 DOUBLE CREEK DR N  APT 301<br>PLAINFIELD  IN 46168-5586 | CLIFTONLARSONALLEN LLP<br>ATTN  DANIEL RIEMENSCHNEIDER<br>4334 MUNSON ST  NW<br>CANTON  OH 44718-3674 | CLIFTONLARSONALLEN  LLP<br>220 S 6TH ST  300<br>MINNEAPOLIS  55402-1436 |
| CULLIGAN OF CANTON<br>4810 SOUTHWAY ST  SW<br>CANTON  OH 44706-1965 | INTERNATIONAL<br>DANIEL HAJDU<br>GRASLAAN 111<br>6833CG ARNHEM<br>NETHERLANDS | DANIEL RUSSO<br>120 HIGH FARMS RD<br>GLEN HEAD  NY 11545-2227 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| DARIEN LYONS<br>103 S WOOD AVE  APT 434<br>LINDEN  NJ 07036-3177 | DARIEN LYONS<br>45 ELVIN STREET<br>STATEN ISLAND  NY 10314-4050 | DARRY KURPISZ<br>14635 22ND AVE SW<br>BURIEN  WA 98166-1609 |
| DAVID CHASE  ET AL<br>CO MICHAEL MARANDA<br>38 OAKLAWN AVE<br>FARMINGVILLE  NY 11738-2523 | DAVID REYNOLDS<br>6046 JERUSALEM DRIVE<br>CICERO  NY 13039-8885 | DAVID STANFILL<br>772 TREAT BLVD<br>TALLMADGE  OH 44278-2634 |
| DONALD RUFFATTO<br>420 FAIRVIEW AVE<br>ARCADIA  CA 91007-6806 | DUSTIN HOOPER<br>11885 W MCDOWELL RD<br>AVONDALE  AZ 85392-5188 | ELLIOT BOUTIN<br>5 EVERETT ST  APT 5 12<br>DOVER  NH 03820-3134 |
| ~~EXCLUDE~~<br>~~(D)ELLIOT BOUTIN~~<br>~~5 EVERETT ST  APT 512~~<br>~~DOVER NH 03820-3134~~ | ELLIOT BOUTIN<br>9400 E LINCOLN ST APT 409<br>WICHITA  KS 67207-3556 | ENVISTA FORENSICS LLC<br>DBA AREPA<br>111 DEER LAKE RD  STE 100<br>DEERFIELD  IL 60015-4943 |
| EVERHART GLASS CO  INC<br>ATTN LINDA MONIGOLD<br>207 NINTH ST  SW<br>PO BOX 20645<br>CANTON  OH 44701-0645 | EVERSTREAM<br>1228 EUCLID AVE 250<br>CLEVELAND  OH 44115-1831 | INTERNATIONAL<br>FABRIZIO SIMONETTI<br>8 VIA SANT JACPO IN ACQUAVIVA<br>LIVORNO  ITALY 57127 |
| INTERNATIONAL<br>FABRIZIO SIMONETTI<br>VIA GOZZER N 2A<br>57128 LIVORNO<br>ITALY | FEDEX<br>PO BOX 371461<br>PITTSBURGH  PA 15250-7461 | FEDEX CORPORATE SERVICES INC<br>3965 AIRWAYS BLVD  MODULE G  3RD FLOOR<br>MEMPHIS  TN 38116-5017 |
| FERNANDO MOLINA<br>5275 SW 146 AVE<br>MIAMI  FL 33175-5707 | FLEURDELIS DEVELOPMENT LLC<br>CO MATTHEW T SCHAEFFERJAMEEL S TURNE<br>10 WEST BROAD STREET  SUITE 2100<br>COLUMBUS  OH 43215-3455 | GS 8100  LLC<br>6610 CHATSWORTH STREET  NW<br>CANTON  OH 44718-3849 |
| GS1 US  INC<br>300 PRINCETON SOUTH CORPORATE CENTER<br>EWING TOWNSHIP  NJ 08628 | GABRIEL M BOUTIN<br>48 CASCADE ST<br>ESSEX JCT  VT 05452-4126 | GAIL OCONNELL<br>8960 RINGVIEW DR<br>MECHANICSVILLE  VA 23116-2972 |
