UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

United States Bankruptcy Court
Ralph Regula Federal Building & U.S. Courthouse
401 McKinley Avenue SW
Canton, Ohio 44702

---

**In re:**
Squirrels Research Labs LLC, et al.
**Case No. 21-61491-TNAP** (Jointly Administered)
**Chapter 11 Subchapter V**
Judge Tiiara N.A. Patton

---

# OBJECTION AND NOTICE OF INDIVIDUAL PROPERTY LOSS

(Related to Settlement Motion Doc. 394)

Submitted by: Paul Pasika

## I. SUMMARY AND INTRODUCTION

I, Paul Pasika (known online as "Descartes" with Discord handle @descartecogitocat), hereby object to the Subchapter V Trustee's Motion to Approve Compromise [Doc. 394] on additional grounds unique to my status as a non-insider claimant whose tangible personal property—a CVP 13 device sent for repair—was lost and unaccounted for during the bankruptcy process. Despite repeated attempts to communicate and recover this device, it was never returned or scheduled as estate property.

## II. STATEMENT OF FACTS

I sent my CVP 13 device for USB port repairs directly to an individual associated with the Debtor, who then brought it to the office.

The bankruptcy commenced, and the device disappeared—neither listed in asset schedules nor returned, despite my inquiries to the estate representative and other contact points.

1

All efforts to obtain information or recovery through recommended estate channels have gone unanswered.

## III. GROUNDS FOR OBJECTION AND RELIEF REQUESTED

### A. Wrongful Disposition or Non-Return of Bailment Property

- The device is non-estate, personal property held by the Debtor/its agents as a bailment.
- Under 11 U.S.C. § 541, bankruptcy estates do not acquire valid title to property merely held for others; estate fiduciaries must either return or account for such assets.
- The Trustee has a duty to review claims of non-estate property and facilitate the return of all identifiable items wrongfully held.

### B. Due Process and Procedural Deficiency

- The failure to notify or respond regarding the missing device constitutes a due process violation and prevents fair participation in asset distributions or recovery.

### C. Request for Specific Relief

- Immediate investigation and disclosure of the location and disposition of my CVP 13.
- If the device cannot be returned, allowance of an administrative expense or unsecured claim in the amount of the replacement value, with priority over distributions to insiders or professionals.
- Compelling the Trustee or designated agent to communicate claims procedures and property recovery options directly and promptly.

## IV. ALTERNATIVE DIRECT ACTION

If the estate or Trustee will not acknowledge or remedy this loss, I reserve all rights to pursue suit for conversion or bailment against any party (individual or entity) shown to have exercised wrongful dominion over my property, notwithstanding the bankruptcy discharge protections as against non-estate assets.

## V. PRAYER FOR RELIEF

WHEREFORE, I respectfully request the Court:

1. Deny approval of any settlement that fails to protect the rights of third-party property owners like myself.

2. Order expedited investigation and a formal accounting for the missing device.

3. Grant all further and proper relief in the interest of justice.

Respectfully submitted,

*Paul Pasika*

Paul Pasika
233 Schemmer St
Burlington, WI 53105
913-744-1016
Date: 9/30/2025



**GPUHoarder** 2/16/2021 9:34 PM
Yeah I have my whole microscope and lab at home now since pandemic, so I can do this rework for you if you want.

**Descartes** 2/16/2021 9:34 PM
Yes, please. Where do I need to send it and how much do you want?

**GPUHoarder** 2/16/2021 9:35 PM
David Stanfill
772 Treat Blvd
Tallmadge, OH 44278

I'll make sure I can fix it and then whatever you think is fair. Consider it a favor

**Descartes** 2/16/2021 9:45 PM
Thanks, I would greatly appreciate that. I also have some micro USB ports that all include, hopefully to make things even more convenient

**GPUHoarder** 2/16/2021 9:45 PM
That would be great

February 23, 2021

**Descartes** 2/23/2021 8:20 PM
You should be receiving a package in the mail any day.

February 24, 2021

**GPUHoarder** 2/24/2021 3:19 PM
Looks like they attempted delivery today but missed me. I'll make sure to get it

**Descartes** 2/24/2021 5:12 PM
Sounds good

March 1, 2021

**Descartes** 3/1/2021 10:55 AM
I presume you got the package OK and everything?

**GPUHoarder** 3/1/2021 11:23 AM
Yes! I'll advise once I've made repair

**Descartes** 3/1/2021 11:26 AM
Wonderful

March 8, 2021

**Descartes** 3/8/2021 6:50 PM
Hello, have you had a chance to work on the USB port yet? Is there anything that I can do to help from over here?

