| | |
|---|---|
| In re: | Case No. 21-61491-tnap |
| Squirrels Research Labs LLC | Chapter 11 |
| The Midwest Data Company LLC | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0647-6 | User: lbald | Page 1 of 3 |
| Date Rcvd: Oct 02, 2025 | Form ID: 141 | Total Noticed: 0 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Paul Billinger |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Oct 04, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan Sisto | on behalf of Creditor Carl Forsell bsisto@fbtlaw.com |
| Christopher Niekamp | on behalf of Creditor Better PC  LLC cniekamp@bdblaw.com |
| Christopher Paul Combest | on behalf of Creditor Avnet  Inc. christopher.combest@quarles.com |
| David M. Neumann | on behalf of Creditor Envista Forensics  LLC d/b/a AREPA dneumann@meyersroman.com, docket@meyersroman.com;mnowak@meyersroman.com |
| Frederic P. Schwieg | fschwieg@schwieglaw.com OH84@ecfcbis.com |
| Frederic P. Schwieg | on behalf of Plaintiff Frederic P Schwieg fschwieg@schwieglaw.com OH84@ecfcbis.com |
| Frederic P. Schwieg | on behalf of Trustee Frederic P. Schwieg fschwieg@schwieglaw.com |

Jack B. Cooper
    on behalf of Defendant Sidney Keith jcooper@milliganpusateri.com

Jack B. Cooper
    on behalf of Defendant Kyle Slutz jcooper@milliganpusateri.com

Jack B. Cooper
    on behalf of Defendant Jessica Gritzan jcooper@milliganpusateri.com

Jack B. Cooper
    on behalf of Defendant David Stanfill jcooper@milliganpusateri.com

Jack B. Cooper
    on behalf of Defendant Andrew Gould jcooper@milliganpusateri.com

Jack B. Cooper
    on behalf of Defendant Squirrels LLC jcooper@milliganpusateri.com

Jeannie Kim
    on behalf of Interested Party Instantiation LLC JeKim@sheppardmullin.com dgatmen@sheppardmullin.com

John C. Cannizzaro
    on behalf of Interested Party Instantiation LLC John.Cannizzaro@icemiller.com Kelli.Bates@icemiller.com

John G. Farnan
    on behalf of Creditor Cincinnati Insurance Company jfarnan@westonhurd.com

Joshua Ryan Vaughan
    on behalf of Creditor Ohio Bureau of Workers Compensation jvaughan@amer-collect.com
    SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn
    on behalf of Attorney Brouse McDowell  LPA jzurn@ralaw.com, llawrence@ralaw.com;skenna@ralaw.com

Julie K. Zurn
    on behalf of Debtor Squirrels Research Labs LLC jzurn@ralaw.com llawrence@ralaw.com;skenna@ralaw.com

Julie K. Zurn
    on behalf of Debtor The Midwest Data Company LLC jzurn@ralaw.com llawrence@ralaw.com;skenna@ralaw.com

Julie K. Zurn
    on behalf of Plaintiff Squirrels Research Labs LLC jzurn@ralaw.com llawrence@ralaw.com;skenna@ralaw.com

Lauren Schoenewald ust47
    on behalf of U.S. Trustee United States Trustee lauren.schoenewald@usdoj.gov

Marc Merklin
    on behalf of Debtor Squirrels Research Labs LLC mmerklin@ralaw.com dignasiak@ralaw.com

Marc Merklin
    on behalf of Plaintiff Squirrels Research Labs LLC mmerklin@ralaw.com dignasiak@ralaw.com

Matthew T. Schaeffer
    on behalf of Defendant Fleur-de-Lis Development  LLC mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer
    on behalf of Defendant Cynthia Heinz mschaeffer@baileycav.com lpatterson@baileycav.com

Matthew T. Schaeffer
    on behalf of Defendant Rocco Piacentino mschaeffer@baileycav.com lpatterson@baileycav.com

Matthew T. Schaeffer
    on behalf of Creditor Fleur-de-Lis Development  LLC mschaeffer@baileycav.com, lpatterson@baileycav.com

Nicholas Paul Capotosto
    on behalf of Debtor Squirrels Research Labs LLC nick.capotosto@dinsmore.com theresa.palcic@dinsmore.com

Nicholas Paul Capotosto
    on behalf of Plaintiff Squirrels Research Labs LLC nick.capotosto@dinsmore.com theresa.palcic@dinsmore.com

Paul J. Schumacher
    on behalf of Interested Party Ohio Power Company dba American Electric Power pschumacher@dmclaw.com
    tgross@dmclaw.com

Richard J. Thomas
    on behalf of Creditor Premier Bank rthomas@hendersoncovington.com dciambotti@hendersoncovington.com

Robert E. Goff, Jr.
    on behalf of Creditor Cincinnati Insurance Company rgoff@westonhurd.com cvadino@westonhurd.com

Steven Heimberger
    on behalf of Interested Party SCEB  LLC sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

# United States Bankruptcy Court
## Northern District Of Ohio
### Notice of Filing Deficiency

**To:** Paul Billinger  **Case Number:** 21−61491−tnap

**Debtor(s):** Squirrels Research Labs LLC  **Judge:** TIIARA N.A. PATTON
The Midwest Data Company LLC

**Re:** Motions/Pleadings/Filings for Judge's Consideration
Objection to Motion to Compromise

**The following deficiency must be corrected within 7 days from the date of this notice, or the matter may be referred to the Judge for further consideration.**

- ☐ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☐ Request for Summons ☐ See Comments.
- ☐ Affidavit is invalid. Need ☐ Notary Seal/Stamp ☐ Signature ☐ County/State ☐ See Comments.
- ☐ Attachments missing or incorrectly filed.
- ☐ Case ☐ Closed ☐ Dismissed ☐ Number incorrect ☐ Transferred ☐ Caption Incorrect.
- ☑ Certificate of service indicating name and address of parties served and date of service required.
- ☐ Exhibit A not attached.
- ☐ Form B121 required.
- ☐ Hearing information ☐ Not fully reflected in order ☐ No Hearing notice ☐ Incorrect Hearing time/date.
- ☐ Signature Declaration missing.
- ☐ /S/ Signature required for ☐ Attorney ☐ Debtor ☐ Creditor.
- ☐ Incorrect PDF Attached.
- ☐ No Means Testing Form
- ☐ Other. See Comments/Instructions.

**Comments/Instructions:**

Deputy Clerk: **/s/Lynn Baldwin**
Date: **10/2/2025**
Form ohnb141