UNITED STATES BANKRUPTCY COURT NORTHERN
DISTRICT OF OHIO EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 21-61491-TNAP |
| ) | (JOINTLY ADMINISTERED) |
| Squirrels Research Labs LLC, *ET AL*. ) | Chapter 11 |
| ) | Subchapter V |
| Debtors ) | Judge Tiiara N.A. Patton |

## OBJECTION OF SAM ADAMS TO THE MOTION OF SUBCHAPTER V TRUSTEE FOR AUTHORITY TO COMPROMISE CONTROVERSIES WITH DAVID STANFILL, SIDNEY KEITH, ANDREW GOULD, JESSICA GRITZAN, KYLE SLUTZ AND SQUIRRELS LLC (DOC. 394)

### I. Introduction

I, [Sam Adams], a creditor in this case, object to the Trustee's proposed settlement with various insiders (including David Stanfill, Sidney Keith, Andrew Gould, Jessica Gritzan, Kyle Slutz, and Squirrels LLC), as described in Motion [Doc. 394]. In my view, the settlement amount is too low compared to what insider defendants should pay and would unfairly limit the recovery for legitimate creditors like myself.

### II. Basis for Creditor's Objection

There is substantial evidence suggesting that significant company assets were transferred or diverted to insiders or affiliated companies, instead of being preserved to pay creditors like me. The settlement proposes a total insider payout of only $75,500, while potential claims and missing assets are much larger. The releases granted to the insiders are overly broad; they would block further claims, even if new evidence comes to light. The Trustee has not fully investigated available records and assets, and seems to accept missing or incomplete records as a reason not to pursue further recovery. Fairness and transparency require that all creditors have confidence that claims were properly chased down before closing the door on additional recovery.

### III. Relief Requested by [Sam Adams]

I fully support the Objection contents within ECF 397, and request the court to proceed as indicate within.

Respectfully submitted,

Sam Adams

Date: 2025-10-25

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Objection Of Sam Adams, To The Settlement Agreement and Mutual Release By Debtor Squirrels Research Labs, LLC (Doc. 394)* was served by mail as per the instructions provided in Notice of Hearing *(Doc. 395)*.

_____
Sam Adams

Date: 2025-10-25