United States Bankruptcy Court
Northern District of Ohio

In re:  Case No. 21-61491-tnap
Squirrels Research Labs LLC  Chapter 11
The Midwest Data Company LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0647-6  User: lbald  Page 1 of 3
Date Rcvd: Nov 05, 2025  Form ID: pdf945  Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Squirrels Research Labs LLC, The Midwest Data Company LLC, 8050 Freedom Avenue NW, North Canton, OH 44720-6912 |
| aty | + | Jason R. Schendel, Sheppard, Mullin, Richter & Hampton LLP, Four Embardadero Center, Seventeenth Floor, San Francisco, CA 94111-4106 |
| cr | #+ | Avnet, Inc., c/o Christopher Combest, Quarles & Brady LLP, 300 N. LaSalle Street, Suite 4000 Chicago, IL 60654-5427 |
| cr | | Better PC, LLC, c/o Christopher J. Niekamp, Esq., Buckingham, Doolittle & Burroughs, Suite 300, Akron, OH 443338398 |
| acc | + | CliftonLarsonAllen LLP, 388 S Main St, Ste 420, Akron, OH 44311-4407 |
| cr | + | Fleur-de-Lis Development, LLC, c/o Gina Piacentino, 88 E. Broad, Suite 1560, Columbus, OH 43215-3178 |
| fa | + | Inglewood Associates LLC, 9242 Headlands Road, Mentor, OH 44060-1026 |
| intp | + | Paul Pasika, 233 Schemmer St, Burlington, WI 53105-1833 |
| cr | + | Premier Bank, 1111 Superior Ave., E., Suite 1111, Cleveland, OH 44114-2568 |
| intp | + | SCEB, LLC, 18 Monument Drive, Stafford, VA 22554-8508 |
| cr | + | Sam Adams, 3417 Bush Street, Stevens Point, WI 54481-4993 |
| cr | + | Second Foundation Mining LLC, Robert Oxsen, CEO, 3326 Corinthian Ln, Auburn, CA 95603-9066 |
| def | + | Squirrels LLC, Andrew Gould Stat Agent, 121 Wilbur Dr, North Canton, OH 44720-1641 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Nov 05 2025 20:58:00 | United States Trustee, Office of the U.S. Trustee, H.M. Metzenbaum U.S. Courthouse, 201 Superior Avenue East Suite 441, Cleveland, OH 44114-1234 |
| cr | | Email/Text: bwclegalbankruptcy@bwc.ohio.gov | Nov 05 2025 20:58:00 | Ohio Bureau of Workers Compensation, Attn: Law Section Bankruptcy Unit, PO Box 15567, Columbus, OH 43215 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carl Forsell |
| cr | | Cincinnati Insurance Company |
| cr | | Envista Forensics, LLC d/b/a AREPA |
| intp | | Instantiation LLC |
| intp | | Ohio Power Company dba American Electric Power |
| intp | | Paul Billinger |

| | | |
| --- | --- | --- |
| cr | | Torea Consulting Ltd. |
| aty | ##+ | Brouse McDowell, 388 South Main Street, Suite 500, Akron, OH 44311-4419 |
| aty | ##+ | Brouse McDowell, LPA, 388 S. Main Street, Suite 500, Akron, OH 44311-4419 |

