UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



In re: ) Case No. 21-61491-TNAP
) (JOINTLY ADMINISTERED)
Squirrels Research Labs LLC, *ET AL.* ) Chapter 11
) Subchapter V
Debtors ) Judge Tiiara N.A. Patton

**DISCLOSURE STATEMENT OF AD HOC COMMITTEE OF CREDITORS**
**Pursuant to Federal Rule of Bankruptcy Procedure 2019**

## I. COMMITTEE MEMBERS

| Name | Claim # | Claim Amount | Claim Date | Nature of Claim |
|---|---|---|---|---|
| Paul Billinger (Torea Consulting LTD) | 25 | $1,013,260.79 | 1/25/2022 | General Unsecured |
| Elliot Boutin | 16 | $5,000.00 | 1/4/2022 | General Unsecured |
| TOTAL | — | $1,018,260.79 | — | — |

## II. ADDITIONAL SUPPORTING CREDITORS
Additional creditors in this bankruptcy case have expressed support for the Committee's positions and share the Committee's concerns regarding settlement adequacy and investigation sufficiency. These supporting creditors prefer not to be identified as Committee members at this time, and the Committee respects their privacy preferences.
The Committee does not purport to represent or act on behalf of supporting creditors. However, the Committee notes their existence to provide the Court with context regarding the scope of creditor concern about the issues raised in the Motion for Reconsideration.

## III. ACQUISITION AND HOLDING STATUS
Each member holds 100% of their original claim as listed above. No claims have been sold, traded, or disposed of. All claims were acquired on the date filed with the Court.

## IV. COMMITTEE FORMATION
Formation Date: February 2025
Purpose: Unsecured creditors acting in concert to advance common interests regarding settlement adequacy and trustee investigation sufficiency.
Status: Informal ad hoc committee (not an official committee appointed by the U.S. Trustee).

## V. PARTIES ARRANGING FORMATION
Paul Billinger, acting on behalf of Torea Consulting LTD and in coordination with other creditors, initiated Committee formation regarding concerns around bankruptcy case developments.

## VI. CONTACT INFORMATION

- Paul Billinger (Committee Coordinator): paul.billinger@toreaconsulting.com
- Elliot Boutin: elboutin14@gmail.com

## VII. CONFLICTS OF INTEREST

No material conflicts of interest exist among Committee members. All members share common interest in settlement adequacy and trustee investigation sufficiency.

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **DISCLOSURE STATEMENT OF AD HOC COMMITTEE OF CREDITORS** was served electronically on all parties in interest on November 5, 2025.

**SERVICE LIST**
*[Electronic Service]*
Trustee Frederic P. Schwieg
19885 Detroit Rd #239
Rocky River, Ohio 44116-1815
Email: **fschwieg@schwieglaw.com**
*[Electronic Service]*
U.S. Trustee Lauren Schoenewald
**Lauren.Schoenewald@usdoj.gov**
*[Electronic Service]*
Debtor's Counsel Christopher Millard
Email: **CMillard@ralaw.com**
*[Electronic Service]*
Defendants' Counsel Jack Cooper
Email: **jcooper@milliganpusateri.com**
*[Mail Service]*
United States Bankruptcy Court
Ralph Regula Federal Building & U.S. Courthouse
401 McKinley Avenue SW Canton, Ohio 44702

_____
Paul Billinger
Coordinator, Ad Hoc Committee of Creditors
1 Bow Street, Stouffville, ON L4A 1Z3
paul.billinger@toreaconsulting.com

Date: November 5, 2025