UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED 2025 NOV 17 AM 11:05

In re:                                          ) Case No. 21-61491-TNAP
                                                ) (JOINTLY ADMINISTERED)
Squirrels Research Labs LLC, *ET AL*            ) Chapter 11
                                                ) Subchapter V
Debtor.                                         ) Judge Tiiara N.A. Patton

## NOTICE OF HEARING FOR MOTION OF AD HOC COMMITTEE OF CREDITORS FOR APPROVAL OF COUNSEL FEES AS ADMINISTRATIVE EXPENSE OF THE ESTATE

This Notice of Hearing is served pursuant to the Committee's Motion to Limit Service to Electronic Means Only (Docket Entry 417, filed November 10, 2025). All parties are registered CM/ECF users receiving automatic electronic notification.

The Committee requests this Motion be heard in conjunction with the Reconsideration Motion (ECF # 414). This Motion is ancillary to and dependent upon the Motion for Reconsideration filed November 10, 2025.

PLEASE TAKE NOTICE that on November 10, 2025 the Ad Hoc Committee of Creditors filed the Motion for Approval of Counsel Fees as Administrative Expense of the Estate (the "Motion" or "Application").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, then on or before December 5, 2025, you or your attorney must:

File with the Court an objection/response at:

U.S. Bankruptcy Court
Ralph Regula Federal Building and U.S. Courthouse
401 McKinley Avenue, SW
Canton, Ohio 44702

If you mail your objection/response to the Court, you must mail it early enough so the Court will receive it on or before the date stated above.

Mail a copy of your response to:

Paul Billinger, Creditor Coordinator

1 Bow Street, Stouffville ON L4A 1Z3
paul.billinger@toreaconsulting.com

      Please take further notice that a hearing on the Motion will be held on December 23, 2025 at 11:00 a.m. prevailing Eastern Time (the "Hearing"), or as soon as thereafter as this matter may be heard, before the Honorable Tiiara N.A. Patton. The Hearing will be conducted both (i) in person at the Ralph Regula Federal Building & U.S. Courthouse, 401 McKinley Avenue SW, Canton, Ohio 44702, and (ii) via the Zoom® Video Communications application ("Zoom"). Unless otherwise ordered by the Court, any party who will not be presenting evidence or argument may request to appear virtually via Zoom. Parties must pre-register by emailing Evelyn Ross, Judge Patton's Courtroom Deputy, at PattonZoom_Registration@ohnb.uscourts.gov by no later than 4:00 p.m. three (3) business days prior to the scheduled hearing. The hearing registration email must include the following information: (a) case name and case number; (b) hearing date and time(s); (c) participant's name, address, and telephone number; and (d) name of party/parties whom participant represents.

      All participants appearing by Zoom shall comply with Judge Patton's Procedures for Appearing via Zoom® Video Communications (Effective August 21, 2023), which can be found on the Court's website. Persons without video conferencing capabilities must immediately contact Evelyn Ross, Judge Patton's Courtroom Deputy, at (330) 742-0950 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the scheduled hearing date. The hearing may be continued from time to time until completed without further notice except as announced in open court.

Dated: November 10, 2025

*[signature]*

Paul Billinger
1 Bow Street, Stouffville ON L4A 1Z3
paul.billinger@toreaconsulting.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Notice of Hearing was served on all parties in interest on November 10, 2025.

**SERVICE LIST**
*[Electronic Service]*
Trustee Frederic P. Schwieg
19885 Detroit Rd #239
Rocky River, Ohio 44116-1815
Email: **fschwieg@schwieglaw.com**
*[Electronic Service]*
U.S. Trustee Lauren Schoenewald
**Lauren.Schoenewald@usdoj.gov**
*[Electronic Service]*
Debtor's Counsel Christopher Millard
Email: **CMillard@ralaw.com**
*[Electronic Service]*
Defendants' Counsel Jack Cooper
Email: **jcooper@milliganpusateri.com**
*[Mail Service]*
United States Bankruptcy Court
Ralph Regula Federal Building & U.S. Courthouse
401 McKinley Avenue SW Canton, Ohio 44702

_____
Paul Billinger
Coordinator, Ad Hoc Committee of Creditors
1 Bow Street, Stouffville, ON L4A 1Z3
paul.billinger@toreaconsulting.com

Date: November 10, 2025