UNITED STATES BANKRUPTCY
COURT NORTHERN DISTRICT OF
OHIO EASTERN DIVISION

| In re: | ) | Case No. 21-61491-TNAP |
| --- | --- | --- |
| | ) | (JOINTLY ADMINISTERED) |
| Squirrels Research Labs LLC, *ET AL.* | ) | Chapter 11 |
| | ) | Subchapter V |
| Debtors | ) | Judge Tiiara N.A. Patton |

**SUPPLEMENTAL DECLARATION AND EXHIBIT**

TO THE HONORABLE COURT AND ALL PARTIES IN INTEREST:

The Ad Hoc Committee of Creditors respectfully submits this Supplemental Declaration and Exhibit in support of its Motion for Reconsideration and Supplemental Factual Development filed November 10, 2025.

## I. BASIS FOR SUPPLEMENTAL SUBMISSION

This supplemental filing provides documentary support for Question 5 of the Committee's eight investigation questions. Under Fed. R. Bankr. P. 9007 and Local Rules of this Court, supplemental materials may be filed to support pending motions. This submission is timely, presented in advance of the December 23, 2025 hearing.

Attached as Exhibit A is a true and correct copy of this subpoena response.

## II. DECLARATION

I, Paul Billinger, Pro Se Coordinator of the Ad Hoc Committee of Creditors, declare under penalty of perjury:

A. Authority

1. I am authorized to represent the Committee pursuant to written authorization from Committee members on file with the Court. The Committee comprises seven creditors with claims totaling $ 1,107,938.44.

B. Receipt of Document

2. On October 26, 2025, the Trustee provided me via email the JPMorgan Chase Bank subpoena response dated July 29, 2024, regarding corporate card Account #***9736 issued to Squirrels Research Labs LLC.

3. Upon review, this document addresses Question 5 of the Committee's Motion for Reconsideration, which addresses credit card removal timing.

C. Document Content

4. As shown in Exhibit A, the JPMorgan Chase subpoena response documents the following:
   - Account Holder: Squirrels Research Labs LLC
   - Account Opened: July 25, 2018
   - Authorized Users:
     - Andrew Gould (primary, Status: NORMAL – not removed)
     - David Stanfill (employee, authorized 03/15/2019, Maintenance: 09/02/2021, Status: DELETED – removed)
     - Amanda McConnell (employee, authorized 05/17/2021, Maintenance: 09/02/2021, Status: DELETED – removed)
   - Bankruptcy Filing: November 15, 2021

5. As documented in Exhibit A, both David Stanfill and Amanda McConnell were removed on September 2, 2021 (74 days before bankruptcy filing). The synchronized removal of both authorized users on the same date presents a potential badge of fraud under 11 U.S.C. § 548(a)(1)(A).

D. Relevance

6. This documentation provides factual support for the Committee's investigation questions regarding credit card account management and user removal timing. The timing and circumstances of the removal may warrant further investigation.

7. This document was in the Trustee's possession prior to the October 28, 2025 settlement hearing.

### III. MATERIALITY

The submitted document is material to the Motion for Reconsideration as it provides factual information relevant to the Committee's investigation questions and supports the need for further examination of the identified claims.

### IV. EARLY DISCLOSURE

This supplemental submission is provided more than three weeks before the scheduled hearing, allowing all parties adequate opportunity to respond. The Trustee has possessed this document since July 29, 2024. No prejudice results from supplemental filing prior to hearing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 11, 2025.

Respectfully submitted,

*[signature]*

Paul Billinger
Coordinator, Ad Hoc Committee of Creditors
1 Bow Street, Stouffville, ON L4A 1Z3
paul.billinger@toreaconsulting.com

Date: November 11, 2025

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Supplemental Declaration and Exhibit was served electronically on all parties in interest on November 11, 2025.

**SERVICE LIST**
*[Electronic Service]*
Trustee Frederic P. Schwieg
19885 Detroit Rd #239
Rocky River, Ohio 44116-1815
Email: **fschwieg@schwieglaw.com**
*[Electronic Service]*
U.S. Trustee Lauren Schoenewald
**Lauren.Schoenewald@usdoj.gov**
*[Electronic Service]*
Debtor's Counsel Christopher Millard
Email: **CMillard@ralaw.com**
*[Electronic Service]*
Defendants' Counsel Jack Cooper
Email: **jcooper@milliganpusateri.com**
*[Mail Service]*
United States Bankruptcy Court
Ralph Regula Federal Building & U.S. Courthouse
401 McKinley Avenue SW Canton, Ohio 44702


Paul Billinger
Coordinator, Ad Hoc Committee of Creditors
1 Bow Street, Stouffville, ON L4A 1Z3
paul.billinger@toreaconsulting.com

