UNITED STATES BANKRUPTCY
COURT NORTHERN DISTRICT OF
OHIO EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 21-61491-TNAP |
| | ) | (JOINTLY ADMINISTERED) |
| Squirrels Research Labs LLC, *ET AL.* | ) | Chapter 11 |
| | ) | Subchapter V |
| Debtors | ) | Judge Tiiara N.A. Patton |

**DISCLOSURE STATEMENT OF AD HOC COMMITTEE OF CREDITORS**
Pursuant to Federal Rule of Bankruptcy Procedure 2019

## I. COMMITTEE MEMBERS

| Name | Claim # | Claim Amount | Claim Date | Nature of Claim |
|---|---|---|---|---|
| Paul Billinger (Torea Consulting LTD) | 25 | $1,013,260.79 | 1/25/2022 | General Unsecured |
| Sam Adams | 31 | $45,016.35 | 02/18/22 | General Unsecured |
| Bradley Conn | 5 | $37,811.17 | 12/19/2021 | General Unsecured |
| Elliot Boutin | 16 | $5,000.00 | 1/4/2022 | General Unsecured |
| Justin O'Connell | 41 | $5,000.00 | 2/25/2022 | General Unsecured |
| Thom Kuznia | 13 | $1,100.17 | 1/03/2022 | General Unsecured |
| Fabrizio Simonetti | 27 | $749.96 | 02/10/2022 | General Unsecured |
| TOTAL | — | $ 1,107,938.48 | — | — |

## II. ACQUISITION AND HOLDING STATUS
Each member holds 100% of their original claim as listed above. No claims have been sold, traded, or disposed of. All claims were acquired on the date filed with the Court.

## III. COMMITTEE FORMATION
Formation Date: February 2025
Purpose: Unsecured creditors acting in concert to advance common interests regarding settlement adequacy and trustee investigation sufficiency.
Status: Informal ad hoc committee (not an official committee appointed by the U.S. Trustee).

## IV. PARTIES ARRANGING FORMATION
Paul Billinger, acting on behalf of Torea Consulting LTD and in coordination with other creditors, initiated Committee formation regarding concerns around bankruptcy case developments.

## V. CONTACT INFORMATION
- Paul Billinger (Committee Coordinator): paul.billinger@toreaconsulting.com
- Sam Adams: samuel.f.adams@gmail.com
- Bradley Conn: bradconn114@gmail.com
- Elliot Boutin: elboutin14@gmail.com
- Justin O'Connell: ocon87@gmail.com
- Thom Kuznia: thom.kuznia@gmail.com
- Fabrizio Simonetti: fabrizio.simonetti@gmail.com

## VI. CONFLICTS OF INTEREST
No material conflicts of interest exist among Committee members. All members share common interest in settlement adequacy and trustee investigation sufficiency.

## VII. AUTHORIZATIONS
Justin O'Connell, Sam Adams, Elliot Boutin, Justin O'Connell, Thon Kuznia, and Fabrizio Simonetti have provided written authorizations authorizing Paul Billinger to serve as Committee Coordinator and authorizing their inclusion as members of the Ad Hoc Committee of Creditors. Copies of the authorization emails are attached as Exhibit A.

## VIII. CHANGES TO COMMITTEE COMPOSITION
This supplemental disclosure reflects the Committee's current composition, which includes five (5) additional members who confirmed membership on November 8-11, 2025:
1. Added: Sam Adams (Claim #31, $45,016.35) — November 10, 2025
2. Added: Bradley Conn (Claim #5, $37,811.17) — November 11, 2025
3. Added: Justin O'Connell (Claim #41, $5,000.00) — November 8, 2025
4. Added: Thom Kuznia (Claim #13, $1,100.17) — November 10, 2025
5. Added: Fabrizio Simonetti (Claim #27, $749.96) — November 8, 2025

Dated: November 11, 2025

*/s/ Paul Billinger*
Paul Billinger
1 Bow Street, Stouffville ON L4A 1Z3
paul.billinger@toreaconsulting.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **DISCLOSURE STATEMENT OF AD HOC COMMITTEE OF CREDITORS** was served electronically on all parties in interest on November 11, 2025.

