United States Bankruptcy Court
Northern District of Ohio

In re:                                                    Case No. 21-61491-tnap
Squirrels Research Labs LLC                       Chapter 11
The Midwest Data Company LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0647-6                    User: lbald                                                  Page 1 of 3
Date Rcvd: Nov 17, 2025            Form ID: pdf818                              Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol     Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Squirrels Research Labs LLC, The Midwest Data Company LLC, 8050 Freedom Avenue NW, North Canton, OH 44720-6912 |
| aty | + | Jason R. Schendel, Sheppard, Mullin, Richter & Hampton LLP, Four Embardadero Center, Seventeenth Floor, San Francisco, CA 94111-4106 |
| cr | #+ | Avnet, Inc., c/o Christopher Combest, Quarles & Brady LLP, 300 N. LaSalle Street, Suite 4000 Chicago, IL 60654-5427 |
| cr | | Better PC, LLC, c/o Christopher J. Niekamp, Esq., Buckingham, Doolittle & Burroughs, Suite 300, Akron, OH 443338398 |
| acc | + | CliftonLarsonAllen LLP, 388 S Main St, Ste 420, Akron, OH 44311-4407 |
| cr | + | Fleur-de-Lis Development, LLC, c/o Gina Piacentino, 88 E. Broad, Suite 1560, Columbus, OH 43215-3178 |
| fa | + | Inglewood Associates LLC, 9242 Headlands Road, Mentor, OH 44060-1026 |
| intp | + | Paul Pasika, 233 Schemmer St, Burlington, WI 53105-1833 |
| cr | + | Premier Bank, 1111 Superior Ave., E., Suite 1111, Cleveland, OH 44114-2568 |
| intp | + | SCEB, LLC, 18 Monument Drive, Stafford, VA 22554-8508 |
| cr | + | Sam Adams, 3417 Bush Street, Stevens Point, WI 54481-4993 |
| cr | + | Second Foundation Mining LLC, Robert Oxsen, CEO, 3326 Corinthian Ln, Auburn, CA 95603-9066 |
| def | + | Squirrels LLC, Andrew Gould Stat Agent, 121 Wilbur Dr, North Canton, OH 44720-1641 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bwclegalbankruptcy@bwc.ohio.gov | Nov 17 2025 21:01:00 | Ohio Bureau of Workers Compensation, Attn: Law Section Bankruptcy Unit, PO Box 15567, Columbus, OH 43215 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carl Forsell |
| cr | | Cincinnati Insurance Company |
| cr | | Envista Forensics, LLC d/b/a AREPA |
| intp | | Instantiation LLC |
| intp | | Ohio Power Company dba American Electric Power |
| intp | | Paul Billinger |
| cr | | Torea Consulting Ltd. |
| aty | ##+ | Brouse McDowell, 388 South Main Street, Suite 500, Akron, OH 44311-4419 |
| aty | ##+ | Brouse McDowell, LPA, 388 S. Main Street, Suite 500, Akron, OH 44311-4419 |

TOTAL: 7 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2025   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan Sisto | on behalf of Creditor Carl Forsell bsisto@fbtlaw.com |
| Chris Millard | on behalf of Debtor Squirrels Research Labs LLC cmillar2@rockets.utoledo.edu |
| Christopher Niekamp | on behalf of Creditor Better PC LLC cniekamp@bdblaw.com |
| Christopher Paul Combest | on behalf of Creditor Avnet Inc. christopher.combest@quarles.com |
| David M. Neumann | on behalf of Creditor Envista Forensics LLC d/b/a AREPA dneumann@meyersroman.com, docket@meyersroman.com;mnowak@meyersroman.com |
| Frederic P. Schwieg | on behalf of Trustee Frederic P. Schwieg fschwieg@schwieglaw.com |
| Frederic P. Schwieg | fschwieg@schwieglaw.com OH84@ecfcbis.com |
| Frederic P. Schwieg | on behalf of Plaintiff Frederic P Schwieg fschwieg@schwieglaw.com OH84@ecfcbis.com |
| Jack B. Cooper | on behalf of Defendant Squirrels LLC jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant Sidney Keith jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant Kyle Slutz jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant Jessica Gritzan jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant David Stanfill jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant Andrew Gould jcooper@milliganpusateri.com |
| Jeannie Kim | on behalf of Interested Party Instantiation LLC JeKim@sheppardmullin.com dgatmen@sheppardmullin.com |
| John C. Cannizzaro | on behalf of Interested Party Instantiation LLC John.Cannizzaro@icemiller.com Kelli.Bates@icemiller.com |
| John G. Farnan | on behalf of Creditor Cincinnati Insurance Company jfarnan@westonhurd.com |
| Joshua Ryan Vaughan | on behalf of Creditor Ohio Bureau of Workers Compensation jvaughan@amer-collect.com |

SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn
on behalf of Plaintiff Squirrels Research Labs LLC jzurn@ralaw.com llawrence@ralaw.com;skenna@ralaw.com

Julie K. Zurn
on behalf of Debtor The Midwest Data Company LLC jzurn@ralaw.com llawrence@ralaw.com;skenna@ralaw.com

Julie K. Zurn
on behalf of Attorney Brouse McDowell LPA jzurn@ralaw.com, llawrence@ralaw.com;skenna@ralaw.com

