In re:  Case No. 21-61491-tnap

Squirrels Research Labs LLC  Chapter 11

The Midwest Data Company LLC

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0647-6      User: lbald      Page 1 of 3

Date Rcvd: Nov 17, 2025      Form ID: pdf941      Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/db | + | Squirrels Research Labs LLC, The Midwest Data Company LLC, 8050 Freedom Avenue NW, North Canton, OH 44720-6912 |
| aty | + | Jason R. Schendel, Sheppard, Mullin, Richter & Hampton LLP, Four Embardadero Center, Seventeenth Floor, San Francisco, CA 94111-4106 |
| cr | #+ | Avnet, Inc., c/o Christopher Combest, Quarles & Brady LLP, 300 N. LaSalle Street, Suite 4000 Chicago, IL 60654-5427 |
| cr | | Better PC, LLC, c/o Christopher J. Niekamp, Esq., Buckingham, Doolittle & Burroughs, Suite 300, Akron, OH 443338398 |
| acc | + | CliftonLarsonAllen LLP, 388 S Main St, Ste 420, Akron, OH 44311-4407 |
| cr | + | Fleur-de-Lis Development, LLC, c/o Gina Piacentino, 88 E. Broad, Suite 1560, Columbus, OH 43215-3178 |
| fa | + | Inglewood Associates LLC, 9242 Headlands Road, Mentor, OH 44060-1026 |
| intp | + | Paul Pasika, 233 Schemmer St, Burlington, WI 53105-1833 |
| cr | + | Premier Bank, 1111 Superior Ave., E., Suite 1111, Cleveland, OH 44114-2568 |
| intp | + | SCEB, LLC, 18 Monument Drive, Stafford, VA 22554-8508 |
| cr | + | Sam Adams, 3417 Bush Street, Stevens Point, WI 54481-4993 |
| cr | + | Second Foundation Mining LLC, Robert Oxsen, CEO, 3326 Corinthian Ln, Auburn, CA 95603-9066 |
| def | + | Squirrels LLC, Andrew Gould Stat Agent, 121 Wilbur Dr, North Canton, OH 44720-1641 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Nov 17 2025 21:02:00 | United States Trustee, Office of the U.S. Trustee, H.M. Metzenbaum U.S. Courthouse, 201 Superior Avenue East Suite 441, Cleveland, OH 44114-1234 |
| cr | | Email/Text: bwclegalbankruptcy@bwc.ohio.gov | Nov 17 2025 21:01:00 | Ohio Bureau of Workers Compensation, Attn: Law Section Bankruptcy Unit, PO Box 15567, Columbus, OH 43215 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Carl Forsell |
| cr | | Cincinnati Insurance Company |
| cr | | Envista Forensics, LLC d/b/a AREPA |
| intp | | Instantiation LLC |
| intp | | Ohio Power Company dba American Electric Power |
| intp | | Paul Billinger |

| | | |
| --- | --- | --- |
| cr | | Torea Consulting Ltd. |
| aty | ##+ | Brouse McDowell, 388 South Main Street, Suite 500, Akron, OH 44311-4419 |
| aty | ##+ | Brouse McDowell, LPA, 388 S. Main Street, Suite 500, Akron, OH 44311-4419 |

