UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 21-61491-TNAP |
| | ) | (JOINTLY ADMINISTERED) |
| Squirrels Research Labs LLC, *ET AL.* | ) | Chapter 11 |
| | ) | Subchapter V |
| Debtors | ) | Judge Tiiara N.A. Patton |

NOTICE OF WITHDRAWAL

In compliance with the Court's November 14, 2025 caution, Paul Billinger withdraws from all further filings and appearances in connection with the Ad Hoc Committee of Unsecured Creditors, effective immediately.

Dated: November 18, 2025

_____
Paul Billinger

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF WITHDRAWAL was served on all parties in interest on November 18, 2025.

**SERVICE LIST**
*[Electronic Service]*
Trustee Frederic P. Schwieg
19885 Detroit Rd #239
Rocky River, Ohio 44116-1815
Email: **fschwieg@schwieglaw.com**
*[Electronic Service]*
U.S. Trustee Lauren Schoenewald
**Lauren.Schoenewald@usdoj.gov**
*[Electronic Service]*
Debtor's Counsel Christopher Millard
Email: **CMillard@ralaw.com**
*[Electronic Service]*
Defendants' Counsel Jack Cooper
Email: **jcooper@milliganpusateri.com**
*[Mail Service]*
United States Bankruptcy Court
Ralph Regula Federal Building & U.S. Courthouse
401 McKinley Avenue SW Canton, Ohio 44702

_____
Paul Billinger

Date: November 18, 2025