UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 21-61491-TNAP |
| ) | |
| SQUIRRELS RESEARCH LABS LLC, ET AL., ) | (Jointly Administered) |
| ) | |
| ) | Chapter 11 (Subchapter V) |
| *Debtors.* ) | |
| ) | Judge Tiiara N.A. Patton |

**REPLY TO MOTION FOR RECONSIDERATION [DOCKET NO. 414] AND MOTION FOR APPROVAL OF COUNSEL FEES [DOCKET NO. 423]; AND JOINDER OF TRUSTEE'S REPLY [DOCKET NO. 432]**

Now comes, Squirrels Research Labs LLC (the "Debtor") and hereby submits this reply (this "Reply") to the *Creditor's Motion for Reconsideration and Supplemental Factual Development* (the "Motion for Reconsideration") [Docket No. 414], and the *Motion of Ad Hoc Committee of Creditors for approval of Counsel Fees an Administrative Expense of the Estate* (the "Motion for Attorney Fees") [Docket No. 423]. Further, the Debtor joins in the *Trustee's Reply to: Creditor's Motion for Reconsideration and Supplemental Factual Development [Doc. 414]; Disclosure Statement of Ad Hoc Committee of Creditors Pursuant to Federal Rule of Bankruptcy Procedure 2019 [Doc. 415]; Motion of Ad Hoc Committee of Creditors for Approval of Counsel Fees as Administrative Expense of the Estate [Doc. 423], Motion Dismiss Same or to Strike or in the Alternative an Extension of Time to Respond* (the "Trustee's Reply") [Docket No. 432]. Debtor joins the Trustee's Reply in its entirety and joins in the requested relief therein, and preserves Debtor's ability to respond to the Motion for Reconsideration and Motion for Attorney Fees more substantively through further pleadings or at the hearing scheduled with the Court for December 23, 2025 at 11:00 a.m.

Dated: December 5, 2025                                                Respectfully submitted,

/s/ Christopher M. Millard  
Marc B. Merklin (0018195)  
Julie K. Zurn (0066391)  
Christopher M. Millard (0105607)  
Roetzel & Andress, LPA  
222 South Main Street, Suite 400  
Akron, OH 44308  
Phone: (330) 376-2700  
Fax: (330) 376-4577  
mmerklin@ralaw.com  
jzurn@ralaw.com  
cmillard@ralaw.com

*Counsel for the Debtor*

## **CERTIFICATE OF SERVICE**

I certify that the following *Reply to Motion for Reconsideration [Docket No. 414] and Motion for Approval of Counsel Fees [Docket No. 423]; and Joinder of Trustee's Reply [Docket No. 432]* was electronically transmitted on or about December 5, 2025 via this Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

- **John C. Cannizzaro**  John.Cannizzaro@icemiller.com, Kelli.Bates@icemiller.com
- **Nicholas Paul Capotosto**  nick.capotosto@dinsmore.com, theresa.palcic@dinsmore.com
- **Christopher Paul Combest**  christopher.combest@quarles.com
- **Jack B. Cooper**  jcooper@milliganpusateri.com
- **John G. Farnan**  jfarnan@westonhurd.com
- **Robert E. Goff**  rgoff@westonhurd.com, cvadino@westonhurd.com
- **Steven Heimberger**  sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com
- **Jeannie Kim**  JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Marc Merklin**  mmerklin@ralaw.com, dignasiak@ralaw.com
- **David M. Neumann**  dneumann@meyersroman.com, docket@meyersroman.com;mnowak@meyersroman.com
- **Christopher Niekamp**  cniekamp@bdblaw.com
- **Matthew T. Schaeffer**  mschaeffer@baileycav.com, lpatterson@baileycav.com

- **Paul J. Schumacher**   pschumacher@dmclaw.com, tgross@dmclaw.com
- **Frederic P. Schwieg**   fschwieg@schwieglaw.com, OH84@ecfcbis.com
- **Frederic P. Schwieg**   fschwieg@schwieglaw.com
- **Bryan Sisto**   bsisto@fbtlaw.com
- **Richard J. Thomas**   rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com
- **United States Trustee**   (Registered address)@usdoj.gov
- **Joshua Ryan Vaughan**   jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com
- **Julie K. Zurn**   jzurn@ralaw.com, llawrence@ralaw.com;skenna@ralaw.com
- **Lauren Schoenewald ust47**   lauren.schoenewald@usdoj.gov

And via email to the following who are not on the Court's Electronic Mail Notice List:

Paul Billinger, paul.billinger@toreaconsulting.com

          /s/ *Christopher M. Millard*
          Christopher M. Millard (0105607)