# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE SQUIRRELS RESEARCH LABS LLC, ET AL.<br>*Debtors* | CASE NO. 21-61491-TNAP<br>(JOINTLY ADMINISTERED)<br>CHAPTER 11<br>SUBCHAPTER V<br>JUDGE PATTON |

**FINAL APPLICATION OF FREDERIC P. SCHWIEG, FOR APPROVAL OF COMPENSATION AS TRUSTEE AFTER CONFIRMATION OF PLANS**

Frederic P. Schwieg, moves the Court for an order finally approving this application for fees and expenses after confirmation of the Debtor's plan as the duly appointed Subchapter V Trustee ("Trustee") in the amount of $41,229.48 and allowing him that amount as an administrative expense against the bankruptcy estate.

## I. JURISDICTION

The court has jurisdiction over this matter pursuant to 28 U.S.C. §1334(a), (b) and (e) and General Order 2012-7 of the United States District Court for this District. This is a core proceeding in which the Court may enter a final order pursuant to 28 U.S.C. §157(b)(2)(A), (B), (M) and (O).

## II. NARRATIVE SUMMARY

### A. BACKGROUND

This is a jointly administered case of Squirrels Research Labs LLC, case no. 21-61491 ("SQRL") and The Midwest Data Company LLC case no. 21-61492 ("MWDC"). On November 30, 2021, the Office of the United States Trustee appointed Mr. Schwieg as the Trustee for MWDC [Doc 28 in MWDC case and SQRL [Doc. 35 in SQRL case]. The Trustee is compensated on an hourly basis, and all payments to be made to the Trustee are to be made from funds held by the debtors; no other payments have been promised to him other than those approved by the Court.

FEE APP 2 SQRL.DOCX

On August 26, 2022, the Court approved Mr. Schwieg's compensation through the confirmation of the Debtors' plans in the total amount of $12,510.00 [Doc. 279] which was paid by the Debtors.

Mr. Schwieg is an experienced bankruptcy lawyer having been practicing before this Court since 1987. Mr. Schwieg is a former law clerk to the Hon. John F. Ray, Jr., and has represented Trustees, bankruptcy trustees, and Chapter 11 debtors in possession in numerous bankruptcy cases. Mr. Schwieg is one of two Subchapter V Small Business Chapter 11 Case Trustees for this district.

The hourly rates charged on the attached exhibit are the usual and customary charges to all of Mr. Schwieg's clients for services of the type provided, at the time provided. This application covers the period from August 24, 2022, through the date of this application.

### B. CASE STATUS

Both MWDC and SQRL confirmed plans; MWDC one of reorganization [Doc. 223] and SQRL one of liquidation [Doc. 269]. Under the SQRL plan Mr. Schwieg was appointed to conduct the investigation into transfers to insiders of SQRL. The investigation was concluded with an agreed settlement approved by the Court on November 4, 2025 [Doc.412].

### C. PROJECT SUMMARY

The Trustee filed six adversary proceedings each styled Trustee v.: David Stanfill, Adversary No. 23-6028 ("Stanfill Adversary"); Jessica Gritzan, Adversary No. 23-6029 ("Gritzan Adversary"); Andrew Gould, Adversary No. 23-6030("Gould Adversary"); Kyle Slutz, Adversary No. 23-6031("Slutz Adversary"); Sidney Keith, Adversary No. 23-6032("Keith Adversary"); Squirrels LLC, Adversary No. 23-6033 ("Squirrels Adversary").

The Trustee's complaints were mostly based on a re-characterization of the amounts provided by each of the Defendants as contributions to capital, and as a result recoverable

FEE APP 2 SQRL.DOCX

fraudulent transfers from the Debtor to each of the Defendants. Re-characterization of debt to capital is governed by the factors set forth in *In re AutoStyle Plastics, Inc.*, 269 F.3d 726 (6th Cir. 2001).

The Trustee relied on several of the *Autostyle* factors in preparing the complaints: there were no promissory notes or other debt instruments reflecting the amounts owed to any of the Defendants; each of the Defendants was an insider and a member of the Debtor so there is an identity between the creditor and the shareholder; there was no security given for any of the obligations owed to any of the Defendants; the Debtor had little ability if any to obtain financing from an outside lending institution; and there was no sinking fund to provide repayments for these amounts. The Debtor was seeking additional capital as early as 2020, and the extensive infusion of additional funding from the Defendants suggested to the Trustee that the Debtor was not adequately capitalized for its contemplated operations, and the contemplated source of repayment was from the Debtor's operations. The only factor that favored the Defendants, to a certain extent, was whether the advances were to acquire capital assets.

