IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
CANTON, OHIO

| | |
|---|---|
| IN RE: | CASE NO. 21-61491-TNAP |
| SQUIRRELS RESEARCH LABS LLC, ET AL.,[1] | (JOINTLY ADMINISTERED) |
| | CHAPTER 11 (SUBCHAPTER V) |
| Debtor. | JUDGE TIIARA N.A. PATTON |

**SQUIRRELS RESEARCH LABS LLC'S NOTICE OF SUBSTANTIAL CONSUMMATION OF PLAN OF LIQUIDATION**

Squirrels Research Labs LLC, proponent of the Amended Plan of Liquidation dated June 2, 2022 (the "Plan") [Docket No. 237], hereby gives notice that the Plan confirmed by this Court on July 28, 2022 has been substantially consummated. The Effective Date of the Plan was August 26, 2022. Transfer of all of the property proposed by the Plan has been transferred, and payments under the Plan have commenced.

Dated: June 1, 2026

Respectfully submitted,

*/s/ Julie K. Zurn*
Julie K. Zurn (0066391)
Christopher M. Millard (0105607)
Marc B. Merklin (0018195)
Roetzel & Andress, LPA
222 South Main Street, Suite 400
Akron, OH  44308
Phone: 330.376.2700
Fax: 330.376.4577
jzurn@ralaw.com
cmillard@ralaw.com
mmerklin@ralaw.com
*Attorneys for Squirrels Research Labs LLC*

---

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.