| | |
|---|---|
| IN RE: | CASE NO.   21-61491-TNAP |
| SQUIRRELS RESEARCH LABS LLC, ET AL.,[1] | (JOINTLY ADMINISTERED) |
| Debtor. | CHAPTER   11 (SUBCHAPTER V) |
| | JUDGE TIIARA N.A. PATTON |

**CERTIFICATE OF SERVICE FOR SQUIRRELS RESEARCH LABS LLC'S NOTICE
OF SUBSTANTIAL CONSUMMATION OF PLAN OF LIQUIDATION**

I hereby certify on June 1, 2026 that a true and correct copy of the *Squirrels Research Labs
LLC's Notice of Substantial Consummation of Plan of Liquidation* [Docket No. 442] was served
via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail
Notice List:

- **John C. Cannizzaro**   John.Cannizzaro@icemiller.com, Kelli.Bates@icemiller.com
- **Nicholas Paul Capotosto**   nick.capotosto@dinsmore.com, theresa.palcic@dinsmore.com
- **Christopher Paul Combest**   christopher.combest@quarles.com
- **Jack B. Cooper**   jcooper@milliganpusateri.com
- **John G. Farnan**   jfarnan@westonhurd.com
- **Robert E. Goff**   rgoff@westonhurd.com, cvadino@westonhurd.com
- **Steven Heimberger**   sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com
- **Jeannie Kim**   jkim@go2.law, dfitzgerald@go2.law;kadele@go2.law;lusmani@go2.law;cmeeker@go2.law;cbmeeker@gmail.com;wggllp@ecf.courtdrive.com
- **Marc Merklin**   mmerklin@ralaw.com, dignasiak@ralaw.com
- **Chris Millard**   CMillard@ralaw.com
- **David M. Neumann**   DNeumann@amundsendavislaw.com, smyers@amundsendavislaw.com,docketgeneral@amundsendavislaw.com
- **Christopher Niekamp**   cniekamp@bdblaw.com
- **Matthew T. Schaeffer**   mschaeffer@baileycav.com, lpatterson@baileycav.com
- **Paul J. Schumacher**   pschumacher@dmclaw.com, tgross@dmclaw.com
- **Frederic P. Schwieg**   fschwieg@schwieglaw.com, OH84@ecfcbis.com

---

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

- **Frederic P. Schwieg**   fschwieg@schwieglaw.com
- **Bryan Sisto**   bsisto@fbtlaw.com
- **Richard J. Thomas**   rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com
- **United States Trustee**   (Registered address)@usdoj.gov
- **Joshua Ryan Vaughan**   jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com
- **Julie K. Zurn**   jzurn@ralaw.com, llawrence@ralaw.com;skenna@ralaw.com
- **Lauren Schoenewald ust47**   lauren.schoenewald@usdoj.gov

and via regular U.S. Mail on June 1, 2026 upon all creditors and parties in interest including the United States Trustee and Fredric P. Schweig, Subchapter V Trustee at the following addresses:

A.G. Adjustments, Ltd.
740 Walt Whitman Rd
Melville, NY 11747

Aaron Holquin
2046 Jamison Pl
Santa Clara, CA 95051

Aaron Reimer
PMB-AR113422
Sumas, WA 98295-9674

AEP Energy Inc
225 W Wacker Dr Ste 600
Chicago, IL 60606

Alton Hare
1200 17th St NW
Washington, DC 20036

Amanda McConnell
191 E. 28th Street
Dover, OH 44622

Andrew Gould
4812 Wildflower Drive
North Canton, OH 44720

Andrew Waters
6653 Main Street
Williamsville, NY 14221

Andrew Waters
34 Greenbriar Dr
Lancaster, NY 14086

Avnet Inc.
Attn: Dennis Losik
5400 Prairie Stone Pkwy
Hoffman Estates, IL 60192

Avnet Inc.
5400 Prairie Stone Pkwy
Hoffman Estates, IL 60192

Avnet Inc.
2211 South 47th Street
Phoenix, AZ 85034

Ben George
5464 Lake Ave
Orchard Park, NY 14127

Bittware Inc
Tricia Mccoy
2222 Wellington Ct
Lisle, IL 60532

BittWare/Molex Inc.
2222 Wellington Court
Lisle, IL 60532

Bittware/Molex LLC
2222 Wellington Ct
Lisle, IL 60532

Bradley Conn
51 Maple Avenue
Locust Valley, NY 11560

Bradon Pen
56 Varcoe Rd
Courtice, ON L1E 1S5
CANADA

Brandon Osbourne
151 Mary Ellen Drive
Charleston, SC 29403

Brett Mashford
35 Oakmoss Dr
SPRINGFIELD LAKES, QLD 4300
AUSTRALIA

Brian Fiducci
24463 Norelius Ave
Round Lake, IL 60073

Brian Klinger
4018 Shelby Row
Sugar Land, TX 77479

Carl Forsell
c/o James E.P. Sisto
Schuerger Law Group
1001 Kingsmill Parkway
Columbus, OH 43229