| GEORGE D JIMENEZ<br>9396 BROADLAND STREET  NW<br>MASSILLON  OH 44646-9120 | GILBERT RODRIGUEZ<br>1340 CAMP STREET<br>FABENS  TX 79838 | GREGORY ALMEIDA<br>240 OLD FOAMY RD<br>CLEBURNE  TX 76033-8845 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| EXCLUDE | INTERNATIONAL | |
|---|---|---|
| ~~(U)HAILU LOOYESTEIN~~<br>~~1 SCHOUT COXSTRAAT~~<br>~~GEMERT NOORD BRXANT 5421GJ~~ | HAILU LOOYESTEIN<br>SCHOUT COXSTRAAT 1<br>5421GJ GEMERT<br>NETHERLANDS | HEATHER BRADLEY<br>1213 N CHAPEL STREET<br>LOUISVILLE  OH 44641-1007 |
| HENRY RYAN<br>228 CRANBURY ROAD<br>PRINCETON JUNCTION  NJ 08550-2801 | HORIZON SUPPLY GROUP<br>ATTN  JEFF HABBYSHAW<br>3691 HONORS WAY<br>HOWELL  MI 48843-7498 | IPS ASSEMBLY CORP<br>ATTN  PERRY SUTARIYA<br>12077 MERRIMAN RD<br>LIVONIA  MI 48150-1912 |
| INSTANTIATION  LLC<br>ATTN  SAM CASSATT<br>434 DORADO BEACH E<br>DORADO PR 00646-2225 | INTERNAL REVENUE SERVICE<br>INSOLVENCY GROUP 6<br>1240 E NINTH STREET  ROOM 493<br>CLEVELAND  OH 44199-9941 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 |
| ISAAC GABRIEL<br>QUARLES AND BRADY<br>ONE RENISSAINCE SQ<br>TWO NORTH CENTRAL AVE<br>PHOENIX  AZ 85004-2322 | ISRAEL GARCIA<br>615 OAK HOLLOW DR<br>NEWBERG  OR 97132-7475 | JC PACK<br>628 12 E SAN YSIDRO BLVD 292<br>SAN YSIDRO  CA 92173-3149 |
| JPMORGAN CHASE BANK<br>1111 POLARIS PKWY<br>COLUMBUS  OH 43240-2050 | JAMES HOLODNAK<br>2910 16TH STREET  NW<br>CANTON  OH 44708-3006 | JASON PRICE<br>67 BARTRAM TRAIL<br>BRUNSWICK  GA 31523-7911 |
| | INTERNATIONAL | |
| JASON R SCHENDEL<br>JEANNIE KIM<br>SHEPPARD  ULLIN  RICHTER  HAMPTON LLP<br>FOUR EMBARCADERO CENTER  17TH FLR<br>SAN FRANCISCO  CA 94111-4158 | JEAN VILJOEN<br>5 CAPE WILLOW<br>HERMANUS  WESTERN CAPE<br>7200<br>SOUTH AFRICA | JEFFREY CORDELL<br>17517 NW ASHLAND DRIVE<br>PORTLAND  OR 97229-3371 |
| | INTERNATIONAL | INTERNATIONAL |
| JESSICA GRITZAN<br>1280 LINWOOD AVE SW<br>NORTH CANTON  OH 44720-3473 | JOAQUIM GINESTA<br>6 4R1R EMILI GRAHIT<br>GIROMA  SPAIN 17002 | JOAQUIM GINESTA<br>EMILI GRAHIT 6  4R 1R<br>17002 GIRONA<br>SPAIN<br>EMILI GRAHIT 6  4R 1R  17002  GIRONA<br>SP |
| INTERNATIONAL | | |
| JOAQUIM GINESTA<br>EMILI GRAHIT 6  4R 1R<br>17002 GIRONA<br>SPAIN | JONATHAN HULECKI<br>4568 CHURCH POINT PLACE<br>VIRGINIA BEACH  VA 23455-4363 | JORDAN KUPERSMITH<br>888 N QUINCY ST<br>ARLINGTON  VA 22203-2070 |