March 20, 2021

**Descartes** 3/20/2021 11:54 AM
I'm sorry if this is coming off as pestering, but I was wondering if you were able to get to the port repair as of yet? I'm having fomo for the bitstreams that were just released right now, so I'm sorry if being too intense.

**GPUHoarder** 3/20/2021 12:03 PM
No problem, I have the boards here and they are repairable, I should be able to get it done over this week

March 30, 2021

**Descartes** 3/30/2021 3:59 PM
Hey friend, any progress yet?



# SQRL- personal property under siege

7 messages

**Paul Pasika** <paulpas@petabit.net>     Sat, Dec 11, 2021 at 4:04 PM
To: jzurn@brouse.com

Hello, I was given your contact information from people in the same industry as SQRL.

As I understand it, David Stanfill sent one of my fpga cards to their facilities for repair after I had sent it to him at the end of February of 2021. I'm looking to get the value of my card back, or the card itself.

Do you have to have a pathway so I can achieve my goal, in any documentation that you may require to facilitate this as I understand it probably will fall under the bankruptcy proceedings.

Thank you,

Paul Pasika
233 Schemmer St, Burlington, WI 53105.
paulpas@petabit.net


**Zurn, Julie Kaplan** <jzurn@brouse.com>     Sun, Dec 12, 2021 at 7:05 PM
To: Paul Pasika <paulpas@petabit.net>

David/Amanda –

I do not see Paul Pasika listed on the schedules. Do you have any information about the fpga card he references below?

Thank you.

Julie


**Julie Kaplan Zurn**
**Attorney at Law**


BROUSE McDowell
A Legal Professional Association

388 S. Main Street  Suite 500 | Akron | OH | 44311
tel 330.434.7459 | fax 330.253.8601
web | bio | vCard | jzurn@brouse.com
Akron | Cleveland | Naples | Toledo | Youngstown

**Experienced in Law. Invested in You.**

DISCLAIMER: This electronic transmission contains confidential information from the law firm of Brouse McDowell, a Legal Professional Association. This information may be covered by the attorney-client privilege or constitute attorney work product. Information contained in this email is intended solely for the person or entity named above. If you are not the intended recipient of this communication, you hereby are notified that any dissemination, distribution, downloading, or copying of the contents is strictly prohibited and you are strictly prohibited from taking any action in reliance on the contents of this email. If you have received this communication in error, please notify us by reply email or contact the

Firm's Client Support line at 330.535.5711, Ext. 321, and delete this email and destroy all copies. Thank you for your cooperation.

[Quoted text hidden]

---

**Paul Pasika** <paulpas@petabit.net>  Mon, Dec 13, 2021 at 8:55 AM
To: "Zurn, Julie Kaplan" <jzurn@brouse.com>

Yes, my situation may be unique, but I believe that it falls into the group since he brought it to his business during this process that you are facilitating. A USB port broke off of my card that I had purchased from them. David has said he'd repair it as a personal favor, as his equipment was at home, and it ended up being necessary to send it to a repair shop. Then, he disappeared from correspondence, and I tracked down a proxy to him via SQRL employees. They had said that he had taken it to the office, and then these events unfolded and I have been caught in the mix. Since David is an agent of SQRL, as CEO, then it now falls under the business paradigm.

Attached are correspondence from David and his employees and the receipt for the original purchase. The file names are screenshots that are named in chronological order for your viewing, oldest to newest.

GPUHoarder is David, SQRL_Lims are his employees. All chats were handled via discord and I am known as Descartes.



**Descartes** 10/06/2021
Ahh, ok. So it could be possible that it was damaged in the fire?

**SQRL_Lims** 10/06/2021
I am uncertain but I will ask if there is any further update in the AM

**Descartes** 10/06/2021
Okay thank you, I just don't want my card to get lost with the bankruptcy proceedings because I will probably miss the boat do all of that protocol. I just want my card back

**SQRL_Lims** 10/06/2021
I'll let you know as soon as I hear back

October 11, 2021

**SQRL_Lims** 10/11/2021
Hi, no update yet
Just letting you know I am checking in
I have confirmed the board was at the facility so it is unable to be touched at this time as there is no access to the facility due to being sealed

**Descartes** 10/11/2021
So what's supposed to happen? Bankruptcy begins, litigation proceeds, and then the 3rd party lets you gain access to equipment in the datacenter?