TOTAL: 7 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2025                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Bryan Sisto | on behalf of Creditor Carl Forsell bsisto@fbtlaw.com |
| Chris Millard | on behalf of Debtor Squirrels Research Labs LLC cmillar2@rockets.utoledo.edu |
| Christopher Niekamp | on behalf of Creditor Better PC  LLC cniekamp@bdblaw.com |
| Christopher Paul Combest | on behalf of Creditor Avnet  Inc. christopher.combest@quarles.com |
| David M. Neumann | on behalf of Creditor Envista Forensics  LLC d/b/a AREPA dneumann@meyersroman.com, docket@meyersroman.com;mnowak@meyersroman.com |
| Frederic P. Schwieg | on behalf of Trustee Frederic P. Schwieg fschwieg@schwieglaw.com |
| Frederic P. Schwieg | fschwieg@schwieglaw.com  OH84@ecfcbis.com |
| Frederic P. Schwieg | on behalf of Plaintiff Frederic P Schwieg fschwieg@schwieglaw.com  OH84@ecfcbis.com |
| Jack B. Cooper | on behalf of Defendant Squirrels LLC jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant Sidney Keith jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant Kyle Slutz jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant Jessica Gritzan jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant David Stanfill jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant Andrew Gould jcooper@milliganpusateri.com |
| Jeannie Kim | on behalf of Interested Party Instantiation LLC JeKim@sheppardmullin.com  dgatmen@sheppardmullin.com |
| John C. Cannizzaro | |

    on behalf of Interested Party Instantiation LLC John.Cannizzaro@icemiller.com Kelli.Bates@icemiller.com

John G. Farnan
    on behalf of Creditor Cincinnati Insurance Company jfarnan@westonhurd.com

Joshua Ryan Vaughan
    on behalf of Creditor Ohio Bureau of Workers Compensation jvaughan@amer-collect.com SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn
    on behalf of Plaintiff Squirrels Research Labs LLC jzurn@ralaw.com llawrence@ralaw.com;skenna@ralaw.com

Julie K. Zurn
    on behalf of Debtor The Midwest Data Company LLC jzurn@ralaw.com llawrence@ralaw.com;skenna@ralaw.com

Julie K. Zurn
    on behalf of Attorney Brouse McDowell LPA jzurn@ralaw.com, llawrence@ralaw.com;skenna@ralaw.com

Julie K. Zurn
    on behalf of Debtor Squirrels Research Labs LLC jzurn@ralaw.com llawrence@ralaw.com;skenna@ralaw.com

Lauren Schoenewald ust47
    on behalf of U.S. Trustee United States Trustee lauren.schoenewald@usdoj.gov

Marc Merklin
    on behalf of Debtor Squirrels Research Labs LLC mmerklin@ralaw.com dignasiak@ralaw.com

Marc Merklin
    on behalf of Plaintiff Squirrels Research Labs LLC mmerklin@ralaw.com dignasiak@ralaw.com

Matthew T. Schaeffer
    on behalf of Defendant Fleur-de-Lis Development LLC mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer
    on behalf of Defendant Rocco Piacentino mschaeffer@baileycav.com lpatterson@baileycav.com

Matthew T. Schaeffer
    on behalf of Creditor Fleur-de-Lis Development LLC mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer
    on behalf of Defendant Cynthia Heinz mschaeffer@baileycav.com lpatterson@baileycav.com

Nicholas Paul Capotosto
    on behalf of Debtor Squirrels Research Labs LLC nick.capotosto@dinsmore.com theresa.palcic@dinsmore.com

Nicholas Paul Capotosto
    on behalf of Plaintiff Squirrels Research Labs LLC nick.capotosto@dinsmore.com theresa.palcic@dinsmore.com

Paul J. Schumacher
    on behalf of Interested Party Ohio Power Company dba American Electric Power pschumacher@dmclaw.com tgross@dmclaw.com

Richard J. Thomas
    on behalf of Creditor Premier Bank rthomas@hendersoncovington.com dciambotti@hendersoncovington.com

Robert E. Goff, Jr.
    on behalf of Creditor Cincinnati Insurance Company rgoff@westonhurd.com cvadino@westonhurd.com

Steven Heimberger
    on behalf of Interested Party SCEB LLC sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

TOTAL: 35

IT IS SO ORDERED.