Date: November 11, 2025

**Exhibit A: JPMorgan Chase Subpoena Response**

**JP Morgan Chase Subpoena Response Page 1**

JPMorganChase

RCO Centralized Mail
Mail Code LA4-7300
700 Kansas Lane
Monroe, LA 71203-4774

7/29/2024

JACK B COOPER
MILLIGAN PUSATERI CO LPA
P O BOX 35459; 4684 DOUGLAS CIRCLE NORTHWEST
CANTON OHIO 44735-5459

Case Name: SQUIRRELS RESERCH LABS LLC (DEBTOR), FREDERIC P. SCHWEIG, TRUSTEE V. ANDREW GOULD
Case No.: 2161491;2306030TNAP
JPMorgan Chase File No.: SB1603122-F1

To Whom It May Concern:

We have received a subpoena and/or request for the matter referenced above. Based on the information you provided in the request, a good faith search was conducted for information or records related to the named subject(s). Here is the information located during this search that fulfills your request on the matter referenced above.

If you have questions, please call us at 1-844-751-7728; we accept operator relay calls. We're here to help Monday through Friday from 8:30 a.m. to 7:00 p.m. Eastern Time. Please know that we are only able to provide the status of this request. We can't verbally disclose further information related to the records and/or information provided.

<u>We are not processing payments at this time. If you sent in a prepayment, your check has been documented as received and was destroyed. If you sent in cash as a prepayment, the cash has been converted to a money order and returned to you under separate cover. If you sent in a money order as a prepayment, the money order has been returned to you under separate cover.</u>

Please notify our office immediately of any email address changes to avoid electronic delivery delays for future productions.

Sincerely,

National Subpoena Processing

JPMorgan Chase Bank, N.A. Member FDIC
SUBP17

# JP Morgan Chase Subpoena Response Declaration

## DECLARATION

Case No. : 2161491;2306030TNAP

I, Sushmitha Kankanady, certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is Parcel 9, Embassy Tech Village, Outer Ring Road, Deverabeesanhalli Village, Varthur Hobli, Floor 04C, Bengaluru, IN-KA, 560103, India.

3. I am a Attorney in Fact and Custodian of Records for J.P.Morgan Services India Private Limited Processing Agent for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury under the law of Ohio that the foregoing is true and correct, and that I am physically located outside the geographic boundaries of the United States, Puerto Rico, the United States Virgin Islands, and any territory or insular possession subject to the jurisdiction of the United States.

Executed on the 29th day of July, 2024 at

Bengaluru, Karnataka, India
(city or other location, and state)   (country)

Sushmitha Kankanady
(printed name)

*(signature)*

Attorney in Fact

SB1603122-F1                                                                                          Subp10a1

# JP Morgan Chase Subpoena Card User History

```
IACR KEY 4246315262379736                          CLIENT 5500 PROV 000001
                    INQUIRE ACCOUNT/CUSTOMER RELATIONSHIPS
    SQUIRRELS RESEARCH LABS, LLC                   ACCT STAT   WA BK CR RD RE PP
                                                   QUEUE CNT   00
____    NAME   ANDREW GOULD                        REL TYPE    AUTH OFFICER
        ACCT   [Redacted]9736                      REL STAT    NORMAL
        ADDED  07/25/18 QUEUE ID      LOCK Y 10/18/21 CUST LIAB  C 00/00/00
        MAINT  07/25/18 QUEUE PR NB                 STATUS      BK11
        CCN N  00 APR CNT 000 DNH CNT 000 CW    TW  CUST ID     372070762
        PRTY ARG REL    AUTH LVL    PRTY ARG EXP    TXN PVLG IN
____    NAME   AMANDA MCCONNELL                    REL TYPE    EMPLOYEE
        ACCT   [Redacted]3395                      REL STAT    REMOVED
        ADDED  05/17/21 QUEUE ID      LOCK         CUST LIAB   N 00/00/00
        MAINT  09/02/21 QUEUE PR NB                STATUS      DELE
        CCN N  00 APR CNT 000 DNH CNT 000 CW    TW  CUST ID    384616520
        PRTY ARG REL    AUTH LVL    PRTY ARG EXP    TXN PVLG IN
____    NAME   DAVID STANFILL                     REL TYPE    EMPLOYEE
        ACCT   [Redacted]5173                     REL STAT    REMOVED
        ADDED  03/15/19 QUEUE ID      LOCK        CUST LIAB   N 00/00/00
        MAINT  09/02/21 QUEUE PR NB               STATUS      DELE
        CCN N  00 APR CNT 000 DNH CNT 000 CW   TW  CUST ID    384616591
        PRTY ARG REL    AUTH LVL    PRTY ARG EXP   TXN PVLG IN       <<MORE>>

F1=HELP F3=EXIT F4=CUST F5=EVTS F6=WORK F7=PBWD F8=PFWD F9=ACCT PA1=KEYS  F __
```