## SERVICE LIST

*[Electronic Service]*
Trustee Frederic P. Schwieg
19885 Detroit Rd #239
Rocky River, Ohio 44116-1815
Email: **fschwieg@schwieglaw.com**

*[Electronic Service]*
U.S. Trustee Lauren Schoenewald
**Lauren.Schoenewald@usdoj.gov**

*[Electronic Service]*
Debtor's Counsel Christopher Millard
Email: **CMillard@ralaw.com**

*[Electronic Service]*
Defendants' Counsel Jack Cooper
Email: **jcooper@milliganpusateri.com**

*[Mail Service]*
United States Bankruptcy Court
Ralph Regula Federal Building & U.S. Courthouse
401 McKinley Avenue SW Canton, Ohio 44702

Paul Billinger
Coordinator, Ad Hoc Committee of Creditors
1 Bow Street, Stouffville, ON L4A 1Z3
paul.billinger@toreaconsulting.com

Date: November 11, 2025

**Exhibit A: Justin O'Connell Authorization**

**From:** Justin O'Connell <ocon87@gmail.com>
**Sent:** November 8, 2025 8:55 AM
**To:** Paul Billinger <paul.billinger@toreaconsulting.com>
**Subject:** Authorization to Join Ad Hoc Committee

I authorize Paul Billinger as committee coordinator:

Justin O'Connell
15712 Whirland Dr, Midlothian, VA 23112
Ocon87@gmail.com
802-922-6375

**Exhibit B: Sam Adams Authorization**

From: Sam Adams <samuel.f.adams@gmail.com>
Sent: November 10, 2025 11:23 AM
To: paul.billinger@toreaconsulting.com
Subject: Sqrl Bankruptcy

As per our discord conversation, as long as I'm notified in advance of putting anything out, if there is a cost and how it will impact me.

I authorize Paul Billinger as committee coordinator and consent to have my name listed as a member of the Ad Hoc Committee of Creditors in the Squirrels Research Labs bankruptcy case (Case No. 21-61491-TNAP). I confirm I hold an unsecured claim in this case. You may file this email with the court as needed.

Sam Adams

**Exhibit C: Fabrizio Simonetti Authorization**

**From:** Fabrizio Simonetti <fabrizio.simonetti@gmail.com>
**Sent:** November 8, 2025 9:16 AM
**To:** paul.billinger@toreaconsulting.com
**Subject:** Authorization to Join Ad Hoc Committee" and include: "I authorize Paul Billinger as committee coordinator - [Fabrizio Simonetti /via Giuseppe Gozzer n2A 57128 Livorno Italy /fabrizio.simonetti@gmail.com /+393282242338]"

Authorization to Join Ad Hoc Committee" and include: "I authorize Paul Billinger as committee coordinator - [Fabrizio Simonetti /via Giuseppe Gozzer n2A 57128 Livorno Italy /fabrizio.simonetti@gmail.com /+393282242338]"

**Exhibit D: Thom Kuznia Authorization**

From: Thom Kuznia <thom.kuznia@gmail.com>
Sent: November 10, 2025 9:58 AM
To: paul.billinger@toreaconsulting.com
Subject: Authorization to Join Ad Hoc Committee

I authorize Paul Billinger as committee coordinator.
Thomas Kuznia
5801 Drew Ave S, Edina, MN 55410
thom.kuznia@gmail.com
…

**Exhibit E: Elliot Boutin Authorizations**

**From:** Elliot Boutin <elboutin14@gmail.com>

**Sent:** November 5, 2025 9:24 AM

**To:** Paul Billinger <paul.billinger@toreaconsulting.com>

**Subject:** Re: Ad Hoc Committee Admin

**I authorize Paul Billinger as committee coordinator.**

**Thank you.**

**Exhibit F: Bradley Conn Authorizations**

**From:** Bradley Conn <bradconn114@gmail.com>

**Sent:** November 11, 2025 11:31 PM

**To:** paul.billinger@toreaconsulting.com

**Subject:** Authorization to Join Ad Hoc Committee

I authorize

Paul Billinger as committee coordinator - Bradley Conn

**End of Exhibits**