Julie K. Zurn
on behalf of Debtor Squirrels Research Labs LLC jzurn@ralaw.com llawrence@ralaw.com;skenna@ralaw.com

Lauren Schoenewald ust47
on behalf of U.S. Trustee United States Trustee lauren.schoenewald@usdoj.gov

Marc Merklin
on behalf of Debtor Squirrels Research Labs LLC mmerklin@ralaw.com dignasiak@ralaw.com

Marc Merklin
on behalf of Plaintiff Squirrels Research Labs LLC mmerklin@ralaw.com dignasiak@ralaw.com

Matthew T. Schaeffer
on behalf of Defendant Fleur-de-Lis Development LLC mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer
on behalf of Defendant Rocco Piacentino mschaeffer@baileycav.com lpatterson@baileycav.com

Matthew T. Schaeffer
on behalf of Creditor Fleur-de-Lis Development LLC mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer
on behalf of Defendant Cynthia Heinz mschaeffer@baileycav.com lpatterson@baileycav.com

Nicholas Paul Capotosto
on behalf of Debtor Squirrels Research Labs LLC nick.capotosto@dinsmore.com theresa.palcic@dinsmore.com

Nicholas Paul Capotosto
on behalf of Plaintiff Squirrels Research Labs LLC nick.capotosto@dinsmore.com theresa.palcic@dinsmore.com

Paul J. Schumacher
on behalf of Interested Party Ohio Power Company dba American Electric Power pschumacher@dmclaw.com tgross@dmclaw.com

Richard J. Thomas
on behalf of Creditor Premier Bank rthomas@hendersoncovington.com dciambotti@hendersoncovington.com

Robert E. Goff, Jr.
on behalf of Creditor Cincinnati Insurance Company rgoff@westonhurd.com cvadino@westonhurd.com

Steven Heimberger
on behalf of Interested Party SCEB LLC sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

TOTAL: 35

**IT IS SO ORDERED.**

**Dated: November 14, 2025**



**Tiiara N.A. Patton**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **Squirrels Research Labs LLC and The Midwest Data Company LLC,** | Case No. 21-61491 (TNAP) |
| Debtors. | Judge Tiiara N.A. Patton |

### ORDER DENYING MOTION TO LIMIT SERVICE TO
### ELECTRONIC MEANS ONLY AND FOR EXPEDITED RULING

This matter having come before the Court upon the *Motion to Limit Service to Electronic Means Only and for Expedited Ruling* filed on November 10, 2025 by Paul Billinger ("Mr. Billinger") on behalf an Ad Hoc Committee of Creditors (ECF Docket No. 417) (the "Motion"). The Motion seeks to limit notice and service of the *Creditor's Motion for Reconsideration and Supplemental Factual Development* (ECF Docket No. 414) (the "Motion for Reconsideration"), to electronic service via the Court's CM/ECF system. The Motion for Reconsideration was also filed by Mr. Billinger on behalf of an Ad Hoc Committee of Creditors.

Mr. Billinger acknowledges that he is not an attorney and is acting instead as "a credit coordinator for the Ad Hoc Committee of Creditors." See Motion for Reconsideration, p. 1. Mr. Billinger identifies Elliott Boutin as the member of the Ad Hoc Committee of Creditors who authorizes Mr. Billinger's representation of the group.[1] See Motion for Reconsideration, p. 1. Mr. Billinger also seems to be prosecuting the alleged interest of TorEA Consulting LTD as its sole owner. See Motion for Reconsideration, pp. 74–75.

Pursuant to 28 U.S.C. §1654 "[i]n all courts of the United States the parties may plead and conduct their own cases personally or by counsel, as by the rules of such courts, respectively, are permitted to manage and conduct causes therein." The rules governing the practice of law in United States courts make clear that non-lawyers are not permitted to represent parties in federal court." Hernandez v. Cullison, 2006 WL 1804579, at *6 (D.N.J. June 26, 2006); see, also, U.S. v. Wilhelm, 570 F.2d 461, 465 (3d Cir.1978). "Any attempt by a non-lawyer to do so constitutes the unauthorized practice of law." Id. Therefore, the attempt by Mr. Billinger, a non-lawyer, to represent the interest of the Ad Hoc Committee of Creditors is not permitted. Further, as this Court has already found, as an unlicensed attorney not admitted to practice in this Court Mr. Billinger "cannot represent TorEA Consulting LTD's interest in this matter." Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 202 (1993) ("[A] corporation may appear in the federal courts only through licensed counsel."). See ECF Docket No. 359.

The Court informed Mr. Billinger of the foregoing at the hearing held on October 28, 2025 for the matter he is seeking this Court's reconsideration on that he was not authorized to appear in this Court on behalf of another individual or entity and that Mr. Billinger, personally,

---

[1] The members of the Ad Hoc Committee of Creditors are Paul Billinger (Torea Consulting LTD) and Elliot Boutin. See ECF Docket No. 415.

has no claim in these proceedings. The Court now cautions Mr. Billinger that his continued actions to represent either the Ad Hoc Creditors Committee or TorEA Consulting LTD will be construed as the unauthorized practice of law. Therefore, based on the foregoing,

**IT IS HEREBY ORDERED THAT:**

1. The *Motion to Limit Service to Electronic Means Only and for Expedited Ruling* (ECF Docket No. 417) is hereby **DENIED.**

# # #