TOTAL: 7 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2025        Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Bryan Sisto | on behalf of Creditor Carl Forsell bsisto@fbtlaw.com |
| Chris Millard | on behalf of Debtor Squirrels Research Labs LLC cmillar2@rockets.utoledo.edu |
| Christopher Niekamp | on behalf of Creditor Better PC LLC cniekamp@bdblaw.com |
| Christopher Paul Combest | on behalf of Creditor Avnet Inc. christopher.combest@quarles.com |
| David M. Neumann | on behalf of Creditor Envista Forensics LLC d/b/a AREPA dneumann@meyersroman.com, docket@meyersroman.com;mnowak@meyersroman.com |
| Frederic P. Schwieg | on behalf of Trustee Frederic P. Schwieg fschwieg@schwieglaw.com |
| Frederic P. Schwieg | fschwieg@schwieglaw.com OH84@ecfcbis.com |
| Frederic P. Schwieg | on behalf of Plaintiff Frederic P Schwieg fschwieg@schwieglaw.com OH84@ecfcbis.com |
| Jack B. Cooper | on behalf of Defendant Squirrels LLC jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant Sidney Keith jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant Kyle Slutz jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant Jessica Gritzan jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant David Stanfill jcooper@milliganpusateri.com |
| Jack B. Cooper | on behalf of Defendant Andrew Gould jcooper@milliganpusateri.com |
| Jeannie Kim | on behalf of Interested Party Instantiation LLC JeKim@sheppardmullin.com dgatmen@sheppardmullin.com |
| John C. Cannizzaro | |

on behalf of Interested Party Instantiation LLC John.Cannizzaro@icemiller.com Kelli.Bates@icemiller.com

John G. Farnan

    on behalf of Creditor Cincinnati Insurance Company jfarnan@westonhurd.com

Joshua Ryan Vaughan

    on behalf of Creditor Ohio Bureau of Workers Compensation jvaughan@amer-collect.com SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn

    on behalf of Plaintiff Squirrels Research Labs LLC jzurn@ralaw.com llawrence@ralaw.com;skenna@ralaw.com

Julie K. Zurn

    on behalf of Debtor The Midwest Data Company LLC jzurn@ralaw.com llawrence@ralaw.com;skenna@ralaw.com

Julie K. Zurn

    on behalf of Attorney Brouse McDowell LPA jzurn@ralaw.com, llawrence@ralaw.com;skenna@ralaw.com

Julie K. Zurn

    on behalf of Debtor Squirrels Research Labs LLC jzurn@ralaw.com llawrence@ralaw.com;skenna@ralaw.com

Lauren Schoenewald ust47

    on behalf of U.S. Trustee United States Trustee lauren.schoenewald@usdoj.gov

Marc Merklin

    on behalf of Debtor Squirrels Research Labs LLC mmerklin@ralaw.com dignasiak@ralaw.com

Marc Merklin

    on behalf of Plaintiff Squirrels Research Labs LLC mmerklin@ralaw.com dignasiak@ralaw.com

Matthew T. Schaeffer

    on behalf of Defendant Fleur-de-Lis Development LLC mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer

    on behalf of Defendant Rocco Piacentino mschaeffer@baileycav.com lpatterson@baileycav.com

Matthew T. Schaeffer

    on behalf of Creditor Fleur-de-Lis Development LLC mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer

    on behalf of Defendant Cynthia Heinz mschaeffer@baileycav.com lpatterson@baileycav.com

Nicholas Paul Capotosto

    on behalf of Debtor Squirrels Research Labs LLC nick.capotosto@dinsmore.com theresa.palcic@dinsmore.com

Nicholas Paul Capotosto

    on behalf of Plaintiff Squirrels Research Labs LLC nick.capotosto@dinsmore.com theresa.palcic@dinsmore.com

Paul J. Schumacher

    on behalf of Interested Party Ohio Power Company dba American Electric Power pschumacher@dmclaw.com tgross@dmclaw.com

Richard J. Thomas

    on behalf of Creditor Premier Bank rthomas@hendersoncovington.com dciambotti@hendersoncovington.com

Robert E. Goff, Jr.

    on behalf of Creditor Cincinnati Insurance Company rgoff@westonhurd.com cvadino@westonhurd.com

Steven Heimberger

    on behalf of Interested Party SCEB LLC sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

TOTAL: 35

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
2025 NOV 17 AM 11: 05

In re: ) Case No. 21-61491-TNAP
 ) (JOINTLY ADMINISTERED)
Squirrels Research Labs LLC, *ET AL* ) Chapter 11
 ) Subchapter V
Debtor. ) Judge Tiiara N.A. Patton

**NOTICE OF HEARING FOR MOTION OF AD HOC COMMITTEE OF CREDITORS FOR APPROVAL OF COUNSEL FEES AS ADMINISTRATIVE EXPENSE OF THE ESTATE**

This Notice of Hearing is served pursuant to the Committee's Motion to Limit Service to Electronic Means Only (Docket Entry 417, filed November 10, 2025). All parties are registered CM/ECF users receiving automatic electronic notification.