The Debtor's records for the transactions were mostly poor with no indication of any reason for the transfers to the Defendants. The Trustee did receive and review a report from Mr. Stanfill regarding insider transfers. Some of the Defendants also received payment for deferred salary and the Trustee chose not to pursue those amounts, as it would be difficult to show that such payments did not provide reasonably equivalent value to the Debtor for such services.

A report prepared by the Trustee's expert showed that most of the advances made from the Defendants fell broadly into 3 categories: (1) the repayment of certain travel expenses incurred by the defendants on the Debtor's business; (2) the purchase of supplies and

components for use in the Debtor's manufacturing business; and (3) purchases of materials used to build out the Debtor's infrastructure.

The parties mediated these issues ("Meditation") with retired United States Bankruptcy Judge Arthur I. Harris on May 21, 2025, and reached the proposed compromise set forth below.

During the Mediation Judge Harris expressed skepticism about the central legal argument made by the Trustee: to wit that once the transactions were recharacterized they could be avoided as fraudulent transfers. The problem expressed by Judge Harris was that most of the transactions were for services or materials used by the Debtor, which in his view meant that even if there was recharacterization of these debts to equity contributions, the Defendants had still given reasonably equivalent value to the Debtor thus defeating the Trustee's fraudulent transfer claims. If such a view were to prevail at trial the Trustee would potentially recover nothing from the Defendants. Therefore, the Trustee agreed to a compromise with the Defendants that was approved by the Court. Additional time was needed to respond to an objection filed by a non-party.

The Trustee's services are detailed on the attached invoices.

### D. EXPENSES

The Trustee incurred $3,478.98 in expenses in connection with this case.

### E. CONCLUSION

Therefore Frederic P. Schwieg the duly appointed Subchapter V Trustee requests that this Court enter an order approving his fees and expenses of in the amount of $41,229.48 and allowing him that amount as an administrative expense against the bankruptcy estate and authorizing and directing the Debtor to pay him that amount. A proposed order is attached.

Respectfully Submitted,
/s/ Frederic P. Schwieg, Trustee
Frederic P. Schwieg, **Es**q. (0030418)
Attorney at Law
19885 Detroit Rd. #239
Rocky River, OH 44116
(440) 499-4506
fschwieg@schwieglaw.com

### CERTIFICATE OF SERVICE

A copy of this Application for Approval of Trustee Fees and Reimbursement of Expenses was served by was electronically transmitted on or about the date filed via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list

John C. Cannizzaro on behalf of Interested Party Instantiation LLC
John.Cannizzaro@icemiller.com, Kelli.Bates@icemiller.com

Nicholas Paul Capotosto on behalf of Debtor Squirrels Research Labs LLC
nick.capotosto@dinsmore.com, theresa.palcic@dinsmore.com

Nicholas Paul Capotosto on behalf of Plaintiff Squirrels Research Labs LLC
nick.capotosto@dinsmore.com, theresa.palcic@dinsmore.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc.
christopher.combest@quarles.com

Jack B. Cooper on behalf of Defendant Squirrels LLC
jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant Andrew Gould
jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant David Stanfill
jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant Jessica Gritzan
jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant Kyle Slutz
jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant Sidney Keith
jcooper@milliganpusateri.com

FEE APP 2 SQRL.DOCX

John G. Farnan on behalf of Creditor Cincinnati Insurance Company
jfarnan@westonhurd.com

Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company
rgoff@westonhurd.com, cvadino@westonhurd.com

Steven Heimberger on behalf of Interested Party SCEB, LLC
sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

Jeannie Kim on behalf of Interested Party Instantiation LLC
JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC
mmerklin@ralaw.com, dignasiak@ralaw.com

Marc Merklin on behalf of Plaintiff Squirrels Research Labs LLC
mmerklin@ralaw.com, dignasiak@ralaw.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA
dneumann@meyersroman.com, docket@meyersroman.com;mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC
cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Fleur-de-Lis Development, LLC
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino
mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power
pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg
fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Plaintiff Frederic P Schwieg
fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg
fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg
fschwieg@schwieglaw.com