Chad Clark
876 Jefferson St
Menasha, WI 54952

chiesa stefano
41, via III novembre fucine tn italy 38026
41, via III novembre fucine tn italy 38026

Christophe TOUZET
32 Rouillon
SAINT GERMAIN EN COGLES, 35133

Cincinnati Insurance
417 Anderson Ferry Rd
Suite 3
Cincinnati, OH 45238

Clarence Smith
3290 Double Creek Dr N., Apt 301
Plainfield, IN 46168

CliftonLarsonAllen LLP
Attn: Daniel Riemenschneider
4334 Munson St., NW
Canton, OH 44718

CliftonLarsonAllen, LLP
220 S 6th St # 300
Minneapolis, 55402-1436

CT Data LLC
133 River Road
Mystic, CT 06355

Culligan of Canton
4810 Southway St., SW
Canton, OH 44706

Daniel Hajdu
Graslaan 111
6833CG Arnhem
NETHERLANDS

Daniel Russo
120 High Farms Rd
Glen Head, NY 11545

Darien Lyons
103 S Wood Ave, Apt. 434
Linden, NJ 07036-3177

Darien Lyons
45 Elvin Street
Staten Island, NY 10314

Darry Kurpisz
14635 22nd Ave SW
Burien, WA 98166

David Chase, et al.
c/o Michael Maranda
38 Oaklawn Ave
Farmingville, NY 11738

David Reynolds
6046 Jerusalem Drive
Cicero, NY 13039

David Stanfill
772 Treat Blvd.
Tallmadge, OH 44278

Donald Ruffatto
420 Fairview Ave
Arcadia, CA 91007

Dustin Hooper
11885 W. McDowell Rd
Avondale, AZ 85392

Elliot Boutin
5 Everett St., Apt. 5 1/2
Dover, NH 03820

Elliot Boutin
5 Everett St., Apt. 5-1/2
Dover NH 03820

Elliot Boutin
9400 e lincoln st apt 409
Wichita, KS 67207-6720

Envista Forensics LLC
dba AREPA
111 Deer Lake Rd, Ste 100
Deerfield, IL 60015

Everhart Glass Co., Inc.
Attn: Linda Monigold
207 Ninth St., SW
PO Box 20645
Canton, OH 44701

Everstream
1228 Euclid Ave #250
Cleveland, OH 44115

Fabrizio Simonetti
Via Gozzer N 2A
57128 Livorno
ITALY

Fabrizio Simonetti
8 Via Sant Jacpo in Acquaviva
Livorno, Italy 57127

FedEx
PO Box 371461
Pittsburgh, PA 15250-7461

Fedex Corporate Services Inc
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017

Fernando Molina
5275 SW 146 AVE
Miami, FL 33175

Fleur-de-Lis Development LLC
c/o Matthew T. Schaeffer/Jameel S. Turne
10 West Broad Street, Suite 2100
Columbus, OH 43215

Gabriel M Boutin
48 Cascade st
Essex Jct, VT 05452-0545

Gail O'Connell
8960 Ringview Dr
Mechanicsville, VA 23116

George D. Jimenez
9396 Broadland Street, NW
Massillon, OH 44646

Gregory Almeida
240 Old Foamy Rd
Cleburne, TX 76033

GS1 US, Inc.
300 Princeton South Corporate Center
Ewing Township, NJ 08628

Hailu Looyestein
Schout Coxstraat 1
5421GJ Gemert
NETHERLANDS

Henry Ryan
228 Cranbury Road
Princeton Junction, NJ 08550

Instantiation, LLC
Attn: Sam Cassatt
434 Dorado Beach E
Dorado PR 00646

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Isaac Gabriel
Quarles and Brady
One Renissaince Sq
Two North Central Ave
Phoenix, AZ 85004

James Holodnak
2910 16th Street, NW
Canton, OH 44708

Gilbert Rodriguez
1340 Camp Street
Fabens, TX 79838

GS 8100, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Hailu Looyestein
1 Schout Coxstraat
Gemert Noord-Brxant 5421GJ

Heather Bradley
1213 N. Chapel Street
Louisville, OH 44641

Horizon Supply Group
Attn: Jeff Habbyshaw
3691 Honors Way
Howell, MI 48843

Internal Revenue Service
Insolvency Group 6
1240 E. Ninth Street, Room 493
Cleveland, OH 44199