| JOSE A RUBIO<br>15925 HOPPER LANE<br>SAN DIEGO  CA 92127-6180 | JOSH LUONI<br>808 8TH ST<br>FAIRMONT  WV 26554-2561 | JOSHUA HARRIS<br>209 N HORNER BLVD<br>SANFORD  NC 27330-3913 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| JUSTIN OCONNELL<br>15712 WHIRLAND DR<br>MIDLOTHIAN VA 23112-5255 | KIMBLE RECYCLING DISPOSAL INC<br>3596 SR 39 NW<br>DOVER OH 44622-7232 | KYLE SLUTZ<br>1116 W NIMISILA ROAD<br>CLINTON OH 44216-8900 |
| KYLE TRICARICO<br>5464 LAKE AVE<br>ORCHARD PARK NY 14127-1057 | INTERNATIONAL<br>LUCO GILARDI<br>UL SLIVNITSA 188<br>SOFIA 1202<br>BULGARIA | MARIO FORTIER<br>10 ORCHARD LANE<br>CHELMSFORD MA 01824-1324 |
| INTERNATIONAL<br>MARIUS NASTASENKO<br>TAIKOS G 148<br>VILNIUS<br>VILNIAUS APSKRITIS 5227<br>LITHUANIA | MARK DARIA<br>165 QUAKER PATH<br>EAST SETAUKET NY 11733-2239 | MARK VEON<br>2547 S 3RD STREET<br>MILWAUKEE WI 53207-1407 |
| METAL MASTERS<br>ATTN BRET KETTLEWELL<br>125 WILLIAMS DR<br>DOVER OH 44622-7662 | MICHAEL A STEEL ESQ<br>2725 ABINGTON RD SUITE 200A<br>AKRON 44333-4058 | MICHAEL DAI<br>43174 CHRISTY STREET<br>FREMONT CA 94538-3170 |
| ~~EXCLUDE~~<br>~~(U)MICHAEL MARANDA LLC 6545 MARKET AVENUE NORT~~ | MICHAEL RAMPTON<br>6222 12TH STREET NORTH<br>ARLINGTON VA 22205-1721 | MICHAEL RILEY<br>1020 AUDACE AVE APT 109<br>BOYNTON BEACH FL 33426-3391 |
| MICHAEL RILEY<br>2506 SW 23RD CRANBROOK DR<br>BOYNTON BEACH FL 33436-5708 | MICHAEL ROBINSON<br>103 HUNTERS CT<br>FOREST VA 24551-1407 | MICHAEL WALKER<br>ASSOCIATE GENERAL COUNSEL<br>AVNET INC<br>2211 S 47TH STREET<br>PHOENIX AZ 85034-6403 |
| MIGUEL CHACON<br>120 NW 6TH AVE<br>MIAMI FL 33128-1525 | INTERNATIONAL<br>MOHAMED KAZEM<br>27 ORWELL STREET<br>POTTS POINT<br>SYDNEY NSW 2011<br>AUSTRALIA | NJEB PARTNERS<br>244 5TH AVENUE STE 1253<br>NEW YORK NY 10001-7604 |
| NJEB PARTNERS LLC<br>CO MELISSA S GIBERSON<br>VORYS SATER SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET<br>COLUMBUS OH 43215-3161 | INTERNATIONAL<br>NAOAKI KITA<br>KIGOSHIMACHI<br>KANAZAWA-SHI<br>ISHIKAWAKEN 920-0203<br>JAPAN | NICK YAROSZ<br>3019 ELLINGTON DR<br>SUMMERVILLE SC 29485-6319 |