**SQRL_Lims** 10/11/2021
I should have info for you in the next 7-14 days

November 1, 2021

**Descartes** 11/01/2021
It's been over 7-14 days, what's the word on my card?

December 11, 2021

**Descartes** 12/11/2021
What's the word on my CVP-13?

**SQRL_Lims** 09/22/2021
Thank you

**Descartes** 09/22/2021
For reference



September 28, 2021

**Descartes** 09/28/2021
Any update? At this point if there's no path to repair then I'd like it shipped back. I had pre-paid for return shipping.

October 6, 2021

**Descartes** 10/06/2021
Hello???

**SQRL_Lims** 10/06/2021
Hi, there is still no access available in the shared facility, no update at this time

**Descartes** 10/06/2021
I don't think my card ever made it to the facility, I mailed it to David's house and I'm waiting for a repair quote to come back. If we could just locate my card and ship it back with my prepaid label, then I would be happy with that

**SQRL_Lims** 10/06/2021
I believe the board was moved to the facility for assessment and it was deemed that outside repair would be necessary

**Descartes** 10/06/2021
Ahh, ok. So it could be possible that it was damaged in the fire?



**SQRL_Lims** 08/16/2021
Hi! I'll ask on this

August 30, 2021

**Descartes** 08/30/2021
Hello, it's officially considered the end of August, has the quote came back yet?

September 1, 2021

**Descartes** 09/01/2021
Hello?

September 10, 2021

**Descartes** 09/10/2021
Are you still around?

September 17, 2021

**Descartes** 09/17/2021
Hello, can I get an update? Perhaps, can I get my card shipped back?

September 22, 2021

**SQRL_Lims** 09/22/2021
SQRL_LIMS no longer works at SQRL and this account is unable to answer matters related to SQRL.
Was it in the shared facility that caught fire? If so it is likely pending the insurance claim and investigation

**Descartes** 09/22/2021
No, I sent it to David directly
he then delegated communications about it to this account
Been ongoing since February
I was last expecting a repair quote, due end of August

**SQRL_Lims** 09/22/2021
Please provide name, email address and board type and I can query tomorrow but I am uninvolved otherwise

**Descartes** 09/22/2021
Paul Pasika, paulpas@petabit.net/paulpas@petabyt.es, CVP-13 (usb port repair)

**SQRL_Lims** 09/22/2021
Thank you



**Descartes** 07/28/2021
What do you mean by completely out of commission? The only thing wrong is that the USB port fell off.
I even supplied replacement USB ports

**SQRL_Lims** 07/28/2021
> **SQRL_Lims** 24 Jun 2021 17:07
> Hi, there was a missed update about your board sorry.
> The pads are severely damaged and not traditionally repairable. We would need to send it out to a specialist company to rebuild the pads on the PCB as otherwise it would be considered non-repairable
> I am still awaiting the quote on the repair, estimated time is 4 weeks once received

This was the update I sent you on June 24th, we then went on to request a quote

**Descartes** 07/28/2021
I missed the 4 weeks part. I will wait until the end of August.
my bad, I will give that extra 4 weeks to the end of August

**SQRL_Lims** 07/28/2021
We are still awaiting that, it might be in but they are preoccupied with the aftermath of the fire
4 weeks once they receive, we still need to get you a quote from them which I will follow up on

**Descartes** 07/28/2021
I appreciate it, it's just been so long and I've already missed out on $1000+ worth of mining rewards while I wait

**SQRL_Lims** 07/28/2021
I understand, I will aim to get this addressed as soon as possible for you
👍 1

August 10, 2021

**Descartes** 08/10/2021
Hello, I know the time hasn't yet been reached for the repair quote, but I read the fire report on another discord and was curious if my CVP has been exposed to any fire and would be included in that insurance claim?