Dated: November 4, 2025



Tiiara N.A. Patton
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE SQUIRRELS RESEARCH LABS LLC, *ET AL.*<br>*Debtors* | CASE NO. 21-61491-TNAP<br>(JOINTLY ADMINISTERED)<br>CHAPTER 11<br>SUBCHAPTER V<br>JUDGE PATTON |

**ORDER GRANTING MOTION OF SUBCHAPTER V TRUSTEE FOR AUTHORITY TO COMPROMISE CONTROVERSIES WITH DAVID STANFILL, SIDNEY KEITH, ANDREW GOULD, JESSICA GRITZAN, KYLE SLUTZ AND SQUIRRELS LLC**

Frederic P. Schwieg subchapter V Trustee ("Trustee") moves the Court pursuant to 11 U.S.C. §§ 363 and Federal Rule of Bankruptcy Procedure 9019(a) for an order approving a settlement of a certain Avoidance Actions (defined in the Motion) against David Stanfill, Sidney Keith, Andrew Gould, Jessica Gritzan, Kyle Slutz and Squirrels LLC (collectively "Defendants") [Doc. 394] ("Motion"). The following objections were filed to the Motion: (1) the Objection of Ad Hoc Committee of Creditors to the Motion of Subchapter V Trustee for Authority to Compromise Controversies with David Stanfill, Sidney Keith, Andrew Gould, Jessica Gritzan, Kyle Slutz and Squirrels LLC (Doc. 394) [Doc. 397] ("Billinger Objection"); and (2) the Objection and Notice of Individual Property Loss Filed by Paul Pasika [Doc. 399] ("Pasika

Objection") and (3) the Objection of Sam Adams to the Motion of Subchapter V Trustee for Authority to Compromise Controversies with David Stanfill, Sidney Keith, Andrew Gould, Jessica Gritzan, Kyle Slutz and Squirrels LLC(Doc. 394) [Doc. 406], ("Adams Objection").The following replies to responses were filed by Mr. Billinger: Response of the Ad Hoc Committee of Creditors to the Debtor's Reply to Objection of Paul Billinger [ECF 403] [Doc. 409] and Response of the Ad Hoc Committee of Creditors to Subchapter V Trustee's Motion to Approve Compromise and Defendant's Response [Doc. 410] (such responses hereinafter with the Adams Objection and with the Billinger Objection and the Pasika Objection collectively the "Objections").

The Trustee filed his Response of Subchapter V Trustee to Objections to Motion of Subchapter V Trustee for Authority to Compromise Controversies with David Stanfill, Sidney Keith, Andrew Gould, Jessica Gritzan, Kyle Slutz and Squirrels LLC and Joinder in the Responses of Squirrels Research Labs LLC to Objections [Doc. 407] ("Trustee Reply). Squirrels Research Labs LLC filed its Reply to Objection of Paul Billinger [Docket No.. 397] [Doc. 403] and the Reply to Objection of Paul Pasika [Docket No. 399] [Doc. 404] ("SQRL" and collectively the "SQRL Replies"), in which the Trustee joined. Finally, the Defendants filed their Response of Defendants to Objection of Paul Billinger [Docket No. 397] [Doc.405].

Notice of the Motion having been certified by the Trustee as having been served on all parties in interest, and a hearing on the Motion having been held on October 28, 2025 at 11:00 AM, the Court having heard from the Trustee, counsel for the Debtor and Mr. Billinger at the hearing, the Court being fully apprised of the premises for the Motion FINDS and ORDERS as follows:

## THE COURT FINDS

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334(a), (b) and (e) and General Order 2012-07 of the United States District Court for the Northern District of Ohio. This is a core proceeding in which the Court may enter a final order pursuant to 28 U.S.C. §157(b)(2)(A), (B), (K), (N) and (O).

2. On November 23, 2021 (the "Petition Date"), SQRL filed its voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3. The Trustee and the Defendants stipulate that prior to the hearing and in accordance with the proposed settlement set forth in the settlement agreement attached as exhibit B to the Motion ("Settlement Agreement"), Mr. Gould paid the $500 settlement, and the remaining Defendants paid the initial installment of $12,500.

## THE COURT ORDERS:

A. For the Reasons stated on the record the Motion is GRANTED and the Objections are OVERRULED, and the Trustee is authorized to enter into the Settlement Agreement.