The Committee requests this Motion be heard in conjunction with the Reconsideration Motion (ECF # 414). This Motion is ancillary to and dependent upon the Motion for Reconsideration filed November 10, 2025.

PLEASE TAKE NOTICE that on November 10, 2025 the Ad Hoc Committee of Creditors filed the Motion for Approval of Counsel Fees as Administrative Expense of the Estate (the "Motion" or "Application").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, then on or before December 5, 2025, you or your attorney must:

File with the Court an objection/response at:

U.S. Bankruptcy Court
Ralph Regula Federal Building and U.S. Courthouse
401 McKinley Avenue, SW
Canton, Ohio 44702

If you mail your objection/response to the Court, you must mail it early enough so the Court will receive it on or before the date stated above.

Mail a copy of your response to:

Paul Billinger, Creditor Coordinator

1 Bow Street, Stouffville ON L4A 1Z3
paul.billinger@toreaconsulting.com

      Please take further notice that a hearing on the Motion will be held on December 23, 2025 at 11:00 a.m. prevailing Eastern Time (the "Hearing"), or as soon as thereafter as this matter may be heard, before the Honorable Tiiara N.A. Patton. The Hearing will be conducted both (i) in person at the Ralph Regula Federal Building & U.S. Courthouse, 401 McKinley Avenue SW, Canton, Ohio 44702, and (ii) via the Zoom® Video Communications application ("Zoom"). Unless otherwise ordered by the Court, any party who will not be presenting evidence or argument may request to appear virtually via Zoom. Parties must pre-register by emailing Evelyn Ross, Judge Patton's Courtroom Deputy, at PattonZoom_Registration@ohnb.uscourts.gov by no later than 4:00 p.m. three (3) business days prior to the scheduled hearing. The hearing registration email must include the following information: (a) case name and case number; (b) hearing date and time(s); (c) participant's name, address, and telephone number; and (d) name of party/parties whom participant represents.

      All participants appearing by Zoom shall comply with Judge Patton's Procedures for Appearing via Zoom® Video Communications (Effective August 21, 2023), which can be found on the Court's website. Persons without video conferencing capabilities must immediately contact Evelyn Ross, Judge Patton's Courtroom Deputy, at (330) 742-0950 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the scheduled hearing date. The hearing may be continued from time to time until completed without further notice except as announced in open court.

Dated: November 10, 2025

*/s/ Paul Billinger*
Paul Billinger
1 Bow Street, Stouffville ON L4A 1Z3
paul.billinger@toreaconsulting.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Notice of Hearing was served on all parties in interest on November 10, 2025.

**SERVICE LIST**
*[Electronic Service]*
Trustee Frederic P. Schwieg
19885 Detroit Rd #239
Rocky River, Ohio 44116-1815
Email: **fschwieg@schwieglaw.com**
*[Electronic Service]*
U.S. Trustee Lauren Schoenewald
**Lauren.Schoenewald@usdoj.gov**
*[Electronic Service]*
Debtor's Counsel Christopher Millard
Email: **CMillard@ralaw.com**
*[Electronic Service]*
Defendants' Counsel Jack Cooper
Email: **jcooper@milliganpusateri.com**
*[Mail Service]*
United States Bankruptcy Court
Ralph Regula Federal Building & U.S. Courthouse
401 McKinley Avenue SW Canton, Ohio 44702

Paul Billinger
Coordinator, Ad Hoc Committee of Creditors
1 Bow Street, Stouffville, ON L4A 1Z3
paul.billinger@toreaconsulting.com

Date: November 10, 2025