Bryan Sisto on behalf of Creditor Carl Forsell
bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank
rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

FEE APP 2 SQRL.DOCX

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation
jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Attorney Brouse McDowell, LPA
jzurn@ralaw.com, llawrence@ralaw.com;skenna@ralaw.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC
jzurn@ralaw.com, llawrence@ralaw.com;skenna@ralaw.com

Julie K. Zurn on behalf of Debtor The Midwest Data Company LLC
jzurn@ralaw.com, llawrence@ralaw.com;skenna@ralaw.com

Julie K. Zurn on behalf of Plaintiff Squirrels Research Labs LLC
jzurn@ralaw.com, llawrence@ralaw.com;skenna@ralaw.com

Lauren Schoenewald ust47 on behalf of U.S. Trustee United States Trustee
lauren.schoenewald@usdoj.gov

/s/ Frederic P. Schwieg
Frederic P. Schwieg

FEE APP 2 SQRL.DOCX

# Frederic P. Schwieg, Esq., Attorney at Law     INVOICE

19885 Detroit Rd. #239  
Rocky River, OH 44116-1815  
Phone: 4404994506  
Email: fschwieg@schwieglaw.com

Invoice # 270  
Date: 01/26/2026  
Due On: 02/25/2026

Fred Schwieg  
19885 Detroit Rd. #239  
Rocky River, OH 44116

## Schwieg-Squirrels Research Labs LLC-00132

## Squirrels Research Labs LLC

**Services**

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 08/24/2022 | draft motion to employ Inglewood | 1.00 | $300.00 | $300.00 |
| Service | 08/26/2022 | review and revise Inglewood changes to motion to employ | 0.50 | $300.00 | $150.00 |
| Service | 08/26/2022 | review and revise Inglewood engagement letter | 0.50 | $300.00 | $150.00 |
| Service | 09/01/2022 | call with D Stanfil and J Zurn re background | 0.50 | $300.00 | $150.00 |
| Service | 10/10/2022 | call with J Zurn re information for investigation | 0.30 | $300.00 | $90.00 |
| Service | 01/23/2023 | prepare 2004 | 1.50 | $300.00 | $450.00 |
| Service | 02/07/2023 | call with J Zurn re 2004 | 0.20 | $300.00 | $60.00 |
| Service | 02/07/2023 | revise 2004 per call with J Zurn re 2004 | 0.30 | $300.00 | $90.00 |
| Service | 02/28/2023 | Email from John Lane outlining insider transfers and required information | 0.40 | $300.00 | $120.00 |
| Service | 02/28/2023 | Call with John Lane outlining insider transfers and required information | 0.20 | $300.00 | $60.00 |
| Service | 02/28/2023 | Review email from David Stanfill outlining insider transfers and required information | 0.50 | $300.00 | $150.00 |
| Service | 03/03/2023 | review Stanfill 2004 | 1.00 | $300.00 | $300.00 |
| Service | 03/06/2023 | research recharacterization of shareholder debt | 2.50 | $300.00 | $750.00 |
| Service | 03/21/2023 | call with J Lane re review and strategy | 0.30 | $300.00 | $90.00 |
| Service | 05/02/2023 | review Stanfill 2004 TR | 3.00 | $300.00 | $900.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 05/03/2023 | review Stanfill 2004 TR | 3.00 | $300.00 | $900.00 |
| Service | 11/14/2023 | review case on recatergorization | 1.00 | $350.00 | $350.00 |
| Service | 11/15/2023 | review transfers and prepare complaint | 3.00 | $350.00 | $1,050.00 |
| Service | 11/17/2023 | call with Inglewood re transfers | 0.50 | $350.00 | $175.00 |
| Service | 11/21/2023 | draft complaints | 2.50 | $350.00 | $875.00 |
| Service | 11/30/2023 | attention to service of complaints | 3.00 | $350.00 | $1,050.00 |
| Service | 12/01/2023 | attention to service of complaints | 1.50 | $350.00 | $525.00 |
| Service | 01/10/2024 | prepare and file notices of appearance to get ECF service | 1.00 | $350.00 | $350.00 |
| Service | 01/23/2024 | pretrials | 0.50 | $350.00 | $175.00 |
| Service | 01/29/2024 | prepare notices of consent in adversaries and file same | 1.50 | $350.00 | $525.00 |
| Service | 02/07/2024 | meeting with J Cooper and S McGurk re adversaries | 1.00 | $350.00 | $350.00 |