IPS Assembly Corp.
Attn: Perry Sutariya
12077 Merriman Rd
Livonia, MI 48150

Israel Garcia
615 Oak Hollow Dr
Newberg, OR 97132

Jason Price
67 Bartram Trail
Brunswick, GA 31523

Jason R. Schendel
Jeannie Kim
Sheppard, Ullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Flr
San Francisco, CA 94111

JC Pack
628 1/2 E San Ysidro Blvd 292
San Ysidro, CA 92173

Jean Viljoen
5 Cape Willow
Hermanus, Western Cape
7200
SOUTH AFRICA

Jeffrey Cordell
17517 NW Ashland Drive
Portland, OR 97229

Jessica Gritzan
1280 Linwood Ave SW
North Canton, OH 44720

Joaquim Ginesta
Emili Grahit 6, 4r 1r
17002 GIRONA
SPAIN
Emili Grahit 6, 4r 1r, 17002, GIRONA,
SPAIN

Joaquim Ginesta
6. 4r1r Emili Grahit
Giroma, Spain 17002

Joaquim Ginesta
Emili Grahit 6, 4r 1r
17002 Girona
SPAIN

Jonathan Hulecki
4568 Church Point Place
Virginia Beach, VA 23455

Jordan Kupersmith
888 N. Quincy St
Arlington, VA 22203

Jose A. Rubio
15925 Hopper Lane
San Diego, CA 92127

Josh Luoni
808 8th St
Fairmont, WV 26554

Joshua Harris
209 N. Horner Blvd.
Sanford, NC 27330

JPMorgan Chase Bank
1111 Polaris Pkwy
Columbus, OH 43240

Justin O'Connell
15712 Whirland Dr
Midlothian, VA 23112

Kimble Recycling & Disposal, Inc.
3596 SR 39, NW
Dover, OH 44622

Kyle Slutz
1116 W. Nimisila Road
Clinton, OH 44216

Kyle Tricarico
5464 Lake Ave
Orchard Park, NY 14127

Luco Gilardi
Ul. Slivnitsa 188
Sofia 1202
BULGARIA

Marius Nastasenko
Taikos g. 148
Vilnius
Vilniaus Apskritis 5227
LITHUANIA

Mark Veon
2547 S. 3rd Street
Milwaukee, WI 53207

Michael A. Steel, Esq.
2725 Abington Rd., Suite 200A
Akron, 44333

Michael Rampton
6222 12th Street, North
Arlington, VA 22205

Michael Riley
2506 SW 23rd Cranbrook Dr
Boynton Beach, FL 33436

Michael Walker
Associate General Counsel
Avnet Inc.
2211 S. 47th Street
Phoenix, AZ 85034

Mohamed Kazem
27 Orwell Street
Potts Point
SYDNEY, NSW 2011
AUSTRALIA

Nick Yarosz
3019 Ellington Dr
Summerville, SC 29485

Mario Fortier
10 Orchard Lane
Chelmsford, MA 01824

Mark D'Aria
165 Quaker Path
East Setauket, NY 11733

Metal Masters
Attn: Bret Kettlewell
125 Williams Dr
Dover, OH 44622

Michael Dai
43174 Christy Street
Fremont, CA 94538

Michael Riley
1020 Audace Ave, Apt. 109
Boynton Beach, FL 33436

Michael Robinson
103 Hunters Ct
Forest, VA 24551

Miguel Chacon
120 NW 6th Ave
Miami, FL 33128

Naoaki Kita
Kigoshimachi
Kanazawa-shi
Ishikawaken 920-0203
JAPAN

Nicolas Rochon
4278 Beausoleil
Terrebonne QC J6V 1G1
CANADA

Nicolas Rochon-Girard
4278 rue Beausoleil Terrebonne Qubec
J6V1G1 Canada

NJEB Partners LLC
c/o Melissa S. Giberson
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

Ohio Attorney General
Collections Enforcement Section
Attn: Bankruptcy Unit
30 E. Broad Street, 14th Floor
Columbus, OH 43215

Ohio Department of Job & Family Svcs
Attn: Legal Support-Bankruptcy
PO Box 182830
Columbus, OH 43218-2830

Ohio Power Company d/b/a AEP Ohio
ATTN: Dwight C Snowden
1 Riverside Plaza 13th Floor
Columbus, OH 43215

One Skymax Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Patrick Nadeau
311 Andrews Rd
Wolcott, CT 06716

Peter Ensor
Powerstown House
Clonee, Dublin
D15 YH52
IRELAND

Premier Bank
PO Box 248
Defiance, OH 43512

NJEB Partners
244 5th Avenue, Ste 1253
New York, NY 10001

Office of U.S. Attorney
Attn: Bankruptcy Section
Carl B. Stokes U.S. Court House
801 W. Superior Avenue, Ste 400
Cleveland, OH 44113

Ohio Bureau of Workers' Compensation
Attn: Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