| CANADA<br>NICOLAS ROCHON<br>4278 BEAUSOLEIL<br>TERREBONNE QC J6V 1G1<br>CANADA | ~~EXCLUDE~~<br>~~(U)NICOLAS ROCHONGIRARD~~<br>~~4278 RUE BEAUSOLEIL TERREBONNE QUBEC J6V~~<br>~~4278 RUE BEAUSOLEIL TERREBONNE QUBEC J6V~~ | (P)U S ATTORNEYS OFFICE<br>ATTN BANKRUPTCY UNIT<br>801 WEST SUPERIOR AVE SUITE 400<br>CLEVELAND OH 44113-1852 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| OHIO ATTORNEY GENERAL<br>COLLECTIONS ENFORCEMENT SECTION<br>ATTN BANKRUPTCY UNIT<br>30 E BROAD STREET 14TH FLOOR<br>COLUMBUS OH 43215-3414 | EXCLUDE<br>~~(D)(P)OHIO BUREAU OF WORKERS COMPENSATION~~<br>~~PO BOX 15567~~<br>~~COLUMBUS OH 43215-0567~~ | OHIO DEPARTMENT OF JOB FAMILY SVCS<br>ATTN LEGAL SUPPORTBANKRUPTCY<br>PO BOX 182830<br>COLUMBUS OH 43218-2830 |
| OHIO DEPARTMENT OF TAXATION<br>ATTN BANKRUPTCY DIVISION<br>PO BOX 530<br>COLUMBUS OH 43216-0530 | OHIO POWER COMPANY DBA AEP OHIO<br>ATTN DWIGHT C SNOWDEN<br>1 RIVERSIDE PLAZA 13TH FLOOR<br>COLUMBUS OH 43215-2355 | ONE HAINES COMPANY LLC<br>6610 CHATSWORTH STREET NW<br>CANTON OH 44718-3849 |
| ONE SKYMAX COMPANY LLC<br>6610 CHATSWORTH STREET NW<br>CANTON OH 44718-3849 | PAT CLAY<br>72 BAKER DR<br>GANSEVOORT NY 12831-2444 | PATRICK NADEAU<br>311 ANDREWS RD<br>WOLCOTT CT 06716-1048 |
| PAUL KELSEY<br>1583 E PRIMROSE LANE<br>LAYTON UT 84040-1202 | INTERNATIONAL<br>PETER ENSOR<br>POWERSTOWN HOUSE<br>CLONEE DUBLIN<br>D15 YH52<br>IRELAND | PHILLIPPE GERMAIN<br>102 W SERVICE RD 2153466<br>CHAMPLAIN NY 12919-4440 |
| PREMIER BANK<br>PO BOX 248<br>DEFIANCE OH 43512-0248 | EXCLUDE<br>~~(U)PREMIER BANK 1111 SUPERIOR AVE EAST SUIT~~ | PROTECH SECURITY<br>PO BOX 35034<br>CANTON OH 44735-5034 |
| R SCOTT HEASLEY<br>MEYERS ROMAN FRIEDBERG LEWIS<br>28601 CHAGRIN BLVD SUITE 600<br>CLEVELAND OH 44122-4557 | INTERNATIONAL<br>RAJESH BHAKAR<br>SECTOR 9D204 2ND FLR AKARTI APARTMENT<br>JAIPUR<br>RAJASTHAN 302021<br>INDIA | INTERNATIONAL<br>RAYMOND WODARCZYK<br>KINZIGSTRA E 28<br>10247 BERLIN<br>GERMANY |
| RICHARD BERGSTROM<br>30107 MOUNTAIN VIEW DR<br>HAYWARD CA 94544-6719 | RICHARD WEEKS<br>4199 DEFOORS FARM DR<br>POWDER SPRINGS GA 30127-4078 | INTERNATIONAL<br>ROBIN WOLF<br>FASANGASSE 49<br>VIENNA<br>WIEN 1030<br>AUSTRIA |
| INTERNATIONAL<br>RUBEN SOUSA<br>AV D JO O II N 34<br>1998-031 LISBOA<br>PORTUGAL | RYAN MARFONE<br>98 N HAWKHURST CIR<br>THE WOODLANDS TX 77354-3287 | SAM ADAMS<br>3417 BUSH STREET<br>STEVENS POINT WI 54481-4993 |