August 16, 2021

**SQRL_Lims** 08/16/2021
Hi! I'll ask on this





**Descartes**
Hello, is there any update on the repair?

June 23, 2021

**SQRL_Lims** 06/23/2021
Checking again

June 24, 2021

**SQRL_Lims** 06/24/2021
Following up on this again for you, if we send it out it would be approx 4 weeks. I am just waiting on repair cost info for you

**Descartes** 06/24/2021
Repair cost? David said he would do it for me for free if I would ship it out to him and pay for the return shipping.

But whatever, at this point I just want my card back because I have missed out on hundreds of dollars of mining rewards.

**SQRL_Lims** 06/24/2021
Sorry, might be a miscommunication
I'll get that cleared up

**SQRL_Lims** 06/24/2021
Hi, there was a missed update about your board sorry. The pads are severely damaged and not traditionally repairable. We would need to send it out to a specialist company to rebuild the pads on the PCB as otherwise it would be considered non-repairable
I am still awaiting the quote on the repair, estimated time is 4 weeks once received

**Descartes** 06/24/2021
Oh, that makes sense. That sounds good

**SQRL_Lims** 06/24/2021
I'll let you know as soon as the quote comes back!

June 25, 2021

**SQRL_Lims** 06/25/2021
Hi, could you send me your email address please?

**Descartes** 06/25/2021
paulpas@petabit.net



**May 27, 2021**

**SQRL_Lims** 05/27/2021
For JC33/JC35 I had been told we can't discount below 500 modules due to global parts shortages
But will check for you when the office opens!

**June 4, 2021**

**Descartes** 06/04/2021
Hello again, could you please check in on my CVP please?

**SQRL_Lims** 06/04/2021
Hi! I'll send David a reminder in the morning

**June 11, 2021**

**Descartes** 06/11/2021
Any update? I really would like my card back by now.

**SQRL_Lims** 06/11/2021
Hi, will check in on this again for you Monday. Sent a reminder last week to David

**Descartes** 06/11/2021
Thanks

**June 14, 2021**

**Descartes** 06/14/2021
Hello, have you any update?

**SQRL_Lims** 06/14/2021
Not yet sorry, will check again in the morning.

**June 15, 2021**

**SQRL_Lims** 06/15/2021
David will be dropping these off to the repair person today now they are available
Sorry, they have been absolutely swamped

**June 22, 2021**

**Descartes** 06/22/2021
Hello, is there any update on the repair?

May 19, 2021

**Descartes** 05/19/2021
Hello, I am sorry for bothering you. Do you know where GPUHoarder went? Back in February I sent my CVP-13 to his house for a USB port repair. I have still not heard back from him and I was wondering if I could get any update. I've been missing out on a lot of profits mining on that card since then and I am wishing that I could get the repair done ASAP or have it sent back so I can source repair elsewhere. Thanks!

**SQRL_Lims** 05/19/2021
Hi, I'll check in on this for you

**Descartes** 05/19/2021
Thank you very much

**SQRL_Lims** 05/19/2021
Hi! David apologises for the delay, he got hit with a huge backlog. He should be able to have it repaired and shipped out Friday

**Descartes** 05/19/2021
Thank you. Can you let him know how much I appreciate his work. 🙂

**SQRL_Lims** 05/19/2021
Will do 🙂

May 24, 2021

**Descartes** 05/24/2021
Different topic, I'm not sure who to ask but you seem to don't mind to communicate with customers, but David also mentioned that a new batch of fk33s were in the making? Do you know any details about those?

May 26, 2021

**SQRL_Lims** 05/26/2021
Hi! I don't yet, sorry. Is there an amount you are interested?

**Descartes** 05/26/2021
For now, 1-6, but I am interested if there are opportunities for a steeper discount that I could achieve.

May 27, 2021

**SQRL_Lims** 05/27/2021
For JC33/JC35 I had been told we can't discount below 500 modules due to global parts shortages
But will check for you when the office opens!

**Descartes** 04/01/2021
1-6

April 8, 2021

**GPUHoarder** 04/08/2021
$1k ea current going rate

April 12, 2021

**Descartes** 04/12/2021
When are they slated to be available for purchase?

May 3, 2021

**Descartes** 05/03/2021
Good day, have you any ETA on my CVP? I sent it to you at the end of February and it's now May.



**GPUHoarder**

**Descartes** 03/01/2021
Wonderful

*March 8, 2021*

**Descartes** 03/08/2021
Hello, have you had a chance to work on the USB port yet? Is there anything that I can do to help from over here?