B. Pursuant to the Settlement Agreement each of the Defendants has waived payment on any claim against the SQRL estate.

C. The Defendants other than Mr. Gould, shall jointly pay the remaining sum of Sixty-two Thousand Five Hundred Dollars ($62,500.00) to Plaintiff, payable in five (5) monthly installments of Twelve Thousand Five Hundred Dollars ($12,500.00) each. The first installment having been made, the subsequent installments shall be due on the first day of each month thereafter until paid in full. Payment shall be made by check or wire transfer to an account held for the benefit of the Debtor in Possession as designated by Plaintiff's counsel in writing.

21-61491-tnap    Doc 413    FILED 11/07/25    ENTERED 11/08/25 00:12:08    Page 6 of 9

D. If not appealed, fifteen days after entry of this order each of the Adversaries shall be dismissed with prejudice.

###

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| /s/ Frederic P. Schwieg | /s/ Jack Cooper, Esq. |

Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
19885 Detroit Rd #239
Rocky River, Ohio 44116
(440) 499-4506
fschwieg@schwieglaw.com
Subchapter V Trustee

Jack B. Cooper, Esq. (0069321)
Milligan Pusateri
PO BOX 35459
4684 Douglas Cir. NW
Canton OH 44735
Phone: (234) 209-9793
Fax: (330) 409-0249
Email: jcooper@milliganpusateri.com
Counsel for Defendant

## **SERVICE**

John C. Cannizzaro on behalf of Interested Party Instantiation LLC
John.Cannizzaro@icemiller.com, Kelli.Bates@icemiller.com

Nicholas Paul Capotosto on behalf of Debtor Squirrels Research Labs LLC
nick.capotosto@dinsmore.com, theresa.palcic@dinsmore.com

Nicholas Paul Capotosto on behalf of Plaintiff Squirrels Research Labs LLC
nick.capotosto@dinsmore.com, theresa.palcic@dinsmore.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc.
christopher.combest@quarles.com

Jack B. Cooper on behalf of Defendant Squirrels LLC
jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant Andrew Gould
jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant David Stanfill
jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant Jessica Gritzan
jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant Kyle Slutz
jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant Sidney Keith
jcooper@milliganpusateri.com

John G. Farnan on behalf of Creditor Cincinnati Insurance Company
jfarnan@westonhurd.com

Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company
rgoff@westonhurd.com, cvadino@westonhurd.com

Steven Heimberger on behalf of Interested Party SCEB, LLC
sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

Jeannie Kim on behalf of Interested Party Instantiation LLC
JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC
mmerklin@ralaw.com, dignasiak@ralaw.com

Marc Merklin on behalf of Plaintiff Squirrels Research Labs LLC
mmerklin@ralaw.com, dignasiak@ralaw.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA
dneumann@meyersroman.com, docket@meyersroman.com;mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC
cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Fleur-de-Lis Development, LLC
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino
mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power
pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg
fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Plaintiff Frederic P Schwieg
fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg
fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg
fschwieg@schwieglaw.com

Bryan Sisto on behalf of Creditor Carl Forsell
bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank
rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation
jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Attorney Brouse McDowell, LPA
jzurn@ralaw.com, llawrence@ralaw.com;skenna@ralaw.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC
jzurn@ralaw.com, llawrence@ralaw.com;skenna@ralaw.com

Julie K. Zurn on behalf of Debtor The Midwest Data Company LLC
jzurn@ralaw.com, llawrence@ralaw.com;skenna@ralaw.com

Julie K. Zurn on behalf of Plaintiff Squirrels Research Labs LLC
jzurn@ralaw.com, llawrence@ralaw.com;skenna@ralaw.com

Lauren Schoenewald ust47 on behalf of U.S. Trustee United States Trustee
lauren.schoenewald@usdoj.gov

VIA EMAIL
Paul Billinger
paul.billinger@toreaconsulting.com