| Service | 03/04/2024 | email from P Biillinger | 0.30 | $350.00 | $105.00 |
| Service | 03/06/2024 | call with J Zurn re Billinger | 0.20 | $350.00 | $70.00 |
| Service | 03/06/2024 | call with J Cooper re Billinger and service of process defense | 0.20 | $350.00 | $70.00 |
| Service | 03/06/2024 | review motion for summary judgment and entry re Torea lawsuit | 2.20 | $350.00 | $770.00 |
| Service | 03/22/2024 | draft motions to extend time for service | 1.50 | $350.00 | $525.00 |
| Service | 04/03/2024 | email with counsel re defenses | 0.20 | $350.00 | $70.00 |
| Service | 04/03/2024 | email with J Zurn re quickbooks access | 0.20 | $350.00 | $70.00 |
| Service | 04/25/2024 | prepare amended motion to extend time for service and notice, second motion and notice for same and discovery | 2.50 | $350.00 | $875.00 |
| Service | 05/07/2024 | call with J Cooper re pretirals | 0.20 | $350.00 | $70.00 |
| Service | 05/07/2024 | pretrials | 0.30 | $350.00 | $105.00 |
| Service | 05/21/2024 | call with S Zurn re motion to compromise | 0.30 | $350.00 | $105.00 |
| Service | 05/21/2024 | hearing on motion to compromise | 0.60 | $350.00 | $210.00 |
| Service | 06/26/2024 | prepare and file third motion to extend time | 1.00 | $350.00 | $350.00 |
| Service | 07/12/2024 | review letter from counsel for insiders and draft reponse | 0.50 | $350.00 | $175.00 |
| Service | 07/13/2024 | draft letters on adversaries to J Cooper | 4.50 | $350.00 | $1,575.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 07/15/2024 | emails with J Cooper re settlement | 0.20 | $350.00 | $70.00 |
| Service | 07/15/2024 | call with J Zurn re compromise | 0.20 | $350.00 | $70.00 |
| Service | 08/13/2024 | Pretials | 0.70 | $350.00 | $245.00 |
| Service | 10/24/2024 | draft stipulations | 2.50 | $350.00 | $875.00 |
| Service | 10/30/2024 | call with J Cooper re stipulations | 0.20 | $350.00 | $70.00 |
| Service | 10/30/2024 | email from J Cooper re stipulations | 0.20 | $350.00 | $70.00 |
| Service | 10/30/2024 | second email from J Cooper re stipulations | 0.20 | $350.00 | $70.00 |
| Service | 10/30/2024 | revise stipulations | 0.20 | $350.00 | $70.00 |
| Service | 11/01/2024 | final changes and file stipulations | 1.00 | $350.00 | $350.00 |
| Service | 03/04/2025 | pretrials | 0.50 | $350.00 | $175.00 |
| Service | 05/06/2025 | call with J Cooper re mediation | 0.50 | $370.00 | $185.00 |
| Service | 05/10/2025 | prepare memorandum and review file for mediation | 5.50 | $370.00 | $2,035.00 |
| Service | 05/18/2025 | prepare memorandum and review file for mediation | 3.50 | $370.00 | $1,295.00 |
| Service | 05/19/2025 | prepare memoradnum and review file for mediation | 3.50 | $370.00 | $1,295.00 |
| Service | 05/21/2025 | travel to and from mediation | 2.50 | $185.00 | $462.50 |
| Service | 05/21/2025 | mediation | 4.50 | $370.00 | $1,665.00 |
| Service | 07/30/2025 | draft motion to compromise | 3.00 | $370.00 | $1,110.00 |
| Service | 07/31/2025 | draft motion to compromise | 0.20 | $370.00 | $74.00 |
| Service | 07/31/2025 | call with J Zurn re status | 1.00 | $370.00 | $370.00 |
| Service | 09/02/2025 | draft motion to compromise | 0.50 | $370.00 | $185.00 |
| Service | 09/11/2025 | attention to filing and service of motion to compromise | 1.00 | $370.00 | $370.00 |
| Service | 09/29/2025 | email regarding payments from J Cooper and J Zurn | 0.20 | $370.00 | $74.00 |
| Service | 10/01/2025 | review objection from Bellinger and email with J Cooper re same | 0.20 | $370.00 | $74.00 |
| Service | 10/08/2025 | review response to objections by Squirrles | 0.50 | $370.00 | $185.00 |
| Service | 10/09/2025 | call with J Cooper and D Stanfill re Instantiation manufacturing | 0.30 | $370.00 | $111.00 |
| Service | 10/09/2025 | Review Billinger documents | 1.00 | $370.00 | $370.00 |