One Haines Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Pat Clay
72 Baker Dr
Gansevoort, NY 12831

Paul Kelsey
1583 E. Primrose Lane
Layton, UT 84040

Phillippe Germain
102 W. Service Rd #2153466
Champlain, NY 12919

ProTech Security
PO Box 35034
Canton, OH 44735

R. Scott Heasley
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122

Raymond Wodarczyk
Kinzigstra e 28
10247 Berlin
GERMANY

Richard Weeks
4199 Defoors Farm Dr
Powder Springs, GA 30127

Ruben Sousa
Av. D. Jo o II, n 34
1998-031 Lisboa
PORTUGAL

Sam Adams
3417 Bush Street
Stevens Point, WI 54481

Scott Chen
4058 Case St
Elmhurst, NY 11373

Squirrels LLC
121 Wilbur Drive NE
North Canton, OH 44720

Stephen A. Eckinger
1611 North Main Street
Suite A
North Canton, OH 44720

Steven Turnshek
13 Krist Glen Dr
Swissvale, PA 15218

Rajesh Bhakar
Sector 9d/204, 2nd Flr Akarti Apartment
Jaipur
Rajasthan 302021
INDIA

Richard Bergstrom
30107 Mountain View Dr
Hayward, CA 94544

Robin Wolf
Fasangasse 49
Vienna
Wien 1030
AUSTRIA

Ryan Marfone
98 N. Hawkhurst Cir
The Woodlands, TX 77354

Samtec
20 Park E. Blvd.
New Albany, IN 47150

Seth Stanfill
1515 24th Street, NW
Canton, OH 44709

Stefano Chiesa
Via III Novembre 41
38026 Fucine Trentino
ITALY

Stephen Allison
2133 Upton Dr, Ste 126
Virginia Beach, VA 23454-1194

Thom Kuznia
5733 York Ave S
Edina, MN 55410

Tim Bredemus
9757 Union Terrace Ln N
Maple Grove, MN 55369

TorEA Consulting
Attn: Paul Billinger
1 Bow Street
Stouffville, ON L4A 1Z3
CANADA

Trevor Steinle
24106 SE 42nd St
Sammamish, WA 98029

Tri Ho
1180 N. Cherry Way
Anaheim, CA 92801

TTI, Inc. C/O Commercial Collection
Consultants
16830 Ventura Boulevard, Suite 620
Encino, CA 91436-9143

ULINE
12575 ULINE DRIVE
PLEASANT PRAIRIE, WI 53158

Welbour Espartero
46 6th Ave NE
Swift Current, SK S9H 2L7
CANADA

Jason R. Schendel, Esq.
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111

John C. Cannizzaro, Esq.
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH 43215

Tommy DeFreitas
14114 N. Wind Cave Ct
Conroe, TX 77384

TorEA Consulting LTD
1 BOW STREET
STOUFFVILLE ON L4A 1Z3

Trevor Steinle
24106 SE 42nd St
Sammamish, WA 98209

Troy Keplinger
1730 E. Park St
Enid, OK 73701

U.S. Small Business Administration
District Counsel
1350 Euclid Ave, Suite 211
Cleveland, OH 44115

Uline
12575 Uline Dr
Pleasant Prairie, WI 53138

William Paden
205 Plains Rd
Westford, VT 05494

Jeannie Kim, Esq.
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111

Christopher J. Niekamp, Esq.
BUCKINGHAM, DOOLITTLE &
BURROUGHS, LLC
3800 Embassy Parkway, Suite 300
Akron, OH 44333

Joshua Vaughan, Esq.
Amer Cunningham Co., L.P.A.
One Cascade Plaza, Suite 1510
Akron, OH 44308

David M. Neumann, Esq.
Meyers, Roman, Friedberg & Lewis LPA
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122

Frederic P. Schweig, Esq.
Subchapter V Trustee
19885 Detroit Road #239
Rocky River, OH 44116

Robert E. Goff, Jr., Esq.
Weston Hurd LLP
1300 E. 9th Street, Suite 1400
Cleveland, Ohio 44114

Matthew T. Schaeffer, Esq.
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, Ohio 43215

United States Trustee
Office of the U.S. Trustee
H.M. Metz U.S. Courthouse
201 Superior Ave East S 441
Cleveland, OH 44114

Dated: June 1, 2026

Respectfully submitted,

*/s/ Julie K. Zurn*
Julie K. Zurn (0066391)
Christopher M. Millard (0105607)
Marc B. Merklin (0018195)
Roetzel & Andress, LPA
222 South Main Street, Suite 400
Akron, OH  44308
Phone: 330.376.2700
Fax: 330.376.4577
jzurn@ralaw.com
cmillard@ralaw.com
mmerklin@ralaw.com
*Attorneys for Squirrels Research Labs LLC*