| SAMTEC<br>20 PARK E BLVD<br>NEW ALBANY IN 47150 | SCOTT CHEN<br>4058 CASE ST<br>ELMHURST NY 11373-1614 | SETH STANFILL<br>1515 24TH STREET NW<br>CANTON OH 44709-3411 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | INTERNATIONAL | |
|---|---|---|
| SQUIRRELS LLC<br>121 WILBUR DRIVE NE<br>NORTH CANTON OH 44720-1641 | STEFANO CHIESA<br>VIA III NOVEMBRE 41<br>38026 FUCINE TRENTINO<br>ITALY | STEPHEN A ECKINGER<br>1611 NORTH MAIN STREET<br>SUITE A<br>NORTH CANTON OH 44720-8632 |
| STEPHEN ALLISON<br>2133 UPTON DR STE 126<br>VIRGINIA BEACH VA 23454-1194 | STEVEN TURNSHEK<br>13 KRIST GLEN DR<br>SWISSVALE PA 15218-1927 | TTI INC CO COMMERCIAL COLLECTION<br>CONSULTA<br>16830 VENTURA BOULEVARD SUITE 620<br>ENCINO CA 91436-1727 |
| THOM KUZNIA<br>5733 YORK AVE S<br>EDINA MN 55410-2642 | TIM BREDEMUS<br>9757 UNION TERRACE LN N<br>MAPLE GROVE MN 55369-3728 | TOMMY DEFREITAS<br>14114 N WIND CAVE CT<br>CONROE TX 77384-5618 |

| CANADA | CANADA | |
|---|---|---|
| TOREA CONSULTING<br>ATTN PAUL BILLINGER<br>1 BOW STREET<br>STOUFFVILLE ON L4A 1Z3<br>CANADA | TOREA CONSULTING LTD<br>1 BOW STREET<br>STOUFFVILLE ON L4A 1Z3 | TREVOR STEINLE<br>24106 SE 42ND ST<br>SAMMAMISH WA 98029-6414 |
| EXCLUDE<br>(D)TREVOR STEINLE<br>24106 SE 42ND ST<br>SAMMAMISH WA 98029-6414 | TRI HO<br>1180 N CHERRY WAY<br>ANAHEIM CA 92801-2023 | TROY KEPLINGER<br>1730 E PARK ST<br>ENID OK 73701-6318 |
| US SMALL BUSINESS ADMINISTRATION<br>DISTRICT COUNSEL<br>1350 EUCLID AVE SUITE 211<br>CLEVELAND OH 44115-1815 | ULINE<br>12575 ULINE DRIVE<br>PLEASANT PRAIRIE WI 53158-3686 | EXCLUDE<br>(D)ULINE<br>12575 ULINE DR<br>PLEASANT PRAIRIE WI 53158-3686 |

| CANADA | | INTERNATIONAL |
|---|---|---|
| WELBOUR ESPARTERO<br>46 6TH AVE NE<br>SWIFT CURRENT SK S9H 2L7<br>CANADA | WILLIAM PADEN<br>205 PLAINS RD<br>WESTFORD VT 05494-9630 | CHIESA STEFANO<br>41 VIA III NOVEMBRE FUCINE TN ITALY<br>380<br>41 VIA III NOVEMBRE FUCINE TN ITALY<br>380 |
| EXCLUDE<br>(U)CARL FORSELL | FREDERIC P SCHWIEG<br>ATTORNEY AT LAW<br>19885 DETROIT ROAD 239<br>ROCKY RIVER OH 44116-1815 | JULIE K ZURN<br>ROETZEL ANDRESS<br>222 S MAIN STREET<br>STE 400<br>AKRON OH 44308-1500 |
| MARC MERKLIN<br>ROETZEL ANDRESS LPA<br>222 S MAIN STREET<br>SUITE 400<br>AKRON OH 44308-1500 | NICHOLAS PAUL CAPOTOSTO<br>DINSMORE SHOHL LLP<br>1200 EAST MARKET STREET<br>SUITE 530<br>AKRON OH 44305-4024 | EXCLUDE<br>(U)PAUL BILLINGER |