*March 20, 2021*

**Descartes** 03/20/2021
I'm sorry if this is coming off as pestering, but I was wondering if you were able to get to the port repair as of yet? I'm having fomo for the bitstreams that were just released right now, so I'm sorry if being too intense.

**GPUHoarder** 03/20/2021
No problem, I have the boards here and they are repairable, I should be able to get it done over this week

*March 30, 2021*

**Descartes** 03/30/2021
Hey friend, any progress yet?

*April 1, 2021*

**Descartes** 04/01/2021
Also, do you happen to have any leads on FK33s?

**GPUHoarder** 04/01/2021
We're building a new batch now

**Descartes** 04/01/2021
what's the price for them when they're available?

**GPUHoarder** 04/01/2021
How many?

**Descartes** 04/01/2021
1-6

*April 8, 2021*

**GPUHoarder** 04/08/2021
$1k ea current going rate



[Quoted text hidden]

--
-Paul Pasika
paulpas@petabit.net

📎 **Equipment Purchase Nov 30th 2018.pdf**
96K

---

**Zurn, Julie Kaplan** <jzurn@brouse.com>   Mon, Dec 13, 2021 at 9:20 PM
To: Paul Pasika <paulpas@petabit.net>

Hi Paul.

Thank you for the additional information you sent today. I believe you are correct that this falls under the purview of the bankruptcy proceeding. At the moment, I believe your card is one of the items listed on SQRL's statement of financial affairs as property in SQRL's possession, but belonging to others. I am looking into this further and will be back in touch with you by the end of the week.

Regards,

Julie

**Julie Kaplan Zurn**
**Attorney at Law**



388 S. Main Street  Suite 500 | Akron | OH | 44311
tel 330.434.7459 | fax 330.253.8601
web | bio | vCard | jzurn@brouse.com
Akron | Cleveland | Naples | Toledo | Youngstown

**Experienced in Law. Invested in You.**

DISCLAIMER: This electronic transmission contains confidential information from the law firm of Brouse McDowell, a Legal Professional Association. This information may be covered by the attorney-client privilege or constitute attorney work product. Information contained in this email is intended solely for the person or entity named above. If you are not the intended recipient of this communication, you hereby are notified that any dissemination, distribution, downloading, or copying of the contents is strictly prohibited and you are strictly prohibited from taking any action in reliance on the contents of this email. If you have received this communication in error, please notify us by reply email or contact the Firm's Client Support line at 330.535.5711, Ext. 321, and delete this email and destroy all copies. Thank you for your cooperation.

**From:** Paul Pasika <paulpas@petabit.net>
**Sent:** Saturday, December 11, 2021 5:04 PM
**To:** Zurn, Julie Kaplan <jzurn@brouse.com>
**Subject:** SQRL- personal property under siege

Hello, I was given your contact information from people in the same industry as SQRL.

[Quoted text hidden]

---

**Paul Pasika** <paulpas@petabit.net>    Mon, Mar 28, 2022 at 12:55 AM
To: "Zurn, Julie Kaplan" <jzurn@brouse.com>

Any update?
[Quoted text hidden]

**2 attachments**

 **image191776.png**
12K

 **image191776.png**
12K

---

**Paul Pasika** <paulpas@petabit.net>    Mon, Apr 4, 2022 at 12:49 PM
To: "Zurn, Julie Kaplan" <jzurn@brouse.com>

Hello, I was expecting a reply months ago regarding my CVP-13 at SQRL. Can I get an update please?

[Quoted text hidden]

--
-Paul Pasika
paulpas@petabit.net

---

**Paul Pasika** <paulpas@petabit.net>　　　　　　　　　　　　　　　　　　　　　Wed, Jun 1, 2022 at 10:55 AM
To: fschwieg@schwieglaw.com

Hello,

I was given your info by a fellow SQRL customer who re-directed me to you for the SQRL 'special business operations'. I was given a prior contact who failed to deliver. I hope that you are able to assist me.

Thanks.

[Quoted text hidden]

--
-Paul Pasika
paulpas@petabit.net

📄 **Equipment Purchase Nov 30th 2018.pdf**
96K