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 10/14/2025 | draft response to Billnger | 3.50 | $370.00 | $1,295.00 |
| Service | 10/15/2025 | draft response to objection to compromise motion | 3.50 | $370.00 | $1,295.00 |
| Service | 10/16/2025 | draft response to objection to compromise motion | 4.20 | $370.00 | $1,554.00 |
| Service | 10/17/2025 | draft response to objection to compromise motion | 4.00 | $370.00 | $1,480.00 |
| Service | 10/18/2025 | draft response to objection to compromise motion | 3.00 | $370.00 | $1,110.00 |
| Service | 10/20/2025 | draft reponse to objection | 1.50 | $370.00 | $555.00 |
| Service | 10/21/2025 | review Adams objection and finish response to Billinger objections | 3.50 | $370.00 | $1,295.00 |
| Service | 10/28/2025 | prepare for hearing on Motion to Compromise | 1.00 | $370.00 | $370.00 |
| Service | 10/28/2025 | hearing on Motion to Compromise | 0.50 | $370.00 | $185.00 |
| Service | 10/28/2025 | Draft order granting Motion to Compromise | 1.50 | $370.00 | $555.00 |
| Service | 11/03/2025 | revise order on settlement | 0.20 | $370.00 | $74.00 |
| Service | 11/10/2025 | review the latest Billinger pleadings | 0.30 | $370.00 | $111.00 |
| Service | 11/12/2025 | call from J Zurn | 0.30 | $370.00 | $111.00 |
| Service | 11/12/2025 | review latest from Billinger | 0.30 | $370.00 | $111.00 |
| Service | 01/17/2026 | prepare stipulations of dismissal | 0.80 | $370.00 | $296.00 |
| Service | 01/19/2026 | file stipulations of dismissal | 0.40 | $370.00 | $148.00 |
| | | **Quantity Subtotal** | | | **108.2** |
| | | **Services Subtotal** | | | **$37,750.50** |

## Expenses

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 08/03/2022 | Printing Costs: 162 X .15 - 0 = 24.30<br>Postage Costs: 162 at the 1oz rate = 108.94 | 1.00 | $103.24 | $103.24 |
| Expense | 03/16/2023 | Stanfill Transcript | 1.00 | $551.90 | $551.90 |
| Expense | 11/30/2023 | Postage | 6.00 | $5.22 | $31.32 |
| Expense | 09/11/2025 | Printing Costs: 2394 X .19 - 0 = 454.86<br>Postage Costs: 171 at the 2oz rate = 228.38 | 1.00 | $683.24 | $683.24 |
| Expense | 10/22/2025 | Printing Costs: 38 X .19 - 0 = 7.22<br>Postage Costs: 2 at the 2oz rate = 2.06 | 1.00 | $9.28 | $9.28 |
| Expense | 01/26/2026 | Deferred Adversary Filing fees | 6.00 | $350.00 | $2,100.00 |
| | | **Expenses Subtotal** | | | **$3,478.98** |

|  |  |
|---|---|
| **Quantity Total** | 108.2 |
| **Subtotal** | $41,229.48 |
| **Total** | $41,229.48 |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 270 | 02/25/2026 | $41,229.48 | $0.00 | $41,229.48 |

|  |  |
|---|---|
| **Outstanding Balance** | $41,229.48 |
| **Amount in Trust** | $0.00 |
| **Total Amount Outstanding** | $41,229.48 |

Please make all amounts payable to: Frederic P. Schwieg, Esq., Attorney at Law

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE SQUIRRELS RESEARCH LABS LLC, *ET AL.* <br> *Debtors* | CASE NO. 21-61491-RK <br> (JOINTLY ADMINISTERED) <br> CHAPTER 11 <br> SUBCHAPTER V <br> JUDGE KENDIG |

**ORDER GRANTING FINAL APPLICATION OF FREDERIC P. SCHWIEG, FOR APPROVAL OF COMPENSATION AS TRUSTEE AFTER CONFIRMATION OF PLANS**

Before the Court is the Final Application of Frederic P. Schwieg, for Approval of Compensation as Trustee After Confirmation of Plans [Doc. _____] ("Motion"). All parties in interest having been duly served with notice of the Motion and the deadline to respond, and no party in interest having appeared in opposition to the Motion, the Court being fully apprised in the premises, FINDS and ORDERS as follows:

THE COURT FINDS that the compensation requested as adjusted by the court at the hearing is reasonable considering the nature and extent of such services, the time spent on such services, and the rates charged. The Court finds that the services rendered were necessary to the administration of the case, that they were performed in a reasonable amount of time

FEE APP 2 SQRL.DOCX

commensurate with the complexity and importance and nature of the matters presented. The Court finds that Mr. Schwieg has demonstrated skill and experience in the bankruptcy field and the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than under this title.

IT IS THEREFORE ORDERED THAT Frederic P. Schwieg's request for fees and expenses of in the amount of $41,229.48 as an administrative expense against the bankruptcy estate is hereby FINALLY APPROVED for payment, and the Debtor is authorized and directed to pay the balance from the funds on hand in this bankruptcy estate.

###

Prepared By:
/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
19885 Detroit Rd. #239
Rocky River, OH 44116
(440) 499-4506
fschwieg@schwieglaw.com
  ECF Service

John C. Cannizzaro on behalf of Interested Party Instantiation LLC
John.Cannizzaro@icemiller.com, Kelli.Bates@icemiller.com

Nicholas Paul Capotosto on behalf of Debtor Squirrels Research Labs LLC
nick.capotosto@dinsmore.com, theresa.palcic@dinsmore.com

Nicholas Paul Capotosto on behalf of Plaintiff Squirrels Research Labs LLC
nick.capotosto@dinsmore.com, theresa.palcic@dinsmore.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc.
christopher.combest@quarles.com

Jack B. Cooper on behalf of Defendant Squirrels LLC
jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant Andrew Gould
jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant David Stanfill
jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant Jessica Gritzan
jcooper@milliganpusateri.com

FEE APP 2 SQRL.DOCX

Jack B. Cooper on behalf of Defendant Kyle Slutz
jcooper@milliganpusateri.com

Jack B. Cooper on behalf of Defendant Sidney Keith
jcooper@milliganpusateri.com

John G. Farnan on behalf of Creditor Cincinnati Insurance Company
jfarnan@westonhurd.com

Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company
rgoff@westonhurd.com, cvadino@westonhurd.com

Steven Heimberger on behalf of Interested Party SCEB, LLC
sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

Jeannie Kim on behalf of Interested Party Instantiation LLC
JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC
mmerklin@ralaw.com, dignasiak@ralaw.com

Marc Merklin on behalf of Plaintiff Squirrels Research Labs LLC
mmerklin@ralaw.com, dignasiak@ralaw.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA
dneumann@meyersroman.com, docket@meyersroman.com;mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC
cniekamp@bdblaw.com

Matthew T. Schaeffer on behalf of Creditor Fleur-de-Lis Development, LLC
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Fleur-de-Lis Development, LLC
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Cynthia Heinz
mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer on behalf of Defendant Rocco Piacentino
mschaeffer@baileycav.com, lpatterson@baileycav.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power
pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg
fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Plaintiff Frederic P Schwieg
fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg
fschwieg@schwieglaw.com, OH84@ecfcbis.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg

fschwieg@schwieglaw.com

Bryan Sisto on behalf of Creditor Carl Forsell
bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank
rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation
jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Attorney Brouse McDowell, LPA
jzurn@ralaw.com, llawrence@ralaw.com;skenna@ralaw.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC
jzurn@ralaw.com, llawrence@ralaw.com;skenna@ralaw.com

Julie K. Zurn on behalf of Debtor The Midwest Data Company LLC
jzurn@ralaw.com, llawrence@ralaw.com;skenna@ralaw.com

Julie K. Zurn on behalf of Plaintiff Squirrels Research Labs LLC
jzurn@ralaw.com, llawrence@ralaw.com;skenna@ralaw.com

Lauren Schoenewald ust47 on behalf of U.S. Trustee United States Trustee
lauren.schoenewald@usdoj.gov